**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **The Source Hotel, LLC** | |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-3590741** | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6988 Beach Blvd, Suite B-215**<br>**Buena Park, CA 90621** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | The Source Hotel, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | Case number, if known | _____ |

Debtor   **The Source Hotel, LLC**
_____  Case number (*if known*) _____
Name

---

**11. Why is the case filed in**     *Check all that apply:*
     ***this district?***

     ☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
         preceding the date of this petition or for a longer part of such 180 days than in any other district.

     ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or**    ☑ No
    **have possession of any**
    **real property or personal**   ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **property that needs**
    **immediate attention?**
                                    **Why does the property need immediate attention?** (*Check all that apply.*)

                                    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                        What is the hazard? _____

                                    ☐ It needs to be physically secured or protected from the weather.

                                    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                        livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                    ☐ Other _____

                                    **Where is the property?** _____
                                                            Number, Street, City, State & ZIP Code

                                    **Is the property insured?**

                                    ☐ No

                                    ☐ Yes.  Insurance agency _____

                                            Contact name _____

                                            Phone _____

---

███  **Statistical and administrative information**

**13. Debtor's estimation of**    .    *Check one:*
    **available funds**

                                    ☑ Funds will be available for distribution to unsecured creditors.

                                    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of**   ☐ 1-49                    ☐ 1,000-5,000           ☐ 25,001-50,000
    **creditors**              ☑ 50-99                   ☐ 5001-10,000           ☐ 50,001-100,000
                               ☐ 100-199                 ☐ 10,001-25,000         ☐ More than100,000
                               ☐ 200-999

---

**15. Estimated Assets**   ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                           ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                           ☐ $100,001 - $500,000       ☑ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                           ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

**16. Estimated liabilities**   ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000       ☑ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

| Debtor | **The Source Hotel, LLC** | | Case number (*if known*) | |
| | Name | | | |

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **February 26, 2021**
                          MM / DD / YYYY

X   *(signature)*                                                    **Donald Chae**
Signature of authorized representative of debtor        Printed name

Title   **Manager**

**18. Signature of attorney**

X   /s/ Ron Bender                                          Date  **February 26, 2021**
Signature of attorney for debtor                                         MM / DD / YYYY

**Ron Bender 143364**
Printed name

**Levene, Neale, Bender, Yoo & Brill L.L.P.**
Firm name

**10250 Constellation Blvd., Suite 1700**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 229-1234**      Email address   **rb@lnbyb.com**

**143364 CA**
Bar number and State

## RESOLUTIONS OF THE SOURCE HOTEL, LLC
## AUTHORIZING FILING OF PETITION UNDER
## CHAPTER 11 OF THE BANKRUPTCY CODE

I, Donald Chae, hereby certify as follows:

1.      I am the Manager of DMC Investment Holdings, LLC, the sole member of The

Source Hotel, LLC, a California limited liability company (the "Company").

2.      At a special meeting of the Company's members, the following resolutions were

duly enacted, and the same remain in full force and effect, without modification, as of the date

hereof:

> RESOLVED, that Donald Chae or his designee (the "Designated Officer") is hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a Petition under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code");

> FURTHER RESOLVED, that Designated Officer is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;

> FURTHER RESOLVED, that the Designated Officer is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Officer deems necessary and proper in connection with the Company's bankruptcy case without further approval of the members;

> FURTHER RESOLVED, that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case; and

FURTHER RESOLVED, that the Designated Officer is hereby authorized and directed on behalf of and in the name of the Company to execute a pre-petition retainer agreement, and is hereby authorized and directed on behalf of and in the name of the Company to execute the Company's employment application of LNBYB as bankruptcy counsel to the Company in the Company's Chapter 11 bankruptcy case.

Dated:  February 26, 2021

**THE SOURCE HOTEL, LLC**

_____
Donald Chae, Manager of DMC Investment Holdings, LLC, Sole Member of the Company

| Fill in this information to identify the case: |
|---|

Debtor name   **The Source Hotel, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 26, 2021**          X  _____
                                                 Signature of individual signing on behalf of debtor

                                                 **Donald Chae**
                                                 Printed name

                                                 **Manager**
                                                 Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                                  Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **The Source Hotel, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Newgens, Inc.** **14241 Foster Rd.** **La Mirada, CA 90638** | **Ted Sul** **tedsul@newgens.com** | | | | | $413,601.12 |
| **Cabrillo Hoist** **P.O. Box 3179** **Rancho Cucamonga, CA 91729** | **Rachel Castro** **rcastro@cabrillohoist.com** | | | | | $226,301.50 |
| **Solid Construction Company, Inc.** **883 Crenshaw Blvd.** **Los Angeles, CA 90005** | | Vendor | | | | $112,512.60 |
| **WESCO Distribution Inc.** **6251 Knott Ave.** **Buena Park, CA 90620** | | Vendor | | | | $108,209.02 |
| **Harbor All Glass & Mirror, Inc.** **1926 Placentia Ave.** **Costa Mesa, CA 92627** | | Vendor | | | | $108,000.00 |
| **Diablo Consulting** **13200 Crossroads Parkway N Ste. 115** **City of Industry, CA 91746** | **Edward Riggs** | | | | | $84,625.01 |
| **Ace Tek Roofing Co.** **747 S. Ardmore Ave., Suite 405** **Los Angeles, CA 90005** | | Vendor | | | | $76,968.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor   **The Source Hotel, LLC**
_____
     Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Morrow Meadows 231 Benton Court City of Industry, CA 91789** | **Briana Ochoa** bochoa@morrow-meadows.com | | | | | $69,213.01 |
| **Evergreen Electric Construction Inc. 629 Grove View Lane La Canada, CA 91011** | | Vendor | | | | $63,000.00 |
| **Chefs Toys 18430 Pacific Street Fountain Valley, CA 92708** | **Steve Ruck** stever@chefstoys.com | | | | | $57,273.24 |
| **Stumbaugh & Associates, Inc. 3303 N. San Fernando Blvd Burbank, CA 91504** | | Vendor | | | | $33,000.00 |
| **HBA Procurement, Inc. 3216 Nebraska Ave. Santa Monica, CA 90404** | | Vendor | | | | $27,600.00 |
| **OJ Insulation LP 600 S Vincent Ave. Azusa, CA 91702** | **Roger J Fugit** | | | | | $27,260.80 |
| **DKY Architects 15375 Barranca Pkwy. Suite A-210 Irivne, CA 92618** | | Vendor | | | | $20,835.50 |
| **Master Glass 2225 W. Pico Blvd.Unit C Los Angeles, CA 90006** | **Dooman Jun** masterglass411@yahoo.com | | | | | $19,200.00 |
| **Universal Flooring Systems 15573 Commerce Lane Huntington Beach, CA 92649** | **Cecilia Dinh** cdinh@universalflooring.com | | | | | $12,282.60 |
| **L2 Specialties 3613 W. Macarthur Blvd., #611 Santa Ana, CA 92704** | | Vendor | | | | $10,440.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **The Source Hotel, LLC**                                      Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Ficcadenti Waggoner 16969 Von Karman Avenue Suite 240 Irivne, CA 92606** | | **Vendor** | | | | **$8,800.00** |
| **Retrolock Corporation 17915 Railroad Street City of Industry, CA 91748** | | **Vendor** | | | | **$6,594.34** |
| **American Engineering Laboratories Inc. PO Box 1816 Whittier, CA 90609** | | **Vendor** | | | | **$6,525.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

## United States Bankruptcy Court
### Central District of California - Santa Ana

In re  **The Source Hotel, LLC**

Debtor(s)

Case No. _____

Chapter  **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **DMC Investment Holdings, LLC** | | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 26, 2021**

Signature _____
**Donald Chae**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ron Bender 143364**<br>**10250 Constellation Blvd., Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234 Fax: (310) 229-1244**<br>California State Bar Number: **143364**<br>rb@lnbyb.com | |

☑ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **The Source Hotel, LLC**<br><br>                                      Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Donald Chae**                                                  , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                              **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.       I have personal knowledge of the matters set forth in this Statement because:
- [x] I am the president or other officer or an authorized agent of the Debtor corporation
- [ ] I am a party to an adversary proceeding
- [ ] I am a party to a contested matter
- [ ] I am the attorney for the Debtor corporation

2.a.  [x] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

DMC Investment Holdings, LLC

b.   [ ] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____          By: _____
                2/26/21                                      Signature of Debtor, or attorney for Debtor
Date

                                                       Name:   **Donald Chae**
                                                                    Printed name of Debtor, or attorney for
                                                                    Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Buena Park**  , California.

Date:  **February 26, 2021**

**Donald Chae**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    *Page 1*          **F 1015-2.1.STMT.RELATED.CASES**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Ron Bender 143364<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067<br>(310) 229-1234 Fax: (310) 229-1244<br>California State Bar Number: **143364 CA**<br>rb@lnbyb.com | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| In re: | |
|---|---|
| **The Source Hotel, LLC** | CASE NO.:<br>CHAPTER: **11** |
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _9_ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **February 26, 2021** _____
Signature of Debtor 1

Date:  _____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **February 26, 2021** _____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                        **F 1007-1.MAILING.LIST.VERIFICATION**

The Source Hotel, LLC
6988 Beach Blvd, Suite B-215
Buena Park, CA 90621


Ron Bender
Levene, Neale, Bender, Yoo & Brill L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067


U.S. Trustee - Santa Ana
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701-8000


3D Design - Millwork
8152 Indianapolis Ave.
Huntington Beach, CA 92646


Ace Tek Roofing Co.
747 S. Ardmore Ave., Suite 405
Los Angeles, CA 90005


All Area Plumbing
6265 San Fernando Road
Glendala, CA 91201


American Engineering Laboratories Inc.
PO Box 1816
Whittier, CA 90609


Aragon Construction, Inc.
5440 Arrow Highway
Montclair, CA 91763

AT&T
P.O. Box 5025
Carol Stream, IL 60197-5025


Beach Orangethorpe II, LLC
P.O. Box 489
Buena Park, CA 90621


Beach Orangethorpe III, LLC
P.O. Box 489
Buena Park, CA 90621


Beach Orangethorpe, LLC
P.O. Box 489
Buena Park, CA 90621


Beachamp Distributing Co.
1911 South Santa Fe Avenue
Compton, CA 90221


Best Quality Painting
818 N. Pacific Ave., #C
Glendale, CA 91203


Cabrillo Hoist
P.O. Box 3179
Rancho Cucamonga, CA 91729


Certified Tile
14557 Calvert St.
Van Nuys, CA 91411

Chase Card Services
P.O. Box 94014
Palatine, IL 60094-4014


Chefs Toys
18430 Pacific Street
Fountain Valley, CA 92708


Diablo Consulting
13200 Crossroads Parkway N
Ste. 115
City of Industry, CA 91746


DKY Architects
15375 Barranca Pkwy.
Suite A-210
Irivne, CA 92618


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Evergreen Electric Construction
629 Grove View Lane
La Canada, CA 91011


Evergreen Electric Construction Inc.
629 Grove View Lane
La Canada, CA 91011


Ficcadenti Waggoner
16969 Von Karman Avenue
Suite 240
Irivne, CA 92606

Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Grant Nigolian, P.C.
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626


Harbor All Glass & Mirror, Inc.
1926 Placentia Ave.
Costa Mesa, CA 92627


HBA Procurement, Inc.
3216 Nebraska Ave.
Santa Monica, CA 90404


Hunt Ortmann Palffy Nieves et al.
301 North Lake Avenue, 7th Floor
Pasadena, CA 91101-1807


Internal Revenue Service  IRS
P.O. Box 7346
Philadelphia, PA 19101-7346


Interstate Management Company, LLC
4501 North Fairfax Drive
Suite 500
Arlington, VA 22203


Iron Mechanical
721 North B Street
Suite 100
Sacramento, CA 95811

Kim & Lee, LLP
2305 W 190th St
Torrance, CA 90504


KS Steel Corp.
1748 Industrial Way
Los Angeles, CA 90023


L2 Specialties
3613 W. Macarthur Blvd., #611
Santa Ana, CA 92704


Law Office of Ho-El Park, P.C.
333 City Blvd. West, Suite 1700
Orange, CA 92868


Law Office of Michael N. Berke
25001 The Old Road
Santa Clara, CA 91381


Law Offices of Dennis G. Cosso
345 Oxford Drive
Arcadia, CA 91007


LimNexus, LLP
707 Wilshire Blvd., 46th Floor
Los Angeles, CA 90017-2570


Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

Master Glass
2225 W. Pico Blvd.Unit C
Los Angeles, CA 90006


Mirae Construction, Co.
2222 S. Broadway
Los Angeles, CA 90007


Morrow Meadows
231 Benton Court
City of Industry, CA 91789


Nemo & Rami
1930 W. Holt Ave.
Pomona, CA 91768


Newgens, Inc.
14241 Foster Rd.
La Mirada, CA 90638


Northstar
404 North Berry Street
Brea, CA 92821-3104


OJ Insulation LP
600 S Vincent Ave.
Azusa, CA 91702


OMB Electrical Engineers, Inc.
8825 Research Drive
Irvine, CA 92618

Pan Pacific
18250 Euclid Street
Fountain Valley, CA 92708


PDG Wallcoverings
26492 Via Juanita
Mission Viejo, CA 92691


Porter Law Group, Inc.
7801 Folsom Blvd., Suite 101
Sacramento, CA 95826


Prime Concrete Coatings
6127 James Alan St.
Cypress, CA 90630


Resco Electric Inc.
2431 W. Washington Blvd. Suite B
Los Angeles, CA 90018


Retrolock Corp
17915 Railroad Street
City of Insdustry, CA 91748


Retrolock Corporation
17915 Railroad Street
City of Industry, CA 91748


Robinson & Robinson, LLP
2301 Dupont Drive, Sute 530
Irvine, CA 92612-7502

Salamander Fire Protection, Inc
6103 Tyrone Street
Van Nuys, CA 91401

Shady Bird Lending, LLC
c/o Law  Offices of Ronald Richards
P.O. Box 11480
Beverly Hills, CA 90213

Shady Bird Lending, LLC
c/o Law Offices of Geoffrey Long
1601 N. Sepulveda Blvd., No. 729
Manhattan Beach, CA 90266

Sky Rider Equipment Co., Inc.
1180 North Blue Gum Street
Anaheim, CA 92806

So. Cal. Edison Co.
P.O. Box  600
Rosemead, CA 91771-0001

Solid Construction
883 Crenshaw Blvd.
Los Angeles, CA 90005

Solid Construction Company, Inc.
883 Crenshaw Blvd.
Los Angeles, CA 90005

Splinter & Thai, LLP
25124 Narbonne Ave., Suite 106
Lomita, CA 90717-2140

State Board of Equalization
Account Info Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029


Stumbaugh & Associates, Inc.
3303 N. San Fernando Blvd
Burbank, CA 91504


Sunbelt Controls, Inc.
888 E. Walnut Street
Pasadena, CA 91101


Universal Flooring Systems
15573 Commerce Lane
Huntington Beach, CA 92649


WESCO Distribution Inc.
6251 Knott Ave.
Buena Park, CA 90620