RON BENDER (SBN 143364)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email:  RB@LNBYB.COM; JYO@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtor and
Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE SOURCE HOTEL, LLC, a California limited liability company,<br><br>      Debtor and Debtor in Possession. | Case No.: 8:21-bk-10525-ES<br><br>Chapter 11<br><br>**NOTICE OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. AS BANKRUPTCY COUNSEL**<br><br>[No Hearing Required – Local Bankruptcy Rule 2014-1(b)] |

1

**PLEASE TAKE NOTICE** that The Source Hotel, LLC, a California limited liability company (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case, has filed an application (the "Application") for Court approval of the Debtor's employment of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") as bankruptcy counsel, effective as of February 26, 2021 (the date that the Debtor filed its voluntary chapter 11 petition), upon the terms and conditions described below and in the Application.

**PLEASE TAKE FURTHER NOTICE** that the Debtor is the developer of a full-service seven-story hotel with 178 rooms in the City of Buena Park, County of Orange, State of California (the "Hotel"), which will include conference rooms, an executive lounge, fitness center, restaurant, bars, and cleaning services.  The Hotel is part of a larger 12.8-acre mixed-use development project, which includes a 400,000 square-foot retail center and a 50,000 square-foot seven-story office building which were completed in 2016.  The Debtor does not own the real property on which the Hotel is being constructed, but is a lessee pursuant to a 99-year ground lease for such real property with the Debtor's affiliate, The Source at Beach, LLC.

**PLEASE TAKE FURTHER NOTICE** that LNBYB will bill its time for its representation of the Debtor on an hourly basis in accordance with LNBYB's standard hourly billing rates, and will seek reimbursement of expenses in accordance with the rates set forth in the guidelines promulgated by the Office of the United States Trustee.

**PLEASE TAKE FURTHER NOTICE** that, to the best of LNBYB's knowledge and based upon the Declaration of Juliet Y. Oh, Esq. submitted in support of the Application, LNBYB and all attorneys associated with LNBYB who expect to render services in the Debtor's case are "disinterested persons" as that term is defined in Section 101(14) of the Bankruptcy Code, and do not hold or represent any interest adverse to the Debtor or its bankruptcy estate.  To the best of LNBYB's knowledge, LNBYB has no prior connection with the Debtor, any creditor of the Debtor or its estate, or any other party in interest in the Debtor's case, or their respective attorneys or accountants, the United States Trustee or any person employed by the United States Trustee.

**PLEASE TAKE FURTHER NOTICE** that LNBYB agreed to accept a retainer in the total sum of $100,000.00 for legal services in contemplation of and in connection with the Debtor's chapter 11 case.  During the one-year period prior to the Petition Date, the Debtor paid the total sum of $100,000.00 to LNBYB.  These payments constituted pre-bankruptcy retainers for legal services in contemplation of and in connection with the Debtor's chapter 11 case (collectively, the "Retainer"), which Retainer is in addition to the Debtor's chapter 11 bankruptcy filing fee, which the Debtor paid to LNBYB, and which LNBYB in turn paid to the Clerk of the Court.  LNBYB is advised and believes that the Retainer and filing fee were paid with funds advanced to the Debtor by M+D Properties, which is the non-member Manager of the Debtor.  Except as described above and in the Application, LNBYB has not been paid any other money by the Debtor at any other time. LNBYB will place the unused portion of the Retainer as of the Petition Date into a segregated account and draw down from those funds on a monthly basis in accordance with the common procedures of this District to assist LNBYB with its cash flow needs, recognizing that all post-petition fees and expenses paid to LNBYB must be ultimately approved by the Court after notice and a hearing.

**PLEASE TAKE FURTHER NOTICE** that LNBYB has not been paid any money by the Debtor or any other entity at any time other than the Retainer in the sum of $100,000.00 described above.  LNBYB has not received any lien or other interest in property of the Debtor or of a third party to secure payment of LNBYB's fees or expenses.

**PLEASE TAKE FURTHER NOTICE** that any request for a copy of the Application must be made in writing to Levene, Neale, Bender, Yoo & Brill L.L.P., 10250 Constellation Blvd., Suite 1700, Los Angeles, California 90067, Attention: Juliet Y. Oh, Email: JYO@LNBYB.com.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any objection to and request for a hearing on the Application, in the form required by Local Bankruptcy Rule 9013-1(f)(1), must be filed and served on the Debtor, LNBYB and the Office of the United States Trustee within fourteen (14) days after the date of service of this

Notice plus three (3) additional days if served by mail, electronically, or pursuant to Rule 5(b)(2)(D), (E), or (F) of the Federal Rules of Civil Procedure and Rule 9006 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(4), if no objection and request for a hearing on the Application is timely filed and served, LNBYB will promptly lodge a proposed order approving the Application.

Dated: March 10, 2021

LEVENE, NEALE, BENDER, YOO
& BRILL L.L.P.

By: _____
Ron Bender
Juliet Y. Oh
Proposed Counsel for Chapter 11 Debtor
and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. AS BANKRUPTCY COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 10, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender**     rb@lnbyb.com
- **Nancy S Goldenberg**     nancy.goldenberg@usdoj.gov
- **Daniel A Lev**     dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Grant A Nigolian**     grant@gnpclaw.com, process@gnpclaw.com;grant.nigolian@gmail.com
- **Juliet Y Oh**     jyo@lnbrb.com, jyo@lnbrb.com
- **Ho-El Park**     hpark@hparklaw.com
- **Ronald N Richards**     ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov

**2.  SERVED BY UNITED STATES MAIL**: On **March 10, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 10, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 10, 2021 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                **F 9013-3.1.PROOF.SERVICE**

The Source Hotel, LLC
OUST, Secured, Top 20, RSN

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

**Secured Creditors:**

3D Design - Millwork
8152 Indianapolis Ave.
Huntington Beach, CA 92646

Aragon Construction, Inc.
5440 Arrow Highway
Montclair, CA 91763

Beach Orangethorpe II, LLC
P.O. Box 489
Buena Park, CA 90621

Beach Orangethorpe III, LLC
P.O. Box 489
Buena Park, CA 90621

Beach Orangethorpe, LLC
P.O. Box 489
Buena Park, CA 90621

Beachamp Distributing Co.
1911 South Santa Fe Avenue
Compton, CA 90221

Best Quality Painting
818 N. Pacific Ave., #C
Glendale, CA 91203

Certified Tile
14557 Calvert St.
Van Nuys, CA 91411

Evergreen Electric Construction
629 Grove View Lane
La Canada, CA 91011

Iron Mechanical
721 North B Street
Suite 100
Sacramento, CA 95811

KS Steel Corp.
1748 Industrial Way
Los Angeles, CA 90023

Nemo & Rami
1930 W. Holt Ave.
Pomona, CA 91768

Northstar
404 North Berry Street
Brea, CA 92821-3104

Pan Pacific
18250 Euclid Street
Fountain Valley, CA 92708

PDG Wallcoverings
26492 Via Juanita
Mission Viejo, CA 92691

Prime Concrete Coatings
6127 James Alan St.
Cypress, CA 90630

Resco Electric Inc.
2431 W. Washington Blvd. Suite B
Los Angeles, CA 90018

Retrolock Corp
17915 Railroad Street
City of Insdustry, CA 91748

Salamander Fire Protection, Inc
6103 Tyrone Street
Van Nuys, CA 91401

Shady Bird Lending, LLC
c/o Law Offices of Ronald Richards
P.O. Box 11480
Beverly Hills, CA 90213

Solid Construction
883 Crenshaw Blvd.
Los Angeles, CA 90005

Sunbelt Controls, Inc.
888 E. Walnut Street
Pasadena, CA 91101

Grant Nigolian, P.C.
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626

Hunt Ortmann Palffy Nieves et al.
301 North Lake Avenue, 7th Floor
Pasadena, CA 91101-1807

| | | |
|---|---|---|
| Law Office of Ho-El Park, P.C.<br>333 City Blvd. West, Suite 1700<br>Orange, CA 92868 | Law Office of Michael N. Berke<br>25001 The Old Road<br>Santa Clara, CA 91381 | Law Offices of Dennis G. Cosso<br>345 Oxford Drive<br>Arcadia, CA 91007 |
| Porter Law Group, Inc.<br>7801 Folsom Blvd., Suite 101<br>Sacramento, CA 95826 | Robinson & Robinson, LLP<br>2301 Dupont Drive, Suite 530<br>Irvine, CA 92612-7502 | Shady Bird Lending, LLC<br>c/o Law Offices of Geoffrey Long<br>1601 N. Sepulveda Blvd., No. 729<br>Manhattan Beach, CA 90266 |
| Splinter & Thai, LLP<br>25124 Narbonne Ave., Suite 106<br>Lomita, CA 90717-2140 | | |

**Top 20 Unsecured Creditors:**

| | | |
|---|---|---|
| Newgens, Inc.<br>14241 Foster Rd.<br>La Mirada, CA 90638 | Cabrillo Hoist<br>P.O. Box 3179<br>Rancho Cucamonga, CA 91729 | WESCO Distribution Inc.<br>6251 Knott Ave.<br>Buena Park, CA 90620 |
| Harbor All Glass & Mirror, Inc.<br>1926 Placentia Ave.<br>Costa Mesa, CA 92627 | Diablo Consulting<br>13200 Crossroads Parkway N<br>Ste. 115<br>City of Industry, CA 91746 | Ace Tek Roofing Co.<br>747 S. Ardmore Ave., Suite 405<br>Los Angeles, CA 90005 |
| Morrow Meadows<br>231 Benton Court<br>City of Industry, CA 91789 | Chefs Toys<br>18430 Pacific Street<br>Fountain Valley, CA 92708 | Stumbaugh & Associates, Inc.<br>3303 N. San Fernando Blvd<br>Burbank, CA 91504 |
| HBA Procurement, Inc.<br>3216 Nebraska Ave.<br>Santa Monica, CA 90404 | OJ Insulation LP<br>600 S Vincent Ave.<br>Azusa, CA 91702 | DKY Architects<br>15375 Barranca Pkwy.<br>Suite A-210<br>Irivne, CA 92618 |
| Master Glass<br>2225 W. Pico Blvd, Unit C<br>Los Angeles, CA 90006 | Universal Flooring Systems<br>15573 Commerce Lane<br>Huntington Beach, CA 92649 | L2 Specialties<br>3613 W. Macarthur Blvd., #611<br>Santa Ana, CA 92704 |
| Ficcadenti Waggoner<br>16969 Von Karman Avenue<br>Suite 240<br>Irivne, CA 92606 | Retrolock Corp<br>17915 Railroad Street<br>City of Industry, CA 91748 | American Engineering Laboratories Inc.<br>PO Box 1816<br>Whittier, CA 90609 |