| | |
|---|---|
| RON BENDER (SBN 143364)<br>JULIET Y. OH (SBN 211414)<br>LINDSEY L. SMITH (SBN 265401)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244<br>Email: RB@LNBYB.com, JYO@LNBYB.com, LLS@LNBYB.com<br><br>Proposed Counsel for Chapter 11 Debtor and Debtor in Possession | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br><br>THE SOURCE HOTEL, LLC,<br><br><br><br><br>            Debtor. | Lead Case No.: 8:21-bk-10525-ES<br><br>Chapter 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE RE: NOTICE OF MOTION AND MOTION FOR ENTRY OF AN ORDER: (A) REQUIRING TURNOVER OF ESTATE CASH BY EVERTRUST BANK; (B) AUTHORIZING DEBTOR TO USE CASH COLLATERAL; AND (C) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING FROM M+D PROPERTIES ON AN UNSECURED BASIS** |

        PLEASE TAKE NOTE that the order titled **Order Granting Application And Setting Hearing On Shortened Notice Re: Notice Of Motion And Motion For Entry Of An Order: (A) Requiring Turnover Of Estate Cash By Evertrust Bank; (B) Authorizing Debtor To Use Cash Collateral; And (C) Authorizing Debtor To Obtain Post-Petition Financing From M+D Properties On An Unsecured Basis** was lodged on March 12, 2021 and is attached. This order relates to the motion which is docket number 23.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                     **F 9021-1.2.BK.NOTICE.LODGMENT**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RON BENDER (SBN 143364)<br>JULIET Y. OH (SBN 211414)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: RB@LNBYB.COM; JYO@LNBYB.COM<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Debtor and Debtor-in-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>THE SOURCE HOTEL, LLC,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:21-bk-10525-ES<br>CHAPTER: 11<br><br>**ORDER:**<br><br>☐ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

**Movant** (*name*): The Source Hotel, LLC

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: Notice Of Motion And Motion For Entry Of An Order: (A) Requiring Turnover Of Estate Cash By Evertrust Bank; (B) Authorizing Debtor To Use Cash Collateral; And (C) Authorizing Debtor To Obtain Post-Petition Financing From M+D Properties On An Unsecured Basis

   b. *Date of filing of motion:* March 12, 2021

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: March 12, 2021

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

   b. ☐ The Application is granted, and it is further ordered that:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                    Page 1                        **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☐  A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** <br> **Time:** <br> **Courtroom:** | **Place:** <br> ☐ 255 East Temple Street, Los Angeles, CA 90012 <br> ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 <br> ☐ 3420 Twelfth Street, Riverside, CA 92501 <br> ☒ 411 West Fourth Street, Santa Ana, CA 92701 <br> ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☐  No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| | |
|---|---|
| (A) *Deadlines:* <br> Date: <br><br> Time: | (B) *Persons/entities to be provided with telephonic notice:* <br><br><br><br> ☐ See attached page <br> (C) *Telephonic notice is also required upon* the United States trustee |

(3) ☒  No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A)  ☐ Personal Delivery   ☒ Overnight Mail   ☐ First class mail   ☐ Facsimile*   ☐ Email*

| | |
|---|---|
| (B) *Deadlines:* <br> Date: <br><br> Time: | (C) *Persons/entities to be served with written notice and a copy of this order:* <br><br> Secured creditors, 20 largest unsecured creditors, affected utility companies, and parties requesting special notice <br><br> ☐ See attached page <br> (D) S*ervice is also required upon*: <br> -- United States trustee *(electronic service is not permitted)* <br> -- Judge's copy personally delivered to chambers <br> (*see Court Manual for address*) |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Page 2                                **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☒ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

| (B) *Deadlines:* <br> Date: <br><br> Time: | (C) *Persons/entities to be served with motion, declarations, supporting documents:* <br><br> Secured creditors, 20 largest unsecured creditors, affected utility companies, and parties requesting special notice <br><br> ☐ See attached page <br><br> (D) *Service is also required upon*: <br> -- United States trustee *(no electronic service permitted)* <br> -- Judge's copy personally delivered to chambers <br>  (*see Court Manual for address*) |
|---|---|

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☒ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☒ Overnight Mail  ☒ First Class Mail  ☐ Facsimile*  ☐ Email*

| (B) *Deadlines:* <br> Date: <br><br> Time: | (C) *Persons/entities to be served with written opposition to the motion:* <br> -- movant's attorney (or movant, if movant is not represented by an attorney) <br><br><br> (D) *Service is also required upon*: <br> -- United States trustee (*electronic service is not permitted*) <br> -- Judge's copy personally delivered to chambers <br>  (*see Court Manual for address*) |
|---|---|

(6) ☐ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                      Page 3                                      **F 9075-1.1.ORDER.SHORT.NOTICE**

|  |  |
|---|---|
| (B) *Deadlines:*<br><br>Date:<br><br>Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>-- All persons/entities who filed a written opposition<br><br><br>(D) *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>    (*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

|  |
|---|
| ☒ at least 2 days before the hearing.<br><br>☐ no later than:    Date:            Time: |

**\*** Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF LODGMENT OF ORDER** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 12, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender**    rb@lnbyb.com
- **Nancy S Goldenberg**    nancy.goldenberg@usdoj.gov
- **Daniel A Lev**    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Grant A Nigolian**    grant@gnpclaw.com, process@gnpclaw.com;grant.nigolian@gmail.com
- **Juliet Y Oh**    jyo@lnbrb.com, jyo@lnbrb.com
- **Ho-El Park**    hpark@hparklaw.com
- **Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **March 12, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*None.*

☐ Service List continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 12, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served via Attorney Service*
The Honorable Erithe A. Smith
United States Bankruptcy Court
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040 / Courtroom 5A
Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 12, 2021 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**