Daniel A. Lev (CA Bar No. 129622)
dlev@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Ronald Richards (CA Bar No. 176246)
ron@ronaldrichards.com
Law Offices of Ronald Richards & Associates, APC
P.O. Box 11480
Beverly Hills, California 90213
Telephone: 310.556.1001
Facsimile: 310.277.3325

Attorneys for Shady Bird Lending, LLC



FILED & ENTERED

MAR 12 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE SOURCE HOTEL, LLC,<br><br>        Debtor. | Case No. 8:21-bk-10525-ES<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION BETWEEN DEBTOR AND SHADY BIRD LENDING, LLC RE PENDING MOTION OF SHADY BIRD LENDING, LLC FOR ORDER EXCUSING STATE COURT RECEIVER FROM TURNOVER OF ASSETS PURSUANT TO 11 U.S.C. § 543**<br><br>DATE:<br>TIME:    [No Hearing Required]<br>PLACE:<br><br>**[RELATES TO DOCKET NO. 18]** |

The Court, the Honorable Erithe Smith, United States Bankruptcy Judge, presiding, has considered the "Stipulation Between Debtor and Shady Bird Lending, LLC Re Pending Motion of Shady Bird Lending, LLC for Order Excusing State Court Receiver From Turnover of Assets Pursuant to 11 U.S.C. § 543" (the "Stipulation") by and between Shady Bird Lending, LLC ("Shady Bird"), on the one hand, and The Source Hotel, LLC

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

DAL 2710285v1

1  (the "Debtor"), debtor and debtor in possession, on the other hand, by and through their

2  respective counsel of record.

3        After consideration of the Stipulation, and for good cause appearing

4  therefor:

5        **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

6        1.    The Stipulation is approved.

7        2.    Pending a hearing on Shady Bird's Excuse Compliance Motion (as

8  defined in the Stipulation) and SARE Motion (as defined in the Stipulation), the Receiver

9  (as defined in the Stipulation) shall be excused from complying with the turnover

10  requirements of 11 U.S.C. § 543.

11        3.    Pending a hearing on Shady Bird's Excuse Compliance Motion and

12  SARE Motion, the Receivership Order (as defined in the Stipulation) shall remain in full

13  force and effect and the Debtor shall not interfere with the Receiver or the Receivership

14  Order pending the resolution of the Excuse Compliance Motion.

15        4.    Shady Bird's Excuse Compliance Motion shall be deemed timely

16  pursuant to the Receivership Order if it is filed after March 12, 2021.

17        5.    The Debtor shall be prohibited from raising timeliness as a basis to

18  deny the Excuse Compliance Motion.

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1    6.    The Debtor shall not be deemed to have waived any of its objections

2  or defenses with respect to the Excuse Compliance Motion and SARE Motion, or any

3  issues raised by the Excuse Compliance Motion and SARE Motion, by entering into the

4  Stipulation.

5

6                                        ###

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23  Date: March 12, 2021

24                                        Erithe Smith
                                          United States Bankruptcy Judge
25

26

27

28