| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RON BENDER (SBN 143364)<br>JULIET Y. OH (SBN 211414)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: RB@LNBYB.COM; JYO@LNBYB.COM<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Debtor and Debtor-in-Possession | **FILED & ENTERED**<br><br>**MAR 12 2021**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY duarte    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>THE SOURCE HOTEL, LLC,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:21-bk-10525-ES<br>CHAPTER: 11<br><hr>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |
|---|---|

**Movant** (*name*):  The Source Hotel, LLC

1.  Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a.  *Title of motion*:  Notice Of Motion And Motion For Entry Of Order Authorizing Debtor To Provide Adequate Assurance Of Future Payment To Utility Companies Pursuant To 11 U.S.C. § 366

    b.  *Date of filing of motion:*  March 12, 2021

2.  Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*:  March 12, 2021

3.  Based upon the court's review of the application, it is ordered that:

    a.  ☐  The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

    b.  ☒  The Application is granted, and it is further ordered that:

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

(1) ☒  A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date: 3/23/21**<br>**Time:  10:00 am**<br>**Courtroom: 5A** | **Place:**<br>☐ **255 East Temple Street, Los Angeles, CA 90012**<br>☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367**<br>☐ **3420 Twelfth Street, Riverside, CA 92501**<br>☒ **411 West Fourth Street, Santa Ana, CA 92701** *via Zoom*<br>☐ **1415 State Street, Santa Barbara, CA 93101** |

(2) ☒  No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| | |
|---|---|
| (A) *Deadlines:*<br><br>Date: **3/12/21**<br><br>Time: **6:00 pm** | (B) *Persons/entities to be provided with telephonic notice:*<br><br>**State Court appointed receiver, Secured lender**<br><br><br><br>☐ See attached page |

(C) *Telephonic notice is also required upon the* United States trustee

(3) ☒  No later than the deadlines given, **written notice of the hearing *(including Zoom Notice)* and a copy of this order** must be served upon all persons/entities listed using:    ☒ one of the methods checked<br>☐ all of the methods checked

(A) ☐ Personal Delivery  ☒ Overnight Mail  ☐ First class mail  ☒ Facsimile*  ☒ Email*

| | |
|---|---|
| (B) *Deadlines:*<br><br>Date: **3/12/21**<br><br>Time: | (C) *Persons/entities to be served with written notice and a copy of this order:*<br><br>**All creditors, affected utility companies, and parties requesting special notice**<br><br>☐ See attached page |

(D) *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers<br>  (*see Court Manual for address*)

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 2                    **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☒ Facsimile* ☒ Email*

---

(B) *Deadlines:*

Date: **3/12/21**

Time:

(C) *Persons/entities to be served with motion, declarations, supporting documents:*

**All creditors, affected utility companies, and parties requesting special notice**

☐ See attached page

(D) *Service is also required upon*:
-- United States trustee *(no electronic service permitted)*
-- Judge's copy personally delivered to chambers
   *(see Court Manual for address)*

---

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☒ Facsimile* ☒ Email*

---

(B) *Deadlines:*

Date: **3/18/21**

Time:

(C) *Persons/entities to be served with written opposition to the motion:*
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) *Service is also required upon*:
-- United States trustee *(electronic service is not permitted)*
-- Judge's copy personally delivered to chambers
   *(see Court Manual for address)*

---

(6) ☒ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☒ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☒ Facsimile* ☒ Email*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| (B) _Deadlines:_ | (C) _Persons/entities to be served with written reply to opposition:_ |
|---|---|
| Date: **3/22/21** | -- All persons/entities who filed a written opposition |
| Time: **12:00 pm** | |
| | (D) _Service is also required upon:_ |
| | -- United States trustee _(electronic service is not permitted)_ |
| | -- Judge's Copy personally delivered to chambers _(see Court Manual for address)_ |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

| ☒ at least 2 days before the hearing. | | |
|---|---|---|
| ☐ no later than: | Date: | Time: |

**\*** Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

### ###

Date: March 12, 2021

_Erithe O. Smith_

Erithe Smith
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_December 2013_                    Page 4                    **F 9075-1.1.ORDER.SHORT.NOTICE**