| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RON BENDER (SBN 143364)<br>JULIET Y. OH (SBN 211414)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: RB@LNBYB.COM; JYO@LNBYB.COM<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Debtor and Debtor-in-Possession | **FILED & ENTERED**<br><br>MAR 12 2021<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** duarte **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>THE SOURCE HOTEL, LLC,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:21-bk-10525-ES<br>CHAPTER: 11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |
|---|---|

**Movant** (*name*):  The Source Hotel, LLC

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*:  Notice Of Motion And Motion For Entry Of An Order: (A) Requiring Turnover Of Estate Cash By Evertrust Bank; (B) Authorizing Debtor To Use Cash Collateral; And (C) Authorizing Debtor To Obtain Post-Petition Financing From M+D Properties On An Unsecured Basis

    b. *Date of filing of motion:*  March 12, 2021

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*:  March 12, 2021

3. Based upon the court's review of the application, it is ordered that:

    a. ☐  The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

    b. ☒  The Application is granted, and it is further ordered that:

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                  Page 1                                      **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☒  A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date: 3/23/21** | Place: |
| **Time: 10:00 am** | ☐ 255 East Temple Street, Los Angeles, CA 90012 |
| **Courtroom: 5A** | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
| | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☒ 411 West Fourth Street, Santa Ana, CA 92701 *via Zoom* |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒  No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| | |
|---|---|
| (A) *Deadlines:* | (B) *Persons/entities to be provided with telephonic notice:* |
| Date: **3/12/21** | |
| Time: **6:00 pm** | *State Court appointed receiver, Secured lender* |
| | ☐ See attached page |
| | (C) *Telephonic notice is also required upon* the United States trustee |

(3) ☒  No later than the deadlines given, **written notice of the hearing *(including Zoom Notice)*** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked
☐ all of the methods checked

(A)  ☐ Personal Delivery    ☒ Overnight Mail    ☐ First class mail    ☒ Facsimile*    ☒ Email*

| | |
|---|---|
| (B) *Deadlines:* | (C) *Persons/entities to be served with written notice and a copy of this order:* |
| Date: **3/12/21** | |
| Time: | **All creditors, affected utility companies, and parties requesting special notice** |
| | ☐ See attached page |
| | (D) *Service is also required upon*: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 2                    **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☒ Facsimile* ☒ Email*

| (B) <u>Deadlines:</u><br>Date: **3/12/21**<br><br>Time: | (C) <u>Persons/entities to be served with motion, declarations, supporting documents:</u><br><br>**All creditors, affected utility companies, and parties requesting special notice**<br><br>☐ See attached page<br><br>(D) <u>Service is also required upon</u>:<br>-- United States trustee (*no electronic service permitted*)<br>-- Judge's copy personally delivered to chambers<br>  (*see Court Manual for address*) |
|---|---|

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☒ Facsimile* ☒ Email*

| (B) <u>Deadlines:</u><br>Date: **3/18/21**<br><br>Time: | (C) <u>Persons/entities to be served with written opposition to the motion:</u><br>-- movant's attorney (or movant, if movant is not represented by an attorney)<br><br><br><br>(D) <u>Service is also required upon</u>:<br>-- United States trustee (*electronic service is not permitted*)<br>-- Judge's copy personally delivered to chambers<br>  (*see Court Manual for address*) |
|---|---|

(6) ☒ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☒ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☒ Facsimile* ☒ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 3    **F 9075-1.1.ORDER.SHORT.NOTICE**

| (B) *Deadlines:* | (C) *Persons/entities to be served with written reply to opposition:* |
|---|---|
| Date: **3/22/21** | -- All persons/entities who filed a written opposition |
| Time: **12:00 pm** | |
| | (D) *Service is also required upon*: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's Copy personally delivered to chambers *(see Court Manual for address)* |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☒ at least 2 days before the hearing.
> ☐ no later than:    Date:    Time:

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: March 12, 2021

*Erithe Smith*
Erithe Smith
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**