RON BENDER (SBN 143364)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYB.COM; JYO@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtor and
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:21-bk-10525-ES |
| THE SOURCE HOTEL, LLC, a California limited liability company, | Chapter 11 |
| Debtor and Debtor in Possession. | **NOTICE OF HEARING ON:**<br>**(A) MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO 11 U.S.C. § 366; AND**<br>**(B) MOTION FOR ENTRY OF AN ORDER: (A) REQUIRING TURNOVER OF ESTATE CASH BY EVERTRUST BANK; (B) AUTHORIZING DEBTOR TO USE CASH COLLATERAL; AND (C) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING FROM M+D PROPERTIES ON AN UNSECURED BASIS**<br><br>Date:   March 23, 2021<br>Time:  10:00 a.m.<br>Place:  ZoomGov |

1

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, ALL KNOWN CREDITORS, AFFECTED UTILITY COMPANIES, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that a hearing will be held on **March 23, 2021 at 10:00 a.m.**, before the Honorable Erithe A. Smith, United States Bankruptcy Judge, for the Court to consider the following motions filed by The Source Hotel, LLC, a California limited liability company and the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"):

- Notice Of Motion And Motion For Entry Of An Order: (A) Requiring Turnover Of Estate Cash By Evertrust Bank; (B) Authorizing Debtor To Use Cash Collateral; And (C) Authorizing Debtor To Obtain Post-Petition Financing From M+D Properties On An Unsecured Basis [Doc. No. 21] (the "CC/Financing Motion"); and

- Notice Of Motion And Motion For Entry Of Order Authorizing Debtor To Provide Adequate Assurance Of Future Payment To Utility Companies Pursuant To 11 U.S.C. § 366 [Doc. No. 19] (the "Utility Motion," and together with the CC/Financing Motion, the "Motions").

**PLEASE TAKE FURTHER NOTICE** that, due the COVID-19 pandemic, the Court will conduct the hearing on the Motions using ZoomGov audio and video technology.

**PLEASE TAKE FURTHER NOTICE** that hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

**PLEASE TAKE FURTHER NOTICE** that individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet). The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to

1  the Internet.  Individuals connecting in this manner will be prompted for the Meeting ID and
2  Password shown below.

3  **PLEASE TAKE FURTHER NOTICE** that individuals also may connect to the hearing
4  by telephone only, using the telephone number provided below.  Individuals connecting in this
5  manner also will be prompted for the Meeting ID and Password.

6  **PLEASE TAKE FURTHER NOTICE** that neither a Zoom nor a ZoomGov account is
7  necessary to participate in or observe the hearing, and no pre-registration is required.

8  **PLEASE TAKE FURTHER NOTICE** that the audio portion of the hearing will be
9  recorded electronically by the Court and constitute its official record.

10  **PLEASE TAKE FURTHER NOTICE** that all persons are strictly prohibited from
11  making any other recording of court proceedings, whether by video, audio, "screenshot," or
12  otherwise.  Violation of this prohibition may result in the imposition of monetary and non-
13  monetary sanctions.

14  **PLEASE TAKE FURTHER NOTICE** that the following is the unique ZoomGov
15  connection information for the above-referenced hearing:

16      Meeting URL:      https://cacb.zoomgov.com/j/1617914706
17      Meeting ID:       161 791 4706
    Password:         381185
18      Telephone:        (669) 254-5252 or (646) 828-7666

19

20  **PLEASE TAKE FURTHER NOTICE** that more information on appearing before the
21  the Court by ZoomGov is available in the "Notice of Video and Telephonic Appearance
22  Procedures for Judge Erithe A. Smith's Cases" on the Court's website at
23  https://www.cacb.uscourts.gov/judges/honorable-erithe-smith under the "Telephonic
24  Instructions" section.

25  **PLEASE TAKE FURTHER NOTICE** that copies of the Motions will be provided
26  upon request in writing to counsel for the Debtor, whose contact information is set forth on the
27  top left-hand corner of the first page of this Notice.

28

**PLEASE TAKE FURTHER NOTICE** that any oppositions to either or both of the Motions must be in writing, filed with the Court, and served upon counsel for the Debtor (by overnight mail, facsimile, or email) and upon the United States Trustee (by overnight mail or facsimile only), with a Judge's copy personally delivered to Court chambers, by **March 18, 2021**.

**PLEASE TAKE FURTHER NOTICE** that any replies to any oppositions to the Motions must be in writing, filed with the Court, and served upon the parties who filed a written opposition (by facsimile or email only) and upon the United States Trustee (by facsimile only), with a Judge's copy personally delivered to Court chambers, by **12:00 p.m. (Pacific time) on March 22, 2021**.

Dated:  March 12, 2021    THE SOURCE HOTEL, LLC

By: _____
RON BENDER
JULIET Y. OH
LEVENE, NEALE, BENDER, YOO
   & BRILL L.L.P.
Proposed Attorneys for Chapter 11 Debtor
and Debtor-in-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF HEARING ON: (A) MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO 11 U.S.C. § 366; AND (B) MOTION FOR ENTRY OF AN ORDER: (A) REQUIRING TURNOVER OF ESTATE CASH BY EVERTRUST BANK; (B) AUTHORIZING DEBTOR TO USE CASH COLLATERAL; AND (C) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING FROM M+D PROPERTIES ON AN UNSECURED BASIS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 12, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender**    rb@lnbyb.com
- **Nancy S Goldenberg**    nancy.goldenberg@usdoj.gov
- **Daniel A Lev**    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Grant A Nigolian**    grant@gnpclaw.com, process@gnpclaw.com;grant.nigolian@gmail.com
- **Juliet Y Oh**    jyo@lnbrb.com, jyo@lnbrb.com
- **Ho-El Park**    hpark@hparklaw.com
- **Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **March 12, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*None.*

☐ Service List continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 12, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served via Attorney Service*
The Honorable Erithe A. Smith
United States Bankruptcy Court
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040 / Courtroom 5A
Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 12, 2021 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              **F 9013-3.1.PROOF.SERVICE**