**Fill in this information to identify the case:**

Debtor name  **The Source Hotel, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known)  8:21-bk-10525-ES

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 12, 2021**  X 
_____
Signature of individual signing on behalf of debtor

**Donald Chae**
Printed name

**Manager of Sole Member of Debtor**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **The Source Hotel, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known)    **8:21-bk-10525-ES**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                          12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................    $    **50,000,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................    $    **2,821,520.80**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................................    $    **52,821,520.80**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **55,140,197.44**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$    **16,648,685.39**

4.   **Total liabilities** .................................................................................................................
    Lines 2 + 3a + 3b                                                                                            $    **71,788,882.83**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **The Source Hotel, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known)   **8:21-bk-10525-ES**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Evertrust Bank** | **Checking** | **0272** | **$32,572.70** |
| 3.2. | **Evertrust Bank** | **Checking** | **1348** | **$2,674.05** |
| 3.3. | **Preferred Bank** | **Checking** | **0774** | **$1,785.02** |
| 3.4. | **Preferred Bank** | **Checking** | **1045** | **$373.94** |
| 3.5. | **Preferred Bank** | **Checking** | **9121** | **$471.06** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $37,876.77 |

| Part 2: | Deposits and Prepayments |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **The Source Hotel, LLC** | Case number *(If known)* | **8:21-bk-10525-ES** |
|---|---|---|---|
| | Name | | |

6. **Does the debtor have any deposits or prepayments?**

    ■ No. Go to Part 3.
    ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No. Go to Part 6.
    ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Hotel furniture, fixtures, and equipment - see Exhibit B.38 attached.**<br><br>**Estimated value is based on cost value (excluding fabrication costs)** | $2,783,644.03 | Recent cost | $2,783,644.03 |

40.     **Office fixtures**

41.     **Office equipment, including all computer equipment and communication systems equipment and software**

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **The Source Hotel, LLC** | Case number *(If known)* | **8:21-bk-10525-ES** |
|---|---|---|---|
| | Name | | |

| 43. | **Total of Part 7.** | | **$2,783,644.03** |
|---|---|---|---|

Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.

☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Partially constructed 178-room seven-story hotel building located on leased real property located in Buena Park, California [AIN 276-361-20 and 276-361-22, et al.]; and Leasehold interest in the foregoing real property.** | | **Unknown** | | **$50,000,000.00** |

| 56. | **Total of Part 9.** | | **$50,000,000.00** |
|---|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **The Source Hotel, LLC**                                    Case number *(If known)*  **8:21-bk-10525-ES**
_____
Name

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor      **The Source Hotel, LLC**                                    Case number *(If known)*  **8:21-bk-10525-ES**
       <sub>Name</sub>

**Part 12:**   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $37,876.77 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,783,644.03 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $50,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,821,520.80 | + 91b.   $50,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $52,821,520.80 |

**<u>Exhibit B. 38</u>**

**THE SOURCE HOTEL, LLC**

**FURNITURE/ARTWORK**

| ITEMS | COST |
|---|---|
| ARTWORK | |
| GUESTROOM | $ 635,219.00 |
| PUBLIC AREA | $ 91,068.00 |
| GUESTROOM (FF&E) | $ 1,528,626.28 |
| PUBLIC AREA (FF&E) | $ 528,730.75 |
| | $ 2,783,644.03 |

**EQUIPMENT**

| ITEM | BRAND/VENDOR | UNITS | STATUS |
|---|---|---|---|
| ELEVATOR | KONE | 3 | Installed |
| HVAC UNIT(S) | UNKNOWN | 6 | Storage |

# The Source Hotel, LLC

3/11/2021

**GUESTROOM**

| HBA PO# | Spec # | Manufacturer | Item | Description | Guestroom Quantity | UM | Category | Unit Price | Total Cost |
|---|---|---|---|---|---|---|---|---|---|
| 64 | AA-101A | Canvas | Artwork @ Guestroom 1 | Framed Artwork 1 at Headboard in Guestrooms | 178 | ea | Mirrors and Artwork | $ 145.00 | $ 25,810.00 |
| 64 | AA-101B | Canvas | Artwork @ Guestroom 2 | Framed Artwork 2 at Headboard in Guestrooms | 178 | ea | Mirrors and Artwork | $ 54.75 | $ 9,745.50 |
| 64 | AA-101C | Canvas | Artwork @ Guestroom 3 | Framed Artwork 3 at Headboard inGuestrooms | 178 | ea | Mirrors and Artwork | $ 70.00 | $ 12,460.00 |
| 64 | AA-101D | Canvas | Artwork @ Guestroom 4 | Framed Artwork 4 at Headboard inGuestrooms | 178 | ea | Mirrors and Artwork | $ 135.50 | $ 24,119.00 |
| 64 | AA-101E | Canvas | Artwork @ Guestroom 5 | Framed Artwork 5 at Headboard inGuestrooms | 178 | ea | Mirrors and Artwork | $ 58.00 | $ 10,324.00 |
| 64 | AA-105 | Canvas | TBD | Larged Framed Art in Guestrooms | 178 | ea | Mirrors and Artwork | $ 185.00 | $ 32,930.00 |
| 64 | AA-137 | Canvas | Art @ Suites 1 | Framed Artwork 1 At Suites | 6 | ea | Mirrors and Artwork | $ 204.25 | $ 1,225.50 |
| 64 | AA-137A | Canvas | Art @ Suites 2 | Framed Artwork 2 at Suites | 6 | ea | Mirrors and Artwork | $ 253.00 | $ 1,518.00 |
| 64 | AA-137B | Canvas | Art @ Suites 3 | Framed Artwork 3 at Suitess | 6 | ea | Mirrors and Artwork | $ 210.00 | $ 1,260.00 |
| 64 | AA-137C | Canvas | Art @ Suited 4 | Framed Artwork 4 at Suites | 6 | ea | Mirrors and Artwork | $ 166.00 | $ 996.00 |
| 64 | AA-104 | Canvas | Artwork @ Guestroom 8 | Oversized Framed Art by Tulip Table in Guestrooms | 178 | ea | Mirrors and Artwork | $ 125.00 | $ 22,250.00 |
| 23 | C-100 Care Fee | Shaw Contract Flooring Services Inc | Carpet 1 @ Guestroom | Care Fee for Carpet at Guestroom | 5,407 | syd | FF & E Finishes | $ 0.25 | $ 1,351.75 |
| 23 | C-101 Care Fee | Shaw Contract Flooring Services Inc | Carpet 4 @ Guestroom Corridors | Care Fee for Carpet at Guestroom Corridors | 5,407 | syd | FF & E Finishes | $ 0.25 | $ 1,351.75 |
| 23 | C-101.1 | Shaw Contract Flooring Services Inc | Carpet 5 @ Guestroom Corridors | Carpet at Guestroom Corridors (corridor runner) | 1,289 | syd | FF & E Finishes | $ 32.95 | $ 42,472.55 |
| 23 | C-101.2 | Shaw Contract Flooring Services Inc | Carpet 6 @ Guestroom Corridors | Carpet at Guestroom Corridors (left door fill) | 479 | syd | FF & E Finishes | $ 32.95 | $ 15,783.05 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 23 | C-101.3 | Shaw Contract Flooring Services Inc | Carpet 4 @ Guestroom Corridors | Carpet at Guestroom Corridors (right door fill) | 517 | syd | FF & E Finishes | $ 32.95 | $ 17,035.15 |
| 23 | C-107 | Shaw Contract Flooring Services Inc | Carpet Pad @ Guestroom | Carpet Pad at Guestroom | 5,407 | syd | FF & E Finishes | $ 1.66 | $ 8,975.62 |
| 23 | C-108 | Shaw Contract Flooring Services Inc | Carpet Pad @ Guestroom Corridors | Carpet Pad at Guestroom Corridors and Public Areas | 3,446 | syd | FF & E Finishes | $ 4.21 | $ 14,507.66 |
| 23 | C-100.1 | Shaw Contract Flooring Services Inc | Carpet 2 @ Guestroom | Typical Carpet at Guestrooms | 5,327 | syd | FF & E Finishes | $ 12.73 | $ 67,812.71 |
| 23 | C-100.2 | Shaw Contract Flooring Services Inc | Carpet 3 @ Guestroom | Typical Carpet at Guestrooms | 242 | syd | FF & E Finishes | $ 32.97 | $ 7,977.53 |
| 38 | DR-101 | CDI/Valley Forge | Window Treatments 2 - Drapery | Drapery at Slider Doors in Guestrooms (8'-0" w X 8'-0" h) | 178 | ea | FF & E Finishes | $ 347.88 | $ 61,922.64 |
| 47 | DR-101A | Valley Forge Fabrics Inc. | COM @ Window Treatments-Sheers | Sheer Fabric at Drapery | 1,780 | yd | FF & E Finishes | $ 28.98 | $ 51,584.40 |
| 47 | DR-101B | Valley Forge Fabrics Inc. | COM @ Window Treatments-Blackouts | Blackout Fabric at Drapery | 3,694 | yd | FF & E Finishes | $ 13.98 | $ 51,635.13 |
| 3 | GF-103 | Fairmont Designs | Double Queen Bed | Double Queen Bed Casegood Unit at DQ Guestroom | 85 | ea | Casegoods | $ 2,123.00 | $ 180,455.00 |
| 3 | GF-106.1 | Fairmont Designs | Closet Unit 2 - ADA | 3-Compartment Closet Unit at ADA Guestrooms | 9 | ea | Casegoods | $ 2,772.00 | $ 24,948.00 |
| 3 | GF-106.2 | Fairmont Designs | Closet Unit 3 - Suites | Split 3-Compartment Unit at S3 Guestrooms | 3 | ea | Casegoods | $ 2,923.00 | $ 8,769.00 |
| 3 | GF-106.3 | Fairmont Designs | Closet Unit 3 - Suites | Split 3-Compartment Unit at  Guestrooms-No Luggage Bench | 7 | ea | Casegoods | $ 2,588.00 | $ 18,116.00 |
| 3 | GF-107.3 | Fairmont Designs | TV Console -3 | TV Console 64" with legs at Guestroom | 2 | ea | Casegoods | $ 487.00 | $ 974.00 |
| 3 | GF-109.1A | Fairmont Designs | Side Table 3 -Tulip @ GR | Oval Tulip-Style Table at Guestrooms-Stone Top | 3 | ea | Casegoods | $ 172.00 | $ 516.00 |
| 3 | GF-109.2 | Fairmont Designs | Side Table 4 -Rectangular @ GR | Rectangular Tulip-Style Table at Guestrooms | 1 | ea | Casegoods | $ 1,432.00 | $ 1,432.00 |
| 3 | GF-109.2A | Fairmont Designs | Side Table 4 -Rectangular @ GR | Rectangular Tulip-Style Table at Guestrooms-Stone Top | 1 | ea | Casegoods | $ 405.00 | $ 405.00 |
| 3 | GF-113 | Fairmont Designs | Side Table 5 @ L4 GR Corridors | Drum Side Table at L4 Guestroom Corridor | 1 | ea | Casegoods | $ 303.00 | $ 303.00 |
| 9 | GF-114 | Designform | Lounge Chair 1 @ Guestroom Corridors | Crescent Lounge Chair at Guestroom Corridors | 2 | ea | Upholstery | $ 275.00 | $ 550.00 |

| 3 | GF-115 | Fairmont Designs | Bench 1 @ King 4 | Bench at K4 Guestroom, with 6 pillows | 8 | ea | Upholstery | $ 1,449.00 | $ 11,592.00 |
|---|---|---|---|---|---|---|---|---|---|
| 10 | GF-121 | HB Architectural Lighting Inc | Wall Sconce 2 @ Guestroom Corridors | Custom Lilburn Wall Sconce in GuestroomCorridors | 95 | ea | Hardwired Lighting | $ 252.00 | $ 23,940.00 |
| 20 | GF-122 | Luceplan USA Inc. (remit600) | Floor Lamp @ Guestroom Corridor L4 | Constanza Floor Lamp at L4 GuestroomCorridor | 1 | ea | Portable Lighting | $ 493.50 | $ 493.50 |
| 3 | GF-124 | Fairmont Designs | Bench 2 @ Guestroom King | Uphostered Bench | 8 | ea | Upholstery | $ 236.00 | $ 1,888.00 |
| 3 | GF-125 | Fairmont Designs | Console Table @ Guestroom Corridor | Lacquered Console Table in GuestroomCorridors | 5 | ea | Casegoods | $ 424.00 | $ 2,120.00 |
| 3 | GF-130 | Fairmont Designs | Bed @ King 5 & Suite 1 | King Bed Casegood Unit at K5 and S1 | 11 | ea | Casegoods | $ 1,377.00 | $ 15,147.00 |
| 9 | GF-131 | Designform | Lounger @ Suites | Designform Brady Lounger in Suites | 2 | ea | Upholstery | $ 946.00 | $ 1,892.00 |
| 11 | GF-133 | Design Public Group | Pendant 2 @ Suites | &Tradition Flowerpot Dining Pendant at Suites | 4 | ea | Hardwired Lighting | $ 323.00 | $ 1,292.00 |
| 3 | GF-134 | Fairmont Designs | Bar - Suites | Bar Cabinet at Suite | 4 | ea | Casegoods | $ 1,285.00 | $ 5,140.00 |
| 3 | GF-135 | Fairmont Designs | Sofa @ Suites | Sofa with Built-In Bookshelf and Side Tables at Suites, with 3 pillows | 2 | ea | Upholstery | $ 3,115.00 | $ 6,230.00 |
| 9 | GF-136 | Designform | Lounge Chair 2 @ Suite 1 | DesignForm Manhattan Lounge Chair in S1 | 3 | ea | Upholstery | $ 725.00 | $ 2,175.00 |
| 3 | GF-137 | Fairmont Designs | Oval Coffee Table @ Suites | Oval Coffee Table at Suites | 4 | ea | Casegoods | $ 482.00 | $ 1,928.00 |
| 3 | GF-137.1 | Fairmont Designs | Oval Coffee Table @Suites 2 | Oval Coffee Table at Suites | 3 | ea | Casegoods | $ 363.00 | $ 1,089.00 |
| 8 | GF-139 | Design Within Reach | Pendant 1 @ Suites | Herman Miller Nelson Ball Pendant in Suites | 2 | ea | Hardwired Lighting | $ 381.15 | $ 762.30 |
| 3 | GF-140 | Fairmont Designs | Sectional Sofa @ Suite 2 | Sectional Sofa with Built-In Side Table at S2, with 6 pillows | 1 | ea | Upholstery | $ 4,566.00 | $ 4,566.00 |
| 3 | GF-141 | Fairmont Designs | Sectional Sofa 1 w/built in @ Suite 3 | Sectional Sofa with Built-In Side Table at S3, with 3 pillows | 3 | ea | Upholstery | $ 4,219.00 | $ 12,657.00 |
| 3 | GF-142 | Fairmont Designs | Three Seat Sofa @ King 5 | Three Seat Sofa at K5, with 4 pillows | 1 | ea | Upholstery | $ 1,667.00 | $ 1,667.00 |
| 3 | GF-143 | Fairmont Designs | Side Table 6 @ Suite 2 | Side Table | 1 | ea | Casegoods | $ 475.00 | $ 475.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | GF-144 | Sandler Seating Inc | Chair 3 @ Suite 2 | Sandler Seating Dunas XS 1.3 Chair in S2 | 2 | ea | Casegoods | $ | 688.50 | $ 1,377.00 |
| 16 | GF-145 | Fairmont Designs | Vanity 2 - Suites | Bathroom Vanity at Suites | 5 | ea | Casegoods | $ | 1,060.00 | $ 5,300.00 |
| 16 | GF-145.1 | Fairmont Designs | Vanity 2 - Suites | Bathroom Vanity at Suites ADA | 1 | ea | Casegoods | | | $ - |
| 16 | GF-145.1.S.Opt | Fairmont Designs | Vanity 2 - Suites | Bathroom Vanity at Suites w/stone top | 1 | ea | Casegoods | | | $ - |
| 16 | GF-145.A | Fairmont Designs | Vanity 2 - Suites | Bathroom Vanity at Suites w/stone top | 5 | ea | Casegoods | | | $ - |
| 3 | GF-146 | Fairmont Designs | Side Table 7 @ King 5 | Side Table | 1 | ea | Casegoods | $ | 339.00 | $ 339.00 |
| 3 | GF-146A | Fairmont Designs | Side Table 7 @ King 5 | Side Table-Stone Top | 1 | ea | Casegoods | $ | 179.00 | $ 179.00 |
| | GF-148 | Shaw Contract Flooring Services Inc | Area Rug | Carpeting | | ea | FF & E Finishes | $ | 544.58 | $ - |
| 17 | GF-149 | France and Son | Clock | France & Son Ball Clock in Suites | 4 | ea | Accessories | $ | 79.20 | $ 316.80 |
| 3 | GF-100 | Fairmont Designs | King Bed -1 | King Bed Casegood Unit at K Guestroom (14' 5"W) | 69 | ea | Upholstery | $ | 1,078.00 | $ 74,382.00 |
| 3 | GF-100.1 | Fairmont Designs | King Bed -2 | King Bed Casegood Unit at K Guestroom (17' 11-3/4" W) | 12 | ea | Upholstery | $ | 2,082.00 | $ 24,984.00 |
| 3 | GF-100.2 | Fairmont Designs | King Bed -3 | King Bed Casegood Unit at K Guestroom (13' 11-3/4" W) | 1 | ea | Upholstery | $ | 1,734.00 | $ 1,734.00 |
| 3 | GF-106 | Fairmont Designs | Closet Unit 1 -Guestrooms | 3-Compartment Closet Unit at Guestrooms | 159 | ea | Casegoods | $ | 2,772.00 | $ 440,748.00 |
| 3 | GF-107 | Fairmont Designs | TV Console -1 | Wall-Hung TV Console at Guestrooms (96" L) | 153 | ea | Casegoods | $ | 364.00 | $ 55,692.00 |
| 3 | GF-107.1 | Fairmont Designs | TV Console -2 | Wall-Hung TV Console at Guestrooms (72" L) | 18 | ea | Casegoods | $ | 340.00 | $ 6,120.00 |
| 3 | GF-107.2 | Fairmont Designs | TV Console -2 | Wall-Hung TV Console at Guestrooms (64" L) | 3 | ea | Casegoods | $ | 325.00 | $ 975.00 |
| 20 | GF-108 | PH Designs | Ottoman -Cantilever @ King | Custom | 71 | ea | Upholstery | $ | 160.00 | $ 11,360.00 |
| 3 | GF-109 | Fairmont Designs | Side Table 2 -Oval @ GR | Oval Tulip-Style Table at Guestrooms | 174 | ea | Casegoods | $ | 445.00 | $ 77,430.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | GF-109.1 | Fairmont Designs | Side Table 2 -Oval @ GR | Oval Tulip-Style Table at Guestrooms | 3 | ea | Casegoods | $ | 680.00 | $ | 2,040.00 |
| 3 | GF-109A | Fairmont Designs | Side Table 2 -Oval @ GR | Oval Tulip-Style Table at Guestrooms- Stone Top | 174 | ea | Casegoods | $ | 172.00 | $ | 29,928.00 |
| 3 | GF-110 | Fairmont Designs | Chair 1 @ GR | Chair in Guestrooms | 344 | ea | Upholstery | $ | 171.00 | $ | 58,824.00 |
| 16 | GF-111 | Fairmont Designs | Vanity 1 @ GR | Bathroom Vanity at Guestrooms | 164 | ea | Casegoods | $ | 626.00 | $ | 102,664.00 |
| 16 | GF-111.1 | Fairmont Designs | Vanity 1 @ GR | Bathroom Vanity at Guestrooms ADA | 7 | ea | Casegoods | $ | 516.00 | $ | 3,612.00 |
| 16 | GF-111.1A | Fairmont Designs | Vanity 1 @ GR | Bathroom Vanity w/stone top (ADA) | 7 | ea | Casegoods | $ | 318.00 | $ | 2,226.00 |
| 16 | GF-111.2 | Fairmont Designs | Vanity 1 @ GR | Bathroom Vanity (ADA) Sub Top | 3 | ea | Casegoods | $ | 456.00 | $ | 1,368.00 |
| 16 | GF-111.2A | Fairmont Designs | Vanity 1 @ GR | Bathroom Vanity (ADA) Stone Top | 3 | ea | Casegoods | $ | 298.00 | $ | 894.00 |
| 16 | GF-111.3 | Fairmont Designs | Vanity 1 @ GR | Bathroom Vanity at Guestrooms K-5 | 1 | ea | Casegoods | $ | 683.00 | $ | 683.00 |
| 16 | GF-111.3A. | Fairmont Designs | Vanity 1 @ GR | Bathroom Vanity w/stone top | 1 | ea | Casegoods | $ | 442.00 | $ | 442.00 |
| 16 | GF-111.A. | Fairmont Designs | Vanity 1 @ GR | Bathroom Vanity w/stone top | 164 | ea | Casegoods | $ | 403.00 | $ | 66,092.00 |
| 66 | GF-112 | Majestic | Mirror  @ GR | Makeup Mirror | 178 | ea | Mirrors and Artwork | $ | 33.25 | $ | 5,918.50 |
| 2 | GF-116 | Majestic | Backlit Mirror | Mirror @ Guest Vanity | 178 | ea | Mirrors and Artwork | $ | 178.75 | $ | 31,817.50 |
| 5 | GF-117 | HB Architectural Lighting Inc | Wall Sconce 1 @ Guestroom Headboard | Custom Wall Sconce at Headboard in Guestrooms | 356 | ea | Hardwired Lighting | $ | 139.65 | $ | 49,715.40 |
| 4 | GF-118 | Seascapes | Lamp @ Guestroom Tulip Table | Lamp at Tulip Table in Guestrooms | 178 | ea | Portable Lighting | $ | 175.00 | $ | 31,150.00 |
| 4 | GF-118.1 | Seascapes | Lightbulbs | Lamp at Tulip Table in Guestrooms | 178 | ea | Portable Lighting | $ | 8.50 | $ | 1,513.00 |
| 55 | WC-102 | Maharam | Wallcovering 3 @ Guestrooms Corridors 1 | Spin 399833-003 Fritter Vinyl Wallcovering at Guestroom Corridors | 1,700 | lyd | FF & E Finishes | $ | 19.50 | $ | 33,150.00 |
| 50 | WC-111 | MDC Wallcovering | Wallcovering 4 @ Guestroooms Corridors 2 | Warren Graphite MLW3609/4425 Vinyl Wallcovering at Corridor | 1,260 | lyd | FF & E Finishes | $ | 11.78 | $ | 14,842.80 |

| 50 | WC-100 | MDC Wallcovering | Wallcovering 2 @ Guestroooms | Illude 399912-012 Slope Vinyl Wallcovering in Guestrooms | 8,000 | yd | FF & E Finishes | $ | 6.77 | $ | 54,160.00 |
| 50 | WC-101 | MDC Wallcovering | Wallcovering @ Guestrooms | Glint W2Gn18 Crafted Gold | 3,830 | lyd | FF & E Finishes | $ | 8.93 | $ | 34,201.90 |

TOTAL    $   2,163,845.28

# The Source Hotel, LLC

3/11/2021

| | | | | | PUBLIC AREA | | | | | |
| HBA PO# | Spec # | Manufacturer | Item | Description | Public Area Quantity | UM | Category | Unit Cost | | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| 65 | AA-123 | Canvas | Guestroom Corridors Art | Art Work at Guestroom Corridors | 2.00 | ea | Mirrors & Artwork | $ | 1,290.00 | $ 2,580.00 |
| 65 | AA-123A | Canvas | Guestroom Corridors Art | Art Work at Guestroom Corridors | 2.00 | ea | Mirrors & Artwork | $ | 1,500.00 | $ 3,000.00 |
| 65 | AA-123B | Canvas | Guestroom Corridors Art | Art Work at Guestroom Corridors | 2.00 | ea | Mirrors & Artwork | $ | 850.00 | $ 1,700.00 |
| 65 | AA-123C | Canvas | Guestroom Corridors Art | Art Work at Guestroom Corridors | 2.00 | ea | Mirrors & Artwork | $ | 1,245.00 | $ 2,490.00 |
| 65 | AA-123D | Canvas | Guestroom Corridors Art | Art Work at Guestroom Corridors | 2.00 | ea | Mirrors & Artwork | $ | 1,245.00 | $ 2,490.00 |
| 65 | AA-123E | Canvas | Guestroom Corridors Art | Art Work at Guestroom Corridors | 2.00 | ea | Mirrors & Artwork | $ | 1,520.00 | $ 3,040.00 |
| 65 | AA-123F | Canvas | Guestroom Corridors Art | Art Work at Guestroom Corridors | 2.00 | ea | Mirrors & Artwork | $ | 1,000.00 | $ 2,000.00 |
| 65 | AA-123G | Canvas | Guestroom Corridors Art | Art Work at Guestroom Corridors | 2.00 | ea | Mirrors & Artwork | $ | 900.00 | $ 1,800.00 |
| 65 | AA-124 | Canvas | Guestroom Corridors Art | Art Work at Guestroom Corridors | 2.00 | ea | Mirrors & Artwork | $ | 900.00 | $ 1,800.00 |
| 65 | AA-124A | Canvas | Guestroom Corridors Art | Art Work at Guestroom Corridors | 2.00 | ea | Mirrors & Artwork | $ | 1,000.00 | $ 2,000.00 |
| 65 | AA-124B | Canvas | Guestroom Corridors Art | Art Work at Guestroom Corridors | 2.00 | ea | Mirrors & Artwork | $ | 1,290.00 | $ 2,580.00 |
| 65 | AA-124C | Canvas | Guestroom Corridors Art | Art Work at Guestroom Corridors | 2.00 | ea | Mirrors & Artwork | $ | 1,500.00 | $ 3,000.00 |
| 65 | AA-124D | Canvas | Guestroom Corridors Art | Art Work at Guestroom Corridors | 2.00 | ea | Mirrors & Artwork | $ | 1,245.00 | $ 2,490.00 |
| 65 | AA-124E | Canvas | Guestroom Corridors Art | Art Work at Guestroom Corridors | 2.00 | ea | Mirrors & Artwork | $ | 850.00 | $ 1,700.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | AA-124F | Canvas | Guestroom Corridors Art | Art Work at Guestroom Corridors | 2.00 | ea | Mirrors & Artwork | $ | 1,300.00 | $ | 2,600.00 |
| 65 | AA-124G | Canvas | Guestroom Corridors Art | Art Work at Guestroom Corridors | 2.00 | ea | Mirrors & Artwork | $ | 1,400.00 | $ | 2,800.00 |
| 68 | AA-125 | Wrapped | Wallcovering 1 @ GR Corridor to Pool | Pair of Large Format Wallcoverings in GR Corridor to Pool | 2.00 | ea | FF & E Finishes | $ | 2,000.00 | $ | 4,000.00 |
| 65 | AA-127 | Canvas | Artwork @ Tech Center 1 | Artwork at Tech Center 1 | 1.00 | ea | Mirrors & Artwork | $ | 1,175.00 | $ | 1,175.00 |
| 65 | AA-127A | Canvas | Artwork @ Tech Center 2 | Artwork at Tech Center 2 | 1.00 | ea | Mirrors & Artwork | $ | 1,175.00 | $ | 1,175.00 |
| 65 | AA-127B | Canvas | Artwork @ Tech Center 3 | Artwork at Tech Center 3 | 1.00 | ea | Mirrors & Artwork | $ | 1,475.00 | $ | 1,475.00 |
| 65 | AA-127C | Canvas | Artwork @ Tech Center 4 | Artwork at Tech Center 4 | 1.00 | ea | Mirrors & Artwork | $ | 1,089.00 | $ | 1,089.00 |
| 65 | AA-127D | Canvas | Artwork @ Tech Center 5 | Artwork at Tech Center 5 | 1.00 | ea | Mirrors & Artwork | $ | 1,473.00 | $ | 1,473.00 |
| 65 | AA-127E | Canvas | Artwork @ Tech Center 6 | Artwork at Tech Center 6 | 1.00 | ea | Mirrors & Artwork | $ | 1,473.00 | $ | 1,473.00 |
| 65 | AA-127F | Canvas | Artwork @ Tech Center 7 | Artwork at Tech Center 7 | 1.00 | ea | Mirrors & Artwork | $ | 1,059.00 | $ | 1,059.00 |
| 65 | AA-127G | Canvas | Artwork @ Tech Center 8 | Artwork at Tech Center 8 | 1.00 | ea | Mirrors & Artwork | $ | 1,059.00 | $ | 1,059.00 |
| 65 | AA-127H | Canvas | Artwork @ Tech Center 9 | Artwork at Tech Center 9 | 1.00 | ea | Mirrors & Artwork | $ | 1,059.00 | $ | 1,059.00 |
| 65 | AA-127I | Canvas | Artwork @ Tech Center 10 | Artwork at Tech Center 10 | 1.00 | ea | Mirrors & Artwork | $ | 1,089.00 | $ | 1,089.00 |
| 65 | AA-127J | Canvas | Artwork @ Tech Center 11 | Artwork at Tech Center 11 | 1.00 | ea | Mirrors & Artwork | $ | 1,373.00 | $ | 1,373.00 |
| 65 | AA-127K | Canvas | Artwork @ Tech Center 12 | Artwork at Tech Center 12 | 1.00 | ea | Mirrors & Artwork | $ | 1,089.00 | $ | 1,089.00 |
| 65 | AA-127L | Canvas | Artwork @ Tech Center 13 | Artwork at Tech Center 13 | 1.00 | ea | Mirrors & Artwork | $ | 1,059.00 | $ | 1,059.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | AA-128 | Canvas | Artwork @ Kitchen Wall 1 | Artwork At Kitchen Wall 1 | 1.00 | ea | Mirrors & Artwork | $ | 265.00 | $ | 265.00 |
| 65 | AA-128A | Canvas | Artwork @ Kitchen Wall 2 | Artwork At Kitchen Wall 2 | 1.00 | ea | Mirrors & Artwork | $ | 265.00 | $ | 265.00 |
| 65 | AA-128B | Canvas | Artwork @ Kitchen Wall 3 | Artwork At Kitchen Wall 3 | 1.00 | ea | Mirrors & Artwork | $ | 265.00 | $ | 265.00 |
| 65 | AA-128C | Canvas | Artwork @ Kitchen Wall 4 | Artwork At Kitchen Wall 4 | 1.00 | ea | Mirrors & Artwork | $ | 265.00 | $ | 265.00 |
| 65 | AA-128D | Canvas | Artwork @ Kitchen Wall 5 | Artwork At Kitchen Wall 5 | 1.00 | ea | Mirrors & Artwork | $ | 265.00 | $ | 265.00 |
| 65 | AA-128E | Canvas | Artwork @ Kitchen Wall 6 | Artwork At Kitchen Wall 6 | 1.00 | ea | Mirrors & Artwork | $ | 265.00 | $ | 265.00 |
| 65 | AA-128F | Canvas | Artwork @ Kitchen Wall 7 | Artwork At Kitchen Wall 7 | 1.00 | ea | Mirrors & Artwork | $ | 265.00 | $ | 265.00 |
| 65 | AA-128G | Canvas | Artwork @ Kitchen Wall 8 | Artwork At Kitchen Wall 8 | 1.00 | ea | Mirrors & Artwork | $ | 265.00 | $ | 265.00 |
| 65 | AA-128H | Canvas | Artwork @ Kitchen Wall 9 | Artwork At Kitchen Wall 9 | 1.00 | ea | Mirrors & Artwork | $ | 265.00 | $ | 265.00 |
| 65 | AA-129 | Canvas | Artwork @ Booth in Restaurant 1 | Artwork at Booth Restaurant 1 | 1.00 | ea | Mirrors & Artwork | $ | 1,045.00 | $ | 1,045.00 |
| 65 | AA-129 | Canvas | Artwork @ Booth in Restaurant 2 | Artwork at Booth Restaurant 2 | 1.00 | ea | Mirrors & Artwork | $ | 1,401.00 | $ | 1,401.00 |
| 65 | AA-129 | Canvas | Artwork @ Booth in Restaurant 3 | Artwork at Booth Restaurant 3 | 1.00 | ea | Mirrors & Artwork | $ | 1,175.00 | $ | 1,175.00 |
| 65 | AA-129 | Canvas | Artwork @ Booth in Restaurant 4 | Artwork at Booth Restaurant 4 | 1.00 | ea | Mirrors & Artwork | $ | 590.00 | $ | 590.00 |
| 65 | AA-129 | Canvas | Artwork @ Booth in Restaurant 5 | Artwork at Booth Restaurant 5 | 1.00 | ea | Mirrors & Artwork | $ | 615.00 | $ | 615.00 |
| 65 | AA-129 | Canvas | Artwork @ Booth in Restaurant 6 | Artwork at Booth Restaurant 6 | 1.00 | ea | Mirrors & Artwork | $ | 465.00 | $ | 465.00 |
| 65 | AA-129 | Canvas | Artwork @ Booth in Restaurant 7 | Artwork at Booth Restaurant 7 | 1.00 | ea | Mirrors & Artwork | $ | 450.00 | $ | 450.00 |

| 65 | AA-129 | Canvas | Artwork @ Booth in Restaurant 8 | Artwork at Booth Restaurant 8 | 1.00 | ea | Mirrors & Artwork | $ | 650.00 | $ | 650.00 |
|----|--------|--------|----------|----------|------|----|------|---|--------|---|--------|
| 65 | AA-129 | Canvas | Artwork @ Booth in Restaurant 9 | Artwork at Booth Restaurant 9 | 1.00 | ea | Mirrors & Artwork | $ | 650.00 | $ | 650.00 |
| 65 | AA-129 | Canvas | Artwork @ Booth in Restaurant 10 | Artwork at Booth Restaurant 10 | 1.00 | ea | Mirrors & Artwork | $ | 820.00 | $ | 820.00 |
| 65 | AA-129 | Canvas | Artwork @ Booth in Restaurant 11 | Artwork at Booth Restaurant 11 | 1.00 | ea | Mirrors & Artwork | $ | 1,185.00 | $ | 1,185.00 |
| 65 | AA-129 | Canvas | Artwork @ Booth in Restaurant 12 | Artwork at Booth Restaurant 12 | 1.00 | ea | Mirrors & Artwork | $ | 900.00 | $ | 900.00 |
| 65 | AA-130 | Canvas | Artwork @ Tech Center | Artwork at Tech Center | 1.00 | ea | Mirrors & Artwork | $ | 1,840.00 | $ | 1,840.00 |
| 65 | AA-131 | Canvas | Artwork @ Restaurant 1 | Artwork at Restaurant 1 | 1.00 | ea | Mirrors & Artwork | $ | 4,000.00 | $ | 4,000.00 |
| 65 | AA-131A | Canvas | Artwork @ Restaurant 2 | Artwork at Restaurant 2 | 1.00 | ea | Mirrors & Artwork | $ | 4,000.00 | $ | 4,000.00 |
| 65 | AA-131B | Canvas | Artwork @ Restaurant 3 | Artwork at Restaurant 3 | 1.00 | ea | Mirrors & Artwork | $ | 200.00 | $ | 200.00 |
| 65 | AA-131C | Canvas | Artwork @ Restaurant 4 | Artwork at Restaurant 4 | 1.00 | ea | Mirrors & Artwork | $ | 200.00 | $ | 200.00 |
| 65 | AA-133 | Canvas | Artwork @ Meeting Rooms and Board Rooms 1 | Artwork at Meeting Rooms and Board Rooms 1 | 1.00 | ea | Mirrors & Artwork | $ | 1,756.00 | $ | 1,756.00 |
| 65 | AA-133A | Canvas | Artwork @ Meeting Rooms and Board Rooms 2 | Artwork at Meeting Rooms and Board Rooms 2 | 1.00 | ea | Mirrors & Artwork | $ | 1,756.00 | $ | 1,756.00 |
| 65 | AA-133B | Canvas | Artwork @ Meeting Rooms and Board Rooms 3 | Artwork at Meeting Rooms and Board Rooms 3 | 1.00 | ea | Mirrors & Artwork | $ | 1,756.00 | $ | 1,756.00 |
| 65 | AA-133C | Canvas | Artwork @ Meeting Rooms and Board Rooms 4 | Artwork at Meeting Rooms and Board Rooms 4 | 1.00 | ea | Mirrors & Artwork | $ | 1,756.00 | $ | 1,756.00 |
| 65 | AA-133D | Canvas | Artwork @ Meeting Rooms and Board Rooms 5 | Artwork at Meeting Rooms and Board Rooms 5 | 1.00 | ea | Mirrors & Artwork | $ | 1,756.00 | $ | 1,756.00 |
| 65 | AA-134 | Canvas | Artwork @ Semi Private Dining in Restaurant | Artwork @ Semi Private Dining in Restaurant | 1.00 | ea | Mirrors & Artwork | $ | 6,000.00 | $ | 6,000.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 23 | C-102 | Shaw Industries | Carpet 1 @ Public Area | Carpet at Lobby Lounge | 206.00 | syd | FF & E Finishes | $32.95 | $ 6,787.70 |
| 23 | C-102/ C-103/ C-104/ C-105/ IF-101 Care Fee | Shaw Industries | Carpet 2 @ Public Area | Care Fee for carpet in the Public Spaces | 1,691.00 | syd | FF & E Finishes | $0.25 | $ 422.75 |
| 23 | C-103 | Shaw Industries | Carpet 3 @ Public Area | Technology Center Carpet | 1.00 | syd | FF & E Finishes | $1,766.94 | $ 1,766.94 |
| 23 | C-104 | Shaw Industries | Carpet 4 @ Public Area | Carpet at Executive Lounge | 1.00 | syd | FF & E Finishes | $4,614.00 | $ 4,614.00 |
| 23 | C-105 | Shaw Industries | Carpet 5 @ Public Area | Carpet at Meeting Rooms, Pre-Function and Board Room | 1,457.00 | syd | FF & E Finishes | $32.95 | $ 48,008.15 |
| 23 | C-108 | Shaw Industries | Carpet Pad 6 @ Public Area | Carpet Pad at Guestroom, Corridors and Public Areas | 1,710.00 | syd | FF & E Finishes | | $ - |
| 26 | IF-100 | Fairmont | Table 1 @ Hotel Entry | Offering Table at Hotel Entry | 1.00 | ea | Casegoods | $7,985.00 | $ 7,985.00 |
| 26 | IF-100.A | Fairmont | Table 1 @ Hotel Entry | Offering Table at Hotel Entry-Stone Top | 1.00 | ea | Casegoods | $4,461.00 | $ 4,461.00 |
| 23 | IF-101 | Shaw Industries | Rug @ Offering Table | Rug at Offering Table | 1.00 | syd | FF & E Finishes | $2,821.47 | $ 2,821.47 |
| 26 | IF-102 | Fairmont | Coffee Table 1 @ Lobby Lounge | Dawn Rectangular Coffee Table in Lobby Lounge | 2.00 | ea | Casegoods | $689.00 | $ 1,378.00 |
| 26 | IF-103 | Fairmont | Rectangular Table @ Lobby Lounge | Red Rectangular Table in Lobby Lounge | 2.00 | ea | Casegoods | $621.00 | $ 1,242.00 |
| 26 | IF-104 | Fairmont | Round Table 1 @ Lobby Lounge | Round Coffee Table at Lobby Lounge | 10.00 | ea | Casegoods | $345.00 | $ 3,450.00 |
| 26 | IF-105 | Fairmont | Triangular Table @ Lobby Lounge | Triangular Coffee Table at Lobby Lounge | 2.00 | ea | Casegoods | $585.00 | $ 1,170.00 |
| 26 | IF-106 | Fairmont | Sofa 1 @ Lobby Lounge | 3-Seat Sofa With Two Built-in Side Tables at Lobby Lounge, 9 pillows | 1.00 | ea | Upholstery | $4,947.00 | $ 4,947.00 |
| 26 | IF-106.1 | Fairmont | COM Pillows 1 Sofa @ Lobby Lounge | 4-Seat Sofa With Two Built-in Side Tables at Lobby Lounge, 9 pillows | 1.00 | ea | Upholstery | $5,713.00 | $ 5,713.00 |
| 26 | IF-106.2 | Fairmont | COM Pillows 2 Sofa @ Lobby Lounge | Sectional Sofa With Two Builtin Side Tables at Lobby Lounge, 16 pillows | 1.00 | ea | Upholstery | $39.90 | $ 39.90 |
| 27 | IF-107 | Designform Furnishings | Dining Chair 1 @ Lobby Lounge | Wallis Lounge Chaisr at Lobby Lounge | 4.00 | ea | Upholstery | $481.00 | $ 1,924.00 |
| 27 | IF-108 | Designform Furnishings | Lounge Chair 1 @ Lobby Lounge | Kendall Lounge Chair at Lobby Lounge | 4.00 | ea | Upholstery | $375.00 | $ 1,500.00 |
| 39 | IF-110 | YLighting / YLiving | Pendant 1 @ Reception Desk | Here Comes the Sun Pendant Light by DCW | 7.00 | ea | Hardwired Lighting | $479.20 | $ 3,354.40 |

| 42 | IF-111 | Lights Up | Table Lamp 1 @ Lounge | Duck Table Lamp at Lounge | 4.00 | ea | Portable Lighting | $274.00 | $ | 1,096.00 |
| 61 | IF-120 | Jonathan Adler | Pillows | Pop Pillow - Peter Org Choc 26648 | 2.00 | ea | Upholstery | $131.60 | $ | 263.20 |
| 61 | IF-121 | Jonathan Adler | Pillows | Pop Pillow - Lucky Org 26646 | 2.00 | ea | Upholstery | $131.60 | $ | 263.20 |
| 61 | IF-122 | Jonathan Adler | Pillows | Pop Pillow - Mother and Child Org  26650 | 2.00 | ea | Upholstery | $101.50 | $ | 203.00 |
| 61 | IF-123 | Jonathan Adler | Pillows | Pop Pillow - Peter Turquoise Navy 26116 | 2.00 | ea | Upholstery | $131.60 | $ | 263.20 |
| 61 | IF-124 | Jonathan Adler | Pillows | Pop Pillow - Lucky Strike Turquoise Navy 26615 | 2.00 | ea | Upholstery | $99.40 | $ | 198.80 |
| 61 | IF-125 | Jonathan Adler | Pillows | Pop Pillow - Mother and Child Turquoise Navy 26118 | 2.00 | ea | Upholstery | $101.50 | $ | 203.00 |
| 25 | IF-200 | Fairmont | Desk @ Restaurant | Host Desk at Restaurant | 1.00 | ea | Casegoods | $5,800.00 | $ | 5,800.00 |
| 26 | IF-201 | Fairmont | Table Top 1 @ Restarant | 2-Top Table at Restaurant | 17.00 | ea | Casegoods | $430.00 | $ | 7,310.00 |
| 26 | IF-201A | Fairmont | Table Top 1 @ Restarant | 2-Top Table at Restaurant-Stone Top | 17.00 | ea | Casegoods | $238.00 | $ | 4,046.00 |
| 26 | IF-203 | Fairmont | Table Top 2 @ Restarant | 12-Top Table at Restaurant | 1.00 | ea | Casegoods | $1,083.00 | $ | 1,083.00 |
| 26 | IF-203A | Fairmont | Table Top 2 @ Restarant | 12-Top Table at Restaurant-Stone Top | 1.00 | ea | Casegoods | $2,049.00 | $ | 2,049.00 |
| 26 | IF-204 | Fairmont | Table 2 @ Booths in Restaurant | Table at Booths at Restaurants | 3.00 | ea | Casegoods | $972.00 | $ | 2,916.00 |
| 26 | IF-204A | Fairmont | Table 2 @ Booths in Restaurant | Table at Booths at Restaurants-Stone Top | 3.00 | ea | Casegoods | $720.00 | $ | 2,160.00 |
| 26 | IF-205 | Fairmont | Chef's Table @ Restaurant | 8-Top Chef's Table at Restaurant | 3.00 | ea | Casegoods | $1,154.00 | $ | 3,462.00 |
| 26 | IF-205A | Fairmont | Chef's Table @ Restaurant | 8-Top Chef's Table at Restaurant-Stone Top | 3.00 | ea | Casegoods | $1,248.00 | $ | 3,744.00 |
| 26 | IF-206 | Fairmont | Round Table 2 @ Restaurant | Round Table at Restaurant | 4.00 | ea | Casegoods | $519.00 | $ | 2,076.00 |
| 26 | IF-206A | Fairmont | Round Table 2 @ Restaurant | Round Table at Restaurant | 4.00 | ea | Casegoods | $328.00 | $ | 1,312.00 |
| 26 | IF-207 | Fairmont | Sectional Sofa @ Restaurant | Multi-Unit Sectional Sofa at Restaurant, 8 cushions and 15 pillows | 1.00 | ea | Upholstery | $10,389.00 | $ | 10,389.00 |
| 31 | IF-209 | Sandler Seating Inc | Dining Chair 2 @ Restaurant | Sandler Seating Dixie 2.0 Dining Chair at Restaurant | 17.00 | ea | Upholstery | $319.50 | $ | 5,431.50 |
| 31 | IF-210 | Sandler Seating Inc | Dining Chair 3 @ Restaurant | Sandler Seating Dixie 2.0 Dining Chair at Restaurant | 12.00 | ea | Upholstery | $319.50 | $ | 3,834.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | IF-211 | Sandler Seating Inc | Counter Stool 1 @ Restaurant | Sandler Seating Dixie 4.0 Counter Stool at Restaurant | 4.00 | ea | Upholstery | $481.50 | $ | 1,926.00 |
| 31 | IF-212 | Sandler Seating Inc | Barstool 1 @ Restaurant | Dixie 3.0 Bar Stool | 10.00 | ea | Upholstery | $459.00 | $ | 4,590.00 |
| 26 | IF-213 | Fairmont | Benches @Restaurant/Lobby Lounge | Cushions at Built-In Benches in Restaurant/Lobby Lounge | 16.00 | ea | Upholstery | $169.00 | $ | 2,704.00 |
| 31 | IF-214 | Sandler Seating Inc | Dining Chair 4 @ Restaurant | Sandler Seating Dixie 1.0 Dining Chair at Restaurant | 8.00 | ea | Upholstery | $288.00 | $ | 2,304.00 |
| 31 | IF-215 | Sandler Seating Inc | Dining Chair 5 @ Restaurant | Sandler Seating Dixie 1.0 Dining Chair at Restaurant | 24.00 | ea | Upholstery | $288.00 | $ | 6,912.00 |
| 31 | IF-216 | Sandler Seating Inc | Dining Chair 6 @ Restaurant | Sandler Seating Dixie 1.0 Dining Chair at Restaurant | 8.00 | ea | Upholstery | $288.00 | $ | 2,304.00 |
| 19 | IF-218 | Design Within Reach | Pendant 2 | Herman Miller Nelson Cigar Bubble Pendant | 5.00 | ea | Hardwired Lighting | $459.00 | $ | 2,295.00 |
| 28 | IF-219 | France and Son | Suspension Lamp | Large Random String Suspension Lamp | 1.00 | ea | Hardwired Lighting | $1,425.00 | $ | 1,425.00 |
| 51 | IF-220 | PH DESIGN | Ottoman @ Bar Lounge | Ottoman at Bar Lounge Area | 6.00 | ea | Upholstery | $300.00 | $ | 1,800.00 |
| 26 | IF-221 | Fairmont | Planter | Planter | 3.00 | ea | Casegoods | $1,265.00 | $ | 3,795.00 |
| **67** | **IF-222** | **Innermost** | **Lighting** | **Suspended Drum Lamp at Restaurant** | **5.00** | **ea** | **Hardwired Lighting** | **$3,970.00** | **$** | **19,850.00** |
| 40 | IF-223 | YLighting / YLiving | Table Lamp | JWDA Concrete Table Lamp at Host Desk | 1.00 | ea | Portable Lighting | $   189.73 | $ | 189.73 |
| 29 | IF-300 | Coalesse | Conference Table 1 | Coalesse Racetrack Conference Table | 2.00 | ea | Casegoods | $4,047.50 | $ | 8,095.00 |
| 59 | IF-301 | Fairmont | Coffee Table 2 @ Technology Center | Frederik Square Coffee Table in Technology Center | 1.00 | ea | Casegoods | $996.00 | $ | 996.00 |
| 59 | IF-302 | Fairmont | Table 1 @ Tech Center | Frederik Side Table in Tech Center & Pre-Function | 7.00 | ea | Casegoods | $323.00 | $ | 2,261.00 |
| 59 | IF-303 | Fairmont | Round Table 3 @ Tech Center | Dolf Round Side Table in Technology Center | 2.00 | ea | Casegoods | $312.00 | $ | 624.00 |
| 26 | IF-304 | Fairmont | Sofa 2 @ Tech Center | Geometric Sofa at Technology Center | 1.00 | ea | Upholstery | $4,534.00 | $ | 4,534.00 |
| 31 | IF-305 | Sandler Seating Inc | Chair 1 @ Tech Center | Sandler Seating Step 904.82 Chair in Technology Center | 8.00 | ea | Upholstery | $639.00 | $ | 5,112.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | IF-306 | France and Son | Barstool 2 @ Tech Center | France & Son Baruch-B Barstool in Technology Center | 2.00 | ea | Upholstery | $365.00 | $ | 730.00 |
| 26 | IF-308 | Fairmont | Side Table1 @ Executive Lounge | Metal Base Side Table at Executive Lounge | 6.00 | ea | Casegoods | $358.00 | $ | 2,148.00 |
| 26 | IF-309 | Fairmont | Table Top 3 @ Executive Lounge | 2-Top Table at Executive Lounge | 6.00 | ea | Casegoods | $1,183.00 | $ | 7,098.00 |
| 26 | IF-309.1 | Fairmont | Table Top 4 @ Executive Lounge | 4-Top Table at Executive Lounge | 2.00 | ea | Casegoods | $1,674.00 | $ | 3,348.00 |
| 26 | IF-310 | Fairmont | Table 3 @ Executive Lounge | Counter Height Table in Executive Lounge | 4.00 | ea | Casegoods | $1,924.00 | $ | 7,696.00 |
| 26 | IF-311 | Fairmont | Table 4 @ Executive Lounge | Two Piece Stacking Coffee Table at Executive Lounge | 1.00 | ea | Casegoods | $1,156.00 | $ | 1,156.00 |
| 26 | IF-312 | Fairmont | Side Table 2 @ Executive Lounge | Side Table With Magazine Rack | 2.00 | ea | Casegoods | $412.00 | $ | 824.00 |
| 26 | IF-313 | Fairmont | Table 5 @ Executive Lounge | Check-In Station Table in Executive Lounge | 1.00 | ea | Casegoods | $4,550.00 | $ | 4,550.00 |
| 26 | IF-314 | Fairmont | Table 6 @ Executive Lounge | Registration Table at Executive Lounge | 1.00 | ea | Casegoods | $1,324.00 | $ | 1,324.00 |
| 26 | IF-315 | Fairmont | Banquette @ Executive Lounge | Banquette at Executive Lounge, with 6 pillows | 1.00 | ea | Upholstery | $7,157.00 | $ | 7,157.00 |
| 28 | IF-316 | France and Son | Arm Chair 1 | France & Son Fauteuil de Salon Armchair | 6.00 | ea | Upholstery | $1,235.00 | $ | 7,410.00 |
| 28 | IF-317 | France and Son | Arm Chair 2 | France & Son Fauteuil Direction Armchair | 20.00 | ea | Upholstery | $570.00 | $ | 11,400.00 |
| 26 | IF-318 | Fairmont | Bench 1 @ Executive Lounge | Bench at Executive Lounge | 1.00 | ea | Upholstery | $764.00 | $ | 764.00 |
| 30 | IF-319 | Blu Dot | Chair 2 | Blu Dot Field Lounge Chair | 2.00 | ea | Upholstery | $1,338.61 | $ | 2,677.21 |
| 34 | IF-321 | Andreu World | Counter Stool 2 | Andreu World Flex Counter Stool | 16.00 | ea | Upholstery | $477.90 | $ | 7,646.40 |
| 21 | IF-322 | Jonathan Adler | Chandelier 1 | Jonathan Adler Caracas 16 Light Chandelier | 3.00 | ea | Hardwired Lighting | $1,575.00 | $ | 4,725.00 |
| 21 | IF-323 | Jonathan Adler | Caracas | Jonathan Adler Caracas 6 Light Chandelier | 6.00 | ea | Hardwired Lighting | $696.50 | $ | 4,179.00 |
| 35 | IF-324 | Hallmark Lighting Inc | Table Lamp 3 | Hallmark Custom Mod Table Lamp | 2.00 | ea | Portable Lighting | $406.08 | $ | 812.16 |
| 36 | IF-325 | Hallmark Lighting Inc | Table Lamp 4 @ Executive Lounge Sid Table | Hallmark Custom Table Lamp in Executive Lounge Side Table | 2.00 | ea | Portable Lighting | $918.00 | $ | 1,836.00 |
| 37 | IF-326 | Modernica | Planter 1 | Modernica XL Case Study Planter | 21.00 | ea | Accessories | $236.00 | $ | 4,956.00 |
| 34 | IF-327 | Andreu World | Executive Chair | Flex Executive | 8.00 | ea | Upholstery | $716.40 | $ | 5,731.20 |

| 26 | IF-328 | Fairmont | Computer Desk | Computer Desk | 1.00 | ea | Casegoods | $2,985.00 | $ | 2,985.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | IF-329 | Fairmont | Printer Station | Printer Station | 1.00 | ea | Casegoods | $3,375.00 | $ | 3,375.00 |
| 26 | IF-400 | Fairmont | Conference Table 2 @ Boardroom | Conference Table in Boardroom | 1.00 | ea | Casegoods | $6,530.00 | $ | 6,530.00 |
| 26 | IF-400A | Fairmont | Conference Table 2 @ Boardroom | Conference Table in Boardroom-Stone Top | 1.00 | ea | Casegoods | $3,838.00 | $ | 3,838.00 |
| 25 | IF-402 | Fairmont | Bench 2 Right @ Meeting Room/Board Room | Bench with Seat on Right at Meeting Rooms and Board Rooms | 7.00 | ea | Upholstery | $542.00 | $ | 3,794.00 |
| 25 | IF-402.1 | Fairmont | Bench 3 Left @ Meeting Room/Board Room | Bench with Seat on Left at Meeting Rooms and Board Rooms | 7.00 | ea | Upholstery | $542.00 | $ | 3,794.00 |
| 26 | IF-404 | Fairmont | Console @ Meeting Room | Console at Meeting Rooms | 3.00 | ea | Casegoods | $1,294.00 | $ | 3,882.00 |
| 27 | IF-405 | Designform Furnishings | Lounge Chair 2 @ Stair Landing | DesignForm Stark Lounge Chair at Stair Landing | 1.00 | ea | Upholstery | $423.00 | $ | 423.00 |
| 26 | IF-407 | Fairmont | Coffee Table 3 @ Pre-Function | Coffee Table Cluster in Pre-Function | 1.00 | ea | Casegoods | $1,958.00 | $ | 1,958.00 |
| 27 | IF-409 | Designform Furnishings | Lounge Chair 3 | DesignForm Lagen Lounge Chair | 8.00 | ea | Upholstery | $553.00 | $ | 4,424.00 |
| 22 | IF-410 | CEDAR AND MOSS | Chandelier 2 | Cedar & Moss Alto Compass Chandelier | 8.00 | ea | Hardwired Lighting | $499.00 | $ | 3,992.00 |
| 58 | IF-500 | Akula | Round Table 4 @ Pool Deck | Dining Table with Three Teak Legs | 4.00 | ea | Casegoods | $960.00 | $ | 3,840.00 |
| 58 | IF-501 | Akula | Side Table 4 @ Pool Deck | Side Table at Pool Deck and Guestroom Patios | 51.00 | ea | Casegoods | $220.00 | $ | 11,220.00 |
| 58 | IF-502 | Akula | Arm Chair 3 @ Pool Deck | Armchair at Pool Deck Dining Tables | 20.00 | ea | Casegoods | $230.00 | $ | 4,600.00 |
| 58 | IF-503 | Akula | Chaise Chair @ Pool Deck | Chaise Chair | 34.00 | ea | Casegoods | $795.00 | $ | 27,030.00 |
| 58 | IF-504 | Akula | Arm Chair 4 @ Pool Deck | Stackable armchair with a double door | 63.00 | ea | Casegoods | $285.00 | $ | 17,955.00 |
| 58 | IF-505 | Akula | Barstool 3 @ Pool Deck | Barstool at Pool Deck Bar | 10.00 | ea | Casegoods | $340.00 | $ | 3,400.00 |
| 62 | IF-506 | Umbrosa | Umbrella @ Pool | Umbrella Source Commercial Market Umbrella at Pool | 7.00 | ea | Accessories | $1,373.00 | $ | 9,611.00 |
| 60 | IF-509 | Planters Unlimited | Planter at Pool Deck | Rectangular Fiberglass Planter with Round cutouts | 8.00 | ea | Accessories | $781.16 | $ | 6,249.28 |
| 60 | IF-509.1 | Planters Unlimited | Planter at Pool Deck | Rectangular Fiberglass Planter with Round cutouts | 8.00 | ea | Accessories | $781.16 | $ | 6,249.28 |
| 60 | IF-509.2 | Planters Unlimited | Planter at Pool Deck | Rectangular Fiberglass Planter with Round cutouts | 8.00 | ea | Accessories | $781.16 | $ | 6,249.28 |
| 60 | IF-509.3 | Planters Unlimited | Custom Paint for Planters at Pool Deck | Custom Color | 2.00 | ea | Accessories | $250.00 | $ | 500.00 |
| 58 | IF-510 | Akula | Arm Chair 5 @ Pool Deck | Lounge Sofa | 3.00 | ea | Casegoods | $930.00 | $ | 2,790.00 |
| 62 | IF-511 | Umbrosa | Basic Umbrella @ Pool | Basic 220 | 24.00 | ea | Accessories | $668.00 | $ | 16,032.00 |

| 58 | IF-512 | Akula | Arm Chair 5 @ Pool Deck | Lounge Chair | 6.00 | ea | Casegoods | $630.00 | $ | 3,780.00 |
|----|--------|-------|-------------------------|--------------|------|-----|-----------|---------|---|----------|
| 58 | IF-513 | Akula | Arm Chair 5 @ Pool Deck | Coffee Table at Pool Deck | 3.00 | ea | Casegoods | $645.00 | $ | 1,935.00 |
| 48 | IF-700 | Modern Mirror | Mirror @ Public Restrooms | Etenerty Lighted Mirror 30" | 12.00 | ea | Mirrors & Artwork | $435.00 | $ | 5,220.00 |
| 48 | IF-700.1 | Modern Mirror | Mirror @ Public Restrooms | Etenerty Lighted Mirror 24" | 2.00 | ea | Mirrors & Artwork | $402.00 | $ | 804.00 |
| 56 | WC-103 | Maharam | Wallcovering 2 @ Bar & Reception | Playing Cards Front 399814-001 Wallcovering at Bar &Reception | 35.00 | lyd | FF & E Finishes | $128.00 | $ | 4,480.00 |
| 56 | WC-104 | Maharam | Wallcovering 3 @ Technology Center | Spin 399833-004 Rouse Vinyl Wallcovering at Technology Center & Executive Lounge | 105.00 | lyd | FF & E Finishes | $26.50 | $ | 2,782.50 |
| 56 | WC-105 | Maharam | Wallcovering 4 @ Meeting Room | System 399600-004 Tomato Vinyl Wallcovering at Meeting Rooms | 240.00 | lyd | FF & E Finishes | $27.00 | $ | 6,480.00 |
| 56 | WC-106 | Maharam | Wallcovering 5 @ Pre-Function and Boardroom | Till 399837-005 Salt Vinyl Wallcovering at Pre-Function & Boardrooms | 655.00 | lyd | FF & E Finishes | $17.50 | $ | 11,462.50 |
| 56 | WC-107 | Maharam | Wallcovering 6 @ Pre-Function and Boardroom | Till 399837-017 Meadow Vinyl Wallcovering at Pre-Function, Board Room & Meeting Rooms | 590.00 | lyd | FF & E Finishes | $17.50 | $ | 10,325.00 |
| 63 | WC-109 | Astek | Wallcovering 7 @ Men's Restroom | Custom Printed Vinyl Wallcovering | 267.00 | sft | FF & E Finishes | $5.50 | $ | 1,468.50 |
| 63 | WC-110 | Astek | Wallcovering  8 @ Women's Restroom | Custom Printed Vinyl Wallcovering | 309.00 | ea | FF & E Finishes | $5.50 | $ | 1,699.50 |
| | | | | | | | TOTAL | | $ | 619,798.75 |

**Fill in this information to identify the case:**

Debtor name    **The Source Hotel, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known)    **8:21-bk-10525-ES**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1    3D Design Industries, Inc.**
Creditor's Name

Amount of claim: **$99,121.57**
Value of collateral that supports this claim: **$50,000,000.00**

**8152 Indianapolis Avenue
Huntington Beach, CA
92646**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
7/14/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Shady Bird Lending, LLC
2. Beach Orangethorpe Hotel, LLC
3. Beach Orangethorpe Hotel II, LLC
4. Resco Electric Inc.
5. Resco Electric Inc.
6. Sunbelt Controls, Inc.
7. Certified Tile, Inc.
8. Iron Mechanical, Inc.
9. PDG Wallcoverings
10. 3D Design Industries, Inc.
11. Solid Construction Company, Inc.
12. Retrolock Corp.**

**Describe debtor's property that is subject to a lien**
**Partially constructed 178-room seven-story hotel building located on leased real property located in Buena Park, California [AIN 276-361-20 and 276-361-22, et al.]; and Leasehold interest in the foregoing real property.**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

| Debtor | **The Source Hotel, LLC** | Case number *(if known)* | **8:21-bk-10525-ES** |
|---|---|---|---|
| | Name | | |

| 2.2 | **American Integrated Resources, Inc.** | Describe debtor's property that is subject to a lien | $13,690.00 | $50,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**Partially constructed 178-room seven-story hotel building located on leased real property located in Buena Park, California [AIN 276-361-20 and 276-361-22, et al.]; and Leasehold interest in the foregoing real property.**

**2341 North Pacific Street Orange, CA 92865**

Creditor's mailing address

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**12/7/2020**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.3 | **Aragon Construction, Inc.** | Describe debtor's property that is subject to a lien | $66,123.20 | $50,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**Partially constructed 178-room seven-story hotel building located on leased real property located in Buena Park, California [AIN 276-361-20 and 276-361-22, et al.]; and Leasehold interest in the foregoing real property.**

**5440 Arrow Highway Montclair, CA 91763**

Creditor's mailing address

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**8/21/2020**
Last 4 digits of account number
**5129**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.4 | **Beach Orangethorpe Hotel II, LLC** | Describe debtor's property that is subject to a lien | $11,500,000.00 | $50,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**Partially constructed 178-room seven-story hotel building located on leased real property located in Buena Park, California [AIN 276-361-20 and 276-361-22, et al.]; and Leasehold interest in the foregoing real property.**

**P.O. Box 489 Buena Park, CA 90621**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 12

| Debtor | **The Source Hotel, LLC** | Case number (if known) | **8:21-bk-10525-ES** |
|---|---|---|---|
| | Name | | |

|  | **Describe the lien** |
|---|---|
| Creditor's mailing address | **Deed of Trust** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **8/28/2017** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.5 | **Beach Orangethorpe Hotel, LLC** | **Describe debtor's property that is subject to a lien** | **$10,000,000.00** | **$50,000,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **Partially constructed 178-room seven-story hotel building located on leased real property located in Buena Park, California [AIN 276-361-20 and 276-361-22, et al.]; and Leasehold interest in the foregoing real property.** | | |
| | **P.O. Box 489 Buena Park, CA 90621** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Deed of Trust** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | **8/28/2017** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.6 | **Best Quality Painting** | **Describe debtor's property that is subject to a lien** | **$80,000.00** | **$50,000,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **Partially constructed 178-room seven-story hotel building located on leased real property located in Buena Park, California [AIN 276-361-20 and 276-361-22, et al.]; and Leasehold interest in the foregoing real property.** | | |
| | **818 N. Pacific Ave., #C Glendale, CA 91203** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Mechanic's Lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **2/11/2021** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 12

| Debtor | **The Source Hotel, LLC** | Case number (if known) | **8:21-bk-10525-ES** |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.7 | **Certified Tile, Inc.** | | | $100,958.93 | $50,000,000.00 |
|---|---|---|---|---|---|

| | Creditor's Name | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | | **Partially constructed 178-room seven-story hotel building located on leased real property located in Buena Park, California [AIN 276-361-20 and 276-361-22, et al.]; and Leasehold interest in the foregoing real property.** |
| | **14557 Calvert St. Van Nuys, CA 91411** | |
| | Creditor's mailing address | **Describe the lien** |
| | | **Mechanic's Lien** |
| | | **Is the creditor an insider or related party?** |
| | | ■ No |
| | Creditor's email address, if known | ☐ Yes |
| | | **Is anyone else liable on this claim?** |
| | **Date debt was incurred** | ☐ No |
| | **4/3/2020** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| | **Last 4 digits of account number 3824** | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| | ☐ No | ☐ Contingent |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | **Specified on line 2.1** | ■ Disputed |

---

| 2.8 | **Glendale Plumbing & Fire Supply** | | | $14,845.76 | $50,000,000.00 |
|---|---|---|---|---|---|

| | Creditor's Name | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | | **Partially constructed 178-room seven-story hotel building located on leased real property located in Buena Park, California [AIN 276-361-20 and 276-361-22, et al.]; and Leasehold interest in the foregoing real property.** |
| | **11120 Sherman Way Sun Valley, CA 91352** | |
| | Creditor's mailing address | **Describe the lien** |
| | | **Mechanic's Lien** |
| | | **Is the creditor an insider or related party?** |
| | | ■ No |
| | Creditor's email address, if known | ☐ Yes |
| | | **Is anyone else liable on this claim?** |
| | **Date debt was incurred** | ■ No |
| | **1/29/2021** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| | **Last 4 digits of account number** | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| | ☐ No | ☐ Contingent |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | **Specified on line 2.1** | ■ Disputed |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| Debtor | **The Source Hotel, LLC** | | Case number (if known) | **8:21-bk-10525-ES** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.9 | **Iron Mechanical, Inc.** | **Describe debtor's property that is subject to a lien** | **$861,412.09** | **$50,000,000.00** |
|---|---|---|---|---|

Creditor's Name

**Partially constructed 178-room seven-story hotel building located on leased real property located in Buena Park, California [AIN 276-361-20 and 276-361-22, et al.]; and Leasehold interest in the foregoing real property.**

**721 North B Street
Suite 100
Sacramento, CA 95811**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/17/2020**
**Last 4 digits of account number**
**6448**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 0 | **Mirae Construction, Co.** | **Describe debtor's property that is subject to a lien** | **$10,000.00** | **$50,000,000.00** |
|---|---|---|---|---|

Creditor's Name

**Partially constructed 178-room seven-story hotel building located on leased real property located in Buena Park, California [AIN 276-361-20 and 276-361-22, et al.]; and Leasehold interest in the foregoing real property.**

**2222 S. Broadway
Los Angeles, CA 90007**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/10/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 1 | **Mirae Construction, Co.** | **Describe debtor's property that is subject to a lien** | **$20,000.00** | **$50,000,000.00** |
|---|---|---|---|---|

Creditor's Name

**Partially constructed 178-room seven-story hotel building located on leased real property located in Buena Park, California [AIN 276-361-20 and 276-361-22, et al.]; and Leasehold interest in the foregoing real property.**

**2222 S. Broadway
Los Angeles, CA 90007**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **The Source Hotel, LLC** | | Case number (if known) | **8:21-bk-10525-ES** |
|---|---|---|---|---|
| | Name | | | |

| | Describe the lien |
|---|---|
| Creditor's mailing address | **Mechanic's Lien** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| **12/10/2020** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.1<br>2 | **Northstar Demolition & Remediation** | Describe debtor's property that is subject to a lien | $53,948.00 | $50,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Partially constructed 178-room seven-story hotel building located on leased real property located in Buena Park, California [AIN 276-361-20 and 276-361-22, et al.]; and Leasehold interest in the foregoing real property.** | | |
| | **404 North Berry Street**<br>**Brea, CA 92821-3104** | | | |
| | Creditor's mailing address | Describe the lien |
| | | **Mechanic's Lien** |
| | | Is the creditor an insider or related party? |
| | | ■ No |
| | Creditor's email address, if known | ☐ Yes |
| | | Is anyone else liable on this claim? |
| | **Date debt was incurred** | ■ No |
| | **9/23/2020** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| | **Last 4 digits of account number** | |
| | **6304** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.1<br>3 | **Pan Pacific Mechanical** | Describe debtor's property that is subject to a lien | $94,303.92 | $50,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Partially constructed 178-room seven-story hotel building located on leased real property located in Buena Park, California [AIN 276-361-20 and 276-361-22, et al.]; and Leasehold interest in the foregoing real property.** | | |
| | **18250 Euclid Street**<br>**Fountain Valley, CA 92708** | | | |
| | Creditor's mailing address | Describe the lien |
| | | **Mechanic's Lien** |
| | | Is the creditor an insider or related party? |
| | | ■ No |
| | Creditor's email address, if known | ☐ Yes |
| | | Is anyone else liable on this claim? |
| | **Date debt was incurred** | ■ No |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **The Source Hotel, LLC** | Case number (if known) | **8:21-bk-10525-ES** |
|---|---|---|---|
| | Name | | |

**11/24/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 4 | **PDG Wallcoverings** | | $56,927.20 | $50,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Partially constructed 178-room seven-story hotel building located on leased real property located in Buena Park, California [AIN 276-361-20 and 276-361-22, et al.]; and Leasehold interest in the foregoing real property.**

**26492 Via Juanita**
**Mission Viejo, CA 92691**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**5/28/2020**
**Last 4 digits of account number**
**6958**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 5 | **Prime Concrete Coatings** | | $64,000.00 | $50,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Partially constructed 178-room seven-story hotel building located on leased real property located in Buena Park, California [AIN 276-361-20 and 276-361-22, et al.]; and Leasehold interest in the foregoing real property.**

**6127 James Alan St.**
**Cypress, CA 90630**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**12/18/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **The Source Hotel, LLC** | Case number (if known) | **8:21-bk-10525-ES** |
|---|---|---|---|
| | Name | | |

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 6 | **Resco Electric Inc.** | | | $70,814.21 | $50,000,000.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**Describe debtor's property that is subject to a lien**
**Partially constructed 178-room seven-story hotel building located on leased real property located in Buena Park, California [AIN 276-361-20 and 276-361-22, et al.]; and Leasehold interest in the foregoing real property.**

**2431 W. Washington Blvd. Suite B**
**Los Angeles, CA 90018**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/5/2019**
**Last 4 digits of account number**
**5027**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 7 | **Resco Electric Inc.** | | | $95,088.60 | $50,000,000.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**Describe debtor's property that is subject to a lien**
**Partially constructed 178-room seven-story hotel building located on leased real property located in Buena Park, California [AIN 276-361-20 and 276-361-22, et al.]; and Leasehold interest in the foregoing real property.**

**2431 W. Washington Blvd. Suite B**
**Los Angeles, CA 90018**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/27/2020**
**Last 4 digits of account number**
**3562**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 8 | **Retrolock Corp.** | | | $258,225.27 | $50,000,000.00 |
|---|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 8 of 12

Debtor **The Source Hotel, LLC**

Name

Case number (if known) **8:21-bk-10525-ES**

---

Creditor's Name

**17915 Railroad Street
City of Insdustry, CA 91748**

Creditor's mailing address

Partially constructed 178-room seven-story hotel building located on leased real property located in Buena Park, California [AIN 276-361-20 and 276-361-22, et al.]; and Leasehold interest in the foregoing real property.

Describe the lien
**Mechanic's Lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**7/24/2020**

Last 4 digits of account number
**3206**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

---

| 2.19 | **Shady Bird Lending, LLC** | | $30,719,919.39 | $50,000,000.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**Partially constructed 178-room seven-story hotel building located on leased real property located in Buena Park, California [AIN 276-361-20 and 276-361-22, et al.]; and Leasehold interest in the foregoing real property.**

**c/o Law  Offices of Ronald Richards
P.O. Box 11480
Beverly Hills, CA 90213**

Creditor's mailing address

Describe the lien
**Construction Deed of Trust**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**6/3/2016**

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

---

| 2.20 | **Sierra West Finish, Inc.** | | $26,166.30 | $50,000,000.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**Partially constructed 178-room seven-story hotel building located on leased real property located in Buena Park, California [AIN 276-361-20 and 276-361-22, et al.]; and Leasehold interest in the foregoing real property.**

**654 S. Lincoln Avenue
San Bernardino, CA 92408**

Creditor's mailing address

Describe the lien

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **The Source Hotel, LLC** | | Case number *(if known)* | **8:21-bk-10525-ES** |
|---|---|---|---|---|
| | Name | | | |

|  |  |  |  |
|---|---|---|---|
| | **Mechanic's Lien** | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| **12/9/2020** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| ☐ No | Check all that apply | | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| **Specified on line 2.1** | ■ Disputed | | |

| 2.2 1 | **Solid Construction Company, Inc.** | Describe debtor's property that is subject to a lien | **$700,000.00** | **$50,000,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **Partially constructed 178-room seven-story hotel building located on leased real property located in Buena Park, California [AIN 276-361-20 and 276-361-22, et al.]; and Leasehold interest in the foregoing real property.** | | |
| | **883 Crenshaw Blvd. Los Angeles, CA 90005** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Mechanic's Lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **7/24/2020** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number 6792** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | ☐ No | Check all that apply | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | **Specified on line 2.1** | ■ Disputed | | |

| 2.2 2 | **Sunbelt Controls, Inc.** | Describe debtor's property that is subject to a lien | **$234,653.00** | **$50,000,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **Partially constructed 178-room seven-story hotel building located on leased real property located in Buena Park, California [AIN 276-361-20 and 276-361-22, et al.]; and Leasehold interest in the foregoing real property.** | | |
| | **888 E. Walnut Street Pasadena, CA 91101** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Mechanic's Lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **1/31/2020** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |

| | | |
|---|---|---|
| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 10 of 12 |

| Debtor | **The Source Hotel, LLC** | | Case number (if known) | **8:21-bk-10525-ES** |
|---|---|---|---|---|
| | Name | | | |

Last 4 digits of account number
**3598**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$55,140,197. 44** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Grant Nigolian, P.C.**<br>**695 Town Center Drive, Suite 700**<br>**Costa Mesa, CA 92626** | Line _2.18_ | |
| **Hunt Ortmann Palffy Nieves et al.**<br>**301 North Lake Avenue, 7th Floor**<br>**Pasadena, CA 91101-1807** | Line _2.3_ | |
| **Hunt Ortmann Palffy Nieves et al.**<br>**301 North Lake Avenue, 7th Floor**<br>**Pasadena, CA 91101-1807** | Line _2.22_ | |
| **Law Office of Ho-El Park, P.C.**<br>**333 City Blvd. West, Suite 1700**<br>**Orange, CA 92868** | Line _2.21_ | |
| **Law Office of Michael N. Berke**<br>**25001 The Old Road**<br>**Santa Clarita, CA 91381** | Line _2.7_ | |
| **Law Offices of Dennis G. Cosso**<br>**345 Oxford Drive**<br>**Arcadia, CA 91007** | Line _2.12_ | |
| **Porter Law Group, Inc.**<br>**7801 Folsom Blvd., Suite 101**<br>**Sacramento, CA 95826** | Line _2.9_ | |
| **Robinson & Robinson, LLP**<br>**2301 Dupont Drive, Sute 530**<br>**Irvine, CA 92612-7502** | Line _2.14_ | |
| **Shady Bird Lending, LLC**<br>**c/o Law Offices of Geoffrey Long**<br>**1601 N. Sepulveda Blvd., No. 729**<br>**Manhattan Beach, CA 90266** | Line _2.19_ | |
| **Splinter & Thai, LLP**<br>**25124 Narbonne Ave., Suite 106**<br>**Lomita, CA 90717-2140** | Line _2.16_ | |

| Debtor | **The Source Hotel, LLC** | Case number (if known) | **8:21-bk-10525-ES** |
|---|---|---|---|
| | Name | | |

**Splinter & Thai, LLP**
**25124 Narbonne Ave., Suite 106**
**Lomita, CA 90717-2140**

Line __2.17__

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **The Source Hotel, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known) **8:21-bk-10525-ES**

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|  | **County of Orange** | *Check all that apply.* |  |  |
|  | **Dept. of Treasurer & Tax Collector** | ☐ Contingent |  |  |
|  | **P.O. Box 1438** | ☐ Unliquidated |  |  |
|  | **Santa Ana, CA 92702-1438** | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |  |  |

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|  | **Franchise Tax Board** | *Check all that apply.* |  |  |
|  | **Bankruptcy Section, MS: A-340** | ☐ Contingent |  |  |
|  | **P.O. Box 2952** | ☐ Unliquidated |  |  |
|  | **Sacramento, CA 95812-2952** | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |  |  |

| Debtor | **The Source Hotel, LLC** | | Case number (if known) | **8:21-bk-10525-ES** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service (IRS)**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**State Board of Equalization**
**Account Info Group, MIC:29**
**P.O. Box 942879**
**Sacramento, CA 94279-0029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$76,968.00** |
|---|---|---|---|

**Ace Tek Roofing Co.**
**747 S. Ardmore Ave., Suite 405**
**Los Angeles, CA 90005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,025.90** |
|---|---|---|---|

**Alcal Specialty Contracting Inc.**
**4589 Firestone Blvd.**
**South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/6/2020**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,185.00** |
|---|---|---|---|

**All Area Plumbing**
**6265 San Fernando Road**
**Glendale, CA 91201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The Source Hotel, LLC** | Case number (if known) | **8:21-bk-10525-ES** |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,525.00 |
|---|---|---|---|

**American Engineering Laboratories**
**P.O. Box 1816**
**Whittier, CA 90609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor (Expired Mechanic's Lien)**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $345.10 |
|---|---|---|---|

**AT&T**
**P.O. Box 5025**
**Carol Stream, IL 60197-5025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,500,000.00 |
|---|---|---|---|

**Beach Orangethorpe Hotel III, LLC**
**P.O. Box 489**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,344.06 |
|---|---|---|---|

**Buchanan Company, Inc.**
**5500 Bolsa Avenue, Ste. 200**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **7/14/2020**

Basis for the claim:  **Vendor (Expired Mechanic's Lien)**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $226,301.50 |
|---|---|---|---|

**Cabrillo Hoist**
**P.O. Box 3179**
**Rancho Cucamonga, CA 91729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78.20 |
|---|---|---|---|

**Chase Card Services**
**P.O. Box  94014**
**Palatine, IL 60094-4014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $656.13 |
|---|---|---|---|

**Chase Card Services**
**P.O. Box  94014**
**Palatine, IL 60094-4014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **The Source Hotel, LLC** | Case number (if known) | **8:21-bk-10525-ES** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,273.24** |
| | **Chefs Toys** | ☐ Contingent | |
| | **18430 Pacific Street** | ☐ Unliquidated | |
| | **Fountain Valley, CA 92708** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Vendor__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84,625.01** |
| | **Diablo Consulting** | ☐ Contingent | |
| | **13200 Crossroads Parkway N** | ☐ Unliquidated | |
| | **Ste. 115** | ☐ Disputed | |
| | **City of Industry, CA 91746** | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Vendor__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,835.50** |
| | **DKY Architects** | ☐ Contingent | |
| | **15375 Barranca Pkwy.** | ☐ Unliquidated | |
| | **Suite A-210** | ☐ Disputed | |
| | **Irivne, CA 92618** | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Vendor__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$528,260.00** |
| | **Evergreen Electric Construction** | ☐ Contingent | |
| | **629 Grove View Lane** | ☐ Unliquidated | |
| | **La Canada, CA 91011** | ■ Disputed | |
| | **Date(s) debt was incurred** __7/30/2020__ | **Basis for the claim:** __Vendor (Expired Mechanic's Lien)__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,800.00** |
| | **Ficcadenti Waggoner and Castle** | ☐ Contingent | |
| | **16969 Von Karman Avenue** | ☐ Unliquidated | |
| | **Suite 240** | ☐ Disputed | |
| | **Irivne, CA 92606** | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Vendor__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Gene Fong Associates** | ☐ Contingent | |
| | **1130 Westwood Blvd.** | ☐ Unliquidated | |
| | **Los Angeles, CA 90024** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __For Notice Purposes Only__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Greenland Construction Service, LLC** | ☐ Contingent | |
| | **6940 Beach Blvd.** | ☐ Unliquidated | |
| | **Buena Park, CA 90621** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __For Notice Purposes Only__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **The Source Hotel, LLC** | Case number *(if known)* | **8:21-bk-10525-ES** |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$165,166.11** |
|---|---|---|---|
| | **Harbor All Glass & Mirror, Inc.** | ☐ Contingent | |
| | **1926 Placentia Ave.** | ☐ Unliquidated | |
| | **Costa Mesa, CA 92627** | ☑ Disputed | |
| | Date(s) debt was incurred  **8/9/2019** | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Vendor (Expired Mechanic's Lien)** | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Hill Crane Service, Inc.** | ☐ Contingent | |
| | **3333 Cherry Avenue** | ☐ Unliquidated | |
| | **Long Beach, CA 90807** | ☑ Disputed | |
| | Date(s) debt was incurred  **3/17/2020** | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Vendor (Expired Mechanic's Lien)** | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$109,290.98** |
|---|---|---|---|
| | **Hirsch Bedner Associates** | ☐ Contingent | |
| | **3216 Nebraska Avenue** | ☐ Unliquidated | |
| | **Santa Monica, CA 90404** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Vendor** | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|---|
| | **Interstate-RIM Management Company** | ☐ Contingent | |
| | **c/o Interstate Hotels & Resorts** | ☐ Unliquidated | |
| | **4501 N. Fairfax Drive, Ste. 500** | ☐ Disputed | |
| | **Arlington, VA 22203** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,900.00** |
|---|---|---|---|
| | **Kim & Lee, LLP** | ☐ Contingent | |
| | **2305 W 190th St** | ☐ Unliquidated | |
| | **Torrance, CA 90504** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Professional Services** | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,195.00** |
|---|---|---|---|
| | **KS Steel Corp.** | ☐ Contingent | |
| | **1748 Industrial Way** | ☐ Unliquidated | |
| | **Los Angeles, CA 90023** | ☑ Disputed | |
| | Date(s) debt was incurred  **3/3/2020** | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Vendor (Expired Mechanic's Lien)** | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,440.00** |
|---|---|---|---|
| | **L2 Specialties** | ☐ Contingent | |
| | **3613 W. Macarthur Blvd., #611** | ☐ Unliquidated | |
| | **Santa Ana, CA 92704** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Vendor** | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | **The Source Hotel, LLC** | Case number (if known) | **8:21-bk-10525-ES** |
|---|---|---|---|
| | Name | | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,474.00** |
|---|---|---|---|

**LimNexus, LLP**
**707 Wilshire Blvd., 46th Floor**
**Los Angeles, CA 90017-2570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Professional Services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,200.00** |
|---|---|---|---|

**Master Glass**
**2225 W. Pico Blvd., Unit C**
**Los Angeles, CA 90006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mirrors Showers & Wardrobes, Inc.**
**26121 Avenue Hall**
**Valencia, CA 91355**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **7/17/2019**

Basis for the claim: **Vendor (Expired Mechanic's Lien)**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,213.01** |
|---|---|---|---|

**Morrow Meadows**
**231 Benton Court**
**City of Industry, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,680.66** |
|---|---|---|---|

**Nemo & Rami, Inc.**
**1930 W. Holt Ave.**
**Pomona, CA 91768**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **1/21/2020**

Basis for the claim: **Vendor (Expired Mechanic's Lien)**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$413,601.12** |
|---|---|---|---|

**Newgens, Inc.**
**14241 Foster Road**
**La Mirada, CA 90638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,448.00** |
|---|---|---|---|

**OJ Insulation LP**
**600 S Vincent Ave.**
**Azusa, CA 91702**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **1/3/2020**

Basis for the claim: **Vendor (Expired Mechanic's Lien)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **The Source Hotel, LLC** | | Case number *(if known)* | **8:21-bk-10525-ES** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|

**OMB Electrical Engineers, Inc.**
**8825 Research Drive**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>Vendor</u>

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,599.99** |
|---|---|---|---|

**Salamander Fire Protection, Inc**
**6103 Tyrone Street**
**Van Nuys, CA 91401**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred <u>9/4/2019</u>

Basis for the claim: <u>Vendor (Expired Mechanic's Lien)</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,400.00** |
|---|---|---|---|

**Sky Rider Equipment Co., Inc.**
**1180 North Blue Gum Street**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>Vendor</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28.31** |
|---|---|---|---|

**So. Cal. Edison Co.**
**P.O. Box  600**
**Rosemead, CA 91771-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>Utilities</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,714.72** |
|---|---|---|---|

**So. Cal. Edison Co.**
**P.O. Box  600**
**Rosemead, CA 91771-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>Utilities</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,000.00** |
|---|---|---|---|

**Stumbaugh & Associates, Inc.**
**3303 N. San Fernando Blvd**
**Burbank, CA 91504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>Vendor</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Swinerton Builders**
**865 S. Figueroa, Suite 3000**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>For Notice Purposes Only</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The Source Hotel, LLC** | | Case number (if known) | **8:21-bk-10525-ES** |
|---|---|---|---|---|
| | Name | | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,282.60 |
|---|---|---|---|

**Universal Flooring Systems**
**15573 Commerce Lane**
**Huntington Beach, CA 92649**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108,209.02 |
|---|---|---|---|

**WESCO Distribution Inc.**
**6251 Knott Avenue**
**Buena Park, CA 90620**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,544.23 |
|---|---|---|---|

**Western Concrete Pumping**
**2181 La Mirada Drive**
**Vista, CA 92081**

Date(s) debt was incurred  **11/10/2020**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Vendor (Expired Mechanic's Lien)**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alcal Specialty Contracting, Inc.**<br>**946 N. Market Blvd.**<br>**Sacramento, CA 95834** | Line  **3.2**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Angelo & White, APC**<br>**610 Newport Center Drive, Suite 120**<br>**Newport Beach, CA 92660** | Line __<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **County of Orange**<br>**Dept. of Treasurer & Tax Collector**<br>**601 North Ross Street, CAS Mailroom**<br>**Santa Ana, CA 92701-4091** | Line  **2.1**<br><br>☐ Not listed. Explain ____ | __ |

---

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 16,648,685.39 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 16,648,685.39 |

**Fill in this information to identify the case:**

Debtor name    **The Source Hotel, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known)    **8:21-bk-10525-ES**

☐ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Architectural and Engineering Consulting Services agreements dated September 15, 2017 (revised September 29, 2017), February 6, 2018 (revised February 14, 2018), and February 14, 2019** | |
| | State the term remaining | | **DKY Architects** |
| | List the contract number of any government contract | | **15375 Barranca Pkwy. Suite A-210 Irivne, CA 92618** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Support Services Agreement (Engineering) dated September 6, 2018 and supplements thereto** | |
| | State the term remaining | | **Ficcadenti Waggoner and Castle** |
| | List the contract number of any government contract | | **16969 Von Karman Avenue Suite 240 Irvine, CA 92606** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Architect Services Agreement dated August 26, 2016** | |
| | State the term remaining | | **Gene Fong Associates** |
| | List the contract number of any government contract | | **1130 Westwood Blvd. Los Angeles, CA 90024** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated November 26, 2014** | **Greenland Construction Service, LLC 6940 Beach Blvd. Buena Park, CA 90621** |
| | State the term remaining | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **The Source Hotel, LLC**
_____
First Name        Middle Name        Last Name

Case number (*if known*)  **8:21-bk-10525-ES**
_____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | _____ |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Interior Design Agreement dated April 2016** | |
| | State the term remaining | | **Hirsch Bedner Associates** |
| | List the contract number of any government contract | | **3216 Nebraska Avenue** **Santa Monica, CA 90404** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Hotel Management Agreement dated October 8, 2015** | |
| | State the term remaining | | **Interstate-RIM Management Company** **c/o Interstate Hotels & Resorts** |
| | List the contract number of any government contract | | **4501 N. Fairfax Drive, Ste. 500** **Arlington, VA 22203** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Proposal for Fireproofing dated May 31, 2019** | |
| | State the term remaining | | **Northstar Demolition & Remediation** |
| | List the contract number of any government contract | | **404 North Berry Street** **Brea, CA 92821-3104** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Management Agreement dated January 15, 2019** | |
| | State the term remaining | | **Swinerton Builders** |
| | List the contract number of any government contract | | **865 S. Figueroa, Suite 3000** **Los Angeles, CA 90017** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Ground Lease Agreement dated April 6, 2015 (as subsequently amended by the First Amendment dated June 27, 2018 and the Second Amendment dated June 14, 2019)** | |
| | State the term remaining | **93 years** | **The Source at Beach, LLC** **3100 E. Imperial Highway** **Attn: Min Chae and Donald Chae** **Lynwood, CA 90262** |
| | List the contract number of any | | |

| Debtor 1 | The Source Hotel, LLC | | | Case number (*if known*) | 8:21-bk-10525-ES |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Development Fee Agreement for Development of The Source Hotel dated July 1, 2014 | |
|---|---|---|---|
| | State the term remaining | | The Source at Beach, LLC |
| | List the contract number of any government contract | | 3100 E. Imperial Highway Attn: Min Chae and Donald Chae Lynwood, CA 90262 |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated Declaration of Covenants, Conditions and Restrictions and Reciprocal Easement Agreemeent by and amonng The Source at Beach, LLC, The Source Office, LLC, and The Source Hotel, LLC dated May 24, 2016 | |
|---|---|---|---|
| | State the term remaining | | The Source at Beach, LLC |
| | List the contract number of any government contract | | 3100 E. Imperial Highway Attn: Min Chae and Donald Chae Lynwood, CA 90262 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated Declaration of Covenants, Conditions and Restrictions and Reciprocal Easement Agreemeent by and amonng The Source at Beach, LLC, The Source Office, LLC, and The Source Hotel, LLC dated May 24, 2016 | |
|---|---|---|---|
| | State the term remaining | | The Source Office, LLC |
| | List the contract number of any government contract | | 3100 E. Imperial Highway Attn: Min Chae and Donald Chae Lynwood, CA 90262 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement (Lighting Fixtures) dated April 23, 2018 | |
|---|---|---|---|
| | State the term remaining | | WESCO Distribution Inc. |
| | List the contract number of any government contract | | 6251 Knott Avenue Buena Park, CA 90620 |

| Debtor 1 | **The Source Hotel, LLC** | | | Case number (*if known*) | **8:21-bk-10525-ES** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**Schedule G**

*Please take note that the inclusion herein of the above-listed agreements shall not be deemed to constitute an admission by the Debtor that such agreements are executory contracts, contracts, unexpired leases, or leases. The Debtor is investigating the nature of these agreements and reserves all of its rights to contest the validity and/ or nature of any agreement listed in this Schedule G.

**Fill in this information to identify the case:**

Debtor name  **The Source Hotel, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known)  **8:21-bk-10525-ES**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Donald Chae** | **6988 Beach Blvd., B-215**<br>**Buena Park, CA 90621** | **Shady Bird Lending, LLC** | ■ D __2.19__<br>☐ E/F ____<br>☐ G ____ |
| 2.2  **Donald Chae** | **6988 Beach Blvd., B-215**<br>**Buena Park, CA 90621** | **Beach Orangethorpe Hotel, LLC** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.3  **Donald Chae** | **6988 Beach Blvd., B-215**<br>**Buena Park, CA 90621** | **Beach Orangethorpe Hotel II, LLC** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.4  **Greenland Construction Service, LLC** | **6940 Beach Blvd.**<br>**Buena Park, CA 90621** | **3D Design Industries, Inc.** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.5  **Min Chae** | **6988 Beach Blvd., B-215**<br>**Buena Park, CA 90621** | **Shady Bird Lending, LLC** | ■ D __2.19__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | The Source Hotel, LLC | Case number *(if known)* | 8:21-bk-10525-ES |
|---|---|---|---|

**▆ Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | Min Chae | 6988 Beach Blvd., B-215<br>Buena Park, CA 90621 | Beach Orangethorpe<br>Hotel, LLC | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Min Chae | 6988 Beach Blvd., B-215<br>Buena Park, CA 90621 | Beach Orangethorpe<br>Hotel II, LLC | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | The Source at<br>Beach, LLC | 3100 E. Imperial Highway<br>Attn: Min Chae and Donald Chae<br>Lynwood, CA 90262 | Certified Tile, Inc. | ■ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | The Source at<br>Beach, LLC | 3100 E. Imperial Highway<br>Attn: Min Chae and Donald Chae<br>Lynwood, CA 90262 | Resco Electric Inc. | ■ D ___2.17___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | The Source at<br>Beach, LLC | 3100 E. Imperial Highway<br>Attn: Min Chae and Donald Chae<br>Lynwood, CA 90262 | Resco Electric Inc. | ■ D ___2.16___<br>☐ E/F _____<br>☐ G _____ |

Schedule H: Your Codebtors

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **The Source Hotel, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known)   **8:21-bk-10525-ES**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    **04/19**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

    ☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2021** to **Filing Date** | ☐ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:** From **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>☐ Other _____ | **$0.00** |
| **For year before that:** From **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>☐ Other _____ | **$0.00** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2021** to **Filing Date** | **Bank Account Interest** | **$1.15** |
| **For prior year:** From **1/01/2020** to **12/31/2020** | **Bank Account Interest** | **$30.23** |
| **For year before that:** From **1/01/2019** to **12/31/2019** | **Bank Account Interest** | **$319.99** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | **The Source Hotel, LLC** | Case number *(if known)* | **8:21-bk-10525-ES** |
|---|---|---|---|

---

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **DKY Architects**<br>**15375 Barranca Pkwy., Suite A-210**<br>**Irvine, CA 92618** | 2/12/2021 | $20,835.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. **Ficcadenti Waggoner**<br>**16969 Von Karman Avenue, Suite 240**<br>**Irvine, CA 92606** | 2/12/2021 | $8,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    **The Source Hotel, LLC**    Case number *(if known)*  **8:21-bk-10525-ES**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Aragon Construction, Inc. v. The Source Hotel, LLC, et al.**<br>30-2020-01165129-CU-MC-CJC | **Complaint for (1) Money Due on Contract, (2) Foreclosure of Mechanics Lien, (3) Account Stated, (4) Open Book Account, (5) Reasonable Value of Labor and Materials Furnished, (6) Claim on Contractors License Bond** | **Superior Court of California County of Orange 700 Civic Center Drive West Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Certified Tile, Inc. v. Greenland Construction Service, LLC et al.**<br>30-2020-01143824-CU-CL-CJC | **Complaint for (1) Breach of Written Contract, (2) Common Counts - Open Book Account, Reasonable Value, (3) Foreclosure on Mechanics Lien** | **Superior Court of California County of Orange 700 Civic Center Drive West Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Iron Mechanical, Inc. v. Greenland Construction Services, LLC, et al.**<br>30-2020-01146448-CU-BC-CJC | **Complaint for (1) Breach of Contract, (2) Open Book Account, (3) Account Stated, (4) Reasonable Value, (5) Foreclosure on Mechanic's Lien, et al.** | **Superior Court of California County of Orange 700 Civic Center Drive West Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Northstar Demolition and Remediation, LP v. The Source at the Beach, LLC, et al.**<br>30-2020-01166304-CU-BC-CJC | **Complaint for Breach of Contract, Common Counts, Quantum Meruit, Foreclosure of Mechanic's Lien** | **Superior Court of California County of Orange 700 Civic Center Drive West Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **PDG Wallcoverings v. Greenland Construction Service, LLC, The Source Hotel, LLC, et al.**<br>30-2020-01156958-CU-OR-CJC | **Complaint for (1) Breach of Contract, (2) Foreclosure of Mechanic's Lien** | **Superior Court of California County of Orange 700 Civic Center Drive West Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Resco Electric Inc. v. Greenland Construction Service LLC, The Source Hotel, LLC, et al.**<br>30-2020-01135027-CU-OR-CJC | **Complaint for Foreclosure on Mechanic's Lien** | **Superior Court of California County of Orange 700 Civic Center Drive West Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  **The Source Hotel, LLC**                                           Case number *(if known)*  **8:21-bk-10525-ES**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.7. | **Resco Electric, Inc. v. Greenland Construction Service, LLC**<br>30-2020-01143562-CU-OR-CJC | **Complaint for Foreclosure on Mechanic's Lien** | **Superior Court of California**<br>**700 Civic Center Drive West**<br>**Santa Ana, CA 92701** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Retrolock Corp. v. Greenland Construction Service LLC, The Source Hotel, LLC, et al.**<br>30-2020-01163206-CU-CL-CJC | **Complaint for (1) Breach of Contract, (2) Suretyship (Claim on Contractor's License Bond), (3) Foreclosure on Mechanic's Lien, (4) Common Count (Unjust Enrichment)** | **Superior Court of California**<br>**County of Orange**<br>**700 Civic Center Drive West**<br>**Santa Ana, CA 92701** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Shady Bird Lending, LLC v. The Source Hotel, LLC, et al.**<br>30-2021-01183489-CU-OR-CJC | **Complaint For (1) Appointment Of Receiver Pursuant To Construction Deed of Trust, Assignment of Rents, Security Agreement And Fixture Filing; (2) Waste** | **Superior Court of California**<br>**County of Orange**<br>**700 Civic Center Drive West**<br>**Santa Ana, CA 92701** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Solid Construction Company, Inc. v. Greenland Construction Service, LLC, et al.**<br>30-2020-01166792-CU-OR-CJC | **Complaint for (1) Breach of Written Contact, (2) Open Book Account, (3) Account Stated, (4) Money Due for Work, Labor, and Materials, (5) Quantum Meruit, (6) Unjust Enrichment, (7) Foreclosure of Mechanic's Lien** | **Superior Court of California**<br>**County of Orange**<br>**700 Civic Center Drive West**<br>**Santa Ana, CA 92701** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Sunbelt Controls, Inc. v. The Source Hotel, LLC**<br>30-2020-01143598-CU-MC-CJC | **Complaint for (1) Money Due on Contract, (2) Foreclosure of Mechanic's Lien, (3) Account Stated, (4) Open Book Account, (5) Reasonable Value of Labor and Materials Furnished** | **Superior Court of California**<br>**County of Orange**<br>**700 Civic Center Drive West**<br>**Santa Ana, CA 92701** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**8. Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
   receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **The Source Hotel, LLC** | Case number *(if known)*   **8:21-bk-10525-ES** |

---

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Shady Bird Lending, LLC c/o Law  Offices of Ronald Richards P.O. Box 11480 Beverly Hills, CA 90213** | **Partially constructed 178-room seven-story hotel building located on leased real property located in Buena Park, California (County of Orange) bearing the Assessor's Parcel Nos. 276-361-20 and 276-361-22 and related parcel numbers (the "Real Property"); and Leasehold interest in the Real Property pursuant to a 99-year term Ground Lease.** | |
| | **Appointed receiver is Bellann R. Raile.** | **Unknown** |

| Case title | Court name and address |
|---|---|
| **Shady Bird Lending LLC v. The Source Hot** | **Superior Court of CA - County of Orange 700 Civic Center Drive West Santa Ana, CA 92701** |
| **Case number** | |
| **30-2021-01183489-CU-OR-CJC** | |
| **Date of order or assignment** | |
| **2/17/2021** | |

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:**   **Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **The Source Hotel, LLC** | | Case number *(if known)* | **8:21-bk-10525-ES** |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Levene, Neale, Bender, Yoo & Brill L.L.P.** **10250 Constellation Blvd. # 1700** **Los Angeles, CA 90067** | | **2/26/2021** | **$100,000.00** |
| | Email or website address **www.lnbyb.com** | | | |
| | Who made the payment, if not debtor? **Debtor (from an advance made to Debtor by its affiliate, M+D Properties)** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **6960 Beach Blvd.** **Suite J-205** **Buena Park, CA 90621** | **7/28/2020 - 11/4/2020** |
| 14.2. | **6940 Beach Blvd.** **Suite D-301** **Buena Park, CA 90621** | **3/10/2020 - 7/27/2020** |
| 14.3. | **6940 Beach Blvd.** **Suite D-605** **Buena Park, CA 90621** | **4/15/2019 - 3/9/2020** |
| 14.4. | **6940 Beach Blvd.** **Suite D-405** **Buena Park, CA 90621** | **9/18/2018 - 4/14/2019** |

Debtor  **The Source Hotel, LLC**                                   Case number (if known)  **8:21-bk-10525-ES**

---

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor    **The Source Hotel, LLC**    Case number *(if known)*    **8:21-bk-10525-ES**

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Hirsch Bedner Associates 3216 Nebraska Avenue Santa Monica, CA 90404** | **Hirsch Bedner Associates** | **Hotel furniture, fixtures, and equipment belonging to the Debtor are being stored in a third-party warehouse by Hirsch Bedner Associates (to which the Debtor does not have access.)** | ☐ No ■ Yes |
| **Westransco Inc. 1771 N. Delilah Street Corona, CA 92879** | **Westransco Inc.** | **Hotel furniture, fixtures, and equipment belonging to the Debtor are being stored by Westransco Inc. (to which the Debtor does not have access).** | ☐ No ■ Yes |
| **The Source at Beach, LLC 6988 Beach Blvd. Units B-101, B-115 and B-120 Buena Park, CA 90621** | **Bellann R. Raile (Receiver) Cordes & Company 2030 Main Street, Suite 1300 Irvine, CA 92614** | **Hotel furniture, fixtures, and equipment belonging to the Debtor.** | ☐ No ■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Debtor | **The Source Hotel, LLC** | Case number *(if known)* | **8:21-bk-10525-ES** |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **Mary Marcial** **c/o M+D Properties** **6988 Beach Blvd., B-215** **Buena Park, CA 90621** | |
| 26a.2. | **Thai Nguyen** **c/o M+D Properties** **6988 Beach Blvd., B-215** **Buena Park, CA 90621** | |
| 26a.3. | **Van Vu** **c/o M+D Properties** **6988 Beach Blvd., B-215** **Buena Park, CA 90621** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Donald Chae** **6988 Beach Blvd., B-215** **Buena Park, CA 90621** | |
| 26c.2. | **M+D Properties** **6988 Beach Blvd., B-215** **Buena Park, CA 90621** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Debtor | **The Source Hotel, LLC** | Case number *(if known)* **8:21-bk-10525-ES** |
|---|---|---|

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **DMC Investment Holdings, LLC** | **P.O. Box 489**<br>**Buena Park, CA 90621** | **Member** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **M+D Properties** | **6988 Beach Blvd., B-215**<br>**Buena Park, CA 90621** | **Manager (Non-Member)** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Donald Chae** | **6988 Beach Blvd., B-215**<br>**Buena Park, CA 90621** | **50% Equityholder of DMC Investment Holdings, LLC (Member)** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Min Chae** | **6988 Beach Blvd., B-215**<br>**Buena Park, CA 90621** | **50% Equityholder of DMC Investment Holdings, LLC (Member)** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **DMC Investment Holdings, LLC** | **EIN:    42-1729512** |

Debtor    **The Source Hotel, LLC**                                    Case number *(if known)*    **8:21-bk-10525-ES**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Fill in this information to identify the case:**

Debtor name  **The Source Hotel, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known)   8:21-bk-10525-ES

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 12, 2021**

_____              **Donald Chae**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Manager of Sole Member of Debtor**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California - Santa Ana

| | | | |
|---|---|---|---|
| In re | **The Source Hotel, LLC** | Case No. | **8:21-bk-10525-ES** |
| | Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **100,000.00** |
    | Prior to the filing of this statement I have received | $ | **100,000.00** |
    | Balance Due | $ | **0.00** |

2.  $ **1,738.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor    ☑ Other (specify)    **Debtor (from an advance made to the Debtor by its affiliate, M+D Properties)**

4.  The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify)

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
       **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors; representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's staffing capabilities; preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and performing any other services which may be appropriate in LNBYB's representation of the Debtor during its bankruptcy case.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Matters which are outside of LNBYB's specialization**

In re    **The Source Hotel, LLC**
_____
Debtor(s)

Case No.    **8:21-bk-10525-ES**
_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 12, 2021**
_____
_Date_

**/s/ Ron Bender**
_____
**Ron Bender 143364**
_Signature of Attorney_
**Levene, Neale, Bender, Yoo & Brill L.L.P.**
**10250 Constellation Blvd., Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234  Fax: (310) 229-1244**
**rb@lnbyb.com**
_____
_Name of law firm_