**Fill in this information to identify the case:**

Debtor name: The Source Hotel, LLC

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known): 8:21-bk-10525-ES

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☒ Amended *Schedule*    **List of 20 Largest Unsecured Claims**
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 16, 2021    X /s/ Donald Chae
Signature of individual signing on behalf of debtor

**Donald Chae**
Printed name

**Manager of Sole Member of Debtor**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | The Source Hotel, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA |
| Case number (if known): | 8:21-bk-10525-ES |

■ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Beach Orangethorpe Hotel III, LLC<br>P.O. Box 489<br>Buena Park, CA 90621 | | Loan | | | | $14,500,000.00 |
| Evergreen Electric Construction<br>629 Grove View Lane<br>La Canada, CA 91011 | | Vendor (Expired Mechanic's Lien) | Disputed | | | $528,260.00 |
| Newgens, Inc.<br>14241 Foster Road<br>La Mirada, CA 90638 | Ted Sul<br><br>tedsul@newgens.com | | | | | $413,601.12 |
| Cabrillo Hoist<br>P.O. Box 3179<br>Rancho Cucamonga, CA 91729 | Rachel Castro<br><br>rcastro@cabrillohoist.com | | | | | $226,301.50 |
| Harbor All Glass & Mirror, Inc.<br>1926 Placentia Ave.<br>Costa Mesa, CA 92627 | | Vendor (Expired Mechanic's Lien) | Disputed | | | $165,166.11 |
| Westransco Inc.<br>1771 N. Delilah Street<br>Corona, CA 92879 | | Storage | | | | $144,419.90 |
| Hirsch Bedner Associates<br>3216 Nebraska Avenue<br>Santa Monica, CA 90404 | | Vendor | | | | $109,290.98 |

| Debtor | **The Source Hotel, LLC** | Case number *(if known)* | **8:21-bk-10525-ES** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WESCO Distribution Inc.**<br>6251 Knott Avenue<br>Buena Park, CA 90620 | | **Vendor** | | | | $108,209.02 |
| **Diablo Consulting**<br>13200 Crossroads Parkway N<br>Ste. 115<br>City of Industry, CA 91746 | **Edward Riggs** | | | | | $84,625.01 |
| **Ace Tek Roofing Co.**<br>747 S. Ardmore Ave., Suite 405<br>Los Angeles, CA 90005 | | **Vendor** | | | | $76,968.00 |
| **Morrow Meadows**<br>231 Benton Court<br>City of Industry, CA 91789 | **Briana Ochoa**<br><br>bochoa@morrow-meadows.com | | | | | $69,213.01 |
| **Chefs Toys**<br>18430 Pacific Street<br>Fountain Valley, CA 92708 | **Steve Ruck**<br><br>stever@chefstoys.com | | | | | $57,273.24 |
| **Salamander Fire Protection, Inc**<br>6103 Tyrone Street<br>Van Nuys, CA 91401 | | **Vendor (Expired Mechanic's Lien)** | **Disputed** | | | $55,599.99 |
| **Nemo & Rami, Inc.**<br>1930 W. Holt Ave.<br>Pomona, CA 91768 | | **Vendor (Expired Mechanic's Lien)** | **Disputed** | | | $35,680.66 |
| **Stumbaugh & Associates, Inc.**<br>3303 N. San Fernando Blvd<br>Burbank, CA 91504 | | **Vendor** | | | | $33,000.00 |
| **Alcal Specialty Contracting Inc.**<br>4589 Firestone Blvd.<br>South Gate, CA 90280 | | **Vendor** | | | | $27,025.90 |
| **OJ Insulation LP**<br>600 S Vincent Ave.<br>Azusa, CA 91702 | | **Vendor (Expired Mechanic's Lien)** | **Disputed** | | | $25,448.00 |
| **KS Steel Corp.**<br>1748 Industrial Way<br>Los Angeles, CA 90023 | | **Vendor (Expired Mechanic's Lien)** | **Disputed** | | | $21,195.00 |
| **DKY Architects**<br>15375 Barranca Pkwy.<br>Suite A-210<br>Irivne, CA 92618 | | **Vendor** | | | | $20,835.50 |

| Debtor | The Source Hotel, LLC | | | Case number *(if known)* | | 8:21-bk-10525-ES |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Master Glass**<br>**2225 W. Pico Blvd., Unit C**<br>**Los Angeles, CA 90006** | **Dooman Jun**<br><br>masterglass411@yahoo.com | | | | | $19,200.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **AMENDED LIST OF CREDITORS WHO HAVE THE 20 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 17, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender**    rb@lnbyb.com
- **Nancy S Goldenberg**    nancy.goldenberg@usdoj.gov
- **Daniel A Lev**    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Grant A Nigolian**    grant@gnpclaw.com, process@gnpclaw.com;grant.nigolian@gmail.com
- **Juliet Y Oh**    jyo@lnbrb.com, jyo@lnbrb.com
- **Ho-El Park**    hpark@hparklaw.com
- **Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **March 17, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*None.*

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 17, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 17, 2021 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                **F 9013-3.1.PROOF.SERVICE**