Michael Gerard Fletcher (State Bar No. 070849)
 mfletcher@frandzel.com
Bruce D. Poltrock (State Bar No. 162448)
 bpoltrock@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for EVERTRUST BANK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE SOURCE HOTEL, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession, | Case No. 8:21-bk-10525-ES<br><br>Chapter 11<br><br>**EVERTRUST BANK STATEMENT RE TURNOVER MOTION**<br><br>Date: March 23, 2021<br>Time: 10:00 a.m.<br>Place: ZoomGov |

**TO: THE HONORABLE ERITHE SMITH, UNITED STATES BANKRUPTCY JUDGE.**

Evertrust Bank ("Bank") made a construction loan to The Source Hotel, LLC ("Source" or "Debtor"), but sold the Source loan in December 2020.

Source seeks turnover to it of certain money on deposit at the Bank.

The Bank has no dog in this fight. It only wants to be protected as to any turnover. That could have come by consent from all potential claimants --- Source; and one of the loan buyers Shady Bird; and the owners of Source, the Chaes --- but the Bank was not able to get full and complete consent from all of them. A turnover order will afford the Bank that protection.

1   The Bank is holding $61,030.67 ("Funds On Deposit") in 3 separate accounts, two standing

2   in the name of Source and one standing in the name of the Bank as a construction loan "control"

3   account related to Source.  *See* Hsieh Declaration.

4   Complete relief for the Bank will be afforded by entry of a turnover order from the Court to

5   the Bank to wire transfer the entirety of the Funds On Deposit to the Debtor's DIP account.

6   **WHEREFOR**, the Bank respectfully requests that the Court so order.

DATED:  March 18, 2021                FRANDZEL ROBINS BLOOM & CSATO, L.C.

By:   /s/ Michael Gerard Fletcher
      MICHAEL GERARD FLETCHER
      Attorneys for EVERTRUST BANK

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

A true and correct copy of the foregoing document entitled (*specify*): **EVERTRUST BANK STATEMENT RE TURNOVER MOTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 18, 2021  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED SERVICE LIST.

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 18, 2021 | Sandra Young-King | /s/ Sandra Young King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION (if needed):**

- Ron Bender    rb@lnbyb.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Daniel A Lev  dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com; dlev@ecf.inforuptcy.com
- Grant A Nigolian    grant@gnpclaw.com, process@gnpclaw.com;grant.nigolian@gmail.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Ho-El Park    hpark@hparklaw.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com, justin@ronaldrichards.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**