RON BENDER (SBN 143364)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: RB@LNBYB.com, JYO@LNBYB.com,
Proposed Attorneys for Chapter 11 Debtor and
Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>THE SOURCE HOTEL, LLC, a California limited liability company,<br><br>    Debtor and Debtor-in-Possession. | Case No. 8:21-bk-10525-ES<br><br>Chapter 11<br><br>**DECLARATION OF SERVICE AND TELEPHONIC NOTICE RE:**<br><br>**(1) MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO 11 U.S.C. § 366; AND**<br><br>**(2) MOTION FOR ENTRY OF AN ORDER: (A) REQUIRING TURNOVER OF ESTATE CASH BY EVERTRUST BANK; (B) AUTHORIZING DEBTOR TO USE CASH COLLATERAL; AND (C) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING FROM M+D PROPERTIES ON AN UNSECURED BASIS**<br><br>[Related to Docket Nos. 19, 21, 22, 27, 29 & 31]<br><br>Date:    March 23, 2021<br>Time:    10:00 a.m.<br>Place:    ZoomGov |

1

## DECLARATION OF STEPHANIE REICHERT

I, Stephanie Reichert, hereby declare as follows:

1. I am over the age of 18 and an employee at Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB"), proposed bankruptcy counsel to the above-listed Chapter 11 debtor and debtor in possession (the "Debtor").

2. I have personal knowledge of the facts set forth herein, and, if called as a witness, could and would testify competently with respect thereto.

3. I make this declaration regarding service of the following pleadings (collectively, the "Emergency Pleadings"):

- *NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO 11 U.S.C. § 366* [Docket No. 19];

- *NOTICE OF MOTION AND MOTION FOR ENTRY OF AN ORDER: (A) REQUIRING TURNOVER OF ESTATE CASH BY EVERTRUST BANK; (B) AUTHORIZING DEBTOR TO USE CASH COLLATERAL; AND (C) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING FROM M+D PROPERTIES ON AN UNSECURED BASIS* [Docket No. 21];

- STATEMENT *REGARDING CASH COLLATERAL OR DEBTOR IN POSSESSION FINANCING [FRBP 4001; LBR 4001-2]* [Docket No. 22];

- *ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(B)] RE: NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO 11 U.S.C. § 366.* [Docket No. 27];

- *ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(B)] RE: NOTICE OF MOTION AND MOTION FOR ENTRY OF AN ORDER: (A) REQUIRING TURNOVER OF ESTATE CASH BY EVERTRUST BANK; (B) AUTHORIZING DEBTOR TO USE CASH COLLATERAL; AND (C) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING FROM M+D PROPERTIES ON AN UNSECURED BASIS* [Docket No. 29].

- *NOTICE OF HEARING ON: (A) MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO 11 U.S.C. § 366; AND (B) MOTION FOR ENTRY OF AN ORDER: (A) REQUIRING TURNOVER OF ESTATE CASH BY EVERTRUST BANK; (B) AUTHORIZING DEBTOR TO USE CASH COLLATERAL; AND (C) AUTHORIZING DEBTOR*

*TO OBTAIN POST-PETITION FINANCING FROM M+D PROPERTIES ON AN UNSECURED BASIS* [Docket No. 31].

4. On March 12, 2021 I served by overnight mail the above Emergency Pleadings to the addresses listed on **Exhibit "A"** attached hereto.

5. On March 12, 2021 at 3:30 p.m., I emailed the email addresses listed on **Exhibit "B"** attached hereto informing them of the hearing on March 23, 2021 at 10:00 a.m. on the Emergency Pleadings. Email recipients were sent electronic copies of the above Emergency Pleadings.

6. Additionally, on March 12, 2021 between 4:05 p.m. and 4:10 p.m., telephonic notice was given to the interested parties whose telephone numbers are listed on **Exhibit "C"** attached hereto to inform them either personally, through their assistants, or via voicemail of the hearing on March 23, 2021 at 10:00 a.m. on the Emergency Pleadings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 18th day of March 2021 at Los Angeles, California.

*/s/ Stephanie Reichert*
_____
STEPHANIE REICHERT

# EXHIBIT "A"

| | | |
|---|---|---|
| The Source Hotel, LLC<br>MML | _Counsel to Evertrust Bank_<br>Michael Fletcher, Esq.<br>Frandzel Robins Bloom & Csato, L.C.<br>1000 Wilshire Boulevard, 19th Floor<br>Los Angeles, CA 90017-2427 | United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 |
| 3D Design - Millwork<br>8152 Indianapolis Ave.<br>Huntington Beach, CA 92646 | Aragon Construction, Inc.<br>5440 Arrow Highway<br>Montclair, CA 91763 | Beach Orangethorpe II, LLC<br>P.O. Box 489<br>Buena Park, CA 90621 |
| Beach Orangethorpe III, LLC<br>P.O. Box 489<br>Buena Park, CA 90621 | Beach Orangethorpe, LLC<br>P.O. Box 489<br>Buena Park, CA 90621 | Beachamp Distributing Co.<br>1911 South Santa Fe Avenue<br>Compton, CA 90221 |
| Best Quality Painting<br>818 N. Pacific Ave., #C<br>Glendale, CA 91203 | Certified Tile<br>14557 Calvert St.<br>Van Nuys, CA 91411 | Evergreen Electric Construction<br>629 Grove View Lane<br>La Canada, CA 91011 |
| Iron Mechanical<br>721 North B Street<br>Suite 100<br>Sacramento, CA 95811 | KS Steel Corp.<br>1748 Industrial Way<br>Los Angeles, CA 90023 | Nemo & Rami<br>1930 W. Holt Ave.<br>Pomona, CA 91768 |
| Northstar<br>404 North Berry Street<br>Brea, CA 92821-3104 | Pan Pacific<br>18250 Euclid Street<br>Fountain Valley, CA 92708 | PDG Wallcoverings<br>26492 Via Juanita<br>Mission Viejo, CA 92691 |
| Prime Concrete Coatings<br>6127 James Alan St.<br>Cypress, CA 90630 | Resco Electric Inc.<br>2431 W. Washington Blvd. Suite B<br>Los Angeles, CA 90018 | Retrolock Corp<br>17915 Railroad Street<br>City of Industry, CA 91748 |
| Salamander Fire Protection, Inc<br>6103 Tyrone Street<br>Van Nuys, CA 91401 | Shady Bird Lending, LLC<br>c/o Law Offices of Ronald Richards<br>P.O. Box 11480<br>Beverly Hills, CA 90213 | Solid Construction<br>883 Crenshaw Blvd.<br>Los Angeles, CA 90005 |
| Sunbelt Controls, Inc.<br>888 E. Walnut Street<br>Pasadena, CA 91101 | Grant Nigolian, P.C.<br>695 Town Center Drive, Suite 700<br>Costa Mesa, CA 92626 | Hunt Ortmann Palffy Nieves et al.<br>301 North Lake Avenue, 7th Floor<br>Pasadena, CA 91101-1807 |
| Law Office of Ho-El Park, P.C.<br>333 City Blvd. West, Suite 1700<br>Orange, CA 92868 | Law Office of Michael N. Berke<br>25001 The Old Road<br>Santa Clarita, CA 91381 | Law Offices of Dennis G. Cosso<br>345 Oxford Drive<br>Arcadia, CA 91007 |

| | | |
|---|---|---|
| Porter Law Group, Inc.<br>7801 Folsom Blvd., Suite 101<br>Sacramento, CA 95826 | Robinson & Robinson, LLP<br>2301 Dupont Drive, Suite 530<br>Irvine, CA 92612-7502 | Shady Bird Lending, LLC<br>c/o Law Offices of Geoffrey Long<br>1601 N. Sepulveda Blvd., No. 729<br>Manhattan Beach, CA 90266 |
| Splinter & Thai, LLP<br>25124 Narbonne Ave., Suite 106<br>Lomita, CA 90717-2140 | Shady Bird Lending, LLC<br>c/o Daniel Lev, Esq.<br>SulmeyerKupetz<br>333 South Grand Ave, Suite 3400<br>Los Angeles, CA 90071 | Bellann R. Raile<br>Cordes & Company<br>2030 Main Street<br>Suite 1300<br>Irvine, CA 92614 |
| Newgens, Inc.<br>14241 Foster Rd.<br>La Mirada, CA 90638 | Cabrillo Hoist<br>P.O. Box 3179<br>Rancho Cucamonga, CA 91729 | WESCO Distribution Inc.<br>6251 Knott Ave.<br>Buena Park, CA 90620 |
| Harbor All Glass & Mirror, Inc.<br>1926 Placentia Ave.<br>Costa Mesa, CA 92627 | Diablo Consulting<br>13200 Crossroads Parkway N<br>Ste. 115<br>City of Industry, CA 91746 | Ace Tek Roofing Co.<br>747 S. Ardmore Ave., Suite 405<br>Los Angeles, CA 90005 |
| Morrow Meadows<br>231 Benton Court<br>City of Industry, CA 91789 | Chefs Toys<br>18430 Pacific Street<br>Fountain Valley, CA 92708 | Stumbaugh & Associates, Inc.<br>3303 N. San Fernando Blvd<br>Burbank, CA 91504 |
| HBA Procurement, Inc.<br>3216 Nebraska Ave.<br>Santa Monica, CA 90404 | OJ Insulation LP<br>600 S Vincent Ave.<br>Azusa, CA 91702 | DKY Architects<br>15375 Barranca Pkwy.<br>Suite A-210<br>Irivne, CA 92618 |
| Master Glass<br>2225 W. Pico Blvd, Unit C<br>Los Angeles, CA 90006 | Universal Flooring Systems<br>15573 Commerce Lane<br>Huntington Beach, CA 92649 | L2 Specialties<br>3613 W. Macarthur Blvd., #611<br>Santa Ana, CA 92704 |
| Ficcadenti Waggoner<br>16969 Von Karman Avenue<br>Suite 240<br>Irivne, CA 92606 | Retrolock Corp<br>17915 Railroad Street<br>City of Industry, CA 91748 | American Engineering Laboratories Inc.<br>PO Box 1816<br>Whittier, CA 90609 |
| All Area Plumbing<br>6265 San Fernando Road<br>Glendala, CA 91201-2214 | JPMorgan Chase Bank N.A.<br>Bankruptcy Mail Intake Team<br>700 Kansas Lane Floor 01<br>Monroe, LA 71203-4774 | Internal Revenue Service IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Interstate Management Company, LLC<br>4501 North Fairfax Drive<br>Suite 500<br>Arlington, VA 22203-1668 |

| | | |
|---|---|---|
| LimNexus, LLP<br>707 Wilshire Blvd. 46th Floor<br>Los Angeles, CA 9001 | Mirae Construction, Co.<br>2222 S. Broadway<br>Los Angeles, CA 90007 | Kim & Lee, LLP<br>2305 W 190th St<br>Torrance, CA 90504-6005 |
| OMB Electrical Engineers, Inc.<br>8825 Research Drive<br>Irvine, CA 92618 | Sky Rider Equipment Co., Inc.<br>1180 North Blue Gum Street<br>Anaheim, CA 92806 | LA County Treasurer And Tax Collector<br>Attn: Bankruptcy Unit<br>P.O. Box 54110<br>Los Angeles, CA 90054-0110 |
| State Board of Equalization<br>Account Info Group, MIC:29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 | AT&T<br>P.O. Box 5025<br>Carol Stream, IL 60197-5025 | So. Cal. Edison<br>P.O. Box 6400<br>Rancho Cucamonga, CA 91729-6400 |

# EXHIBIT "B"

**Served via Email:**

*Counsel to Shady Bird*
Daniel A. Lev
SulmeyerKupetz
E-Mail: dlev@sulmeyerlaw.com

*Receiver*
Bellann R. Raile
Cordes & Company
Email: bellann@cordesco.com

# EXHIBIT "C"

**Telephonic Notice:**

*Counsel to Shady Bird*
Daniel A. Lev
SulmeyerKupetz
Phone: (213) 617-5231

*Receiver*
Bellann R. Raile
Cordes & Company
Phone: (949) 208-7410