Daniel A. Lev (CA Bar No. 129622)
    dlev@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Ronald Richards (CA Bar No. 176246)
    ron@ronaldrichards.com
Law Offices of Ronald Richards & Associates, APC
P.O. Box 11480
Beverly Hills, California 90213
Telephone:  310.556.1001
Facsimile:  310.277.3325

Attorneys for Shady Bird Lending, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:21-bk-10525-ES |
| THE SOURCE HOTEL, LLC, | Chapter 11 |
| Debtor. | **OMNIBUS RESPONSE OF SHADY BIRD LENDING, LLC TO (1) MOTION FOR ENTRY OF AN ORDER: (A) REQUIRING TURNOVER OF ESTATE CASH BY EVERTRUST BANK; (B) AUTHORIZING DEBTOR TO USE CASH COLLATERAL; AND (C) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING FROM M+D PROPERTIES ON AN UNSECURED BASIS, AND (2) MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO 11 U.S.C. § 366; DECLARATION OF RONALD RICHARDS IN SUPPORT THEREOF** |
| | DATE:    March 23, 2021<br>TIME:     10:00 a.m.<br>PLACE: Courtroom "5A" |

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1    Shady Bird Lending, LLC ("Shady Bird") hereby submits its "Omnibus

2  Response of Shady Bird Lending, LLC to (1) Motion for Entry of An Order: (A) Requiring

3  Turnover of Estate Cash By Evertrust Bank; (B) Authorizing Debtor to Use Cash

4  Collateral; and (C) Authorizing Debtor to Obtain Post-Petition Financing From M+D

5  Properties On An Unsecured Basis, and (2) Motion for Entry of Order Authorizing Debtor

6  to Provide Adequate Assurance of Future Payment to Utility Companies Pursuant to 11

7  U.S.C. § 366; Declaration of Ronald Richards in Support Thereof" (the "Response"), in

8  response to the (i) "Notice of Motion and Motion for Entry of An Order: (A) Requiring

9  Turnover of Estate Cash By Evertrust Bank; (B) Authorizing Debtor to Use Cash

10  Collateral; and (C) Authorizing Debtor to Obtain Post-Petition Financing From M+D

11  Properties On An Unsecured Basis; Declarations of Donald Chae and Juliet Y. Oh in

12  Support Thereof" (the "Cash Collateral Motion"), and (ii) "Notice of Motion and Motion for

13  Entry of Order Authorizing Debtor to Provide Adequate Assurance of Future Payment to

14  Utility Companies Pursuant to 11 U.S.C. § 366; Memorandum of Points and Authorities;

15  Declaration of Donald Chae in Support Thereof" (the "Utilities Motion" and together with

16  the Cash Collateral Motion, the "Motions"), filed by the debtor and debtor in possession,

17  The Source Hotel, LLC (the "Debtor"), and represents as follows:

**I.**

**PREFATORY STATEMENT**

20    Although Shady Bird largely does not oppose the relief sought by the

21  Motions, Shady Bird does object to the false narrative being presented as the reason

22  emergency relief is necessary.  The Debtor would have this Court believe that its

23  grandiose project is on the cusp of completion, and, but for the conduct of Shady Bird

24  and its predecessor, Evertrust, 178 hotel rooms would have been added to the Buena

25  Park landscape.[1]  Such is not the case.

---

[1] Unless otherwise stated, the use of capitalized terms herein shall have the meaning ascribed to them in the Motions.

SulmeyerKupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1    In fact, despite the seven years the Hotel has been under construction, the

2  Debtor is years away from ever taking its first reservation.  Simply put, the Debtor owns

3  nothing more than an idled construction project saddled with enormous debt and plagued

4  by serious issues of waste and disrepair.  This is why a receiver was appointed on

5  February 17, 2021.[2]  And since her appointment, the Receiver has learned of the

6  following disturbing problems:

7    •    There are substantial roof issues which currently permit the intrusion

8  of water into the structure

9    •    The construction assemblies on the roof are incomplete and create

10  an opportunity for water infiltration

11    •    The fire sprinkler system is not currently capable of providing life-

12  safety protection for the Project

13  _____

14  [2] In addition to the deplorable condition of the Hotel, Shady Bird sought the appointment of a receiver
based on the following:

15  •    The Debtor's failure to make the payment of interest due under the operative note on October 1, 2019;

16  •    The Debtor's failure to repay the total indebtedness on the loan by the extended maturity date of
November 1, 2019 (the "Maturity Date");

17  •    The Debtor's failure to complete the construction of the Hotel by the Maturity Date;

18  •    The Debtor's failure to timely pay its contractors and other third parties resulting in multiple mechanic's
being recorded against the project and the Debtor's failure to furnish a sufficient bond causing such liens to
be released or giving other satisfactory indemnity within ten days of recording;

19  •    The Debtor's failure to take reasonable measures to maintain, protect, and secure the project under the
operative deed of trust;

20  •    The Debtor's failure to prevent the project from becoming vandalized, damaged, destroyed, and
deteriorated;

21  •    The Debtor's failure to prevent material physical waste of the project;

22  •    The Debtor's failure to allow Shady Bird to enter upon and inspect the project;

23  •    The Debtor's failure to provide evidence of and certificates of insurance to Shady Bird upon request;

24  •    The Debtor's failure to allow inspections by the City of Buena Park and ceasing communications with
the City, negatively affecting the permitting process and the ability to complete the project;

25  •    The Debtor's failure to maintain various systems and improvements on the project such as the elevator,
electrical, HVAC, and plumbing.

26  •    The Debtor's failure to provide any security for the project and improvements; and

27  •    The Debtor's failure to timely test the fire-life safety systems which could completely destroy the
project.

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1    •    Due to neglect and exposure to UV rays, the pool deck will need

2    substantial repair

3    •    The pool has an accumulation of water and trash making it a

4    breeding ground for mosquitos, which may carry the West Nile Virus

5    •    Completed business finishes are not being protected and are

6    exposed to waste or damage

7    •    A potentially hazardous situation may exist if the building sewer

8    system is not connected to the public system

9    •    HVAC package units have been left unsecured and accessible to

10    thieves and vandals

11    •    There are hazardous and caustic chemical unsecured at the Project

12    These are just a few of the concerning problems plaguing this project and

13    negatively affecting not only Shady Bird's collateral, but the rights of other creditors.[3]  As

14    such, Shady Bird will soon be filing a motion to allow the Receiver to remain in

15    possession and control of the project, and excusing the Receiver's compliance with 11

16    U.S.C. § 543(b).[4]

17    More troubling, however, is what appears to be an intentional

18    misrepresentation to the Court regarding the 99-year ground lease (the "Ground Lease")

19    with the Debtor's affiliate, The Source at Beach, LLC (the "Ground Lessor").  Although the

20    Debtor correctly points to the prior existence of the Ground Lease, it omits the recent fact

21    that, on February 16, 2021, Shady Bird (as well as the Debtor) received a "Notice of

22    Default Under, and Exercise of Option to Terminate, Ground Lease" from the Ground

23    _____

24    [3] These conclusions are supported by a recent inspection report commissioned by Receiver from Urban
25    Advisory and Building Group, LLC that demonstrates the significant issues of neglect, potential hazardous
situations, and safety and environmental concerns at the project.

26    [4] Due to the Debtor's pre-petition gross mismanagement and incompetence, Shady Bird also anticipates
filing a separate motion seeking the appointment of a chapter 11 trustee.  In addition, since the Debtor
27    stunningly failed to identify itself as a single asset real estate case, Shady Bird also will be filing a motion to
designate the Debtor as a single asset real estate case pursuant to 11 U.S.C. §§ 101(51B) and 362(d)(3).

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA  90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  Lessor, advising Shady Bird that the Ground Lease was being immediately terminated.  A

2  true and correct copy of the termination notice is attached hereto as Exhibit "A" to the

3  declaration of Ronald Richards and is incorporated herein by reference.  Obviously,

4  without the Ground Lease, the Debtor lacks the right to complete the Hotel, calling into

5  question not only its honesty with the Court, but whether it even belongs in chapter 11.

6          Equally troubling is the fact that the Debtor is in violation of its development

7  agreement with the City of Buena Park, casting further doubt on the Debtor's ability to

8  complete the Hotel and whether this case can survive.  Nevertheless, Shady Bird is not

9  opposed to the limited relief sought in the Motions since it will provide some measure of

10  assurance that the project is insured and utilities remain active at the site.

11                                          II.

12          **SHADY BIRD DOES NOT OPPOSE THE LIMITED RELIEF SOUGHT**

13                              **BY THE MOTIONS**

14          Through its Motions, the Debtor seeks the following limited forms of relief:

15          •       Turnover of the Evertrust Account Funds in the aggregate amount of

16  $35,246.75, which the Debtor claims is comprised solely of funds advanced by its non-

17  member Manager, M+D Properties, a California corporation ("M+D")

18          •       Use of cash collateral (consisting of the Evertrust Account Funds),

19  on an interim basis, according to the 13-week Budget affixed to the Cash Collateral

20  Motion

21          •       Authority to obtain a DIP Loan from M+D, on a general unsecured

22  basis, in a sum up to $100,000, as necessary and at the discretion of M+D, to cover any

23  shortfalls in the Budget

24          •       Authority to pay the proposed Cash Deposits to the Utility

25  Companies for the utility accounts referenced in the Utilities Motion, in the aggregate

26  amount of approximately $1,950

27          Shady Bird will address each of the requests separately.

28

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA  90071-1406
TEL. 213.626.2311  •  FAX 213.629.4520

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

A.    **Turnover of the Evertrust Account Funds and Proposed Use of the**

**Funds According to the Budget and Proposed Interim Order**

Section 363 of the Bankruptcy Code governs the estate's use of cash collateral.  Here, as the Debtor concedes, the Evertrust Account Funds are potentially Shady Bird's cash collateral.  As such, the Debtor may not use cash collateral unless either "(A) each entity that has an interest in such cash collateral consents; or (B) the court, after notice and a hearing, authorizes such use, sale, or lease . . . ." 11 U.S.C. § 363(c)(2).  Indeed, unless the debtor in possession obtains consent or a court order, it "shall segregate and account for any cash collateral in the trustee's possession, custody, or control." 11 U.S.C. § 363(c)(4).  See <u>Marathon Petroleum Co., LLC. v. Cohen (In re Delco Oil, Inc.)</u>, 599 F.3d 1255 (11th Cir. 2010).

Rather than eliciting Shady Bird's consent for use of the Evertrust Account Funds, the Debtor instead opted to seek court approval.  As a result, the Court is required to "prohibit or condition such use, sale, or lease as is necessary to provide adequate protection of such interest."  11 U.S.C. § 363(e).  The Court must, therefore, "prohibit or condition" the Debtor's use of cash collateral based upon whether it has adequately protected Shady Bird's interest in such cash collateral.  Adequate protection, in turn, is a concept that Section 361 of the Code illustrates, but does not define.

That section recognizes that, to the extent that use of cash collateral "results in a decrease in the value of such entity's interest in such property," adequate protection may consist of cash payments or replacement liens.  11 U.S.C. § 361(1)-(2).  In addition, the estate may provide other forms of adequate protection so long as they "will result in the realization by [the secured party] of the indubitable equivalent of such entity's interest in such property."  11 U.S.C. § 363(c)(3).

Although the Debtor is not operating a business, it contends it needs to use the Evertrust Account Funds to preserve and protect the Hotel.  And even though the Debtor contends that the Evertrust Account Funds consist solely of funds previously advanced by M+D, there is no competent evidence to support this contention.  The

SulmeyerKupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  unsubstantiated statement from Donald Chae does not qualify to establish the source of

2  the Evertrust Account Funds.  Thus, at the present time, Shady Bird asserts that the

3  Evertrust Account Funds are subject to its security interests and liens, and it is entitled to

4  adequate protection for such use.

5          The Code does not define adequate protection, but sets forth three

6  alternative non-exclusive methods by which adequate protection may be provided when

7  required under Section 363: (i) periodic cash payments; (ii) additional or replacement

8  liens; or (iii) other relief resulting in the "indubitable equivalent" of the secured creditor's

9  interest in such property.  11 U.S.C. § 361.

10          Courts have recognized the breadth of adequate protection.  "'The goal of

11  adequate protection is to safeguard the secured creditor from diminution in the value of

12  its interest during the Chapter 11 reorganization.'"  In re Mosello, 195 B.R. 277, 288

13  (Bankr. S.D.N.Y. 1996) (quoting In re 495 Central Park Avenue Corp., 136 B.R. 626, 631

14  (Bankr. S.D.N.Y. 1992)).  "The concept of adequate protection was designed to 'insure

15  that the secured creditor receives the value for which he bargained.'"  In re Martin, 761

16  F.2d 472, 474 (8th Cir. 1985).  The general purpose of adequate protection is to ensure

17  that the secured creditor ultimately receives what it would have received had not

18  bankruptcy intervened.  "'Although stripped of the right to immediate possession of its

19  property, the creditor receives assurances that the value it could have received through

20  foreclosure will not decline.'"  Security Leasing Partners, LP v. ProAlert, LLC (In re

21  ProAlert, LLC), 314 B.R. 436, 441-42 (B.A.P. 9th Cir. 2004).

22          Importantly, at all times, the party seeking the use of cash collateral has the

23  burden of proof on the issue of adequate protection under 11 U.S.C. § 363(p).  In re Pac.

24  Lifestyle Homes, Inc., 2009 Bankr. LEXIS 711 (Bankr. W.D. Wash. 2009).

25          Here, although Shady Bird does not oppose the Debtor's use of cash

26  collateral, since the proposed interim order intends to grant Shady Bird a replacement

27  lien in the Debtor's post-petition assets, Shady Bird objects to any finding that it is

28  adequately protected by a substantial equity cushion.  Shady Bird strenuously contests

1    the Debtor's unsupported valuations of its assets, and believes it is undersecured.

2    Therefore, to the extent the use of cash collateral is based exclusively on the granting of

3    a replacement lien, Shady Bird does not object to the use of the Evertrust Account Funds

4    for those line items set forth in the Budget.[5]

5           In other words, absent further court order, the Debtor is limited to using the

6    Evertrust Account Funds only to pay (i) insurance, (ii) utilities, (iii) post-petition utility

7    deposits, and (iv) property taxes.  No other debts, such as administrative expenses or

8    post-petition claims of suppliers or contractors, may be paid absent further Court order.

9    Finally, Shady Bird does not believe a 20% variance is reasonable at this time, especially

10    due to the limited funds the Debtor will have at its discretion.  Shady Bird believes a 10%

11    line item variance is appropriate, provided, however, that upon written notice, Shady Bird

12    can consent to any line item variance in excess of 10% without further Court order.[6]

13    **B.**      <u>**Authority to Borrow Funds From M+D Properties**</u>

14           As noted, the Debtor seeks approval of a post-petition loan from its non-

15    debtor affiliate for an amount up to $100,000.  The DIP Loan is being made on a general

16    unsecured basis, such that M+D is not being granted a lien or administrative expense

17    claim.  Under these circumstances, and to the extent the use of the funds is limited to the

18    line items set forth in the Budget, Shady Bird does not oppose the request.

19

20

_____

21

22 [5] The proposed order attached as Exhibit "I" to the Cash Collateral Motion contains adequate protection language which Shady Bird believes should be slightly modified.  Shady Bird proposes the following

23 language:  "As adequate protection to Shady Bird Lending, LLC ("<u>Shady Bird</u>") on account of the Debtor's use of cash collateral, Shady Bird shall be granted a valid, enforceable, non-avoidable, and fully perfected first priority replacement lien on, and security interest in, the Debtor's post-petition assets, including cash,

24 ("<u>Replacement Lien</u>"), to the extent of any diminution in value of Shady Bird's interest in the Debtor's pre-petition collateral, and to the same extent, validity, scope, and priority of Shady Bird's pre-petition lien."

25 [6] Shady Bird expressly reserves the right to amend or supplement this Response, to file additional objections, and to introduce evidence supporting this Response and any other objections at any further

26 hearing on the Motions.  In addition, Shady Bird expressly reserves all rights of Shady Bird under its loan agreement.  Further, any order granting adequate protection to Shady Bird in connection with the Cash

27 Collateral Motion should state that such order is without prejudice to the request of Shady Bird for any modification of, or further or different, adequate protection.

28

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

C.      **Authority to Pay Deposits to Utility Companies**

Shady Bird also does not object to the Debtor using $1,941.60 from the Evertrust Account Funds to pay the Cash Deposits to the three utility companies reflected in Exhibit "1" to the Utilities Motion.  Shady Bird agrees that ensuring that the utilities remain unaffected is in the best interests of the estate, Shady Bird, and other creditors.

III.

**CONCLUSION**

Shady Bird is scratching its head as to how a debtor in such financial distress, whose principals are facing foreclosure and lawsuits in other similarly troubled development projects, can propose a plan with any chance of confirmation.  No rational lender would finance this dilapidated project, which not only is in a state of neglect and disrepair, but is infected by numerous mechanic's liens actions from unpaid laborers.  As will be shown in Shady Bird's upcoming motions, this bankruptcy was a sham from day one and should end as quickly as it started.

DATED: March 18, 2021          **Sulmeyer**Kupetz
                                A Professional Corporation


                                By: /s/ Daniel A. Lev
                                     Daniel A. Lev
                                     Attorneys for Shady Bird Lending, LLC

DATED: March 18, 2021          Law Offices of Ronald Richards & Associates, APC


                                By: /s/ Ronald Richards
                                     Ronald Richards
                                     Attorneys for Shady Bird Lending, LLC

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1

## **DECLARATION OF RONALD RICHARDS**

2    I, Ronald Richards, declare and state as follows:

3    1.    At all times relevant hereto, I have been the non-member, manager

4  for Shady Bird Lending, LLC, a California limited liability company ("Shady Bird").  In this

5  capacity, I have personal knowledge of the facts set forth in this declaration, and if called

6  as a witness for this purpose, I could and would testify competently under oath to them.

7    2.    I make this declaration in support of Shady Bird's "Omnibus

8  Response of Shady Bird Lending, LLC to (1) Motion for Entry of An Order: (A) Requiring

9  Turnover of Estate Cash By Evertrust Bank; (B) Authorizing Debtor to Use Cash

10  Collateral; and (C) Authorizing Debtor to Obtain Post-Petition Financing From M+D

11  Properties On An Unsecured Basis, and (2) Motion for Entry of Order Authorizing Debtor

12  to Provide Adequate Assurance of Future Payment to Utility Companies Pursuant to 11

13  U.S.C. § 366; Declaration of Ronald Richards in Support Thereof" (the "Response"), filed

14  in response to the (i) "Notice of Motion and Motion for Entry of An Order: (A) Requiring

15  Turnover of Estate Cash By Evertrust Bank; (B) Authorizing Debtor to Use Cash

16  Collateral; and (C) Authorizing Debtor to Obtain Post-Petition Financing From M+D

17  Properties On An Unsecured Basis; Declarations of Donald Chae and Juliet Y. Oh in

18  Support Thereof" (the "Cash Collateral Motion"), and (ii) "Notice of Motion and Motion for

19  Entry of Order Authorizing Debtor to Provide Adequate Assurance of Future Payment to

20  Utility Companies Pursuant to 11 U.S.C. § 366; Memorandum of Points and Authorities;

21  Declaration of Donald Chae in Support Thereof" (the "Utilities Motion" and together with

22  the Cash Collateral Motion, the "Motions"), filed by the debtor and debtor in possession,

23  The Source Hotel, LLC (the "Debtor").

24    3.    I am not a member or owner of Shady Bird, but I am the only one

25  who is authorized to execute settlements or act on behalf of the entity.

26    4.    Shady Bird is the assignee of that certain construction loan (the

27  "Loan") entered into on or about May 24, 2016, by and between Evertrust Bank

28  ("Evertrust") and the Debtor, in the principal amount of $24,988,808.  The Loan was

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  made pursuant to a Construction Loan Agreement (the "Loan Agreement") dated May 24,

2  2016, between the Debtor and Evertrust.  The purpose of the Loan was for the

3  development and construction of a 178-room, 7 story hotel project (the "Project").  In

4  addition to the Project, the Debtor was, prior to its recent termination, the ground lessee

5  under a 99-year "Memorandum of Ground Lease" (the "Ground Lease") with ground

6  lessor, The Source at Beach, LLC (the "Ground Lessor").  In this regard, on February 16,

7  2021, I received a "Notice of Default Under, and Exercise of Option to Terminate, Ground

8  Lease" from the Ground Lessor, advising Shady Bird that the Ground Lease was being

9  immediately terminated.  A true and correct copy of the termination notice is attached

10  hereto as Exhibit "A" and incorporated herein by reference.

11        I declare under penalty of perjury under the laws of the United States of

12  America that the foregoing is true and correct.

13        Executed this 18th day of March, 2021, at Los Angeles, California.

15        /s/ *Ronald Richards*
      Ronald Richards

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

<u>**TO:**</u>

The Source Hotel, LLC ("Lessee")
3100 E. Imperial Highway
Lynwood, CA 90262
Attention: Min Chae and Donald Chae

With a copy to:  Lim, Ruger & Kim, LLP
1055 West Seventh Street, Suite 2800
Los Angeles, CA 90017
Attention: Real Estate Department

Shady Bird Lending, LLC ("Lender")
c/o LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.
Ronald N. Richards
P.O. Box 11480
Beverly Hills, CA 90213

LAW OFFICES OF GEOFFREY LONG, A.P.C.
Geoffrey S. Long
1601 N. Sepulveda Blvd., No. 729
Manhattan Beach, CA 90266

Trustee:

STEWART TITLE OF CALIFORNIA, INC.
200 E. Sandpointe Ave., Suite 150
Santa Ana, California 92707

### <u>NOTICE OF DEFAULT UNDER, AND EXERCISE OF OPTION TO TERMINATE, GROUND LEASE</u>

The Source at Beach, LLC ("Lessor") as the ground lessor under that certain *<u>GROUND LEASE by and between THE SOURCE AT BEACH, LLC,  a California limited liability company ("Lessor") and  THE SOURCE HOTEL, LLC,  a California limited liability company ("Lessee") dated as of the 6th day of April, 2015, including any amendments thereto* </u>("Ground Lease"), hereby gives notice to the Lessee, Lender and Trustee named above of the occurrence of Events of Default under the Ground Lease, and further gives notice of and does hereby, exercise its option to terminate the Ground Lease effective immediately. Such exercise is based on, *inter alia*, the following:

Article 21.1 of the Ground Lease defines certain events, the occurrence of which constitutes an Event of Default.  Events of Default include, among others, (1) any failure by Lessee to observe and perform any provision of the Ground Lease [Article 21.1(b)] and (2) the foreclosure of any mechanic's lien [Article 21.1(g)].

Article 11.1 of the Ground Lease, as amended on June 14, 2019, requires Lessee "to construct or cause to be constructed to substantial completion upon the Hotel Complex Premises on or prior to

**December 1, 2019**, all Improvements, which Improvements shall be constructed in accordance with plans and specifications first approved in writing by Lessor." (bold in original).

An Event of Default has occurred as a result of Lessee's failure to construct or cause to be constructed to substantial completion upon the Hotel Complex Premises all Improvements on or prior to December 1, 2019 in violation of Article 11.1, as amended.

Further, Lessor has received copies of Notices of *Lis Pendens*, copies attached, reflecting the commencement of foreclosures of numerous mechanic's liens, a violation of Article 20.1(c) and hence an Event of Default.

The foregoing notice is given and the exercise of said option to terminate is made, without prejudice to any other rights Lessor may have under the Ground Lease or any other agreements, documents or instruments related thereto.

Dated: February 16, 2021

By:

Name: Raymond B. Kim
      Meylan Davitt Jain Arevian & Kim LLP

Title: Attorneys for Ground Lessor
       The Source at Beach, LLC

1

RECORDING REQUESTED BY

Splinter & Thai, LLP
WHEN RECORDED MAIL TO

Splinter & Thai, LLP
25124 Narbonne Ave., #106
Lomita, CA 90717

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

100.00
* $ R 0 0 1 1 5 3 0 4 7 4 $ *
2020000094236 1:22 pm 03/03/20
7 413A L08  6
0.00 0.00 0.00 0.00 15.00 0.00 0.000.0075.00 3.00

HITS

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

NOTICE OF PENDENCY OF

ACTION (LIS PENDENS)

1
2
3
4
5
6
7
8

Robert G. Splinter, Esq., Bar #78284
Min N. Thai, Esq., Bar #232770
SPLINTER & THAI, LLP
25124 Narbonne Avenue, Ste. 106
Lomita, California 90717-2140
(310) 539-6334 telephone
(310) 539-2467 facsimile

Attorney for Plaintiff,
RESCO ELECTRIC INC.,
a California corporation

9

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

10

### FOR THE COUNTY OF ORANGE

11

12
13

RESCO ELECTRIC INC.,
a California corporation,

14
15
16

                Plaintiff

    vs.

17
18
19

GREENLAND CONSTRUCTION SERVICE, LLC,
THE SOURCE HOTEL, LLC,
and DOES 1 through 50, inclusive,

20

                Defendants

    )
    )
    )
    )
    )
    )
    )
    )
    )
    )
    )
    )
    )
    )
    )

CASE NO.:  30-2020-01135027
CU-OR-CJC

NOTICE OF PENDENCY
OF ACTION (LIS PENDENS)

21
22
23
24
25
26
27
28

    NOTICE IS HEREBY GIVEN that the above-entitled action stating a real property claim was commenced on February 27, 2020, in the above named Court by plaintiff, Resco Electric, Inc., a California corporation, against Greenland Construction Service, LLC, The Source Hotel, LLC and DOES 1 through 50, inclusive, which is now pending in the above-named Court.

---

NOTICE OF PENDENCY OF ACTION

015

This action affects title to and the right to possession of specific property situated in Orange County, California, specifically described as follows:

1. <u>Commonly known as</u>: 6986 Beach Boulevard, Buena Park, CA 90621.

   <u>Legal Description</u>: PM 391-4 POR PAR 4 (POR OF 7TH FLOOR HOTEL & ROOF PARCEL) TR 1756

   <u>Assessor's Parcel Number</u>: 276-361-45

Plaintiff seeks by the action to have the interest of Plaintiff and Defendants determined and the property sold, and the proceeds divided according to law. The parties to the action are set forth in the title to the action.

DATED:  March 2, 2020

SPLINTER & THAI, LLP



MIN N. THAI
**Attorney for Plaintiff,**
**RESCO ELECTRIC, INC.**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed The document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California    )
                       )
County of Los Angeles  )

On March 2, 2020, before me, Debbie Wood, a Notary Public in and for said State, personally appeared MIN N. THAI, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the instrument in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity on behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.



DEBBIE WOOD
Notary Public - California
Los Angeles County
Commission # 2161594
My Comm. Expires Aug 27, 2020

2

**NOTICE OF PENDENCY OF ACTION**

016

**PROOF OF SERVICE BY CERTIFIED MAIL - 1013a, 2015.5 C.C.P.**

STATE OF CALIFORNIA    )
                        }ss.
COUNTY OF LOS ANGELES )

      I am resident of/employed in the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 25124 Narbonne Avenue, Suite 106, Lomita, California 90717.

      On March 2, 2020, I served the within NOTICE OF PENDENCY OF ACTION (LIS PENDENS) on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, and addressed as set out below by "Certified Mail – Return Receipt Requested":

Greenland Construction Service, LLC
6940 Beach Boulevard, #D-301
Buena Park, CA 90621

The Source Hotel LLC
6986 Beach Boulevard
Buena Park, CA 90621

The Source Hotel LLC
6940 Beach Boulevard, #D-301
Buena Park, CA 90621

      I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the United States Postal Service on that same day with first-class postage thereon fully prepaid at Lomita, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing in the affidavit.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      Executed on March 2, 2020, at Lomita, California.

Debbie Wood

017

RECORDING REQUESTED
AND WHEN RECORDED MAIL TO:
RECORDING REQUESTED BY:
    Retrolock Corp.
AND WHEN RECORDED MAIL DOCUMENT TO:
    Grant Nigolian
    695 Town Center Drive, Suite 700
    Costa Mesa, CA 92626

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

*$R0012186539S*  97.00

2020000613064 3:37 pm 10/28/20
227 414A N26   6
0.00 0.00 0.00 0.00 12.00 0.00 0.000.0075.00 3.00

HITS

*THIS SPACE IS FOR RECORDERS USE ONLY*

## NOTICE OF PENDENCY OF ACTION
## (LIS PENDENS)

(Title of Document)

Per Government Code 27388.1(a)(1) *"A fee of $75 dollars shall be paid at the time of recording on every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel or real property."*

☐ Exempt from SB2 fee per GC 27388.1(a)(2); is a transfer subject to the imposition of documentary transfer tax", or

☐ Exempt from SB2 fee per GC 27388.1(a)(2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax", or

☐ Exempt from SB2 fee per GC 27388.1(a)(2); is a transfer of real property that is a residential dwelling to an owner-occupier", or

☐ Exempt from SB2 fee per GC 27388.1(a)(2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier", or

☐ Exempt from SB2 fee per GC 27388.1(a)(1); fee cap of $225 reached"

☐ Exempt from SB2 fee per GC 27388.1(a)(1); not related to real property

**Failure to include an exemption reason will result in the imposition of the SB2 Building Homes and Jobs Act Fee.**

**\*\*NOT APPLYING FOR EXEMPTION**

018

1  GRANT NIGOLIAN, P.C.
   Grant A. Nigolian (Bar No. 184101)
2  695 Town Center Drive, Suite 700
   Costa Mesa, CA 92626
3  Tel: (310) 853-2777

4
   Attorneys for Plaintiffs,
5  Retrolock Corp.

6

7                    **SUPERIOR COURT OF CALIFORNIA**

8           **COUNTY OF ORANGE – CENTRAL JUSTICE CENTER**

9

10  RETROLOCK CORP., a California          )   Case No: 30-2020-01163206-CU-CL-CJC
    corporation;                          )
11                                        )   **NOTICE OF PENDENCY OF ACTION**
                                          )   **(LIS PENDENS)**
12          Plaintiffs,                   )
       vs.                                )
13                                        )   [Cal. Code Civ. Proc. § 405.20]
    GREENLAND CONSTRUCTION SERVICE,       )
14  LLC, a California corporation; THE SOURCE )
    HOTEL, LLC, a California corporation; )
15  BUSINESS ALLIANCE INSURANCE           )
    COMPANY, a California corporation; and )
16  DOES ONE (1) through TWENTY (20),     )
    inclusive;                            )
17                                        )
          Defendants.                     )
18                                        )
                                          )
19                                        )
                                          )
20                                        )
                                          )
21                                        )
                                          )
22                                        )
                                          )
23                                        )
                                          )
24                                        )
                                          )
25                                        )
                                          )
26                                        )

27  ///

28

────────────────────────────────────────────
                    NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

1         NOTICE IS GIVEN that the above entitled action was commenced on October 2, 2020, by

2     Retrolock Corp. in the above entitled court and concerns real property or affects the title or right of

3     possession of real property.

4         The names of all defendants to the action are as follows: Greenland Construction Service,

5     LLC; The Source Hotel, LLC; and Business Alliance Insurance Company.

6         The property in question has an address of 6986 Beach Blvd., Buena Park, California,

7     90621, APN No. of 276-361-20 & 276-361-22, and is described as follows:

8             LOTS 2 THROUGH 9, INCLUSIVE, OF TRACT NO. 1756, IN THE
9             CITY OF BUENA PARK, COUNTY OF ORANGE, STATE OF
        CALIFORNIA, AS PER MAP RECORDED IN BOOK 60, PAGES 20
10            AND 21 OF MISCELLANEOUS MAPS, TOGETHER WITHLOT 2 IN
11            BLOCK 61 OF BUENA PARK, IN SAID CITY, COUNTY AND STATE,
        AS PER MAP RECORDED IN 18, PAGES 50 TO 52 INCLUSIVE, OF
12            MISCELLANEOUS MAPS, ALL IN THE OFFICE OF THE COUNTY
        RECORDER OF SAID COUNTY, TOGETHER WITH THE SOUTH 30
13            FEET OF THE STREET ADJOINING SAID LOT ON THE NORTH
14            ABANDONED BY ORDER OF THE BOARD OF SUPERVISORS OF
        ORANGE COUNTY FILED IN BOOK 8, PAGE 37 OF BOARD
15            MINUTES, ON AUGUST 2, 1911.

16        The owners or reputed owners of the real property is The Source Hotel, LLC.

17        The purpose of the action is to collect a debt and foreclose a mechanics lien recorded on July

18    24, 2020, as Instrument No. 2020000358872, Official Records of Orange County, California

19    ("**Mechanics' Lien**" -**Exhibit 1**), in which claimant Retrolock Corp. claims the sum of $258,225.27.

20

21    DATED: October 2, 2020             GRANT NIGOLIAN, P.C.
                          Grant A. Nigolian
22

23                              By:
24                              Grant A. Nigolian

25                              Attorneys for Plaintiffs,
                          Retrolock Corp.
26

27

28

NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

## PROOF OF SERVICE

I am employed in the City of Costa Mesa, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 695 Town Center Drive, Suite 700, Costa Mesa, CA 92626. On the date signed below, I served the documents named below on the parties in this action as follows:

**NOTICE OF PENDENCY OF ACTION (LIS PENDENS)**

Upon the parties named below as follows: (See attached service list.)

☒ **(BY MAIL WHERE INDICATED)** I caused the above referenced document(s) to be placed in an envelope, with postage thereon fully prepaid, and placed in the United States mail at Costa Mesa, California. I am readily familiar with the practice of the firm for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY FACSIMILE WHERE INDICATED)** The above-referenced document(s) was/were transmitted by facsimile transmission and the transmission was reported as complete and without error. Pursuant to Rule 2001 et. seq. of the Cal. Rules of Court, I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is attached to this Declaration, unless service by facsimile transmission was executed as a matter of professional courtesy.

☐ **(BY PERSONAL DELIVERY WHERE INDICATED)** I caused the above-referenced document(s) to be personally delivered to the person and/or the address listed above.

☐ **(BY FEDERAL EXPRESS WHERE INDICATED)** I am readily familiar with the practice of the firm for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☒ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America the above it true and correct.

Executed on October 28, 2020, at Costa Mesa, California. *Daniel Kaplan*

Daniel Kaplan

Page 1
PROOF OF SERVICE

021

1  Service List:         *Retrolock Corp., adv. Greenland Construction Service, LLC, et al.*

2                        (O.C.S.C. Case No. 30-2020-01163206-CU-CL-CJC)

3  Greenland Construction Service, LLC
   c/o Summer Bridges (Reg. Agent)
4  6960 Beach Blvd., Unit J205
   Buena Park, CA 90621
5  Defendants
6  (*via* Certified Mail, return receipt requested)

7  The Source Hotel, LLC
   c/o Summer Bridges (Reg. Agent)
8  6960 Beach Blvd., Unit J205
9  Buena Park, CA 90621
   Defendants
10 (*via* Certified Mail, return receipt requested)

11
   Business Alliance Insurance Company
12 Steve Barsotti (Reg. Agent)
   400 Oyster Point Blvd.
13 Suite 327
   South San Francisco, CA 94080
14 Defendants
15 (*via* Certified Mail, return receipt requested)

16 Lender's Foreclosure Services
17 ATTN: Louisa Zavala, Trustee's Sale Officer
   P.O. Box 92086
18 City of Industry, CA 91715
   (*via* Certified Mail, return receipt requested)
19

20

21

22

23

24

25

26

27

28

Page 2

PROOF OF SERVICE

022

96

**RECORDING REQUESTED BY:**

Iron Mechanical, Inc.

**WHEN RECORDED, RETURN TO:**
William L. Porter, Esq.
Hannah Kreuser, Esq.
Porter Law Group, Inc.
7801 Folsom Boulevard, Suite 101
Sacramento, California 95826



Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

97.00
2020000407548 1:37 pm 08/13/20
62 404A N25  5
0.00 0.00 0.00 0.00 12.00 0.00 0.000.0075.00 3.00

HITS

# NOTICE OF PENDENCY OF ACTION

[The remainder of this page is intentionally left blank]

023

1   **PORTER LAW GROUP, INC.**
    William L. Porter, Esq. [133968]
2   Hannah C. Kreuser, Esq. [322959]
    7801 Folsom Boulevard, Suite 101
3   Sacramento, California 95826
    Telephone: 916-381-7868
4   Facsimile: 916-381-7880

5   Attorneys for Plaintiff
    IRON MECHANICAL, INC.

6

7

8                **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                       **COUNTY OF ORANGE**

10                          —ooOoo—

11   IRON MECHANICAL, INC.,               |   CASE NO. 30-2020-01146448-CU-BC-CJC

12           Plaintiff,

13                              |   **NOTICE OF PENDENCY OF ACTION**
    v.

14   GREENLAND CONSTRUCTION
    SERVICE, LLC, a California limited liability
15   company; THE SOURCE HOTEL, LLC, a
    California limited liability company; THE
16   SOURCE AT BEACH LLC, a California
    limited liability company; BEACH
17   ORANGETHORPE HOTEL, LLC, a
    California limited liability company; BEACH
18   ORANGETHORPE HOTEL II, LLC, a
    California limited liability company;
19   EVERTRUST BANK, a California
    corporation; and DOES 1 through 90,
20   inclusive,

21          Defendants.

22

23

24      NOTICE IS HEREBY GIVEN that the above-entitled action was commenced and is now

25   pending in the above-entitled Court upon Complaint of Plaintiff, IRON MECHANICAL, INC.,

26   against Defendants, GREENLAND CONSTRUCTION SERVICE, LLC, a California limited

27   liability company; THE SOURCE HOTEL, LLC, a California limited liability company; THE

28   SOURCE AT BEACH LLC, a California limited liability company; BEACH

                               - 1 -

                       NOTICE OF PENDENCY OF ACTION

1  ORANGETHORPE HOTEL, LLC, a California limited liability company; BEACH

2  ORANGETHORPE HOTEL II, LLC, a California limited liability company; EVERTRUST

3  BANK, a California corporation; and DOES 1 through 90, inclusive.

4      The above-entitled action alleges a real property claim affecting title to and/or possession

5  of real property in that Plaintiff, IRON MECHANICAL, INC., seeks foreclosure of a mechanics'

6  lien concerning real property located at 6986 Beach Blvd., Buena Park, CA 90621, APNs: 276-

7  361-29, -30, -32, -33, -35 through -45, inclusive, 276-361-56 through -62, inclusive.

8

9  Dated: August 4, 2020                              PORTER LAW GROUP, INC.

10                                    By:

11                                          William L. Porter
                                            Attorneys for Plaintiff
12                                          IRON MECHANICAL, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

**NOTICE OF PENDENCY OF ACTION**

1    **PORTER LAW GROUP, INC.**
     William L. Porter, Esq. [133968]
2    Hannah C. Kreuser, Esq. [322959]
     7801 Folsom Boulevard, Suite 101
3    Sacramento, California 95826
     Telephone: 916-381-7868
4    Facsimile: 916-381-7880

5    Attorneys for Plaintiff
     IRON MECHANICAL, INC.

6

7

8             **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                    **COUNTY OF ORANGE**

10                       —ooOoo—

11    IRON MECHANICAL, INC.,          CASE NO. 30-2020-01146448-CU-BC-CJC

12           Plaintiff,

13       v.                              **PROOF OF SERVICE**

14    GREENLAND CONSTRUCTION
     SERVICE, LLC, a California limited liability
15   company; THE SOURCE HOTEL, LLC, a
     California limited liability company; THE
16   SOURCE AT BEACH LLC, a California
     limited liability company; BEACH
17   ORANGETHORPE HOTEL, LLC, a
     California limited liability company; BEACH
18   ORANGETHORPE HOTEL II, LLC, a
     California limited liability company;
19   EVERTRUST BANK, a California
     corporation; and DOES 1 through 90,
20   inclusive,

21          Defendants.

22

23

24      I, the undersigned, declare that I am over the age of eighteen years and am not a party to

25   the within-entitled action; I am employed in the City and County of Sacramento, California; my

26   business address is 7801 Folsom Boulevard, Suite 101, Sacramento, California 95826.

27                           - 1 -

28

                                    PROOF OF SERVICE

1           On the date below, I served the attached document(s) entitled:

2                   **NOTICE OF PENDENCY OF ACTION**

3 on the interested parties in this action as follows:

4

| | |
|---|---|
| Greenland Construction Service, LLC<br>c/o Summer Bridges<br>6960 Beach Blvd., Unit J205<br>Buena Park, CA 90621 | The Source Hotel, LLC<br>c/o Summer Bridges<br>6960 Beach Blvd., Unit J205<br>Buena Park, CA 90621 |
| The Source at Beach, LLC<br>c/o Summer Bridges<br>6960 Beach Blvd., Unit J205<br>Buena Park, CA 90621 | Beach Orangethorpe Hotel, LLC<br>c/o Summer Bridges<br>6960 Beach Blvd., Unit J205<br>Buena Park, CA 90621 |
| Beach Orangethorpe Hotel II, LLC<br>c/o Summer Bridges<br>6960 Beach Blvd., Unit J205<br>Buena Park, CA 90621 | Evertrust Bank<br>c/o Minna M. Tsao<br>2 N. Lake Ave., Suite #1030<br>Pasadena, CA 91101 |

13 (XX)   (BY REGULAR MAIL) By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the ordinary course of business for collection and mailing that same date at PORTER LAW GROUP, INC., 7801 Folsom Boulevard, Suite 101, Sacramento, California. I declare that I am readily familiar with the business practice of PORTER LAW GROUP INC. for collection and processing of correspondence for mailing with the United States Postal Service and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

18 (  )   (BY OVERNIGHT DELIVERY) By placing a true copy thereof enclosed in a sealed envelope for delivery via Federal Express to the addressee(s) noted above.

19 (  )   (EMAIL) I caused a true copy to be transmitted via email to the email addressee(s) noted above after party's address.

21 ( XX)   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

22           I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed at Sacramento, California on August 4, 2020

25                      Oliver Oberg

27                 - 2 -

PROOF OF SERVICE

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

**94.00**

* S R 0 0 1 2 0 0 8 5 1 0 S *

**2020000471920 10:38 am 09/08/20**

**63 PP2A L08   4**

**0.00 0.00 0.00 0.00 9.00 0.00 0.000.0075.00 3.00**

HITS

**RECORDING REQUESTED BY:**

Dustin Lozano, Esq.

**WHEN RECORDED MAIL TO:**

Dustin Lozano, Esq.
Hunt Ortmann Palffy Nieves
   Darling & Mah, Inc.
301 North Lake Avenue
Seventh Floor
Pasadena, CA 91101-1807

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# NOTICE OF LIS PENDENS

1211681.1 dl 2936.016

028

1  Dale A. Ortmann, Esq., SBN 094226
     ortmann@huntortmann.com
2  Dustin Lozano, Esq., SBN 296518
     lozano@huntortmann.com
3  HUNT ORTMANN PALFFY
   NIEVES DARLING & MAH, INC.
4  301 North Lake Avenue, 7th Floor
   Pasadena, California 91101-1807
5  Phone: (626) 440-5200    Fax: (626) 796-0107

6  Attorneys for Plaintiff Sunbelt Controls, Inc.

7

8  **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9  **COUNTY OF ORANGE, CENTRAL JUSTICE CENTER**

10

11  SUNBELT CONTROLS, INC., a Delaware
    corporation,

12                      Plaintiff,

13        vs.

14  THE SOURCE HOTEL, LLC, a California
    limited liability company; IRON
15  MECHANICAL, INC., a California
    corporation; and DOES 1 through 20,
16  inclusive,

17                      Defendants.

18

19

20

21

22

23

24

25

26

27

28

Case No. 30-2020-01143598-CU-MC-CJC

Assigned for All Purposes To
Hon. Robert J. Moss, Department C14

**NOTICE OF LIS PENDENS**

Action Filed:    May 26, 2020
Trial Date:      April 4, 2022

1211681.1 dl 2936.016

NOTICE OF LIS PENDENS

029

1    **NOTICE IS HEREBY GIVEN** that an action has been commenced in the above-entitled

2    court on a Complaint of Plaintiff against the above-named Defendants for foreclosure of a

3    mechanics lien.

4        This action affects title to the following described real property situated in the City of

5    Buena Park, County of Orange, State of California, more particularly described as follows:

6        APN Nos. 276-361-20 and 276-361-22

7    commonly known as 6986 Beach Boulevard, Buena Park, CA 90621.

8

9

10   DATED: September 4, 2020          HUNT ORTMANN PALFFY
                                        NIEVES DARLING & MAH, INC.
11

12

13                                     By: _____
                                            DALE A. ORTMANN
14                                          DUSTIN LOZANO
                                        Attorneys for Plaintiff Sunbelt Controls, Inc.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1211681.1 dl 2936.016                           2
                                      NOTICE OF LIS PENDENS

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

    I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 301 North Lake Avenue, 7th Floor, Pasadena, CA 91101-1807.

    On September 4, 2020, I served the following document(s) described as **NOTICE OF LIS PENDENS** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Summer Bridges, Esq.<br>6940 Beach Blvd, D-301<br>Buena Park, CA 90621 | Agent for Service of Process for<br>The Source Hotel, LLC |
| Katharine Gelber<br>721 North B Street, Suite 100<br>Sacramento, CA 95811 | Agent for Service of Process for<br>Iron Mechanical, Inc. |

    **BY CERTIFIED/RETURN RECEIPT REQUESTED MAIL:** I am "readily familiar" with Hunt Ortmann Palffy Nieves Darling & Mah, Inc.'s practice for collecting and processing correspondence for mailing via certified/return receipt requested mail with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Pasadena, California, on that same day following ordinary business practices.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on September 4, 2020, at Pasadena, California.

_____
John Andrusko

1211681.1 dl 2936.016

3

NOTICE OF LIS PENDENS

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

RECORDING REQUESTED BY
And
WHEN RECORDED MAIL TO:

Gregory E Robinson
2301 Dupont dr. #530
Irvine, Ca. 92612-7502

106.00

*S R 0 0 1 2 0 3 8 2 0 7 S*
2020000495783 3:52 pm 09/15/20
63 PP2A N25   8
0.00 0.00 0.00 0.00 21.00 0.00 0.000.0075.00 3.00

HITS

SPACE ABOVE THIS LINE IS RESERVED FOR RECORDER'S USE

**TITLE**

Notice of Pending Action

032

☑ Attorney or ☐ Party without Attorney (*name, state bar #, address & ph. #*)
Gregory E. Robinson, Bar No. 109693
ROBINSON & ROBINSON, LLP
2301 Dupont Drive, Suite 530
Irvine, CA 92612-7502 P: 949-752-7007 / F: 949-752-7023

For Recorders Use Only

Appearing for ☑ PLAINTIFF/ ☐ DEFENDANT/ ☐ IN PRO PER

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
Street Address: 700 Civic Center Drive West
Mailing Address:
City and Zip Code: Santa Ana, CA 92701
Branch Name: Central Justice Center

For Court Use Only

Plaintiff(s):  PDG Wallcoverings

Defendant(s):  Greenland Construction Service, LLC; The Source Hotel, LLC; The Source at the Beach, LLC; Beach Orangethorpe Hotel, LLC; Beach Orangethorpe Hotel II, LLC; M & D Properties; Evertrust Bank; and Does 1-4 inclusive

| NOTICE OF PENDING ACTION | Case Number: 30-2020-01156958-CU-OR-CJC |
|---|---|

Note: Code Civ. Proc. §405.21 allows an attorney of record in an action to sign a notice of pending action. A judge of the court in which the action is pending may, on request of a party thereto, approve such a notice. A notice of pendency of action shall not be recorded unless (a) it has been signed by the attorney of record, (b) it is signed by a party acting in propria persona and approved by a judge as provided in this section, or (c) the action is subject to Code Civ. Proc. §405.6. The required service of a notice of pending action before recordation (Code Civ. Proc. §405.22)

NOTICE IS HEREBY GIVEN that action concerning real property of affecting title or the right of possession of real property was filed on 8/26/2020 by the above-named parties in the above entitled court. The property affected is legally described as:

See Exhibit A attached hereto.

Date: September _10_ 2020

*Gregory E Robinson*
Signature of Attorney or Self-Represented Litigant

This Notice of Pending Action contained herein is ☐ APPROVED/ ☐ DENIED

Date: _____          ☐ Judge of the Superior Court/ ☐ Court Executive Officer

Deeds.com

EXHIBIT A

LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF BUENA PARK, IN THE
COUNTY OF ORANGE, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

PARCEL A:

PARCELS 1 THROUGH 4, INCLUSIVE, OF PARCEL MAP NO. 2014-173, IN THE CITY OF BUENA PARK,
COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 4,
PAGES 4 THROUGH 16, INCLUSIVE, OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY
RECORDER OF SAID COUNTY.

PARCEL B:

NONEXCLUSIVE EASEMENTS UPON, OVER AND ACROSS THE PROPERTY AS SUCH RECIPROCAL
EASEMENTS HAVE BEEN CONVEYED IN THE INSTRUMENT ENTITLED "DECLARATION OF
COVENANTS, CONDITIONS, AND RESTRICTIONS AND RECIPROCAL EASEMENT AGREEMENT"
RECORDED MARCH 5, 2014 AS INSTRUMENT NO. 2014000084685 OF OFFICIAL RECORDS, AND
AMENDED AND RESTATED BY THE "AMENDED AND RESTATED DECLARATION OF COVENANTS,
CONDITIONS, AND RESTRICTIONS AND RECIPROCAL EASEMENT AGREEMENT" RECORDED
JUNE 3, 2016 AS INSTRUMENT NO. 2016000252445 OF OFFICIAL RECORDS.

APN: 276-361-23 TO 30, 32, 33, 35 TO 45, 50 TO 62

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the county of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is **2301 Dupont Drive, Suite 530, Irvine, California 92612.**

    On September 10, 2020, I served the documents described **NOTICE OF PENDING ACTION** on interested parties in this action, as follows:

[X] by placing [] the original [X] a true copy thereof enclosed in a sealed envelope(s) ["envelope"] addressed as follows:

SEE ATTACHED PROOF OF SERVICE LIST

[X](BY MAIL)[C.C.P. § 1013(a)(1)Person Depositing In Mail] On 9/10/2020, I deposited such envelope in the mail at **Irvine, California.** The envelope was mailed with postage thereon fully prepaid.

[] (BY EMAIL) [On September 10, 2020 at or about the time of the court filing of this document, I requested that an electronic copy of such document to be sent to each of the interested parties by electronic transmission (email) at their respective email addresses set forth above, by the firm's court e-file service provider, as part of the e-filing of the document

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on September 10, 2020, at Irvine, California.

Barbie Dawson

1

**NOTICE OF PENDING ACTION**

1

**SERVICE LIST**

2  GREENLAND CONSTRUCTION SERVICE, LLC
PO BOX 489
3  BUENA PARK, CA 90621
6960 BEACH BLVD UNIT J205
4  BUENA PARK CA 90621

5
THE SOURCE AT BEACH, LLC
6  PO BOX 489
BUENA PARK, CA 90621
7  6960 BEACH BLVD J-205
BUENA PARK, CA 90621
8

9  THE SOURCE OFFICE, LLC
3100 E. IMPERIAL HWY.
10  LYNWOOD, CALIFORNIA 90262
ATTENTION: MIN CHAE AND DONALD CHAE
11

12  THE SOURCE OFFICE, LLC
PO BOX 489
13  BUENA PARK, CA 90621
6960 BEACH BLVD J-205
14  BUENA PARK, CA 90621

15
THE SOURCE HOTEL, LLC
16  3100 E. IMPERIAL HWY.
LYNWOOD, CALIFORNIA 90262
17  ATTENTION: MIN CHAE AND DONALD CHAE

18
THE SOURCE HOTEL, LLC
19  PO BOX 489
BUENA PARK, CA 90621
20  6960 BEACH BLVD J-205
BUENA PARK, CA 90621
21

22  BEACH ORANGETHORPE, LLC
3100 E. IMPERIAL HWY.
23  LYNWOOD, CALIFORNIA 90302

24
BEACH ORANGETHORPE, LLC
25  818 WEST SEVENTH STREET SUITE 930
LOS ANGELES CA 90017
26

27  BEACH ORANGETHORPE, LLC
3705 W PICO BLVD PMB 22555
28  LOS ANGELES CA 90019

2

**NOTICE OF PENDENCY OF ACTION**

1   BEACH ORANGETHORPE SOURCE LLC
    3100 E. IMPERIAL HWY.
2   LYNWOOD, CALIFORNIA 90302

3   BEACH ORANGETHORPE SOURCE, LLC
    818 WEST SEVENTH STREET SUITE 930
4   LOS ANGELES CA 90017

5
    BEACH ORANGETHORPE SOURCE, LLC
6   3705 W PICO BLVD PMB 22555
    LOS ANGELES CA 90019
7

8   BEACH ORANGETHORPE HOTEL, LLC
    PO BOX 489
9   BUENA PARK, CA 90621
    6960 BEACH BLVD J-205
10  BUENA PARK, CA 90621

11
    BEACH ORANGETHORPE HOTEL II, LLC
12  PO BOX 489
    BUENA PARK, CA 90621
13  6960 BEACH BLVD J-205
    BUENA PARK, CA 90621
14

15  M & D PROPERTIES, LLC
    7352 AUTOPARK DRIVE
16  HUNTINGTON BEACH, CA 92648

17
    SALAMANDER FIRE PROTECTION
18  6103 TYRONE STREET
    VAN NUYS, CA 91401
19

20  SOLID CONSTRUCTION COMPANY, INC.
    883 CRENSHAW BLVD.
21  LOS ANGELES, CA 90005

22  3D DESIGN INDUSTRIES INC, DBA AMC CABINETRY
    1215 NORTH RED GUM ST, SUITE G
23  ANAHEIM CA, 92806

24
    RESCO ELECTRIC INC.
25  2431 W. WASHINGTON BL. #B
    LA, CA 90018
26

27

28

ROBINSON & ROBINSON, LLP
SERVING JUSTICE • RRLAWYERS.COM

3
**NOTICE OF PENDENCY OF ACTION**

1  ROBERT G. SPLINTER, ESQ., Bar #78284
   MIN N. THAI, ESQ., BAR #232770
2  SPLINTER & THAI, LLP
   25124 NARBONNE AVENUE, STE. 106
3  LOMITA, CALIFORNIA 90717-2140

4
   OJ INSULATION, LP
5  600 SOUTH VINCENT AVENUE
   AZUSA, CALIFORNIA 91702
6
   BEST QUALITY PAINTING
7  818 N. PACIFIC AVE., STE #C
   GLENDALE, CA 91203
8
9  NEMO & RAMI, INC.
   1930 W HOLT AVE
10 POMONA, CA 91768

11
   SUNBELT CONTROLS, INC.
12 888 EAST WALNUT STREET
   PASADENA, CALIFORNIA 91101
13
14 PRIME CONCRETE COATINGS
   6127 JAMES ALAN STREET
15 CYPRESS, CA 90630

16 NEWGENS, INC.
   14241 FOSTER ROAD
17 LA MIRADA, CA 90638

18
   ALLAN R. POPPER, OF LIENGUARD, INC.,
19 AGENT FOR HILL CRANE SERVICE INC.
   3333 CHERRY AVENUE
20 LONG BEACH, CA 90807

21
   RONALD R. HILL,
22 AGENT FOR HILL CRANE SERVICE INC.
   3333 CHERRY AVENUE
23 LONG BEACH, CA 90807

24
   IRON MECHANICAL, INC.
25 721 NORTH B STREET, SUITE 100
   SACRAMENTO, CALIFORNIA 95811
26

27

28

4

**NOTICE OF PENDENCY OF ACTION**

1  PORTER LAW GROUP, INC.
   WILLIAM L. PORTER, ESQ
2  HANNAH C. KREUSER, ESQ
   7801 FOLSOM BOULEVARD, SUITE 101
3  SACRAMENTO, CALIFORNIA 95826

4  WESTERN CONCRETE PUMPING, INC.
5  2181 LA MIRADA DR.
   VISTA, CA 92081
6
   CERTIFIED TILE, INC.
7  14557 CALVERT STREET
8  VAN NUYS, CA 91411

9  BUCHANAN COMPANY INC
   5500 BOLSA AVENUE STE 200
10 HUNTINGTON BEACH,
11 CALIFORNIA 92649

12 EKO KARAOKE LOUNGE, INC.
13 6920 BEACH BLVD., K-223
   BUENA PARK, CALIFORNIA 90621
14
   EVERGREEN ELECTRIC CONSTRUCTION, INC.
15 629 GROVEVIEW LANE
   LA CANADA, CA 91011
16
17 ARAGON CONSTRUCTION, INC.
   5440 ARROW HIGHWAY,
18 MONTCLAIR, CA 91763

19 EVERTRUST BANK
20 18645 E. GALE AVE., SUITE 110
   CITY OF INDUSTRY, CA 91748
21
   EVERTRUST BANK
22 2 N. LAKE AVE., SUITE #1030
23 PASADENA CA, 91101

24

25

26

27

28

ROBINSON & ROBINSON, LLP
SERVING JUSTICE • RRLAWYERS.COM

5

**NOTICE OF PENDENCY OF ACTION**

RECORDING REQUESTED BY:

Dennis G. Cosso.
LAW OFFICES OF DENNIS G. COSSO
345 Oxford Drive
Arcadia, CA 91007

WHEN RECORDED MAIL TO
AND MAIL TAX STATEMENTS TO

| | |
|---|---|
| NAME | Law offices of Dennis G. Cosso |
| ADDRESS | 345 Oxford Drive |
| CITY | Arcadia, |
| STATE & ZIP | California 91007 |

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

97.00

* S R 0 0 1 2 1 8 9 5 3 5 $ *
2020000615345 10:02 am 10/29/20
37 401A N25   6
0.00 0.00 0.00 0.00 12.00 0.00 0.000.0075.00 3.00

HITS

## NOTICE OF LIS PENDENS

040

1   Dennis G. Cosso - SB# 46624
    Law Offices of Dennis G. Cosso
2   345 Oxford Drive,
    Arcadia, California 91007
3
    Telephone:   626.574.8000
4   Facsimile:   626.574.8081
    Email:       "denniscossolaw@gmail.com"
5
    Attorneys for Plaintiff
6   NorthStar Demolition and Remediation, LP

7

8

9

10                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                            FOR ORANGE COUNTY

12

13

14   NORTHSTAR DEMOLITION AND              CASE NO. 30-2020-01166304 CI-BC-CJC
     REMEDIATION, LP, a Delaware limited
15   partnership,                          NOTICE OF LIS PENDENS

16                       Plaintiff(s),

17   vs.

18   THE SOURCE AT THE BEACH, LLC, a
     California limited liability company; THE
19   SOURCE HOTEL, LLC, a California limited
     liability company; EVERTRUST BANK, a
20   California corporation;  and DOES 1 through 55,
     inclusive,
21
22                       Defendant(s)

23

24        **NOTICE IS HEREBY GIVEN** that an action has been commenced and is pending in the

25   above-entitled Court, upon a Complaint of the above-named Plaintiff, NORTHSTAR DEMOLITION

26   AND REMEDIATION, LP, against Defendants  THE SOURCE AT THE BEACH, LLC; THE

27   SOURCE HOTEL, LLC; and  EVERTRUST BANK; that the object to said action is to foreclose and

28   enforce a Mechanic's Lien upon the premises hereinafter described or buildings situated thereon, for

-----
-1-
NOTICE OF LIS PENDENS

041

1  furnishing demolition, hazardous material abatement, fireproofing, and mold remediation to THE

2  SOURCE HOTEL, LLC, which was used on a work of improvement upon the property owned by

3  defendants THE SOURCE AT THE BEACH, LLC, and THE SOURCE HOTEL, LLC, amounting to

4  the sum of $53,948.00, together with interest and costs; notice and claim of said lien was recorded on

5  or about September 23, 2020, Official Records of County of Orange, County Clerks's office, Instrument

6  No. 2020000517005; and that the property affected by said lien and these foreclosure proceedings is

7  situated in the County of Orange, State of California, and described as follows:

8      6986 Beach Blvd., Buena Park, CA 90621, APN # 276-361-29, 30, 32, 33-35 through 45,

9      inclusive, 276-361-56 through 62, inclusive

10  Dated: October 27, 2020                    THE LAW OFFICES OF DENNIS G. COSSO

11

12

13                            By:_____
                                    DENNIS G. COSSO,
14                                  Attorney for Plaintiff
                                    NORTHSTAR DEMOLITION AND
15                                  REMEDIATION, LP

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
NOTICE OF LIS PENDENS

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 345 Oxford Drive, Arcadia, California.

     On *10 / 28*, 2020, I served the foregoing document described as NOTICE OF LIS PENDENS on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

See attached list

     I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage fully prepaid at Arcadia, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postal meter date is more than one day after the date of deposit for mailing contained in the affidavit.

    __X__ (BY CERTIFIED MAIL) I caused such envelopes to be deposited in the mail, certified, return receipt requested at Arcadia, California. The envelope was mailed with postage and the certified fee fully prepaid.

    _____ (BY MAIL) I caused such envelope with postage fully prepaid to be deposited in the mail at Arcadia, California.

    _____ (BY OVERNIGHT DELIVERY) I caused said document to be sent via United Parcel Post or Federal Express to the addressee as indicated on the attached service list.

    _____ (BY PERSONAL DELIVERY) I caused the above-mentioned document to be personally served to the offices of the addressee.

    _____ (BY FAX) I transmitted such document via facsimile to the addressee as indicated on the attached service list.

    _____ (FEDERAL) I declare that I am employed in the office of the member of the bar of this court at whose directions the service was made.

    __X__ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on *10 / 28*, 2020, at Arcadia, California.

                         DENISE HUNT

043

1

2    The Source at the Beach, LLC
P.O. Box 489
3    Buena Park, CA 90621

4    The Source Hotel LLC
P.O. Box 489
5    Buena Park, CA 90621

6    Evertrust Bank
2 N Lake Ave., Suite 1030
7    Pasadena, CA 91101

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HITS

**RECORDING REQUESTED BY**
HO-EL PARK, ESQ.

**WHEN RECORDED,**
**MAIL DOCUMENT TO:**
LAW OFFICE OF HO-EL PARK, P.C.
333 CITY BOULEVARD WEST
SUITE 1700
ORANGE, CA 92868

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

103.00

* $ R 0 0 1 2 2 0 1 5 1 1 $ *

2020000624988 3:50 pm 11/02/20
227 414A N25 7
0.00 0.00 0.00 0.00 18.00 0.00 0.000.0075.00 3.00

SPACE ABOVE THIS LINE FOR RECORDERS USE ONLY

TITLE(S)

**NOTICE OF PENDENCY OF ACTION (LIS PENDENS)**

1  HO EL PARK (SBN 235473)
   LAW OFFICE OF HO-EL PARK, P.C.
2  333 City Blvd. West, Suite 1700
   Orange, California 92868
3  Tel:(714)523-2466/Fax:(714)503-0788
   [Our File#132060-HP]
4
   Attorney for Plaintiff,
5  SOLID CONSTRUCTION COMPANY, INC.

6

7

8

9              SUPERIOR COURT OF THE STATE OF CALIFORNIA

10      IN AND FOR THE COUNTY OF ORANGE – CENTRAL JUSTICE CENTER

11

| | |
|---|---|
| SOLID CONSTRUCTION COMPANY, INC., | CASE NO: 30-2020-01166792-CU-OR-CJC |
| Plaintiff, | *Assigned for all purposes to the Hon. Judge John C. Gastelum* |
| vs. | |
| GREENLAND CONSTRUCTION SERVICE, LLC; THE SOURCE AT BEACH, LLC; THE SOURCE HOTEL, LLC; M + D PROPERTIES; M&D REGIONAL CENTER LLC; BEACH ORANGETHORPE HOTEL, LLC; BEACH ORANGETHORPE HOTEL II, LLC; BEACH ORANGETHORPE HOTEL III, LLC; EVERTRUST BANK; and DOES 1 through 100, Inclusive, | **NOTICE OF PENDING ACTION [LIS PENDENS]** *Action Filed: October 22, 2020* |
| Defendants. | |

21

22  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

23      NOTICE IS HEREBY GIVEN that the above-entitled action concerning and affecting real

   property as described herein was commenced in the above-named court by plaintiff, SOLID

24  CONSTRUCTION COMPANY, INC., a California corporation (hereinafter, "Plaintiff") against

25  defendants GREENLAND CONSTRUCTION SERVICE, LLC, THE SOURCE AT BEACH, LLC,

26  THE SOURCE HOTEL, LLC, M + D PROPERTIES, M&D REGIONAL CENTER LLC, BEACH

27  ORANGETHORPE HOTEL, LLC, BEACH ORANGETHORPE HOTEL II, LLC, BEACH

28

- 1 -
NOTICE OF PENDING ACTION [LIS PENDENS]

046

1   ORANGETHORPE HOTEL III, LLC, EVERTRUST BANK, and DOES 1 through 100, inclusive

2   (hereinafter, "Defendants").   The action is now pending in the above-named court.   Plaintiff's

3   underlying action is for foreclosure of mechanic's lien, and other related actions.

4        The action concerns the following real property, commonly known as 6986-6988 Beach

5   Boulevard, Buena Park, California 90621.  The legal description of the Property is stated below:

6

7        THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF
         BUENA PARK, IN THE COUNTY OF ORANGE, STATE OF CALIFORNIA, AND
8        IS DESCRIBED AS FOLLOWS:

9        PARCEL A:

10       PARCELS 1 THROUGH 4, INCLUSIVE, OF PARCEL MAP NO. 2014-173, IN
         THE CITY OF BUENA PARK, COUNTY OF ORANGE, STATE OF
11       CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 4, PAGES 4
         THROUGH 16, INCLUSIVE, OF PARCEL MAPS, IN THE OFFICE OF THE
12       COUNTY RECORDER OF SAID COUNTY.

13       PARCEL B:

14       NONEXCLUSIVE EASEMENTS UPON, OVER AND ACROSS THE
         PROPERTY AS SUCH RECIPROCAL EASEMENTS HAVE BEEN CONVEYED
15       IN THE INSTRUMENT ENTITLED "DECLARATION OF COVENANTS,
         CONDITIONS, AND RESTRICTIONS AND RECIPROCAL EASEMENT
16       AGREEMENT" RECORDED MARCH 5, 2014 AS INSTRUMENT NO.
         2014000084685 OF OFFICIAL RECORDS, AND AMENDED AND RESTATED
17       BY THE "AMENDED AND RESTATED DECLARATION OF COVENANTS,
         CONDITIONS, AND RESTRICTIONS AND RECIPROCAL EASEMENT
18       AGREEMENT" RECORDED JUNE 3, 2016 AS INSTRUMENT NO.
         2016000252445 OF OFFICIAL RECORDS.
19
         APN: 276-361-23 TO 30, 32, 33, 35 TO 45, 50 TO 62
20

21

22

23                              LAW OFFICE OF HO-EL PARK, P.C

24
     Dated:  October 28, 2020        By:  _____
25                                        Ho El Park, Esq.
26                                        Attorney for Plaintiff
                                          SOLID CONSTRUCTION COMPANY, INC.
27

28

LAW OFFICE OF HO-EL PARK, P.C.
333 City Boulevard West, Suite 1700
Orange, CA 92868
Tel:(714) 523-0788/Fax:(714) 503-0788

- 2 -
NOTICE OF PENDING ACTION [LIS PENDENS]

1

## PROOF OF SERVICE

2

STATE OF CALIFORNIA, COUNTY OF ORANGE

3

I am employed in the County of Orange, State of California. I am over the age of 18 and
not a party to the within action; my business address is: 333 City Boulevard West, Suite 1700,
Orange, California 92868.

4

5

On October 28, 2020, I served the foregoing document described as:

6

**NOTICE OF PENDING ACTION [LIS PENDENS]**

7

on interested parties in this action by placing [   ] the original [X] a true and correct copy thereof
enclosed in a sealed envelope addressed as follows:

8

9

*SEE ATTACHED PROOF OF SERVICE LIST*

10

11

[ x ] BY MAIL: I deposited such envelope in the mail at Orange, California. The envelope
was mailed with postage thereon fully prepaid.

12

[ X ] STATE: I declare under penalty of perjury under the laws of the State of California
that the above is true and correct.

13

14

Executed on October 28, 2020 at Orange, California.

15

16

Jun Kang

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICE OF HO-EL PARK, P.C.
333 City Boulevard West, Suite 1700
Orange, CA 92868
Tel:(714) 513-0788/Fax:(714) 503-0788

- 3 -
NOTICE OF PENDING ACTION [LIS PENDENS]

1

## SERVICE LIST

2
GREENLAND CONSTRUCTION SERVICE, LLC
P.O. BOX 489
3
BUENA PARK, CA  90621
6988 BEACH BLVD, STE. B215
4
BUENA PARK, CA 90621

5
THE SOURCE AT BEACH, LLC
P.O. BOX 489
6
BUENA PARK, CA  90621
6988 BEACH BLVD, STE. B215
7
BUENA PARK, CA 90621

8
THE SOURCE OFFICE, LLC
P.O. BOX 489
9
BUENA PARK, CA  90621
6988 BEACH BLVD, STE. B215
10
BUENA PARK, CA 90621

11
THE SOURCE HOTEL, LLC
P.O. BOX 489
12
BUENA PARK, CA  90621
6988 BEACH BLVD, STE. B215
13
BUENA PARK, CA 90621

14

15
BEACH ORANGETHORPE HOTEL, LLC
P.O. BOX 489
16
BUENA PARK, CA  90621
6988 BEACH BLVD, STE. B215
17
BUENA PARK, CA 90621

18
BEACH ORANGETHORPE HOTEL II, LLC
P.O. BOX 489
19
BUENA PARK, CA  90621
6988 BEACH BLVD, STE. B215
20
BUENA PARK, CA 90621

21
BEACH ORANGETHORPE HOTEL III, LLC
P.O. BOX 489
22
BUENA PARK, CA  90621
6988 BEACH BLVD, STE. B215
23
BUENA PARK, CA 90621

24
M + D PROPERTIES
P.O. BOX 489
25
BUENA PARK, CA  90621
6988 BEACH BLVD, STE. B215
26
BUENA PARK, CA 90621

27

28

LAW OFFICE OF HO-EL PARK, P.C.
333 City Boulevard West, Suite 1700
Orange, CA 92868
Tel:(714) 523-0788/Fax:(714) 503-0788

- 4 -
NOTICE OF PENDING ACTION [LIS PENDENS]

1   M&D REGIONAL CENTER, LLC
    P.O. BOX 489
2   BUENA PARK, CA  90621
    6988 BEACH BLVD, STE. B215
3   BUENA PARK, CA 90621

4   EVERTRUST BANK
    2 N. LAKE AVENUE, SUITE 1030
5   PASADENA, CA  91101

6
    SALAMANDER FIRE PROTECTION, INC.
7   6103 TYRONE STREET
    VAN NUYS, CA  91401
8
    3D DESIGN INDUSTRIES INC., DBA, AMC CABINETRY
9   1215 NORTH REDGUM ST., SUITE G
    ANAHEIM, CA  92806
10
    RESCO ELECTRIC INC.
11  2431 W. WASHINGTO BL. #B
    LOS ANGELES, CA  90018
12
    ROBERT G. SPLINTER, ESQ.
13  MIN N. THAI, ESQ.
    SPLINTER & THAI, LLP
14  25124 NARBONNE AVENUE, STE. 106
    LOMITA, CA  90717-2140
15
    OJ INSULATION, LP
16  600 SOUTH VINCENT AVENUE
    AZUSA, CA  91702
17
    BEST QUALITY PAINTING
18  818 N. PACIFIC AVE., STE C
    GLENDALE, CA  91203
19
    NEMO & RAMI INC.
20  1930 W. HOLT AVE.
    POMONA, CA  91768
21
    SUNBELT CONTROLS, INC.
22  888 EAST WALNUT STREET
    PASADENA, CA  91101
23
    PRIME CONCRETE COATING, INC.
24  6127 JAMES ALAN STREET
    CYPRESS, CA  90630
25
26  NEWGENS, INC
    14241 FOSTER ROAD
27  LA MIRADA, CA  90638
28

LAW OFFICE OF HO-EL PARK, P.C.,
333 City Boulevard West, Suite 1700
Orange, CA 92868
Tel:(714) 513-0788/Fax:(714) 503-0788

- 5 -
NOTICE OF PENDING ACTION [LIS PENDENS]



1  
2  
HILL CRANE SERVICE INC.
3333 CHERRY AVENUE
LONG BEACH, CA  90807

3  
4  
IRON MECHANICAL, INC.
721 NORTH B STREET, SUITE 100
SACRAMENTO, CA  95811

5  
6  
PORTER LAW GROUP, INC.
7801 FOLSOM BOULEVARD, SUITE 101
SACRAMENTO, CA  95826

7  
8  
9  
WESTERN CONCRETE PUMPING, INC.
2181 LA MIRADA DR.
VISTA, CA  92801

10  
11  
CERTIFIED TILE, INC.
7769 LEMONA AVE
VAN NUYS CA 91405

12  
13  
BUCHANAN COMPANY INC.
5500 BOLSA AVENUE STE 200
HUNTINGTON BEACH, CA  92649

14  
15  
EKO KARAOKE LOUNGE, INC.
10655 GASCOIGNE DRIVE
CUPERTINO CA 95014

16  
17  
EVERGREEN ELECTRIC CONSTRUCTION, INC.
629 GROVE VIEW LANE
LA CANADA, CA  91011

18  
19  
ARAGON CONSTRUCTION INC.
5440 ARROWY HIGHWAY
MONTCLAIR, CA  91763

20  
21  
ROBINSON & ROBINSON, LLP
2301 DUPONT DR., STE 530
IRVINE, CA  92612-7502

22  
23  
24  
25  
26  
27  
28  

LAW OFFICE OF HO-EL PARK, P.C.
333 City Boulevard West, Suite 1700
Orange, CA 92868
Tel:(714) 533-0788/Fax:(714) 503-0788

- 6 -

NOTICE OF PENDING ACTION [LIS PENDENS]

051

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

94.00

*$ R 0 0 1 2 2 2 2 9 7 9 $ *

**2020000641757 8:44 am 11/09/20**

90 Sec2A L08   4

0.00 0.00 0.00 0.00 9.00 0.00 0.000.0075.00 3.00

HITS

**RECORDING REQUESTED BY:**

Dustin Lozano, Esq.

**WHEN RECORDED MAIL TO:**

Dustin Lozano, Esq.
Hunt Ortmann Palffy Nieves
   Darling & Mah, Inc.
301 North Lake Avenue
Seventh Floor
Pasadena, CA  91101-1807

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

## NOTICE OF LIS PENDENS

052

1  Dale A. Ortmann, Esq., SBN 094226
      ortmann@huntortmann.com
2  Dustin Lozano, Esq., SBN 296518
      lozano@huntortmann.com
3  HUNT ORTMANN PALFFY
   NIEVES DARLING & MAH, INC.
4  301 North Lake Avenue, 7th Floor
   Pasadena, California 91101-1807
5  Phone: (626) 440-5200    Fax: (626) 796-0107

6  Attorneys for Aragon Construction, Inc.

7

8            SUPERIOR COURT OF THE STATE OF CALIFORNIA

9            COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

10

11  ARAGON CONSTRUCTION, INC., a            Case No. 30-2020-01165129-CU-MC-CJC
    California corporation,
12                                          Assigned for All Purposes to Honorable
                Plaintiff,                  Martha K. Gooding, Dept. C32
13
        vs.                                 NOTICE OF LIS PENDENS
14
    THE SOURCE HOTEL, LLC, a California
15  limited liability company; GREENLAND
    CONSTRUCTION SERVICE, LLC, a            Action Filed:        October 13, 2020
16  California limited liability company;    Trial Date:          None set
    BUSINESS ALLIANCE INSURANCE
17  COMPANY, a California corporation; and
    DOES 1 through 25, inclusive,
18
                Defendants.
19

20

21

22

23

24

25

26

27

28

1243664.1 DL 3831 008                    1
                            NOTICE OF LIS PENDENS

1     **NOTICE IS HEREBY GIVEN** that an action has been commenced in the above-entitled

2   court on a Complaint of Plaintiff against the above-named Defendants for foreclosure of a

3   mechanics lien.

4     This action affects title to the following described real property situated in the City of

5   Buena Park, County of Orange, State of California, more particularly described as follows:

6     APN Nos. 276-361-20 and 276-361-22

7   commonly known as 6986 Beach Boulevard, Buena Park, California 90621.

8

9   DATED:  November 6, 2020       HUNT ORTMANN PALFFY
10                           NIEVES DARLING & MAH, INC.

11

12                           By: _____

13                              DUSTIN LOZANO
                                Attorneys for Aragon Construction, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HUNT ORTMANN PALFFY
NIEVES DARLING & MAH, INC.
301 NORTH LAKE AVENUE, 7TH FLOOR
PASADENA, CALIFORNIA 91101-1807
Tel (626) 440-5200 • Fax (626) 796-0107

1243664.1 DL 3831 008

054

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

**Aragon Construction, Inc. v. The Source Hotel, LLC, et al.**
**30-2020-01165129-CU-MC-CJC**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 301 North Lake Avenue, 7th Floor, Pasadena, CA 91101-1807.

On November 6, 2020, I served the following document(s) described as **NOTICE OF LIS PENDENS** on the interested parties in this action by placing thereof enclosed in sealed envelopes addressed as follows:

| The Source Hotel, LLC | Greenland Construction Service, LLC |
| 6940 Beach Boulevard, Suite D-501 | 3100 E. Imperial Highway |
| Buena Park, California 90621 | Lynwood, California 90262 |

**BY CERTIFIED/RETURN RECEIPT REQUESTED MAIL:** I am "readily familiar" with Hunt Ortmann Palffy Nieves Darling & Mah, Inc.'s practice for collecting and processing correspondence for mailing via certified/return receipt requested mail with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Pasadena, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 6, 2020, at Pasadena, California.

_____
Vanessa Hobdy

HUNT ORTMANN PALFFY
NIEVES DARLING & MAH, INC.
301 NORTH LAKE AVENUE, 7TH FLOOR
PASADENA, CALIFORNIA 91101-1807
Tel (626) 440-5200 • Fax (626) 796-0107

1243664.1 DI.3831.008

**3**

NOTICE OF LIS PENDENS

| + PROVIDENT TITLE COMPANY, P01, 1944 | | ORANGE, CA |
|---|---|---|
| 12/23/2020 11:11AM PST JEB3 | ORDER SEARCH RESULTS | PAGE 1 OF 3 |
| ORDER: 10512629 | TOF: 10 | COMMENT: |

### PLANT THROUGH DECEMBER 16, 2020  05:00PM
### SEARCH PARAMETERS

**Name Service: GENERAL_INDEX**

| BUSINESS NAME |
|---|

**THE SOURCE HOTEL**

| QUALIFIERS: | FROM 12/21/2000 | THROUGH 99/99/9999 |
|---|---|---|
| OPTIONS: | DISPLAY BANKRUPTCY: YES | |
| | | PERMIT DATEDOWN: YES |

| PARAMETER ENTERED: |
|---|
| BUSINESS NAME |

**THE SOURCE HOTEL**

| SEARCHED PARAMETER: |
|---|
| BUSINESS NAME |

**THE SOURCE HOTEL**

| TYPE | BK/PG | DATE | DOC# | NAME | REFERENCE | REMARKS |
|---|---|---|---|---|---|---|
| OO | | 02/22/2016 | | THE S;CA  420-1733076-12 | | |
| OO | | 02/25/2016 | | THE S;CA  420-1734610-12 | | |

056

**+ PROVIDENT TITLE COMPANY,**
**P01, 1944**                                                                                          **ORANGE, CA**

**12/23/2020 11:11AM PST JEB3**              **ORDER SEARCH RESULTS**                    **PAGE 2 OF 3**
**ORDER: 10512629**                                  **TOF: 10**                              **COMMENT:**

**BUSINESS NAME**
**THE SOURCE HOTEL**

| TYPE BK/PG | DATE | DOC# | NAME | REFERENCE | REMARKS |
|---|---|---|---|---|---|
| OO | 05/18/2016 | | THE SOURCE HOTEL LLC;ST JS 0186406 | | |
| OO | 07/27/2020 | | THE SOURCE HOTEL LLC;WFG 99 1618569CAD | | |
| OO | 08/13/2020 | | THE SOURCE HOTEL;WFG 99 1618569CAD | | |
| OO | 09/22/2020 | | THE S;ST CA 0942724 | | |
| OO | 11/09/2020 | | THE SOURCE HOTEL LLC;OC 32 2173816 | | |
| OO | 03/29/2016 | | THE 00;CA 1744422 | | |
| OO | 06/01/2016 | | THE 011;CA 1765476 | | |
| OO | 06/07/2016 | | THE 1989;CA 1767741 | | |
| OO | 03/16/2016 | | THE 413 HARDING ST TRUST;OD 99 2121031541 | | |
| OO | 07/15/2020 | | THE 786;LCG SOLI-CA-2945754 | | |
| OO | 01/22/2020 | | THE;ST CA NSWREF20202558 | | |
| OO | 03/04/2020 | | THE;ST CA JPMREF20214247 | | |
| OO | 03/05/2020 | | THE;ST CA JPMREF20214576 | | |
| OO | 03/12/2020 | | THE;ST CA NSWREF20217523 | | |
| OO | 03/19/2020 | | THE;ST CA NSWSUB20219353 | | |
| OO | 03/23/2020 | | THE;ST CA NSWSUB20220649 | | |
| OO | 04/20/2020 | | THE;ST CA 0706620 | | |
| OO | 05/01/2020 | | THE;ST CA NSWREF20213100 | | |
| OO | 05/04/2020 | | THE;ST CA 0744464 | | |
| OO | 05/15/2020 | | THE;ST CA NSWREF20234877 | | |
| OO | 05/28/2020 | | THE;ST CA 0773530 | | |
| OO | 06/03/2020 | | THE;ST CA NSWREF20239574 | | |
| OO | 06/25/2020 | | THE;ST CA NSWREF20245194 | | |
| OO | 07/08/2020 | | THE;ST CA NSWREF20248598 | | |
| OO | 07/13/2020 | | THE;ST CA NSWREF20249650 | | |
| OO | 07/20/2020 | | THE;ST CA 0846469 | | |
| OO | 07/27/2020 | | THE;ST CA 20000480712 | | |
| OO | 07/28/2020 | | THE;ST CA NSWSUB20253649 | | |
| OO | 08/12/2020 | | THE;ST CA NSWREF20259195 | | |
| OO | 08/19/2020 | | THE;ST CA JPMREF20261097 | | |
| OO | 09/01/2020 | | THE;ST CA 0914634 | | |
| OO | 09/02/2020 | | THE;ST CA NSWREF20265045 | | |
| OO | 09/03/2020 | | THE;ST CA NSWREF20265388 | | |
| OO | 09/17/2020 | | THE;ST CA NSWREF20269358 | | |
| OO | 09/21/2020 | | THE;ST CA NSWREF20269934 | | |
| OO | 10/12/2020 | | THE;ST CA NSWREF20275853 | | |
| OO | 10/29/2020 | | THE;ST CA NSWREF20280542 | | |
| OO | 11/06/2020 | | THE;ST CA 1004861 | | |

**+ PROVIDENT TITLE COMPANY,
P01, 1944**

**ORANGE, CA**

| | | | |
|---|---|---|---|
| **12/23/2020 11:11AM PST JEB3** | **ORDER SEARCH RESULTS** | | **PAGE 3 OF 3** |
| **ORDER: 10512629** | **TOF: 10** | | **COMMENT:** |

**BUSINESS NAME**
**THE SOURCE HOTEL**

| TYPE BK/PG | DATE | DOC# | NAME | REFERENCE | REMARKS |
|---|---|---|---|---|---|
| OO | 11/06/2020 | | THE;ST CA 1005008 | | |
| OO | 11/06/2020 | | THE;ST CA NSWREF20282717 | | |
| OO | 11/13/2020 | | THE;ST CA PNCEMP20284592 | | |
| OO | 12/03/2020 | | THE;ST CA NSWREF20289861 | | |
| OO | 12/03/2020 | | THE;ST CA 1038454 | | |
| OO | 12/03/2020 | | THE;ST CA 1038444 | | |
| OO | 12/07/2020 | | THE;ST CA 1041614 | | |
| OO | 12/16/2020 | | THE;ST CA 1052981 | | |

**END OF REPORT**

| + PROVIDENT TITLE COMPANY, P01, 1944 | | | | ORANGE, CA |
|---|---|---|---|---|
| 12/23/2020 11:11AM PST JEB3 | | ORDER SEARCH RESULTS | | PAGE 1 OF 3 |
| ORDER: 10512629 | | TOF: 10 | | COMMENT: |

### PLANT THROUGH DECEMBER 16, 2020  05:00PM
### SEARCH PARAMETERS

Name Service: GENERAL_INDEX

**BUSINESS NAME**

**SOURCE HOTEL**

| QUALIFIERS: | FROM 12/21/2000 | THROUGH 99/99/9999 |
|---|---|---|
| OPTIONS: | DISPLAY BANKRUPTCY: YES | |
| | | PERMIT DATEDOWN: YES |

**PARAMETER ENTERED:**
**BUSINESS NAME**

**SOURCE HOTEL**

**SEARCHED PARAMETER:**
**BUSINESS NAME**

**SOURCE HOTEL**

| TYPE | BK/PG | DATE | DOC# | NAME | REFERENCE | REMARKS |
|---|---|---|---|---|---|---|
| ML | | 05/18/2015 | 256758 | SOURCE HOTEL LLC | | |
| *RL* | | *10/07/2015* | *509824* | | | |

059

**+ PROVIDENT TITLE COMPANY,**
**P01, 1944**

**ORANGE, CA**

**12/23/2020 11:11AM PST JEB3**
**ORDER: 10512629**

**ORDER SEARCH RESULTS**

**TOF: 10**

**PAGE 2 OF 3**
**COMMENT:**

| BUSINESS NAME |
|---|
| SOURCE HOTEL |

| TYPE | BK/PG | DATE | DOC# | NAME | REFERENCE | REMARKS |
|---|---|---|---|---|---|---|
| ML | | 05/18/2015 | 256759 | SOURCE HOTEL LLC | | |
| RL | | 09/09/2015 | 465775 | | | |
| TD | | 06/03/2016 | 252446 | SOURCE HOTEL LLC | | 29.500M |
| SA | | 06/03/2016 | 252449 | SOURCE HOTEL LLC | | 16 252446 |
| SA | | 06/03/2016 | 252450 | SOURCE HOTEL LLC | | 16 252446 |
| SA | | 07/05/2018 | 246365 | SOURCE HOTEL LLC | | 16 252446 |
| SA | | 07/05/2018 | 246366 | SOURCE HOTEL LLC | | 16 252446 |
| EN | | 12/28/2018 | 483687 | SOURCE HOTEL LLC | | 16 252446 |
| EN | | 06/26/2019 | 225954 | SOURCE HOTEL LLC | | 16 252446 |
| ST | | 07/27/2020 | 361779 | | | |
| ND | | 07/27/2020 | 361780 | SOURCE HOTEL LLC | | 16 252446 |
| ML | | 08/02/2017 | 319341 | SOURCE HOTEL LLC | | |
| BD | | 10/23/2017 | 448159 | | | |
| RL | | 04/17/2018 | 137264 | | | |
| TD | | 08/28/2017 | 364569 | SOURCE HOTEL LLC | | 10M |
| TD | | 08/28/2017 | 364570 | SOURCE HOTEL LLC | | 11.500M |
| ML | | 09/15/2017 | 392884 | SOURCE HOTEL LLC | | |
| BD | | 10/23/2017 | 448160 | | | |
| ML | | 07/02/2018 | 241793 | SOURCE HOTEL LLC | | |
| RL | | 07/27/2018 | 275314 | | | |
| ML | | 07/17/2019 | 256173 | SOURCE HOTEL LLC | | |
| ML | | 07/17/2019 | 256173 | SOURCE HOTEL LLC | | NO LEGAL |
| ML | | 08/08/2019 | 291605 | SOURCE HOTEL LLC | | NO LEGAL |
| ML | | 10/10/2019 | 396457 | SOURCE HOTEL LLC | | |
| ML | | 12/05/2019 | 508145 | SOURCE HOTEL LLC | | |
| ML | | 12/16/2019 | 526589 | SOURCE HOTEL LLC | | |
| RL | | 03/25/2020 | 135119 | SOURCE HOTEL LLC | 19-526589 | 19 526589 |
| ML | | 01/03/2020 | 2714 | SOURCE HOTEL LLC | | |
| ML | | 01/21/2020 | 24862 | SOURCE HOTEL LLC | | |
| ML | | 01/21/2020 | 25041 | SOURCE HOTEL LLC | | |
| ML | | 01/28/2020 | 36952 | SOURCE HOTEL LLC | | |
| ✔ ML | | 01/31/2020 | 43007 | SOURCE HOTEL LLC | | |
| ML | | 02/05/2020 | 50786 | SOURCE HOTEL LLC | | |
| RL | | 05/08/2020 | 208495 | SOURCE HOTEL LLC | | 20 50786 |
| LP | | 08/13/2020 | 407548 | SOURCE HOTEL LLC | | |
| 30-2020-01146448-CU-BC-CJC | | | | | | |
| LP | | 09/08/2020 | 471920 | SOURCE HOTEL LLC | | |

**+ PROVIDENT TITLE COMPANY, P01, 1944**                                        **ORANGE, CA**

**12/23/2020 11:11AM PST JEB3**          **ORDER SEARCH RESULTS**          **PAGE 3 OF 3**

**ORDER: 10512629**                              **TOF: 10**                        **COMMENT:**

---

**BUSINESS NAME**
**SOURCE HOTEL**

| TYPE BK/PG | DATE | DOC# | NAME | REFERENCE | REMARKS |
|---|---|---|---|---|---|
| 30-2020-01143598-CU-MC-CJC | | | | | |
| LP | 09/15/2020 | 495783 | SOURCE HOTEL LLC | | |
| 30-2020-01156958-CU-OR- | | | | | |
| ✔ LP | 10/28/2020 | 613064 | SOURCE HOTEL LLC | | 27636120 |
| LP | 10/29/2020 | 615345 | SOURCE HOTEL LLC | | 27636129 |
| LP | 11/02/2020 | 624988 | SOURCE HOTEL LLC | | |
| 27636123 TO 30, 32, 33, 35 TO 45, 50 TO 62 | | | | | |
| LP | 11/09/2020 | 641757 | SOURCE HOTEL LLC | | 27636120 |
| AJ | 06/16/2010 | 282724 | SOURCE 1 PROPERTIES LLC | | 09K22630 |
| SN | 02/16/2017 | 66387 | SOURCE INC | | BE-1380830 |
| BY | 03/06/2002 | | SOURCE LLC | | 0211688JB7 |
| SN | 09/17/2004 | 838650 | SOURCE LLC | | 0425235283 |
| SN | 12/13/2011 | 648829 | SOURCE | | 1134113729 |
| RL | 02/09/2012 | 77079 | SOURCE | 11-648829 | 1134113729 |
| OO | 05/18/2016 | | SOURCE HOTEL;ST JS 0186406 | | |
| OO | 06/22/2018 | | SOURCE HOTEL LLC;ST FG 18000480712 | | |
| OO | 12/14/2018 | | SOURCE HOTEL;ST FG 18000481694 | | |
| OO | 08/13/2020 | | SOURCE HOTEL;WFG 99 1618569CAD | | |
| OO | 11/09/2020 | | SOURCE HOTEL;OC 32 2173816 | | |

**END OF REPORT**

**RECORDING REQUESTED BY:**

Dustin Lozano, Esq.

**WHEN RECORDED MAIL TO:**

Dustin Lozano, Esq.
Hunt Ortmann Palffy Nieves
   Darling & Mah, Inc.
301 North Lake Avenue
Seventh Floor
Pasadena, CA  91101-1807

**HITS**

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

91.00

* S R 0 0 1 1 4 5 3 0 2 3 5 *
2020000043007 10:52 am 01/31/20
93 416A M09    3
0.00 0.00 0.00 0.00 6.00 0.00 0.000.0075.00 3.00

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

## MECHANICS LIEN

1193464 1 dl 2936.001

**RECORDING REQUESTED BY AND
WHEN RECORDED MAIL TO:**

Dustin Lozano, Esq.
Hunt Ortmann Palffy Nieves
Darling & Mah, Inc.
301 North Lake Avenue, 7th Floor
Pasadena, CA 91101-1807

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# MECHANICS LIEN

SUNBELT CONTROLS, INC., 888 East Walnut Street, Pasadena, California 91101, hereby claims a mechanics lien in the amount of $234,653.00 on The Source Hotel and on the real property on which it is located at 6986 Beach Boulevard, Buena Park, California 9062, or which is described as follows: APN Nos. 276-361-20 and 276-361-22.

The reputed owner of the real property is THE SOURCE HOTEL LLC, 6940 Beach Boulevard, Suite D-501, Buena Park, California 90621.

SUNBELT CONTROLS, INC. furnished labor or services or equipment or material generally consisting of HVAC controls to IRON MECHANICAL, 575 Anton Boulevard, 3rd Floor, Costa Mesa, California 92626.

Dated: January 30, 2020        Name of Claimant:    SUNBELT CONTROLS, INC.

By:  DUSTIN LOZANO
Its:    Attorney-in-Fact

## VERIFICATION

I am the agent authorized to make this verification on behalf of SUNBELT CONTROLS, INC. This mechanics lien is true of my own knowledge, except for those matters stated on my information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 30, 2020

DUSTIN LOZANO, Authorized Agent

**Notice of Mechanics Lien and Proof of Service Affidavit Follow on Next Page**

1193321.1 dl 2936.001

063

## NOTICE OF MECHANICS LIEN

### ATTENTION!

**Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.**

**The party identified in the mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.**

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.**

### PROOF OF SERVICE AFFIDAVIT

I, SHIRLEY K. STICKLEY, served this Mechanics Lien and Notice of Mechanics Lien on the owner or reputed owner. Service was made on January 30, 2020 by certified mail, return receipt requested, postage prepaid, addressed to:

THE SOURCE HOTEL LLC
6940 Beach Boulevard, Suite D-501
Buena Park, California 90621

I certify or declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2020 at Pasadena, California.

_____
Shirley K. Stickley

1193321.1 dl 2936.001

064

RECORDING REQUESTED
AND WHEN RECORDED MAIL TO:

RECORDING REQUESTED BY:
    Retrolock Corp.
AND WHEN RECORDED MAIL DOCUMENT TO:
    Grant Nigolian
    695 Town Center Drive, Suite 700
    Costa Mesa, CA 92626

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

*$R00121865393*    97.00

2020000613064 3:37 pm 10/28/20
227 414A N26  6
0.00 0.00 0.00 0.00 12.00 0.00 0.000.0075.00 3.00

HITS

*THIS SPACE IS FOR RECORDERS USE ONLY*

NOTICE OF PENDENCY OF ACTION
(LIS PENDENS)

(Title of Document)

Per Government Code 27388.1(a)(1) *"A fee of $75 dollars shall be paid at the time of recording on every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel or real property. "*

    ☐ **Exempt from SB2 fee per GC 27388.1(a)(2); is a transfer subject to the imposition of documentary transfer tax", or**

    ☐ **Exempt from SB2 fee per GC 27388.1(a)(2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax", or**

    ☐ **Exempt from SB2 fee per GC 27388.1(a)(2); is a transfer of real property that is a residential dwelling to an owner-occupier", or**

    ☐ **Exempt from SB2 fee per GC 27388.1(a)(2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier", or**

    ☐ **Exempt from SB2 fee per GC 27388.1(a)(1); fee cap of $225 reached"**

    ☐ **Exempt from SB2 fee per GC 27388.1(a)(1); not related to real property**

**Failure to include an exemption reason will result in the imposition of the SB2 Building Homes and Jobs Act Fee.**

**\*\*NOT APPLYING FOR EXEMPTION**

1    GRANT NIGOLIAN, P.C.
      Grant A. Nigolian (Bar No. 184101)
2    695 Town Center Drive, Suite 700
      Costa Mesa, CA 92626
3    Tel: (310) 853-2777

4
      Attorneys for Plaintiffs,
5    Retrolock Corp.

6

7                        **SUPERIOR COURT OF CALIFORNIA**

8            **COUNTY OF ORANGE – CENTRAL JUSTICE CENTER**

9

10   RETROLOCK CORP., a California          )   Case No: 30-2020-01163206-CU-CL-CJC
      corporation;                           )
11                                           )   **NOTICE OF PENDENCY OF ACTION**
                                             )   **(LIS PENDENS)**
12              Plaintiffs,                   )
           vs.                               )
13                                           )   [Cal. Code Civ. Proc. § 405.20]
      GREENLAND CONSTRUCTION SERVICE,        )
14   LLC, a California corporation; THE SOURCE )
      HOTEL, LLC, a California corporation;   )
15   BUSINESS ALLIANCE INSURANCE            )
      COMPANY, a California corporation; and  )
16   DOES ONE (1) through TWENTY (20),        )
      inclusive;                              )
17                                           )
18              Defendants.                   )
                                             )
19                                           )
                                             )
20                                           )
                                             )
21                                           )
                                             )
22                                           )
                                             )
23                                           )
                                             )
24                                           )
                                             )
25                                           )
                                             )
26   _____ )

27   ///

28



_____

                  NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

NOTICE IS GIVEN that the above entitled action was commenced on October 2, 2020, by Retrolock Corp. in the above entitled court and concerns real property or affects the title or right of possession of real property.

The names of all defendants to the action are as follows: Greenland Construction Service, LLC; The Source Hotel, LLC; and Business Alliance Insurance Company.

The property in question has an address of 6986 Beach Blvd., Buena Park, California, 90621, APN No. of 276-361-20 & 276-361-22, and is described as follows:

> LOTS 2 THROUGH 9, INCLUSIVE, OF TRACT NO. 1756, IN THE CITY OF BUENA PARK, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 60, PAGES 20 AND 21 OF MISCELLANEOUS MAPS, TOGETHER WITHLOT 2 IN BLOCK 61 OF BUENA PARK, IN SAID CITY, COUNTY AND STATE, AS PER MAP RECORDED IN 18, PAGES 50 TO 52 INCLUSIVE, OF MISCELLANEOUS MAPS, ALL IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, TOGETHER WITH THE SOUTH 30 FEET OF THE STREET ADJOINING SAID LOT ON THE NORTH ABANDONED BY ORDER OF THE BOARD OF SUPERVISORS OF ORANGE COUNTY FILED IN BOOK 8, PAGE 37 OF BOARD MINUTES, ON AUGUST 2, 1911.

The owners or reputed owners of the real property is The Source Hotel, LLC.

The purpose of the action is to collect a debt and foreclose a mechanics lien recorded on July 24, 2020, as Instrument No. 2020000358872, Official Records of Orange County, California ("**Mechanics' Lien**" -**Exhibit 1**), in which claimant Retrolock Corp. claims the sum of $258,225.27.

DATED: October 2, 2020

GRANT NIGOLIAN, P.C.
Grant A. Nigolian

By: _____
Grant A. Nigolian

Attorneys for Plaintiffs,
Retrolock Corp.

Page -1-
NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

067

**PROOF OF SERVICE**

1

2   I am employed in the City of Costa Mesa, County of Orange, State of California. I am over the age
    of 18 years and not a party to the within action. My business address is 695 Town Center Drive,
3   Suite 700, Costa Mesa, CA 92626. On the date signed below, I served the documents named
4   below on the parties in this action as follows:

5   **NOTICE OF PENDENCY OF ACTION (LIS PENDENS)**

6   Upon the parties named below as follows: (See attached service list.)

7   ☒    (BY MAIL WHERE INDICATED) I caused the above referenced document(s) to be placed
8        in an envelope, with postage thereon fully prepaid, and placed in the United States mail at
         Costa Mesa, California. I am readily familiar with the practice of the firm for collection and
9        processing of correspondence for mailing, said practice being that in the ordinary course of
10       business, mail is deposited in the United States Postal Service the same day as it is placed
         for collection. I am aware that on motion of the party served, service is presumed invalid if
11       postal cancellation date or postage meter date is more than one day after date of deposit for
12       mailing in affidavit.

13  ☐    (BY FACSIMILE WHERE INDICATED) The above-referenced document(s) was/were
         transmitted by facsimile transmission and the transmission was reported as complete and
14       without error. Pursuant to Rule 2001 et. seq. of the Cal. Rules of Court, I caused the
15       transmitting facsimile machine to issue properly a transmission report, a copy of which is
         attached to this Declaration, unless service by facsimile transmission was executed as a
16       matter of professional courtesy.

17  ☐    (BY PERSONAL DELIVERY WHERE INDICATED) I caused the above-referenced
         document(s) to be personally delivered to the person and/or the address listed above.

18
    ☐    (BY FEDERAL EXPRESS WHERE INDICATED) I am readily familiar with the practice
19       of the firm for the collection and processing of correspondence for overnight delivery and
20       know that the document(s) described herein will be deposited in a box or other facility
         regularly maintained by Federal Express for overnight delivery.

21  ☒    (STATE) I declare under penalty of perjury under the laws of the State of California that the
22       above is true and correct.

23  ☐    (FEDERAL) I declare under penalty of perjury under the laws of the United States of
         America the above it true and correct.
24

25  Executed on October 28, 2020, at Costa Mesa, California.    *Daniel Kaplan*
26                                                                Daniel Kaplan

27

28

| | |
|---|---|
| 1 | **Service List:**   *Retrolock Corp., adv. Greenland Construction Service, LLC, et al.* |
| 2 | (O.C.S.C. Case No. 30-2020-01163206-CU-CL-CJC) |
| 3 | Greenland Construction Service, LLC |
| 4 | c/o Summer Bridges (Reg. Agent)<br>6960 Beach Blvd., Unit J205 |
| 5 | Buena Park, CA 90621<br>Defendants |
| 6 | (*via* Certified Mail, return receipt requested) |
| 7 | The Source Hotel, LLC |
| 8 | c/o Summer Bridges (Reg. Agent)<br>6960 Beach Blvd., Unit J205 |
| 9 | Buena Park, CA 90621<br>Defendants |
| 10 | (*via* Certified Mail, return receipt requested) |
| 11 | Business Alliance Insurance Company |
| 12 | Steve Barsotti (Reg. Agent)<br>400 Oyster Point Blvd. |
| 13 | Suite 327 |
| 14 | South San Francisco, CA 94080<br>Defendants |
| 15 | (*via* Certified Mail, return receipt requested) |
| 16 | Lender's Foreclosure Services |
| 17 | ATTN: Louisa Zavala, Trustee's Sale Officer<br>P.O. Box 92086 |
| 18 | City of Industry, CA 91715<br>(*via* Certified Mail, return receipt requested) |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Page 2

PROOF OF SERVICE

069

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*):  OMNIBUS RESPONSE OF SHADY BIRD LENDING, LLC TO (1) MOTION FOR ENTRY OF AN ORDER: (A) REQUIRING TURNOVER OF ESTATE CASH BY EVERTRUST BANK; (B) AUTHORIZING DEBTOR TO USE CASH COLLATERAL; AND (C) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING FROM M+D PROPERTIES ON AN UNSECURED BASIS, AND (2) MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO 11 U.S.C. § 366; DECLARATION OF RONALD RICHARDS IN SUPPORT THEREOF  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  March 18, 2021  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  March 18, 2021 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Via Overnight Mail**
The Honorable Erithe A. Smith
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5040
Santa Ana, CA 92701

**Via Overnight Mail**
Nancy S Goldenberg
Office of the United States Trustee
411 W Fourth St Ste 7160
Santa Ana, CA 92701-8000

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 18, 2021 | Cheryl Caldwell | */s/Cheryl Caldwell* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                   **F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION (if needed):

**1.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Ron Bender on behalf of Debtor The Source Hotel, LLC
rb@lnbyb.com

Michael G Fletcher on behalf of Creditor Evertrust bank
mfletcher@frandzel.com, sking@frandzel.com

Nancy S Goldenberg on behalf of U.S. Trustee United States Trustee (SA)
nancy.goldenberg@usdoj.gov

Daniel A Lev on behalf of Creditor Shady Bird Lending, LLC
dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

Grant A Nigolian on behalf of Interested Party Courtesy NEF
grant@gnpclaw.com, process@gnpclaw.com;grant.nigolian@gmail.com

Juliet Y Oh on behalf of Debtor The Source Hotel, LLC
jyo@lnbrb.com, jyo@lnbrb.com

Ho-El Park on behalf of Interested Party Courtesy NEF
hpark@hparklaw.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, morani@ronaldrichards.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                          **F 9013-3.1.PROOF.SERVICE**