RON BENDER (SBN 143364)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYB.COM; JYO@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtor and
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE SOURCE HOTEL, LLC, a<br>California limited liability company,<br><br>      Debtor and Debtor in Possession. | Case No.: 8:21-bk-10525-ES<br><br>Chapter 11<br><br>**NOTICE OF FINAL HEARING ON MOTION FOR ENTRY OF AN ORDER: (A) REQUIRING TURNOVER OF ESTATE CASH BY EVERTRUST BANK; (B) AUTHORIZING DEBTOR TO USE CASH COLLATERAL; AND (C) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING FROM M+D PROPERTIES ON AN UNSECURED BASIS**<br><br>Final Hearing:<br>Date:    May 6, 2021<br>Time:   10:30 a.m.<br>Place:   ZoomGov |

1

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, ALL KNOWN SECURED CREDITORS, TWENTY LARGEST UNSECURED CREDITORS, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that a hearing will be held on **May 6, 2021 at 10:30 a.m.** for the Court to consider the granting of the relief requested in the Debtor's *Notice Of Motion And Motion For Entry Of An Order: (A) Requiring Turnover Of Estate Cash By Evertrust Bank; (B) Authorizing Debtor To Use Cash Collateral; And (C) Authorizing Debtor To Obtain Post-Petition Financing From M+D Properties On An Unsecured Basis* [Doc. No. 21] (the "Financing Motion") on a final basis.

**PLEASE TAKE FURTHER NOTICE** that any supplemental pleadings in support of the Motion must be filed by the Debtor and served upon required parties by April 15, 2021.

**PLEASE TAKE FURTHER NOTICE** that any response to any supplemental pleadings filed in support of the Motion must be filed and served upon counsel for the Debtor and the United States Trustee by April 22, 2021.

**PLEASE TAKE FURTHER NOTICE** that any reply to any response to supplemental pleadings filed in support of the Motion must be filed and served upon the responding parties by April 29, 2021.

**PLEASE TAKE FURTHER NOTICE** that, due the COVID-19 pandemic, the Court will conduct the hearing on the Financing Motion using ZoomGov audio and video technology. Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

**PLEASE TAKE FURTHER NOTICE** that individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet). The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and

Password shown below.  Individuals may also connect to the hearing by telephone only, using the telephone number provided below.  Individuals connecting to the hearing by telephone will also be prompted for the Meeting ID and Password.

**PLEASE TAKE FURTHER NOTICE** that neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

**PLEASE TAKE FURTHER NOTICE** that the audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

**PLEASE TAKE FURTHER NOTICE** that all persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise.  Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

**PLEASE TAKE FURTHER NOTICE** that the following is the unique ZoomGov connection information for the final hearing on the Financing Motion on May 6, 2021:

```
Meeting URL:       https://cacb.zoomgov.com/j/1618897382
Meeting ID:        161 889 7382
Password:          736506
Telephone:         (669) 254-5252 or (646) 828-7666
```

**PLEASE TAKE FURTHER NOTICE** that more information on appearing before the the Court by ZoomGov is available in the "Notice of Video and Telephonic Appearance Procedures for Judge Erithe A. Smith's Cases" on the Court's website at https://www.cacb.uscourts.gov/judges/honorable-erithe-smith under the "Telephonic Instructions" section.

Dated:  March 23, 2021        THE SOURCE HOTEL, LLC

By: */s/ Juliet Y. Oh*
Ron Bender
Juliet Y. Oh
Levene, Neale, Bender, Yoo & Brill L.L.P.
Proposed Attorneys for Chapter 11 Debtor and
Debtor-in-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF FINAL HEARING ON MOTION FOR ENTRY OF AN ORDER: (A) REQUIRING TURNOVER OF ESTATE CASH BY EVERTRUST BANK; (B) AUTHORIZING DEBTOR TO USE CASH COLLATERAL; AND (C) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING FROM M+D PROPERTIES ON AN UNSECURED BASIS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 23, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender**    rb@lnbyb.com
- **Michael G Fletcher**    mfletcher@frandzel.com, sking@frandzel.com
- **Nancy S Goldenberg**    nancy.goldenberg@usdoj.gov
- **Daniel A Lev**    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Grant A Nigolian**    grant@gnpclaw.com, process@gnpclaw.com;grant.nigolian@gmail.com
- **Juliet Y Oh**    jyo@lnbrb.com, jyo@lnbrb.com
- **Ho-El Park**    hpark@hparklaw.com
- **Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>: On **March 23, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3.** <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**</u> (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 23, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 23, 2021 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                            **F 9013-3.1.PROOF.SERVICE**

The Source Hotel, LLC
OUST, Secured, Top 20, RSN

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

**Secured Creditors:**

3D Design - Millwork
8152 Indianapolis Ave.
Huntington Beach, CA 92646

Aragon Construction, Inc.
5440 Arrow Highway
Montclair, CA 91763

Beach Orangethorpe II, LLC
P.O. Box 489
Buena Park, CA 90621

Beach Orangethorpe III, LLC
P.O. Box 489
Buena Park, CA 90621

Beach Orangethorpe, LLC
P.O. Box 489
Buena Park, CA 90621

Beachamp Distributing Co.
1911 South Santa Fe Avenue
Compton, CA 90221

Best Quality Painting
818 N. Pacific Ave., #C
Glendale, CA 91203

Certified Tile
14557 Calvert St.
Van Nuys, CA 91411

Evergreen Electric Construction
629 Grove View Lane
La Canada, CA 91011

Iron Mechanical
721 North B Street
Suite 100
Sacramento, CA 95811

KS Steel Corp.
1748 Industrial Way
Los Angeles, CA 90023

Nemo & Rami
1930 W. Holt Ave.
Pomona, CA 91768

Northstar
404 North Berry Street
Brea, CA 92821-3104

Pan Pacific
18250 Euclid Street
Fountain Valley, CA 92708

PDG Wallcoverings
26492 Via Juanita
Mission Viejo, CA 92691

Prime Concrete Coatings
6127 James Alan St.
Cypress, CA 90630

Resco Electric Inc.
2431 W. Washington Blvd. Suite B
Los Angeles, CA 90018

Retrolock Corp
17915 Railroad Street
City of Insdustry, CA 91748

Salamander Fire Protection, Inc
6103 Tyrone Street
Van Nuys, CA 91401

Shady Bird Lending, LLC
c/o Law Offices of Ronald Richards
P.O. Box 11480
Beverly Hills, CA 90213

Solid Construction
883 Crenshaw Blvd.
Los Angeles, CA 90005

Sunbelt Controls, Inc.
888 E. Walnut Street
Pasadena, CA 91101

Grant Nigolian, P.C.
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626

Hunt Ortmann Palffy Nieves et al.
301 North Lake Avenue, 7th Floor
Pasadena, CA 91101-1807

| | | |
|---|---|---|
| Law Office of Ho-El Park, P.C.<br>333 City Blvd. West, Suite 1700<br>Orange, CA 92868 | Law Office of Michael N. Berke<br>25001 The Old Road<br>Santa Clara, CA 91381 | Law Offices of Dennis G. Cosso<br>345 Oxford Drive<br>Arcadia, CA 91007 |
| Porter Law Group, Inc.<br>7801 Folsom Blvd., Suite 101<br>Sacramento, CA 95826 | Robinson & Robinson, LLP<br>2301 Dupont Drive, Sute 530<br>Irvine, CA 92612-7502 | Shady Bird Lending, LLC<br>c/o Law Offices of Geoffrey Long<br>1601 N. Sepulveda Blvd., No. 729<br>Manhattan Beach, CA 90266 |
| Splinter & Thai, LLP<br>25124 Narbonne Ave., Suite 106<br>Lomita, CA 90717-2140 | | |

**Top 20 Unsecured Creditors:**

| | | |
|---|---|---|
| Newgens, Inc.<br>14241 Foster Rd.<br>La Mirada, CA 90638 | Cabrillo Hoist<br>P.O. Box 3179<br>Rancho Cucamonga, CA 91729 | WESCO Distribution Inc.<br>6251 Knott Ave.<br>Buena Park, CA 90620 |
| Harbor All Glass & Mirror, Inc.<br>1926 Placentia Ave.<br>Costa Mesa, CA 92627 | Diablo Consulting<br>13200 Crossroads Parkway N<br>Ste. 115<br>City of Industry, CA 91746 | Ace Tek Roofing Co.<br>747 S. Ardmore Ave., Suite 405<br>Los Angeles, CA 90005 |
| Morrow Meadows<br>231 Benton Court<br>City of Industry, CA 91789 | Chefs Toys<br>18430 Pacific Street<br>Fountain Valley, CA 92708 | Stumbaugh & Associates, Inc.<br>3303 N. San Fernando Blvd<br>Burbank, CA 91504 |
| HBA Procurement, Inc.<br>3216 Nebraska Ave.<br>Santa Monica, CA 90404 | OJ Insulation LP<br>600 S Vincent Ave.<br>Azusa, CA 91702 | DKY Architects<br>15375 Barranca Pkwy.<br>Suite A-210<br>Irivne, CA 92618 |
| Master Glass<br>2225 W. Pico Blvd, Unit C<br>Los Angeles, CA 90006 | Universal Flooring Systems<br>15573 Commerce Lane<br>Huntington Beach, CA 92649 | L2 Specialties<br>3613 W. Macarthur Blvd., #611<br>Santa Ana, CA 92704 |
| Ficcadenti Waggoner<br>16969 Von Karman Avenue<br>Suite 240<br>Irivne, CA 92606 | Retrolock Corp<br>17915 Railroad Street<br>City of Industry, CA 91748 | American Engineering Laboratories Inc.<br>PO Box 1816<br>Whittier, CA 90609 |