RON BENDER (SBN 143364)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email:  RB@LNBYB.COM; JYO@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtor and
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE SOURCE HOTEL, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession. | Case No.: 8:21-bk-10525-ES<br><br>Chapter 11<br><br>**NOTICE OF CONTINUED HEARING ON MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO 11 U.S.C. § 366**<br><br>Date:     April 1, 2021<br>Time:    10:00 a.m.<br>Place:    ZoomGov |

1

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, AFFECTED UTILITY COMPANIES, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that a continued hearing will be held on **April 1, 2021 at 10:00 a.m.**, before the Honorable Erithe A. Smith, United States Bankruptcy Judge, for the Court to consider that certain *Notice Of Motion And Motion For Entry Of Order Authorizing Debtor To Provide Adequate Assurance Of Future Payment To Utility Companies Pursuant To 11 U.S.C. § 366* [Doc. No. 19] (the "Utility Motion") filed by The Source Hotel, LLC, a California limited liability company and the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor").

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Utility Motion must be in writing, filed with the Court, and served upon counsel for the Debtor (by overnight mail, facsimile, or email) and upon the United States Trustee (by overnight mail or facsimile only), with a Judge's copy personally delivered to Court chambers, by **March 30, 2021**.

**PLEASE TAKE FURTHER NOTICE** that any reply to any opposition to the Utility Motion may be presented orally at the hearing on the Utility Motion.

**PLEASE TAKE FURTHER NOTICE** that, due the COVID-19 pandemic, the Court will conduct the hearing on the Utility Motion using ZoomGov audio and video technology. Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

**PLEASE TAKE FURTHER NOTICE** that individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet). The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below. Individuals may also connect to the hearing by telephone only, using

the telephone number provided below. Individuals connecting by telephone will also be prompted for the Meeting ID and Password.

**PLEASE TAKE FURTHER NOTICE** that neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

**PLEASE TAKE FURTHER NOTICE** that the audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

**PLEASE TAKE FURTHER NOTICE** that all persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

**PLEASE TAKE FURTHER NOTICE** that the following is the unique ZoomGov connection information for the hearing on the Utility Motion on April 1, 2021:

| | |
|---|---|
| Meeting URL: | https://cacb.zoomgov.com/j/1603512591 |
| Meeting ID: | 160 351 2591 |
| Password: | 199889 |
| Telephone: | (669) 254-5252 or (646) 828-7666 |

**PLEASE TAKE FURTHER NOTICE** that more information on appearing before the the Court by ZoomGov is available in the "Notice of Video and Telephonic Appearance Procedures for Judge Erithe A. Smith's Cases" on the Court's website at https://www.cacb.uscourts.gov/judges/honorable-erithe-smith under the "Telephonic Instructions" section.

Dated:  March 23, 2021          THE SOURCE HOTEL, LLC

                                By: _____
                                    Ron Bender
                                    Juliet Y. Oh
                                    Levene, Neale, Bender, Yoo & Brill L.L.P.
                                    Proposed Attorneys for Chapter 11 Debtor and
                                    Debtor-in-Possession

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF CONTINUED HEARING ON MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO 11 U.S.C. § 366** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 23, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender**   rb@lnbyb.com
- **Michael G Fletcher**   mfletcher@frandzel.com, sking@frandzel.com
- **Nancy S Goldenberg**   nancy.goldenberg@usdoj.gov
- **Daniel A Lev**   dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Grant A Nigolian**   grant@gnpclaw.com, process@gnpclaw.com;grant.nigolian@gmail.com
- **Juliet Y Oh**   jyo@lnbrb.com, jyo@lnbrb.com
- **Ho-El Park**   hpark@hparklaw.com
- **Ronald N Richards**   ron@ronaldrichards.com, morani@ronaldrichards.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **March 23, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 23, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 23, 2021 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**