RON BENDER (SBN 143364)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email:  RB@LNBYB.COM; JYO@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtor and Debtor-in-Possession

**FILED & ENTERED**

MAR 31 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:21-bk-10525-ES |
| THE SOURCE HOTEL, LLC, a California limited liability company, | Chapter 11 |
| Debtor and Debtor in Possession. | **ORDER APPROVING APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. AS BANKRUPTCY COUNSEL** |
| | [No Hearing Required – Local Bankruptcy Rule 2014-1(b)] |

1

This Court having considered the application [Doc. No. 16] (the "Application") filed by The Source Hotel, LLC, a California limited liability company and the Chapter 11 debtor and debtor-in-possession in the above-captioned bankruptcy case (the "Debtor"), for authority to employ Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") as its bankruptcy counsel in connection with the Debtor's bankruptcy case, proper notice of the Application having been provided in accordance with Local Bankruptcy Rule 2014-1(b)(2), having received no objection to or request for hearing on the Application, having found that LNBYB does not hold or represent any interest adverse to the Debtor or the Debtor's bankruptcy estate, that LNBYB is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14), and that LNBYB's employment is in the best interest of the Debtor's bankruptcy estate, and other good cause appearing,

IT IS HEREBY ORDERED that the Debtor's employment of LNBYB as bankruptcy counsel is approved upon the terms and conditions set forth in the Application, effective as of February 26, 2021, with compensation to be paid to LNBYB pursuant to 11 U.S.C. § 330.

IT IS SO ORDERED.

### #

Date: March 31, 2021

Erithe Smith
United States Bankruptcy Judge