Daniel A. Lev (CA Bar No. 129622)
  dlev@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Ronald Richards (CA Bar No. 176246)
  ron@ronaldrichards.com
Law Offices of Ronald Richards & Associates, APC
P.O. Box 11480
Beverly Hills, California 90213
Telephone:  310.556.1001
Facsimile:  310.277.3325

Attorneys for Shady Bird Lending, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE SOURCE HOTEL, LLC,<br><br>    Debtor. | Case No. 8:21-bk-10525-ES<br><br>Chapter 11<br><br>**SUPPLEMENTAL NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (WITH SUPPORTING DECLARATIONS (REAL PROPERTY)**<br><br>DATE:   April 22, 2021<br>TIME:   10:00 a.m.<br>PLACE: Courtroom "5A" |

DAL 2710788v1

**TO THE HONORABLE ERITHE SMITH, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Shady Bird Lending, LLC ("Shady Bird") has concurrently caused to be filed its "Notice of Motion and Motion for Relief From the Automatic Stay Under 11 U.S.C. § 362 (with supporting declarations) (Real Property)" (the "Motion"), through which Shady Bird, the holder of the senior deed of trust on the real property bearing APN Nos. 276-361-20 and 276-361-22, consisting of a partially constructed 178-room, seven story hotel building located in Buena Park, California (the "Project") owned by the debtor The Source Hotel, LLC (the "Debtor"), seeks an order, among other things, for relief form the automatic stay pursuant to 11 U.S.C. § 362(d)(1).

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion shall take place on April 22, 2021, at 10:00 a.m., Pacific Time, or as soon thereafter as the matter may be heard, in Courtroom "5A" of the above-entitled Court, located at 411 W. 4th Street, Santa Ana, California 92703, before the Honorable Erithe Smith, United States Bankruptcy Judge, presiding.

**PLEASE TAKE FURTHER NOTICE** that, until further notice, because of the COVID-19 pandemic, all of the Court's hearings shall be conducted using ZoomGov audio and video. Parties in interest and members of the public may connect to the video and audio feeds, free of charge, using the connection information provided below:

> Individuals may participate by ZoomGov video and audio using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device (such as an iPhone or Android phone). Individuals may opt to participate by audio only using a telephone (standard telephone charges may apply). Neither a Zoom nor a ZoomGov account is necessary to participate and no pre-registration is required. The audio portion of each hearing

DAL 2710788v1

2

|   |   |
|---|---|
| 1 | will be recorded electronically by the Court and constitutes |
| 2 | its official record. |
| 3 | Meeting URL: https://cacb.zoomgov.com/j/1613356013 |
| 4 | Meeting ID: 161 335 6013 |
| 5 | Password: 078356 |
| 6 | Telephone conference lines: 1-(669)-254-5252 or 1-(646)- |
| 7 | 828-7666. |

8  **PLEASE TAKE FURTHER NOTICE** that the Motion is based on this notice, the Motion, the memorandum of points and authorities and declarations of Ronald Richards, Bellann R. Raile, and Brent Little in support thereof, the pleadings filed in the Debtor's cases, all judicially noticeable facts, the arguments and representations of counsel, and any oral or documentary evidence presented prior to or at the scheduled hearing.

14  **PLEASE TAKE FURTHER NOTICE** that if a party is interested in receiving a copy of the Motion, they should submit a written request to counsel for Shady Bird: Daniel A. Lev, Esq., **Sulmeyer**Kupetz, A Professional Corporation, 333 South Grand Avenue, Suite 3400, Los Angeles, California 90071, (213) 626-2311, dlev@sulmeyerlaw.com and Ronald Richards, Esq., Law Offices of Ronald Richards & Associates, APC, P.O. Box 11480, Beverly Hills, California 90213, (310) 556-1001, ron@ronaldrichards.com.

21  **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(f), any party opposing the relief requested in the Motion must file and serve a written opposition no later than fourteen (14) days prior to the scheduled hearing on the Motion.

25  **PLEASE TAKE FURTHER NOTICE** that copies of any timely filed opposition must be served upon Shady Bird's counsel of record as set forth on the first page of this Motion.

SulmeyerKupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(h), the failure to timely file and serve an opposition to the Motion in accordance herewith may be deemed by the Court to be consent to the relief requested in the Motion.

DATED: April 1, 2021    **Sulmeyer**Kupetz
A Professional Corporation


By: /s/ *Daniel A. Lev*
    Daniel A. Lev
    Attorneys for Shady Bird Lending, LLC

DATED: April 1, 2021    Law Offices of Ronald Richards & Associates, APC


By: /s/ *Ronald Richards*
    Ronald Richards
    Attorneys for Shady Bird Lending, LLC

DAL 2710788v1

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*):  SUPPLEMENTAL NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (WITH SUPPORTING DECLARATIONS (REAL PROPERTY) be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 1, 2021  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 1, 2021 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 1, 2021 | Cheryl Caldwell | /s/Cheryl Caldwell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

CC 2710485v1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                       **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Ron Bender on behalf of Debtor The Source Hotel, LLC
rb@lnbyb.com

Michael G Fletcher on behalf of Creditor Evertrust bank
mfletcher@frandzel.com, sking@frandzel.com

Nancy S Goldenberg on behalf of U.S. Trustee United States Trustee (SA)
nancy.goldenberg@usdoj.gov

Daniel A Lev on behalf of Creditor Shady Bird Lending, LLC
dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

Grant A Nigolian on behalf of Interested Party Courtesy NEF
grant@gnpclaw.com, process@gnpclaw.com;grant.nigolian@gmail.com

Juliet Y Oh on behalf of Debtor The Source Hotel, LLC
jyo@lnbrb.com, jyo@lnbrb.com

Ho-El Park on behalf of Interested Party Courtesy NEF
hpark@hparklaw.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, morani@ronaldrichards.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

CC 2710485v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                         **F 9013-3.1.PROOF.SERVICE**

Debtor
The Source Hotel, LLC
6988 Beach Blvd, Suite B-215
Buena Park, CA 90621-6822

All Creditors

Evertrust Bank
c/o Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90017-2457

3D Design - Millwork
8152 Indianapolis Ave.
Huntington Beach, CA 92646-5008

AT&T
P.O. Box 5025
Carol Stream, IL 60197-5025

Ace Tek Roofing Co.
747 S. Ardmore Ave., Suite 405
Los Angeles, CA 90005-2489

All Area Plumbing
6265 San Fernando Road
Glendala, CA 91201-2214

American Engineering Laboratories Inc.
PO Box 1816
Whittier, CA 90609-1816

Aragon Construction, Inc.
5440 Arrow Highway
Montclair, CA 91763-1604

Beach Orangethorpe II, LLC
P.O. Box 489
Buena Park, CA 90621-0489

Beach Orangethorpe III, LLC
P.O. Box 489
Buena Park, CA 90621-0489

Beach Orangethorpe, LLC
P.O. Box 489
Buena Park, CA 90621-0489

Beachamp Distributing Co.
1911 South Santa Fe Avenue
Compton, CA 90221-5306

Best Quality Painting
818 N. Pacific Ave., #C
Glendale, CA 91203-3633

Cabrillo Hoist
P.O. Box 3179
Rancho Cucamonga, CA 91729-3179

Certified Tile
14557 Calvert St.
Van Nuys, CA 91411-2806

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Chefs Toys
18430 Pacific Street
Fountain Valley, CA 92708-7005

DKY Architects
15375 Barranca Pkwy.
Suite A-210
Irivne, CA 92618-2230

Diablo Consulting
13200 Crossroads Parkway N
Ste. 115
City of Industry, CA 91746-3480

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Evergreen Electric Construction Inc.
629 Grove View Lane
La Canada, CA 91011-2635

Ficcadenti Waggoner
16969 Von Karman Avenue
Suite 240
Irivne, CA 92606-4944

CC 2710485v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                        F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | **Request for Special Notice**<br>Grant Nigolian, P.C.<br>695 Town Center Drive, Suite 700<br>Costa Mesa, CA 92626-7187 | HBA Procurement, Inc.<br>3216 Nebraska Ave.<br>Santa Monica, CA 90404-4214 |
| Harbor All Glass & Mirror, Inc.<br>1926 Placentia Ave.<br>Costa Mesa, CA 92627-3496 | Hunt Ortmann Palffy Nieves et al.<br>301 North Lake Avenue, 7th Floor<br>Pasadena, CA 91101-5118 | Internal Revenue Service  IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Interstate Management Company, LLC<br>4501 North Fairfax Drive<br>Suite 500<br>Arlington, VA 22203-1668 | Iron Mechanical<br>721 North B Street<br>Suite 100<br>Sacramento, CA 95811-0347 | KS Steel Corp.<br>1748 Industrial Way<br>Los Angeles, CA 90023 |
| Kim & Lee, LLP<br>2305 W 190th St<br>Torrance, CA 90504-6005 | L2 Specialties<br>3613 W. Macarthur Blvd., #611<br>Santa Ana, CA 92704-6846 | Law Office of Ho-El Park, P.C.<br>333 City Blvd. West, Suite 1700<br>Orange, CA 92868-5905 |
| Law Office of Michael N. Berke<br>25001 The Old Road<br>Santa Clara, CA 91381-2252 | Law Offices of Dennis G. Cosso<br>345 Oxford Drive<br>Arcadia, CA 91007-2642 | LimNexus, LLP<br>707 Wilshire Blvd., 46th Floor<br>Los Angeles, CA 90017-3612 |
| LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | Master Glass<br>2225 W. Pico Blvd.Unit C<br>Los Angeles, CA 90006-4865 | Mirae Construction, Co.<br>2222 S. Broadway<br>Los Angeles, CA 90007-1434 |
| Morrow Meadows<br>231 Benton Court<br>City of Industry, CA 91789-5213 | Nemo & Rami<br>1930 W. Holt Ave.<br>Pomona, CA 91768-3351 | Newgens, Inc.<br>14241 Foster Rd.<br>La Mirada, CA 90638-2852 |
| Northstar<br>404 North Berry Street<br>Brea, CA 92821-3104 | OJ Insulation LP<br>600 S Vincent Ave.<br>Azusa, CA 91702-5145 | OMB Electrical Engineers, Inc.<br>8825 Research Drive<br>Irvine, CA 92618-4236 |
| PDG Wallcoverings<br>26492 Via Juanita<br>Mission Viejo, CA 92691-1954 | Pan Pacific<br>18250 Euclid Street<br>Fountain Valley, CA 92708-6112 | Porter Law Group, Inc.<br>7801 Folsom Blvd., Suite 101<br>Sacramento, CA 95826-2619 |

CC 2710485v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                     F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Prime Concrete Coatings<br>6127 James Alan St.<br>Cypress, CA 90630-3929 | Resco Electric Inc.<br>2431 W. Washington Blvd. Suite B<br>Los Angeles, CA 90018-1451 | Retrolock Corp<br>17915 Railroad Street<br>City of Industry, CA 91748-1113 |
| Robinson & Robinson, LLP<br>2301 Dupont Drive, Sute 530<br>Irvine, CA 92612-7502 | Salamander Fire Protection, Inc<br>6103 Tyrone Street<br>Van Nuys, CA 91401-3425 | Shady Bird Lending, LLC<br>c/o Law Offices of Ronald Richards<br>P.O. Box 11480<br>Beverly Hills, CA 90213-4480 |
| Shady Bird Lending, LLC<br>c/o Law Offices of Geoffrey Long<br>1601 N. Sepulveda Blvd., No. 729<br>Manhattan Beach, CA 90266-5111 | Sky Rider Equipment Co., Inc.<br>1180 North Blue Gum Street<br>Anaheim, CA 92806-2409 | So. Cal. Edison Co.<br>P.O. Box 600<br>Rosemead, CA 91771-0001 |
| Solid Construction Company, Inc.<br>883 Crenshaw Blvd.<br>Los Angeles, CA 90005-3650 | Splinter & Thai, LLP<br>25124 Narbonne Ave., Suite 106<br>Lomita, CA 90717-2140 | State Board of Equalization<br>Account Info Group, MIC:29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 |
| Stumbaugh & Associates, Inc.<br>3303 N. San Fernando Blvd<br>Burbank, CA 91504-2531 | Sunbelt Controls, Inc.<br>888 E. Walnut Street<br>Pasadena, CA 91101-1895 | Universal Flooring Systems<br>15573 Commerce Lane<br>Huntington Beach, CA 92649-1601 |
| WESCO Distribution Inc.<br>6251 Knott Ave.<br>Buena Park, CA 90620-1010 | | |

CC 2710485v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE