RON BENDER (SBN 143364)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email:  RB@LNBYB.COM; JYO@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtor and Debtor-in-Possession

**FILED & ENTERED**

**APR 08 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY mccall    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:21-bk-10525-ES |
| THE SOURCE HOTEL, LLC, a California limited liability company, | Chapter 11 |
| Debtor and Debtor in Possession. | **ORDER GRANTING MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO 11 U.S.C. § 366; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DONALD CHAE IN SUPPORT THEREOF** |
| | Continued Hearing:<br>Date:    April 1, 2021<br>Time:    10:00 a.m.<br>Place:   ZoomGov |

1

An initial hearing was held on March 23, 2021 at 10:00 a.m. and a continued hearing was held on April 1, 2021 at 10:00 a.m., before the Honorable Erithe A. Smith, United States Bankruptcy Judge for the Central District of California, Los Angeles Division, in Courtroom "5A" located at 411 West Fourth Street, Santa Ana, California (via ZoomGov), for the Court to consider the motion (the "Motion") filed by The Source Hotel, LLC, a California limited liability company and the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"), for the entry of an order, pursuant to 11 U.S.C. § 366, authorizing the Debtor to provide adequate assurance of future payment to certain utility companies. Appearances at the initial hearing on the Motion held on March 23, 2021 were made as noted on the record of the Court, and appearances at the continued hearing on the Motion held on April 1, 2021 were waived pursuant to the Court's tentative ruling on the Motion.

The Court, having considered the Motion and all papers filed by the Debtor in support of the Motion and all matters of record in the Debtor's Chapter 11 bankruptcy case, proper and adequate notice of the Motion and the hearings on the Motion having been provided, having received no oppositions to the Motion, and other good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

A. The Motion is granted.

B. The Debtor is authorized to provide adequate assurance of payment to the Utility Companies (as that term is defined in the Motion) in the form of cash deposits in the amounts proposed in the Motion (the "Cash Deposits").

C. The Cash Deposits are deemed to constitute adequate "assurance of payment" pursuant to 11 U.S.C. § 366(c).

///

///

///

///

///

D.  The Utility Companies that receive Cash Deposits pursuant to this Order shall return such Cash Deposits to the Debtor within ten (10) business days if, and when, such Utility Companies' services are terminated by the Debtor.

<u>IT IS SO ORDERED.</u>

###

Date: April 8, 2021

Erithe Smith
United States Bankruptcy Judge

3