ORIGINAL

| | |
|---|---|
| Christopher G. Cardinale (SBN 274453)<br>ccardinale@agclawfirm.com<br>ALVAREZ-GLASMAN & COLVIN<br>13181 Crossroads Parkway North<br>Suite 400 – West Tower<br>City of Industry, CA  91746<br>562.699.5500 – Office<br>562.692.2244 – Facsimile<br><br>Attorneys for Party in Interest CITY OF BUENA PARK | (NO FEE - GOVERNMENT CODE SECTION 6103)<br><br>FILED<br>APR - 9 2021<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE SOURCE HOTEL, LLC,<br><br>Debtor. | Case No.: 8:21-BK-10525-ES<br><br>Chapter 11<br><br>NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE |

TO THE COURT, THE DEBTOR, ALL CREDITORS, THE TRUSTEE, AND ALL PARTIES IN INTEREST:

**PLEASE TAKE NOTICE THAT** that attorneys for a party in interest the City of Buena Park, a municipal corporation organized and existing pursuant to its charter and California law (the "City"), hereby requests notice of all events relevant to the above-referenced bankruptcy case, and copies of all pleadings and documents filed in the above referenced bankruptcy case, including but not limited to all pleadings or notices under Federal Rule of Bankruptcy Procedure 2002, and that such notices and pleadings be served upon the following address:

> Christopher G. Cardinale, Esq.
> **ALVAREZ-GLASMAN & COLVIN**
> 13181 Crossroads Parkway North
> Suite 400 – West Tower
> City of Industry, CA  91746
> Email: ccardinale@agclawfirm.com

It is further requested that the Clerk of the Court add the foregoing names to the Mailing Matrix in this case, care of the address set forth above.

**NOTICE IS FURTHER GIVEN**, that no person or entity shall construe either the undersigned or the firm to be agent for service of process on City for (i) any adversary

-1-
NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

proceeding, notice, subpoena, or other matter within this specific above-captioned case for which either Federal or Local Rules require personal service upon City; or (ii) any suit, notice, subpoena, or other matter whatsoever outside of this specific above-captioned bankruptcy case. Neither this Notice of Appearance and Request for Special Notice, nor any subsequent event in this bankruptcy case (whether a docketing event, proof of claim, pleading, appearance at a hearing, or otherwise) shall expressly or impliedly change that status.

**PLEASE TAKE FURTHER NOTICE** that all of the above rights are expressly reserved and preserved by City, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any participation in this matter.

DATED: April 9, 2021

ALVAREZ-GLASMAN & COLVIN

By: *[signature]*
Christopher G. Cardinale
Attorneys for City of Buena Park, a California charter city and municipal corporation.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 13181 Crossroad Parkway North, Suite 400, City of Industry, California 91746.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **April 9, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***Via Personal Delivery***
The Honorable Erithe A. Smith
United States Bankruptcy Court
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040 / Courtroom 5A
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 9, 2021 | Melissa L. Gonzalez | /s/ Melissa L. Gonzalez |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                            **F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION

### 3. SERVED BY EMAIL

- Ron Bender on behalf of Debtor The Source Hotel, LLC
  rb@lnbyb.com

- Juliet Y. Oh on behalf of Debtor The Source Hotel, LLC
  jyo@lnbrb.com

- Michael G. Fletcher on behalf of Creditor Evertrust Bank
  mfletcher@frandzel.com, sking@frandzel.com

- Robert P. Goe on behalf of Creditor Westranco, Inc.
  kmurphy@goeforlaw.com

- Nancy S. Goldenberg on behalf of U.S. Trustee United States Trustee (SA_
  Nancy.goldenber@usdoj.gov

- United States Trustee (SA)
  Ustpregion16.sa.ecf@usdoj.gov

- Daniel A. Lev on behalf of Creditor Shady Bird Lending, LLC
  dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com, dlev@ecf.inforuptcy.com

- Ronald N. Richards on behalf of Shady Bird Lending, LLC
  ron@ronaldrichards.com, morani@ronaldrichards.com

- Grant A. Nigolian on behalf of Interested Party Courtesy NEF
  grant@gnpclaw.com, process@gnpclaw.com, grant.nigolian@gmail.com

- Ho-El Park on behalf of Interested Party Courtesy NEF
  hpark@hparklaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**