2 of 3

# Alternative Designs

## Alternative Design #1 - Arena-hybrid Scheme

A blend of pedestrian and traditional street organization provides the basis for the Arena scheme with a pedestrian focused retail plaza and a conventional street and block periphery. The centrally located retail plaza provides an activity area encompassed by retail and dining opportunities and formal and informal entertainment venues. Beyond the retail plaza mid-rise residential and hotel blocks rise from the street to frame the project. Each residential/hotel block contains garden terraces and roofs.

List of associated graphics:

- Site plan
- Four (4) land use plans by floor/level
- Land use axon
- Six (6) perspectives



Fig. 22a Arena Plan

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 40 of 98
Order: doc Comment:

EXHIBIT A
PAGE 40





LVL 02  +20.0'

| | |
|---|---|
| Retail | 109,800 sf |
| Hotel | 33,800 sf |
| Theater | 20,000 sf |
| Residential 1 | 38,500 sf |
| Residential 2 | 27,000 sf |
| Parking | 330 cars |

Fig. 22c Arena Plan - Level 2



LVL 01  ±0.0

| | |
|---|---|
| Retail | 213,600 sf |
| Hotel | 14,100 sf |
| Theater | 40,000 sf |
| Parking | 330 cars |

Fig. 22b Arena Plan - Level 1
(The Arena Plan provides for 2,900 parking spaces in 2 levels of subterranean parking)







LVL 10  + 120.0'  & above

☐ Residential 1          78,000 sf

Fig. 22e Arena Plan - Level 10 and Above





LVL 03  + 30.0' - LVL 09 + 110.0'

■ Hotel                    138,000 sf
▦ Residential 1           290,200 sf
▨ Residential 2            94,500 sf
▤ Residential 3            87,500 sf
▧ Residential 4            85,800 sf
☐ Parking                   430 cars

Fig. 22d Arena Plan - Level 3 to 9



Retail
Hotel
Theater
Residential

Fig. 22g Arena Axonometric by Land Use

Fig. 22h Aerial view of Arena scheme from Brenner Avenue and Melrose Street

Fig. 22i Aerial view of Arena scheme from Beach Boulevard and Orangethorpe Avenue

Fig. 22j View of the Arena from hotel

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 43 of 98
Order: doc Comment:

EXHIBIT A
PAGE 43



Fig. 22k View of internal street and residential towers



Fig. 22l View of arena space toward central retail space



Fig. 22j View of Arena scheme from second level retail toward hotel



Credit: Gensler

Brenner Avenue

Melrose Street

Orangethorpe Avenue

Beach Boulevard

## Alternative Design #2 - Strata-street Scheme

Strata uses sedimentary layers to transform from a traditional retail base to residential uses with precisely placed towers above. Two main streets bisect the scheme to provide "traditional" grid-based access and circulation to and from the site. Strata welcomes users with a park plaza, set on the corner of Beach Boulevard and Orangethorpe Avenue, which reveals glimpses of the activity and life within and provides the organizing element of the project. The sedimentary layers of residential shift and move providing variety of product and a mix of semi-private and private gardens. Situated high above the retail base are the residential towers that peer down on the green layer that blankets the site.

List of associated graphics:

- Site Plan
- Four (4) Lease Plans
- Land Use Map
- Six (6) perspectives

Fig. 23a Strata Plan

EXHIBIT A
PAGE 45




LVL 02 +20.0'

Retail / 232,561 sf
Commercial 16,500 sf
Hotel 34,692 sf

Parking 316 cars

Fig. 23c Strata Plan - Level 2




LVL 01 ±0.0

Retail / 227,696 sf
Commercial 7,500 sf
Hotel 13,421 sf

Parking 316 cars

Fig. 23b Strata Plan - Level 1

(The Strata Plan provides for 2,100 parking spaces in 2 levels of subterranean parking)

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 46 of 98
Order: doc Comment:

EXHIBIT A
PAGE 46



LVL 04 +50.0'

Hotel        17,050 sf
Commercial    16,500 sf
Residential  151,700 sf

Fig. 23e Strata Plan - Level 4 to 9

LVL 03 +40.0'

Office        18,300 sf
Commercial    15,500 sf
Residential   56,350 sf
Parking       339 cars

Fig. 23d Strata Plan - Level 3



Fig. 23g Strata Axonometric with Land Use

Fig. 23h Aerial view of Strata from Brenner Avenue and Melrose Street

Fig. 23f Aerial view of Strata from Beach Boulevard and Orangethorpe Avenue



Fig. 23j View of central open space facing retail and residential towers beyond



Fig. 23k View of internal street and central open space with residential towers beyond



Fig. 23i View of Strata toward residential towers



Fig. 23l View of commercial retail and residential towers as seen from Melrose Avenue

*Alternative Design #3 - Wedge: pedestrian Scheme*

The Wedge: inspired by Italian Hill towns, engages the pedestrian from the street level at Beach Blvd, through the retail center, up to the residential gardens and towers beyond, allowing visibility from the street. Meandering paths that converge at active public spaces, organized within a main-street spine, crisscross the retail center. Encompassing the retail center is a semi-circle of mid-rise residential and hotel uses. Set beyond, are the residential towers, such is set within a unique landscape. From the street to the towers, the entire project is overlapped with a lushly planted landscape.

List of associated graphics:

- Site Plan
- Four (4) Lease Plans
- Land Use Axon
- Six (6) perspectives

**Fig. 24a Wedge Plan**



EXHIBIT A
PAGE 50



LVL 02 + 20.0'

■ Retail           123,400 sf
■ Hotel            16,100 sf
□ Residential 1    68,300 sf
□ Parking          890 cars

Fig. 24c Wedge Plan - Level 2

LVL 01 ± 0.0

■ Retail           75,200 sf
■ Hotel            24,200 sf
■ Theater          58,600 sf
□ Residential 1    75,400 sf
□ Parking          1,270 cars

Fig. 24b Wedge Plan - Level 1
(The Wedge Plan provides for 960 parking spaces in 1 level of subterraneum parking)

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 51 of 98
Order: doc Comment:




LVL. 04 + 60.0′ & above

| | | |
|---|---|---|
| Hotel | 113,900 sf |
| Residential 2 | 83,100 sf |
| Residential 3 | 155,100 sf |
| Residential 4 | 85,600 sf |
| Residential 5 | 74,200 sf |
| Residential 6 | 64,600 sf |

Fig. 24e Wedge Plan - Level 4 and above




LVL. 03 + 40.0′

| | | |
|---|---|---|
| Retail | 109,700 sf |
| Hotel | 24,850 sf |
| Theater | 21,400 sf |
| Residential 1 | 52,300 sf |
| Residential 2 | 24,000 sf |
| Parking | 430 cars |

Fig. 24d Wedge Plan - Level 3

EXHIBIT A
PAGE 52



Fig. 24g Wedge Axonometric with Land Use

Fig. 24f Aerial view of Wedge scheme from Beach Boulevard and Orangethorpe Avenue

Fig. 24h Aerial view of Strata from Brenner Avenue



Fig. 24i View of ramps and axial alleyways framed by buildings



Fig. 24k View of varying levels of connecting public plazas



Fig. 24i View of axial path and curved building



Fig. 25 Guiding Principles Diagrams

# CHAPTER 4
## Guiding Principles

To ensure appropriate development of this site, the following guiding principles are established (Figure 25 Guiding Principles Diagrams).

1. Reinforce intersection at Beach and Orangethorpe as an Identity/Opportunity.

2. Reinforce Beach Boulevard as a unique linear streetscape connecting to the Civic Center and the Entertainment Corridor.

3. Break down the block to create a variety of streets and/or pedestrian ways to enhance the retail experience while preserving a vibrant neighborhood.

4. Provide focal interest.

5. Maximize retail fronts at the street level experience.

6. Maximize visual access.

7. Direct access from Beach Boulevard and Orangethorpe Avenue.

8. Create residential entry at the street level.

9. Create places for people to gather on and above the street level.





# CHAPTER 5
## Character Images

The following pages include character images and descriptions that capture the essence of the various places within the proposed development:

- The Gateway
- Urban Lounge
- Promenade
- Strata
- Beach Boulevard Parkway
- Park Lane
- Rooftop Experience
- Neighborhood Edge



### Gateway

The corner of Beach Boulevard and Orangethorpe Avenue offers a unique "Identity Opportunity" at the northern tip of the Entertainment Corridor of Buena Park. The opportunity may be expressed as a "Framed Gateway" creating a view into the development from a heavily travelled intersection. The frame should be expressed with striking architectural features creating a space that is inviting as well as iconic.

Reinforce intersection

Perspective of Buildings of Main Entry

EXHIBIT A

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 59 of 98
Order: doc Comment:







## Urban Lounge

The ideas should be a vibrant and unique gathering space that incorporates innovative areas of interest and enhanced lighting, materials, textures, street furniture, performance spaces, water features, and other site amenities. Storefronts and facades should encompass a direct quality and character and provide an experiential frontage.







*Experiential*

# Urban Lounge

*Engage*

*Innovative*



Credit: EDAW, Inc. in collaboration with Salmona Associates



Provide local interest



Perspective at the Urban Lounge

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 61 of 98
Order: doc Comment:

EXHIBIT A
PAGE 61




### Promenade

The Promenade comprises the prime retail experience. This curved street unveils incrementally and connects a variety of spaces throughout the development. Shops, restaurants, residential towers and parking access this street to create a lively and richly detailed amenity for the development. Street width variation incorporating cars and people creates interest through expansion and contraction.

- Continuous Space
- Multi-Faceted
- Highly Detailed




Maximize street level retail




Description: Orange,CA Document - Year.DocID 2008.537057 Page: 62 of 98
Order: doc Comment:





**Strata**

The strata is a retail street that forms an active and dense shopping experience filled with boutique stores and restaurants located off of Beach Boulevard.

- Engaging
- Stimulating
- Exciting

Direct access from arterial roads

Perspective at the Strata



**Beach Boulevard Parkway**

The design of the Boulevard creates a specialized and evolving environment at a pedestrian scale as a unique and distinct experience, expressed physically in various ways.

- Articulation/Details/Forms/Textures
- Visual Presence
- Landforms/Sculpted Space
- Softscape/Hardscape Contrast
- Varying Setback
- Hierarchical Landscape Forms
- Public Art
- Decorative Sidewalks

Beach Blvd parkway

Beach Boulevard as parkway

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 66 of 98
Order: doc Comment:

Perspective at Beach Boulevard

EXHIBIT A
PAGE 67



The Park Lane provides the unique experience of pedestrian pathways, passages and/or patios with rich details including diverse textures and materials. The pathways act as markers by day and cafes at night, offering intimate and social experiences that provide a wide variety of places for people to discover and linger.

- Details
- Warm
- Friendly

Park Lane

Intimate

Diverse

Safe

Break down the block

Guiding Principles

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 68 of 98
Order: doc Comment:





# Rooftop Experience

**Rooftop Experience**

Rooftops of the building structures take advantage of opportunities to provide views with a wide variety of unique spaces serving as programmed platforms in the air. From semi-private to semi-public, the rooftops incorporate dining, nightlife, sculpture gardens, outdoor movies, and other creative features to take advantage of the unique environment.

- Enlightening
- Invigorating
- Attractive
- Intriguing





Maximize visual access    Multi-level gathering spaces





Description: Orange,CA Document - Year.DocID 2008.537057 Page: 70 of 98
Order: doc Comment:





**Neighborhood Edge**

The buildings facing existing residential streets are designed to create a pedestrian-friendly environment for customers, clients, guests, and neighbors. To make the scale of the buildings hospitable, buildings facing streets shall be set back and/or treated to reduce the scale, massing and height. The street should be well-landscaped with ample sidewalk width to accommodate walking, outdoor seating and awnings. Entry to parking and service entrances should be designed to ensure pedestrian safety and continuous building façade.

- Strolling
- Inviting
- Neighborhood-oriented

Provide entry at street level

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 72 of 98
Order: doc Comment:



# CHAPTER 6 Grading Plan

The development site is a relatively flat area at 77 feet above mean sea level (MSL) with 80 feet above MSL at its highest point, the center of the development site (Figure 26 Illustrative Grading Plan). Refer to Chapter 10 Development Standards for grading standards and objectives.

Fig. 26 Illustrative Grading Plan

FF = Finished Floor
TC = Top of Curb



# CHAPTER 7
# Circulation Plan

## Circulation and Public Transportation

The proposed development is served by Orange County Transportation Agency (OCTA) Bus Number 29, which travels north and south along Beach Boulevard, OCTA Bus Number 30, which travels east and west along Orangethorpe Avenue, and Los Angeles County Metro Bus Number 260, which travels between Los Angeles and Orange County. Bus rapid transportation is also planned along Beach Boulevard with a station located at the intersection of Beach and Orangethorpe. The City is also planning a local bus to connect the Buena Park Metrolink station to City Hall located two blocks north of the development site.

## Circulation Plan Goals

The Circulation plan aims to achieve the following goals:

1. Provide an urban retail experience.
2. Create retail circulation that avoids inactive space.
3. Design circulation around public spaces.
4. Provide appealing pedestrian-only experiences to encourage and enhance the walking experience through the use of parkways, plazas and lanes.
5. Allow vehicular access and street address, where possible, to retail frontages and residential entry points.

## Entry Points

Figures 24 and 25 Circulation Plans represent potential locations for access and parking. Development plans may provide for access from Beach Boulevard, Orangethorpe Avenue, Melrose Street, and Brenner Avenue.

## Internal Circulation

### Phasing

Phase I introduces several new streets to provide vehicular and pedestrian connection from Beach Boulevard and Orangethorpe Avenue. Park Lane is a two-lane street that travels north and south and connects drivers and pedestrians from Orangethorpe Avenue to the Urban Lounge where it meets the curve of Promenade. North of the Urban Lounge, Park Lane turns into a pedestrian-only street. The Strata is a two-lane, east-west street with minimum 15-foot wide sidewalks. In Phase 1, a temporary north-south street provides ingress and egress from the Strata to Melrose Street, and Promenade terminates at the Strata.

In Phase 2, Promenade extends past the Strata to Melrose Street, functions as a wider street to accommodate larger retail spaces. The street accommodates vehicular traffic and includes wide sidewalks. The temporary street will be replaced with buildings in Phase 2. The area where Park Lane meets Promenade is the Urban Lounge, where visitors can be dropped off.

A valet drop off area located off of Park Lane near Orangethorpe Avenue services the hotel. Shoppers and visitors access parking from Melrose Street, and service vehicles access service entrances from Brenner Avenue.

See Chapter X Development Standards and Objectives for circulation standards and objectives.

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 75 of 98
Order: doc Comment:

EXHIBIT A
PAGE 75



Fig. 27 Illustrative Circulation Plan - Phase 1

The illustrative circulation plan shown in Figure 27 and 28 shows vehicular circulation to convey the intended detail for actual development plans. Actual circulation may differ from the illustrative circulation plans

Phase 1 Boundary
Arterial Road
Existing Local Road
On-Street Parallel Parking
New Interior Road
Pedestrian Only Street
Service Entrance
Parking Entrance
Valet Drop-Off
Parking
Bus Stop

0   50   100   200 ft



Fig. 28 Illustrative Circulation Plan – Phase 2

Phase 2 Boundary

Arterial Road

Existing Local Road

On-Street Parallel Parking

New Interior Road

Pedestrian Only Street

Service Entrance

Parking Entrance

Valet Drop-Off

Parking

Bus Stop

0    50    100    200 ft

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 77 of 98
Order: doc Comment:

EXHIBIT A
PAGE 77

# CHAPTER 8
# Infrastructure and Public Facilities Plan

## Wet Utilities

The proposed development will require new water, sewer, and drainage lines as shown in Figure 29 Utilities Plan.

## Sewer Drainage Infrastructure

The sewer infrastructure section is derived from Sewer Drainage Report for Beach and Orangethorpe Mixed Use Development Project prepared by Psomas dated May 6, 2008.

The following measures are anticipated to accommodate the sewage generated by the development:

- Sewage will be discharged from the site to the existing 39" sewer trunk line in Orangethorpe Avenue.

- An existing 6-inch lateral which currently connects to a 72-inch manhole in Orangethorpe will need to be replaced with a 12-inch lateral. On site 8-inch and 10-inch sewer mains will be constructed to convey the discharge from the site to the 12" lateral.

## Storm Drainage Infrastructure

The storm drainage infrastructure section is derived from Storm Drainage Report for Beach and Orangethorpe Mixed Use Development Project prepared by Psomas dated June 26, 2008. Construction of the proposed project will include the following improvements to the storm drain facilities located in Beach Boulevard to provide protection from flooding for 25-year frequency storms and to comply with the City of Buena Park 25-year storm requirements:

- With city and county approval, construction of bioswales in landscaped areas and porous pavers in hardscaped areas located away from underground parking structures.

- With city and county approval, installation of storm water management structure to detain and treat fine storm runoff allowing it to discharge at a slower rate and minimize the impact to county facilities.

- Construction of various storm drain and inlet structures on site to minimize and/or eliminate trash, oils, and sediments from entering the Fullerton Creek Channel.

- Half-width street improvements for Beach Boulevard from Orangethorpe Avenue to Melrose Street will include pavement rehabilitation, curb and gutter replacement, sidewalk, and upgrading landscaping and irrigation.

- Reconstruction of existing storm drain facilities from 18- to 27-inch in diameter to 27- to 54- inch reinforced concrete pipes.

- Replacement of existing grate inlets for curb opening curb basins.

- Provision of new on-site storm drain pipes to convey line drainage to the main system in Beach Boulevard to add additional capacity for 25-year storm events. Increase 18-inch corrugated metal pipe at intersection of Melrose Street and Bremer Avenue to 24-inch pipes.

- Reconstructing the storm drain facilities in Beach Boulevard from Orangethorpe Avenue to the existing right-of-way (along Beach Boulevard) will be designed in accordance with the latest edition of the Caltrans Water Quality Handbook and Storm Water Quality Handbook Design Guide.

Creek Channel, assuming a replace in place option is utilized, with no utility conflicts. The new storm drain would be steeper than the existing allowing adjacent and tributary storm drain mains and laterals to be reconnected to the new storm drain. Coordination and permits will be obtained from Caltrans and Orange County Flood Control. A detailed schedule for design, permitting and construction needs to be prepared and evaluated to assess cost and impact to the community.

In the event of a storm with a frequency greater than the 10-year, 25-year, and 100-year or greater design frequency, the site should be designed to drain overland onto Beach Boulevard, thus ensuring that drainage will flow toward the Fullerton Creek Channel as a secondary flow outlet.

The above improvements as a result of the proposed development will not only benefit the development but the surrounding community by reducing existing, frequent storm drain main line within Beach Boulevard from Orangethorpe Avenue to Fullerton Creek Channel without changing current drainage pattern and boundaries.

## Water Quality

The following water quality measures are derived from the Preliminary Water Quality Management Plan (WQMP)

Beach and Orangethorpe Mixed Use Development Project dated June 27, 2008. The proposed development will also comply to the revised WQMP as they are available.

To ensure minimal impact to water quality of receiving water bodies, the following measures will be implemented prior to, during, and post construction:

- During construction and post-construction, the proposed development will comply with National Pollutant Discharge Elimination System (NPDES) and Drainage Area Master Plan (DAMP) requirements by incorporating best construction best management practice options presented in the Water Quality Management Plan (WQMP) which are intended to reduce pollutant loads to the maximum extent practicable.

- Before the construction phase of the development, a Storm Water Pollution Prevention Plan (SWPPP) will be prepared that uses construction best management practices to reduce pollutant loads during the construction phases and states the type, location, and quantity of best management practices to be used. Best management practices used within Caltrans right-of-way (along Beach Boulevard) will be designed in accordance with the latest edition of the Caltrans Water Quality Handbook and Storm Water Quality Handbook Design Guide.

- In Caltrans right-of-way, construction related best management practices such as but not limited to sandbags and silt fences will be used.

- Dewatering shall be required during and post construction.

- Construction dewatering shall be treated prior to discharge into the local storm drains.

- Dewatering from post-construction shall be collected through a subdrain system around the perimeter of the structure, collected in a sump dedicated for ground water only and may be discharged directly to the storm drain.

- Water within the structure that comes from the floor slabs or other parts of the interior portion of the structure may not be combined with the ground water and will be directed to a separate sump to be treated prior to discharging into the storm drain or sanitary sewer depending on permitting agency's requirements.

To accommodate the additional water demand the following water facilities improvements are anticipated:

- Construction of 12-inch water pipelines along Bremer

Avenue and Melrose Street for fire protection.

- Provision of 12-inch pipelines within the development site as required for fire protection.

## Dry Utilities

Refer to Figure 29 Utilities Plan for dry utility locations.

### Southern California Edison

Southern California Edison Company (SCE) is the local provider of electricity within the area of the development site. SCE has existing distribution facilities within the Project's boundary roadways, and the anticipated electric loads of the Project are within the parameters of the projected load growth which SCE is planning to meet in this area during the decade of the 2000's. Service would be provided in accordance with SCE's rules and tariffs on file with the California Public Utilities Commission.

The proposed development may require the following modifications and/or improvements:

- Termination and removal of existing on-site, cancelled, service facilities.

- Relocation, conversion and/or protection in place of existing on-site distribution facilities servicing the existing residential areas along Melrose Street and Bremer Avenue, currently routed along the rear yards, prior to grading.

- Relocation and/or adjustment of existing substructure systems on the east side of Beach Boulevard prior to, or during, the grading operation. Utility work conducted on Beach Boulevard may require permitting through Caltrans.

- Relocation, conversion or aerial street light facilities, and/or addition of street lights along Beach Boulevard, Melrose, Street, Bremer Avenue and Orangethorpe Avenue.

- New business extension(s) from existing facilities on the west side of Beach Boulevard and/or Orangethorpe Avenue. This would include the placement of underground conduit and substructures in order to service the development site.

- New business extensions within the development site may consist of a single voltage underground system in order to maintain adequate system integrity, may utilize multiple source connections. The new mainline system(s) on-site would likely be dual



Fig. 29 Illustrative Utilities Plan

existing distribution facilities in Beach Boulevard, Orangethorpe Avenue, Melrose Street and/or Brenner Avenue

### Southern California Gas Company

Southern California Gas Company (The Gas Company) is the local provider of natural gas within the area of the development site. The Gas Company has existing gas mains and capacity in various locations within the roadways surrounding the Project location. The availability of natural gas service is based on the conditions of gas supply and regulatory agencies. Service would be extended in accordance with The Gas Company's policies and extension rules on file with the California Public Utilities Commission.

The proposed development may require the following modifications and/or improvements:

- Termination and removal of existing on-site, cancelled, service pipe and meter(s).
- Relocation of existing main(s) determined to be in conflict with proposed site improvements, i.e. storm drain facilities, sewer connections, light standards, trees and other landscape bordering the development site. Natural gas mains in a road right-of-way are typically relocated to a new position within the road right-of-way.
- New business main extensions within the development site may consist of a looped system. The Gas Company, in order to maintain adequate pressure and volume may utilize multiple source connections. The new mains on-site would be connected to existing mains in Beach Boulevard, Orangethorpe Avenue, Melrose Street and Brenner Avenue.

### Time Warner Cable

Time Warner Cable, Inc. (TWC) is the local provider of cable television, including high speed internet access and telecommunications within the area of the development site. TWC has existing underground distribution and trunk facilities along the east side of Beach Boulevard, and the south side of Orangethorpe Avenue.

Additionally, TWC has aerial facilities within the Project's boundary current servicing, from the rear yards, the residential area along Brenner Avenue and Melrose Street. TWC has stated that the existing substructure and facilities has the capability to support the increase in demand.

The proposed development may require the following

modifications and/or improvements:

- Termination and removal of existing on-site, cancelled, service cable.
- Relocation, conversion and/or protection in place of existing on-site distribution facilities servicing the existing residential areas along Melrose Street and Brenner Avenue, currently routed along the rear yards, prior to grading.
- New business extension(s) from existing facilities on the east side of Beach Boulevard and/or south side of Orangethorpe Avenue. This would include the placement of underground conduit and substructures in order to service the development site. TWC will provide the conduit and overall system construction for new business extensions on-site.

### AT&T

AT&T is the local provider of telephone, including high speed internet access and video within the area of the development site. AT&T has existing underground distribution facilities along the west side of Beach Boulevard and the south side of Orangethorpe Avenue. Additionally, AT&T has aerial facilities within the Project's boundary current servicing, from the rear yards, the residential area along Brenner Avenue and Melrose Street. AT&T has stated that the existing substructure has the capability to support the increase in demand. The added capacity may require equipment changes for increasing capacity to the AT&T Central Office for the area. These modifications are standard with proposed growth of this type.

The proposed development may require the following modifications and/or improvements:

- Termination and removal of existing on-site, cancelled, service cable.
- Relocation, conversion and/or protection in place of existing on-site distribution facilities servicing the existing residential areas along Melrose Street and Brenner Avenue, currently routed along the rear yards, prior to grading.
- New business extension(s) from existing facilities on the west side of Beach Boulevard and/or south side of Orangethorpe Avenue. This would include the placement of underground conduit and substructures in order to service the development site.



◄ Provide parking structures with interesting façade design, clear signage, and circulation that ensures safety to users. (Policy C12)

EXHIBIT A
PAGE 80

# CHAPTER 9 Development Objectives and Standards

Development objectives and standards establish the design and development intent of the proposed development. Refer to Figures 8 to 10, Illustrative Land Use Plans and Phase numbers and Figure 27a Illustrative Open Space Plan for potential landscape and softscape locations. Development standards are mandatory items that are required and objectives state the development or design intent that may be met through various measures.

## Site Design



▸▸ Provide unique signage and storefront design (ST-7)

| No. | Phase | Site Design Standards |
|---|---|---|
| ST-1 | 1, 2 | Retained single-family residences may remain as legal conforming uses and enjoy all the rights, privileges, and requirements of the Buena Park Zoning Code RS-6 (Single-Family Residential) zone criteria. |
| ST-2 | 1, 2 | Buildings located within 50 feet of single-family residential property shall be limited to 15-foot minimum height limit. Buildings located at a distance greater than 50 feet from single-family residential property shall be limited to 50-foot height plus 1 additional vertical foot for every horizontal foot separation from single-family residential property (1:1 slope). |
| ST-3 | 1, 2 | Five-acre minimum lot size to qualify for development density greater than RS-6 (Single-Family Residential up to six units per acre). |
| ST-4 | 1, 2 | No buildings developed within the Beach and Orangethorpe Mixed Use Specific Plan area will be allowed to penetrate the FAA FAR Part 77 imaginary surfaces for Fullerton Municipal Airport. |
| ST-5 | 1, 2 | A minimum of 350,000 square feet of open area amenities as rooftop gardens (private or public), outdoor eating, observation decks, water elements, art, and a variety of other enhancements and entertainment-oriented activities. |
| ST-6 | 1, 2 | Vehicular entrances to parking located along Brenner Avenue and Melrose Street and service, loading, and staging areas must be designed to minimize negative impacts to surrounding uses. |
| ST-7 | 1, 2 | Elevations facing street-level residential uses must have unique and interesting façades and signage, and neighborhood-oriented retail uses. |
| ST-8 | 1, 2 | Residential and commercial uses are permitted. Permitted commercial uses include those allowed in Commercial General (CG), Community Shopping (CS), and Office (CO) zones (See Section Table 19.512.010 of the Zoning Code). Conditional uses as well as any use requiring an Alcoholic Beverage Control license will be considered via the interdepartmental Review process, to include appropriate conditions of approval. |

| No. | Phase | Site Design Standards |
|---|---|---|
| ST-9 | 1, 2 | Continuous retail façades with zero setback and storefronts of 25 to 30 feet width to create a dense shopping environment. Storefront walls may exceed 25 to 30 foot width with incorporation of transparency, visual interest, additional entrances, and landscaping. |

| No. | Phase | Site Design Objectives |
|---|---|---|
| OB-1 | 1 | Enhanced gateway entries to frame views into the retail and pedestrian areas. |
| OB-2 | 1 | Hierarchy of massing and architecture to emphasize main pedestrian entrances. |
| OB-3 | 1 | "Natural access control" by designing clear entry points. |
| OB-4 | 1, 2 | Define private and public spaces with design and programs. |
| OB-5 | 1, 2 | Buildings and activities must be placed to maximize visibility and promote social interaction. |
| OB-6 | 1, 2 | Varied building setback along Beach Boulevard. |
| OB-7 | 1, 2 | Vary size and design of public spaces from larger open spaces to quieter intimate areas. |
| OB-8 | 1, 2 | Ensure wide sidewalks to allow adequate area for street furniture. |
| OB-9 | 1, 2 | Ensure easy access from ground-floor public spaces and second-level with well-lit stairs or escalators. |
| OB-10 | 1, 2 | Provide interactive outdoor fountains or artwork at public plazas. |
| OB-11 | 1, 2 | Public access to multiple levels of retail. |
| OB-12 | 1, 2 | Opportunities for outdoor activities along pedestrian walkways. |

## Building Design

| No. | Phase | Development Objectives |
|---|---|---|
| OB-13 | 1, 2 | Residential towers above retail platforms. |
| OB-14 | 2 | Storefronts along the Promenade with retail south of the Strata with transition to design and scale of uses matching development north of the Strata. |
| OB-15 | 1, 2 | Building elevation and massing with consideration of the view of the backdrop as seen from the roof gardens, vehicles along streets, and at street level as pedestrians. |
| OB-16 | 1, 2 | Mix of uses to encourage daytime and nighttime activities. |
| OB-17 | 1, 2 | Transparent materials at storefronts to allow visibility into/through buildings. |
| OB-18 | 1 | Pedestrian bridges to connect second-level outdoor spaces among buildings to enhance circulation and connect uses. |
| OB-19 | 1 | Design façades and storefronts to accommodate outdoor gathering and eating space. |
| OB-20 | 1 | Landmark/iconic towers and building design as viewed from the I-5 and SR-91 Freeways, Beach Boulevard, and Orangethorpe Avenue. |
| OB-21 | 1, 2 | Integrate residential tower entrances with parking and with retail areas. |
| OB-22 | 1 | Modern, creative, multi-located, and unique building design. |
| OB-23 | 1, 2 | Beach Boulevard building design to accommodate future streetscape improvements to Beach Boulevard per Caltrans and City approval. |
| OB-24 | 1 | Buildings with enhanced design on all sides. |
| OB-25 | 1, 2 | Design dramatic building features to define entry gateways and public access as well as to emphasize pathways and second-story building entrances. |



▶ Vary size and design of public spaces from larger open intimate areas. (OB-7)

▶ Ensure wide sidewalks to allow adequate area for street furniture. (OB-8)

▶ Ensure easy access from ground-floor public spaces and second-level with well-lit stairs or escalators. (OB-9)

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 82 of 98
Order: doc Comment:



Fig. 30a Illustrative Open Space Plan

The illustrative open space plan shows potential layout of public and private hardscape, softscape, landscape, and pool areas. The open space plan shows the design intent for a wide variety of uses of rooftop spaces at various levels, including outdoor gardens, pool and water features, art, and gathering areas.

Actual open space and landscape design may differ from illustrative plan

Softscape (semi-public)

Softscape (private)

Trees

Pool Area

Hardscape Area (semi-public)

Hardscape Area (public)

Softscape (public)

Fig. 30b Illustrative Open Space Plan – Area

Figure 30b Illustrative Open Space Plan – Area shows an estimated calculation and distribution of open space amenities throughout the development.

a = 7,500 sf
b = 12,800 sf
c = 40,400 sf
d = 19,700 sf
e = 32,100 sf
f = 18,700 sf
g = 16,200 sf
h = 10,400 sf
i = 30,700 sf
j = 37,600 sf
k = 24,900 sf
l = 28,000 sf
m = 50,000 sf
n = 13,200 sf
o = 18,700 sf
p = 14,200 sf
q = 17,200 sf

Total = 392,600 sf

Credit: EDAW, Inc. in collaboration with Behrens Associates

Open Space



→ Ensure a rich outdoor environment through the ample use of a wide range of site-specific plants. (OB-33)

| No. | Phase | Open Space Standards |
|---|---|---|
| ST-10 | 1 | Provide Public plazas, terraces, and garden areas with focal points including water elements, performance areas, and public art. |
| ST-11 | 1 | Variety of public art, water features, iconic sculpture to emphasize the Urban Lounge as the focal point and transom space into an outdoor gallery. |
| ST-12 | 1 | Significant main entrances at Beech Boulevard and Orangethorpe Avenue with public art, lighting, and gateway architecture. Entry plazas with enhanced hardscape design and public art. |
| ST-13 | 1, 2 | Groupings of trees, hierarchy of planting, and street furniture to promote outdoor dining and socializing. |
| ST-14 | 1, 2 | Detailed streetscapes including abundant street trees, raised planters, ample outdoor seating, street furniture, enhanced lighting, and other amenities. |
| ST-15 | 1, 2 | Provide 50 sf of residential provide open space per dwelling unit |
| ST-16 | 1, 2 | Provide 350 sf of residential open area amenities per dwelling unit.  If no residential units are developed, provide a total of 350,000 sf of open area amenities.  Open area amenities may include active and passive recreation uses and amenities (both indoors and outdoors), including, but not limited to, swimming pools, spa/jacuzzi, barbecue and food preparation areas, landscape and turf areas, play equipment and toilet areas, gardens (public or private), event spaces, outdoor classrooms. |
| ST-17 | 1, 2 | Private usable open space shall have a minimum dimension on any side of 5 feet. |
| ST-18 | 1, 2 | Open area amenities may be divided into more than one area; however, each area shall be a minimum of 500 square feet, with no dimension on any side of less than 20 feet. |
| ST-19 | 1, 2 | Provide active play areas such as playgrounds or interactive water spaces appropriate for children. |

| No. | Phase | Open Space Standards |
|---|---|---|
| OB-26 | 1, 2 | Wide sidewalk and well-landscaped, tree-lined streets with shade and seating areas. |
| OB-27 | 1, 2 | Exemplary landscaped street edge that complements other Beech Boulevard improvements. |
| OB-28 | 1, 2 | Ample outdoor seating surrounded by landscaping at observation deck/overlook areas. |
| OB-29 | 1 | Unique, framed views with public art and architectural elements at observation decks. |
| OB-30 | 1 | Street furniture to encourage gathering and outdoor eating. |
| OB-31 | 1, 2 | Enhanced nighttime signage and landscaping with lighting. |
| OB-32 | 1 | Unique overlook opportunities at second-level public areas to observe activities at ground-level. |
| OB-33 | 1, 2 | Ensure a rich outdoor environment through the ample use of a wide range of site-specific plants. |
| OB-34 | 1, 2 | Provide moveable street furniture such as above-ground planters and stools. |

## Landscape and Hardscape

| No. | Phase | Landscape and Hardscape Standards |
|---|---|---|
| ST-20 | 1 | Ornamental trees (typically 25 feet on center). |
| ST-21 | 1, 2 | Provide street trees, lush landscaping, seating, and other amenities to enhance the pedestrian experience. |
| ST-22 | 1, 2 | Street trees (minimum 40 feet on center) with frequent secondary tree clusters/ groupings. |
| ST-23 | | Bike stations at entry plazas and other strategic locations. |

| No. | Phase | Landscape and Hardscape Objectives |
|---|---|---|
| OB-35 | 1 | Differentiating and vary landscape material at entry plazas, interior plazas, and at roof gardens. |
| OB-36 | 1, 2 | Decorative benches, kiosks, and trash receptacles throughout the development. |
| OB-37 | 1, 2 | Prior to construction of future buildings, provide landscape, trees, wall graphics, or other methods to screen vacant land and construction sites. |
| OB-38 | 1, 2 | Maintain active storefronts and continuous, uninterrupted façades. Vacant storefronts shall include specialized graphics. |
| OB-39 | 1, 2 | Landscaping or environmental graphic to cover vacant land for future phase(s). |
| OB-40 | 1, 2 | Incorporate environmental graphics into hardscape design. |
| OB-41 | 1 | Decorative bus shelters on Beach Boulevard and Orangethorpe Avenue. |
| OB-42 | 1, 2 | Explore landscape median along Orangethorpe Avenue. |

## Lighting

| No. | Phase | Lighting Standards |
|---|---|---|
| ST-24 | 1, 2 | Lighting to create an attractive nighttime environment including:<br><br>• Provide a comprehensive lighting plan<br>• Focal lighting at primary areas<br>• Coherent and unifying lighting elements along Beach Boulevard and Orangethorpe Avenue.<br>• District lighting at entry plazas.<br>• Hierarchy of lighting to include site-specific overhead and ambient lighting for pedestrians and vehicles.<br>• Lighting for outdoor events and for outdoor eating areas and gardens.<br>• Prevent light spillover to adjacent residential areas. |

| No. | Phase | Lighting Objectives |
|---|---|---|
| OB-43 | 1, 2 | Accentuate focal points through the use of lit billboards or other exterior lighting elements. |
| OB-44 | 1, 2 | Parking structure lighting to provide an enhanced walking and driving environment, with structure lighting screened from surrounding uses. |
| OB-45 | 1, 2 | Enhance nighttime experience by providing abundant exterior lighting. Integrate and match public furniture and lighting design with building architecture and landscape. Incorporate lighting into street furniture where feasible. |

▶ Vary hardscape materials at public gathering areas including plazas and roof gardens. (OB-35)

▶ Provide street trees and lush landscaping to enhance the pedestrian experience. (ST-21)



EXHIBIT A
PAGE 85



▲ Incorporate environmental
graphics into hardscape
design. (OR-40)

▶ Design an engaging
and enhanced
nightime environment
by incorporating
lighting into street
furniture and
landscaping. (OR-45)

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 86 of 98
Order: doc Comment:

*Structures and Uses, Appurtenances, and Signage*





▲ **Building façade.** Vary building façade design including diverse enhanced textures and materials while achieving coherence through complementary building setbacks, storefront width, and transparent storefront design. (ST-28)



▲ **Identification signs.** Building identification signs incorporated into architecture. (OB-50)

▲ **Wall graphics.** Incorporate pedestrian signs in walls and architectural details. (ST-27)

| No. | Phase | Structures and Uses, Appurtenances, and Signage Standards |
|---|---|---|
| ST-25 | 1, 2 | Ground-mounted mechanical equipment screened from public view, obscured by landscape, or enclosed within building(s). |
| ST-26 | 1, 2 | Utility connections to coordinate with architectural elements of building(s) so as not to be exposed. |
| ST-27 | 1, 2 | Incorporate pedestrian signs in walls and architectural details. |
| ST-28 | 1, 2 | Vary building façade design including diverse enhanced textures and materials while achieving coherence through complementary building setbacks, storefront width, and transparent storefront design. |
| ST-29 | 1, 2 | Lighted billboards on face of buildings or freestanding shall not project excess light into adjacent residential areas. |

| No. | Phase | Structures and Uses, Appurtenances, and Signage Objectives |
|---|---|---|
| OB-46 | 1, 2 | Gateway signage along Beach Boulevard to announce entry into Entertainment Corridor |
| OB-47 | 1, 2 | Pedestrian-scaled maps for site navigation. |
| OB-48 | 1, 2 | Signage appropriate to pedestrians throughout the development. |
| OB-49 | 1, 2 | District, modern, integrated store signage complementing storefront design and lighting. |
| OB-50 | 1, 2 | Building identification signs incorporated into architecture. |

Enhance night-time experience by providing abundant exterior lighting. Match public furniture and lighting design with building architecture. (OS-45)





► Design dramatic building features to define entry pathways and public spaces as well as to emphasize pathways and second-story building entrances. (OB-25)

► Enhance nighttime retail environment with lighting that is integrated with architecture and landscape. (OB-45)

► Provide interactive outdoor fountains or artwork at public plazas. (ST-19)

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 89 of 98
Order: doc Comment:

## Circulation

| No. | Phase | Location | Circulation Standards |
|---|---|---|---|
| **Streets** | | | |
| ST-30 | 1, 2 | Arterial Roads | Provide vehicular entrances off of arterial roads. |
| ST-31 | 1 | Pedestrian Plazas and Pedestrian-only Streets | Periodically allow pedestrian-only activities such as farmers markets, festivals, and performances. |
| ST-32 | 1, 2 | Main Interior Street | Provide two-lane street with on-street parking and wider (typically 20 ft wide) sidewalks on both sides for outdoor eating space, planters, trees, and lighting. |
| ST-33 | 1, 2 | Off of Beach Boulevard and Orangethorpe Avenue | Provide drop-off lanes near plazas. |
| ST-34 | 1, 2 | Secondary Retail Street | Provide two-lane street with on-street parking and sidewalks (typically 15 ft wide) on both sides. |
| ST-35 | 1 | Pedestrian-only Streets | Partially cover pedestrian-only streets and allow outdoor dining and food vendors. |
| ST-36 | 1 | Pedestrian-only Streets | Provide pedestrian-only lanes (typically 40 ft wide). |
| ST-37 | 1 | Interior Street from Orangethorpe Avenue | Provide a two-lane street with on-street parking and sidewalks (typically 15 ft wide) on both sides. |
| ST-38 | 1 | Interior Street from Melrose Street | During phase 1, provide a two-lane temporary street to connect existing Melrose Street to new interior streets within the development. |
| ST-39 | 2 | Main Retail Street | During phase 2, connect new main retail streets to both existing residential streets. |
| **Parking** | | | |
| ST-40 | 1, 2 | All | Provide subterranean and above-grade parking with interesting facade design, clear signage, and circulation to ensure safety. |
| ST-41 | 1, 2 | All | Provide separate parking entrances to retail, office, and residential uses where possible. |
| ST-42 | 1, 2 | All | Perform a parking study to analyze and meet parking needs of the mixed use development. Maximize shared use opportunity. |
| **Pedestrian** | | | |
| ST-43 | 1, 2 | Pedestrian paths from parking structures | Enhance lighting and lot design to maximize visibility. |
| ST-44 | 1, 2 | Entry plazas, sidewalks, and connection from residential, retail, and public space areas | Provide special pavement materials/textures to differentiate pedestrian areas. |

Note: Refer to Figure 24 and 25 Illustrative Circulation Plan for street location and Figure 8 Illustrative Land Use Plan Overall for phase location.

## Grading

| No. | Phase | Grading Standards |
|---|---|---|
| ST-45 | 1, 2 | All driveway entrances shall match existing roadway grades along Beach Boulevard, Melrose Street, Brenner Avenue, and Orangethorpe Avenue. |
| ST-46 | 1, 2 | All sidewalks shall be provided at a maximum 2% slope to meet ADA-compliance and to allow drainage flow. |
| ST-47 | 1, 2 | All grading activities shall comply with standard city grading regulations of the Buena Park Municipal Code. |
| ST-48 | 1, 2 | The slope from the corner of Beach Boulevard and Orangethorpe Avenue shall slope up-ring the development at 2 percent to provide a gentle upward sloping view from exterior street into the interior of the development. |

# CHAPTER 10

## Greenhouse Gas Emissions and Sustainability

### Greenhouse Gas Emissions

In an effort to cut energy use, save water and reduce the project's carbon footprint, this specific plan has reviewed USGBC's LEED criteria, California Green Building Standards Code and the OPR's Technical Advisory for CEQA and Climate Change and has included standards as applicable to the project.

Greenhouse gases prevent heat from escaping out of the Earth's atmosphere and raise the average temperature of Earth's surface. Increased global warming can lead to changes in wind and rain patterns. The changes, in turn, could affect economic well-being, public health, natural resources, and the environment. While greenhouse gases can occur naturally, human activities have exacerbated the level of carbon dioxide, methane, nitrous oxide, and fluorinated gases entering Earth's atmosphere. Of these, the most common greenhouse gas is carbon dioxide, which comprises almost 85 percent of all greenhouse gas emissions (Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990–2006, April 2008).

In response to the concern over global warming and climate change, Assembly Bill 32 (AB 32), the California Global Warming Solutions Act of 2006, was passed. AB 32 aims to reduce greenhouse gas emission to 1990 levels by 2020, and requires local governments to monitor greenhouse gas emissions to meet this goal.

Sources of greenhouse gas within the proposed infill mixed-use development include activities such as the use of private vehicles (which comprises 60 percent of carbon dioxide emission) and energy consumption through occupancy and use of buildings. To address greenhouse gas emission within the proposed development, the following objectives and standards are included in the proposed design:

### Land Use Measures

Land use measures provide one of the most effective methods to influence energy consumption and to maximize energy-efficiency

| No. | Sustainability Land Use Standards |
|---|---|
| ST-49 | Include mixed-use, infill, compact and higher density and a mix of retail and residential uses designed to encourage shared parking and to minimize individual vehicle travel by providing various amenities in proximity to residents, employees, and visitors. |
| ST-50 | Creating direct pedestrian connections from the bus stops located along Beach Boulevard and Orangethorpe Avenue including circulator buses to the Buena Park Metrolink station and future Bus Rapid Transit (BRT) buses. |
| ST-51 | Include pedestrian-only streets and plazas and outdoor spaces. |
| ST-52 | Integrate retail, housing, hotel, and office uses with pedestrian passageways and bridges to encourage visitors, residents, and employees to use on-site amenities instead of having to drive to several locations. |
| ST-53 | Place sufficient buffer distance or ingress and egress locations to avoid significant impact to traffic along Beach Boulevard and Orangethorpe Avenue. |
| ST-54 | Signs prohibiting idling of commercial vehicles will be displayed at delivery and service entries and areas. |

| No. | Sustainability Land Use Objectives |
|---|---|
| OB-51 | Consider the incorporation of advanced technology systems or management strategies for transportation systems, where feasible. |

### Energy Efficiency and Renewable Energy

The following energy efficiency and renewable energy measures shall be incorporated where feasible to reduce energy consumption.

| No. | Energy Efficiency and Renewable Energy Standards |
|---|---|
| ST-55 | Provide insulation with higher R-value than Title 24 at all buildings, and provide shade structures, green or light-reflective cool roofs or rooftop gardens and plazas. |
| ST-56 | Design the building project to comply with both the mandatory provisions (Sections 5.4, 6.4, 7.4, 8.4, 9.4 and 10.4) of ASHRAE/IESNA Standard 90.1-2004 (without amendments), and the prescriptive requirements (Sections 5.5, 6.5, 7.5, and 9.5) or performance requirements (Section 11) of ASHRAE/IESNA Standard 90.1-2004 (without amendments). |

| No. | Energy Efficiency and Renewable Energy Objectives |
|---|---|
| OB-52 | Maximize natural ventilation and lighting by considering building location and orientation, building form and dimensions, and window and aperture design. |
| OB-53 | Install solar panels, where feasible, and install energy-efficient fixtures at all locations. |

## Urban Heat Island

Urban heat island effect is the temperature difference between urban areas and its surroundings. The increase in temperature in urban areas is due to land development that results in concrete and asphalt which absorbs and holds heat better than soil and vegetation in rural or less developed areas. Urban heat island changes the microclimate and increases energy demand for cooling.

| No. | Urban Heat Island Objectives |
| --- | --- |
| ST-57 | Incorporate roof gardens and trees at multiple levels throughout the plan as shown in the Illustrative Open Space Plan, and use roofing materials having a Solar Reflectance Index (SRI) equal to or greater than the values in the table below for a minimum of 75% of the roof surface, or install a vegetated roof for at least 50% of the roof area, or install a high albedo and vegetated roof surfaces that, in combination, meet the following criteria:  (Area of SRI roof/0.75) + (Area of vegetated roof/0.5) > = Total Roof Area |

| Roof Type | Slope | SRI |
| --- | --- | --- |
| Low-Sloped Roof | ≤ 2:12 | 78 |
| Steep-Sloped Roof | > 2:12 | 29 |

| No. | |
| --- | --- |
| ST-58 | Specify materials with low heat capacity and low emissivity for buildings and hard surfaces to reduce urban heat island effect. |
| ST-59 | Place a minimum of 50% of parking spaces under cover, or provide any combination of the following strategies for 50% of the site hardscape: shade, paving materials with a Solar Reflectance Index (SRI) of at least 29, open grid pavement system |

## Urban Forestry

Urban trees can improve the environment by shading buildings and paved surfaces, filtering pollutants, absorbing carbon dioxide, and reducing stormwater runoff.

| No. | Urban Forestry Standards |
| --- | --- |
| ST-60 | Place rows of street trees along Beach Boulevard and along new interior streets, as well as those planned in the rooftop gardens and plazas to transform this underutilized block into pockets of well-shaded urban gardens and to reduce carbon emission and runoff |

| No. | Urban Forestry Objectives |
| --- | --- |
| OB-54 | Provide vegetated open space equal to 20% of the project's site area.  Pedestrian oriented hardscape areas can contribute. |

## Water Conservation and Efficiency and Water Quality

The following measures were designed to use water efficiently and to encourage water reuse.

| No. | Water Conservation and Efficiency and Water Quality Standards |
| --- | --- |
| ST-61 | Plant a native, site-specific plant palette throughout the development |
| ST-62 | Maintain the existing hydrologic character when connecting to existing to stormwater system. |
| ST-63 | Implement a stormwater management plan that reduces impervious cover, promotes infiltration, and captures and treats the stormwater runoff from 90% of the average annual rainfall using acceptable Best management practices (BMPs).

BMPs used to treat runoff must be capable of removing 80% of the average annual post development total suspended solids load based on existing monitoring reports.  BMPs area considered to meet these criteria if 1) they are designed in accordance with standards and specifications from a state or local program that has adopted these performance standards, or 2) there exists in-field performance monitoring data demonstrating compliance with the criteria. |
| ST-64 | Employ strategies that in aggregate use 20% less water than the water use baseline calculated for the building (not including irrigation) after meeting the Energy Policy Act of 1992 future performance requirements.  Calculations are based on estimated occupant usage and shall include only the following fixtures (as applicable to the building): water closets, urinals, lavatory faucets, showers, and kitchen sinks. |
| ST-65 | Create and implement an Erosion and Sedimentation Control (ESC) Plan for all construction activities associated with the project as defined in LEED-NC 2.2 with the following measures to accomplish the following:

Prevention of loss of soil during construction by stormwater runoff and/or wind erosion, including protecting topsoil by stockpiling for reuse.
Prevention of sedimentation of storm sewer or receiving streams.
Prevention of air pollution with dust and particulate matter. |

| No. | Water Conservation and Efficiency and Water Quality Objectives |
| --- | --- |
| OB-55 | Use recycled water, if feasible, in landscaping, fountains, and water features. |
| OB-56 | Provide pervious surfaces, where feasible, at all locations to reduce stormwater runoff |
| OB-57 | Coordinate with City and County to incorporate public education material for water conservation programs through signage, brochures, or other methods. |
| OB-58 | Reduce potable water use for building sewage conveyance by 50% through the use of water conserving fixtures (water closets, urinals) or non-potable water (captured rainwater, recycled greywater, and on-site or municipally treated wastewater) OR treat 50% of wastewater on-site to tertiary standards.  Treated water must be infiltrated or used on-site. |

## Solid Waste Measures

Solid waste generated from land clearing and construction can be salvaged from landfills and reused. This leads to efficient use of resources and minimizes the need for landfills which can render the land useless and may pose threats to water quality due to leakage or to public health due to odor problems.

| Policy No. | Solid Waste Standards |
|---|---|
| ST-66 | Supply various components (commercial, residential, office, and hotel uses) with separate bins for recyclables and green waste. |
| ST-67 | Recycle and/or salvage at least 50% of non-hazardous construction and demolition debris. Develop and implement a construction waste management plan that, at a minimum, identifies the materials to be diverted from disposal and whether the materials will be sorted on-site or co-mingled. Excavated soil and land clearing debris do not contribute to this credit. |
| ST-68 | Provide easily accessible areas that serve the entire development dedicated to the collection and storage of non-hazardous materials for recycling, including (at a minimum) paper, corrugated cardboard, glass, plastics, and metals. |

| Policy No. | Solid Waste Objectives |
|---|---|
| OB-59 | Where feasible, advertise reduction of waste with on site signage on or near waste receptacles or recycling bins, and make waste receptacles and recycling bins accessible |

## Transportation and Motor Vehicles

Private vehicle operation comprises the largest source of carbon dioxide emission from human activity (Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2006, April 2008). The following measures aim to reduce automobile dependency by introducing alternative transportation options.

| Policy No. | Transportation and Motor Vehicles Standards |
|---|---|
| ST-69 | Encourage ride sharing by dedicating parking spaces for carpool vehicles in coordination with building and parking structure operators and through the participation in ride sharing programs by the City's Transportation department and the Orange County Transportation Authority, if any. |
| ST-70 | Reserve parking spaces for low or zero-emission vehicles. |
| ST-71 | Develop and implement a trip reduction program to reduce single occupant trips by 10 percent. |
| ST-72 | Provide secure bicycle storage facilities within 50 feet of the frequently used entrances for each building for 5% or more of all building users (measured at peak periods). For residential buildings, provide covered storage facilities for securing bicycles for 15% or more of building occupants. [See Credit 4.2 of LEED-NC Application guide for Multiple Buildings and On-Campus Building Projects.] |
| ST-73 | Locate development within ¼ mile of one or more public bus lines usable by building occupants. |

## Air Quality and Atmosphere

The following measures will be implemented to ensure optimal air quality and atmosphere.

| No. | Air Quality and Atmosphere Standards |
|---|---|
| ST-74 | Prohibit use of non-compliant refrigerants. |
| ST-75 | Develop and implement an Indoor Air Quality (IAQ) Management Plan for the construction and pre-occupancy phases of the building as follows:

During construction meet or exceed the recommended Control Measures of the Sheet Metal and Air Conditioning National Contractors' Association (SMACNA) IAQ Guidelines for Occupied Buildings under Construction, 1995, Chapter 3.

Protect stored on-site or installed absorptive materials from moisture damage.

If permanently installed air handlers are used during construction, filtration media with a Minimum Efficiency Reporting Value (MERV) of 8 shall be used at each return air grille, as determined by ASHRAE 52.2-1999. Replace all filtration media immediately prior to occupancy. |
| ST-76 | Develop and implement an Indoor air Quality (IAQ) Management Plan for the on-occupancy phase as established in EQ Credit 3.2 of LEED-NC 2.2. |
| ST-77 | The VOC content of adhesives and sealants used must be less than the March 2000 VOC content limits of South Coast Air Quality Management District (SCAQMD) Rule #1168, and all sealants used as fillers must meet or exceed the requirements of the Bay Area Air Quality Management District Regulation 8, Rule 51. |
| ST-78 | All carpet and carpet cushion installed in the building interior shall meet the testing and product requirements of the Carpet and Rug Institute's Green Label Plus program. All carpet adhesive shall meet the requirements of EQ Credit 4.1: VOC Limit of 50 g/L. |
| ST-79 | Composite wood and agrifiber products used on the interior of the building (defined as inside of the weatherproofing system) shall not contain added urea-formaldehyde resins. Laminating adhesives used to fabricate on-site and shop-applied composite wood and agrifiber assemblies shall contain no added urea-formaldehyde resins. (See EQ Credit 4.4 in LEED-NC 2.2 for definitions of composite wood and agrifiber products.) |
| ST-80 | Design HVAC systems and the building envelope to meet the requirements of ASHRAE Standard 55-2004, Thermal Comfort Conditions for Human Occupancy. |
| ST-81 | Implement a thermal comfort survey of building occupants within a period of six to 18 months after occupancy. Agree to develop a plan for corrective action if the survey results indicate that more than 20% of occupants are dissatisfied with thermal comfort in the building |

| No. | Air Quality and Atmosphere Objectives |
|---|---|
| OB-60 | Where feasible, use materials with recycled content such that the sum of post-consumer recycled content plus one-half of the pre-consumer content constitutes at least 10% (based on cost) of the total value of the materials in the project. |
| OB-61 | Where feasible, use buildings materials or products that have been extracted, harvested or recovered, as well as manufactured, within 500 miles of the site or project site for a minimum of 10% (based on cost) of the total materials value. If only a fraction of a product or material is extracted/harvested/recovered and manufactured locally, then only that percentage (by weight) shall contribute to the regional value. |
| OB-62 | Where feasible, locate any exterior designated smoking areas at least 25 feet away from entries, outdoor air intakes and operable windows. |

EXHIBIT A
PAGE 93

# CHAPTER 11
# Implementation Program

## Financing Measures (Public and Private)

The completion of developments described in the Beach and Orangethorpe Mixed Use Specific Plan is contingent on the financing and maintenance of capital improvements such as public facilities and utilities. To implement the public improvements outlined in this specific plan, the following mechanisms may be employed:

- Impact Fees
- Community Facility District (e.g. Mello-Roos)
- Lighting and Landscape District or other type of Assessment Districts
- Property Management Company (Commercial/office tenants)
- Homeowners Association (HOA)
- Conventional For-Sale Residential Financing
- Redevelopment Tax Increment

Funding mechanisms for the illustrative plan improvements may be defined by the developer at the time development proceeds. The responsible parties for the construction, financing, and maintenance of public improvements are specified on Table 2 Financing and Maintenance Plan.

## Phasing

Implementation of the illustrative plan would likely result in 2 phases. See Chapter 3 Illustrative Land Use Plan for development details and Chapter 7 Circulation Plan for street improvements. Additional phases may be accommodated as part of the final review process. However, even with additional phases the maximum development program as outlined in Table 1 will not be exceeded.

## Methods and Procedures for Implementation

The City of Buena Park shall administer the provisions of the Beach and Orangethorpe Mixed Use Specific Plan in accordance with the State of California Government Code, Subdivision Map Act, the City of Buena Park General Plan, and Zoning Ordinance. The Specific Plan development procedures, regulations, standards, and specifications shall supersede the relevant provisions of the City's Zoning Ordinance, or they currently exist or may be amended in the future. Any development regulation and building requirement not addressed in the Specific Plan shall be subject to the City's adopted regulations.

## Tentative and Final Subdivision Maps

All subdivision maps of any type shall be submitted, reviewed, and approved in accordance with the City of Buena Park Municipal Code and the California Subdivision Map Act. For development requiring a tentative tract or parcel map, the provisions and procedures of this specific plan and the procedures of the City's Municipal Code shall apply.

## Precise Plan Review

Prior to building permit issuance, architectural and landscape architecture plans shall be approved by the City's Community Development Director through the Interdepartmental Review process. The Director may refer the precise plan to the Planning Commission for finding of conformity with the Specific Plan.

## Enforcement of the Specific Plan

Enforcement of the provisions of this specific plan shall occur as follows:

- The City Manager or his/her designee shall be responsible for interpreting and enforcing the site development objectives and standards set forth herein.
- Any decision by the City Manager or his/her designee may be appealed to the Planning Commission. Any decision by the Planning Commission is subject to appeal to the City Council.
- The appropriate City departments shall aid the Planning Commission and the City Manager or his/her designee in fulfilling their enforcement roles as needed or directed.

## Amendments to the Specific Plan

Any proposed change to this specific plan that would substantially alter the development objectives, standards, or development program shall require an amendment. All amendments shall be processed pursuant to provisions contained in Government Code Section 65453, and in the same manner as a Zoning Ordinance text amendment. The Community Development Director shall make the final determination as to whether or not an amendment is required. The Director's decision can be appealed to the Planning Commission, with further appeal to the City Council.

## Transfer of Development Rights

The development will be allowed to transfer development rights interchangeably within this Specific Plan boundary, predicated upon an environmental analysis of impacts.

## Table 2 Financing and Maintenance Plan - Responsible Parties

| Service or Facility | Party(ies) Executing Construction | Party(ies) Financing Construction | Party(ies) Responsible for Operation and Maintenance |
|---|---|---|---|
| Parking Structure | Developer | Developer/Redevelopment Agency | Property Management Company/ Homeowners Association |
| On-Site Wet and Dry Utilities | Developer | Developer/Redevelopment Agency | Developer/Utility Provider |
| Off-Site ROW Improvements | Developer | Developer/Redevelopment Agency | City of Buena Park |
| Commercial Streetscape | Developer | Developer/Redevelopment Agency | Developer |
| Common Area Improvements | Developer | Developer/Redevelopment Agency | Property Management Company/ Homeowners |

EXHIBIT A
PAGE 94

# CHAPTER 12 General Plan Consistency

The purpose of this chapter is to ensure the Beach and Orangethorpe Specific Plan is consistent with the goals and policies of the City of Buena Park General Plan, as required per Government Code Section 65454. This chapter discusses how the Specific Plan conforms to the pertinent goals and policies of the General Plan. The following identifies goals and policies applicable to the proposed development.

## LAND USE ELEMENT

### Land Use

Ensure that proposals for development and redevelopment are compatible with existing development and promote and enhance the quality of life in the City.

- Protect the existing viable single-family residential neighborhoods from the intrusion of incompatible uses.

- Protect existing viable single-family residential areas from the intrusion of multiple-family units.

- The development site is located at the northern entrance to a variety of tourist attractions located along Beach Boulevard. The proposed plans for a retail-oriented mixed use development that complements existing tourist attractions along Beach Boulevard and commercial uses along Orangethorpe Avenue.

- The site is surrounded to the east and north by single-family homes. The design objectives established in this specific plan limit building height within 50 feet of single-family homes to 15 feet and limits building height beyond 50 feet of single-family homes to 50 feet and one additional vertical foot with each additional horizontal foot beyond to ensure compatibility with existing single-family homes.

- Utilize specific plans, where appropriate, to guide development in identified target areas.

- The Beach and Orangethorpe Specific Plan fulfills the

intent of the city to strengthen the economic viability and to attract both regional and local visitors to the Entertainment Corridor along Beach Boulevard by providing a retail-intensive mixed-use development on a vacant and underutilized site.

Continue to maintain consistency between the general plan and other related plans and ordinances critical to the Land Use Element's implementation.

- This general plan consistency section of the specific plan addresses goals and policies of the Land Use Element that pertain to the proposed development.

Promote development that is compatible with the Airport Environs Land Use Plan in the areas that are affected by the Fullerton Municipal Airport.

Refer to the Airport Land Use Commission, for a determination of consistency with the Airport Environs Land Use Plan, any proposed development which would place the imaginary surfaces for the Fullerton Municipal Airport or the Los Alamitos Armed Forces Reserve Center, as defined in the Federal Aviation Regulation (FAR PART 77).

Refer to the Airport Land Use Commission, for a determination of consistency with the Airport Environs Land Use Plan, any proposed development or use which could threaten, endanger or interfere with aeronautical operations because of height, location, emission of excessive light and glare, the production or causing of steam, smoke, dust, or electronic interference and any proposed new development on vacant land within an Accident Potential Zone.

- All development proposed by its specific plan shall meet the requirements (height, location, emission of excessive light and glare, the production or causing of steam, smoke, dust, or electronic interference) of Federal Aviation Regulation (FAR PART 77) and the Airport Environs Land Use Plan.

Promote business retention and expansion to ensure the City's economic viability is maintained.

- The proposed mixed use development is anticipated to bring retail sales, transient occupancy, and property taxes, increase the number of jobs; and record office development in the city.

Individual future developments arising from implementation of the General Plan shall provide mitigation of their fair-share of impacts on public services and infrastructure, including but not limited to public schools. Impacts and fair-share mitigation shall be determined through line

lead agency's environmental process at the time that the development is considered for approval.

- The environmental impact report will determine the impact to public services and infrastructure, which the City will use to determine mitigations and consider at time of design approval.

### Residential Development

Preserve the single-family character of the lower density residential neighborhoods and continue to improve and upgrade the higher density neighborhoods within Buena Park that are predominantly developed as multiple-family.

Promote, maintain, and enhance the character and identity of the residential neighborhoods.

- The height limits stated in the design and development objectives are established to appropriately transition from the existing lower density character, massing, and rhythm in existing single-family homes along Melrose Street and Brenner Avenue.

Strive to provide a diverse housing stock that meets the needs of those who desire to reside in Buena Park.

- The project provides infill housing for the Entertainment Corridor, where residents can live in proximity to entertainment and retail. Infill housing allows the City to reuse infrastructure and public services, leading to development that is efficient in cost and land use.

- The proposed development includes residential units above retail, office, or parking. The mixed use nature of the development allows residents to live in an area where amenities and jobs are located within walking distance. Implementation of this development can act as a catalyst for additional high-quality, multi-family, mixed-use developments within and adjacent to downtown areas, in proximity to the Entertainment Corridor.

- Housing units built on the site will be equally accessible to potential residents regardless of age, race, ethnicity, sex, family composition, or disability in accordance with the law.

### Commercial Development

Preserve and enhance the existing commercial area and, where appropriate, expand commercial opportunities to serve the needs of residents and visitors.

- With its high-quality design and residential amenities, the proposed development raises standards for future mixed use developments within the City. Placing neighborhood- and regional-serving retail and commercial uses with residents and offices is expected to reduce automobile dependency and improve quality of life for existing and future residents.

Improve the appearance of commercial areas through the maintenance and upgrading of signs in the City.

- Signs located within the specific plan site will be maintained by the developer and buildings within the site will be maintained by the building owner. All public roads will be maintained by the City.

Require new commercial development to employ architectural and site design features which minimize the linear aspect of development along a street; encourage joint access driveways between adjacent uses and require adequate parking for lighting, landscaping, and buffering between the commercial activities and nearby sensitive land uses.

- To avoid negative impacts of strip malls, numerous driveways, and other automobile-oriented development designs, the development provides well-designed entries for vehicles and pedestrians, and mitigates impact of cars and parking structures by encouraging vehicular circulation within the development area, and by promoting well-designed and pedestrian-friendly facades at above-grade parking structures.

Strengthen the professional office orientation of Buena Park in the region.

- The proposed development may provide up to 195,000 square feet of office space.

Preserve the valuable resource of larger commercial properties by not allowing subdivision into smaller parcels unless subdivision is planned by a Master Plan for entire development with integration of circulation, access, architectural design, and landscaping regardless of individual ownership.

Encourage the consolidation of smaller commercial properties and the cooperation of individual property owners in order to provide opportunities for large integrated development including reconfiguration of public streets where possible and appropriate, with less fragmentation of design, access, circulation, parking, and signage within commercial areas of the City.

- The specific plan includes a conceptual circulation plan that addresses vehicular circulation and access, a conceptual open space plan that shows a potential landscape plan, and design and development objectives to guide architectural design within the development site.

- The specific plan site consolidates smaller parcels to create an area large enough to accommodate a cohesive, integrated, and high quality mixed-use development. The overall, and total mixed-use development introduces new streets that will provide safe, attractive pedestrian environment, vehicular access into and around the development site, minimize impacts to surrounding existing single-family residences, and minimize traffic congestion along Beach Boulevard and Orangethorne Avenue.

Encourage shared parking and enhanced vehicular and pedestrian access among properties within districts which exhibit existing unequal distribution of parking and access in order to promote the viability of the whole district.

- The Specific Plan requires that future development proposals analyze shared parking feasibility to maximize land use efficiency and to minimize parking impact on surrounding residences.

**Tourism-related Development**

Strive to promote the fiscal viability of Knott's Berry Farm and the Entertainment Corridor uses.

Continue to implement and expand, where appropriate, the Beach Boulevard Entertainment Corridor Specific Plan and promote linkages with Knott's Berry Farm and the Buena Park Mall Area.

Maintain, expand, and enhance tourist commercial facilities in and adjacent to the Entertainment Corridor

- The proposed development expands the Entertainment Corridor by supplementing existing tourist attractions located along Beach Boulevard with high-end retail and high-quality public spaces. The unique building and signage design will strengthen the identity of the Entertainment Corridor.

**CIRCULATION ELEMENT**

Encourage the safe and efficient movement of traffic within and through the City.

Seek to maintain an appropriate level of service on City Circulation Element roads in order to provide a safe and efficient flow of traffic.

- As part of the environmental impact report, impact to the level of service will be studied at key intersections and road segments throughout the City. New roads and traffic circulation were designed per recommendations of the traffic consultant to ensure safety and to minimize traffic interference along surrounding streets.

Strive to provide and maintain a system of pedestrian-oriented streets, which promotes the comfort, safety and use of pedestrian movement throughout the City.

- The proposed development was designed to provide a unique, walkable retail environment. The development proposes a wide range of strata and promenades with public plazas, outdoor eating areas, and even pedestrian-only streets. The design objectives emphasize fun and high-quality ground-level storefront design that enhances pedestrian experience.

The city recognizes the special needs of physically disabled persons and encourages all buildings, structures, public areas and related facilities which are used by the general public to be accessible and usable by the physically disabled.

- The development will be designed to comply with the American Disabilities Act, which mandates accessibility to buildings and facilities by disabled individuals.

Encourage, where appropriate, the use of bicycles as an alternative to the use of automobiles within the City.

- The development objectives include the provision of bicycle facilities within the site.

**INFRASTRUCTURE ELEMENT**

Ensure that water improvements required for new development are installed prior to or concurrently with development.

Ensure that new sewer improvements required for new development are installed prior to or concurrently with development.

Require that sewer, water, and storm drain improvements required for development are installed prior to occupancy.

- As a previously developed site, the project area has infrastructure and public services to meet the needs of the existing population. Any inadequate services or infrastructure to serve the new development

will be addressed. The environmental report being prepared for this Specific Plan will also recommend implementation measures to mitigate any environmental impact of providing necessary infrastructure and public services.

**OPEN SPACE ELEMENT**

The City will continue to provide and maintain adequate open space areas within the City to meet the recreational needs of residents (both active and passive).

Develop a long-range priority system for funding the development and maintenance of open space areas that reflect the needs of neighborhoods, as well as the entire City.

- The environmental impact report will analyze the impact of additional residential, office and retail development on existing and projected recreational needs in the City. Identified needs will be addressed through "in lieu fees" to fund future park improvements.

**CONSERVATION ELEMENT**

Support the preservation and enhancement of native, as well as non-native plant life, throughout the community for their scenic and biologic importance.

Encourage the maintenance of an urban environment in which non-nuisance wildlife may exist.

- The standards and objectives established in Chapter 10 Greenhouse Gas Emissions and Sustainability promote the use of native and on site-specific plants and provision of open urea amenities with abundant landscaping for enhanced scenic and biological environment.

**AIR QUALITY ELEMENT**

Reduction of non-work trips in the City's major special activity center (such as Knott's Berry Farm and the Buena Park Mall) is essential to reducing traffic congestion and on the arterial network, primarily during the peak tourist season. Non-work trips refer to those trips other than home-to-work commuting.

- By integration of smaller neighborhood-serving residential amenities with larger anchor stores, the proposed mixed use development is expected to create opportunities for visitors and residents within the development to engage in entertainment activities as well as daily errands, and ultimately reduce the number of non-work trips within the city.

**SAFETY ELEMENT**

Recognize existing and potential seismic and geologic hazards to the community and implement programs to reduce potential impacts.

- The proposed development will be built to the latest building codes that require structural integrity to meet seismic building codes and to withstand potential geologic hazards.

Seek to provide adequate flood protection from 100-year flood frequency storms.

- The stormwater section of Chapter 8 Infrastructure and Public Services Plan and the public services and utilities section of the accompanying environmental impact report (EIR) provides mitigation measures that ensure flood protection from 25-year flood frequency storms as required by the City.

Seek to provide adequate levels of emergency services to meet the service demands and known risks of the City.

- The environmental impact report (EIR) accompanying this document will analyze impact of the proposed development on existing emergency services and propose mitigation measures if service is found inadequate.

**ECONOMIC ELEMENT**

Encourage maintenance and expansion of tourist commercial and entertainment uses along the Beach Boulevard corridor.

- The commercial portions of the development will include a wide range of retail tenants to complement existing retail uses along Beach Boulevard while providing a mix of retail businesses currently lacking along the tourist entertainment corridor (such as high-end retail, movie theaters, and neighborhood-serving groceries.)

- The development will potentially expand office space and bring anchor stores that will attract both regional and local visitors to the tourist entertainment corridor, and boost sales revenue for the City.

Encourage a diversity of housing types within the city to provide opportunities for people to both live and work in the City.

- The development will provide up to 1,000 residential units and potentially up to 195,500 square feet of

office space and 353,000 square feet of retail space. The mixed use development will provide a new opportunity for residents of Buena Park to live in a community with amenities within walking distance.

## URBAN DESIGN ELEMENT

The city should promote a positive image for residents and visitors through quality urban design in the City.

- The design objectives focus on strengthening site identity through site and building design and encourage the creation of interactive, artful, and intriguing spaces that are open to the public throughout the development.

Continue to promote and create a positive identity for the city through the use of architectural design, landscaping, site planning, streetscape elements, and other design elements.

- The developments proposed in this specific plan will set a precedent for a mixed use development that functions as the gateway to tourist/retail-oriented businesses located along Beach Boulevard. The buildings will serve as a landmark gateway development as viewed by visitors and residents arriving from major freeways (I-5 and SR-91) and to those driving along the SR-91 freeway.

Continue to improve the architectural and aesthetic character of residential, commercial, and industrial development throughout the city through the development and implementation of design guidelines.

- The design objectives included in this specific plan accompany a variety of precedent images for various public and private spaces throughout the development. The intent of the character images is to capture the essence and the quality of the desired building and spaces while providing flexibility to designers and developers.

## NOISE ELEMENT

Adhere to planning guidelines which include noise control for the interior space of new residential, commercial, and industrial developments within noise impacted areas. All residential units should be attenuated, if necessary, to a maximum interior noise level of 45 dB.

- The noise impacts of demolition, construction, and operation resulting from the proposed development will be studied as part of the environmental impact report for the proposed project. The environmental

impact report will identify any mitigation measures required to abate noise impacts of construction or operation activities.

- The Beach and Orangethorpe Specific Plan development has been designed to minimize noise as perceived by sensitive noise receptors in the adjacent neighborhood, including residential uses, as well as proposed new residential uses that are part of the development. The site orientation, construction materials, and building placement will serve to buffer the development's common areas from road noise.

# Credits, Acknowledgments and Participants

## CITY OF BUENA PARK

### CITY COUNCIL
Jim Dow, Mayor
Steve Berry, Mayor Pro-tem
Art Brown, Council Member
Patsy Marshall, Council Member
Don McCoy, Council Member

### PLANNING COMMISSION
Joyce Cogelle, Chairperson
James C. Schooles, Vice Chair
Larry Barstow, Planning Commissioner
Brian Chambers, Planning Commissioner
Deborah Diep, Planning Commissioner
Paul D. Gonzales, Planning Commissioner
Richard McGuire, Planning Commissioner

### CITY MANAGER
Rick Warsinski

### CITY ATTORNEY
Steven L. Dorsey

### COMMUNITY DEVELOPMENT DEPARTMENT
Joel W. Rosen, Community Development Director
Jay Saltzberg, Planning Manager

### ECONOMIC DEVELOPMENT DEPARTMENT
Mary Wong Fu Jr, Economic Development Director, Deputy
Executive Director of Redevelopment Agency
Robert Lopez, Assistant Director
Melissa Dhaene, Redevelopment Coordinator

### PUBLIC WORKS DEPARTMENT
Jim Biery, Jr., P.E., Director of Public Works
Dennis D. Bannes, P.E., P.E., Traffic and Transportation

## DESIGN AND ENGINEERING CONSULTANT TEAM

### EDAW, INC.
Vaughan Davies, Principal
Sacha Schwarkopf, Senior Urban Designer
Yunsoo Kim, Associate
Shawn Godlen, Urban Designer
Helen Choi, AICP, Urban Planner

### BJ PALMER & ASSOCIATES, INC.
Bruce Palmer, Principal

### DMJM AVIATION
Andrew Scanlan, Project Manager

### GENSLER
Conceptual Plans

### PSOMAS Land Development Consulting
Robert J. Taddus, P.E., Senior Project Manager

## DEVELOPMENT TEAM

### M + D PROPERTIES, INC.
Donald Choe
Min Choe
Hanna Kim, Project Manager

### ARETE DEVELOPMENT, INC
Larry Lazar
Andrea Brown

### LIM, RUGER AND KIM, LLP
John S.C. Lim, Partner
Marc J. Manassan

### ROBERT CHARLES LESSER and Company
Robert Gardner, Managing Director
Sara Slovin, Senior Associate

EXHIBIT A
PAGE 98