| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Daniel A. Lev (CA Bar No. 129622)<br>  dlev@sulmeyerlaw.com<br>**Sulmeyer**Kupetz<br>A Professional Corporation<br>333 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071-1406<br>Telephone: 213.626.2311<br>Facsimile: 213.629.4520<br><br>Ronald Richards (CA Bar No. 176246)<br>  ron@ronaldrichards.com<br>Law Offices of Ronald Richards & Associates, APC<br>P.O. Box 11480<br>Beverly Hills, California 90213<br>Telephone: 310.556.1001<br>Facsimile: 310.277.3325<br><br>☐  *Individual appearing without attorney*<br>☒  *Attorneys for Shady Bird Lending, LLC* | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>THE SOURCE HOTEL, LLC,<br><br>                                    Debtor(s) | CASE NO.: 8:21-bk-10525-ES<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (title of motion[1]):<br><br><u>Motion of Shady Bird Lending, LLC for Order Excusing State Court Receiver From Turnover of Assets Pursuant to 11 U.S.C. § 543</u> |

PLEASE TAKE NOTE that the order titled <u>ORDER, AFTER HEARING, GRANTING, ON AN INTERIM BASIS, MOTION OF SHADY BIRD LENDING, LLC FOR ORDER EXCUSING STATE COURT RECEIVER FROM TURNOVER OF ASSETS PURSUANT TO 11 U.S.C. § 543</u> was lodged on *(date)* <u>April 20, 2021</u> and is attached. This order relates to the motion which is docket number <u>51</u>.

---

[1] Please abbreviate if title cannot fit into text field

DAL 2711257v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*              Page 1              **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT 1

Daniel A. Lev (CA Bar No. 129622)
  dlev@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Ronald Richards (CA Bar No. 176246)
  ron@ronaldrichards.com
Law Offices of Ronald Richards & Associates, APC
P.O. Box 11480
Beverly Hills, California 90213
Telephone:  310.556.1001
Facsimile:  310.277.3325

Attorneys for Shady Bird Lending, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE SOURCE HOTEL, LLC,<br><br>                    Debtor. | Case No. 8:21-bk-10525-ES<br><br>Chapter 11<br><br>**ORDER, AFTER HEARING, GRANTING, ON AN INTERIM BASIS, MOTION OF SHADY BIRD LENDING, LLC FOR ORDER EXCUSING STATE COURT RECEIVER FROM TURNOVER OF ASSETS PURSUANT TO 11 U.S.C. § 543**<br><br>DATE:    April 15, 2021<br>TIME:     10:30 a.m.<br>PLACE:  Courtroom "5A"<br><br>**[RELATES TO DOCKET NO. 51]** |

DAL 2711252v1

On April 15, 2021, the "Motion of Shady Bird Lending, LLC for Order Excusing State Court Receiver From Turnover of Assets Pursuant to 11 U.S.C. § 543; Memorandum of Points and Authorities; Declarations of Ronald Richards, Bellann R. Raile, and Brent Little in Support Thereof" (the "Motion") [Docket No. 51], filed by Shady Bird Lending, LLC ("Shady Bird"), came on for hearing before the Honorable Erithe Smith, United States Bankruptcy Judge, presiding.  Shady Bird appeared by and through Ronald Richards, Law Offices of Ronald Richards & Associates, APC, and Daniel A. Lev, **Sulmeyer**Kupetz, A Professional Corporation.  The debtor and debtor in possession The Source Hotel, LLC (the "Debtor") appeared by and through Ron Bender and Juliet Y. Oh, Levene, Neale, Bender, Yoo & Brill L.L.P.  The City of Buena Park appeared by and through Christopher G. Cardinale, Alvarez-Glassman & Colvin.  The state court receiver Bellann R. Raile (the "Receiver") personally appeared and appeared by and through Peter F. Jazayeri, Jaz, A Professional Legal Corporation.  The Office of the United States Trustee appeared by and through Nancy Goldenberg.  Other appearances were as noted on the record of the hearing.

Based on the Motion, the "Notice of Motion of Shady Bird Lending, LLC for Order Excusing State Court Receiver From Turnover of Assets Pursuant to 11 U.S.C. § 543" [Docket No. 52] filed by Shady Bird, the "Amended Notice of Motion of Shady Bird Lending, LLC for Order Excusing State Court Receiver From Turnover of Assets Pursuant to 11 U.S.C. § 543" [Docket No. 56] filed by Shady Bird, the "Opposition to Motion of Shady Bird Lending, LLC for Order Excusing State Court Receiver From Turnover of Assets Pursuant to 11 U.S.C. § 543; Memorandum of Points and Authorities; Declarations of Donald Chae in Support Thereof" [Docket No. 65] filed by the Debtor, the "Declaration of Robert 'Charlie' Cervantes in Support of: (A) Opposition to Motion of Shady Bird Lending, LLC for Order Excusing State Court Receiver From Turnover of Assets Pursuant to 11 U.S.C. § 543; and (B) Opposition to Motion of Shady Bird Lending, LLC for Order Designating Chapter 11 Case As Single Asset Real Estate Case Pursuant to 11 U.S.C. §§ 101(51B) and 362(d)(3)" [Docket No. 66] filed by the Debtor, "Shady Bird

Lending, LLC's Reply to Opposition to Motion of Shady Bird Lending, LLC for Order Excusing State Court Receiver From Turnover of Assets Pursuant to 11 U.S.C. § 543; Declarations of Bellann R. Raile, Brent Little, and Andrew Trost in Support Thereof" [Docket No. 72] filed by Shady Bird, the "Response By the City of Buena Park to Motion of Shady Bird Lending, LLC for Order Excusing State Court Receiver From Turnover of Assets Pursuant to 11 U.S.C. § 543; Declaration of Christopher G. Cardinale in Support Thereof" [Docket No. 78] filed by the City of Buena Park, the documents and pleadings on file herein, all judicially noticeable facts of which judicial notice was requested by a party, the arguments presented at the hearing, and after finding that notice of the Motion was proper, and based on the reasons stated by the Court as reflected on the record of the hearing, and for good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is granted, on an interim basis, through June 3, 2021 (the "Initial Interim Period").

2. During the Initial Interim Period, in addition to the powers granted to the Receiver pursuant to the "Ex Parte Order Appointing Receiver and Order to Show Cause" entered on February 17, 2021 (the "Receivership Order"), and notwithstanding anything to the contrary in the Receivership Order, Shady Bird shall be authorized, in its sole discretion, to advance an amount no greater than $200,000 (the "Gifted Advance") to the Receiver to be used by the Receiver, in her sole discretion, to remediate, repair, and fix issues at the Project (as defined in the Motion), provided, however, that the Receiver shall provide written notice by e-mail to bankruptcy counsel for the Debtor within forty-eight hours after acceptance of any bid or proposal by the Receiver for repairs or work to be done on the Project (with copies of such accepted bids and/or proposals), and provided further, that the Receiver shall provide written notice by e-mail to bankruptcy counsel for the Debtor within two business days following the completion of any repairs or work done on the Project by any vendor or contractor. The Gifted Advance provided by Shady Bird during the Initial Interim Period shall not be added to the amount of Shady

DAL 2711252v1                                          3

1 | Bird's secured claim or loan balance, shall not be deemed an administrative expense
2 | claim, and shall not deemed a general unsecured claim in the Debtor's estate.
3 |       3.    During the Initial Interim Period, the Receiver shall provide the
4 | Debtor with access to the Project following written (e-mail) notice by the Debtor and/or its
5 | counsel to both the Receiver and counsel for Shady Bird, which access shall be provided
6 | by the Receiver to the Debtor as reasonably requested but in no event later than forty-
7 | eight hours after the delivery of such written e-mail notice, provided that email notice is
8 | given during business hours, between 9:00 a.m. and 5:00 p.m. (Pacific Time) Monday
9 | through Friday.
10 |       4.    The hearing on the Motion shall be continued to June 3, 2021, at
11 | 2:00 p.m., Pacific Time, or as soon thereafter as the matter may be heard, in Courtroom
12 | "5A" of the above-entitled Court, located at 411 W. 4th Street, Santa Ana, California
13 | 92703, before the Honorable Erithe Smith, United States Bankruptcy Judge, presiding.
14 | Unless otherwise instructed, the hearing shall be conducted remotely, using ZoomGov
15 | video and audio as follows:
16 |     Meeting URL: https://cacb.zoomgov.com/j/1616390777
17 |     Meeting ID: 161 639 0777
18 |     Password: 314314
19 |     Telephone conference lines: 1-(669)-254-5252 or 1-(646)-828-7666
20 |       5.    Any supplemental brief, declaration, or report in connection with the
21 | Motion shall be filed on or before May 20, 2021.
22 | / / /
23 | / / /
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 | / / /

SulmeyerKupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

6. Any reply to any supplemental brief, declaration, or report filed in connection with the Motion shall be filed on or before May 27, 2021.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 20, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**1.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Ron Bender on behalf of Debtor The Source Hotel, LLC
rb@lnbyb.com

Michael G Fletcher on behalf of Creditor Evertrust bank
mfletcher@frandzel.com, sking@frandzel.com

Robert P Goe on behalf of Creditor Westranco, Inc.
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Nancy S Goldenberg on behalf of U.S. Trustee United States Trustee (SA)
nancy.goldenberg@usdoj.gov

Daniel A Lev on behalf of Creditor Shady Bird Lending, LLC
dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

Grant A Nigolian on behalf of Interested Party Courtesy NEF
grant@gnpclaw.com, process@gnpclaw.com;grant.nigolian@gmail.com

Juliet Y Oh on behalf of Debtor The Source Hotel, LLC
jyo@lnbrb.com, jyo@lnbrb.com

Ho-El Park on behalf of Interested Party Courtesy NEF
hpark@hparklaw.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, morani@ronaldrichards.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page.

DAL 2711257v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 20, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Email**
Request for Special Notice
Attorney for City of Buena Park
Christopher G. Cardinale, Esq.
ccardinale@agclawfirm.com

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 20, 2021 | Cheryl Caldwell | /s/Cheryl Caldwell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

DAL 2711257v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                Page 3                **F 9021-1.2.BK.NOTICE.LODGMENT**