UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) |
|---|---|
| THE SOURCE HOTEL, LLC, | Case Number: 8:21-bk-10525-ES |
| | Operating Report Number: 2 |
| Debtor. | For the Month Ending: Mar-21 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS        0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS        0.00

3.  BEGINNING BALANCE:        0.00

4.  RECEIPTS DURING CURRENT PERIOD:
    Accounts Receivable - Post-filing
    Accounts Receivable - Pre-filing
    General Sales
    Other (Specify)        Closed Pre-Petition Accts        63,660.41
    **Other (Specify)

    TOTAL RECEIPTS THIS PERIOD:        63,660.41

5.  BALANCE:        63,660.41

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transfers to Other DIP Accounts (from page 2)        0.00
    Disbursements (from page 2)        0.00

    TOTAL DISBURSEMENTS THIS PERIOD:***        0.00

7.  ENDING BALANCE:        63,660.41

8.  General Account Number(s):        -9308
    Depository Name & Location:        Axos Bank
                                       (General DIP Account opened on 3/04/2021)

*   All receipts must be deposited into the general account.

**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.
** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date:    3/1/2021-3/31/2021    Balance on Statement:    _____ 3/31/2021

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| 3/4/2021 | $1,785.02 |
| 3/4/2021 | 471.06 |
| 3/4/2021 | 373.94 |
| 3/24/2021 | 61,030.39 |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                    63,660.41

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                    0.00

Bank statement Adjustments:                            _____
Explanation of Adjustments-

| |
|---|
| |

ADJUSTED BANK BALANCE:                                    $63,660.41

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS      0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX      0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:      0

4.  RECEIPTS DURING CURRENT PERIOD:      0.00
    (Transferred from General Account)

5.  BALANCE:      0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***      0.00

7.  ENDING BALANCE:      0.00

8.  TAX Account Number(s):      -9324
    Depository Name & Location:      Axos Bank
         (Tax DIP Account opened on 3/04/2021)

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 |

TAX ACCOUNT

## BANK RECONCILIATION

Bank statement Date: __3/1/2021-3/31/2021__    Balance on Statement: _____3/31/2021

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:                                  _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                       | $0.00 |

I. D SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

|                                          |            |
|------------------------------------------|-----------:|
| General Account:                         | 63,660.41  |
| Payroll Account:                         | n/a        |
| Tax Account:                             | 0.00       |

*Other Accounts:

_____    _____

_____    _____

*Other Monies:

_____    _____

| **Petty Cash (from below):           | 0.00 |

TOTAL CASH AVAILABLE:                                    | 63,660.41 |


Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |

TOTAL PETTY CASH TRANSACTIONS:                          | 0.00 |


* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions



## Account Information Report
**The Source Hotel, LLC**

**March 01, 2021 - March 31, 2021**

### Account: *9308 (Operating)

| | |
|---|---|
| Available Balance | $63,660.41 |
| Opening Ledger Balance | $63,660.41 |
| Collected Balance | $63,660.41 |
| Current Balance | $63,660.41 |
| Closing Ledger | $63,660.41 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $61,030.39 |
| Last Deposit Date | 03/24/2021 |
| Credit Line / Overdraft Amount | $0.00 |

| Posted Date | Description | Check Number | Credit | Debit |
|---|---|---|---|---|
| 03/24/2021 | Wire Transfer Credit<br>Wire Transfer Credit<br>THE SOURCE HOTEL, LLC<br>PO BOX 489<br>BUENA PARK, CA 90621 US<br>20210324QMGFT005001751<br>20210324MMQFMP9N000474<br>03241636FT01 | | $61,030.39 | |
| 03/09/2021 | Chargeback | | | $2,674.05 |
| 03/04/2021 | DDA Regular Deposit | | $2,674.05 | |
| 03/04/2021 | DDA Regular Deposit | | $1,785.02 | |
| 03/04/2021 | DDA Regular Deposit | | $471.06 | |
| 03/04/2021 | DDA Regular Deposit | | $373.94 | |

### Account: *9324 (Tax Account)

| | |
|---|---|
| Available Balance | $0.00 |
| Opening Ledger Balance | $0.00 |
| Collected Balance | $0.00 |
| Current Balance | $0.00 |
| Closing Ledger | $0.00 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $32,572.70 |
| Last Deposit Date | 03/04/2021 |
| Credit Line / Overdraft Amount | $0.00 |

| Posted Date | Description | Check Number | Credit | Debit |
|---|---|---|---|---|
| 03/09/2021 | Chargeback | | | $32,572.70 |
| 03/04/2021 | DDA Regular Deposit | | $32,572.70 | |

Report Generated on: 04/05/21 09:48:27 AM

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Shady Bird Lending, LLC | | | | |
| Orange County Treasurer- Tax Collector | 1st installment due 12/10 and 2nd installment due on 4/12/2021 | 93,997.61 | 2nd installment paid on 4/12/2021 | 93,997.61 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 93,997.61 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: | | | |
| TOTAL: | 0.00 | 0.00 | |

## IV.  AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Colony Insurance Co. | $1,000,000 each occurrence; $2,000,000 aggregate | 10/31/2021 | 10/31/2021 |
| Worker's Compensation |  |  |  |  |
| Casualty |  |  |  |  |
| Vehicle |  |  |  |  |
| Others:        Property | United National Insurance Co. | $30,000,000 real property; $2,300,000 personal property | 10/31/2021 | 10/31/2021 |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Mar-2021 | 0.00 | 325.00 |  |  | 325.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |

| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | 325.00 | | 0.00 | 325.00 |

\* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

**The Source Hotel, LLC**
**Balance Sheet**
**March 31, 2021**

**Assets**

Real Estate
Construction in progress
$ 73,014,963

Total Real Estate
73,014,963

Other Assets
Cash & cash equivalents
63,660
Prepaid expenses and other assets
5,253,981

Total Other Assets
5,317,641

Total Assets
$ 78,332,604

**Liabilities and Members' Capital**

Liabilities
Construction loans - EB5
$ 21,000,000
Construction loans - Evertrust Bank
24,988,809
Due to affiliates, non-interest bearing
5,938,038
Accrued interest and preferred return
7,693,721
Accounts payable and other liabilities
4,512,099

64,132,667

Members' Capital
14,199,937

TOTAL LIABILITIES & MEMBER'S CAPITAL
$ 78,332,604

**The Source Hotel, LLC**
**Statement of Operations**
**For the three months ended March 31, 2021**

|  | Month to Date | Year to Date |
|---|---|---|
| Revenue | $ - | $ - |
| Operating Expenses: | | |
| General & Administrative Expenses | - | 14,437 |
| | - | 14,437 |
| Operating Income (Loss) | - | (14,437) |
| Other income (expense) | - | 1 |
| Net Income (Loss) | $ - | $ (14,436) |

## XI.  QUESTIONNAIRE

|   |   | No | Yes |
|---|---|----|-----|

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below:    X    ___

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below:    X    ___

3. State what progress was made during the reporting period toward filing a plan of reorganization
See #4 below.

4. Describe potential future developments which may have a significant impact on the case:

The Debtor is actively seeking post-petition financing so that the construction of the hotel (which is approximately 85% complete) may be completed and the hotel opened for business. Upon obtaining a commitment for financing upon terms that the Debtor believes are reasonable and acceptable, the Debtor will seek Court approval for such financing. The Debtor anticipates formulating and proposing a plan of reorganization which provides for the completion of construction of the hotel and eventual operation and stabilization of the hotel business, and the restructuring and/or repayment of its existing secured and unsecured debt, using the revenues generated by the operation of the hotel.

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below.    X    ___

I, Donald Chae, Manager of Sole Member of Debtor (DMC Investment Holdings, LLC), declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

4/21/21
Date

Principal for debtor-in-possession