RON BENDER (SBN 143364)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email:  RB@LNBYB.COM; JYO@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtor and Debtor-in-Possession

**FILED & ENTERED**

APR 28 2021

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** duarte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE SOURCE HOTEL, LLC, a California limited liability company,<br><br>　　　Debtor and Debtor in Possession. | Case No.: 8:21-bk-10525-ES<br><br>Chapter 11<br><br>**ORDER DENYING MOTION OF SHADY BIRD LENDING, LLC FOR ORDER DESIGNATING CHAPTER 11 CASE AS SINGLE ASSET REAL ESTATE CASE PURSUANT TO 11 U.S.C. §§ 101(51B) AND 362(d)(3)**<br><br>Hearing:<br>Date:　　April 15, 2021<br>Time:　　10:30 a.m.<br>Place:　　ZoomGov |

1

1    A hearing was held on April 15, 2021 at 10:30 a.m., before the Honorable Erithe A. Smith, United States Bankruptcy Judge for the Central District of California, Santa Ana Division, in Courtroom "5A" located at 411 West Fourth Street, Santa Ana, California 92701 (via ZoomGov), to consider the *Motion Of Shady Bird Lending, LLC For Order Designating Chapter 11 Case As Single Asset Real Estate Case Pursuant To 11 U.S.C. §§ 101(51B) And 362(d)(3)* [Doc. No. 49] (the "Motion") filed by Shady Bird Lending, LLC ("Shady Bird") in the chapter 11 bankruptcy case of The Source Hotel, LLC (the "Debtor"), the debtor and debtor-in-possession herein.  Appearances at the hearing on the Motion were made as noted on the record of the Court.

The Court, having considered the Motion and all papers filed by Shady Bird in support of the Motion, the opposition to the Motion filed by the Debtor [Doc. No. 64] (the "Opposition") and the Declaration of Robert "Charlie" Cervantes submitted by the Debtor in support of the Opposition [Doc. No. 66], the reply to the Opposition filed by Shady Bird [Doc. No. 73], the oral arguments, statements and representations of counsel made at the hearing on the Motion, and all matters of record in the Debtor's Chapter 11 bankruptcy case, proper and adequate notice of the Motion and the hearing on the Motion having been provided, and for the reasons set forth on the record of the Court at the hearing on the Motion,

IT IS HEREBY ORDERED that the Motion is denied.

###

Date: April 28, 2021

Erithe Smith
United States Bankruptcy Judge

2