Daniel A. Lev (CA Bar No. 129622)
  dlev@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Ronald Richards (CA Bar No. 176246)
  ron@ronaldrichards.com
Law Offices of Ronald Richards & Associates, APC
P.O. Box 11480
Beverly Hills, California 90213
Telephone: 310.556.1001
Facsimile: 310.277.3325

Attorneys for Shady Bird Lending, LLC



**FILED & ENTERED**

APR 28 2021

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** duarte    **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE SOURCE HOTEL, LLC,<br><br>        Debtor. | Case No. 8:21-bk-10525-ES<br><br>Chapter 11<br><br>**ORDER, AFTER HEARING, GRANTING, ON AN INTERIM BASIS, MOTION OF SHADY BIRD LENDING, LLC FOR ORDER EXCUSING STATE COURT RECEIVER FROM TURNOVER OF ASSETS PURSUANT TO 11 U.S.C. § 543**<br><br>DATE:  April 15, 2021<br>TIME:  10:30 a.m.<br>PLACE: Courtroom "5A"<br><br>**[RELATES TO DOCKET NO. 51]** |

DAL 2711252v1

| | |
|---|---|
| 1 | On April 15, 2021, the "Motion of Shady Bird Lending, LLC for Order |
| 2 | Excusing State Court Receiver From Turnover of Assets Pursuant to 11 U.S.C. § 543; |
| 3 | Memorandum of Points and Authorities; Declarations of Ronald Richards, Bellann R. |
| 4 | Raile, and Brent Little in Support Thereof" (the "Motion") [Docket No. 51], filed by Shady |
| 5 | Bird Lending, LLC ("Shady Bird"), came on for hearing before the Honorable Erithe |
| 6 | Smith, United States Bankruptcy Judge, presiding.  Shady Bird appeared by and through |
| 7 | Ronald Richards, Law Offices of Ronald Richards & Associates, APC, and Daniel A. Lev, |
| 8 | **Sulmeyer**Kupetz, A Professional Corporation.  The debtor and debtor in possession The |
| 9 | Source Hotel, LLC (the "Debtor") appeared by and through Ron Bender and Juliet Y. Oh, |
| 10 | Levene, Neale, Bender, Yoo & Brill L.L.P.  The City of Buena Park appeared by and |
| 11 | through Christopher G. Cardinale, Alvarez-Glassman & Colvin.  The state court receiver |
| 12 | Bellann R. Raile (the "Receiver") personally appeared and appeared by and through |
| 13 | Peter F. Jazayeri, Jaz, A Professional Legal Corporation.  The Office of the United States |
| 14 | Trustee appeared by and through Nancy Goldenberg.  Other appearances were as noted |
| 15 | on the record of the hearing. |
| 16 | Based on the Motion, the "Notice of Motion of Shady Bird Lending, LLC for |
| 17 | Order Excusing State Court Receiver From Turnover of Assets Pursuant to 11 U.S.C. § |
| 18 | 543" [Docket No. 52] filed by Shady Bird, the "Amended Notice of Motion of Shady Bird |
| 19 | Lending, LLC for Order Excusing State Court Receiver From Turnover of Assets |
| 20 | Pursuant to 11 U.S.C. § 543" [Docket No. 56] filed by Shady Bird, the "Opposition to |
| 21 | Motion of Shady Bird Lending, LLC for Order Excusing State Court Receiver From |
| 22 | Turnover of Assets Pursuant to 11 U.S.C. § 543; Memorandum of Points and Authorities; |
| 23 | Declarations of Donald Chae in Support Thereof" [Docket No. 65] filed by the Debtor, the |
| 24 | "Declaration of Robert 'Charlie' Cervantes in Support of: (A) Opposition to Motion of |
| 25 | Shady Bird Lending, LLC for Order Excusing State Court Receiver From Turnover of |
| 26 | Assets Pursuant to 11 U.S.C. § 543; and (B) Opposition to Motion of Shady Bird Lending, |
| 27 | LLC for Order Designating Chapter 11 Case As Single Asset Real Estate Case Pursuant |
| 28 | to 11 U.S.C. §§ 101(51B) and 362(d)(3)" [Docket No. 66] filed by the Debtor, "Shady Bird |

SulmeyerKupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

Lending, LLC's Reply to Opposition to Motion of Shady Bird Lending, LLC for Order Excusing State Court Receiver From Turnover of Assets Pursuant to 11 U.S.C. § 543; Declarations of Bellann R. Raile, Brent Little, and Andrew Trost in Support Thereof" [Docket No. 72] filed by Shady Bird, the "Response By the City of Buena Park to Motion of Shady Bird Lending, LLC for Order Excusing State Court Receiver From Turnover of Assets Pursuant to 11 U.S.C. § 543; Declaration of Christopher G. Cardinale in Support Thereof" [Docket No. 78] filed by the City of Buena Park, the documents and pleadings on file herein, all judicially noticeable facts of which judicial notice was requested by a party, the arguments presented at the hearing, and after finding that notice of the Motion was proper, and based on the reasons stated by the Court as reflected on the record of the hearing, and for good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is granted, on an interim basis, through June 3, 2021 (the "Initial Interim Period").

2. During the Initial Interim Period, in addition to the powers granted to the Receiver pursuant to the "Ex Parte Order Appointing Receiver and Order to Show Cause" entered on February 17, 2021 (the "Receivership Order"), and notwithstanding anything to the contrary in the Receivership Order, Shady Bird shall be authorized, in its sole discretion, to advance an amount no greater than $200,000 (the "Gifted Advance") to the Receiver to be used by the Receiver, in her sole discretion, to remediate, repair, and fix issues at the Project (as defined in the Motion), provided, however, that the Receiver shall provide written notice by e-mail to bankruptcy counsel for the Debtor within forty-eight hours after acceptance of any bid or proposal by the Receiver for repairs or work to be done on the Project (with copies of such accepted bids and/or proposals), and provided further, that the Receiver shall provide written notice by e-mail to bankruptcy counsel for the Debtor within two business days following the completion of any repairs or work done on the Project by any vendor or contractor. The Gifted Advance provided by Shady Bird during the Initial Interim Period shall not be added to the amount of Shady

Bird's secured claim or loan balance, shall not be deemed an administrative expense claim, and shall not deemed a general unsecured claim in the Debtor's estate.

3.  During the Initial Interim Period, the Receiver shall provide the Debtor with access to the Project following written (e-mail) notice by the Debtor and/or its counsel to both the Receiver and counsel for Shady Bird, which access shall be provided by the Receiver to the Debtor as reasonably requested but in no event later than forty-eight hours after the delivery of such written e-mail notice, provided that email notice is given during business hours, between 9:00 a.m. and 5:00 p.m. (Pacific Time) Monday through Friday.

4.  The hearing on the Motion shall be continued to June 3, 2021, at 2:00 p.m., Pacific Time, or as soon thereafter as the matter may be heard, in Courtroom "5A" of the above-entitled Court, located at 411 W. 4th Street, Santa Ana, California 92703, before the Honorable Erithe Smith, United States Bankruptcy Judge, presiding. Unless otherwise instructed, the hearing shall be conducted remotely, using ZoomGov video and audio as follows:

> Meeting URL: https://cacb.zoomgov.com/j/1616390777
>
> Meeting ID: 161 639 0777
>
> Password: 314314
>
> Telephone conference lines: 1-(669)-254-5252 or 1-(646)-828-7666

5.  Any supplemental brief, declaration, or report in connection with the Motion shall be filed on or before May 20, 2021.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

6. Any reply to any supplemental brief, declaration, or report filed in connection with the Motion shall be filed on or before May 27, 2021.

###

Date: April 28, 2021

Erithe Smith
United States Bankruptcy Judge