1    Peter F. Jazayeri (SBN 199626)
     **JAZ, A PROFESSIONAL LEGAL CORPORATION**
2    peter@jaz-law.com
     1100 Glendon Avenue, Suite 1500
3    Los Angeles, CA  90024
     Telephone:    310.853-2529
4    Facsimile:    310.388.0664

5    Proposed Attorneys for Receiver
     CORDES & COMPANY, LLC THROUGH
6    AND BY BELLANN RAILE

7

8                      **UNITED STATES BANKRUPTCY COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

10   In re                                    Case No. 8:21-bk-10525-ES

11   THE SOURCE HOTEL, LLC,                   Chapter 11

12                           Debtor.          **STIPULATION AMONG DEBTOR,
                                              RECEIVER, AND CREDITOR SHADY
13                                            BIRD LENDING, LLC AUTHORIZING
                                              RECEIVER TO EMPLOY ATTORNEY
14                                            AND TO OBTAIN RELIEF FROM STAY
                                              FOR THE LIMITED PURPOSE OF
15                                            AUTHORIZING RECEIVER TO SEEK
                                              APPROVAL FROM STATE COURT TO
16                                            RETAIN RECEIVERSHIP COUNSEL**

17
                                              [Notice of Motion and Motion For Relief From
18                                            Automatic Stay (Action in Non-Bankruptcy
                                              Forum) F-4001-RFS, Declaration of Peter F.
19                                            Jazayeri, and Supplemental Notice of Hearing
                                              To Be Held Remotely Using Zoom.Gov Audio
20                                            and Video Filed Concurrently Herewith]

21                                            Date:  May 20, 2021
                                              Time: 10:00 AM
22                                            Place: Courtroom 5A

23

24

25

26

27

28

1    Creditor and state-court plaintiff Shady Bird Lending, LLC ("Shady Bird"), debtor and state-

2    court defendant The Source Hotel, LLC ("Debtor"), and Cordes & Company, LLC through and by

3    Bellann Raile ("Receiver") stipulate as follows:

4        1.    On or about February 8, 2021, Shady Bird filed its complaint against the Debtor in

5    the Superior Court of California, County of Orange (the "State Court"), commencing Case No. 30-

6    2021-01183489-CU-OR-CJC (the "State Court Action").

7        2.    On February 17, 2021, the State Court entered an Order granting an *Ex Parte* Order

8    Appointing Receiver and Order To Show Cause And Temporary Restraining Order—Rents, Issues,

9    and Profits ("Receivership Order"), pursuant to which Receiver was appointed, and a receivership

10   estate was created.  A true and correct copy of the Receivership Order is attached as Exhibit A to the

11   Declaration of Peter F. Jazayeri filed concurrently herewith ("Jazayeri Declaration") and

12   incorporated herein by this reference.

13       3.    On or about, February 26, 2021, the Debtor filed a voluntary petition under Chapter

14   11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy

15   Court for the Central District of California, Santa Ana Division (the "Bankruptcy Court") as Case

16   No. 8:21-bk-10525-ES (the "Bankruptcy Case").

17       4.    On or about March 25, 2021, Shady Bird filed a Motion for Order Excusing State

18   Court Receiver From Turnover of the Assets Pursuant to Bankruptcy Code section 543 in the

19   Bankruptcy Case (the "Excuse Turnover Motion")   [Docket No. 51].   The Debtor filed an

20   Opposition to the Excuse Turnover Motion and supporting declarations [Docket Nos. 65-66], and

21   Shady Bird filed a reply and supporting declaration [Docket No. 72].

22       5.    Prior to the hearing on the Excuse Turnover Motion, the Receiver attempted to

23   resolve issues concerning her need for and employment of counsel, as set forth in paragraphs five

24   through ten of the Jazayeri Declaration.  Shady Bird supported the hiring of counsel, but the Debtor

25   wanted to wait until after the Excuse Turnover Motion was heard.

26       6.    On April 15, 2021, the Bankruptcy Court held a hearing on the Excuse Turnover

27   Motion and granted it on an interim basis through June 3, 2021 (the "Interim Period"), thereby

28   allowing the Receiver to remain in place, pending a continued hearing on the Excuse Turnover

1  Motion to be held in the Bankruptcy Court on June 3, 2021 at 2:00 p.m. in Courtroom 5A.   Pursuant

2  to the Order, After Hearing, Granting On An Interim Basis, Motion of Shady Bird Lending, LLC For

3  Order Excusing State Court Receiver From Turnover of Assets Pursuant to 11 U.S.C. § 543 (the

4  "Interim Excuse Turnover Order"), Shady Bird is authorized, in its sole discretion, to advance an

5  amount no greater than $200,000 (the "Gifted Advance") to the Receiver to be used by the Receiver,

6  in her sole discretion, to remediate, repair, and fix issues at the Project (as defined in the Excuse

7  Turnover Motion), provided that the Receiver shall provide timely written notice by e-mail to

8  bankruptcy counsel for the Debtor.

9      7.      In the event of a bankruptcy filing, Paragraph 27(d) of the Receivership Order

10  provides that "the receiver may petition the court to retain legal counsel to assist the receiver with

11  issues arising out of the bankruptcy proceedings that affect the receivership." Shady Bird, the Debtor

12  and the Receiver (collectively, the "Parties") agree that, under applicable law, the Receiver is

13  entitled to employ counsel when necessary, including as part of her duties to perform an accounting,

14  submit herself to inquiry, or protect against attack by those beneficially interested in the estate.

15      8.      The Parties agree that, under applicable law, the factors for determining the

16  reasonableness of a receiver's compensation pursuant to Bankruptcy Code section 543 are similar to

17  those used in considering other attorneys' fees and include: the time and labor expended by the

18  custodian; the benefit of the custodian's services to the debtor and the estate; the size and/or

19  complexity of the estate; what the custodian would have received if he or she had been appointed as

20  trustee for the debtor, and the quality of the custodian's services.

21      9.      During the Interim Period, the Receiver requires counsel to maintain her

22  independence and protect the sanctity of the receivership estate, to represent the Receiver's interests

23  with respect to the performance of the Receiver's powers, rights, and duties as required in

24  accordance with the Receivership Order, the California Rules of Court, and the Bankruptcy Code, as

25  well as to advise and protect the Receiver against any challenges to the Receiver's authority or

26  handling of the receivership estate pending resolution of the Excuse Turnover Motion.   In addition,

27  if the Excuse Turnover Motion is later denied, the Receiver will need an attorney to help her comply

28  with the obligations of Bankruptcy Code section 543, which governs the Receiver's duties to

3

1  turnover receivership property to the debtor-in-possession and file an accounting and report pursuant

2  to Bankruptcy Code section 543(b)(2) and Federal Rule of Bankruptcy Procedure 6002.

3      10.    While the Receiver may be entitled to employ counsel without a retention order in

4  bankruptcy, in an abundance of caution, and to avoid any conflicts between the Receivership Order

5  and the requirements of the Bankruptcy Code, the Receiver requested that the Parties enter into this

6  stipulation consenting to her hiring of counsel and granting her relief from stay for the sole purpose

7  of obtaining approval in the State Court Action to hire such counsel.

8      **WHEREFORE**, based on the foregoing paragraphs, Shady Bird, the Debtor, and Receiver

9  respectfully request that the Court enter an order:

10      (i)    approving this stipulation;

11      (ii)    lifting the automatic stay set forth in 11 U.S.C. § 362 for the sole purpose of

12  authorizing the Receiver to obtain approval from the State Court to employ Peter Jazayeri of Jaz, A

13  Professional Legal Corporation ("Attorney") as her attorney, pursuant to the terms of the

14  engagement letter attached as Exhibit "H" to the Jazayeri Declaration, subject to all Bankruptcy

15  Code requirements;

16      (iii)    Shady Bird, the Debtor, and the Receiver acknowledge and agree that all parties,

17  including, the Debtor, the Office of the U.S. Trustee, creditors of the Debtor, and other parties in

18  interest in the Debtor's bankruptcy case, reserve all of their rights to object to the reasonableness of

19  any fees incurred by the Receiver and the Receiver's Attorney, and that the Receiver and Receiver's

20  Attorney reserve all of their rights and defenses to respond to any such objection; and

21      (iv)    granting such other and further relief as the Court deems just and appropriate under

22  the circumstances.

23  DATED:  April 27, 2021        **JAZ, A PROFESSIONAL LEGAL CORPORATION**

24

25                  By: _____

26                      Peter F. Jazayeri
                        Proposed Attorneys for Receiver
27                      CORDES & COMPANY, LLC BY AND THROUGH
                        BELLANN RAILE

28

4

1

2  DATED: April 27, 2021          **CORDES & COMPANY, LLC BY AND
                                    THROUGH BELLANN RAILE**

3

4                                  By: _Bellann Raile_____
                                    Bellann Raile
5                                   Receiver

6

7  DATED:  April ___, 2021        **LAW OFFICES OF RONALD RICHARDS &
                                    ASSOCIATES, APC**

8

9                                  By: _____
10                                  Ronald Richards
                                    Attorneys for
11                                  SHADY BIRD LENDING LLC

12 DATED:  April ___, 2021        **SULMEYERKUPETZ, A PROFESSIONAL
                                    CORPORATION**

13

14                                 By: _____
                                    Daniel A. Lev
15                                  Attorneys for
                                    SHADY BIRD LENDING LLC

16

17 DATED:  April 26, 2021         **LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**

18                                 By: _____
19                                  Juliet Y. Oh
                                    Attorneys for Debtor
20                                  THE SOURCE HOTEL, LLC

21

22

23

24

25

26

27

28

5

1

2    DATED: April ___, 2021          **CORDES & COMPANY, LLC BY AND
                                      THROUGH BELLANN RAILE**

3

4                                     By: _____
                                          Bellann Raile
5                                     Receiver

6

7    DATED:  April 27 , 2021          **LAW OFFICES OF RONALD RICHARDS &
                                      ASSOCIATES, APC**

8

9                                     By: /s/Ronald Richards
                                          _____
                                          Ronald Richards
10                                    Attorneys for
                                      SHADY BIRD LENDING LLC
11

12   DATED: April **27** , 2021       **SULMEYERKUPETZ, A PROFESSIONAL
                                      CORPORATION**
13
                                      By: _____
14                                        Daniel A. Lev
                                      Attorneys for
15                                    SHADY BIRD LENDING LLC

16

17   DATED:  April 26, 2021           **LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**

18
                                      By: _____
19                                        Juliet Y. Oh
                                      Attorneys for Debtor
20                                    THE SOURCE HOTEL, LLC

21

22

23

24

25

26

27

28

5

1

2 DATED: April ___, 2021          **CORDES & COMPANY, LLC BY AND
                                  THROUGH BELLANN RAILE**

3

4                                By: _____
                                     Bellann Raile
5                                Receiver

6

7 DATED:  April ___, 2021          **LAW OFFICES OF RONALD RICHARDS &
                                  ASSOCIATES, APC**

8

9                                By: _____
                                     Ronald Richards
10                               Attorneys for
                                 SHADY BIRD LENDING LLC
11

12 DATED:  April ___, 2021          **SULMEYERKUPETZ, A PROFESSIONAL
                                  CORPORATION**

13

14                               By: _____
                                     Daniel A. Lev
                                 Attorneys for
15                               SHADY BIRD LENDING LLC

16

17 DATED:  April 26, 2021          **LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**

18

19

20                               By: _____
                                     Juliet Y. Oh
21                               Attorneys for Debtor
                                 THE SOURCE HOTEL, LLC
22

23

24

25

26

27

28

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  1100 Glendon Avenue, Suite 1500, Los Angeles, CA 90024.

A true and correct copy of the foregoing document entitled (*specify*):  ***STIPULATION AMONG DEBTOR, RECEIVER, AND CREDITOR SHADY BIRD LENDING, LLC AUTHORIZING RECEIVER TO EMPLOY ATTORNEY AND TO OBTAIN RELIEF FROM STAY FOR THE LIMITED PURPOSE OF AUTHORIZING RECEIVER TO SEEK APPROVAL FROM STATE COURT TO RETAIN RECEIVERSHIP COUNSEL*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 28, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On April 28, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

⊠    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
(state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 28, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

⊠    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 28, 2021 | Toni Gesin | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

## ATTACHMENT TO F 9013-3.1.PROOF.SERVICE

### Via NEF

- **Attorney for Debtor:  Ron Bender**   rb@lnbyb.com
- **Michael G Fletcher**    mfletcher@frandzel.com, sking@frandzel.com
- **Amir Gamliel**    amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Attorney for U.S. Trustee:  Nancy S Goldenberg**   nancy.goldenberg@usdoj.gov
- **Attorney for Receiver in State Court:  Peter F Jazayeri**    peter@jaz-law.com
- **Attorney for Shady Bird:  Daniel A Lev**   dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Grant A Nigolian**    grant@gnpclaw.com, process@gnpclaw.com;grant.nigolian@gmail.com
- **Attorney for Debtor: Juliet Y Oh**    jyo@lnbrb.com, jyo@lnbrb.com
- **Ho-El Park**    hpark@hparklaw.com
- **Attorney for Shady Bird:  Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com
- **United States Trustee (SA)**:    ustpregion16.sa.ecf@usdoj.gov

### Via U.S. Mail

The Source Hotel (Debtor)
6988 Beach Boulevard, Suite B-215
Buena Park, CA 90621

Ted Sul (Creditor)
Newgens, Inc.
14241 Foster Road
La Mirada, CA 90638

Rachel Castro (Creditor)
Cabrillo Hoist
P.O. Box 3179
Rancho Cucamonga, CA 91729

Solid Construction Company, Inc. (Creditor)
883 Crenshaw Blvd.
Los Angeles, CA 90005

WESCO Distribution, Inc. (Creditor)
6251 Knott Ave.
Buena Park, CA 90620

Harbor All Glass & Mirror, Inc. (Creditor)
1926 Placentia Ave.
Costa Mesa, CA 92627

Edward Riggs (Creditor)
Diablo Consulting
13200 Crossroads Parkway N, Ste. 115
City of Industry, CA 91746

Ace Tek Roofing Co. (Creditor)
747 S. Ardmore Ave., Ste. 405
Los Angeles, CA 90005

Briana Ochoa (Creditor)
Morrow Meadows
231 Benton Court
City of Industry, CA 91789

Evergreen Electric Construction, Inc. (Creditor)
629 Grove View Lane
La Canada, CA 91011

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Steve Ruck (Creditor)
Chefs Toys
18430 Pacific Street
Fountain Valley, CA 92708

Stumbaugh & Associates, Inc. (Creditor)
3303 N. San Fernando Blvd.
Burbank, CA 91504

HBA Procurement, Inc. (Creditor)
3216 Nebraska Ave.
Santa Monica, CA 90404

Roger J. Fugit (Creditor)
OJ Insulation LP
600 S. Vicent Ave.
Azusa, CA 91702

DKY Architects (Creditor)
15375 Barranca Parkway, Suite A-210
Irvine, CA 92618

Dooman Jun (Creditor)
Master Glass
2225 W. Pico Blvd., Unit C
Los Angeles, CA 90006

Cecilia Dinh (Creditor)
Universal Flooring Systems
15573 Commerce Lane
Huntington Beach, CA 92649

L2 Specialties (Creditor)
3613 W. Macarthur Blvd., #611
Santa Ana, CA 92704

Ficcadenti Waggoner (Creditor)
16969 Von Karman Ave., Ste. 240
Irvine, CA 92606

Retrolock Corporation (Creditor)
17915 Railroad St.
City of Industry, CA 91748

American Engineering Laboratories, Inc. (Creditor)
P.O. Box 1816
Whittier, CA 90609

Christopher G. Cardinale
Alvarez-Glasman & Colvin
13181 Crossroads Pkwy N, Ste 400
City of Industry, CA 91746

**Via Overnight Delivery**

Honorable Erithe A. Smith
US Bankruptcy Court – Santa Ana Division
Ronald Reagan Federal Building
411 West 4th Street, #5040
Santa Ana, CA 92701

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**