| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Peter F. Jazayeri (SBN 199626)<br>JAZ, A PROFESSIONAL LEGAL CORPORATION<br>peter@jaz-law.com<br>1100 Glendon Avenue, Suite 1500<br>Los Angeles, CA 90024<br>Telephone:  310.853.2529<br>Facsimile: 310.388.0664<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re:<br><br>The Source Hotel, LLC<br><br><br>Debtor(s) | CASE NO.: 8:21-bk-10525-ES<br>CHAPTER:  11 |
|---|---|
| | **SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO** |
| | HEARING DATE:    May 20, 2021<br>HEARING TIME:    10:00 A.M. |

**Movant:**  Cordes & Company, LLC by and through Bellann Raile (State Court Receiver)

1. The Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held in the above-captioned case, on the date and time indicated above, before the Honorable Erithe A. Smith, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number):*

    > **Notice of Motion and Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (with supporting declarations) (Action in Non Bankruptcy Forum) [Dkt. 101]**

2. **Please be advised that because of the COVID-19 pandemic, the Court will conduct the hearing using ZoomGov audio and video technology**. Information on how to participate in the hearing using ZoomGov is provided on the following page of this notice.

3. Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

4. Individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).  The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet.  Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

5. Individuals also may connect to the hearing by telephone only, using the telephone number provided below.  Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

6. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

7. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

8. All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

9. The following is the unique ZoomGov connection information for the above-referenced hearing:

Meeting URL:    https://cacb.zoomgov.com/j/1607972848

Meeting ID:    160 797 2848

Password:    852143

Telephone conference lines:    1 (669) 254 5252 or 1 (646) 828 7666

10. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-participants

.   Date:    April 28, 2021

Jaz, a Professional Legal Corporation
Printed name of law firm (if applicable)

Peter F. Jazayeri
Printed name of individual Movant or attorney for Movant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  1100 Glendon Avenue, Suite 1500, Los Angeles, CA 90024.

A true and correct copy of the foregoing document entitled (*specify*):  **SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOM GOV AUDIO AND VIDEO** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 28, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On April 28, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 28, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 28, 2021 | Toni Gesin | /s/ Toni Gesin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

## **ATTACHMENT TO F 9013-3.1.PROOF.SERVICE**

### Via NEF

- **Attorney for Debtor: Ron Bender**     rb@lnbyb.com
- **Michael G Fletcher**     mfletcher@frandzel.com, sking@frandzel.com
- **Amir Gamliel**     amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Robert P Goe**     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Attorney for U.S. Trustee: Nancy S Goldenberg**     nancy.goldenberg@usdoj.gov
- **Attorney for Receiver in State Court: Peter F Jazayeri**     peter@jaz-law.com
- **Attorney for Shady Bird: Daniel A Lev**     dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Grant A Nigolian**     grant@gnpclaw.com, process@gnpclaw.com;grant.nigolian@gmail.com
- **Attorney for Debtor: Juliet Y Oh**     jyo@lnbrb.com, jyo@lnbrb.com
- **Ho-El Park**     hpark@hparklaw.com
- **Attorney for Shady Bird: Ronald N Richards**     ron@ronaldrichards.com, morani@ronaldrichards.com
- **United States Trustee (SA)**:     ustpregion16.sa.ecf@usdoj.gov

### Via U.S. Mail

The Source Hotel (Debtor)
6988 Beach Boulevard, Suite B-215
Buena Park, CA 90621

Rachel Castro (Creditor)
Cabrillo Hoist
P.O. Box 3179
Rancho Cucamonga, CA 91729

WESCO Distribution, Inc. (Creditor)
6251 Knott Ave.
Buena Park, CA 90620

Edward Riggs (Creditor)
Diablo Consulting
13200 Crossroads Parkway N, Ste. 115
City of Industry, CA 91746

Briana Ochoa (Creditor)
Morrow Meadows
231 Benton Court
City of Industry, CA 91789

Ted Sul (Creditor)
Newgens, Inc.
14241 Foster Road
La Mirada, CA 90638

Solid Construction Company, Inc. (Creditor)
883 Crenshaw Blvd.
Los Angeles, CA 90005

Harbor All Glass & Mirror, Inc. (Creditor)
1926 Placentia Ave.
Costa Mesa, CA 92627

Ace Tek Roofing Co. (Creditor)
747 S. Ardmore Ave., Ste. 405
Los Angeles, CA 90005

Evergreen Electric Construction, Inc. (Creditor)
629 Grove View Lane
La Canada, CA 91011

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Steve Ruck (Creditor)<br>Chefs Toys<br>18430 Pacific Street<br>Fountain Valley, CA 92708 | Stumbaugh & Associates, Inc. (Creditor)<br>3303 N. San Fernando Blvd.<br>Burbank, CA 91504 |
| HBA Procurement, Inc. (Creditor)<br>3216 Nebraska Ave.<br>Santa Monica, CA 90404 | Roger J. Fugit (Creditor)<br>OJ Insulation LP<br>600 S. Vicent Ave.<br>Azusa, CA 91702 |
| DKY Architects (Creditor)<br>15375 Barranca Parkway, Suite A-210<br>Irvine, CA 92618 | Dooman Jun (Creditor)<br>Master Glass<br>2225 W. Pico Blvd., Unit C<br>Los Angeles, CA 90006 |
| Cecilia Dinh (Creditor)<br>Universal Flooring Systems<br>15573 Commerce Lane<br>Huntington Beach, CA 92649 | L2 Specialties (Creditor)<br>3613 W. Macarthur Blvd., #611<br>Santa Ana, CA 92704 |
| Ficcadenti Waggoner (Creditor)<br>16969 Von Karman Ave., Ste. 240<br>Irvine, CA 92606 | Retrolock Corporation (Creditor)<br>17915 Railroad St.<br>City of Industry, CA 91748 |
| American Engineering Laboratories, Inc. (Creditor)<br>P.O. Box 1816<br>Whittier, CA 90609 | Christopher G. Cardinale<br>Alvarez-Glasman & Colvin<br>13181 Crossroads Pkwy N, Ste 400<br>City of Industry, CA 91746 |

**Via Overnight Delivery**

Honorable Erithe A. Smith
US Bankruptcy Court – Santa Ana Division
Ronald Reagan Federal Building
411 West 4th Street, #5040
Santa Ana, CA 92701

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**