

FILED & ENTERED

MAY 06 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| THE SOURCE HOTEL, LLC. | CASE NO.  8:21-10525-ES |
| Debtors. | **CHAPTER 11 STATUS CONFERENCE ORDER** |
| | Date:    August 12, 2021<br>Time:    10:30 a.m.<br>Place:   Courtroom 5A |

A Chapter 11 Status Conference took place on May 6, 2021 at 10:30 a.m.

Appearances were made as noted on the Court's record.

Based upon the Chapter 11 status report filed on behalf of Debtor and/or oral

argument and representations made by counsel for the parties at the status conference,

and pursuant to 11 U.S.C. § 105, and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1    **X**    This Status Conference is continued to <u>August 12, 2021 at 10:30 a.m.</u> The

2    hearing shall be conducted by Zoom videoconference. The parties shall

3    review the Court's website at www.cacb.uscourts.gov for details.

4    Debtor shall file an updated status report and serve a copy of the same

5    upon the United States Trustee not later than <u>July 29, 2021</u>.

6

7    **X**    <u>July 12, 2021</u>  shall be fixed as the last date by which proofs of

8    claim and interest shall be filed.  Debtor shall serve notice of the last date to

9    file proof of claims.  Notice shall be served upon all creditors not later than

10    <u>May 12, 2021</u>.

11

12    ###

13

14

15

16

17

18

19

20

21

22

23    Date: May 6, 2021

24    Erithe Smith
United States Bankruptcy Judge

25

26

27

28