UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>THE SOURCE HOTEL, LLC,<br><br>Debtor. | CHAPTER 11 (BUSINESS) |  |
|---|---|---|
| | Case Number: | 8:21-bk-10525-ES |
| | Operating Report Number: | 3 |
| | For the Month Ending: | Apr-21 |

### I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS            0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL            0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:            63,660.41

4.  RECEIPTS DURING CURRENT PERIOD:
Accounts Receivable - Post-filing            _____
Accounts Receivable - Pre-filing            _____
General Sales            _____
Other (Specify)            _____
**Other (Specify)            _____

TOTAL RECEIPTS THIS PERIOD:            0.00

5.  BALANCE:            63,660.41

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2)            32,572.70
Disbursements (from page 2)            13,290.36

TOTAL DISBURSEMENTS THIS PERIOD:***            45,863.06

7.  ENDING BALANCE:            17,797.35

8.  General Account Number(s):            -9308
Depository Name & Location:            Axos Bank
(General DIP Account opened on 3/04/2021)

*   All receipts must be deposited into the general account.
**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
      to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 4/2/2021 | | | Internal transfer to Tax Acct | 32,572.70 | | 32,572.70 |
| 4/5/2021 | ACH | IPFS Corp of Califor | Insurance Installment Payment | | 6,124.89 | 6,124.89 |
| 4/15/2021 | | Axos Bank | Bank account analysis charge | | 25.00 | 25.00 |
| 4/22/2021 | ACH | US Trustee | Q1 2021 trustee fee | | 325.00 | 325.00 |
| 4/29/2021 | ACH | IPFS Corp of Califor | Insurance Installment Payment | | 6,124.89 | 6,124.89 |
| 4/13/2021 | 7 | AT&T | Utility | | 345.48 | 345.48 |
| 4/13/2021 | 8 | AT&T | Utility | | 345.10 | 345.10 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 32,572.70 | 13,290.36 | $45,863.06 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: ___4/1/2021-4/30/2021___    Balance on Statement:    $        18,487.93

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                                              | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 7 | 4/13/2021 | 345.48 |
| 8 | 4/13/2021 | 345.10 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                                              | 690.58 |

Bank statement Adjustments:                                                            _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                                                  | $17,797.35 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I.  CASH RECEIPTS AND DISBURSEMENTS
### C. (TAX ACCOUNT)

| | | |
|---|---|---:|
| 1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS | | 0.00 |
| 2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX ACCOUNT REPORTS | | 0.00 |
| 3.  BEGINNING BALANCE: | | 0.00 |
| 4.  RECEIPTS DURING CURRENT PERIOD: | | 93,997.61 |
| (Transferred from General Account) | 32,572.70 | |
| Funding from affiliate | 61,424.91 | |
| 5.  BALANCE: | | 93,997.61 |
| 6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD | | |
| TOTAL DISBURSEMENTS THIS PERIOD:*** | | (93,997.61) |
| 7.  ENDING BALANCE: | | 0.00 |

| | |
|---|---|
| 8.  TAX Account Number(s): | -9324 |
| Depository Name & Location: | Axos Bank |
| | (Tax DIP Account opened on 3/04/2021) |

TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 4/14/2021 | ACH | Tax Collector Orange Coun | 2nd installment property tax 2020/2021 | 93,997.61 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 93,997.61 |

TAX ACCOUNT
BANK RECONCILIATION

Bank statement Date: 4/1/2021-4/30/2021    Balance on Statement:    $            -

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                          0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                         0.00

Bank statement Adjustments:                     _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                          $0.00

Page 9 of 16

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. D SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

| | |
|---|---|
| General Account: | 17,797.35 |
| Payroll Account: | n/a |
| Tax Account: | 0.00 |

*Other Accounts:

*Other Monies:

| | |
|---|---|
| **Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE:                                             17,797.35

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |

TOTAL PETTY CASH TRANSACTIONS:                                   0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions



Date  4/30/21          Page      1
Primary Account              9308

THE SOURCE HOTEL, LLC
Debtor in Possession,
Case # 8:21-bk-10525-ES
PO BOX 489
BUENA PARK CA 90621

Account Title:          THE SOURCE HOTEL, LLC
                        Debtor in Possession,
                        Case # 8:21-bk-10525-ES

| | | | |
|---|---|---|---|
| Basic Business Checking | | Number of Enclosures | 0 |
| Account Number | 9308 | Statement Dates  4/01/21 thru  5/02/21 | |
| Previous Balance | 63,660.41 | Days in the statement period | 32 |
| Deposits/Credits | .00 | Avg Daily Ledger | 25,854.93 |
| 5 Checks/Debits | 45,172.48 | Avg Daily Collected | 25,854.93 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 18,487.93 | | |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 4/02 | INTERNAL TRANSFER REQUEST | 32,572.70- |
| 4/05 | IPFSPMTCAO IPFS800-858-4326 | 6,124.89- |
| | CCD 101000015434149 | |
| | THE SOURCE HOTEL, LLC. | |
| 4/15 | Account Analysis Charge | 25.00- |
| 4/22 | PAYMENT    QUARTERLY FEE | 325.00- |
| | CCD 041036041281781 | |
| | THE SOURCE HOTEL | |
| 4/29 | IPFSPMTCAO IPFS800-858-4326 | 6,124.89- |
| | CCD 101000019384471 | |
| | THE SOURCE HOTEL, LLC. | |



Date  4/30/21          Page    2
Primary Account         9308

Basic Business Checking                    9308   (Continued)

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/01 | 63,660.41 | 4/05 | 24,962.82 | 4/22 | 24,612.82 |
| 4/02 | 31,087.71 | 4/15 | 24,937.82 | 4/29 | 18,487.93 |

*** END OF STATEMENT ***

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.
- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC    EQUAL HOUSING LENDER



```
                                            Date  4/30/21        Page    1
                                            Primary Account              9324

        THE SOURCE HOTEL, LLC
        Debtor in Possession,
        Case # 8:21-bk-10525-ES, Tax
        PO BOX 489
        BUENA PARK CA 90621
```

```
Account Title:          THE SOURCE HOTEL, LLC
                        Debtor in Possession,
                        Case # 8:21-bk-10525-ES, Tax
```

| | | | |
|---|---|---|---|
| Basic Business Checking | | Number of Enclosures | 0 |
| Account Number | 9324 | Statement Dates 4/01/21 thru 5/02/21 | |
| Previous Balance | .00 | Days in the statement period | 32 |
| 2 Deposits/Credits | 93,997.61 | Avg Daily Ledger | 27,570.99 |
| 1 Checks/Debits | 93,997.61 | Avg Daily Collected | 27,570.99 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | .00 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 4/02 | INTERNAL TRANSFER REQUEST | 32,572.70 |
| 4/06 | Wire Transfer Credit | 61,424.91 |
| | M + D PROPERTIES | |
| | 6988 BEACH BLVD B-215 | |
| | BUENA PARK, CA 90621 US | |
| | TEL 714 521 8858 | |
| | BUENA PARK, CA 90621 USA | |
| | TEL 714 521 8858 | |
| | FUND TSH PROPERTY TAXES | |
| | 20210406QMGFT014001909 | |
| | 20210406MMQFMP9N000585 | |
| | 04061736FT01 | |



Date  4/30/21          Page      2
Primary Account            9324

Basic Business Checking                    9324   (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 4/14 | TAX COLL.  ORANGE COUNTY<br>WEB 091000017872230<br>The Source Hotel LLC<br>27636142 | 93,997.61- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 4/01 | .00 | 4/06 | 93,997.61 |
| 4/02 | 32,572.70 | 4/14 | .00 |

*** END OF STATEMENT ***

## IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**For our 24-hour Automated Banking System, please call the number located on the front of the Statement.**
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.
- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)



## II.  STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Shady Bird Lending, LLC | | | | |
| Orange County Treasurer-Tax Collector | 1st installment due 12/10 and 2nd installment due on 4/12/2021 | 93,997.61 | 2nd installment paid on 4/12/2021 | 93,997.61 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 93,997.61 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: _____ | | | |
| TOTAL: | 0.00 | 0.00 | |

## IV.  AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

| | *Accounts Payable Post-Petition | Accounts Receivable | |
| --- | --- | --- | --- |
| | | Pre-Petition | Post-Petition |
| 30 days or less | | | |
| 31 - 60 days | | | |
| 61 - 90 days | | | |
| 91 - 120 days | | | |
| Over 120 days | | | |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
| --- | --- | --- | --- | --- |
| General Liability | Colony Insurance Co. | $1,000,000 each occurrence; $2,000,000 aggregate | 10/31/2021 | 10/31/2021 |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | | | | |
| Others:  Property | United National Insurance Co. | $30,000,000 real property; $2,300,000 personal property | 10/31/2021 | 10/31/2021 |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
| --- | --- | --- | --- | --- | --- |
| 31-Mar-2021 | 0.00 | 325.00 | 22-Apr-2021 | 325.00 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | Page 12 of 16 | | 0.00 |

| | | | | | 0.00 |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | 325.00 | | 325.00 | 0.00 |

\* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Page 13 of 16

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

**The Source Hotel, LLC**
**Balance Sheet**
**April 30, 2021**

### Assets

| Real Estate | | |
|---|---|---|
| Construction in progress | $ | 73,921,986 |
| Total Real Estate | | 73,921,986 |
| | | |
| Other Assets | | |
| Cash & cash equivalents | | 17,797 |
| Prepaid expenses and other assets | | 5,253,981 |
| Total Other Assets | | 5,271,778 |
| | | |
| Total Assets | $ | 79,193,764 |

### Liabilities and Members' Capital

| Liabilities | | |
|---|---|---|
| Construction loans - EB5 | $ | 21,000,000 |
| Construction loans - Evertrust Bank | | 24,988,809 |
| Due to affiliates, non-interest bearing | | 5,999,463 |
| Accrued interest and preferred return | | 8,480,129 |
| Accounts payable and other liabilities | | 4,593,053 |
| | | 65,061,454 |
| | | |
| Members' Capital | | 14,132,311 |
| | | |
| TOTAL LIABILITIES & MEMBER'S CAPITAL | $ | 79,193,764 |

**The Source Hotel, LLC**
**Statement of Operations**
**For the four months ended April 30, 2021**

|  | Month to Date | Year to Date |
|---|---|---|
| Revenue | $ - | $ - |
| | | |
| Operating Expenses: | | |
| General & Administrative Expenses | (1,388) | 80,325 |
| | (1,388) | 80,325 |
| | | |
| Operating Income (Loss) | 1,388 | (80,325) |
| | | |
| Other income (expense) | (1,738) | (1,737) |
| | | |
| Net Income (Loss) | $ (350) | $ (82,062) |

## XI. QUESTIONNAIRE

|  | | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | ___ |

|  | | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | ___ |

3. State what progress was made during the reporting period toward filing a plan of reorganization See #4 below.

4. Describe potential future developments which may have a significant impact on the case:

The Debtor is actively seeking post-petition financing so that the construction of the hotel (which is approximately 85% complete) may be completed and the hotel opened for business. Upon obtaining a commitment for financing upon terms that the Debtor believes are reasonable and acceptable, the Debtor will seek Court approval for such financing. The Debtor anticipates formulating and proposing a plan of reorganization which provides for the completion of construction of the hotel and eventual operation and stabilization of the hotel business, and the restructuring and/or repayment of its existing secured and unsecured debt, using the revenues generated by the operation of the hotel.

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  | | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

I, Donald Chae, Manager of Sole Member of Debtor (DMC Investment Holdings, LLC), declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_____
Date

_____
Principal for debtor-in-possession