This action affects title to and the right to possession of specific property situated in Orange County, California, specifically described as follows:

1. __Commonly known as__: 6986 Beach Boulevard, Buena Park, CA 90621.

   __Legal Description__: PM 391-4 POR PAR 4 (POR OF 7TH FLOOR HOTEL & ROOF PARCEL) TR 1756

   __Assessor's Parcel Number__: 276-361-45

Plaintiff seeks by the action to have the interest of Plaintiff and Defendants determined and the property sold, and the proceeds divided according to law. The parties to the action are set forth in the title to the action.

DATED: March 2, 2020

SPLINTER & THAI, LLP

__MIN N. THAI__
__Attorney for Plaintiff,__
__RESCO ELECTRIC, INC.__

A notary public or other officer completing this certificate verifies only the identity of the individual who signed The document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California        )
                          )
County of Los Angeles    )

On March 2, 2020, before me, Debbie Wood, a Notary Public in and for said State, personally appeared MIN N. THAI, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the instrument in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity on behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

DEBBIE WOOD
Notary Public - California
Los Angeles County
Commission # 2161594
My Comm. Expires Aug 27, 2020

2

NOTICE OF PENDENCY OF ACTION

## PROOF OF SERVICE BY CERTIFIED MAIL - 1013a, 2015.5 C.C.P.

STATE OF CALIFORNIA      )
                         )ss.
COUNTY OF LOS ANGELES)

I am resident of/employed in the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 25124 Narbonne Avenue, Suite 106, Lomita, California 90717.

On March 2, 2020, I served the within NOTICE OF PENDENCY OF ACTION (LIS PENDENS) on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, and addressed as set out below by "Certified Mail – Return Receipt Requested":

Greenland Construction Service, LLC
6940 Beach Boulevard, #D-301
Buena Park, CA 90621

The Source Hotel LLC
6986 Beach Boulevard
Buena Park, CA 90621

The Source Hotel LLC
6940 Beach Boulevard, #D-301
Buena Park, CA 90621

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with first-class postage thereon fully prepaid at Lomita, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing in the affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 2, 2020, at Lomita, California.

Debbie Wood

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

**RECORDING REQUESTED**
**AND WHEN RECORDED MAIL TO:**
RECORDING REQUESTED BY:
Retrolock Corp.
AND WHEN RECORDED MAIL DOCUMENT TO:
Grant Nigolian
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626

97.00

HITS

*SR001218653958*
2020000613064 3:37 pm 10/28/20
227 414A N26   5
0.00 0.00 0.00 0.00 12.00 0.00 0.000,0075.00 3.00

*THIS SPACE IS FOR RECORDERS USE ONLY*

## NOTICE OF PENDENCY OF ACTION
### (LIS PENDENS)

(Title of Document)

Per Government Code 27388.1(a)(1) *"A fee of $75 dollars shall be paid at the time of recording on every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel or real property."*

☐ Exempt from SB2 fee per GC 27388.1(a)(2); is a transfer subject to the imposition of documentary transfer tax", or

☐ Exempt from SB2 fee per GC 27388.1(a)(2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax", or

☐ Exempt from SB2 fee per GC 27388.1(a)(2); is a transfer of real property that is a residential dwelling to an owner-occupier", or

☐ Exempt from SB2 fee per GC 27388.1(a)(2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier", or

☐ Exempt from SB2 fee per GC 27388.1(a)(1); fee cap of $225 reached"

☐ Exempt from SB2 fee per GC 27388.1(a)(1); not related to real property

Failure to include an exemption reason will result in the imposition of the SB2 Building Homes and Jobs Act Fee.

**\*\*NOT APPLYING FOR EXEMPTION**

1  GRANT NIGOLIAN, P.C.
   Grant A. Nigolian (Bar No. 184101)
2  695 Town Center Drive, Suite 700
   Costa Mesa, CA 92626
3  Tel: (310) 853-2777

4

5  Attorneys for Plaintiffs,
   Retrolock Corp.

6

7

8                    **SUPERIOR COURT OF CALIFORNIA**

9            **COUNTY OF ORANGE – CENTRAL JUSTICE CENTER**

10 RETROLOCK CORP., a California        )  Case No: 30-2020-01163206-CU-CL-CJC
   corporation;                        )
11                                      )  **NOTICE OF PENDENCY OF ACTION**
12             Plaintiffs,              )  **(LIS PENDENS)**
                                        )
13        vs.                           )  [Cal. Code Civ. Proc. § 405.20]
                                        )
14 GREENLAND CONSTRUCTION SERVICE,      )
   LLC, a California corporation; THE SOURCE )
15 HOTEL, LLC, a California corporation; )
   BUSINESS ALLIANCE INSURANCE         )
16 COMPANY, a California corporation; and )
   DOES ONE (1) through TWENTY (20),    )
17 inclusive;                          )
                                        )
18             Defendants.              )
                                        )
19                                      )
                                        )
20                                      )
                                        )
21                                      )
                                        )
22                                      )
                                        )
23                                      )
                                        )
24                                      )
                                        )
25                                      )
                                        )
26                                      )

27 ///

28



────────────────────────────────────────

NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

1    NOTICE IS GIVEN that the above entitled action was commenced on October 2, 2020, by

2  Retrolock Corp. in the above entitled court and concerns real property or affects the title or right of

3  possession of real property.

4    The names of all defendants to the action are as follows: Greenland Construction Service,

5  LLC; The Source Hotel, LLC; and Business Alliance Insurance Company.

6    The property in question has an address of 6986 Beach Blvd., Buena Park, California,

7  90621, APN No. of 276-361-20 & 276-361-22, and is described as follows:

8        LOTS 2 THROUGH 9, INCLUSIVE, OF TRACT NO. 1756, IN THE
9        CITY OF BUENA PARK, COUNTY OF ORANGE, STATE OF
         CALIFORNIA, AS PER MAP RECORDED IN BOOK 60, PAGES 20
10       AND 21 OF MISCELLANEOUS MAPS, TOGETHER WITH LOT 2 IN
11       BLOCK 61 OF BUENA PARK, IN SAID CITY, COUNTY AND STATE,
         AS PER MAP RECORDED IN 18, PAGES 50 TO 52 INCLUSIVE, OF
12       MISCELLANEOUS MAPS, ALL IN THE OFFICE OF THE COUNTY
         RECORDER OF SAID COUNTY, TOGETHER WITH THE SOUTH 30
13       FEET OF THE STREET ADJOINING SAID LOT ON THE NORTH
14       ABANDONED BY ORDER OF THE BOARD OF SUPERVISORS OF
         ORANGE COUNTY FILED IN BOOK 8, PAGE 37 OF BOARD
15       MINUTES, ON AUGUST 2, 1911.

16    The owners or reputed owners of the real property is The Source Hotel, LLC.

17    The purpose of the action is to collect a debt and foreclose a mechanics lien recorded on July

18  24, 2020, as Instrument No. 2020000358872, Official Records of Orange County, California

19  ("**Mechanics' Lien**" -**Exhibit 1**), in which claimant Retrolock Corp. claims the sum of $258,225.27.

20

21  DATED: October 2, 2020                    GRANT NIGOLIAN, P.C.
22                                            Grant A. Nigolian

23                                            By: _____
24                                                Grant A. Nigolian

25                                            Attorneys for Plaintiffs,
26                                            Retrolock Corp.

27

28

Page -1-
NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

**PROOF OF SERVICE**

I am employed in the City of Costa Mesa, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 695 Town Center Drive, Suite 700, Costa Mesa, CA 92626. On the date signed below, I served the documents named below on the parties in this action as follows:

**NOTICE OF PENDENCY OF ACTION (LIS PENDENS)**

Upon the parties named below as follows: (See attached service list.)

☒ **(BY MAIL WHERE INDICATED)** I caused the above referenced document(s) to be placed in an envelope, with postage thereon fully prepaid, and placed in the United States mail at Costa Mesa, California. I am readily familiar with the practice of the firm for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY FACSIMILE WHERE INDICATED)** The above-referenced document(s) was/were transmitted by facsimile transmission and the transmission was reported as complete and without error. Pursuant to Rule 2001 et. seq. of the Cal. Rules of Court, I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is attached to this Declaration, unless service by facsimile transmission was executed as a matter of professional courtesy.

☐ **(BY PERSONAL DELIVERY WHERE INDICATED)** I caused the above-referenced document(s) to be personally delivered to the person and/or the address listed above.

☐ **(BY FEDERAL EXPRESS WHERE INDICATED)** I am readily familiar with the practice of the firm for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☒ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America the above it true and correct.

Executed on October 28, 2020, at Costa Mesa, California.    *Daniel Kaplan*
                                                             Daniel Kaplan

| | |
|---|---|
| 1 | **Service List**:  *Retrolock Corp., adv. Greenland Construction Service, LLC, et al.* |
| 2 | (O.C.S.C. Case No. 30-2020-01163206-CU-CL-CJC) |
| 3 | Greenland Construction Service, LLC |
| 4 | c/o Summer Bridges (Reg. Agent)<br>6960 Beach Blvd., Unit J205 |
| 5 | Buena Park, CA 90621<br>Defendants |
| 6 | (*via* Certified Mail, return receipt requested) |
| 7 | The Source Hotel, LLC |
| 8 | c/o Summer Bridges (Reg. Agent)<br>6960 Beach Blvd., Unit J205 |
| 9 | Buena Park, CA 90621<br>Defendants |
| 10 | (*via* Certified Mail, return receipt requested) |
| 11 | |
| 12 | Business Alliance Insurance Company<br>Steve Barsotti (Reg. Agent) |
| 13 | 400 Oyster Point Blvd.<br>Suite 327 |
| 14 | South San Francisco, CA 94080<br>Defendants |
| 15 | (*via* Certified Mail, return receipt requested) |
| 16 | Lender's Foreclosure Services |
| 17 | ATTN: Louisa Zavala, Trustee's Sale Officer<br>P.O. Box 92086 |
| 18 | City of Industry, CA 91715 |
| 19 | (*via* Certified Mail, return receipt requested) |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Page 2
PROOF OF SERVICE

EXHIBIT A    042

96

**RECORDING REQUESTED BY:**

Iron Mechanical, Inc.

**WHEN RECORDED, RETURN TO:**
    William L. Porter, Esq.
    Hannah Kreuser, Esq.
    Porter Law Group. Inc.
    7801 Folsom Boulevard, Suite 101
    Sacramento, California 95826

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

97.00
*SR0011927457S*
2020000407548 1:37 pm 08/13/20
62 404A N25   5
0.00 0.00 0.00 0.00 12.00 0.00 0.000.0075.00 3.00

HITS

## NOTICE OF PENDENCY OF ACTION

[The remainder of this page is intentionally left blank]

1   **PORTER LAW GROUP, INC.**
    William L. Porter, Esq. [133968]
2   Hannah C. Kreuser, Esq. [322959]
    7801 Folsom Boulevard, Suite 101
3   Sacramento, California 95826
    Telephone: 916-381-7868
4   Facsimile: 916-381-7880

5   Attorneys for Plaintiff
    IRON MECHANICAL, INC.

6

7

8                   SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                             COUNTY OF ORANGE

10                                  —ooOoo—

11  IRON MECHANICAL, INC.,                    CASE NO. 30-2020-01146448-CU-BC-CJC

12              Plaintiff,

13  v.                                        **NOTICE OF PENDENCY OF ACTION**

14  GREENLAND CONSTRUCTION
    SERVICE, LLC, a California limited liability
15  company; THE SOURCE HOTEL, LLC, a
    California limited liability company; THE
16  SOURCE AT BEACH LLC, a California
    limited liability company; BEACH
17  ORANGETHORPE HOTEL, LLC, a
    California limited liability company; BEACH
18  ORANGETHORPE HOTEL II, LLC, a
    California limited liability company;
19  EVERTRUST BANK, a California
    corporation; and DOES 1 through 90,
20  inclusive,

21              Defendants.

22

23

24      NOTICE IS HEREBY GIVEN that the above-entitled action was commenced and is now

25  pending in the above-entitled Court upon Complaint of Plaintiff, IRON MECHANICAL, INC.,

26  against Defendants, GREENLAND CONSTRUCTION SERVICE, LLC, a California limited

27  liability company; THE SOURCE HOTEL, LLC, a California limited liability company; THE

28  SOURCE AT BEACH LLC, a California limited liability company; BEACH

                                        - 1 -
                            NOTICE OF PENDENCY OF ACTION

1  ORANGETHORPE HOTEL, LLC, a California limited liability company; BEACH

2  ORANGETHORPE HOTEL II, LLC, a California limited liability company; EVERTRUST

3  BANK, a California corporation; and DOES 1 through 90, inclusive.

4      The above-entitled action alleges a real property claim affecting title to and/or possession

5  of real property in that Plaintiff, IRON MECHANICAL, INC., seeks foreclosure of a mechanics'

6  lien concerning real property located at 6986 Beach Blvd., Buena Park, CA 90621, APNs: 276-

7  361-29, -30, -32, -33, -35 through -45, inclusive, 276-361-56 through -62, inclusive.

8

9  Dated: August 4, 2020                    PORTER LAW GROUP, INC.

10                            By:

11                                William L. Porter
                                  Attorneys for Plaintiff
12                                IRON MECHANICAL, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

NOTICE OF PENDENCY OF ACTION

1 **PORTER LAW GROUP, INC.**
  William L. Porter, Esq. [133968]
2 Hannah C. Kreuser, Esq. [322959]
  7801 Folsom Boulevard, Suite 101
3 Sacramento, California 95826
  Telephone: 916-381-7868
4 Facsimile: 916-381-7880

5 Attorneys for Plaintiff
  IRON MECHANICAL, INC.
6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                        COUNTY OF ORANGE

10                            —ooOoo—

11 IRON MECHANICAL, INC.,              CASE NO. 30-2020-01146448-CU-BC-CJC

12              Plaintiff,

13 v.                                  **PROOF OF SERVICE**

14 GREENLAND CONSTRUCTION
   SERVICE, LLC, a California limited liability
15 company; THE SOURCE HOTEL, LLC, a
   California limited liability company; THE
16 SOURCE AT BEACH LLC, a California
   limited liability company; BEACH
17 ORANGETHORPE HOTEL, LLC, a
   California limited liability company; BEACH
18 ORANGETHORPE HOTEL II, LLC, a
   California limited liability company;
19 EVERTRUST BANK, a California
   corporation; and DOES 1 through 90,
20 inclusive,

21              Defendants.

22

23

24     I, the undersigned, declare that I am over the age of eighteen years and am not a party to

25 the within-entitled action; I am employed in the City and County of Sacramento, California; my

26 business address is 7801 Folsom Boulevard, Suite 101, Sacramento, California 95826.

27                            - 1 -

28

                            PROOF OF SERVICE

On the date below, I served the attached document(s) entitled:

**NOTICE OF PENDENCY OF ACTION**

on the interested parties in this action as follows:

| | |
|---|---|
| Greenland Construction Service, LLC<br>c/o Summer Bridges<br>6960 Beach Blvd., Unit J205<br>Buena Park, CA 90621 | The Source Hotel, LLC<br>c/o Summer Bridges<br>6960 Beach Blvd., Unit J205<br>Buena Park, CA 90621 |
| The Source at Beach, LLC<br>c/o Summer Bridges<br>6960 Beach Blvd., Unit J205<br>Buena Park, CA 90621 | Beach Orangethorpe Hotel, LLC<br>c/o Summer Bridges<br>6960 Beach Blvd., Unit J205<br>Buena Park, CA 90621 |
| Beach Orangethorpe Hotel II, LLC<br>c/o Summer Bridges<br>6960 Beach Blvd., Unit J205<br>Buena Park, CA 90621 | Evertrust Bank<br>c/o Minna M. Tsao<br>2 N. Lake Ave., Suite #1030<br>Pasadena, CA 91101 |

(XX) (BY REGULAR MAIL) By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the ordinary course of business for collection and mailing that same date at PORTER LAW GROUP, INC., 7801 Folsom Boulevard, Suite 101, Sacramento, California. I declare that I am readily familiar with the business practice of PORTER LAW GROUP INC. for collection and processing of correspondence for mailing with the United States Postal Service and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

(  ) (BY OVERNIGHT DELIVERY) By placing a true copy thereof enclosed in a sealed envelope for delivery via Federal Express to the addressee(s) noted above.

(  ) (EMAIL) I caused a true copy to be transmitted via email to the email addressee(s) noted above after party's address.

( XX ) (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed at Sacramento, California on August 4, 2020

Oliver Oberg

- 2 -

PROOF OF SERVICE

EXHIBIT A   047

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 94.00
* S R 0 0 1 2 0 0 8 5 1 0 $ *
**2020000471920 10:38 am 09/08/20**
63 PP2A L08   4
0.00 0.00 0.00 0.00 9.00 0.00 0.000.0075.00 3.00

HITS

**RECORDING REQUESTED BY:**

Dustin Lozano, Esq.

**WHEN RECORDED MAIL TO:**

Dustin Lozano, Esq.
Hunt Ortmann Palffy Nieves
   Darling & Mah, Inc.
301 North Lake Avenue
Seventh Floor
Pasadena, CA 91101-1807

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# NOTICE OF LIS PENDENS

1211681.1 dl 2936.046

EXHIBIT A   048

1    Dale A. Ortmann, Esq., SBN 094226
         ortmann@huntortmann.com
2    Dustin Lozano, Esq., SBN 296518
         lozano@huntortmann.com
3    HUNT ORTMANN PALFFY
     NIEVES DARLING & MAH, INC.
4    301 North Lake Avenue, 7th Floor
     Pasadena, California 91101-1807
5    Phone: (626) 440-5200    Fax: (626) 796-0107

6    Attorneys for Plaintiff Sunbelt Controls, Inc.

7

8              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9              **COUNTY OF ORANGE, CENTRAL JUSTICE CENTER**

10

| | |
|---|---|
| 11    SUNBELT CONTROLS, INC., a Delaware corporation, | Case No. 30-2020-01143598-CU-MC-CJC |
| 12 | Assigned for All Purposes To |
| Plaintiff, | Hon. Robert J. Moss, Department C14 |
| 13 | |
| vs. | **NOTICE OF LIS PENDENS** |
| 14 | |
| 15    THE SOURCE HOTEL, LLC, a California limited liability company; IRON | Action Filed:    May 26, 2020 Trial Date:      April 4, 2022 |
| MECHANICAL, INC., a California corporation; and DOES 1 through 20, | |
| 16    inclusive, | |
| 17 | |
| Defendants. | |
| 18 | |

19

20

21

22

23

24

25

26

27

28

1211681.1 dl 2936.016

NOTICE OF LIS PENDENS

EXHIBIT A    049

1    **NOTICE IS HEREBY GIVEN** that an action has been commenced in the above-entitled

2    court on a Complaint of Plaintiff against the above-named Defendants for foreclosure of a

3    mechanics lien.

4         This action affects title to the following described real property situated in the City of

5    Buena Park, County of Orange, State of California, more particularly described as follows:

6         APN Nos. 276-361-20 and 276-361-22

7    commonly known as 6986 Beach Boulevard, Buena Park, CA 90621.

8

9

10   DATED: September 4, 2020            HUNT ORTMANN PALFFY
                                        NIEVES DARLING & MAH, INC.
11

12

13                                      By: _____

14                                           DALE A. ORTMANN
                                             DUSTIN LOZANO
15                                      Attorneys for Plaintiff Sunbelt Controls, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

1211681 1 dl 2936 016                        2
                        NOTICE OF LIS PENDENS

HUNT ORTMANN PALFFY
NIEVES DARLING & MAH, INC.
301 NORTH LAKE AVENUE, 7TH FLOOR
PASADENA, CALIFORNIA 91101-1807
Tel (626) 440-5200 • Fax (626) 796-0107

EXHIBIT A   050

Case 8:21-bk-10525-ES    Doc 531    Filed 05/20/21    Entered 05/20/21 14:59:28    Desc
Case 8:21-bk-10525-ES    Doc 131-2    Filed 05/20/21    Page 52 of 154    05/20/21 15:25:28    Desc
Main Document
Exhibit A - Part 2 of 7    Page 16 of 105

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

    I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 301 North Lake Avenue, 7th Floor, Pasadena, CA 91101-1807.

    On September 4, 2020, I served the following document(s) described as **NOTICE OF LIS PENDENS** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Summer Bridges, Esq.<br>6940 Beach Blvd, D-301<br>Buena Park, CA 90621 | Agent for Service of Process for<br>The Source Hotel, LLC |
| Katharine Gelber<br>721 North B Street, Suite 100<br>Sacramento, CA 95811 | Agent for Service of Process for<br>Iron Mechanical, Inc. |

    **BY CERTIFIED/RETURN RECEIPT REQUESTED MAIL:** I am "readily familiar" with Hunt Ortmann Palffy Nieves Darling & Mah, Inc.'s practice for collecting and processing correspondence for mailing via certified/return receipt requested mail with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Pasadena, California, on that same day following ordinary business practices.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on September 4, 2020, at Pasadena, California.

John Andrusko

1211681.1 dl 2936.016

**3**
NOTICE OF LIS PENDENS

EXHIBIT A    051

RECORDING REQUESTED BY
And
WHEN RECORDED MAIL TO:

Gregory E Robinson
2301 Dupont dr. #530
Irvine, ca. 92612-7502

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

106.00

* S R 0 0 1 2 0 3 8 2 0 7 $ *
2020000495783 3:52 pm 09/15/20
63 PP2A N25   8
0.00 0.00 0.00 0.00 21.00 0.00 0.000.0075.00 3.00

HITS

SPACE ABOVE THIS LINE IS RESERVED FOR RECORDER'S USE

## TITLE

Notice of Pending Action

| ☑ Attorney or ☐ Party without Attorney *(name, state bar #, address & ph. #)* | For Recorders Use Only |
|---|---|
| Gregory E. Robinson, Bar No. 109693 | |
| ROBINSON & ROBINSON, LLP | |
| 2301 Dupont Drive, Suite 530 | |
| Irvine, CA 92612-7502 P: 949-752-7007 / F: 949-752-7023 | |
| Appearing for ☑ PLAINTIFF/ ☐ DEFENDANT/ ☐ IN PRO PER | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE | |
| Street Address: 700 Civic Center Drive West | |
| Mailing Address: | |
| City and Zip Code: Santa Ana, CA 92701 | |
| Branch Name: Central Justice Center | For Court Use Only |
| Plaintiff(s):  PDG Wallcoverings | |
| Defendant(s): Greenland Construction Service, LLC; The Source Hotel, LLC; The Source at the Beach, LLC; Beach Orangethorpe Hotel, LLC; Beach Orangethorpe Hotel II, LLC; M & D Properties; Evertrust Bank; and Does 1-4 inclusive | |

| NOTICE OF PENDING ACTION | Case Number: 30-2020-01156958-CU-OR-CJC |
|---|---|

Note: Code Civ. Proc. §405.21 allows an attorney of record in an action to sign a notice of pending action. A judge of the court in which the action is pending may, on request of a party thereto, approve such a notice. A notice of pendency of action shall not be recorded unless (a) it has been signed by the attorney of record, (b) it is signed by a party acting in propria persona and approved by a judge as provided in this section, or (c) the action is subject to Code Civ. Proc. §405.6. The required service of a notice of pending action before recordation (Code Civ. Proc. §405.22)

NOTICE IS HEREBY GIVEN that action concerning real property of affecting title or the right of possession of real property was filed on 8/26/2020 by the above-named parties in the above entitled court. The property affected is legally described as:

        See Exhibit A attached hereto.

Date: September 10, 2020

                       *[signature]*
                  Signature of Attorney or Self-Represented Litigant

This Notice of Pending Action contained herein is ☐ APPROVED/ ☐ DENIED

Date: _____

           ☐ Judge of the Superior Court/ ☐ Court Executive Officer

Deeds.com

EXHIBIT A

LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF BUENA PARK, IN THE
COUNTY OF ORANGE, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

PARCEL A:

PARCELS 1 THROUGH 4, INCLUSIVE, OF PARCEL MAP NO. 2014-173, IN THE CITY OF BUENA PARK,
COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 4,
PAGES 4 THROUGH 16, INCLUSIVE, OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY
RECORDER OF SAID COUNTY.

PARCEL B:

NONEXCLUSIVE EASEMENTS UPON, OVER AND ACROSS THE PROPERTY AS SUCH RECIPROCAL
EASEMENTS HAVE BEEN CONVEYED IN THE INSTRUMENT ENTITLED "DECLARATION OF
COVENANTS, CONDITIONS, AND RESTRICTIONS AND RECIPROCAL EASEMENT AGREEMENT"
RECORDED MARCH 5, 2014 AS INSTRUMENT NO. 2014000084685 OF OFFICIAL RECORDS, AND
AMENDED AND RESTATED BY THE "AMENDED AND RESTATED DECLARATION OF COVENANTS,
CONDITIONS, AND RESTRICTIONS AND RECIPROCAL EASEMENT AGREEMENT" RECORDED
JUNE 3, 2016 AS INSTRUMENT NO. 2016000252445 OF OFFICIAL RECORDS.

APN: 276-361-23 TO 30, 32, 33, 35 TO 45, 50 TO 62

1

**PROOF OF SERVICE**

2  **STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the county of Orange, State of California. I am over the age of 18 and not
3  a party to the within action; my business address is **2301 Dupont Drive, Suite 530, Irvine,**
**California 92612.**

4

On September 10, 2020, I served the documents described **NOTICE OF PENDING**
**ACTION** on interested parties in this action, as follows:
5

6  [X] by placing [] the original [X] a true copy thereof enclosed in a sealed envelope(s) ["envelope"]
addressed as follows:
7

8

SEE ATTACHED PROOF OF SERVICE LIST
9

10

[X](BY MAIL)[C.C.P. § 1013(a)(1)Person Depositing In Mail] On 9/10/2020, I deposited such
11  envelope in the mail at **Irvine, California**. The envelope was mailed with postage thereon fully
prepaid.
12

13  [] (BY EMAIL) [On September 10, 2020 at or about the time of the court filing of this document,
I requested that an electronic copy of such document to be sent to each of the interested parties by
14  electronic transmission (email) at their respective email addresses set forth above, by the firm's court
e-file service provider, as part of the e-filing of the document
15

16

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct and was executed on **September 10, 2020,** at **Irvine**, California.
17

18

Barbie Dawson
19

20

21

22

23

24

25

26

27

28

1

**NOTICE OF PENDING ACTION**

**SERVICE LIST**

1

2  GREENLAND CONSTRUCTION SERVICE, LLC
   PO BOX 489
3  BUENA PARK, CA 90621
   6960 BEACH BLVD UNIT J205
4  BUENA PARK CA 90621

5
   THE SOURCE AT BEACH, LLC
6  PO BOX 489
   BUENA PARK, CA 90621
7  6960 BEACH BLVD J-205
   BUENA PARK, CA 90621
8

9  THE SOURCE OFFICE, LLC
   3100 E. IMPERIAL HWY.
10 LYNWOOD, CALIFORNIA 90262
   ATTENTION: MIN CHAE AND DONALD CHAE
11

12 THE SOURCE OFFICE, LLC
   PO BOX 489
13 BUENA PARK, CA 90621
   6960 BEACH BLVD J-205
14 BUENA PARK, CA 90621

15
   THE SOURCE HOTEL, LLC
16 3100 E. IMPERIAL HWY.
   LYNWOOD, CALIFORNIA 90262
17 ATTENTION: MIN CHAE AND DONALD CHAE

18
   THE SOURCE HOTEL, LLC
19 PO BOX 489
   BUENA PARK, CA 90621
20 6960 BEACH BLVD J-205
   BUENA PARK, CA 90621
21

22 BEACH ORANGETHORPE, LLC
   3100 E. IMPERIAL HWY.
23 LYNWOOD, CALIFORNIA 90302

24
   BEACH ORANGETHORPE, LLC
25 818 WEST SEVENTH STREET SUITE 930
   LOS ANGELES CA 90017
26

27 BEACH ORANGETHORPE, LLC
   3705 W PICO BLVD PMB 22555
28 LOS ANGELES CA 90019

<div style="text-align:left;">
ROBINSON & ROBINSON, LLP<br>
SERVING THE INLAND EMPIRE · ATTORNEYS AT LAW
</div>

2
NOTICE OF PENDENCY OF ACTION



1  BEACH ORANGETHORPE SOURCE LLC
2  3100 E. IMPERIAL HWY.
LYNWOOD, CALIFORNIA 90302

3  BEACH ORANGETHORPE SOURCE, LLC
4  818 WEST SEVENTH STREET SUITE 930
LOS ANGELES CA 90017

5
6  BEACH ORANGETHORPE SOURCE, LLC
3705 W PICO BLVD PMB 22555
7  LOS ANGELES CA 90019

8  BEACH ORANGETHORPE HOTEL, LLC
9  PO BOX 489
BUENA PARK, CA 90621
10  6960 BEACH BLVD J-205
BUENA PARK, CA 90621

11
12  BEACH ORANGETHORPE HOTEL II, LLC
PO BOX 489
13  BUENA PARK, CA 90621
6960 BEACH BLVD J-205
14  BUENA PARK, CA 90621

15  M & D PROPERTIES, LLC
16  7352 AUTOPARK DRIVE
HUNTINGTON BEACH, CA 92648

17
18  SALAMANDER FIRE PROTECTION
6103 TYRONE STREET
19  VAN NUYS, CA 91401

20  SOLID CONSTRUCTION COMPANY, INC.
883 CRENSHAW BLVD.
21  LOS ANGELES, CA 90005

22  3D DESIGN INDUSTRIES INC, DBA AMC CABINETRY
23  1215 NORTH RED GUM ST , SUITE G
ANAHEIM CA, 92806

24
25  RESCO ELECTRIC INC.
2431 W. WASHINGTON BL. #B
26  LA, CA 90018

27

28

3

NOTICE OF PENDENCY OF ACTION

EXHIBIT A   057

1  ROBERT G. SPLINTER, ESQ., Bar #78284
   MIN N. THAI, ESQ., BAR #232770
2  SPLINTER & THAI, LLP
   25124 NARBONNE AVENUE, STE. 106
3  LOMITA, CALIFORNIA 90717-2140

4
   OJ INSULATION, LP
5  600 SOUTH VINCENT AVENUE
   AZUSA, CALIFORNIA 91702
6
   BEST QUALITY PAINTING
7  818 N. PACIFIC AVE., STE #C
   GLENDALE, CA 91203
8
9  NEMO & RAMI, INC.
   1930 W HOLT AVE
10 POMONA, CA 91768
11
   SUNBELT CONTROLS, INC.
12 888 EAST WALNUT STREET
   PASADENA, CALIFORNIA 91101
13
14 PRIME CONCRETE COATINGS
   6127 JAMES ALAN STREET
15 CYPRESS, CA 90630
16
   NEWGENS, INC.
17 14241 FOSTER ROAD
   LA MIRADA, CA 90638
18
19 ALLAN R. POPPER, OF LIENGUARD, INC.,
   AGENT FOR HILL CRANE SERVICE INC.
20 3333 CHERRY AVENUE
   LONG BEACH, CA 90807
21
22 RONALD R. HILL,
   AGENT FOR HILL CRANE SERVICE INC.
23 3333 CHERRY AVENUE
   LONG BEACH, CA 90807
24
25 IRON MECHANICAL, INC.
   721 NORTH B STREET, SUITE 100
26 SACRAMENTO, CALIFORNIA 95811
27
28

ROBINSON & ROBINSON, LLP
SERVING JUSTICE • RRLAWYERS.COM

---

4

NOTICE OF PENDENCY OF ACTION

PORTER LAW GROUP, INC.
WILLIAM L. PORTER, ESQ
HANNAH C. KREUSER, ESQ
7801 FOLSOM BOULEVARD, SUITE 101
SACRAMENTO, CALIFORNIA 95826

WESTERN CONCRETE PUMPING, INC.
2181 LA MIRADA DR.
VISTA, CA 92081

CERTIFIED TILE, INC.
14557 CALVERT STREET
VAN NUYS, CA 91411

BUCHANAN COMPANY INC
5500 BOLSA AVENUE STE 200
HUNTINGTON BEACH,
CALIFORNIA 92649

EKO KARAOKE LOUNGE, INC.
6920 BEACH BLVD., K-223
BUENA PARK, CALIFORNIA 90621

EVERGREEN ELECTRIC CONSTRUCTION, INC.
629 GROVEVIEW LANE
LA CANADA, CA 91011

ARAGON CONSTRUCTION, INC.
5440 ARROW HIGHWAY,
MONTCLAIR, CA 91763

EVERTRUST BANK
18645 E. GALE AVE., SUITE 110
CITY OF INDUSTRY, CA 91748

EVERTRUST BANK
2 N. LAKE AVE., SUITE #1030
PASADENA CA, 91101

ROBINSON & ROBINSON, LLP
SERVING JUSTICE ∙ SRILAWYERS.COM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5

NOTICE OF PENDENCY OF ACTION

RECORDING REQUESTED BY:

Dennis G. Cosso.
LAW OFFICES OF DENNIS G. COSSO
345 Oxford Drive
Arcadia, CA 91007

WHEN RECORDED MAIL TO
AND MAIL TAX STATEMENTS TO

| NAME | Law offices of Dennis G. Cosso |
| ADDRESS | 345 Oxford Drive |
| CITY | Arcadia, |
| STATE & ZIP | California 91007 |

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

97.00

HITS

2020000615345 10:02 am 10/29/20
37 401A N25  5
0.00 0.00 0.00 0.00 12.00 0.00 0.000.0075.00 3.00

## NOTICE OF LIS PENDENS

EXHIBIT A   060

1  Dennis G. Cosso - SB# 46624
   Law Offices of Dennis G. Cosso
2  345 Oxford Drive,
   Arcadia, California 91007
3
   Telephone:   626.574.8000
4  Facsimile:   626.574.8081
   Email:       "denniscossolaw@gmail.com"
5
   Attorneys for Plaintiff
6  NorthStar Demolition and Remediation, LP

7

8

9

10

11             SUPERIOR COURT OF THE STATE OF CALIFORNIA

12                        FOR ORANGE COUNTY

13

14  NORTHSTAR DEMOLITION AND            CASE NO. 30-2020-01166304 CI-BC-CJC
15  REMEDIATION, LP, a Delaware limited
    partnership,                        NOTICE OF LIS PENDENS
16
                          Plaintiff(s),
17
    vs.
18
    THE SOURCE AT THE BEACH, LLC, a
19  California limited liability company; THE
    SOURCE HOTEL, LLC, a California limited
20  liability company; EVERTRUST BANK, a
    California corporation;  and DOES 1 through 55,
21  inclusive,
22                        Defendant(s)

23

24      NOTICE IS HEREBY GIVEN that an action has been commenced and is pending in the

25  above-entitled Court, upon a Complaint of the above-named Plaintiff, NORTHSTAR DEMOLITION

26  AND REMEDIATION, LP, against Defendants  THE SOURCE AT THE BEACH, LLC; THE

27  SOURCE HOTEL, LLC; and  EVERTRUST BANK; that the object to said action is to foreclose and

28  enforce a Mechanic's Lien upon the premises hereinafter described or buildings situated thereon, for

                                    -1-
                            NOTICE OF LIS PENDENS

1   furnishing demolition, hazardous material abatement, fireproofing, and mold remediation to THE

2   SOURCE HOTEL, LLC, which was used on a work of improvement upon the property owned by

3   defendants THE SOURCE AT THE BEACH, LLC, and THE SOURCE HOTEL, LLC, amounting to

4   the sum of $53,948.00, together with interest and costs; notice and claim of said lien was recorded on

5   or about September 23, 2020, Official Records of County of Orange, County Clerks's office, Instrument

6   No. 2020000517005; and that the property affected by said lien and these foreclosure proceedings is

7   situated in the County of Orange, State of California, and described as follows:

8       6986 Beach Blvd., Buena Park, CA 90621, APN # 276-361-29, 30, 32, 33-35 through 45,

9       inclusive, 276-361-56 through 62, inclusive

10  Dated: October 27 , 2020              THE LAW OFFICES OF DENNIS G. COSSO

11

12

13                                      By:
                                           DENNIS G. COSSO,
14                                         Attorney for Plaintiff
                                           NORTHSTAR DEMOLITION AND
15                                         REMEDIATION, LP

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        -2-
                              NOTICE OF LIS PENDENS

EXHIBIT A   062

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 345 Oxford Drive, Arcadia, California.

On *10 / 28*, 2020, I served the foregoing document described as NOTICE OF LIS PENDENS on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

See attached list

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage fully prepaid at Arcadia, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postal meter date is more than one day after the date of deposit for mailing contained in the affidavit.

___X___ (BY CERTIFIED MAIL) I caused such envelopes to be deposited in the mail, certified, return receipt requested at Arcadia, California. The envelope was mailed with postage and the certified fee fully prepaid.

_____ (BY MAIL) I caused such envelope with postage fully prepaid to be deposited in the mail at Arcadia, California.

_____ (BY OVERNIGHT DELIVERY) I caused said document to be sent via United Parcel Post or Federal Express to the addressee as indicated on the attached service list.

_____ (BY PERSONAL DELIVERY) I caused the above-mentioned document to be personally served to the offices of the addressee.

_____ (BY FAX) I transmitted such document via facsimile to the addressee as indicated on the attached service list.

_____ (FEDERAL) I declare that I am employed in the office of the member of the bar of this court at whose directions the service was made.

___X___ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on *10 / 28*, 2020, at Arcadia, California.

DENISE HUNT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Source at the Beach, LLC
P.O. Box 489
Buena Park, CA 90621

The Source Hotel LLC
P.O. Box 489
Buena Park, CA 90621

Evertrust Bank
2 N Lake Ave., Suite 1030
Pasadena, CA 91101

**RECORDING REQUESTED BY**
HO-EL PARK, ESQ.

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

**HITS**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 103.00
* S R 0 0 1 2 2 0 1 5 1 1 5 *

2020000624988 3:50 pm 11/02/20
227 414A N25   7
0.00 0.00 0.00 0.00 18.00 0.00 0.00 0.0075.00 3.00

**WHEN RECORDED,**
**MAIL DOCUMENT TO:**
LAW OFFICE OF HO-EL PARK, P.C.
333 CITY BOULEVARD WEST
SUITE 1700
ORANGE, CA  92868

SPACE ABOVE THIS LINE FOR RECORDERS USE ONLY

TITLE(S)

## NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

1    HO EL PARK (SBN 235473)
LAW OFFICE OF HO-EL PARK, P.C.
2    333 City Blvd. West, Suite 1700
Orange, California 92868
3    Tel:(714)523-2466/Fax:(714)503-0788
[Our File#132060-HP]
4

Attorney for Plaintiff,
5    SOLID CONSTRUCTION COMPANY, INC.

6

7

8

9           **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10      **IN AND FOR THE COUNTY OF ORANGE – CENTRAL JUSTICE CENTER**

11

12    SOLID CONSTRUCTION COMPANY, INC.,      **CASE NO: 30-2020-01166792-CU-OR-CJC**

13                  Plaintiff,               *Assigned for all purposes to*
*the Hon. Judge John C. Gastelum*
14    vs.

15    GREENLAND CONSTRUCTION SERVICE,      **NOTICE OF PENDING ACTION**
LLC; THE SOURCE AT BEACH, LLC; THE      **[LIS PENDENS]**
16    SOURCE HOTEL, LLC;
M + D PROPERTIES; M&D REGIONAL      *Action Filed:  October 22, 2020*
17    CENTER LLC; BEACH ORANGETHORPE
HOTEL, LLC; BEACH ORANGETHORPE
18    HOTEL II, LLC; BEACH ORANGETHORPE
HOTEL III, LLC; EVERTRUST BANK; and
19    DOES 1 through 100, Inclusive,

20                 Defendants.

21

22    **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

23          NOTICE IS HEREBY GIVEN that the above-entitled action concerning and affecting real

property as described herein was commenced in the above-named court by plaintiff, SOLID
24

CONSTRUCTION COMPANY, INC., a California corporation (hereinafter, "Plaintiff") against
25

defendants GREENLAND CONSTRUCTION SERVICE, LLC, THE SOURCE AT BEACH, LLC,
26

THE SOURCE HOTEL, LLC, M + D PROPERTIES, M&D REGIONAL CENTER LLC, BEACH
27

ORANGETHORPE HOTEL, LLC, BEACH ORANGETHORPE HOTEL II, LLC, BEACH
28

*(margin, rotated)* LAW OFFICE OF HO-EL PARK, P.C.
333 City Boulevard West, Suite 1700
Orange, CA 92868
Tel:(714) 523-0788/Fax:(714) 503-0788

---

- 1 -
NOTICE OF PENDING ACTION [LIS PENDENS]

1   ORANGETHORPE HOTEL III, LLC, EVERTRUST BANK, and DOES 1 through 100, inclusive

2   (hereinafter, "Defendants"). The action is now pending in the above-named court. Plaintiff's

3   underlying action is for foreclosure of mechanic's lien, and other related actions.

4       The action concerns the following real property, commonly known as 6986-6988 Beach

5   Boulevard, Buena Park, California 90621. The legal description of the Property is stated below:

6

7       THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF
        BUENA PARK, IN THE COUNTY OF ORANGE, STATE OF CALIFORNIA, AND
8       IS DESCRIBED AS FOLLOWS:

9       PARCEL A:

10      PARCELS 1 THROUGH 4, INCLUSIVE, OF PARCEL MAP NO. 2014-173, IN
        THE CITY OF BUENA PARK, COUNTY OF ORANGE, STATE OF
11      CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 4, PAGES 4
        THROUGH 16, INCLUSIVE, OF PARCEL MAPS, IN THE OFFICE OF THE
12      COUNTY RECORDER OF SAID COUNTY.

13      PARCEL B:

14      NONEXCLUSIVE EASEMENTS UPON, OVER AND ACROSS THE
        PROPERTY AS SUCH RECIPROCAL EASEMENTS HAVE BEEN CONVEYED
15      IN THE INSTRUMENT ENTITLED "DECLARATION OF COVENANTS,
        CONDITIONS, AND RESTRICTIONS AND RECIPROCAL EASEMENT
16      AGREEMENT" RECORDED MARCH 5, 2014 AS INSTRUMENT NO.
        2014000084685 OF OFFICIAL RECORDS, AND AMENDED AND RESTATED
17      BY THE "AMENDED AND RESTATED DECLARATION OF COVENANTS,
        CONDITIONS, AND RESTRICTIONS AND RECIPROCAL EASEMENT
18      AGREEMENT" RECORDED JUNE 3, 2016 AS INSTRUMENT NO.
        2016000252445 OF OFFICIAL RECORDS.
19

20      APN: 276-361-23 TO 30, 32, 33, 35 TO 45, 50 TO 62

21

22

23                                  LAW OFFICE OF HO-EL PARK, P.C

24

25  Dated: October 28, 2020          By:  _____
                                          Ho El Park, Esq.
26                                        Attorney for Plaintiff
                                          SOLID CONSTRUCTION COMPANY, INC.
27

28

LAW OFFICE OF HO-EL PARK, P.C.
333 City Boulevard West, Suite 1700
Orange, CA 92868
Tel: (714) 533-0788/Fax: (714) 503-0788

                              - 2 -
                NOTICE OF PENDING ACTION [LIS PENDENS]

1

## PROOF OF SERVICE

2

STATE OF CALIFORNIA, COUNTY OF ORANGE

3

    I am employed in the County of Orange, State of California. I am over the age of 18 and
4
not a party to the within action; my business address is: 333 City Boulevard West, Suite 1700,
Orange, California 92868.

5

    On October 28, 2020, I served the foregoing document described as:

6

### NOTICE OF PENDING ACTION [LIS PENDENS]

7

on interested parties in this action by placing [ ] the original [X] a true and correct copy thereof
8
enclosed in a sealed envelope addressed as follows:

9

*SEE ATTACHED PROOF OF SERVICE LIST*

10

11

    [ x ] BY MAIL: I deposited such envelope in the mail at Orange, California. The envelope
12
was mailed with postage thereon fully prepaid.

13

    [ X ] STATE:  I declare under penalty of perjury under the laws of the State of California
that the above is true and correct.

14

    Executed on October 28, 2020 at Orange, California.

15

16

Jun Kang

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICE OF HO-EL PARK, P.C.
333 City Boulevard West, Suite 1700
Orange, CA 92868
Tel:(714) 533-0788/Fax:(714) 503-0788

- 3 -
NOTICE OF PENDING ACTION [LIS PENDENS]

LAW OFFICE OF HO-EL PARK, P.C.
333 City Boulevard West, Suite 1700
Orange, CA 92868
Tel:(714) 523-0788/Fax:(714) 503-0788

1

**SERVICE LIST**

2

GREENLAND CONSTRUCTION SERVICE, LLC
3 P.O. BOX 489
BUENA PARK, CA 90621
6988 BEACH BLVD, STE. B215
4 BUENA PARK, CA 90621

5
THE SOURCE AT BEACH, LLC
6 P.O. BOX 489
BUENA PARK, CA 90621
7 6988 BEACH BLVD, STE. B215
BUENA PARK, CA 90621

8
THE SOURCE OFFICE, LLC
9 P.O. BOX 489
BUENA PARK, CA 90621
10 6988 BEACH BLVD, STE. B215
BUENA PARK, CA 90621

11
THE SOURCE HOTEL, LLC
12 P.O. BOX 489
BUENA PARK, CA 90621
13 6988 BEACH BLVD, STE. B215
BUENA PARK, CA 90621
14

15 BEACH ORANGETHORPE HOTEL, LLC
P.O. BOX 489
16 BUENA PARK, CA 90621
6988 BEACH BLVD, STE. B215
17 BUENA PARK, CA 90621

18 BEACH ORANGETHORPE HOTEL II, LLC
P.O. BOX 489
19 BUENA PARK, CA 90621
6988 BEACH BLVD, STE. B215
20 BUENA PARK, CA 90621

21 BEACH ORANGETHORPE HOTEL III, LLC
P.O. BOX 489
22 BUENA PARK, CA 90621
6988 BEACH BLVD, STE. B215
23 BUENA PARK, CA 90621

24
M + D PROPERTIES
25 P.O. BOX 489
BUENA PARK, CA 90621
26 6988 BEACH BLVD, STE. B215
BUENA PARK, CA 90621

27

28

- 4 -
NOTICE OF PENDING ACTION [LIS PENDENS]



1  M&D REGIONAL CENTER, LLC
   P.O. BOX 489
2  BUENA PARK, CA 90621
   6988 BEACH BLVD, STE. B215
3  BUENA PARK, CA 90621

4  EVERTRUST BANK
   2 N. LAKE AVENUE, SUITE 1030
5  PASADENA, CA 91101

6  SALAMANDER FIRE PROTECTION, INC.
7  6103 TYRONE STREET
   VAN NUYS, CA 91401

8  3D DESIGN INDUSTRIES INC., DBA, AMC CABINETRY
9  1215 NORTH REDGUM ST., SUITE G
   ANAHEIM, CA 92806

10
   RESCO ELECTRIC INC.
11 2431 W. WASHINGTO BL. #B
   LOS ANGELES, CA 90018
12
   ROBERT G. SPLINTER, ESQ.
13 MIN N. THAI, ESQ.
   SPLINTER & THAI, LLP
14 25124 NARBONNE AVENUE, STE. 106
   LOMITA, CA 90717-2140
15
16 OJ INSULATION, LP
   600 SOUTH VINCENT AVENUE
17 AZUSA, CA 91702

18 BEST QUALITY PAINTING
   818 N. PACIFIC AVE., STE C
19 GLENDALE, CA 91203

20 NEMO & RAMI INC.
   1930 W. HOLT AVE.
21 POMONA, CA 91768

22 SUNBELT CONTROLS, INC.
23 888 EAST WALNUT STREET
   PASADENA, CA 91101
24
   PRIME CONCRETE COATING, INC.
25 6127 JAMES ALAN STREET
   CYPRESS, CA 90630
26
   NEWGENS, INC
27 14241 FOSTER ROAD
   LA MIRADA, CA 90638
28

LAW OFFICE OF HO-EL PARK, P.C.,
333 City Boulevard West, Suite 1700
Orange, CA 92868
Tel:(714) 523-0788/Fax:(714) 503-0788

- 6 -
NOTICE OF PENDING ACTION [LIS PENDENS]



1   HILL CRANE SERVICE INC.
    3333 CHERRY AVENUE
2   LONG BEACH, CA  90807

3   IRON MECHANICAL, INC.
    721 NORTH B STREET, SUITE 100
4   SACRAMENTO, CA  95811

5   PORTER LAW GROUP, INC.
    7801 FOLSOM BOULEVARD, SUITE 101
6   SACRAMENTO, CA  95826

7   WESTERN CONCRETE PUMPING, INC.
    2181 LA MIRADA DR.
8   VISTA, CA  92801

9   CERTIFIED TILE, INC.
10  7769 LEMONA AVE
    VAN NUYS CA 91405
11
    BUCHANAN COMPANY INC.
12  5500 BOLSA AVENUE STE 200
    HUNTINGTON BEACH, CA  92649
13
14  EKO KARAOKE LOUNGE, INC.
    10655 GASCOIGNE DRIVE
15  CUPERTINO CA 95014

16  EVERGREEN ELECTRIC CONSTRUCTION, INC.
    629 GROVE VIEW LANE
17  LA CANADA, CA  91011

18  ARAGON CONSTRUCTION INC.
    5440 ARROWY HIGHWAY
19  MONTCLAIR, CA  91763

20  ROBINSON & ROBINSON, LLP
    2301 DUPONT DR., STE 530
21  IRVINE, CA  92612-7502

22

23

24

25

26

27

28

LAW OFFICE OF HO-EL PARK, P.C.
333 City Boulevard West, Suite 1700
Orange, CA 92868
Tel:(714) 521-0788/Fax:(714) 503-0788

- 6 -
NOTICE OF PENDING ACTION [LIS PENDENS]

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

94.00

*$R00122229 79$*
2020000641757 8:44 am 11/09/20
90 Sec2A L08   4
0.00 0.00 0.00 0.00 9.00 0.00 0.000.0075.00 3.00

HITS

**RECORDING REQUESTED BY:**

Dustin Lozano, Esq.

**WHEN RECORDED MAIL TO:**

Dustin Lozano, Esq.
Hunt Ortmann Palffy Nieves
   Darling & Mah, Inc.
301 North Lake Avenue
Seventh Floor
Pasadena, CA 91101-1807

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

## NOTICE OF LIS PENDENS

1   Dale A. Ortmann. Esq., SBN 094226
    ortmann@huntortmann.com
2   Dustin Lozano, Esq., SBN 296518
    lozano@huntortmann.com
3   HUNT ORTMANN PALFFY
  NIEVES DARLING & MAH, INC.
4   301 North Lake Avenue, 7th Floor
  Pasadena, California 91101-1807
5   Phone: (626) 440-5200   Fax: (626) 796-0107

6   Attorneys for Aragon Construction, Inc.

7

8           **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9           **COUNTY OF ORANGE, CENTRAL JUSTICE CENTER**

10

| | |
|---|---|
| 11 ARAGON CONSTRUCTION, INC., a California corporation, | Case No. 30-2020-01165129-CU-MC-CJC |
| 12          Plaintiff, | Assigned for All Purposes to Honorable Martha K. Gooding, Dept. C32 |
| 13 vs. | **NOTICE OF LIS PENDENS** |
| 14 THE SOURCE HOTEL, LLC, a California | |
| 15 limited liability company; GREENLAND CONSTRUCTION SERVICE, LLC, a | Action Filed:    October 13, 2020 |
| 16 California limited liability company; BUSINESS ALLIANCE INSURANCE | Trial Date:    None set |
| 17 COMPANY, a California corporation; and DOES 1 through 25, inclusive, | |
| 18          Defendants. | |

19

20

21

22

23

24

25

26

27

28

1243664.1 DL 3831 008                     1
                    NOTICE OF LIS PENDENS

**NOTICE IS HEREBY GIVEN** that an action has been commenced in the above-entitled court on a Complaint of Plaintiff against the above-named Defendants for foreclosure of a mechanics lien.

This action affects title to the following described real property situated in the City of Buena Park, County of Orange, State of California, more particularly described as follows:

APN Nos. 276-361-20 and 276-361-22

commonly known as 6986 Beach Boulevard, Buena Park, California 90621.

DATED: November 6, 2020

HUNT ORTMANN PALFFY
NIEVES DARLING & MAH, INC.

By: ______________________
DUSTIN LOZANO
Attorneys for Aragon Construction, Inc.

HUNT ORTMANN PALFFY
NIEVES DARLING & MAH, INC.
301 NORTH LAKE AVENUE, 7TH FLOOR
PASADENA, CALIFORNIA 91101-1807
Tel (626) 440-5200 • Fax (626) 796-0107

## PROOF OF SERVICE

**Aragon Construction, Inc. v. The Source Hotel, LLC, et al.**
**30-2020-01165129-CU-MC-CJC**

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 301 North Lake Avenue, 7th Floor, Pasadena, CA 91101-1807.

On November 6, 2020, I served the following document(s) described as **NOTICE OF LIS PENDENS** on the interested parties in this action by placing  thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| The Source Hotel, LLC | Greenland Construction Service, LLC |
| 6940 Beach Boulevard, Suite D-501 | 3100 E. Imperial Highway |
| Buena Park. California 90621 | Lynwood. California 90262 |

**BY CERTIFIED/RETURN RECEIPT REQUESTED MAIL:** I am "readily familiar" with Hunt Ortmann Palffy Nieves Darling & Mah, Inc.'s practice for collecting and processing correspondence for mailing via certified/return receipt requested mail with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Pasadena, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 6, 2020, at Pasadena, California.

_____
Vanessa Hobdy

<div style="writing-mode: vertical-rl">

HUNT ORTMANN PALFFY
NIEVES DARLING & MAH, INC.
301 NORTH LAKE AVENUE, 7TH FLOOR
PASADENA, CALIFORNIA 91101-1807
Tel (626) 440-5200 • Fax (626) 796-0107

</div>

1243664.1 DL 3831.008

**3**

NOTICE OF LIS PENDENS

| + PROVIDENT TITLE COMPANY, | | |
|---|---|---|
| **P01, 1944** | | **ORANGE, CA** |
| 12/23/2020 11:11AM PST JEB3 | ORDER SEARCH RESULTS | PAGE 1 OF 3 |
| ORDER: 10512629 | TOF: 10 | COMMENT: |

**PLANT THROUGH DECEMBER 16, 2020 05:00PM**

**SEARCH PARAMETERS**

Name Service: GENERAL_INDEX

| BUSINESS NAME |
|---|

THE SOURCE HOTEL

QUALIFIERS:     FROM 12/21/2000          THROUGH 99/99/9999

OPTIONS:         DISPLAY BANKRUPTCY: YES

                         PERMIT DATEDOWN: YES

| PARAMETER ENTERED: |
|---|
| BUSINESS NAME |

THE SOURCE HOTEL

| SEARCHED PARAMETER: |
|---|
| BUSINESS NAME |

THE SOURCE HOTEL

| TYPE | BK/PG | DATE | DOC# | NAME | REFERENCE | REMARKS |
|---|---|---|---|---|---|---|
| OO | | 02/22/2016 | | THE S;CA  420-1733076-12 | | |
| OO | | 02/25/2016 | | THE S;CA  420-1734610-12 | | |

EXHIBIT A   076

**+ PROVIDENT TITLE COMPANY**

**ORANGE, CA**

**P01, 1944**

| 12/23/2020 11:11AM PST JEB3 | ORDER SEARCH RESULTS | PAGE 2 OF 3 |
|---|---|---|
| ORDER: 10512629 | TOF: 10 | COMMENT: |

| BUSINESS NAME |
|---|
| THE SOURCE HOTEL |

| TYPE | BK/PG | DATE | DOC# | NAME | REFERENCE | REMARKS |
|---|---|---|---|---|---|---|
| OO | | 05/18/2016 | | THE SOURCE HOTEL LLC;ST JS 0186406 | | |
| OO | | 07/27/2020 | | THE SOURCE HOTEL LLC;WFG 99 1618569CAD | | |
| OO | | 08/13/2020 | | THE SOURCE HOTEL;WFG 99 1618569CAD | | |
| OO | | 09/22/2020 | | THE S;ST CA 0942724 | | |
| OO | | 11/09/2020 | | THE SOURCE HOTEL LLC;OC 32 2173816 | | |
| OO | | 03/29/2016 | | THE 00;CA 1744422 | | |
| OO | | 06/01/2016 | | THE 011;CA 1765476 | | |
| OO | | 06/07/2016 | | THE 1989;CA 1767741 | | |
| OO | | 03/16/2016 | | THE 413 HARDING ST TRUST;OD 99 2121031541 | | |
| OO | | 07/15/2020 | | THE 786;LCG SOLI-CA-2945754 | | |
| OO | | 01/22/2020 | | THE;ST CA NSWREF20202558 | | |
| OO | | 03/04/2020 | | THE;ST CA JPMREF20214247 | | |
| OO | | 03/05/2020 | | THE;ST CA JPMREF20214576 | | |
| OO | | 03/12/2020 | | THE;ST CA NSWREF20217523 | | |
| OO | | 03/19/2020 | | THE;ST CA NSWSUB20219353 | | |
| OO | | 03/23/2020 | | THE;ST CA NSWSUB20220649 | | |
| OO | | 04/20/2020 | | THE;ST CA 0706620 | | |
| OO | | 05/01/2020 | | THE;ST CA NSWREF20213100 | | |
| OO | | 05/04/2020 | | THE;ST CA 0744464 | | |
| OO | | 05/15/2020 | | THE;ST CA NSWREF20234877 | | |
| OO | | 05/28/2020 | | THE;ST CA 0773530 | | |
| OO | | 06/03/2020 | | THE;ST CA NSWREF20239574 | | |
| OO | | 06/25/2020 | | THE;ST CA NSWREF20245194 | | |
| OO | | 07/08/2020 | | THE;ST CA NSWREF20248598 | | |
| OO | | 07/13/2020 | | THE;ST CA NSWREF20249650 | | |
| OO | | 07/20/2020 | | THE;ST CA 0846469 | | |
| OO | | 07/27/2020 | | THE;ST CA 20000480712 | | |
| OO | | 07/28/2020 | | THE;ST CA NSWSUB20253649 | | |
| OO | | 08/12/2020 | | THE;ST CA NSWREF20259195 | | |
| OO | | 08/19/2020 | | THE;ST CA JPMREF20261097 | | |
| OO | | 09/01/2020 | | THE;ST CA 0914634 | | |
| OO | | 09/02/2020 | | THE;ST CA NSWREF20265045 | | |
| OO | | 09/03/2020 | | THE;ST CA NSWREF20265388 | | |
| OO | | 09/17/2020 | | THE;ST CA NSWREF20269358 | | |
| OO | | 09/21/2020 | | THE;ST CA NSWREF20269934 | | |
| OO | | 10/12/2020 | | THE;ST CA NSWREF20275853 | | |
| OO | | 10/29/2020 | | THE;ST CA NSWREF20280542 | | |
| OO | | 11/06/2020 | | THE;ST CA 1004861 | | |

| + PROVIDENT TITLE COMPANY, | | | | | ORANGE, CA |
| P01, 1944 | | | | | |

**12/23/2020 11:11AM PST JEB3**  ORDER SEARCH RESULTS  **PAGE 3 OF 3**
**ORDER: 10512629**  **TOF: 10**  **COMMENT:**

**BUSINESS NAME**
**THE SOURCE HOTEL**

| TYPE BK/PG | DATE | DOC# | NAME | REFERENCE | REMARKS |
|---|---|---|---|---|---|
| OO | 11/06/2020 | | THE;ST CA 1005008 | | |
| OO | 11/06/2020 | | THE;ST CA NSWREF20282717 | | |
| OO | 11/13/2020 | | THE;ST CA PNCEMP20284592 | | |
| OO | 12/03/2020 | | THE;ST CA NSWREF20289861 | | |
| OO | 12/03/2020 | | THE;ST CA 1038454 | | |
| OO | 12/03/2020 | | THE;ST CA 1038444 | | |
| OO | 12/07/2020 | | THE;ST CA 1041614 | | |
| OO | 12/16/2020 | | THE;ST CA 1052981 | | |

**END OF REPORT**

| + PROVIDENT TITLE COMPANY, P01, 1944 | | | ORANGE, CA |
|---|---|---|---|
| 12/23/2020 11:11AM PST JEB3 | ORDER SEARCH RESULTS | | PAGE 1 OF 3 |
| ORDER: 10512629 | TOF: 10 | | COMMENT: |

**PLANT THROUGH DECEMBER 16, 2020  05:00PM**

**SEARCH PARAMETERS**

Name Service: GENERAL_INDEX

| BUSINESS NAME |
|---|
| SOURCE HOTEL |

QUALIFIERS:      FROM 12/21/2000              THROUGH  99/99/9999
OPTIONS:           DISPLAY BANKRUPTCY: YES

PERMIT DATEDOWN: YES

| PARAMETER ENTERED: |
|---|
| BUSINESS NAME |

SOURCE HOTEL

| SEARCHED PARAMETER: |
|---|
| BUSINESS NAME |

SOURCE HOTEL

| TYPE | BK/PG | DATE | DOC# | NAME | REFERENCE | REMARKS |
|---|---|---|---|---|---|---|
| ML | | 05/18/2015 | 256758 | SOURCE HOTEL LLC | | |
| RL | | 10/07/2015 | 509824 | | | |

Case 8:21-bk-10525-ES   Doc 51   Filed 03/25/21   Entered 03/25/21 14:59:26   Desc
Main Document    Part 2 of 7   Page 45 of 105
Exhibit A - Part 2 of 7   Page 45 of 105

**+ PROVIDENT TITLE COMPANY,**                                                      **ORANGE, CA**
**P01, 1944**

| 12/23/2020 11:11AM PST JEB3 | ORDER SEARCH RESULTS | PAGE 2 OF 3 |
|---|---|---|
| ORDER: 10512629 | TOF: 10 | COMMENT: |

**BUSINESS NAME**
**SOURCE HOTEL**

| | TYPE BK/PG | DATE | DOC# | NAME | REFERENCE | REMARKS |
|---|---|---|---|---|---|---|
| | ML | 05/18/2015 | 256759 | SOURCE HOTEL LLC | | |
| | *RL* | *09/09/2015* | *465775* | | | |
| | TD | 06/03/2016 | 252446 | SOURCE HOTEL LLC | | 29.500M |
| | *SA* | *06/03/2016* | *252449* | *SOURCE HOTEL LLC* | | *16 252446* |
| | *SA* | *06/03/2016* | *252450* | *SOURCE HOTEL LLC* | | *16 252446* |
| | *SA* | *07/05/2018* | *246365* | *SOURCE HOTEL LLC* | | *16 252446* |
| | *SA* | *07/05/2018* | *246366* | *SOURCE HOTEL LLC* | | *16 252446* |
| | *EN* | *12/28/2018* | *483687* | *SOURCE HOTEL LLC* | | *16 252446* |
| | *EN* | *06/26/2019* | *225954* | *SOURCE HOTEL LLC* | | *16 252446* |
| | *ST* | *07/27/2020* | *361779* | | | |
| | *ND* | *07/27/2020* | *361780* | *SOURCE HOTEL LLC* | | *16 252446* |
| | ML | 08/02/2017 | 319341 | SOURCE HOTEL LLC | | |
| | *BD* | *10/23/2017* | *448159* | | | |
| | *RL* | *04/17/2018* | *137264* | | | |
| | TD | 08/28/2017 | 364569 | SOURCE HOTEL LLC | | 10M |
| | TD | 08/28/2017 | 364570 | SOURCE HOTEL LLC | | 11.500M |
| | ML | 09/15/2017 | 392884 | SOURCE HOTEL LLC | | |
| | *BD* | *10/23/2017* | *448160* | | | |
| | ML | 07/02/2018 | 241793 | SOURCE HOTEL LLC | | |
| | *RL* | *07/27/2018* | *275314* | | | |
| | ML | 07/17/2019 | 256173 | SOURCE HOTEL LLC | | |
| | ML | 07/17/2019 | 256173 | SOURCE HOTEL LLC | | NO LEGAL |
| | ML | 08/08/2019 | 291605 | SOURCE HOTEL LLC | | NO LEGAL |
| | ML | 10/10/2019 | 396457 | SOURCE HOTEL LLC | | |
| | ML | 12/05/2019 | 508145 | SOURCE HOTEL LLC | | |
| | ML | 12/16/2019 | 526589 | SOURCE HOTEL LLC | | |
| | *RL* | *03/25/2020* | *135119* | *SOURCE HOTEL LLC* | *19-526589* | *19 526589* |
| | ML | 01/03/2020 | 2714 | SOURCE HOTEL LLC | | |
| | ML | 01/21/2020 | 24862 | SOURCE HOTEL LLC | | |
| | ML | 01/21/2020 | 25041 | SOURCE HOTEL LLC | | |
| | ML | 01/28/2020 | 36952 | SOURCE HOTEL LLC | | |
| ✔ | ML | 01/31/2020 | 43007 | SOURCE HOTEL LLC | | |
| | ML | 02/05/2020 | 50786 | SOURCE HOTEL LLC | | |
| | *RL* | *05/08/2020* | *208495* | *SOURCE HOTEL LLC* | | *20 50786* |
| | LP | 08/13/2020 | 407548 | SOURCE HOTEL LLC | | |
| | 30-2020-01146448-CU-BC-CJC | | | | | |
| | LP | 09/08/2020 | 471920 | SOURCE HOTEL LLC | | |

| + PROVIDENT TITLE COMPANY, | | | | | ORANGE, CA |
|---|---|---|---|---|---|
| P01, 1944 | | | | | |
| 12/23/2020 11:11AM PST JEB3 | | ORDER SEARCH RESULTS | | | PAGE 3 OF 3 |
| ORDER: 10512629 | | TOF: 10 | | | COMMENT: |

**BUSINESS NAME**
**SOURCE HOTEL**

| | TYPE BK/PG | DATE | DOC# | NAME | REFERENCE | REMARKS |
|---|---|---|---|---|---|---|
| | 30-2020-01143598-CU-MC-CJC | | | | | |
| | LP | 09/15/2020 | 495783 | SOURCE HOTEL LLC | | |
| | 30-2020-01156958-CU-OR- | | | | | |
| ✓ | LP | 10/28/2020 | 613064 | SOURCE HOTEL LLC | | 27636120 |
| | LP | 10/29/2020 | 615345 | SOURCE HOTEL LLC | | 27636129 |
| | LP | 11/02/2020 | 624988 | SOURCE HOTEL LLC | | |
| | 27636123 TO 30, 32, 33, 35 TO 45, 50 TO 62 | | | | | |
| | LP | 11/09/2020 | 641757 | SOURCE HOTEL LLC | | 27636120 |
| | AJ | 06/16/2010 | 282724 | SOURCE 1 PROPERTIES LLC | | 09K22630 |
| | SN | 02/16/2017 | 66387 | SOURCE INC | | BE-1380830 |
| | BY | 03/06/2002 | | SOURCE LLC | | 0211688JB7 |
| | SN | 09/17/2004 | 838650 | SOURCE LLC | | 0425235283 |
| | SN | 12/13/2011 | 648829 | SOURCE | | 1134113729 |
| | RL | 02/09/2012 | 77079 | SOURCE | 11-648829 | 1134113729 |
| | OO | 05/18/2016 | | SOURCE HOTEL;ST JS 0186406 | | |
| | OO | 06/22/2018 | | SOURCE HOTEL LLC;ST FG 18000480712 | | |
| | OO | 12/14/2018 | | SOURCE HOTEL;ST FG 18000481694 | | |
| | OO | 08/13/2020 | | SOURCE HOTEL;WFG 99 1618569CAD | | |
| | OO | 11/09/2020 | | SOURCE HOTEL;OC 32 2173816 | | |

**END OF REPORT**

**RECORDING REQUESTED BY:**

Dustin Lozano, Esq.

**WHEN RECORDED MAIL TO:**

Dustin Lozano, Esq.
Hunt Ortmann Palffy Nieves
   Darling & Mah, Inc.
301 North Lake Avenue
Seventh Floor
Pasadena, CA  91101-1807

HITS

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

|||||||||||||||||||||||||||||||||||||||||||||| 91.00
* S R 0 0 1 1 4 5 3 0 2 3 S *
2020000043007 10:52 am 01/31/20
93 416A M09    3
0.00 0.00 0.00 0.00 6.00 0.00 0.000.0075.00 3.00

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# MECHANICS LIEN

[1193464 1 d/ 2936.001]

**RECORDING REQUESTED BY AND
WHEN RECORDED MAIL TO:**

Dustin Lozano, Esq.
Hunt Ortmann Palffy Nieves
Darling & Mah, Inc.
301 North Lake Avenue, 7th Floor
Pasadena, CA 91101-1807

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## MECHANICS LIEN

SUNBELT CONTROLS, INC., 888 East Walnut Street, Pasadena, California 91101, hereby claims a mechanics lien in the amount of $234,653.00 on The Source Hotel and on the real property on which it is located at 6986 Beach Boulevard, Buena Park, California 9062, or which is described as follows: APN Nos. 276-361-20 and 276-361-22.

The reputed owner of the real property is THE SOURCE HOTEL LLC, 6940 Beach Boulevard, Suite D-501, Buena Park, California 90621.

SUNBELT CONTROLS, INC. furnished labor or services or equipment or material generally consisting of HVAC controls to IRON MECHANICAL., 575 Anton Boulevard, 3rd Floor, Costa Mesa, California 92626.

Dated: January 30, 2020          Name of Claimant:    SUNBELT CONTROLS, INC.

By:  DUSTIN LOZANO
Its:     Attorney-in-Fact

## VERIFICATION

I am the agent authorized to make this verification on behalf of SUNBELT CONTROLS, INC. This mechanics lien is true of my own knowledge, except for those matters stated on my information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 30, 2020

DUSTIN LOZANO, Authorized Agent

**Notice of Mechanics Lien and Proof of Service Affidavit Follow on Next Page**

1193321.1 dl 2936 001

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

### PROOF OF SERVICE AFFIDAVIT

I, SHIRLEY K. STICKLEY, served this Mechanics Lien and Notice of Mechanics Lien on the owner or reputed owner. Service was made on January 30, 2020 by certified mail, return receipt requested, postage prepaid, addressed to:

THE SOURCE HOTEL LLC
6940 Beach Boulevard, Suite D-501
Buena Park, California 90621

I certify or declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2020 at Pasadena, California.

_Shirley K. Stickley_

1191321.1 dl 2936.001

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 97.00
* S R 0 0 1 2 1 8 6 5 3 9 8 *
2020000613064 3:37 pm 10/28/20
227 414A N25   5
0.00 0.00 0.00 0.00 12.00 0.00 0.00 0.000.0075.00 3.00

HITS

RECORDING REQUESTED
AND WHEN RECORDED MAIL TO:
RECORDING REQUESTED BY:
Retrolock Corp.
AND WHEN RECORDED MAIL DOCUMENT TO:
Grant Nigolian
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626

*THIS SPACE IS FOR RECORDERS USE ONLY*

NOTICE OF PENDENCY OF ACTION
(LIS PENDENS)

(Title of Document)

Per Government Code 27388.1(a)(1) *"A fee of $75 dollars shall be paid
at the time of recording on every real estate instrument, paper, or notice
required or permitted by law to be recorded, except those expressly
exempted from payment of recording fees, per each single transaction
per parcel or real property."*

☐ Exempt from SB2 fee per GC 27388.1(a)(2); is a transfer
subject to the imposition of documentary transfer tax", or

☐ Exempt from SB2 fee per GC 27388.1(a)(2); recorded
concurrently "in connection with" a transfer subject to the
imposition of documentary transfer tax", or

☐ Exempt from SB2 fee per GC 27388.1(a)(2); is a transfer of
real property that is a residential dwelling to an
owner-occupier", or

☐ Exempt from SB2 fee per GC 27388.1(a)(2); recorded
concurrently "in connection with" a transfer of real property
that is a residential dwelling to an owner-occupier", or

☐ Exempt from SB2 fee per GC 27388.1(a)(1); fee cap of $225 reached"

☐ Exempt from SB2 fee per GC 27388.1(a)(1); not related to real
property

Failure to include an exemption reason will result in the imposition of the SB2
Building Homes and Jobs Act Fee.

**NOT APPLYING FOR EXEMPTION

1  GRANT NIGOLIAN, P.C.
   Grant A. Nigolian (Bar No. 184101)
2  695 Town Center Drive, Suite 700
   Costa Mesa, CA 92626
3  Tel: (310) 853-2777

4

5  Attorneys for Plaintiffs,
   Retrolock Corp.

6

7              **SUPERIOR COURT OF CALIFORNIA**

8        **COUNTY OF ORANGE – CENTRAL JUSTICE CENTER**

9

10  RETROLOCK CORP., a California        )  Case No: 30-2020-01163206-CU-CL-CJC
    corporation;                         )
11                                       )  **NOTICE OF PENDENCY OF ACTION**
                                         )  **(LIS PENDENS)**
12            Plaintiffs,                )
       vs.                               )
13                                       )  [Cal. Code Civ. Proc. § 405.20]
                                         )
14  GREENLAND CONSTRUCTION SERVICE,      )
    LLC, a California corporation; THE SOURCE )
15  HOTEL, LLC, a California corporation; )
    BUSINESS ALLIANCE INSURANCE         )
16  COMPANY, a California corporation; and )
    DOES ONE (1) through TWENTY (20),    )
17  inclusive;                           )
             Defendants.                 )
18                                       )
19                                       )
20                                       )
21                                       )
22                                       )
23                                       )
24                                       )
25                                       )
26  ─────────────────────────────────── )

27  ///
28

          ──────────────────────────────────────
              NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

EXHIBIT A   086

1   NOTICE IS GIVEN that the above entitled action was commenced on October 2, 2020, by

2   Retrolock Corp. in the above entitled court and concerns real property or affects the title or right of

3   possession of real property.

4   The names of all defendants to the action are as follows: Greenland Construction Service,

5   LLC; The Source Hotel, LLC; and Business Alliance Insurance Company.

6   The property in question has an address of 6986 Beach Blvd., Buena Park, California,

7   90621, APN No. of 276-361-20 & 276-361-22, and is described as follows:

8       LOTS 2 THROUGH 9, INCLUSIVE, OF TRACT NO. 1756, IN THE
9       CITY OF BUENA PARK, COUNTY OF ORANGE, STATE OF
        CALIFORNIA, AS PER MAP RECORDED IN BOOK 60, PAGES 20
10      AND 21 OF MISCELLANEOUS MAPS, TOGETHER WITHLOT 2 IN
        BLOCK 61 OF BUENA PARK, IN SAID CITY, COUNTY AND STATE,
11      AS PER MAP RECORDED IN 18, PAGES 50 TO 52 INCLUSIVE, OF
12      MISCELLANEOUS MAPS, ALL IN THE OFFICE OF THE COUNTY
        RECORDER OF SAID COUNTY, TOGETHER WITH THE SOUTH 30
13      FEET OF THE STREET ADJOINING SAID LOT ON THE NORTH
        ABANDONED BY ORDER OF THE BOARD OF SUPERVISORS OF
14      ORANGE COUNTY FILED IN BOOK 8, PAGE 37 OF BOARD
15      MINUTES, ON AUGUST 2, 1911.

16  The owners or reputed owners of the real property is The Source Hotel, LLC.

17  The purpose of the action is to collect a debt and foreclose a mechanics lien recorded on July

18  24, 2020, as Instrument No. 2020000358872, Official Records of Orange County, California

19  ("Mechanics' Lien" -Exhibit 1), in which claimant Retrolock Corp. claims the sum of $258,225.27.

20

21  DATED: October 2, 2020                 GRANT NIGOLIAN, P.C.
22                                          Grant A. Nigolian

23                                          By:   _____
24                                                Grant A. Nigolian

25                                          Attorneys for Plaintiffs,
26                                          Retrolock Corp.

27

28

Page -1-
NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

I am employed in the City of Costa Mesa, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 695 Town Center Drive, Suite 700, Costa Mesa, CA 92626. On the date signed below, I served the documents named below on the parties in this action as follows:

**NOTICE OF PENDENCY OF ACTION (LIS PENDENS)**

Upon the parties named below as follows: (See attached service list.)

☒ (BY MAIL WHERE INDICATED) I caused the above referenced document(s) to be placed in an envelope, with postage thereon fully prepaid, and placed in the United States mail at Costa Mesa, California. I am readily familiar with the practice of the firm for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FACSIMILE WHERE INDICATED) The above-referenced document(s) was/were transmitted by facsimile transmission and the transmission was reported as complete and without error. Pursuant to Rule 2001 et. seq. of the Cal. Rules of Court, I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is attached to this Declaration, unless service by facsimile transmission was executed as a matter of professional courtesy.

☐ (BY PERSONAL DELIVERY WHERE INDICATED) I caused the above-referenced document(s) to be personally delivered to the person and/or the address listed above.

☐ (BY FEDERAL EXPRESS WHERE INDICATED) I am readily familiar with the practice of the firm for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (FEDERAL) I declare under penalty of perjury under the laws of the United States of America the above it true and correct.

Executed on October 28, 2020, at Costa Mesa, California. *Daniel Kaplan*
Daniel Kaplan

Page 1
PROOF OF SERVICE

| | |
|---|---|
| 1 | **Service List:**      *Retrolock Corp., adv. Greenland Construction Service, LLC, et al.* |
| 2 |                 *(O.C.S.C. Case No. 30-2020-01163206-CU-CL-CJC)* |
| 3 | Greenland Construction Service, LLC |
|  | c/o Summer Bridges (Reg. Agent) |
| 4 | 6960 Beach Blvd., Unit J205 |
| 5 | Buena Park, CA 90621 |
|  | Defendants |
| 6 | (*via* Certified Mail, return receipt requested) |
| 7 | The Source Hotel, LLC |
| 8 | c/o Summer Bridges (Reg. Agent) |
|  | 6960 Beach Blvd., Unit J205 |
| 9 | Buena Park, CA 90621 |
|  | Defendants |
| 10 | (*via* Certified Mail, return receipt requested) |
| 11 | |
|  | Business Alliance Insurance Company |
| 12 | Steve Barsotti (Reg. Agent) |
|  | 400 Oyster Point Blvd. |
| 13 | Suite 327 |
| 14 | South San Francisco, CA 94080 |
|  | Defendants |
| 15 | (*via* Certified Mail, return receipt requested) |
| 16 | Lender's Foreclosure Services |
| 17 | ATTN: Louisa Zavala, Trustee's Sale Officer |
|  | P.O. Box 92086 |
| 18 | City of Industry, CA 91715 |
| 19 | (*via* Certified Mail, return receipt requested) |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

EXHIBIT A    089

# EXHIBIT B

Electronically Received by Superior Court of California, County of Orange, 02/16/2021 10:56:00 AM.
30-2021-01183489-CU-OR-CJC - DAVID H. YAMASAKI, Clerk of the Court By Amy Van Arkel, Deputy Clerk200

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*<br>Ronald Richards (SBN 176246)<br>Law Offices of Ronald Richards & Associates, APC<br>P.O. Box 11480<br>Beverly Hills, CA 90213<br>TELEPHONE NO. 310-556-1001   FAX NO. *(Optional)* 310-277-3325<br>E-MAIL ADDRESS *(Optional)*  ron@ronaldrichards.com<br>ATTORNEY FOR *(Name)*  Shady Bird Lending, LLC | FOR COURT USE ONLY<br><br>**FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>CENTRAL JUSTICE CENTER<br><br>FEB 17 2021<br><br>DAVID H. YAMASAKI, Clerk of the Court<br><br>BY_____,DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Orange
STREET ADDRESS  700 Civic Center Drive West
MAILING ADDRESS  Same
CITY AND ZIP CODE  Santa Ana 92701
BRANCH NAME·  Central Justice Center

PLAINTIFF: Shady Bird Lending, LLC

DEFENDANT: The Source Hotel, LLC

| | |
|---|---|
| EX PARTE ORDER APPOINTING RECEIVER AND ORDER TO SHOW CAUSE<br>[✓] AND TEMPORARY RESTRAINING ORDER—RENTS, ISSUES, AND<br>PROFITS | CASE NUMBER<br>30-2021-01183489-CU-OR-CJC |

## NOTICE OF HEARING

Date *MARCH 18, 2021*   Time *1:30 pm*   Dept.: *C-22*   Room·

The address of the court  [✓] is shown above  [ ] is *(specify):*

### ORDER TO SHOW CAUSE

1. **To defendant** *(name each)*

   The Source Hotel, LLC

2. **THE COURT ORDERS** the defendants named in item 1 to appear in this court at the date, time, and place shown in the box above to give any legal reason
   a. Why a receiver should not be confirmed to
      (1) take possession and continue in possession of the property described in Attachment 2a *(attach a description of the real and personal property subject to the receivership) (the "property")*, and
      (2) manage the property in accordance with this order until further order of this court.
   b. Why you should not be prohibited from controlling or receiving any income from the property described in Attachment 2a.

### ORDER APPOINTING RECEIVER

**THE COURT ORDERS**, pending the hearing on the Ex Parte Order to Show Cause, the following:

3. **Receiver.** *(Name):*  Bellann Raile
   is appointed as receiver to take possession of the property described in Attachment 2a.

4. **Receiver's oath and bond.** The receiver shall immediately, and before performing any duties:
   a. execute and file a receiver's oath, and
   b. file the bond required by Code of Civil Procedure section 567(b) in the amount of: $ 2,500 ₤

5. **Receiver's fees.** The receiver may charge for the receiver's services no more than *(check all that apply):*
   a. [✓] $350.00   [ ] per month  [✓] per hour  [ ] other *(specify):*
   b. [ ] _____  percent of gross monthly rents
   c. [ ] _____  the greater of a or b
   d. [ ] $ _____   as a one-time start-up fee

Page 1 of 8

Form Approved for Optional Use
Judicial Council of California
RC-200 [Rev  January 1, 2007]

**EX PARTE ORDER APPOINTING RECEIVER AND ORDER TO SHOW
CAUSE AND TEMPORARY RESTRAINING ORDER—RENTS,
ISSUES, AND PROFITS**
(Receivership)

Code of Civil Procedure, §§ 527,
529, 564(b)(10), Cal. Rules of
Court, rules 3 1175, 3 1176, 3 1177
www.courtinfo.ca.gov

**RC-200**

| PLAINTIFF *(Name)*: Shady Bird Lending. LLC | CASE NUMBER |
|---|---|
| DEFENDANT *(Name)*: The Source Hotel, LLC | 30-2021-01183489-CU-OR-CJC |

6. ☑ **Management company.** The receiver may employ the management company of *(name):*
   **Cordes & Company**
   a. ☐ The receiver may pay the company not more than
      (1) ☐ $ ☐ per month ☐ per hour ☐ other *(specify):*
      (2) ☐ percent of gross monthly rents
      (3) ☐ the greater of (1) or (2)
      (4) ☐ $ as a one-time start-up fee
   b. ☑ Management company fees are included in receiver's fees in item 5.

7. **Disclosure.** The receiver shall immediately disclose to all parties any financial relationship between the receiver and any company hired to assist in the management of the receivership property

8. **Plaintiff's ex parte bond.** Plaintiff shall immediately file an applicant's bond under Code of Civil Procedure section 566(b) in the amount of. $ 5,000 ⁰⁰

9. **General duties.** After qualifying, the receiver
   a. shall take possession of and manage the property,
   b. shall collect the income from the property,
   c. shall care for the property and may incur the expenses necessary for that care, and
   d may change the locks on the property.

10. **Prohibited agreements.** The receiver shall not enter into an agreement with any party to this action about the administration of the receivership or about any postreceivership matter.

11. **Inventory.** Within 30 days after qualifying, the receiver shall file an inventory of all property possessed under this order.

12 **Expenditures.** The receiver shall expend money coming into his or her possession to operate and preserve the property and only for the purposes authorized in this order. Unless the court orders otherwise, the receiver shall to the extent practical hold the balance in interest-bearing accounts in accordance with Code of Civil Procedure section 569.

13. **Leases and rentals.** The receiver may without court approval enter into leases for a term not exceeding one year, obtain and evict tenants, and set and modify the amounts and terms of leases.

14. **Security deposits.** Unless the security deposit has been turned over or paid to the receiver, the receiver shall not refund a deposit to a tenant.

15 **Monthly accounting of receiver's income, expenses, and fees.**
   a. The receiver shall each month prepare and serve on the parties, but not file, an accounting of the income and expenses incurred in the administration of the receivership property, including the receiver's fees and expenses.
   b. The receiver may pay the receiver's own fees and expenses only by the following procedures·
      (1) By serving on all parties a notice of intent to pay to which no objection is served on the receiver within 20 days of the date the notice is served.
      (2) By serving and filing a request for interim payment, which the court then approves.
      (3) By obtaining and filing an agreement among all the parties approving the payment, which the court then approves
      (4) By filing the receiver's final accounting and report, which the court then approves.
   c. The receiver shall not reimburse the receiver for the receiver's general office administration expenses or overhead without court approval. These expenses include, for example, office supplies and employee payroll, benefits, and taxes.

16 **Management.**
   a. The receiver shall operate the property and take possession of all accounts relating to the property
   b. The receiver may
      (1) employ agents, employees, clerks, accountants, and property managers to administer the receivership property, and
      (2) purchase materials, supplies, and services reasonably necessary to administer the receivership property.
   c The receiver may do all the things, and incur the risks and obligations, ordinarily done or incurred by owners, managers, and operators of businesses and property similar to that possessed by the receiver; *except* the receiver shall not make any capital improvements to the property without prior court approval.

EXHIBIT B 091

**RC-200**

| PLAINTIFF *(Name):* Shady Bird Lending, LLC | CASE NUMBER |
|---|---|
| DEFENDANT *(Name):* The Source Hotel, LLC | 30-2021-01183489-CU-OR-CJC |

17. **Bank accounts.** The receiver
   a. may establish accounts at any financial institutions insured by an agency of the United States government that are not parties to this proceeding,
   b. shall deposit in those accounts funds received in connection with the receivership property, and
   c. shall deposit in interest-bearing accounts money not expended for receivership purposes.

18. **Court instructions.** The receiver and the parties may at any time apply to this court for further instructions and orders and for additional powers necessary to enable the receiver to perform the receiver's duties properly.

19. **Insurance.**
   a. The receiver shall determine upon taking possession of the property whether there is sufficient insurance coverage.
   b. The receiver shall notify the insurer that the receiver is to be named as an additional insured on each insurance policy on the property.
   c. If the receiver determines that the property does not have sufficient insurance coverage, the receiver shall immediately notify the parties and shall procure sufficient all-risk and liability insurance on the property (excluding earthquake and flood insurance).
   d. If the receiver does not have sufficient funds to obtain insurance, the receiver shall seek instructions from the court on whether to obtain insurance and how it is to be paid for.

20. **Employment of attorneys.**
   a. The receiver may employ unlawful detainer attorneys and eviction services without a court order.
   b. ☐ The receiver may employ counsel *(name):*
      at the hourly rate of. $
   c. ☐ Except as provided in items 20a and 27d, before employing counsel the receiver shall apply to the court for an order authorizing the receiver to employ counsel.

21. **Taxpayer ID numbers.** The receiver may use any federal taxpayer identification numbers relating to the property for any lawful purpose.

22. **Duty to turn over possession.** Upon receipt of a copy of a recorded trustee's deed upon foreclosure or written notice from plaintiff that defendant has cured the defaults existing under plaintiff's loan documents or that plaintiff has accepted a deed in lieu of foreclosure, the receiver shall, without further order of the court, turn over possession of the property to the successful purchaser or defendant or plaintiff respectively.

23. **Plaintiff's notification of termination.** Plaintiff shall notify the receiver in writing within 48 hours of any event within plaintiff's knowledge that terminates the receivership.

24. **Receiver's final report and account and discharge.**
   a. *Motion required.* Discharge of the receiver shall require a court order upon noticed motion for approval of the receiver's final report and account and exoneration of the receiver's bond
   b. *Time* Not later than 60 days after the receivership terminates, the receiver shall file, serve, and obtain a hearing date on a motion for discharge and approval of the final report and account.
   c. *Notice.* The receiver shall give notice to all persons of whom the receiver is aware who have potential claims against the receivership property.
   d. *Contents of motion* The motion to approve the final report and account and for discharge of the receiver shall contain the following:
      (1) *Declaration or declarations.* A declaration or declarations (i) stating what was done during the receivership, (ii) certifying the accuracy of the final accounting, (iii) stating the basis for the termination of the receivership (such as foreclosure or reinstatement), and (iv) stating the basis for an order for the distribution of any surplus or payment of any deficit.
      (2) *Accounting summary.* A summary of the receivership accounting, which shall include (i) the total revenues received, (ii) the total expenditures identified and enumerated by major categories, (iii) the net amount of any surplus or deficit, and (iv) evidence of necessary supporting facts.

RC-200 [Rev. January 1, 2007]
**EX PARTE ORDER APPOINTING RECEIVER AND ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER—RENTS, ISSUES, AND PROFITS**
(Receivership)
Page 3 of 6

EXHIBIT B   092

**RC-200**

| PLAINTIFF *(Name)*: Shady Bird Lending, LLC | CASE NUMBER |
|---|---|
| DEFENDANT *(Name)*: The Source Hotel, LLC | 30-2021-01183489-CU-OR-CJC |

25. **Plaintiff's notice to receiver.** Plaintiff shall promptly notify the receiver in writing of the names, addresses, and telephone numbers of all parties who appear in the action and their counsel. The parties shall give notice to the receiver of all events that affect the receivership.

26. **Bankruptcy Plaintiff's duty to give notice.** If a defendant files a bankruptcy case during the receivership, plaintiff shall give notice of the bankruptcy case to the court, to all parties, and to the receiver by the close of the next business day after the day on which plaintiff receives notice of the bankruptcy filing.

27. **Bankruptcy Receiver's duties.** If the receiver receives notice that a bankruptcy has been filed and part of the bankruptcy estate includes property that is the subject of this order, the receiver shall have the following duties:

    a. *Turn over property if no relief from stay will be sought.* The receiver shall immediately contact the party who obtained the appointment of the receiver and determine whether that party intends to move in the bankruptcy court for an order for (1) relief from the automatic stay, and (2) relief from the receiver's obligation to turn over the property (11 U.S.C. § 543). If the party has no intention to make such a motion, the receiver shall immediately turn over the property to the appropriate entity either to the trustee in bankruptcy if one has been appointed or, if not, to the debtor in possession - and otherwise comply with 11 United States Code section 543.

    b. *Remain in possession pending resolution.* If the party who obtained the receivership intends to seek relief immediately from both the automatic stay and the receiver's obligation to turn over the property, the receiver may remain in possession and preserve the property pending the ruling on those motions (11 U.S.C. § 543(a)). The receiver's authority to preserve the property shall be limited as follows:

      (1) The receiver may continue to collect rents and other income;

      (2) The receiver may make only those disbursements necessary to preserve and protect the property;

      (3) The receiver shall not execute any new leases or other long-term contracts, and

      (4) The receiver shall do nothing that would effect a material change in the circumstances of the property.

    c. *Turn over property if no motion for relief is filed within 10 days after notice of the bankruptcy.* If the party who obtained the receivership fails to file a motion within 10 court days after his or her receipt of notice of the bankruptcy filing, the receiver shall immediately turn over the property to the appropriate entity either to the trustee in bankruptcy if one has been appointed or, if not, to the debtor in possession and otherwise comply with 11 United States Code section 543.

    d. *Retain bankruptcy counsel.* The receiver may petition the court to retain legal counsel to assist the receiver with issues arising out of the bankruptcy proceedings that affect the receivership.

28. **Failure to turn over property.** A receiver who fails to turn over the property in accordance with this order shall not be paid for time and expenses after the date on which the receiver should have turned the property over.

29. ☐ **Other orders.** *(Additional orders may include authority of the receiver to do any other acts arising from special circumstances.)* Other orders ☐ are specified in Attachment 29 ☐ are as follows *(specify):*

EXHIBIT B   093

**RC-200**

| PLAINTIFF *(Name)*: Shady Bird Lending, LLC | CASE NUMBER |
|---|---|
| DEFENDANT *(Name)*: The Source Hotel, LLC | 30-2021-01183489-CU-OR-CJC |

☑ **TEMPORARY RESTRAINING ORDER**

30. **THIS ORDER EXPIRES AT THE DATE AND TIME OF THE HEARING SHOWN IN THE BOX ON PAGE ONE (UNDER "NOTICE OF HEARING") UNLESS EXTENDED BY THE COURT.**

31. **THE COURT ORDERS DEFENDANT** to do the following:
  a. **Turn over property.** Immediately turn over possession of the property described in Attachment 2a to the receiver when the appointment becomes effective, including any security deposits, prepaid rent, other rental or lease payments, and funds in property management bank accounts for the property.
  b. **Turn over related items.** Immediately turn over to the receiver all keys, books, documents, and records relating to the property and advise the receiver of federal taxpayer identification numbers relating to the property.
  c. **Insurance.**
  (1)  Immediately advise the receiver about the nature and extent of insurance coverage on the property;
  (2)  Immediately name the receiver as an additional insured on each insurance policy on the property; and
  (3)  DO NOT cancel, reduce, or modify the insurance coverage

  d. **Restraints.** Refrain from
  (1)  committing or permitting any waste on the property or any act on the property in violation of law or removing, encumbering, or otherwise disposing of any of the fixtures on the property,
  (2)  demanding, collecting, or in any other way diverting or using any of the rents from the property;
  (3)  interfering in any manner with the discharge of the receiver's duties under this order;
  (4)  selling, transferring, disposing, encumbering, or concealing the property without a prior court order; and
  (5)  doing any act that will impair the preservation of the property or plaintiff's interest in the property.

  e. ☐ **Other** *(specify)*:

32. **THE COURT ORDERS PLAINTIFF** to immediately file a temporary restraining order bond under Code of Civil Procedure section 529 in the amount of $ 1,000 ☒

33. ☐ **OTHER ORDERS** ☐ are specified in Attachment 33  ☐ are as follows *(specify)*:

**SERVICE AND BRIEFING SCHEDULE**

34 By *(date)*: 2/24/2021  **PLAINTIFF IS ORDERED** to personally serve on each defendant or counsel and any other appearing parties, and to file proof of service of, the summons and complaint, the memorandum of points and authorities, these orders, and all declarations and supporting papers.

35. By *(date)*: 3/4/2021  **DEFENDANT IS ORDERED** to personally serve on each plaintiff or counsel and any other appearing parties, and to file proof of service of, any opposition to these orders.

36. By *(date)*: 3/10/2021  **PLAINTIFF IS ORDERED** to personally serve on each defendant or counsel, and to file proof of service of, any reply to defendant's opposition to these orders.

37. Number of pages attached. ___7___

Date. 2/17/2021

JUDGE OF THE SUPERIOR COURT  Richard Oberholzer

RC-200 [Rev. January 1, 2007]

**EX PARTE ORDER APPOINTING RECEIVER AND ORDER TO SHOW
CAUSE AND TEMPORARY RESTRAINING ORDER—RENTS,
ISSUES, AND PROFITS
(Receivership)**

Page 6 of 6

EXHIBIT B  094

Shady Bird Lending, LLC v. The Source Hotel, LLC, Orange County Superior Court
Case No. 30-2021-01183489-CU-OR-CJC

ATTACHMENT 2a
(TO *EX PARTE* ORDER APPOINTING RECEIVER AND ORDER TO SHOW CAUSE AND
TEMPORARY RESTRAINING ORDER—RENTS, ISSUES, AND PROFITS)

The property subject to the receivership created pursuant to this *Ex Parte* Order Appointing
Receiver and Order to Show Cause and Temporary Restraining Order—Rents, Issues, and Profits
(the "Order") means and includes:

(1)  That certain real property on which is located a partially constructed 174-room, seven (7)
story hotel building on land in the City of Buena Park, Orange County, California, Assessor's
Parcel Nos. 276-361-20 and 276-361-22 and related parcel numbers as legally described in
Exhibit "A" hereto ("Real Property").

(2) All buildings, structures and improvements erected on the Real Property, including, without
limitation, all plant equipment, apparatus, machinery and fixtures of every kind and nature
whatsoever now or hereafter located on or forming part of said buildings, structures and
improvements (collectively, the "Improvements"; the Real Property and Improvements being
hereinafter sometimes collectively referred to as the "Premises").

(3) All goods, equipment, machinery, furniture, furnishings, trade fixtures, appliances, inventory,
building materials, apparatus, utensils, vehicles, wiring, pipes, conduits, elevators, escalators,
heating and air conditioning equipment, chattels and articles of personal property attached to or
used in any way in connection with or to be incorporated at any time into the Premises or placed
on any part thereof wheresoever located, whether or not attached to or incorporated in the
Premises, together with any and all accessions, accessories, attachments, and replacements
thereof, appertaining and adapted to the complete and compatible use, enjoyment, occupancy,
operation or improvement of the Premises.

# EXHIBIT "A"
## LEGAL DESCRIPTION

[SEE ATTACHED.]

EXHIBIT B    096

The land referred to herein is situated in the State of California, County of Orange and described as follows:

THAT PORTION OF LOT 2 IN BLOCK 61 OF BUENA PARK, IN THE CITY OF BUENA PARK, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 18, PAGES 50 TO 52 INCLUSIVE, OF MISCELLANEOUS MAPS, AND THOSE PORTIONS OF LOTS 5 TO 9 INCLUSIVE OF TRACT NO. 1756, AS PER MAP RECORDED IN BOOK 60 PAGES 20 AND 21 OF MISCELLANEOUS MAPS, ALL IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

PARCEL 4A (LEVEL 1 - GROUND FLOOR LOBBY & ENTRANCE)

COMMENCING AT THE CENTERLINE INTERSECTION OF ORANGETHORPE AVENUE AND BRENNER AVENUE AS SHOWN ON SAID MAP OF TRACT NO. 1756; THENCE ALONG THE CENTERLINE OF BRENNER AVENUE AS SHOWN ON SAID MAP N 0°27'49" E 218.36 FEET; THENCE LEAVING SAID CENTERLINE N 89°32'11" W 45.77 FEET TO THE TRUE POINT OF BEGINNING OF THE HEREIN DESCRIBED PARCEL; THENCE S 00°00'02" W 66.05 FEET, THENCE N 89°59'59" W 22.66 FEET, THENCE S 00°01'05" W 13.56 FEET, THENCE S 89°59'59" E 22.57 FEET, THENCE S 00° 00'02" W 8.22 FEET, THENCE N 89°59'58" W 0.77 FEET, THENCE S 00°00'02" W 34.16, THENCE N 89°59'58" W 110.62 FEET, THENCE N 00°00'02" E 34.17 FEET, THENCE N 89°59'58" W 30.58 FEET, THENCE N 00°00'02" E 107.52 FEET, THENCE N 89°59'58" W 0.63 FEET, THENCE N 00°00'02" E 8.95 FEET, THENCE S 89°59'58" E 24.08 FEET, THENCE N 46°29'04" E 12.47 FEET, THENCE N 00°00'02" E 16.97 FEET, THENCE S 89°59'58" E 18.12 FEET, THENCE N 00°00'02" E 5.22 FEET, THENCE N 89°57'39" E 30.73 FEET, THENCE N 00°00'02" E 32.17 FEET, THENCE N 89°59'58" W 11.92 FEET, THENCE N 00°00'02" E 1.00 FEET, THENCE S 89°59'58" E 0.50 FEET, THENCE N 00°00'02" E 14.21 FEET, THENCE S 89°59'58" E 39.78 FEET, THENCE S 00°00'02" W 66.82 FEET, THENCE S 89°59'58" E 32.58 FEET TO SAID TRUE POINT OF BEGINNING.

EXCEPT THEREFROM THOSE PORTIONS LYING BELOW A HORIZONTAL PLANE HAVING AN ELEVATION OF 95.76 FEET AND ABOVE A HORIZONTAL PLANE HAVING AN ELEVATION OF 77.76 FEET.

PARCEL 4B (LEVEL 1 - GROUND FLOOR STAIRS ON ORANGETHORPE AVENUE)

COMMENCING AT THE CENTERLINE INTERSECTION OF ORANGETHORPE AVENUE AND BRENNER AVENUE AS SHOWN ON SAID MAP OF TRACT NO. 1756; THENCE ALONG THE CENTERLINE OF ORANGETHORPE AVENUE AS SHOWN ON SAID MAP S 89°27'51" E 199.02 FEET; THENCE LEAVING SAID CENTERLINE N 0°32'09" E 60.00 FEET TO A POINT ON A LINE PARALLEL WITH, AND 60.00 FEET NORTHERLY OF, MEASURED AT RIGHT ANGLES FROM, SAID CENTERLINE OF ORANGETHORPE AVENUE, AND THE TRUE POINT OF BEGINNING OF THE HEREIN DESCRIBED PARCEL; THENCE N 0°00'02" E 36.96 FEET; THENCE S 89°59'58" E 14.74 FEET; THENCE S 0°00'02" W TO A POINT ON SAID PARALLEL LINE; THENCE ALONG SAID PARALLEL LINE N 89°27'51" W 14.74 TO SAID TRUE POINT OF BEGINNING.

EXCEPT THEREFROM THOSE PORTIONS LYING BELOW A HORIZONTAL PLANE HAVING AN ELEVATION OF 95.76 FEET AND ABOVE A HORIZONTAL PLANE HAVING AN ELEVATION OF 77.76 FEET.

PARCEL 4C (LEVEL 1 - GROUND FLOOR STAIRS ON BRENNER AVENUE)

COMMENCING AT THE CENTERLINE INTERSECTION OF ORANGETHORPE AVENUE AND BRENNER AVENUE AS SHOWN ON SAID MAP OF TRACT NO. 1756; THENCE ALONG THE CENTERLINE OF BRENNER AVENUE AS SHOWN ON SAID MAP N 0°27'49" E 339.38 FEET; THENCE LEAVING SAID CENTERLINE N 89°32'11" W 46.71 FEET TO THE TRUE POINT OF

2051003 4

27

BEGINNING OF THE HEREIN DESCRIBED PARCEL; THENCE WEST 23.40 FEET; THENCE SOUTH 7.24 FEET; THENCE WEST 5.68 FEET; THENCE SOUTH 6.55 FEET; THENCE WEST 29.28 FEET; THENCE NORTH 13.79 FEET TO SAID TRUE POINT OF BEGINNING.

EXCEPT THEREFROM THOSE PORTIONS LYING BELOW A HORIZONTAL PLANE HAVING AN ELEVATION OF 95.76 FEET AND ABOVE A HORIZONTAL PLANE HAVING AN ELEVATION OF 77.76 FEET.

PARCEL 4D (LEVEL 2 - SECOND FLOOR HOTEL PARCEL)

COMMENCING AT THE CENTERLINE INTERSECTION OF ORANGETHORPE AVENUE AND BRENNER AVENUE AS SHOWN ON SAID MAP OF TRACT NO. 1758; THENCE ALONG THE CENTERLINE OF BRENNER AVENUE AS SHOWN ON SAID MAP N 0°27'49" E 223.82 FEET; THENCE LEAVING SAID CENTERLINE N 89°32'11" W 36.00 FEET TO THE TRUE POINT OF BEGINNING OF THE HEREIN DESCRIBED PARCEL; THENCE S 00°27'49" W 94.43 FEET; THENCE N 89°59'59" W 31.75 FEET; THENCE S 00°01'06" W 13.56 FEET; THENCE S 89°59'59" E 31.65 FEET; THENCE S 00° 27'49" W 36.79 FEET; THENCE S 45°29'59" W 26.85 FEET; THENCE N 89°27'51" W 110.52 FEET; THENCE N 00°00'02" E 36.98 FEET; THENCE N 89°59'58" W 19.37 FEET; THENCE S 00°00'02" W 25.13 FEET; THENCE N 89°59'58" W 12.81 FEET; THENCE N 00°00'02" E 90.73 FEET; THENCE S 89° 59'58" E 62.50 FEET; THENCE N 00°00'00" E 30.00 FEET; THENCE S 89°59'58" E 15.42 FEET; THENCE N 00°00'02" E 29.98 FEET; THENCE S 89°59'58" E 85.09 FEET, TO SAID TRUE POINT OF BEGINNING.

EXCEPT THEREFROM THOSE PORTIONS LYING BELOW A HORIZONTAL PLANE HAVING AN ELEVATION OF 113.76 FEET AND ABOVE A HORIZONTAL PLANE HAVING AN ELEVATION OF 95.76 FEET.

PARCEL 4E (LEVEL 2 - SECOND FLOOR STAIRS ON BRENNER AVENUE)

COMMENCING AT THE CENTERLINE INTERSECTION OF ORANGETHORPE AVENUE AND BRENNER AVENUE AS SHOWN ON SAID MAP OF TRACT NO. 1758; THENCE ALONG THE CENTERLINE OF BRENNER AVENUE AS SHOWN ON SAID MAP N 0°27'49" E 339.38 FEET; THENCE LEAVING SAID CENTERLINE N 89°32'11" W 46.71 FEET TO THE TRUE POINT OF BEGINNING OF THE HEREIN DESCRIBED PARCEL; THENCE WEST 23.40 FEET; THENCE SOUTH 7.24 FEET; THENCE WEST 5.68 FEET; THENCE SOUTH 6.55 FEET; THENCE WEST 29.28 FEET; THENCE NORTH 13.79 FEET TO SAID TRUE POINT OF BEGINNING.

EXCEPT THEREFROM THOSE PORTIONS LYING BELOW A HORIZONTAL PLANE HAVING AN ELEVATION OF 113.76 FEET AND ABOVE A HORIZONTAL PLANE HAVING AN ELEVATION OF 95.76 FEET.

PARCEL 4F (LEVEL 3 - THIRD FLOOR STAIRS ON BRENNER AVENUE)

COMMENCING AT THE CENTERLINE INTERSECTION OF ORANGETHORPE AVENUE AND BRENNER AVENUE AS SHOWN ON SAID MAP OF TRACT NO. 1758; THENCE ALONG THE CENTERLINE OF BRENNER AVENUE AS SHOWN ON SAID MAP N 0°27'49" E 339.38 FEET; THENCE LEAVING SAID CENTERLINE N 89°32'11" W 46.71 FEET TO THE TRUE POINT OF BEGINNING OF THE HEREIN DESCRIBED PARCEL; THENCE WEST 23.40 FEET; THENCE SOUTH 7.24 FEET; THENCE WEST 5.68 FEET; THENCE SOUTH 6.55 FEET; THENCE WEST 29.28 FEET; THENCE NORTH 13.79 FEET TO SAID TRUE POINT OF BEGINNING.

EXCEPT THEREFROM THOSE PORTIONS LYING BELOW A HORIZONTAL PLANE HAVING AN ELEVATION OF 150.76 FEET AND ABOVE A HORIZONTAL PLANE HAVING AN ELEVATION OF 113.76 FEET.

PARCEL 4G (LEVEL 3 - THIRD FLOOR STAIRS ON BRENNER AVENUE)

COMMENCING AT THE CENTERLINE INTERSECTION OF ORANGETHORPE AVENUE AND

2051003 4

28

BRENNER AVENUE AS SHOWN ON SAID MAP OF TRACT NO. 1756; THENCE ALONG THE
CENTERLINE OF BRENNER AVENUE AS SHOWN ON SAID MAP N 0°27'49" E 186.84 FEET; THENCE
LEAVING SAID CENTERLINE N 89°32'11" W 46.64 FEET TO THE TRUE POINT OF BEGINNING OF
THE HEREIN DESCRIBED PARCEL, THENCE WEST 22.05 FEET; THENCE SOUTH 9.15 FEET;
THENCE EAST 5.84 FEET; THENCE SOUTH 1.38 FEET; THENCE WEST 1.68 FEET; THENCE
SOUTH 4.17 FEET; THENCE EAST 9.81 FEET; THENCE SOUTH 10.37 FEET; THENCE EAST 12.08
FEET; THENCE NORTH 9.62 FEET; THENCE EAST 1.44 FEET; THENCE NORTH 24.44 FEET TO THE
SAID TRUE POINT OF BEGINNING.

EXCEPT THEREFROM THOSE PORTIONS LYING BELOW A HORIZONTAL PLANE HAVING AN
ELEVATION OF 150.76 FEET AND ABOVE A HORIZONTAL PLANE HAVING AN ELEVATION OF 113.76
FEET.

PARCEL 4H (LEVEL 3 - THIRD FLOOR STAIRS ON ORANGETHORPE AVENUE)

COMMENCING AT THE CENTERLINE INTERSECTION OF ORANGETHORPE AVENUE AND
BRENNER AVENUE AS SHOWN ON SAID MAP OF TRACT NO. 1756; THENCE ALONG THE
CENTERLINE OF ORANGETHOPE AVENUE AS SHOWN ON SAID MAP S 89°27'51" E 199.02 FEET;
THENCE LEAVING SAID CENTERLINE N 0°32'09" E 60.00 FEET TO A POINT ON A LINE PARALLEL
WITH, AND 60.00 FEET NORTHERLY OF, MEASURED AT RIGHT ANGLES FROM, SAID CENTERLINE
OF ORANGETHORPE AVENUE, AND THE TRUE POINT OF BEGINNING OF THE HEREIN
DESCRIBED PARCEL; THENCE N 0°00'02" E 38.96 FEET; THENCE S 89°59'58" E 14.74 FEET;
THENCE S 0°00'02" W TO A POINT ON SAID PARALLEL LINE; THENCE ALONG SAID PARALLEL
LINE N 89°27'51" W 14.74 TO SAID TRUE POINT OF BEGINNING.

EXCEPT THEREFROM THOSE PORTIONS LYING BELOW A HORIZONTAL PLANE HAVING A
ELEVATION OF 150.76 FEET AND ABOVE A HORIZONTAL PLANE HAVING AN ELEVATION OF 113.76
FEET.

PARCEL 4I (LEVEL 4 - FOURTH FLOOR HOTEL PARCEL INCLUDING DECK)

COMMENCING AT THE CENTERLINE INTERSECTION OF ORANGETHORPE AVENUE AND
BRENNER AVENUE AS SHOWN ON SAID MAP OF TRACT NO. 1756; THENCE ALONG THE
CENTERLINE OF BRENNER AVENUE AS SHOWN ON SAID MAP N 0°27'49" E 353.11 FEET; THENCE
LEAVING SAID CENTERLINE N 89°32'11" W 36.00 FEET TO A POINT ON A LINE PARALLEL WITH,
AND 36.00 FEET WESTERLY OF, MEASURED AT RIGHT ANGLES FROM, SAID CENTERLINE OF
BRENNER AVENUE, AND THE TRUE POINT OF BEGINNING OF THE HEREIN DESCRIBED PARCEL;
THENCE WEST 72.90 FEET; THENCE SOUTH 13.76 FEET; THENCE WEST 18.27 FEET; THENCE
SOUTH 114.50 FEET; THENCE WEST 92.89 FEET; THENCE SOUTH 130.62 FEET; THENCE EAST
12.99 FEET; THENCE SOUTH 32.75 FEET TO A POINT ON A LINE PARALLEL WITH AND 60.00 FEET
NORTHERLY OF, MEASURED AT RIGHT ANGLES FROM, SAID CENTERLINE OF ORANGETHORPE
AVENUE; THENCE ALONG SAID PARALLEL LINE S 89°27'51" E 143.94 FEET; THENCE N 45°29'59" E
26.66 FEET TO A POINT ON SAID PARALLEL LINE WITH THE CENTERLINE OF BRENNER AVENUE;
THENCE ALONG LAST SAID PARALLEL LINE N 0°27'49" E 274.06 FEET TO SAID TRUE POINT OF
BEGINNING.

EXCEPT THEREFROM THOSE PORTIONS LYING BELOW A HORIZONTAL PLANE HAVING AN
ELEVATION OF 161.18 FEET AND ABOVE A HORIZONTAL PLANE HAVING AN ELEVATION OF 150.76
FEET.

PARCEL 4J (LEVEL 5 - FIFTH FLOOR HOTEL PARCEL)

COMMENCING AT THE CENTERLINE INTERSECTION OF ORANGETHORPE AVENUE AND
BRENNER AVENUE AS SHOWN ON SAID MAP OF TRACT NO. 1756; THENCE ALONG THE
CENTERLINE OF BRENNER AVENUE AS SHOWN ON SAID MAP N 0°27'49" E 353.11 FEET; THENCE
LEAVING SAID CENTERLINE N 89°32'11" W 36.00 FEET TO A POINT ON A LINE PARALLEL WITH,
AND 36.00 FEET WESTERLY OF, MEASURED AT RIGHT ANGLES FROM, SAID CENTERLINE OF
BRENNER AVENUE; AND THE TRUE POINT OF BEGINNING OF THE HEREIN DESCRIBED PARCEL;
THENCE WEST 72.90 FEET; THENCE SOUTH 165.38 FEET; THENCE WEST 6.61 FEET; THENCE

SOUTH 20.33 FEET; THENCE EAST 6.81 FEET; THENCE SOUTH 28.65 FEET; THENCE WEST 105.43
FEET; THENCE SOUTH 44.42 FEET; THENCE EAST 12.99 FEET; THENCE SOUTH 32.75 FEET TO A
POINT ON A LINE PARALLEL WITH AND 60.00 FEET NORTHERLY OF, MEASURED AT RIGHT
ANGLES FROM, SAID CENTERLINE OF ORANGETHORPE AVENUE; THENCE ALONG SAID
PARALLEL LINE S 89°27'51" E 143.94 FEET; THENCE N 45°29'59" E 26.85 FEET TO A POINT ON
SAID PARALLEL LINE WITH THE CENTERLINE OF BRENNER AVENUE, THENCE ALONG LAST SAID
PARALLEL LINE N 0°27'49" E 274.06 FEET TO SAID TRUE POINT OF BEGINNING.

EXCEPT THEREFROM THOSE PORTIONS LYING BELOW A HORIZONTAL PLANE HAVING AN
ELEVATION OF 171.60 FEET AND ABOVE A HORIZONTAL PLANE HAVING AN ELEVATION OF 161.18
FEET.

PARCEL 4K (LEVEL 6 - SIXTH FLOOR HOTEL PARCEL)

COMMENCING AT THE CENTERLINE INTERSECTION OF ORANGETHORPE AVENUE
AND BRENNER AVENUE AS SHOWN ON SAID MAP OF TRACT NO. 1758; THENCE ALONG THE
CENTERLINE OF BRENNER AVENUE AS SHOWN ON SAID MAP N 0°27'49" E 353 11 FEET; THENCE
LEAVING SAID CENTERLINE N 89°32'11" W 36.00 FEET TO A POINT ON A LINE PARALLEL WITH,
AND 36.00 FEET WESTERLY OF, MEASURED AT RIGHT ANGLES FROM, SAID CENTERLINE OF
BRENNER AVENUE, AND THE TRUE POINT OF BEGINNING OF THE HEREIN DESCRIBED PARCEL;
THENCE WEST 72.90 FEET; THENCE SOUTH 165.38 FEET; THENCE WEST 6.81 FEET; THENCE
SOUTH 20.33 FEET; THENCE EAST 6.81 FEET; THENCE SOUTH 28.65 FEET; THENCE WEST 105.43
FEET, THENCE SOUTH 44.42 FEET; THENCE EAST 11.33 FEET; THENCE SOUTH 32.75 FEET TO A
POINT ON A LINE PARALLEL WITH AND 60.00 FEET NORTHERLY OF, MEASURED AT RIGHT
ANGLES FROM, SAID CENTERLINE OF ORANGETHORPE AVENUE; THENCE ALONG SAID
PARALLEL LINE S 89°27'51" E 145.60 FEET, THENCE N 45°29'59" E 26.85 FEET TO A POINT ON
SAID PARALLEL LINE WITH THE CENTERLINE OF BRENNER AVENUE; THENCE ALONG LAST SAID
PARALLEL LINE N 0°27'49" E 274.06 FEET TO SAID TRUE POINT OF BEGINNING

EXCEPT THEREFROM THOSE PORTIONS LYING BELOW A HORIZONTAL PLANE HAVING AN
ELEVATION OF 182.02 FEET AND ABOVE A HORIZONTAL PLANE HAVING AN ELEVATION OF 171.60
FEET.

PARCEL 4L (LEVEL 7 - SEVENTH FLOOR & ROOF HOTEL PARCEL)

COMMENCING AT THE CENTERLINE INTERSECTION OF ORANGETHORPE AVENUE
AND BRENNER AVENUE AS SHOWN ON SAID MAP OF TRACT NO. 1758; THENCE ALONG THE
CENTERLINE OF BRENNER AVENUE AS SHOWN ON SAID MAP N 0°27'49" E 353.11 FEET; THENCE
LEAVING SAID CENTERLINE N 89°32'11" W 36.00 FEET TO A POINT ON A LINE PARALLEL WITH,
AND 36.00 FEET WESTERLY OF, MEASURED AT RIGHT ANGLES FROM, SAID CENTERLINE OF
BRENNER AVENUE, AND THE TRUE POINT OF BEGINNING OF THE HEREIN DESCRIBED PARCEL;
THENCE WEST 72.90 FEET; THENCE SOUTH 165.38 FEET; THENCE WEST 6.81 FEET; THENCE
SOUTH 20.33 FEET; THENCE EAST 6.81 FEET; THENCE SOUTH 28.65 FEET; THENCE WEST 105.43
FEET; THENCE SOUTH 44.42 FEET; THENCE EAST 12.99 FEET; THENCE SOUTH 32.75 FEET TO A
POINT ON A LINE PARALLEL WITH AND 60.00 FEET NORTHERLY OF, MEASURED AT RIGHT
ANGLES FROM, SAID CENTERLINE OF ORANGETHORPE AVENUE; THENCE ALONG SAID
PARALLEL LINE S 89°27'51" E 143.94 FEET; THENCE N 45°29'59" E 26.85 FEET TO A POINT ON
SAID PARALLEL LINE WITH THE CENTERLINE OF BRENNER AVENUE; THENCE ALONG LAST SAID
PARALLEL LINE N 0°27'49" E 274.06 FEET TO SAID TRUE POINT OF BEGINNING.

EXCEPT THEREFROM THOSE PORTIONS LYING BELOW A HORIZONTAL PLANE HAVING AN
ELEVATION OF 210.00 FEET AND ABOVE A HORIZONTAL PLANE HAVING AN ELEVATION OF 182.02
FEET.

ELEVATIONS STATED HEREON ARE BASED ON THE NORTH AMERICAN VERTICAL DATUM OF
1988 (NAVD88) PER THE YEAR 2005 ADJUSTMENT BY THE ORANGE COUNTY SURVEYOR, USING
THE FOLLOWING BENCHMARK:

OCS BM 404-31-05 ELEV.=80.151 FEET (NAVD88, YEAR 2005 LEVELED) STATION IS AN OCS

ALUMINUM DISK STAMPED 404-31-05 SET IN THE SE'LY CORNER OF A 15 FT. X 4.5 FT.
CONCRETE CATCH BASIN, LOCATED IN NE'LY PORTION OF INTERSECTION OF STANTON AVE. &
ARTESIA BLVD., 28 FT. N'LY OF THE CENTERLINE OF ARTESIA BLVD. & 81 FT. E'LY OF THE
CENTERLINE OF STANTON AVENUE  MONUMENT IS LEVEL WITH THE SIDEWALK

APN:  276-361-20 and 276-361-22
(End of Legal Description)

# EXHIBIT C



EXHIBIT C    102



EXHIBIT C   103



EXHIBIT C    104



EXHIBIT C   105



EXHIBIT C    106

Case 8:21-bk-10525-ES    Doc 132-2    Filed 05/20/21    Entered 05/20/21 15:25:28    Desc
Main Document    Page 119 of 154



EXHIBIT C   107



EXHIBIT C    108



EXHIBIT C    109



EXHIBIT C    110



EXHIBIT C   111



EXHIBIT C   112

EXHIBIT C   113



EXHIBIT C    114

EXHIBIT C   115



EXHIBIT C   116



EXHIBIT C   117



EXHIBIT C   118



EXHIBIT C   119



EXHIBIT C   120



EXHIBIT C   121



EXHIBIT C   122

EXHIBIT C    123

EXHIBIT C    124

EXHIBIT C   125

Case 8:21-bk-10525-ES Doc 131-2 Filed 03/25/21 Entered 03/25/21 14:59:26 Desc
Case 8:21-bk-10525-ES Doc 133-2 Filed 05/20/21 Entered 05/20/21 15:25:28 Desc
Exhibit A - Part 2 of 7 Page 129 of 150
Exhibit A - Part 2 of 7 Page 93 of 105



EXHIBIT C 126



EXHIBIT C   127



4

EXHIBIT C   128

**6**

EXHIBIT C   129

8

EXHIBIT C   130

# EXHIBIT D

# Property Inspection Report for

# The Source OC Hilton Hotel

**CORDES**
CORDES&COMPANY


URBAN
ADVISORY
& BUILDING
Group, LLC

<u>Submitted To:</u>

Ms. Bellann Raile
Cordes & Company

<u>Submitted By:</u>

Mr. Brent Little

Urban Advisory & Building
Group, LLC

**March 10, 2021**

EXHIBIT D   131

## Introduction

On behalf of Urban Advisory and Building Group, LLC, we appreciate the opportunity to assist you in the analysis of the above referenced office property. To accomplish our review of the property we performed two on-site inspections. The first inspection was on March 3, 2021 and the second was on March 9, 2021. In addition, we reviewed various stamped approved plans and interviewed several individuals either familiar with the project or a particular relevant building system.

## Project Understanding

The Source Hilton Hotel is an idled construction project, which is roughly seventy percent complete. The development of the building has been arrested at various stages and varies widely by floor. Generally, the plumbing, electrical and mechanical systems are completed through rough installation. Interior framing, drywall and finishes are in mid construction. Some portions of the building complete, while others are rough framed. As best as we could observe, framing is substantially complete.

Other aspects of the project had broad completion ranges as well. Substantial investment has been made to the buildings HVAC system, but key elements are either unprotected or exposed to potential damage. Both the domestic water and electrical are operational in limited areas of the building.

## Property Overview

The hotel is located on the northwest corner of Orangethorpe Avenue and Brenner Avenue in the City of Buena Park. The hotel is an integrated part of The Source OC, which is a mixed-use entertainment and lifestyle center. The entire project is approved under the Beach + Orangethorpe Mixed-Use Specific Plan.

|  |  |
|---|---|
| Address: | 6940 Beach Blvd Buena Park, CA90621 |
| APN: | A portion of 276-361-03 through 18 Parcel Area: |
| Building Area: | 134,500 sf |
| Rooms: | 172 keys |

Case 8:21-bk-10525-ES    Doc 31    Filed 03/29/21    Entered 03/29/21 14:59:26    Desc
Case 8:21-bk-10525-ES    Main Document    Filed 05/20/21    Page 137 of 520    Desc
Exhibit A - Part 2 of 7    Page 101 of 105

## Executive Summary

The items below represent several of the more substantial issues discovered during our investigation. It is recommended that action be taken to resolve or better protect both the asset and those entering the structure.

- Substantial roof issues exist which currently permit the intrusion of water into the structure.

- Construction assemblies on the roof are incomplete and create an opportunity for water infiltration.

- Due to neglect, the pool deck will need substantial repair.

- Completed building finishes are not being protected and exposed to waste or damage.

- A potentially hazardous situation may exist if the building sewer system is not connected to the public system.

- An improved safety environment for building visitors and contractors should be implemented.

- Completion plans are held off site.



Unprotected pool deck, exposed to UV.



Roof HVAC equipment poorly protected with plastic. Should be sheet metal.

EXHIBIT D    133







Top left: HVAC ducts exposed to elements. Should be capped. Middle: Damage to permanent finishes and fixtures. Upper Right: Many important plans and job records are being stored off site. These will be important to restarting the project and should be immediately inventoried and stored properly. Lower Right: HVAC package units left easily accessible to thieves and vandals.

## Roof System

The roof system represents a significant and immediate potential impact to the building.

Most substantially, a significant portion of the roof has been removed above the 6th floor balconies. Although the element being removed is not directly connected to the main roof, it is a material opening into which water can gain access to the building.

It is apparent there has been some water intrusion. Repair work was being undertaken and demolition was mostly complete. This effort has obviously ceased as the project has stopped construction.

In addition to the water damage being repaired, near this same location corrosion is visible from either the same or a different failure. At the balcony walls, where they join the building, partial construction was made in an attempt to resolve the water intrusion.

Lastly, the main roof structures are predominately complete with PVC or PTO type roof systems. These are very reliable systems. However, they can leak at the joints and there were visible signs of repair near the roof access doorway. The repair does not appear to be compliant with the manufactures recommendation and should be inspected by a manufactures representative, which they will commonly perform.



Improper patch at roof door leak. Leaked into 6th floor hallway.

EXHIBIT D    135

Missing flashing, above.





Improperly installed flashing. Needs caulk and pipe clamp.

In numerous areas the PVC/PTO roofing is loose. May be normal, but also could be indicative of breach or installation failure. Needs to be investigated further.



Damaged roof structure on southeast corner of building. This is a significant failure and needs to be addressed.



Corrected roof structure on northeast corner of building.