



038

Case 8:21-bk-10525-ES Doc 72 Filed 04/08/21 Entered 04/08/21 15:22:40 Desc
Exhibit 2 Part 4 of 7 Page 3 of 69



Case 8:21-bk-10525-ES   Doc 72   Filed 04/08/21   Entered 04/08/21 15:22:40   Desc
Exhibit A - Part 4 of 7   Page 42 of 69



040



041





Case 8:21-bk-10525-ES   Doc 72   Filed 04/08/21   Entered 04/08/21 15:22:40   Desc
Exhibit A   Part 4 of 7   Page 8 of 69



044





046









050









052





# EXHIBIT C

**From:** Juliet Y. Oh <jyo@lnbyb.com>
**Sent:** Wednesday, March 24, 2021 11:51 AM
**To:** Bellann Raile <bellann@cordesco.com>
**Cc:** Clayton Tanaka <ctanaka@mdproperties.com>; 'Steven J. Kahn' <skahn@pszjlaw.com>
**Subject:** The Source Hotel, LLC - Building Access

Hi Bellann,

Steve informed The Source Hotel, LLC (Debtor) of your concerns about the elevator inspection and sewer gas smell on the second floor of the building.  In addition, Shady Bird has raised concerns about (among other things) water intrusion on the roof and pool issues.  The Debtor would like to access the building to get a gauge on these issues so it can work with you to address them in a timely and cost-effective manner.  I have copied Clay Tanaka from the Debtor on this e-mail – would you please coordinate a date/time for the Debtor and its maintenance person(s) to access the building over the next day or two?

Thank you very much.

Best,
Juliet

**JULIET Y. OH,** Esq.

**LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**
10250 Constellation Blvd.  |  Suite 1700  |  Los Angeles, CA  90067
Phone  310 229 1234  |  Direct  310 229 3348  |  Fax  310 229 1244
JYO@lnbyb.com  |  www.lnbyb.com

The preceding E-mail message is subject to Levene, Neale, Bender, Yoo & Brill L.L.P.'s email policies which can be found at http://www.lnbyb.com/disclaimers.htm

🌍 Please consider the environment before printing this email

1

Case 8:21-bk-10525-ES    Doc 72    Filed 04/06/21    Entered 04/06/21 15:22:40    Desc
Exhibit A    Part 2 of 7    Page 21 of 69

# EXHIBIT D

Room 738:



Room 739:



Room 747:





# EXHIBIT E

**April 2, 2021**



## INTRODUCTION

This document summarizes the background and status of the "Source Hotel Project" ("Hotel Project") located at 6986 Beach Boulevard, Buena Park, California. This document was prepared by the City of Buena Park ("City") with reference to public records and includes observations from the City's perspective as opposed to the legal views, conclusions, or position of the City. Copies of any of the public documents or records referenced may be obtained by submitting a request to the City Clerk under California's Public Records Act.[1]

## SUMMARY OF THE SOURCE HOTEL PROJECT

The Source Hotel Project is part of the larger mixed-use project known as "The Source" ("Mixed-Use Project") that is located immediately adjacent (and structurally connected) to the Hotel. The Source Hotel Project remains partially constructed and is governed by a variety of contracts, land use regulations and covenants, approvals and permits issued by the City. The general terms and conditions of the foregoing most material to the Hotel Project are described below.

- **Development Agreement.**  On October 14, 2008, the City approved Development Agreement No. DA008-003 ("Development Agreement" or "DA") with 6940 Beach LLC. The Development Agreement was recorded on the Property as of November 17, 2008 and remains in effect.

  - Permitted Use (DA §§ 1(d), 11).  The DA allows a mixed-use development featuring upscale retail, restaurants, entertainment, residential, hotel, and office uses as well as parking and open space amenities as provided in the Beach Orangethorpe Mixed Use Specific Plan ("BOSP"). More specifically the DA allows:

    - *Retail* – 350,000 square feet
    - *Hotel* – 300-room / 277,000 square feet in multi-level landmark building with conference facilities
    - *Residential* – 1,000 multifamily units
    - *Office Alternative* – 195,000 square feet per market demands in lieu of 177 multifamily units
    - *Open Space / Amenities* – 350,000 square feet of open area amenities

---

[1] **DISCLAIMER:** This document was created and is being made available for informational purposes only and does not represent nor shall the legal or factual conclusions or the City. **THE CITY EXPRESSLY DISCLAIMS ANY AND ALL WARRANTIES OR REPRESENTATIONS AS TO THE TRUTH OR ACCURACY OF THE INFORMATION PROVIDED OR THE POSITIONS TAKEN IN THIS DOCUMENT,** and this document should not be relied for legal, due diligence, investigatory, or any other purpose by any person with an interest in the Property, any third-parties, institutions, or courts, or any member of the public. This document is intended as an informational and educational document only to give context to the complex history and nature of the subject project.

- o **Term (DA §§ 6, 7)**. Developer commenced construction activities within five (5) years form the effective date of the DA, as required, and thus the DA is scheduled to remain in place until December 4, 2028 (unless earlier terminated).

- o **Construction Schedule (DA § 7)**. Developer was required to commence construction work pursuant to building permits issued by the City. If Developer fails to do so, the Development Agreement becomes null and void and the site reverts to the BOSP. Only one (1) extension of the schedule is permitted for up to two (2) years. There have been no known construction activities since the date of the last inspection (noted below).

- o **Rights of Secured Lenders (DA § 19)**. Secured lenders have the right to do anything required by Developer under the DA and otherwise realize their security interest by acquiring or transferring the project. To forestall adverse action by the City, secured lenders are required to cure any defaults and keep and perform the terms, covenants, and conditions of the Development Agreement.

- **Beach Orangethorpe Mixed Use Specific Plan**. In October 2008, the City approved the BOSP allowing the aggregate site to be developed with a mix of upscale retail, restaurant, entertainment, residential, hotel, and office uses as detailed below. The BOSP remains effective and represents the "baseline" land use regulations governing the site.

| Phase | Residential | Commercial | Office (Alternative) | Hotel | Parking |
|---|---|---|---|---|---|
| **Phase I** | 681 units | 255,000 sqft. | 195,000 sqft. in lieu of 177 units | 270,000 sqft. hotel / 300 rooms | 2,920 stalls (subterranean and above-grade level) |
| **Phase II** | 319 units | 100,000 sqft. | - | - | 1,640 stalls |
| **Total** | 1000 units | 355,000 sqft. | 195,000 sqft. in lieu of 177 units | 270,000 sqft. hotel / 300 rooms | 4,560 stalls |

- **Disposition and Development Agreement**. On October 26, 2010, the former Redevelopment Agency ("RDA") approved a Disposition and Development Agreement ("DDA") with the "Source at Beach LLC" ("Source at Beach"). A memorandum of DDA was recorded on October 9, 2012. After the RDA's dissolution in February 2012, all rights to enforce and manage the DDA passed to the City as the RDA's "successor agency." (Health & Safety Code § 34170 et seq.)

- o **Effect / Purpose**. The DDA does not replace the DA or BOSP but rather: (1) effectuated the sale of certain RDA-owned properties to Developer for subsequent development consistent with the DA and BOSP; and (2) provided financial assistance to incentivize Developer's completion of the Mixed Use Project described in the DDA; including installation of a high-quality tenant in the Hotel Project.

2

- o <u>Key Terms and Provisions of DDA.</u>

  - *RDA Property Sale (DDA § 2).* RDA sold several properties to Developer for consolidation with adjacent properties already owned by Developer. No money was paid for the RDA properties; rather the return consideration was public benefit resulting from Developer's completion and operation of the Mixed-Use Project.

  - *Development Obligations (DDA § 3).* Developer is required to construct a three (3) phased "Mixed-Use Project" on the Property:

    - Phase I – 428,000 square feet of retail space with a movie theatre, spa, entertainment uses, retail stores, and parking.
    - Phase II – 193,220 square feet of office space
    - Phase III – Mobil 3-5 star or AAA 3-5 diamond full-service hotel and parking.

  - *Financial Assistance from RDA (DDA § 4).*

    - Property Tax Pledge – RDA returns 100% of tax increment revenues generated by the property by virtue of the Mixed-Use Project. Pledge expires in Fiscal Year 2029-2030 (unless earlier terminated for default).

    - Sales Tax Pledge – Return of sales tax revenue generated by the Mixed-Use Project at the general rate of 55% of revenues more than $1,712,000 (variable over time). Duration is 30 years (unless earlier terminated for default).

    - Termination for Default – This financial assistance may be terminated by the City upon expiration of the above deadlines or upon a default by Developer.

  - *Prohibition on Transfers and Security Interests (DDA § 5).* Developer is prohibited from mortgaging or encumbering the property or Mixed-Use Project (or any part), or transferring or assigning its rights, prior to completing the Mixed-Use Project without City's advanced approval. Construction financing for each phase of the Project is a permitted exception if the financing satisfies the criteria in DDA § 3.4.

  - *Events of Default (DDA § 7.1).*

    - Developer's failure to perform the Schedule of Performance in a timely manner.
    - A breach of the DDA consisting solely of the payment of money and continuing for ten (10) days or more.
    - The filing of a petition in bankruptcy or the appointment of a receiver or trustee over any property included in the Mixed-Use Project.

  - *Remedies (DDA § 7.2).* The City has the right to terminate the DDA in the event of default by the Developer.

3

- **Interdepartmental Reviews.** Section 15 of the Development Agreement allows minor modifications and changes to the Mixed-Use Project to be approved by the City's Director of Community Development. Several such "Interdepartmental Review Approvals" have been issued for the Mixed-Use Project but those most relevant to the Hotel Project are below. Several "conditions of approval" for Interdepartmental Reviews remain incomplete for both portions.

  o **Interdepartmental Review No. ID14-005.** Approved on December 8, 2014 and made revisions to architectural features, landscaping, colors and materials for the parking structure, as well as site plan and architectural review of the Phase 1.5 building that includes the Hotel Project.

  o **Interdepartmental Review No. ID17-003.** Approved on March 21, 2017 and authorized modifications to the exterior and hardscaping for the Hotel Project.

- **Building Permits Status.** There are five (5) main building permits issued for the Hotel Project and most overlap or authorize related improvements associated with the Mixed-Use Project. Not all of these main permits were issued to the same legal entity all have now expired.

  ▪ *B13-1388*: Foundations for Building B (or Phase 1.5) which houses both a portion of the retail and the hotel portion of the Mixed-Use Project. This permit was issued as of 7.11.2014 and was complete as of 3.27.2018. Permit owner is "Source at Beach."

  ▪ *B13-1389*: Shell retail work, various retail components, and hotel lobby. This permit was issued as of 1.29.2015 and is still open. The last inspection was conducted on 12.6.2016 meaning the permit has now expired. Permit owner is "Source at Beach."

  ▪ *B13-1391*: Shell for Hotel Tower, Floors 4-7, Elevators, Stairwells, etc. This permit was issued on 1.19.2016 and remains open. The last inspection was 1.10.2020 meaning the permit has now expired. Permit owner is "Source at Beach."

  ▪ *B15*-2102: Enclosed 3rd-Floor walkway between retail and hotel portions of Mixed-Use Project. This permit was issued on 2.10.2016 and is still open. The last inspection was conducted on 7.13.2016 meaning the permit has now expired. Permit owner is "Source at Beach."

  ▪ *B13-2294*: Hotel interior tenant improvements. This permit was issued on 5.26.2017 and remains open. The last inspection was 7.2.2019 meaning the permit has now expired. Permit owner is "The Source Hotel."

  ▪ *Various Sub-Permits Issued*: Various sub-building permits have been issued which authorize a specific scope of work related to one of the above main permits. The status of the sub-permits mirror that of the Main Permit under which it was issued; meaning any outstanding sub-permits for the Hotel Project have now also expired.

# EXHIBIT F



**URBAN**
ADVISORY
& BUILDING
Group, LLC

April 5, 2021

Mr. Bellann Raile
Cordes & Company
2030 Main Street, Suite 1300
Irvine, CA 92614

Re:  **Source Hilton Hotel Buena Park Follow Declaration**

Dear Ms. Raile:

This document has been prepared in response to statements made by Robert "Charlie" Cervantes in his Declaration in opposition to certain motions made by Shady Bird Lending, LLC.

The Declaration made by Mr. Cervantes appears to be a response to the statements and observations contained in our report following our March 9, 2021 inspection.  Although Mr. Cervantes states he completed a walk-through inspection of the property on March 25, 2021, it appears his inspection was limited to his interpretation of our report.

1.  **Roof Issues** – The roof has numerous penetrations and is the primary location for much of the HVAC equipment.  Because the HVAC system has not been completed, significant and large openings exist through the roof and into ductwork.  The Debtor has placed plastic sheeting (polyethylene film), sometimes referred to as Visqueen, to cover the openings.  Unfortunately, this is not an appropriate long-term solution for the reasons stated below:

    a.  The application of plastic is not universal and numerous opening did not contain any covering.  See Picture 1 below.
    b.  Several roof vents are missing, which will allow water and pests to enter the building.  See Picture 2 below.
    c.  In the Declaration by Mr. Cervantes, he seems to indicate the placement of plastic film is acceptable.  However, polyethylene plastic is highly susceptible to degradation from exposure to the sun, through UV radiation.  The correct permanent solution is a sheet metal duct cap, as seen in Picture 3.
    d.  A review of Google Earth pictures seem to indicate the roof has had a long-term temporary solution to water intrusion.  See Picture 4 below:



Picture 1 – Unprotected vent.



Picture 2 – Missing flashing.



Picture 3 – Duct cap.



Picture 4 – Roof in April 2018 with temp coverings.

2. **Incomplete Construction Assemblies Water Intrusion** – The term construction
assembly is an industry recognized term that refers to all the components of given portion
of building, which when assembled together serve a specific purpose. In the case of the
roof, the assembly is comprised of all components designed to protect the structure from
water intrusion. As can be seen from Pictures 5 and 6, a roof failure existed and was in
the midst of being repaired when construction ceased. Picture 5 shows the completed
repair with flashing covering, while Picture 4 shows the roof torn off and exposed wood.
Picture 7 is a close up of the incomplete repair. Furthermore, it was evident the Debtor
had tried to mitigate water intrusion by use of sand bags and plastic that were located
near or on the roof at this area.



Picture 5 – Exposed roof substrate.

Case 8:21-bk-10525-ES    Doc 72    Filed 04/08/21    Entered 04/08/21 15:22:40    Desc
Main Document    Page 33 of 69



Picture 6 – Repaired area, opposite from the exposed area.



Picture 7 – Repaired area, opposite from the exposed area.

3. **Incomplete Fire Protection** – Mr. Cervantes accurately points out that the fire protection system has temporary construction covers over many sprinklers. This confirms what we identified in our report – the fire protection system is not capable of providing life-safety protection for the project. Until construction is remobilized and completed, the building will be at risk in the event of a fire.

4. **Pool Deck** – It is clear the pool deck water proofing has been exposed to years of excess exposure. Picture 8 below is a screen shot from Google Earth in May of 2019. In this picture, the pool deck is completely uncovered. Moreover, the damage from excessive sun and UV exposure was readily noticeable by the amount of friable roof material readily sloughing off. This can be seen in Picture 9 below. I am also concerned by Mr. Cervantes' statement that his construction crew applied sealant over the area. Typically, a contractor engaged in roofing or waterproofing would have either a C-39 roofing or C-

33 painting license. Moreover, most manufactures of waterproofing systems require trained and licensed installers to performing maintenance and installation of their system or the warranty may be voided.



Picture 8 – Exposed pool deck 5/2019.



Picture 9 – Deteriorating and friable pool deck.

5. **Pool Water & Trash** – From our observations, the water and trash had been in the pool for some period of time. A review of both Weather.com and Weather Underground did not reveal any periods of rain between 2/17 (onset of Receivership) and 3/3 (first inspection). Several inches of rain occurred prior to the Receivership and it appears as though this water may not have been removed.

6. **Completed Business Finish Waste** – The construction phasing was performed in such a manner that completed finishes (carpet, floor tile, showers, plumbing fixtures, wall coverings and cabinetry) are subject to construction traffic and exposure. Very little protective measures have been instituted to guard against damage and destruction. Both the tile and carpet flooring are uncovered and being subjected to unusual damage. See pictures below:





7. **Sewer System Hazard** – Mr. Cervantes alleges the sewer system has been connected to the public system, which may be the case. However, it would be unusual for the sewer provider to provide this connection before the building receives its final inspection. This is an issue that can be understood, but needs to be verified. In the event the line is not connect, a potentially hazardous situation exists due to the current sewer use in the building with no outlet. This creates head pressure on the sewer system. Mr. Cervantes also claims he regularly refilled all the P traps to prevent sewer gas migration into the building, but many of the P traps are not connected to active water systems, so it is hard to imagine this was routinely performed.

8. **Roof Door Patch** – At the door that leads to the roof, it is apparent that someone other than a qualified PVC or PTO roofing contractor has patched a previous leak. Previously, this area leaked into the building below. The concern we have is that the improper repair may leak again and damage the unit below.

9. **Missing Flashing** – According to Mr. Cervantes the missing flashing is "more a construction issue (which is typically addressed during the completion of construction and not a maintenance issue." While it is true the completion would ordinarily follow construction, the course of construction has been interrupted for a protracted period of time and these openings will readily allow water and pests to enter the building. Moreover, even during the course of an active project, one would protect an opening when inclement weather is forthcoming and that has clearly not been done.

Should you have any question, please feel free to call me.

Sincerely,

*Brent Little*

Brent Little
Principal

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **SHADY BIRD LENDING LLC'S REPLY TO OPPOSITION TO MOTION OF SHADY BIRD LENDING, LLC FOR ORDER EXCUSING STATE COURT RECEIVER FROM TURNOVER OF ASSETS PURSUANT TO 11 U.S.C. § 543; DECLARATIONS OF BELLANN R. RAILE, BRENT LITTLE, AND ANDREW TROST IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 8, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See Attached**

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 8, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
The Honorable Erithe A. Smith
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5040
Santa Ana, CA 92701

**VIA OVERNIGHT MAIL**
Nancy S Goldenberg
Office of the United States Trustee
411 W Fourth St Ste 7160
Santa Ana, CA 92701-8000

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 8, 2021 | Cheryl Caldwell | /s/Cheryl Caldwell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

CC 2710485v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                       **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Ron Bender on behalf of Debtor The Source Hotel, LLC
rb@lnbyb.com

Michael G Fletcher on behalf of Creditor Evertrust bank
mfletcher@frandzel.com, sking@frandzel.com

Robert P Goe on behalf of Creditor Westranco, Inc.
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Nancy S Goldenberg on behalf of U.S. Trustee United States Trustee (SA)
nancy.goldenberg@usdoj.gov

Daniel A Lev on behalf of Creditor Shady Bird Lending, LLC
dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

Grant A Nigolian on behalf of Interested Party Courtesy NEF
grant@gnpclaw.com, process@gnpclaw.com;grant.nigolian@gmail.com

Juliet Y Oh on behalf of Debtor The Source Hotel, LLC
jyo@lnbrb.com, jyo@lnbrb.com

Ho-El Park on behalf of Interested Party Courtesy NEF
hpark@hparklaw.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, morani@ronaldrichards.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

CC 2710485v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                        **F 9013-3.1.PROOF.SERVICE**

# Proposal

**Cordes & Company**
Bellann Raile, Managing Director
2030 Main St., Suite 1300
Irvine, CA 92164

April 25, 2021
P-2435

Subject: The Source Hotel Limited Moisture Testing 5 Floors and Final Report

Dear Bellann Raile,

American Integrated Resources, Inc. is pleased to submit an estimate to provide all labor, materials, equipment and other expenses necessary for moisture testing and water intrusion inspection located at the above referenced project in accordance with the scope of work below.

## SCOPE OF WORK

### Moisture Testing and Limited Water Intrusion Inspection (5 Floors):

I.   Perform preliminary inspection to identify possible points of water intrusion into building and determine moisture testing protocols and locations.

II.  Perform moisture testing using state of the art moisture meters on the 1st, 4th, 5th, 6th, and 7th floors. Mark locations on existing walls and/or ceilings where moisture is found and level of moisture per location. Sketch of each floor tested and noting locations of walls and/or ceilings that were marked. Marking and notes on walls and/or ceilings to match plot map which will be included in final report.

### Final Report and Plot Map:

I.   Provide report of findings and plot map with locations of all areas tested throughout 1st, 4th, 5th, 6th, and 7th floors.

### Notes and Conditions

A.  This proposal including all terms and conditions shall be considered part of the contract for this project.

B.  Owner to provide parking and power for the duration of the project.

C.  The prices in this proposal are based on completing the project in 1 mobilization. If additional mobilizations are required, they will be charged at $500.00 per mobilization.

D.  Inspection and report will be based on preliminary inspection to determine where water could have entered wall cavities and ceiling cavities due to missing doors and openings on exterior walls where electrical J-Boxes were missing cover plates and were not sealed.

E.  Extent of possible water intrusion and associated possible mold infestation will only be determined by visual Inspections to determine moisture testing locations. For full comprehensive moisture testing, extensive destructive sampling of walls, ceilings, and floors would be required. This type of inspection is not included in the scope of this work, however a price can be provided for this type of inspection.

**Corporate Office:**
2341 North Pacific Street
Orange, CA 92865

Lic #: 947563
©714-921-4100
🖷714-921-4102

**San Diego Office:**
301 W. 28th St, Suite V
National City, CA 91950

✉ info@american-integrated.com
🌐 www.american-integrated.com

F.  Moisture levels above 1% on moisture meter will be noted on final report and marked on affected substrates such as walls and ceilings. Optimal moisture levels in drywall and plaster range from 5% to 12%.

G.  Relative moisture levels in air of impacted areas inside building below 30% or above 50% will be noted on final report.

H.  This pricing is based on non-prevailing wage rates.

**Exclusions to scope of work**

A.  Special Insurance or Bonds.

B.  Site Security.

C.  Full Comprehensive Moisture Testing which includes destructive sampling.

**SUPERVISOR/WORKER TRAINING:**

American Integrated will use only supervisors and workers who have received OSHA Worker Training approved per federal, state and county regulations.

**Procedures:**

Contractor is a certified contractor in CA, License #947563. All Local, State, and Federal EPA & OSHA codes regarding the environment and worker safety will be strictly adhered to.

**Schedule**:

To be mutually agreed upon by American Integrated Resources and Cordes & Company.

*Monday to Friday 7:00am to 3:30pm*
*(Weekends & Holidays Excluded)*

**Pricing:**

**MOISTURE TESTING AND WATER INTRUSION INSPECTION**

**TOTAL SUM OF = $15,882.00**
**(Additional Mobilizations at $500.00 per.)**

**Insurance:**

American Integrated will provide General liability insurance certificate when requested.

**Payment:**  Payments are to be made as follows:

- **All payments are due 7 days after client pays, every 30.**
- **5% retention to be released upon completion.**
- **All legal fees shall be paid for by G.C. or Owner if payment is not paid in full by the terms set above.**
- **Failure by Client to pay all earned fees assessed will result in closure of Client's file, followed by appropriate collection activity that includes but is not limited to assignment to collection agency or collection attorney.  Client agrees that in the event of collection proceedings for unpaid fees as described herein, Client will pay all related collection costs and fees, including collection agency fees, attorney's fees, lawsuit complaint filing fees, process services fees, private investigator fees, court costs, expert witness fees/costs and any other such fees incurred by The Company as a result of enforcing any breach of this Agreement.**

If you have any questions, or need additional information or clarification, please feel free to contact me at (714) 921-4100 ext. 16

**Corporate Office:**
**2341 North Pacific Street**
**Orange, CA 92865**

Lic #: 947563
714-921-4100
714-921-4102

**San Diego Office:**
**301 W. 28th St, Suite V**
**National City, CA 91950**

info@american-integrated.com
www.american-integrated.com

Respectfully Submitted,

Antonio Soto, Estimator
*AMERICAN INTEGRATED RESOURCES,* INC

Accepted by:

Company: ___Cordes and Company, Bellann Raile solely in her__ capacity as receiver for The Source Hotel

Signature: _Bellann Raile_____    Date: ___5/5/21_____

**Corporate Office:**
**2341 North Pacific Street**
**Orange, CA 92865**

**Lic #: 947563**
**714-921-4100**
**714-921-4102**

**San Diego Office:**
**301 W. 28th St, Suite V**
**National City, CA 91950**

info@american-integrated.com
www.american-integrated.com



17828 Bellflower Blvd.
Bellflower, CA 90706
www.lakewoodglass.com
Contractors State License No. 693199
Phone:    (562) 866-4443
Fax:    (562) 867-6149



# Estimate

| Date | Estimate # |
|------|-----------|
| 4/29/2021 | 6693 |

| Name / Address | Ship To |
|----------------|---------|
| CORDES & COMPANY<br>GLORIA TORRES<br>714-836-8346 | THE SOURCE HOTEL<br>6988 BEACH BLVD.<br>BUENA PARK, CA 90621 |

| Customer Phone | Customer Fax | Cell Phone | Customer E-mail | Rep | Job # |
|----------------|--------------|-----------|-----------------|-----|-------|
| 714-836-8346 | | | GROSSI@CORDESCO.COM | MLS | |

| Description | Cost | Total |
|-------------|------|-------|
| SUPPLY AND INSTALL VIRACON TEMPERED INSULATED GLASS<br>CURTAIN WALL GLAZING SYSTEM EXISTS.<br><br>1" OVERALL VIRACON VRE-38 INSULATING GLASS FT/FT<br>1/4" CLEAR FULLY TEMPERED VRE-38 #2, 1/2" MILL FINISH AIR SPACER, 1/4" CLEAR TEMPERED<br><br>1-48 ¼" x 98" (Label 1) (BOARD UP ON BRENNER/DRIVE THRU)<br>1-83 7/8" x 95 ¼"(Label 2)(BROKEN OUTBOARD GLASS ON BRENNER/DRIVE THRU)<br>1-89" x 95 ¼"(Label 3)(BROKEN OUTBOARD GLASS ON BRENNER/DRIVE THRU)<br><br>1-108" x 82" (Label 4)(BROKEN OUTBOARD GLASS ON BRENNER/ORANGETHORPE CORNER OF BUILDING) (CLERESTORY)<br>1-88 1/8" x 97" (Label 5) (ORANGETHORPE BOARD UP)<br><br>1-95 ¼" x 66" (Label 6)(BROKEN OUTBOARD GLASS ON BRENNER/DRIVE THRU)(CLERESTORY)<br>RE-USE ALL EXISTING CURTAINWALL METAL AND VINYL<br>INSTALLED WITH SALES TAX (TOTAL 318 SQ FT APPROX)<br><br>TRANSOM GLASS LOOSE AT FRONT MAIN INTERIOR ENTRANCE<br>1-72 X 42 APPROX<br>RE-INSTALL ALUMINUM GLASS STOPS<br>SEAL GLASS AND REVINYL AS REQUIRED<br>INSTALLED WITH SALES TAX<br><br>INCLUDES: | 25,548.00<br><br>275.00 | 0.00<br><br>25,548.00<br><br>275.00 |

Deposit Of $_____  and Balance Of $_____    Type#_____    Date:_____

| Lakewood Glass and Screen Inc. warrants that all materials and workmanship will meet applicable specifications for one year. We are not responsible for damage to material, frames or glass breakage after installation furnished by us, covering or masking our materials for protection from job site activities or other trades. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders and will become an extra charge over and above the estimate. Price does not include cost for temporary fencing, demo, painting, blocking, framing, parking fees, final construction cleaning, permits, plans and specs. Waiver of Subrogation is additional $150.00/Waiver charge. Work to be done during normal business hours M-F unless otherwise specified. All Agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Workmen's Compensation Insurance. | **Subtotal** | |
|---|---|---|
| ACCEPTANCE OF PROPOSAL - The Above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do work as specified. Payment will be made as outline above. This Proposal is subject to acceptance within 30 days and it is void thereafter at the option of Lakewood Glass and Screen Inc. | **SALES TAX INCLUDED** | |
| | **Total** | |

A processing fee of  3.25 % will apply for any debit or credit card transactions.

| AUTHORIZED BY: _Bellann Laile_ solely in her capacity as receiver | DATE: 5/3/21 |
|---|---|



**LAKEWOOD** Glass & Screen

17828 Bellflower Blvd.
Bellflower, CA 90706
www.lakewoodglass.com
Contractors State License No. 693199
Phone:    (562) 866-4443
Fax:       (562) 867-6149

# Estimate

| Date | Estimate # |
|------|-----------|
| 4/29/2021 | 6693 |

| Name / Address | Ship To |
|----------------|---------|
| CORDES & COMPANY<br>GLORIA TORRES<br>714-836-8346 | THE SOURCE HOTEL<br>6988 BEACH BLVD.<br>BUENA PARK, CA 90621 |

| Customer Phone | Customer Fax | Cell Phone | Customer E-mail | Rep | Job # |
|----------------|--------------|------------|-----------------|-----|-------|
| 714-836-8346 | | | GROSSI@CORDESCO.COM | MLS | |

| Description | Cost | Total |
|-------------|------|-------|
| REMOVE EXISTING BROKEN GLASS, HAUL AWAY, DISPOSAL<br>REMOVE EXISTING BOARD UP, HAUL AWAY , DISPOSAL<br>INSTALLATION<br>SALES TAX<br>SHIPPING GLASS FROM MINNESOTA<br>SCAFFHOLDING<br><br>EXCLUDES:<br>FINAL CLEANING<br>STRUCTURAL ENGINEERING<br>SHOP DRAWINGS<br>CURTAINWALL REPLACEMENT METAL<br>POWDERCOAT PAINT<br>REPLACEMENT VINYL<br>Sales Tax | 9.50% | 0.00 |

Deposit Of $_____ and Balance Of $_____     Type#_____                Date:

| Lakewood Glass and Screen Inc. warrants that all materials and workmanship will meet applicable specifications for one year. We are not responsible for damage to material,frames or glass breakage after installation furnished by us, covering or masking our materials for protection from job site activities or other trades. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders and will become an extra charge over and above the estimate. Price does not include cost for temporary fencing, demo, painting, blocking, framing, parking fees, final construction cleaning, permits, plans and specs, Waiver of Subrogation is additional $150.00/Waiver charge.  Work to be done during normal business hours M-F unless otherwise specified. All Agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire,tornado and other necessary insurance. Our workers are fully covered by Workmen's Compensation Insurance. | **Subtotal** | $25,823.00 |
|---|---|---|
| ACCEPTANCE OF PROPOSAL - The Above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do work as specified. Payment will be made as outline above.<br>This Proposal is subject to acceptance within 30 days and it is void thereafter at the option of<br>Lakewood Glass and Screen Inc. | **SALES TAX INCLUDED** | |
| | **Total** | $25,823.00 |

**A processing fee of  3.25 % will apply for any debit or credit card transactions.**

AUTHORIZED BY: *Bellann Laile*          DATE:   5/3/21

# SERVICE WORK PROPOSAL

**BEST INCORPORATED**
*Engineered Specialty Construction Services*

**Contractor's License Number 456263**

**Page 1 of 7**
**Date:** May 5, 2021
**Ref: WO #14298**

**Subject:** Roof Repairs/Restoration
**Proposal #:** 4441

| Proposal For: | Bellan Raile | Proposal No: | 4441 |
|---|---|---|---|
| Company: | Cordes and Company | Phone: | (949) 433-7435 |
| Address: | 2030 Main St Suite 1300 Irvine, CA  92614 | Fax: | (949) 433-7435 |
| Project: | WO #14298 Source Hotel | Email: | bellann@cordesco .com |
| Project Address: | 6940 Beach Blvd, Buena Park, CA  90621 | | |
| Price: | $31,650.00 | | |

## Customer request/Reported Issues

Bellan Raile, Managing Director, Cordes and Company, is requesting a proposal for roof leaks that occur on the 7th floor in rooms 701, 738 and 739. In addition to roof repairs, a request for quote for the completion of sheet metal coping on the 7th floor balconies.

## Site Conditions/Observations -- Main roof

### Roof inspection made 4/12/21 and 04/23/21

❖ The existing roof is a "Sarnafil" fully adhered PVC single ply membrane. The roof is approximately 2-4 years old.
❖ Minor roof damage noted during time of inspection. Cuts and punctures in the single ply roof membrane noted at various locations. The source of damage is unknown however was caused by other trades during construction.
❖ Several roof penetrations/pipe penetrations and window washing davit roof penetrations need sealant and draw band clamps. (this is a source for water intrusion during inclement weather)
❖ Large cuts/slices observed in the roof membrane near reported leak areas.
❖ Incompatible sealants noted just outside of the roof access doorway. This was likely an attempt to repair leaks in that area. This type of repair will void the roof system warranty if not repaired according to Sarnafil manufacture recommendations and guideline. Note "Saranfil" is the brand name of existing roof system.
❖ Roofing companies must be certified and approved through the manufacture to install this type of roof system.

19027 S Hamilton Ave, Gardena, CA  90248 ʋ Tel: (310) 328-6969 Fax: (310) 217-8938
Website: www.bestcontracting.com

# SERVICE WORK PROPOSAL

**Contractor's License Number 456263**

**Page 2 of 7**
**Date:** May 5, 2021
**Ref: WO #14298**

**Subject:** Roof Repairs/Restoration
**Proposal #:** 4441

### Site Conditions/Observations – 7th Floor balcony coping metal
- ❖ Missing coping metal approximately 78 lineal feet. Width of existing coping metal is 31" and 18 ¾" in width

### Site Conditions/Observations --- 4th floor roof at mechanical area
- ❖ The existing roof is in good condition however there were several fasteners, sharp metal objects and debris observed during the time of inspection
- ❖ Some minor damage noted in a couple location on the PVC membrane

## RECCOMNEDATIONS / SCOPE OF WORK

### Leak Repairs Over Rooms 701, 738 & 739 - $5,600.00
- ❖ **701-** Repair large cuts in the roof membrane using Saranfil PVC membrane 2'x8' patch and up to (5) additional PVC membrane repairs in the general area ranging in size form 8" circular to 8"x8"
- ❖ **738 & 739-** Inspect roof membrane and repair cuts, punctures, and gouges in the general area over reported leak areas

### General Roof Maintenance - $15,000.00
- ❖ Inspect main roof and install Sarnafil membrane repairs to Punctures, cuts, and damage
- ❖ Prepare roof at (2) locations just outside the threshold, on the roof where others had attempted to repair the roof. Each new patch will be approximately 3'x4'
- ❖ Prepare roof surface where liquid leaked onto the surface and dried at 1 location approximately 5'x5'
- ❖ Install new pipe clamps and sealant to all pipe penetrations and davit support pipe penetrations approximately 64-67 locations See (Photos for descriptions)
- ❖ Inspect all seams of the PVC membrane and repair as needed

### 7th Floor Balcony Coping Metal - $8,500.00
- ❖ Fabricate and install up to 80 lineal feet of new 22ga or 24gauge sheet metal coping to match existing coping metal profile

### 4th Floor Mechanical Roof Area - $2,550.00
- ❖ Pick up loose debris and fasteners from the roof surface
- ❖ Inspect roof membrane for cuts, punctures or gouges and repair with PVC membrane



# SERVICE WORK PROPOSAL

**Contractor's License Number 456263**

**Page 3 of 7**
**Date:** May 5, 2021
**Ref:** WO #14298

**Subject:** Roof Repairs/Restoration
**Proposal #:** 4441

### ADDITIONAL CLARIFICATION:
- ❖ All roof repairs will be done in strict accordance with manufacture recommendations
- ❖ There will be no warranty offered for roof repairs

### EXCLUSIONS:
- ❖ All carpentry, wood, crickets, gypsum board or parapet wall backing
- ❖ HVAC, mechanical or related duct work, electrical and plumbing (including drains)
- ❖ Demolition, abatement, or substrate repairs
- ❖ Protection of completed work from damage by other trades or construction traffic
- ❖ Temporary roofing or temporary weather protection
- ❖ Permits, or special fees required for loading
- ❖ Compliance with Title 24
- ❖ Flood or water testing
- ❖ Inspection, testing and consultant costs and fees
- ❖ All work shall be performed during normal business hours
- ❖ Payment and performance bond
- ❖ Repairs at existing, unless noted above
- ❖ All other work not specifically stated under Scope of Work above

### INCLUSIONS:
- ❖ Labor, material, equipment, and supervision, including all applicable taxes required completing the project.

### NOTES:
1. Validity 30 days from date of proposal.
2. Prices are based on one continuous project. Should the project be interrupted at the clients instruction, there will be a charge of: $1,250.00/per each additional move-in.
3. Proposal price is based on executing this BEST Contracting Services, Inc. proposal, Terms and Conditions. Your acceptance of this proposal may be made by signing this proposal.
4. **Under no circumstance will this proposal be performed under a client's Subcontract Agreement.**
5. A copy of Best's Certificate of Insurance to complete the job will be issued covering General Liability, Auto, and Workman's Compensation. **We will not provide Additional Insured Certificates for Service related work.**
6. Upon receipt of our signed proposal (signed by an agent authorized to bind Contracts on behalf of your firm), or receipt of your Purchase Order, we will schedule the described work to be started.



# SERVICE WORK PROPOSAL

**Contractor's License Number 456263**

**Page 4 of 7**
**Date:** May 5, 2021
**Ref: WO #14298**

**Subject:** Roof Repairs/Restoration
**Proposal #:** 4441

## PAYMENT TERMS:

**INVOICE IS PAYABLE UPON RECEIPT.**

- *Absolutely no retention is to be withheld from the contract price of this Service Order proposal.*
- *All unpaid amounts will accrue interest at the annual rate of 10%.*

We appreciate the opportunity to submit this bid and look forward to working with you towards the successful completion of your project.

Should you have any questions, please don't hesitate to contact me at: (310) 328-6969 – Ext. 259

Respectfully Submitted:

Michael  Jimenez,

**BEST Contracting Services, Inc.**



# SERVICE WORK PROPOSAL

**Contractor's License Number 456263**

**Page 5 of 7**
**Date:** May 5, 2021
**Ref: WO #14298**

**Subject:** Roof Repairs/Restoration
**Proposal #:** 4441

**Price:**        **$31,650.00**

_SPECIAL NOTE:_

❖ _The construction industry is currently experiencing rapidly escalating prices and material availability problems relating to isocyanurate insulation, steel construction and asphalt-based roofing products. The availability and pricing of isocyanurate, steel and some roofing products is currently subject to sudden significant change beyond the control of the construction contractors. Because of the difficulty in obtaining firm prices for isocyanurate, steel and petroleum-based products from its' suppliers, BEST Contracting Services, Inc. cannot provide fixed, firm prices for isocyanurate and steel products for future projects. If there is an increase in the price of isocyanurate, steel or petroleum-based products charged to BRW subsequent to making this proposal/contract, the price set forth in this proposal/contract shall be increased to reflect the additional cost to BEST Contracting Services, Inc. upon BEST's submittal of written documentation of the increased charges._

❖ _For projects performed after October 1, 2005, the California Code Title 24 Part 6, requires new roofing standards for buildings that are electrically air conditioned and have a roof slope of 2:12 or less. The specifications for the project in this proposal may or may not have been written to comply with this new law. If the specifications to which we submitted this proposal do not meet these new requirements a price increase may be necessary. Please call your BEST Account Executive whose name appears on this proposal with any questions._

**Authorization to Proceed:**

**The Terms and Conditions attached herewith are expressly incorporated into this proposal and form the contract between both parties.**

- **Please note that under no circumstance will this proposal be performed under a client's sub-contractor agreement if the value of this proposal is under $10,000.00.**

- **Absolutely no retention is to be withheld from the contract price of this Service Work proposal.**

_____
**COMPANY NAME**

**BY:** _____
**PRINTED NAME & TITLE**

_____
**SIGNATURE**

**DATE:** _____



# SERVICE WORK PROPOSAL

**Contractor's License Number 456263**

**Page 6 of 7**
**Date:** May 5, 2021
**Ref:  WO #14298**

**Subject:**  Roof Repairs/Restoration
**Proposal #:**  4441

**Main Office:**
19027 S. Hamilton Avenue
Gardena, CA  90248
Tel: (310) 328-6969, Fax: (310) 212-0693

**Northern California Office:**
29300 Pacific Avenue
Hayward, CA 94544
Tel: (510) 886-7240, Fax: (510) 886-7322

## GENERAL TERMS & CONDITIONS

| | |
|---|---|
| **Proposal Number:** | 4441 |
| **Project Name:** | WO #14298 |
| **Building Name:** | Source Hotel |
| **Jobsite Address:** | 6940 Beach Blvd, Buena Park, CA  90621 |
| **Proposed to (name)** | Bellan Raile |
| **Company:** | Cordes and Company |
| **Address:** | 2030 Main St Suite 1300 |
| | Irvine, CA  92614 |

**Conditions of Proposal:**

Acceptance of this proposal by Contractor shall be acceptance of all terms and conditions recited herein and shall supersede any conflicting term in any other contractor's document or project advertisement. Any of the Contractor's terms and conditions in addition or different from this proposal are objected to and shall have no effect. Contractor's agreement herewith shall be evidenced by Contractor listing BEST Contracting Services, Inc. in its bid documents or by permitting BEST Contracting Services, Inc. to commence work for this project.

1. Invoice is payable upon receipt. ***Absolutely no retention is to be withheld from the contract price of this Service Order proposal.***
2. BEST Contracting Services, Inc. will carry workman's compensation insurance covering contractor's employees and liability insurance covering the operation of trucks and automobiles. BEST Contracting Services, Inc. will also take out and maintain General Liability Insurance.
3. Best Contracting Services, Inc., shall be given reasonable time in which to make delivery of materials and/or labor to commence and complete the performance of the contract. BEST Contracting Services, Inc., shall not be responsible for delays or defaults where occasioned by causes of any kind and extent beyond its control, including but not limited to: delays caused by the Owner, architect and/or engineers, delays in transportation, shortage of raw materials, civil disorders, labor difficulties, vendor allocations, fires, floods, accidents and acts of God. BEST Contracting Services, Inc., shall be entitled to equitable adjustment in the contract amount for additional costs due to unanticipated project delays or accelerations caused by others whose acts are not BEST Contracting Services, Inc.'s responsibility and to time extensions for unavoidable delays.
4. Work called for herein is to be performed during regular working hours. All work performed outside of such hours shall be charged for at the rates or amounts agreed upon by the parties at the time overtime is authorized.
5. Owner shall purchase and maintain risk insurance upon full value of the entire work and/or materials delivered to the job site, which shall include the interest of BEST Contracting Services, Inc.
6. BEST Contracting Services, Inc. will indemnify and hold harmless the Owner from damages only to the extent such damages, were caused by sole negligent act or omission of BEST Contracting Services, Inc.
7. If unexpected conditions are encountered during the work, or if the Owner, Owner's agent or any public body inspector directs additional or modifications to the work and the conditions adversely affect the cost or progress of work, BEST Contracting Services, Inc. will notify the Owner immediately, and the Owner will negotiate a change – order to resolve the unexpected condition.
8. The Owner shall grant free access to work areas for workers and vehicles and shall provide storage areas for storage of material and debris. BEST Contracting Services, Inc. shall not be liable for damage to driveways, walks, lawn and shrubs caused by movement of trucks, workers or equipment in discharging the contract.
9. During the roofing project it is often necessary to raise pipes, conduit and air conditioning units to roof under them. BEST Contracting Services, Inc. will exert due diligence to handle these items with care, however, BEST Contracting Services, Inc. will not

19027 S Hamilton Ave, Gardena, CA 90248 υ Tel: (310) 328-6969 Fax: (310) 217-8938
Website: www.BESTCONTRACTING.COM



# SERVICE WORK PROPOSAL

**Contractor's License Number 456263**

**Page 7 of 7**
**Date:** May 5, 2021
**Ref: WO #14298**

**Subject:** Roof Repairs/Restoration
**Proposal #:** 4441

    accept any liability for damage to pipes, conduits, air conditioners and ducting or other roof top mounted equipment which is raised or moved during the normal roofing activity.
    Similarly BEST Contracting Services, Inc. is not responsible for the operational condition of these items after reinstallation.

10. Foil or insulation attached between roof members on the underside of the roof deck can be disturbed during normal roof activities. BEST Contracting Services, Inc. will not accept any liability for condition of foil or insulation secured to the underside of the roof structure or other interior items, which may be dislodged or moved as a consequence of normal exterior roofing activities. Similarly, dirt and dust will fall into the building. It is incumbent upon the occupant to protect sensitive machinery, equipment, and inventory during this phase of the roofing project.

11. The Uniform Building Code and some city building codes specify that the roof is to have positive drainage. BEST Contracting Services, Inc. shall not be held responsible if the design or structure of the deck being roofed does not conform to these requirements with resulting standing water.

12. This document and all documents incorporated by reference constitute the parties' entire agreement. No other agreements, oral or written, regarding the work to be performed under this agreement exist between the parties.

13. This agreement shall be construed in accordance with and governed by, the laws of the state of California.

14. Unless the agreement specifically calls for the removal, disturbance, or transportation of asbestos containing material or other hazardous substances, the parties acknowledge that such work requires special procedures, precautions and/or licenses. If BEST Contracting Services, Inc. encounters such substances, BEST Contracting Services, Inc. will immediately stop work and take steps to institute the special procedures, licenses and precautions. Such work will be treated as a change under this contract.

15. BEST Contracting Services, Inc.'s equipment and work (except repairs) guaranteed for a period of one year from the date of substantial completion or use by the Contractor or the Contractor's customer, whichever is earlier. THIS WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. The exclusive remedy shall be that BEST Contracting Services, Inc., shall replace or repair any part of its work, which is found to be defective. BEST Contracting Services, Inc., shall not be responsible for damage or defect caused by abuse, modifications not executed by BEST Contracting Services, Inc., improper or insufficient maintenance, improper operation or normal wear, tear and usage.

16. The prices given in all quotations are those currently in effect. In the event of price increase of material, supply, equipment, or energy occurring between the date of this proposal and the first day of performance of the contracted work through no fault of the BEST Contracting Services, Inc., the contract sum shall be equitably adjusted by change order(s) to reflect the price increase(s).

<u>NOTICE TO OWNER:</u>

**Under the California Mechanic's Lien Law, any contractor, subcontractor, laborer, supplier, or other person or entity who helps improve your property, but is not paid for his or her work or supplies, has the right to place a lien on your home, land or property where the work was performed and to sue you in court to obtain payment.**

**This means that after a court hearing, your home, land and private property can be sold by a court officer, and the proceeds of the sale used to satisfy what you owe. This can happen even if you have paid your contractor in full and if the contractor's subcontractors, laborers or suppliers remain unpaid.**

**To preserve their rights to file a claim or lien against your property, certain claimants such as subcontractors or material suppliers are each required to provide you with a document "Preliminary Notice". Contractors and laborers who contract with Owners directly do not have to provide such notice, since you are aware of their existence as an Owner. A preliminary notice is not a lien against your property. Its purpose is to notify you of persons and entities that may have a right to file a lien against your property if they are not paid. In order to protect their lien rights, a contractor, subcontractor, or laborer must file a mechanic's lien with the county recorder, which then becomes a recorded lien against your property. Generally the maximum time allowed for filing a mechanic's lien against your property is 90 days after substantial completion of your project.**

**END OF DOCUMENT**

## IRON MECHANICAL

May 6, 2021

**To:** Cordes & Company
Bellann Raile, Managing Director
2030 Main St., Suite 1300
Irvine, CA 92614

**From:** Brad Millwee

**Subject: The Source Construction Shutdown/Safe Off**

Dear Ms. Raile,

Thanks in advance for the opportunity to partner up with you and Cordes & Company on this project. Our price is for the Construction Shutdown/Safe off Plumbing and Mechanical systems for the above-referenced project.

|  | Plumbing | Mechanical |
|---|---|---|
| **Base Bid (time and material, not to exceed)** | $20,995.00 | |

**Base Bid Inclusions:**

- o   Cut, cap and safe off existing sanitary sewer at the building entry point.  This will prevent sewer gasses from entering the building.
- o   Cover and seal curbs and unfinished MAU shafts at roof.
- o   Cover/Seal all open duct and registers throughout building
- o   Removal of any loose debris and misc. parts associated with plumbing and HVAC systems left on roofs.
- o   Anchor all equipment onto the mechanical equipment rack located at the Mechanical yard on the 4th floor.

**HVAC and Plumbing Base Bid Exclusions:**

- ▪ Equipment rigging
- ▪ Equipment removal
- ▪ Demolition or removal of existing plumbing or mechanical piping, duct, or equipment
- ▪ Repairs of existing plumbing or mechanical systems that do not meet current code requirements
- ▪ Seismic upgrades to existing plumbing or mechanical systems to remain
- ▪ Permits or fees
- ▪ Engineering
- ▪ Abatement

721 N B Street, Suite 100 | Sacramento, CA 95811 | (916) 341-3530
7372 Walnut Avenue | Buena Park, CA 90620 | (714) 432-6384
License # 934181

*Page 1 of 2*

## IRON MECHANICAL

- Flushing existing hydronic system.
- Concrete cut, break and removal
- Line voltage demolition
- Prevailing wages
- Service to and equipment

### General Exclusions

Permits and fees, bond premium, fire protection service, electrical work, (conduit and high voltage), electrical interlock wiring, motor starters, roof and wall openings and structural supports, curb leveling, conflicts with existing utilities, demolition, painting of pipe or ductwork, overtime work.

### Sub-Contractor Requirements

Our budget is based on Iron Mechanical Shop rates. This quote includes material pricing at the time of bid and excludes all increases due to market fluctuations. This quote is only good for 90 days from "Bid Date". Our estimate is subject to change once the final plans are designed & reviewed. This proposal assumes Title-24/California Energy Code compliance shall be achieved using the performance approach. It includes a complete system and equipment that will comply with all mandatory measures of the 2013 energy code. The scope of this proposal does not specifically include or address previsions for compliance with any of the prescriptive requirements in section 140.4 Prescriptive Requirements for Space Conditioning Systems and/or section 140.9 Prescriptive Requirements for Covered Processes. Note that the premise of our proposal amount (sum) is based upon 5% retention on monthly invoices, with retention reverting to 0 at Iron Mechanical's substantial (90%) completion of the work. This qualified proposal is conditioned upon acceptable contract language between buyer and seller in the final agreement.

### Terms and Conditions

During the contract administration process, the parties agree to work together to establish fair and equitable language for both parties within the subcontract agreement.

We again thank you for taking the time to review our proposed budget. Should you have any questions, please do not hesitate to contact me.

*Brad Millwee*
Chief Estimator
Iron Mechanical

721 N B Street, Suite 100 | Sacramento, CA 95811 | (916) 341-3530
7372 Walnut Avenue | Buena Park, CA 90620 | (714) 432-6384
License # 934181

*Page 2 of 2*

BID ID 21-101R3



# IRON MECHANICAL

May 13, 2021

**To:** Cordes & Company
Bellann Raile, Managing Director
2030 Main St., Suite 1300
Irvine, CA 92614

**From:** Brad Millwee

**Subject: The Source Construction Shutdown/Safe Off**

Dear Ms. Raile,

Thanks in advance for the opportunity to partner up with you and Cordes & Company on this project.
Our price is for the Construction Shutdown/Safe off Plumbing and Mechanical systems for the above-
referenced project.

|  | Plumbing | Mechanical |
|---|---|---|
| **Base Bid** | $16,800.00 | |

**Base Bid Inclusions:**

- o   Cover and seal curbs and unfinished MAU shafts at roof.
- o   Cover/Seal all open duct and registers throughout building
- o   Removal of any loose debris and misc. parts associated with plumbing and HVAC systems left on roofs.
- o   Anchor all equipment onto the mechanical equipment rack located at the Mechanical yard on the 4th floor.

**HVAC and Plumbing Base Bid Exclusions:**

- ▪   Equipment rigging
- ▪   Equipment removal
- ▪   Demolition or removal of existing plumbing or mechanical piping, duct, or equipment
- ▪   Repairs of existing plumbing or mechanical systems that do not meet current code requirements
- ▪   Seismic upgrades to existing plumbing or mechanical systems to remain
- ▪   Permits or fees
- ▪   Engineering
- ▪   Abatement
- ▪   Flushing existing hydronic system.

721 N B Street, Suite 100 | Sacramento, CA 95811 | (916) 341-3530
7372 Walnut Avenue | Buena Park, CA 90620 | (714) 432-6384
License # 934181

*Page 1 of 2*

BID ID 21-101R3



## IRON MECHANICAL

- Concrete cut, break, and removal
- Line voltage demolition
- Prevailing wages
- Service to and equipment
- Evaluate equipment in any way
- Any work on waste lines

### General Exclusions

Permits and fees, bond premium, fire protection service, electrical work, (conduit and high voltage), electrical interlock wiring, motor starters, roof and wall openings and structural supports, curb leveling, conflicts with existing utilities, demolition, painting of pipe or ductwork, overtime work.

### Sub-Contractor Requirements

Our budget is based on Iron Mechanical Shop rates. This quote includes material pricing at the time of bid and excludes all increases due to market fluctuations. This quote is only good for 90 days from "Bid Date". Our estimate is subject to change once the final plans are designed & reviewed. This proposal assumes Title-24/California Energy Code compliance shall be achieved using the performance approach. It includes a complete system and equipment that will comply with all mandatory measures of the 2013 energy code. The scope of this proposal does not specifically include or address previsions for compliance with any of the prescriptive requirements in section 140.4 Prescriptive Requirements for Space Conditioning Systems and/or section 140.9 Prescriptive Requirements for Covered Processes. Note that the premise of our proposal amount (sum) is based upon 5% retention on monthly invoices, with retention reverting to 0 at Iron Mechanical's substantial (90%) completion of the work. This qualified proposal is conditioned upon acceptable contract language between buyer and seller in the final agreement.

### Terms and Conditions

During the contract administration process, the parties agree to work together to establish fair and equitable language for both parties within the subcontract agreement.

We again thank you for taking the time to review our proposed budget. Should you have any questions, please do not hesitate to contact me.

*Brad Millwee*
Chief Estimator
Iron Mechanical

721 N B Street, Suite 100 | Sacramento, CA 95811 | (916) 341-3530
7372 Walnut Avenue | Buena Park, CA 90620 | (714) 432-6384
License # 934181

*Page 2 of 2*

# CONTRACTORS DOOR SUPPLY
## DOORS - FRAMES - HARDWARE

1060 Calle Cordillera #106

San Clemente Ca 92673

CSLB# 996525   DIR# 1000013428

## The Source Hotel . 4th floor temp doors
*Bellann Raile, Managing Director*
*949-433-7435*
*Cordes and Company*
*2030 Mail St, Suite 1300. Irvine CA 90614*

## Section: Temporary door installation

1. RH door. Same prep as #5
2. LH door. Frame prepped same as #5
3. LH door, 36x93 ½". Latch bolt to concrete to temp secure. Pivots required
4. RH door 36x84 Prepped for cont hinges. Bolt to floor to secure.
5. RH door 36x84. Hinge preps at 7 ½, 39 7/16, 71 3/8 ASA prepped.
6. LH door, same prep as #5
7. RH exterior door. Seperates properties. Use bottom 2 hinges. Top hinge prep damaged.
8. Create temporary/ secured doors at exterior stairs. Add 2 verticle jambs to short walls, single door, block off sidelight.

Price includes stairwell only access, and delivery of onsite power generator.

*The above Sections furnished freight allowed to job-site, tax included for Total Sum of     $4700.00*

### CONDITIONS

1. The above proposal is subject to withdrawal or revisions if not accepted within 30 days.  Quotations are subject to stenographic errors.
2. When required, shop drawings will be furnished and when approved by the purchaser or architect, they shall be deemed to be the correct interpretation and design and dimensions.
3. The customer agrees to provide adequate storage facilities for the materials delivered to the job and to furnish necessary light and power and elevator service if available, if contract calls for installation.
4. No back charges will be accepted by us unless specifically agreed in writing.
5. We will not be responsible for loss or damage arising from delays caused by lack of correct or complete data; by changes or revisions; by late approval of drawings, by fire, floods, strikes, lockouts, riots, by accidents in plants of those furnishing us with materials; by inability to obtain material or skilled labor by delays of transportation carriers or by any other causes beyond our control.
6. Should the purchaser tender his own purchase order or contract, all terms and conditions of the proposal shall by this reference, be incorporated therein.
7. Terms: Net 30 days
8. EIN # 33-0984528
9. Credit Card payments accepted. 3% added to total charge for card processing service.

Accepted_____

Date_____          By_____Kyle Phillips_____
*Kyle@contractorsdoorsupply.com*

1060 Calle Cordillera #106, San Clemente, CA 92673  (714) 901-8585

# ATTACHMENT 15



Photo: SCW 041421 MLS VI 001



Photo: SCW 041421 MLS VI 002

# ATTACHMENT 15



Photo: SCW 041421 MLS VI 003





**The Source OC Hotel**

**ADVANCEMENT OF CONSTRUCTION ANALYSIS**

**SC WRIGHT GROUP**

| DESCRIPTION | PERCENTAGE ADVANCED | PERCENTAGE REMAINING |
|---|---|---|
| Off-Site Utilities | 100% | 0% |
| Grading | 100% | 0% |
| Foundations | 100% | 0% |
| Structural Concrete | 100% | 0% |
| On-Site Utilities | 100% | 0% |
| Structural Framing | 100% | 0% |
| MEP Rough | 90% | 10% |
| Fenestrations | 100% | 0% |
| Exterior Cladding | 100% | 0% |
| Interior Framing | 100% | 0% |
| Insulation | 98% | 2% |
| Drywall | 95% | 5% |
| Roofing | 95% | 5% |
| Waterproofing | 95% | 5% |
| MEP Finish | 70% | 30% |
| Wall Coverings | 45% | 45% |
| Floor Coverings | 45% | 45% |
| Cabinetry | 30% | 70% |
| Pool Deck | 60% | 40% |
| Guest Rooms | 84% | 16% |
| | | |
| **AVERAGE** | **85%** | |



## THE SOURCE OC HILTON HOTEL
## GUEST UNIT COMPLETION MATRIX
## SCW GROUP

| GUEST ROOM # | Entry Door Frame | Entry Door | Entry Floor Tile | Room Carpet | Gypsum Wallboard | Gypsum Ceiling | Insulation | Bath Floor Tile | Bath Pocket Door | Bath Toilet | Bath Cabinet | Bath Counter Top | Bath Sink | Bath Faucet | Shower Pan (or tub) | Shower Surround | Shower Enclosure | Shower Fixtures | Wallpaper | Paint | TOTAL | % COMPLETE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 701 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 11 | 55% |
| 702 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 10 | 50% |
| 703 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 11 | 55% |
| 704 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 10 | 50% |
| 705 | 1 | 0 | 1 | 0 | 1 | 0.75 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 10.75 | 54% |
| 706 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 11 | 55% |
| 707 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 11 | 55% |
| 708 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 11 | 55% |
| 709 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 11 | 55% |
| 711 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 11 | 55% |
| 712 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 11 | 55% |
| 713 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 11 | 55% |
| 715 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 11 | 55% |
| 716 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 11 | 55% |
| 717 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 11 | 55% |
| 718 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 11 | 55% |
| 719 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 11 | 55% |
| 720 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 0.50 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 10.50 | 52.5% |
| 721 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 11 | 55% |
| 723 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 11 | 55% |
| 724 | 1 | 0 | 1 | 0 | 0.75 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 8.75 | 44% |
| 725 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 11 | 55% |
| 726 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 11 | 55% |
| 727 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 11 | 55% |
| 728 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 11 | 55% |
| 729 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 11 | 55% |
| 730 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 10 | 50% |
| 734 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 11 | 55% |
| 736 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 11 | 55% |
| 737 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 11 | 55% |
| 738 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 12 | 60% |
| 744 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 10 | 50% |
| 745 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 11 | 55% |
| 746 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 11 | 55% |
| 747 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 11 | 55% |
| 749 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 0 | 0.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6.5 | 33% |
| 750 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 10 | 50% |
| **7th Floor Totals** | **37** | **0** | **37** | **0** | **36.75** | **25** | **37** | **37** | **37** | **8.5** | **35** | **0** | **0** | **0** | **36** | **36** | **0** | **34** | **0** | **0** | **396** | **53%** |
| 601 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 602 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 16 | 80% |
| 603 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 604 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 16 | 80% |



**THE SOURCE OC HILTON HOTEL**
**GUEST UNIT COMPLETION MATRIX**
**SCW GROUP**

| GUEST ROOM # | Entry Door Frame | Entry Door | Entry Floor Tile | Room Carpet | Gypsum Wallboard | Gypsum Ceiling | Insulation | Bath Floor Tile | Bath Pocket Door | Bath Toilet | Bath Cabinet | Bath Counter Top | Bath Sink | Bath Faucet | Shower Pan (or tub) | Shower Surround | Shower Enclosure | Shower Fixtures | Wallpaper | Paint | TOTAL | % COMPLETE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 605 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 606 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 607 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 608 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 609 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 610 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 611 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 612 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 14 | 70% |
| 613 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 614 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0.25 | 0 | 18.25 | 91% |
| 615 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 616 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0.25 | 0 | 18.25 | 91% |
| 617 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 618 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 619 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 620 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0.25 | 0 | 18.25 | 91% |
| 621 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 622 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 18 | 90% |
| 623 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 625 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 627 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 636 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 637 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0.25 | 0 | 18.25 | 91% |
| 638 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0.25 | 0 | 18.25 | 91% |
| 639 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 641 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 642 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 643 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 644 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 645 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 646 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0.25 | 0 | 18.25 | 91% |
| 647 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 16 | 80% |
| 648 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 17 | 85% |
| 650 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| **6th Floor Totals** | **38** | **38** | **38** | **38** | **38** | **38** | **38** | **38** | **38** | **37** | **38** | **35** | **33** | **33** | **38** | **38** | **37** | **38** | **31.5** | **0** | **701** | **92%** |
| 501 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 502 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 503 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 504 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 505 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 506 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 507 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |



### THE SOURCE OC HILTON HOTEL
### GUEST UNIT COMPLETION MATRIX
### SCW GROUP

| GUEST ROOM # | Entry Door Frame | Entry Door | Entry Floor Tile | Room Carpet | Gypsum Wallboard | Gypsum Ceiling | Insulation | Bath Floor Tile | Bath Pocket Door | Bath Toilet | Bath Cabinet | Bath Counter Top | Bath Sink | Bath Faucet | Shower Pan (or tub) | Shower Surround | Shower Enclosure | Shower Fixtures | Wallpaper | Paint | TOTAL | % COMPLETE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 508 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 509 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 510 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 511 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 512 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 513 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 514 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 515 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 516 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 517 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 518 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 519 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 520 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 521 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 522 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 523 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 524 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 525 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 526 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 527 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 528 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 529 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 529 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 530 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 532 | 1 | 0 | 0 | 0 | 0.5 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3.5 | 18% |
| 534 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 536 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 537 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 15 | 75% |
| 538 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 539 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 540 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 541 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 542 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 543 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 544 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 545 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 546 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 547 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 548 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 549 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 13 | 65% |
| 550 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 5th Floor Totals | 48 | 47 | 47 | 46 | 47.5 | 47 | 48 | 47 | 48 | 46 | 47 | 45 | 45 | 45 | 47 | 47 | 45 | 47 | 47 | 0 | 887 | 92% |



THE SOURCE OC HILTON HOTEL
GUEST UNIT COMPLETION MATRIX
SCW GROUP

| GUEST ROOM # | Entry Door Frame | Entry Door | Entry Floor Tile | Room Carpet | Gypsum Wallboard | Gypsum Ceiling | Insulation | Bath Floor Tile | Bath Pocket Door | Bath Toilet | Bath Cabinet | Bath Counter Top | Bath Sink | Bath Faucet | Shower Pan (or tub) | Shower Surround | Shower Enclosure | Shower Fixtures | Wallpaper | Paint | TOTAL | % COMPLETE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 402 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 403 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 404 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 405 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 406 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 407 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 408 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 409 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 410 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 411 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 412 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 413 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 414 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 415 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 416 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 417 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 418 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 419 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 420 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 421 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 422 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 424 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 425 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 426 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 427 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 428 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 429 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 430 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 432 | 1 | 0 | 0 | 0 | 0.75 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2.75 | 14% |
| 434 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 436 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 438 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 439 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 16 | 80% |
| 440 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 441 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 442 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 443 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 444 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 445 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 446 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 20 | 100% |
| 447 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |
| 448 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 19 | 95% |

**THE SOURCE OC HILTON HOTEL**
**GUEST UNIT COMPLETION MATRIX**
**SCW GROUP**

| GUEST ROOM # | Entry Door Frame | Entry Door | Entry Floor Tile | Room Carpet | Gypsum Wallboard | Gypsum Ceiling | Insulation | Bath Floor Tile | Bath Pocket Door | Bath Toilet | Bath Cabinet | Bath Counter Top | Bath Sink | Bath Faucet | Shower Pan (or tub) | Shower Surround | Shower Enclosure | Shower Fixtures | Wallpaper | Paint | TOTAL | % COMPLETE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4th Floor Totals | 42 | 41 | 41 | 41 | 41.8 | 41 | 42 | 41 | 41 | 41 | 41 | 40 | 40 | 40 | 41 | 41 | 41 | 41 | 41 | 1 | 780 | 93% |
| | | | | | | | | | | | | | | | | | | | | | | |
| SUMMARY TOTALS | | | | | | | | | | | | | | | | | | | | | | |
| 4th Floor | 42 | 41 | 41 | 41 | 41.8 | 41 | 42 | 41 | 41 | 41 | 41 | 40 | 40 | 40 | 41 | 41 | 41 | 41 | 41 | 1 | 780 | 93% |
| 5th Floor | 48 | 47 | 47 | 46 | 47.5 | 47 | 48 | 47 | 48 | 46 | 47 | 45 | 45 | 45 | 47 | 47 | 45 | 47 | 47 | 0 | 887 | 92% |
| 6th Floor | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 37 | 38 | 35 | 33 | 33 | 38 | 38 | 37 | 38 | 31.5 | 0 | 701 | 92% |
| 7th Floor | 37 | 0 | 37 | 0 | 36.8 | 25 | 37 | 37 | 37 | 8.5 | 35 | 0 | 0 | 0 | 36 | 36 | 0 | 34 | 0 | 0 | 396 | 54% |
| **TOTALS** | **165** | **126** | **163** | **125** | **164** | **151** | **165** | **163** | **164** | **133** | **161** | **120** | **118** | **118** | **162** | **162** | **123** | **160** | **119.5** | **1** | **2763** | **84%** |

# ATTACHMENT 18



**UNIT 738**



Photo: SCW 051421 MLS VI 120