# ATTACHMENT 25

4/14/2021

COMPLETED SECTION



Photo: SCW 041421 DTS VI 316

# ATTACHMENT 25



5/14/2021

Completion In Progress

New Peel-and-Stick Membrane

Photo: SCW 051421 MLS VI 112



5/14/2021

Completion In Progress

Metal Cap Flashing (leaned against building without protection)

Photo: SCW 051421 MLS VI 114



# ATTACHMENT 26



Light Fixture Protected With Plastic Wrap

# ATTACHMENT 26



Equipment Is Wrapped In Plastic