# ATTACHMENT 27



Traffic
Barriers



SCW 041421 DTS VI 829

# ATTACHMENT 27



SCW 041421 DTS VI 831

# ATTACHMENT 27

Non-crated
Units Secured
Behind Temp.
Construction
Fence



SCW 041421 DTS VI 838

# ATTACHMENT 28

Unit 725
Open
Bath
Cabinet



SCW 041421 MLS VI 364

# ATTACHMENT 28

Unit 725
Open
Bath
Cabinet



SCW 041421 MLS VI 365

# ATTACHMENT 28

Factory
Seal
Intact



SCW 041421 MLS VI 366

# AIR

## American Integrated Resources, Inc.

Bellann Raile                                                                  May 17, 2021
CORDES & COMPANY
2030 Main Street, Suite 1300
Irvine, CA 92614
949-433-7435
bellann@cordesco.com

Subject:        Interior Moisture Investigation Report
                The Source Hotel
                6988 Beach Boulevard
                Buena Park, CA 90621

American Integrated Resources, Inc. (AIR) is pleased to submit this Interior Moisture
Investigation Report for The Source Hotel located at 6988 Beach Boulevard in Buena Park, CA
90621.

On May 10 – 12, 2021 Mr. Howard Baba, Senior Project Manager of American Integrated
Resources, Inc. conducted the investigation of the ground level floor, 4th floor, 5th floor, 6th
floor, and 7th floor of the subject facility. The hotel is currently closed and in an under-
construction, unfinished condition. The hotel is seven-stories with 178 rooms. There is a
rooftop pool on the 4th floor. There are (2) guest elevators and (1) freight elevator.

The investigation consisted of a visual inspection and moisture content testing of interior
gypsum wallboard surfaces. The use of a Delmhorst BD-2100 meter was used to measure the
moisture of wall surfaces. As part of the investigation the humidity and temperature were also
recorded.

The visual inspection consisted of a walk-through of every room of each of the indicated floors
to look for any signs of water leaks, water damage and staining. The areas of the investigation
included the guest rooms, corridors, elevator lobbies, stairwells, service and housekeeping
rooms, laundry rooms, vending/ice rooms, storage rooms, and unlocked electrical rooms.

The moisture testing consisted of measuring moisture content of the bottom 4-inches where
water would most likely be prone to collect on interior wall surfaces at the following targeted
locations:

- Below windows
- Behind walls where a water source exists (sinks, faucets, showers, tubs, etc.)
- Building perimeter walls
- Partition walls
- Bathroom walls
- Corridors
- Ceilings

**Corporate Office:**
2341 North Pacific Street
Orange, CA 92865

714-921-4100
714-921-4102

CA License #: 947563
info@american-integrated.com
www.american-integrated.com

**American Integrated Resources, Inc.**

Baseline readings were collected on each floor prior to the testing. Baseline samples are taken on representative walls that are not expected to have elevated moisture and taken at a level where water would not collect.

The following table is a summary of the findings:

| Floor | Moisture Reading Range (%) | Baseline Reading (%) | Humidity (%) | Temperature (F°) | Notes |
|-------|---------------------------|---------------------|--------------|------------------|-------|
| 7 | 0.2 – 0.5% | 0.3 – 0.4% | 40.4 – 42.8% | 75.7 – 76.4° | Musty odor |
| 6 | 0.1 – 0.5% | 0.3 – 0.4% | 39.5 – 40.2% | 78.0 – 78.8° | Slight musty odor |
| 5 | 0.1 – 0.6% | 0.3 – 0.4% | 48.3% | 75.7° | Slight musty odor |
| 4 | 0.2 – 0.6% *(0.8%) see note below | 0.3 – 0.4% | 47.1 – 49.0% | 71.7 – 72.6° | No odor. Floor exposed to outdoor elements |
| 1 | 0.2 – 0.6% **(0.8%) see note below | 0.3 – 0.4% | 50.8 – 58.5% | 65.4 – 73.4° | No odor. Floor exposed to outdoor elements. |

NOTES:
Readings of 0 to 0.4% = No elevated moisture
Readings of 0.5 to 0.9% = Cautionary level
Readings of 1.0% and up = Elevated moisture
The meter was calibrated before and after use on each day.

Normal Indoor Humidity is 30 – 50%

*One reading of 0.8% was measured in Room 445 behind the bathroom sink wall. Although this level does not indicate an elevated reading, it was found to be higher than all the other readings and was therefore noted.

**One reading of 0.8% was measured at the open westside of the first floor on the wall next to where a small amount of oily water has accumulated. Possible spill of some sort.

Corporate Office:
2341 North Pacific Street
Orange, CA 92865

714-921-4100
714-921-4102

CA License #: 947563
info@american-integrated.com
www.american-integrated.com

**American Integrated Resources, Inc.**

OBSERVATIONS:

- Water staining possibly from a roof leak was observed above the bathroom entrance door in Room 738. The moisture reading however was 0.2 – 0.3% (normal).
- The 4th floor exterior doors to the pool area were all missing allowing the elements to enter the building. However, on May 12, 2021 a construction crew was on-site reportedly to install the doors.
- It was also observed on the 4th floor pool area that the electrical junction boxes for wall lighting are exposed and uncovered. This could allow water intrusion to the building and wall cavities as well.
- A small water puddle was observed at the bathroom entrance in Room 429.
- The First floor was also found to be in a similar open atmosphere condition as the 4th floor. The doors however were in place but were wide open.
- Some very minor water stains were observed in various areas however no elevated moisture was found.
- The use of green board and purple board was observed in many of the moisture-prone areas such as bathrooms, pool rooms, service areas, and kitchen areas. These materials are very good for such areas as it resists moisture much better than standard gypsum board.

CONCLUSION:

No moisture levels were found to be elevated in any of the areas tested in this investigation. Although elevated moisture was not found at the time, a mold and indoor air quality inspection may be recommended as the facility has been open to the elements for quite sometime and may have suffered past water intrusion that has since dried.

It has been a pleasure to provide our services to you. Please feel free to contact us should you have any questions or if you need any further clarification.

Sincerely,

AMERICAN INTEGRATED RESOURCES, INC.

*Howard Baba*

Howard Baba, CAC, CDPH, REPA
Senior Project Manager

Attachment A – Photos
Attachment B – Moisture Readings
Attachment C – Drawings

Corporate Office:
2341 North Pacific Street
Orange, CA 92865

714-921-4100
714-921-4102

CA License #: 947563
info@american-integrated.com
www.american-integrated.com

**American Integrated Resources, Inc.**

**ATTACHMENT A**

PHOTOS



| | |
|---|---|
| Typical testing location below window | Typical moisture reading below window |
| Missing door and open electrical junction boxes at pool area of the 4th floor | Minor water puddle in Room 429 |

Corporate Office:
2341 North Pacific Street
Orange, CA 92865

714-921-4100
714-921-4102

CA License #: 947563
info@american-integrated.com
www.american-integrated.com

**American Integrated Resources, Inc.**



Slight elevated moisture reading in Room 445 wall behind the bathroom sink (0.8%)



Room 445 behind bathroom sink



Water staining in the outside pool equipment room on the 4th floor pool area



Open doorways and open electrical j-boxes at pool area of the 4th floor

⚲ **Corporate Office:**
**2341 North Pacific Street**
**Orange, CA 92865**

☏ **714-921-4100**
🖷 **714-921-4102**

■ **CA License #: 947563**
✉ **info@american-integrated.com**
⊕ **www.american-integrated.com**

**American Integrated Resources, Inc.**



Minor staining on the purple board and concrete floor on the north-center rooms of the first floor (0.3 – 0.5%)



Minor staining in the north-center rooms of the first floor



Slight elevated moisture reading and oily water at the open westside area of the first floor (0.8%)



Water stain above bathroom entrance in room 738. Possible roof leak (0.2 – 0.3%)

Corporate Office:          714-921-4100          CA License #: 947563
2341 North Pacific Street   714-921-4102          info@american-integrated.com
Orange, CA 92865                                  www.american-integrated.com

**AIR**

## American Integrated Resources, Inc.

### ATTACHMENT B

MOISTURE READINGS PER ROOMS – 7TH FLOOR

| Room | Moisture Reading Range (%) | Room | Moisture Reading Range (%) |
|---|---|---|---|
| 701 | 0.2 – 0.4 | 702 | 0.3 – 0.4 |
| 703 | 0.2 – 0.4 | 704 | 0.3 – 0.4 |
| 705 | 0.2 – 0.4 | 706 | 0.2 – 0.4 |
| 707 | 0.2 – 0.4 | 708 | 0.2 – 0.4 |
| 709 | 0.2 – 0.4 | 711 | 0.2 – 0.4 |
| 712 | 0.2 – 0.4 | 713 | 0.2 – 0.4 |
| 715 | 0.2 – 0.4 | 716 | 0.2 – 0.4 |
| 717 | 0.2 – 0.4 | 718 | 0.2 – 0.4 |
| 719 | 0.2 – 0.4 | 720 | 0.2 – 0.4 |
| 721 | 0.2 – 0.4 | 723 | 0.2 – 0.4 |
| 724 | 0.2 – 0.4 | 725 | 0.2 – 0.4 |
| 726 | 0.2 – 0.4 | 727 | 0.2 – 0.4 |
| 728 | 0.2 – 0.4 | 729 | 0.2 – 0.4 |
| 732 | 0.2 – 0.4 | 734 | 0.1 – 0.4 |
| 736 | 0.2 – 0.4 | 737 | 0.2 – 0.4 |
| 738 | 0.2 – 0.4 | 739 | 0.3 – 0.4 |
| 740 | 0.2 – 0.4 | 741 | 0.2 – 0.4 |
| 742 | 0.2 – 0.4 | 743 | 0.3 – 0.4 |
| 744 | 0.2 – 0.4 | 745 | 0.3 – 0.4 |
| 746 | 0.3 – 0.4 | 747 | 0.2 – 0.4 |
| 748 | 0.3 – 0.4 | 749 | 0.2 – 0.4 |
| 750 | 0.2 – 0.4 | Elevator Lobby | 0.2 – 0.4 |
| Stair H2 | 0.3 – 0.4 | Vestibule | 0.3 – 0.4 |
| Freight Lobby | 0.3 – 0.4 | Stair H1 | 0.3 – 0.4 |
| Laundry | 0.3 – 0.4 | Housekeeping | 0.3 – 0.4 |
| Electrical | 0.4 – 0.5 | Vending/Ice | 0.4 |
| Stair H3 | 0.3 – 0.4 | Corridors | 0.4 |

Corporate Office:
2341 North Pacific Street
Orange, CA 92865

714-921-4100
714-921-4102

CA License #: 947563
info@american-integrated.com
www.american-integrated.com

# American Integrated Resources, Inc.

MOISTURE READINGS PER ROOMS – 6TH FLOOR

| Room | Moisture Reading Range (%) | Room | Moisture Reading Range (%) |
|---|---|---|---|
| 601 | 0.1 – 0.4 | 602 | 0.1 – 0.4 |
| 603 | 0.2 – 0.4 | 604 | 0.2 – 0.3 |
| 605 | 0.2 – 0.3 | 606 | 0.1 – 0.4 |
| 607 | 0.1 – 0.4 | 608 | 0.1 – 0.4 |
| 609 | 0.2 – 0.4 | 610 | 0.2 – 0.3 |
| 611 | 0.2 – 0.4 | 613 | 0.2 – 0.4 |
| 614 | 0.2 – 0.4 | 615 | 0.2 – 0.4 |
| 616 | 0.2 – 0.4 | 617 | 0.2 – 0.3 |
| 618 | 0.2 – 0.4 | 619 | 0.2 – 0.3 |
| 620 | 0.2 – 0.4 | 621 | 0.2 – 0.4 |
| 622 | 0.3 – 0.4 | 623 | 0.2 – 0.3 |
| 624 | 0.2 – 0.3 | 625 | 0.1 – 0.3 |
| 626 | 0.1 – 0.3 | 627 | 0.1 – 0.3 |
| 628 | 0.2 – 0.3 | 630 | 0.2 – 0.4 |
| 632 | 0.2 – 0.5 | 634 | 0.2 – 0.4 |
| 636 | 0.2 – 0.4 | 637 | 0.2 – 0.3 |
| 638 | 0.1 – 0.3 | 639 | 0.2 – 0.3 |
| 640 | 0.2 – 0.4 | 641 | 0.2 – 0.4 |
| 642 | 0.2 – 0.4 | 643 | 0.2 – 0.4 |
| 644 | 0.2 – 0.4 | 645 | 0.2 – 0.4 |
| 646 | 0.2 – 0.3 | 647 | 0.2 – 0.3 |
| 648 | 0.2 – 0.3 | 649 | 0.2 – 0.5 |
| 650 | 0.1 – 0.3 | Elevator Lobby | 0.2 – 0.4 |
| Stair H2 | 0.4 – 0.4 | Vestibule | 0.4 – 0.4 |
| Freight Lobby | 0.4 – 0.4 | Stair H1 | 0.1 – 0.4 |
| Laundry | 0.2 – 0.5 | Housekeeping | 0.3 – 0.4 |
| Electrical | Locked | Vending/Ice | 0.2 – 0.3 |
| Stair H3 | 0.2 – 0.4 | Corridors | 0.3 – 0.4 |

Corporate Office:
2341 North Pacific Street
Orange, CA 92865

714-921-4100
714-921-4102

CA License #: 947563
info@american-integrated.com
www.american-integrated.com

# AIR

## American Integrated Resources, Inc.

MOISTURE READINGS PER ROOMS – 5TH FLOOR

| Room | Moisture Reading Range (%) | Room | Moisture Reading Range (%) |
|---|---|---|---|
| 501 | 0.1 – 0.4 | 502 | 0.2 – 0.4 |
| 503 | 0.2 – 0.4 | 504 | 0.2 – 0.4 |
| 505 | 0.1 – 0.4 | 506 | 0.2 – 0.4 |
| 507 | 0.2 – 0.3 | 508 | 0.2 – 0.4 |
| 509 | 0.2 – 0.3 | 510 | 0.2 – 0.3 |
| 511 | 0.2 – 0.3 | 512 | 0.1 – 0.3 |
| 513 | 0.2 – 0.3 | 514 | 0.1 – 0.3 |
| 515 | 0.2 – 0.4 | 516 | 0.2 – 0.4 |
| 517 | 0.2 – 0.3 | 518 | 0.2 – 0.3 |
| 519 | 0.2 – 0.4 | 520 | 0.1 – 0.3 |
| 521 | 0.2 – 0.3 | 522 | 0.2 – 0.3 |
| 523 | 0.2 – 0.4 | 524 | 0.2 – 0.3 |
| 525 | 0.2 – 0.3 | 526 | 0.1 – 0.3 |
| 527 | 0.3 – 0.4 | 528 | 0.2 – 0.3 |
| 529 | 0.3 – 0.3 | 530 | 0.1 – 0.4 |
| 532 | 0.3 – 0.3 | 534 | 0.1 – 0.3 |
| 536 | 0.1 – 0.3 | 537 | 0.2 – 0.4 |
| 538 | 0.1 – 0.3 | 539 | 0.2 – 0.3 |
| 540 | 0.1 – 0.4 | 541 | 0.2 – 0.4 |
| 542 | 0.1 – 0.3 | 543 | 0.2 – 0.4 |
| 544 | 0.2 – 0.4 | 545 | 0.3 – 0.4 |
| 546 | 0.2 – 0.4 | 547 | 0.2 – 0.4 |
| 548 | 0.2 – 0.4 | 549 | 0.2 – 0.4 |
| 550 | 0.2 – 0.3 | Elevator Lobby | 0.3 – 0.4 |
| Stair H2 | 0.2 – 0.4 | Vestibule | 0.2 – 0.4 |
| Freight Lobby | 0.2 – 0.4 | Stair H1 | 0.3 – 0.4 |
| Laundry | 0.3 – 0.4 | Housekeeping | 0.3 – 0.4 |
| Electrical | 0.4 – 0.5 | Vending/Ice | 0.2 – 0.4 |
| Stair H3 | 0.3 – 0.4 | Corridors | 0.3 – 0.4 |

Corporate Office:          714-921-4100          CA License #: 947563
2341 North Pacific Street   714-921-4102          info@american-integrated.com
Orange, CA 92865                                  www.american-integrated.com

# AIR

## American Integrated Resources, Inc.

MOISTURE READINGS PER ROOMS – 4TH FLOOR

| Room | Moisture Reading Range (%) | Room | Moisture Reading Range (%) |
|---|---|---|---|
| 402 | 0.2 – 0.5 | 403 | 0.2 – 0.4 |
| 404 | 0.3 – 0.4 | 405 | 0.2 – 0.4 |
| 406 | 0.3 – 0.4 | 407 | 0.1 – 0.4 |
| 408 | 0.2 – 0.4 | 409 | 0.1 – 0.3 |
| 410 | 0.2 – 0.4 | 411 | 0.2 – 0.3 |
| 412 | 0.2 – 0.3 | 413 | 0.2 – 0.3 |
| 414 | 0.2 – 0.4 | 415 | 0.2 – 0.3 |
| 416 | 0.2 – 0.3 | 417 | 0.1 – 0.4 |
| 418 | 0.3 – 0.4 | 419 | 0.1 – 0.3 |
| 420 | 0.2 – 0.4 | 421 | 0.1 – 0.4 |
| 422 | 0.2 – 0.3 | 424 | 0.2 – 0.4 |
| 425 | 0.1 – 0.5 | 426 | 0.3 – 0.5 |
| 427 | 0.2 – 0.5 | 428 | 0.3 – 0.4 |
| 429 | 0.2 – 0.5 | 430 | 0.3 – 0.4 |
| 432 | 0.2 – 0.5 | 434 | 0.2 – 0.4 |
| 436 | 0.2 – 0.5 | 438 | 0.2 – 0.4 |
| 439 | 0.3 – 0.4 | 440 | 0.2 – 0.4 |
| 441 | 0.2 – 0.4 | 442 | 0.2 – 0.4 |
| 443 | 0.1 – 0.4 | 444 | 0.2 – 0.4 |
| 445 | 0.2 – 0.4 (0.8)* | 446 | 0.2 – 0.4 |
| 447 | 0.2 – 0.4 | 448 | 0.2 – 0.4 |
| Stair H1 | 0.3 – 0.5 | Vestibule H1 | 0.4 – 0.5 |
| North Storage | 0.5 – 0.6 | North Electrical | Locked |
| Laundry | 0.4 – 0.5 | Center Corridor to Pool Area | 0.3 – 0.5 |
| Elevator Lobby | 0.3 – 0.5 | Stair H2 | 0.4 – 0.4 |
| Vestibule H2 | 0.3 – 0.3 | Freight Lobby | 0.4 – 0.4 |
| Housekeeping | 0.4 – 0.5 | Vending/Ice | 0.3 – 0.3 |
| South Electrical | Locked | Corridors | 0.3 – 0.4 |
| Stair H3 (N & S) | 0.4 – 0.5 | West Corridor to Pool | 0.5 – 0.6 |
| Restrooms | 0.4 – 0.5 | Outside Shower | 0.3 – 0.4 |
| Outside Pool Equip | 0.4 – 0.5 | | |

*One reading of 0.8% was measured in Room 445 behind the Bathroom sink wall. Although this level does not indicate an elevated reading, it was found to be higher than all the other readings and was therefore noted.

Corporate Office:
2341 North Pacific Street
Orange, CA 92865

714-921-4100
714-921-4102

CA License #: 947563
info@american-integrated.com
www.american-integrated.com

# AIR
## American Integrated Resources, Inc.

MOISTURE READINGS PER ROOMS – 1ST FLOOR

| Room | Moisture Reading Range (%) | Room | Moisture Reading Range (%) |
|---|---|---|---|
| North Center Rooms | 0.4 – 0.5 | North East Rooms | 0.4 – 0.5 |
| NE Outside Room | 0.5 – 0.6 | NE Wood Wall | 12.7* |
| East Elevator & Assoc. Wood Walls | 10.8 – 13.3* | East Elevator & Assoc. Gypsum Walls | 0.3 – 0.5 |
| South Build-Out Walls | 0.3 – 0.5 | Southwest Kitchen Area | 0.4 – 0.5 |
| West Open Area | 0.4 – 0.5 (0.8)** | West Outdoor Corridor Area | 0.4 – 0.6 |

*Wood surface readings below 15% is considered normal.

**One reading of 0.8% was measured at the open westside of the First Floor on the wall next to where a small amount of oily water has accumulated. Possible spill of some sort.

⦿ Corporate Office:
2341 North Pacific Street
Orange, CA 92865

✆ 714-921-4100
🖷 714-921-4102

◾ CA License #: 947563
✉ info@american-integrated.com
⊕ www.american-integrated.com

**American Integrated Resources, Inc.**

**ATTACHMENT C**

DRAWINGS

Corporate Office:
2341 North Pacific Street
Orange, CA 92865

714-921-4100
714-921-4102

CA License #: 947563
info@american-integrated.com
www.american-integrated.com



# 4TH FLOOR

| 4th Floor Room Types | |
|---|---|
| 402 | DQ-1.2 |
| 403 | K-1.4 |
| 404 | DQ-1.1 |
| 405 | K-1 |
| 406 | DQ-1 |
| 407 | K-1 |
| 408 | DQ-2 |
| 409 | K-1 |
| 410 | K-3 |
| 411 | K-1 |
| 412 | DQ-2 |
| 413 | K-1 |
| 414 | K-3 |
| 415 | K-1 |
| 416 | DQ-2 |
| 417 | K-1 |
| 418 | K-3 |
| 419 | K-1 |
| 420 | DQ-2 |
| 421 | K-1 |
| 422 | DQ-2 |
| - | - |
| 424 | DQ-3 |
| 425 | K-1 |

| 4th Floor Room Types | |
|---|---|
| 426 | DQ-2 |
| 427 | K-1 |
| 428 | DQ-1 |
| 429 | K-2 |
| 430 | DQ-1 |
| - | - |
| 432 | - |
| - | - |
| 434 | DQ-1 |
| - | - |
| 436 | DQ-1 |
| - | - |
| 438 | DQ-1 |
| 439 | S-2 |
| 440 | DQ-1 |
| 441 | DQ-1 |
| 442 | DQ-1 |
| 443 | DQ-1 |
| 444 | DQ-1 |
| 445 | K-1.2 |
| 446 | K-1.2 |
| 447 | DQ-1.4 |
| 448 | DQ-1.4 |
| - | - |
| - | - |

COPYRIGHT © 2018 M and D Properties

MD PROPERTIES, INC.
6940 BEACH BLVD. SUITE D-501
BUENA PARK, CA. 90621

MD PROPERTIES, INC
RESERVES ITS COMMON LAW
COPYRIGHT TO THE
PRELIMINARY AND/OR FINAL
DESIGN CONTENT, AND USE
OF SAME, WITHIN THESE
DRAWINGS OR PLANS. NO
PORTION OF THE DESIGNS OR
PLANS ARE TO BE
REPRODUCED, CHANGED,
COPIED OR ASSIGNED TO A
THIRD PARTY WITHOUT FIRST
OBTAINING THE EXPRESS
WRITTEN PERMISSION OF
MD PROPERTIES, INC.

HILTON BUENA PARK
6988 BEACH BLVD.
BUENA PARK, CA. 90621

4TH FLOOR

4TH LVL



5TH FLOOR

| 5th Floor Room Types | |
|---|---|
| 501 | K-1.1 |
| 502 | DQ-1.2 |
| 503 | K-1.4 |
| 504 | DQ-1.1 |
| 505 | K-1 |
| 506 | DQ-1 |
| 507 | K-1 |
| 508 | DQ-2 |
| 509 | K-1 |
| 510 | K-3 |
| 511 | K-1 |
| 512 | DQ-2 |
| 513 | K-1 |
| 514 | K-3 |
| 515 | K-1 |
| 516 | K-1.3 |
| 517 | K-1 |
| 518 | K-1.3 |
| 519 | K-1 |
| 520 | K-1.3 |
| 521 | K-1 |
| 522 | K-1.3 |
| 523 | K-1 |
| 524 | DQ-3 |
| 525 | K-1 |

| 5th Floor Room Types | |
|---|---|
| 526 | K-3 |
| 527 | K-1 |
| 528 | DQ-1 |
| 529 | K-2 |
| 530 | DQ-1 |
| - | - |
| 532 | S-1 |
| - | - |
| 534 | DQ-1 |
| - | - |
| 536 | DQ-1 |
| 537 | DQ-1 |
| 538 | DQ-1 |
| 539 | DQ-1 |
| 540 | DQ-1 |
| 541 | DQ-1 |
| 542 | DQ-2 |
| 543 | DQ-1 |
| 544 | DQ-2 |
| 545 | DQ-1 |
| 546 | DQ-1 |
| 547 | DQ-1.4 |
| 548 | DQ-1.4 |
| 549 | S-3 |
| 550 | DQ-1.5 |

5TH FLOOR

HILTON BUENA PARK
6988 BEACH BLVD.
BUENA PARK, CA. 90621

5TH FLOOR

DRAWING DESCRIPTION

MD PROPERTIES, INC.
6940 BEACH BLVD. SUITE D-501
BUENA PARK, CA. 90621

MD PROPERTIES, INC RESERVES ITS COMMON LAW COPYRIGHT TO THE PRELIMINARY AND/OR FINAL DESIGN CONTENT, AND USE OF SAME, WITHIN THESE DRAWINGS OR PLANS. NO PORTION OF THE DESIGNS OR PLANS ARE TO BE REPRODUCED, CHANGED, COPIED OR ASSIGNED TO A THIRD PARTY WITHOUT FIRST OBTAINING THE EXPRESS WRITTEN PERMISSION OF MD PROPERTIES, INC.

5TH LVL

SHEET NUMBER



# 6TH FLOOR

| 6th Floor Room Types | |
|---|---|
| 601 | K-1.1 |
| 602 | DQ-1.2 |
| 603 | K-1.4 |
| 604 | DQ-1.1 |
| 605 | K-1 |
| 606 | DQ-1 |
| 607 | K-1 |
| 608 | DQ-2 |
| 609 | K-1 |
| 610 | K-3 |
| 611 | K-1 |
| 612 | DQ-2 |
| 613 | K-1 |
| 614 | K-3 |
| 615 | K-1 |
| 616 | DQ-2 |
| 617 | K-1 |
| 618 | K-3 |
| 619 | K-1 |
| 620 | DQ-1 |
| 621 | K-1 |
| 622 | DQ-1 |
| 623 | K-1 |
| 624 | DQ-3 |
| 625 | K-1 |

| 6th Floor Room Types | |
|---|---|
| 626 | K-3 |
| 627 | K-1 |
| 628 | DQ-1 |
| 629 | K-2 |
| 630 | DQ-1 |
| - | - |
| 632 | S-1 |
| - | - |
| 634 | DQ-1 |
| - | - |
| 636 | DQ-1 |
| 637 | DQ-1 |
| 638 | DQ-1 |
| 639 | DQ-1 |
| 640 | DQ-1 |
| 641 | DQ-1 |
| 642 | DQ-1 |
| 643 | DQ-1 |
| 644 | DQ-1 |
| 645 | DQ-1 |
| 646 | DQ-1 |
| 647 | DQ-1.4 |
| 648 | DQ-1.4 |
| 649 | S-3 |
| 650 | DQ-1.5 |

COPYRIGHT © 2018 M and D Properties

MD PROPERTIES, INC.
6940 BEACH BLVD. SUITE D-501
BUENA PARK, CA. 90621

MD PROPERTIES, INC
RESERVES ITS COMMON LAW
COPYRIGHT TO THE
PRELIMINARY AND/OR FINAL
DESIGN CONTENT, AND USE OF
SAME, WITHIN THESE
DRAWINGS OR PLANS. NO
PORTION OF THE DESIGNS OR
PLANS ARE TO BE
REPRODUCED, CHANGED,
COPIED OR ASSIGNED TO A
THIRD PARTY WITHOUT FIRST
OBTAINING THE EXPRESS
WRITTEN PERMISSION OF
MD PROPERTIES, INC.

HILTON BUENA PARK
6988 BEACH BLVD.
BUENA PARK, CA. 90621

6TH FLOOR

DRAWING DESCRIPTION

6TH LVL

SHEET NUMBER



## 7TH FLOOR

| 7th Floor Room Types | |
|---|---|
| 701 | K-1.1 |
| 702 | DQ-1.2 |
| 703 | K-1.4 |
| 704 | K-1.5 |
| 705 | K-1 |
| 706 | K-4 |
| 707 | K-1 |
| 708 | K-4 |
| 709 | K-1 |
| - | - |
| 711 | K-1 |
| 712 | K-4 |
| 713 | K-1 |
| - | - |
| 715 | K-1 |
| 716 | K-4 |
| 717 | K-1 |
| 718 | K-4 |
| 719 | K-1 |
| 720 | K-4 |
| 721 | K-1 |
| - | - |
| 723 | K-1 |
| 724 | DQ-1.3 |
| 725 | K-1 |

| 7th Floor Room Types | |
|---|---|
| 726 | K-4 |
| 727 | K-1 |
| 728 | K-4 |
| 729 | K-2 |
| - | - |
| - | - |
| 732 | K-5 |
| - | - |
| 734 | DQ-1 |
| - | - |
| 736 | DQ-1 |
| 737 | K-1.2 |
| 738 | K-3 |
| 739 | DQ-1 |
| 740 | DQ-2 |
| 741 | DQ-1 |
| 742 | K-3 |
| 743 | DQ-1 |
| 744 | DQ-2 |
| 745 | DQ-1 |
| 746 | DQ-1 |
| 747 | DQ-1.4 |
| 748 | DQ-1.4 |
| 749 | S-3 |
| 750 | DQ-1.5 |

## 7TH FLOOR

COPYRIGHT © 2018 M and D Properties

MD PROPERTIES, INC.
6940 BEACH BLVD. SUITE D-501
BUENA PARK, CA. 90621

MD PROPERTIES, INC
RESERVES ITS COMMON LAW
COPYRIGHT TO THE
PRELIMINARY AND/OR FINAL
DESIGN CONTENT, AND USE
OF SAME, WITHIN THESE
DRAWINGS OR PLANS. NO
PORTION OF THE DESIGNS OR
PLANS ARE TO BE
REPRODUCED, CHANGED,
COPIED OR ASSIGNED TO A
THIRD PARTY WITHOUT FIRST
OBTAINING THE EXPRESS
WRITTEN PERMISSION OF
MD PROPERTIES, INC.

HILTON BUENA PARK
6988 BEACH BLVD.
BUENA PARK, CA. 90621

7TH FLOOR

| NO. | DESCRIPTION | DATE | BY |
|---|---|---|---|
| - | - | -/-/- | - |
| - | - | 11/30/18 | BN |

7TH LVL

SHEET NUMBER

### THE SOURCE HOTEL – FIRST FLOOR

