# EXHIBIT "B"

**SC WRIGHT GROUP**

PO Box 3250
La Mesa, CA 91944
619.698.6909 P
619.698.6951 F

# MATTHEW L. SAMS

### Curriculum Vitae

**Licenses – Certifications - Designations**

- **General Building Contractor, State of California** License #796054

- **General Building Contractor, State of Nebraska** License #59819-19

- **Home Improvement Contractor, State of California** License #796054

- **ACI Concrete Field Testing Technician Grade 1**

- **EPA Lead Renovator Certification** #R-I-30213-10-00664

- **CPR, AED and First Aid Certification**

- **OSHA 10-Hour Construction Industry Outreach – Certificate** #36-00364098

- **OSHA 30-Hour Construction Industry Outreach – Certificate** #36-600790363

- **Certified Luxury Technician – Luxury Bath** – April 2011

- **IICRC - Fire & Smoke Restoration, Certification** #177068

- **IICRC – Water Damage Restoration, Certification** #177068

- **IACET – Asbestos Certification, Certification** #5450-811482

- **Certified Instructor for California Department of Insurance Continuing Education (CE)** credits for claims Adjusters – Provider # 145005

- **United States Environmental Protection Agency,** Toxic Substances Control Act (TSCA) Section 402, Certificate #NAT-94219-1, December 5, 2010

- **Professional Mold Inspection Institute – Certified Residential Mold Inspector** – Certification #CRMI0000027990 – March 2016

- **Professional Mold Inspection Institute – Certified Commercial Mold Inspector** – Certification #CRMI0000020 – March 2016

**SC WRIGHT GROUP**

PO Box 3250
La Mesa, CA 91944
619.698.6909 P
619.698.6951 F

- **Professional Mold Inspection Institute – Certified Mold Remediator** – Certification #CMR0000028063 – March 2016

- **AVM Waterproofing Certified Inspector** - 2020

**Professional Experience**

- *Senior Vice President, SC Wright Group.* – License #1053348 in California (Present)

- *Senior Vice President, S.C. Wright Construction, Inc.* - in California, Nevada, Arizona, Oregon, Washington, South Carolina, Florida and Texas (2003-Present)

- *Manager, Forensic/Litigation Department / Senior Project Manager / Senior Cost Estimator* - Pacific Property Consultants, Poway, California (1996-2003).

- *Vice President of International Development and Construction / Technical Director* - Villaland, Inc., San Diego, California (1984-1996).

- *Arc and Mig Welder* – Frank's Welding, Escondido, California (1983-1984)

- *Landscape Construction and Maintenance* – *Dan-Ken Landscaping*, San Marcos, California (1982-1984).

- *Structural Steel Fabrication and Installation* – *Tri-Mil-Wright's,* Escondido, California (1977-1982).

**Memberships and Affiliations**

- *American Concrete Institute (ACI)*
- *American Architectural Manufacturers Association (AAMA)*
- *American Society for Testing and Materials  (ASTM) - Membership #: 1575885*
  Participating Member (Voting Member) on the following 16 Committees and associated 52 Sub-Committees:
  - A01 on Steel, Stainless Steel and Related Alloys
  - C09 on Concrete and Concrete Aggregates
  - C11 on Gypsum and Related Building Materials and Systems
  - C24 on Building Seals and Sealants
  - D01 on Paint and Related Coatings, Materials and Applications
  - D08 on Roofing and Waterproofing
  - D22 on Air Quality
  - E06 on Performance of Buildings
  - E07 on Nondestructive Testing
  - E30 on Forensic Sciences
  - E34 on Occupational Health and Safety
  - E50 on Environmental Assessment, Risk Management and Corrective
  - E63 on Human Resource Management
  - F06 on Resilient Floor Coverings
  - F13 on Pedestrian/Walkway Safety & Footwear

**SC WRIGHT GROUP**

PO Box 3250
La Mesa, CA 91944
619.698.6909 P
619.698.6951 F

- G03 on Weathering And Durability

- *Fenestration Glazing Industry Alliance (FGIA)*
- *The Institute of Inspection, Cleaning and Restoration Certification (IICRC)*
- *National Fire Protection Association (NFPA) #2514793*

**Presentations, By Matthew L. Sams**

- MCLE Presentation - Residential Construction Sequencing – Los Angeles, CA 2012

- Deposition Testimony 101 – La Mesa, CA 2012

- Knowing and Understanding the SB 800 Process - La Mesa, CA 2012

- OSBCE Construction Defect Conference - Residential Construction Sequencing – Portland, OR 2012

- OSHA Safety and Awareness – San Diego, California, 2011

- Maricopa County Bar Association – A Day With The Experts – Phoenix, Arizona, 2011

- Understanding Construction Sequencing – San Diego, California, 2010

- Commercial Construction Terminology & Sequencing – Calabasas, California, 2010

- Residential Construction Sequencing – San Diego, California, 2010

- Understanding Construction Sequencing – San Ramon, California, 2009

- Knowing and Understanding the SB800 Process – San Ramon, California, 2009

- Risk Exposure Assessment Seminar – Orange, California, 2009

- Understanding Construction Sequencing – Santa Ana, California, 2009

- Knowing and Understanding the SB800 Process – Santa Ana, California, 2009

- Mold Presentation - Denver Colorado, 2009

- Flat Fee Contracts vs. Time & Material Contracts – Nashua, New Hampshire, 2007

- Flat Fee Contracts vs. Time & Material Contracts – Nashua, New Hampshire, 2006

- Mock Trial – Nashua, New Hampshire, 2005

- Water Intrusion Through Decks – Nashua, New Hampshire, 2005

- Water Intrusion Through Windows – Nashua, New Hampshire, 2005

**SC WRIGHT GROUP**

PO Box 3250
La Mesa, CA 91944
619.698.6909 P
619.698.6951 F

- Construction Defect Litigation and Risk Reduction, Phoenix, Arizona, 2001

- Introduction to Litigation Inspection Procedures, Santee, California, 2001

- 25 Most Common Defects, Superintendent Seminar, Rancho Mirage, California, 1999

- Cracks in Concrete, Superintendent Seminar, Santee, California, 1998

- Moisture Intrusion, C.R.E.I.A. Regional Education, San Diego, California, 1997

**Education**

- 1982-1984 - Palomar Community College – General Education (No Degree)

**Continuing Education**

- 2012, November – Property Condition Assessments, American Society for Testing and Materials (ASTM), Scottsdale, AZ

- 2012, February – Water Damage Restoration Technician, The Clean Trust Seminar (IICRC), San Diego, California

- 2011, December – Fire and Smoke Damage Restoration, Denver, Colorado

- 2011, December – Institute of Inspection, Cleaning and Restoration Certification Training, Denver, Colorado

- 2011, October - Key Risk and Insurance Strategies, San Diego, California

- 2011, April 6th - Drywall Problems: New Assessment and Remediation Guidelines, Marsh Risk Consulting

- 2011, April - Certified Luxury Technician certification through Luxury Bath

- Introduction to Mold and Mildew, three-day course – Los Angeles, California

- Chitwood Energy Mgmt. Training, two-day course – San Diego, California

- Affordable Comfort West Conference, two-day course – Irwindale, California

- Construction Liability and Insurance Conference – Oakland, California

- California Mechanics Lien Law Remedies – San Diego, California

- Building For The Future – Los Angeles, California

Forensic Consulting ♦ Construction ♦ Training Services ♦ Quality Assurance Programs    **www.scwright.com**

**SC WRIGHT GROUP**

PO Box 3250
La Mesa, CA 91944
619.698.6909 P
619.698.6951 F

- Defense Research Institute (DRI) – Conflict Resolutions – Las Vegas, Nevada

- Defense Research Institute (DRI) - Construction Law - San Francisco, California

- EPA Lead Renovator training course – San Diego, California

- OSHA 10-Hour Construction Industry Outreach – San Diego, California

- OSHA 30-Hour Construction Industry Outreach – San Diego, California

- Construction Litigation Leaders' Forum – Marina Del Rey, California

- ACI Concrete Field Testing Technician Grade 1 – San Diego, California

- HB Litigation Construction Litigation Leader's Forum – Marina Del Rey, California

- 2005, January 14th-"California Mechanics Lien Law Remedies- Why and How Seminar"- Long Beach, CA

- Asbestos In The Construction Industry – San Diego, California

- Asbestos Awareness – San Diego, California

- Heat Illness Prevention – San Diego, California

- Hazardous Compliance Globally Harmonized Systems (GHS) – San Diego, California

- Cranes, Derricks, Hoists, Elevators and Conveyors – San Diego, California

- Fall Protection – Ladders, Scaffolding and Openings – San Diego, California