# EXHIBIT "A"

FREE RECORDING
REQUESTED PURSUANT
TO GOV CODE 6103

Record at the Request
Of And When Recorded
Mail To:

Shalice Reynoso
City Clerk
6650 Beach Boulevard
Post Office Box 5009
Buena Park, California 90622

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

|||||||||||||||||||||||||||||||||||||||||||||| NO FEE

2008000537057 04:05pm 11/17/08

116 45 A12  98
0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

## DEVELOPMENT AGREEMENT NO. DA08-003, CONCERNING PROPERTY LOCATED AT 6940 BEACH BOULEVARD, BUENA PARK, CALIFORNIA

THIS AGREEMENT is made and entered into as of the "Effective Date" set forth herein by and between 6940 BEACH LLC, a California limited liability company ("Developer") and the CITY OF BUENA PARK, a municipal corporation organized and existing under the laws of the State of California ("City").

W I T N E S S E T H:

A.   **Recitals.**

(i)   California Government Code Section 65864, et seq. authorizes cities to enter into binding development agreements with persons having legal or equitable interests in real property for the development of such property.

(ii)   Developer owns or has an equitable interest in and to all that real property located entirely within City, the common and legal description of which is set forth in Exhibit "A," attached hereto and incorporated herein by this reference and, subject to the provisions of Paragraph 3 below, hereinafter is referred to as the "Site."

(iii)   The Site is currently designated within the General Plan as "Tourist Entertainment, Commercial, and Low-Density Residential" and is zoned ECSP (Entertainment Corridor Specific Plan), CG (Commercial General), and RS-6 (One-Family Residential); The Developer is proposing General Plan Amendment No. GP08-003 and Zone Change No. Z08-002 to change the current designation within the General Plan to "Tourist Entertainment" as well the zoning to BOMUSP (Beach-Orangethorpe Mixed Use Specific Plan) pursuant to City General Plan and Specific Plan policies as well as the provisions of the City's Zoning Ordinance and Zoning Map. The Developer and the City desire to provide through this Development Agreement more specific development controls on the Site, which will provide for maximum efficient utilization of the Site in accordance with enhanced planning principles.

(iv)   On October 14, 2008, City adopted its Ordinance No. 1525, thereby approving this Development Agreement with Developer and said Ordinance was effective on November 14, 2008.

B.      **Agreement.**

NOW, THEREFORE, the parties hereto agree as follows:

1.      **Definitions**.   In this Agreement, unless the context otherwise requires, the following terms shall have the following meaning:

a.      "City" is the City of Buena Park.

b.      "Developer" is 6940 BEACH LLC, a California limited liability company.

c.      "Development Plans" are those conceptual land use plans and specifications illustrated within the Beach-Orangethorpe Mixed Use Specific Plan attached hereto, marked as Exhibit "B" and incorporated herein by this reference, comprised of documents including, but not limited to, conceptual site plans, guiding principles, objectives, standards, and regulations, circulation plans, and architectural imagery stamped "RECEIVED OCTOBER 14, 2008 PLNG. DIV." The Project also includes the records of applications by Developer, the proceedings before the Planning Commission and City Council, and all such records and files in these matters are incorporated herein by this reference as though set forth in full.

d.      "Project" is that development approved for the Site as provided in this Development Agreement comprised of a mixed use development featuring world-class upscale retail, restaurants, entertainment, residential, hotel, and office uses as well as parking and open space amenities as provided pursuant to a General Plan Amendment changing the land use designation from "Tourist Entertainment, Commercial, and Low-Density Residential" to "Tourist Entertainment," and Zone Change from ECSP (Entertainment Corridor Specific Plan), CG (Commercial General), and RS-6 (One-Family Residential) to BOMUSP (Beach-Orangethorpe Mixed Use Specific Plan), on property located at the northeast corner of Beach Boulevard and Orangethorpe Avenue, all as reflected in the Development Plans attached hereto as Exhibit "B".

e.      "Effective Date" shall mean the date that this Agreement is fully executed.

2.      **Recitals Incorporated.**      The recitals are part of this Agreement and shall be enforced and enforceable as any other provision of this Agreement.

3.      **Interest of Property Owner.**      Developer warrants and represents that it has full legal title in or an equitable interest to the Site; that it has full legal right to enter into this Agreement; and that the persons executing this Agreement on behalf of Developer have been duly authorized to do so. As Developer acquires fee title to parcels or other discrete areas, located and specifically identified within the area subject to the Beach-Orangethorpe Mixed Use Specific Plan (the "Specific Plan"), such parcels or areas may be made a part of this Agreement in accordance with the provisions of Section 14 of this Agreement.

4.      **Binding Effect of Agreement.**      Developer hereby subjects the Project and the land described in Exhibit "A" hereto to the covenants, reservations and restrictions as set forth in this

Agreement. The City and the Developer hereby declare their specific intent that the covenants, reservations and restrictions as set forth herein shall be deemed covenants running with the land and shall pass to and be binding upon Developer's successors and assigns in title or interest to the Project. Each and every contract, deed or other instrument hereinafter executed, covering or conveying the Project or any portion thereof shall conclusively be held to have been executed, delivered and accepted subject to the covenants, reservations and restrictions expressed in this Agreement, regardless of whether such covenants, reservations and restrictions are set forth in such contract, deed or other instrument.

The City and Developer hereby further declare their understanding and intent that the benefit of such covenants touch and concern the land by enhancing and increasing the enjoyment and use of the Development by Developer and the future occupants of the Project, the intended beneficiaries of such covenants, reservations and restrictions, and by furthering the public purposes for which this Agreement is adopted.

5.    **Relationship of Parties.**    It is understood that the contractual relationship between City and Developer is such that Developer is an independent party and is not the agent of City for any purpose whatsoever and shall not be considered to be the agent of City for any purpose whatsoever.

6.    **Term of Agreement.**    Subject to Paragraph 7, the term of the Agreement shall commence on the effective date and shall expire December 31, 2028, so long as no Event of Default, as defined in Paragraph 17 hereinbelow, shall have occurred.

7.    **Construction.**    Developer shall have five (5) years from the Effective Date to commence construction.    If the Developer has not initiated work on the Site or associated required public improvements within the time period specified to do so in this Paragraph 7 pursuant to a building permit or permits issued by the City, this Development Agreement shall be considered null and void and of no force or effect, and the development of the Site then and thereafter shall be governed accordingly by the then current provisions of the City's General Plan and Zoning Ordinance and/or applicable specific plan and/or zoning category succeeding thereto.    Developer shall not have an affirmative obligation to construct the Project. For good cause, prior to expiration, this Development Agreement may be renewed for a maximum of one (1) two (2) year extension by the City Council.    For the foregoing purpose, construction work shall not include preparation of plans, engineering work or grading activities.    Any and all construction by Developer shall be pursuant to detailed plans and specifications, including elevations, heights, footprints, and exterior designs, approved in advance by the City in accordance with all applicable Codes of the City.

8.    **Assignment.** Developer shall have the right to sell, mortgage, hypothecate, assign or transfer the Site to any person or entity at any time during the term of this Development Agreement. Any such transfer shall be deemed to include an assignment of all rights, duties and obligations created by this Development Agreement with respect to all or any portion of the Site. The assumption of  all of the obligations of Developer under this Agreement pursuant to any such transfer shall relieve Developer, without any act or concurrence by the City, of its legal duty to perform those obligations except to the extent that Developer is in violation with respect to any and all obligations at the time of the proposed transfer.

9. **General Standards and Guiding Principles Pertaining to Development of the Site.**
The following specific restrictions and guiding principles shall apply to the use of the Site pursuant to this Development Agreement:

    a.    Developer shall have the right to develop the Project on the Site in accordance with the terms and conditions of this Agreement and City shall have the right to control development of the Site in accordance with the provisions of this Agreement.

    b.    The types, density, intensity, and configuration of uses allowed, size, and location of the buildings and other improvements and provisions for the reservation or dedication of land for public purposes, location of public improvements, together with other terms and conditions of development applicable to the Site, shall be as set forth in this Development Agreement and the attached Development Plans, as conditioned.

    c.    The Project shall provide a walkable downtown environment, providing the conveniences and attractions of a city, interspersed with generous pedestrian paths and open space.

    d.    The Project shall establish a sense of place created by an architecture that communicates a receptive quality and a clear notion of destination but still connected to the surrounding community.

    e.    The architecture shall be scaled to provide backdrop, support, and amenities for pedestrian activities and special events.

    f.    The overall collection of buildings and spaces shall create a unique identity for the Project and elevate the surrounding area and street audience with both contemporary and cutting edge urban iconography designed specifically for the Project.

    g.    The development shall include iconic elements created by tower-like structures and massing articulated by the different uses on the Site.

    h.    The highest quality materials shall be used throughout the Project to help achieve the world-class design aspirations of the City and property owner, as well as future residents and businesses.

    i.    The architecture, together with carefully crafted open spaces and amenities such as water features, environmental graphics, lighting, multi-media opportunities, shall define the unique quality of the Project.

    j.    This Agreement shall not become operative and Developer shall have no rights hereunder, unless and until General Plan Amendment No. GP08-003 and Zone Change No. Z08-002 become effective.

    k.    The Project and all aspects of its design and construction, shall comply with any and all local, state, and federal laws, statutes, codes, standards, policies, rules

and regulations, including, but not limited to, federal accessibility regulations and standards (ADA).

10.    **Effect of City Regulations on Development of Project.** Except to the extent that they conflict with this Development Agreement, all substantive and procedural requirements and provisions contained in City's ordinances, General Plan, specific plans, rules and regulations, including, but not limited to, the Zoning Ordinance, in effect as of the effective date of this Development Agreement, shall apply to the construction and development of the Site, including, but not limited to, site plan and design review.

    a.    The provisions of this Paragraph 10 shall not preclude the application to the development of the Site those changes in City ordinances, regulations, plans or specifications which are specifically mandated and required by changes in state or federal laws or regulations as provided in California Government Code Section 65869.5 or any successor provision or provisions.

    b.    The payment of fees associated with the construction of the Project, including land use approvals, development fees, building permits, etc., shall be determined at the time application is made for such approvals or permits. Fees payable to the City shall be determined in accordance with the fee structure in effect as of the date of this Agreement.

    c.    City may apply any and all new ordinances, rules, regulations, plans and specifications to the development of the Site after the effective date provided such new rules and regulations do not conflict with the terms of this Development Agreement.

    d.    Nothing herein shall prevent the application of health and safety regulations (i.e., fire, building, seismic, plumbing and electric codes) that become applicable to the City as a whole.

11.    **Permitted Land Uses.**

The Site shall be developed with a mixed use development consistent with the development limitations and standards contained within the Beach-Orangethorpe Mixed Use Specific Plan including up to the following:

- 355,000 sq. ft. of retail space
- 300-room (approximately 277,000 sq. ft.) hotel in a multi-level landmark building with conference facilities
- 1,000 multifamily residential units
- 195,000 sq. ft. office space per marketplace demands in lieu of 177 multifamily residential units
- 350,000 sq. ft. of open area amenities

City acknowledges that if the Site does not consist of the entire area that is subject to the Specific Plan, then with the written consent of the Director of Development Services, some of the improvements described above may be reduced in size or not developed.

12.    **Annual Review.**    During the term of this Development Agreement, City shall annually review the extent of good faith compliance by Developer with the terms of this

Development Agreement. Developer shall file an annual report with the City indicating information regarding compliance with the terms of this Development Agreement during the preceding calendar year no later than March 31 of each calendar year.  Developer shall have the right to cause the annual report to be filed by the lessees then occupying the Site provided, however, that a failure by any such lessee to file the required report shall not relieve Developer from the filing requirement.

13.    **Indemnification.**    To the maximum extent permitted by law, Developer shall defend, indemnify and hold City and its elected officials, officers, agents, employees and volunteers, free and harmless with respect to any and all liabilities, including liability for damage or claims for damage for personal injuries, including death, all economic loss of any nature, and property damage, alleged to arise, directly or indirectly, from the City's entering this Agreement, or from the operations, acts and/or omissions of Developer, and/or those of Developer's contractor, subcontractor, agent, employee or other person acting on its behalf, relating to, arising out of or connected with, the design, construction, maintenance and/or operation of the Project or the Permitted Uses. This hold harmless, defense and indemnity provision applies to all liabilities, claims and damages suffered or alleged to have been suffered, regardless of whether or not the City prepared, supplied or approved the plans, specifications or other documents for the Project, or inspected the Project, and said hold harmless, defense and indemnity provision shall survive the expiration or sooner termination of this Development Agreement.

14.    **Amendments.**    The City Council hereby delegates authority to the Director of Development Services (the "Director") to approve in writing increase(s) to the total area of the Site, by adding additional parcels or discrete areas identified in the Specific Plan, upon written request of the Developer.  The City agrees that such approval shall be given by the Director within twenty (20) days after Developer's request unless within that time the Director provides notice to Developer, which shall include a reasonably detailed explanation, that any of the following are true:  (a) Developer is in default under this Agreement and such default has not been cured or remedied; (b) as a result of the configuration and type of development of the Site that has occurred between the date of this Agreement and the date of the Director's response, the inclusion of the additional parcel(s) or discrete area(s) requested by Developer is not consistent with the goals and objectives of the Specific Plan; or (c) the inclusion of the additional parcel(s) or discrete area(s) requested by Developer would result in activity not within the scope of any previously certified environmental impact report and thus requires further review under CEQA.  Any disapproval shall be without prejudice to Developer's right to renew its request for the inclusion of such additional parcel(s) or discrete area(s) in the event of a change in the relevant facts or circumstances.

Any such approval shall not become effective unless and until the Developer acknowledges in writing that such additional parcel or area shall be subject to all terms and conditions of this Agreement, and the Developer provides evidence satisfactory to the Director of having recorded a new Exhibit "A" to this Agreement accurately and legally describing the Site, as amended.  Thereafter, use and development of the added area or parcel shall be subject to any and all requirements of Section 10 hereof.

15.    **Minor Amendments to Development Plans**.    Upon the written application of Developer, minor modifications and changes to the Development Plans including modifications to building design or footprint not affecting setbacks, parking layout and design, and landscape area design may be approved by the Director of Community Development.  Other changes in the Development Plans, or plans and specifications approved by the City as required by

Paragraph 7, may be processed through a Conditional Use Permit or Site Plan, as determined by the Director of Community Development, pursuant to the City Zoning Ordinance.

16.    **Enforcement.**        In the event of a failure to comply with the provisions of this Agreement in any material respect (hereafter a "violation") by Developer, City shall give written notice to Developer (or its successor) by registered or certified mail addressed at the address stated in this Agreement, and if such violation is not corrected to the reasonable satisfaction of City within thirty (30) days after such notice is given, or if not corrected within such reasonable time as may be required to cure the breach if said violation cannot reasonably be cured within thirty (30) days (provided that acts to cure the violation must be commenced within said thirty (30) days and must thereafter be diligently pursued by Developer), then City may, without further notice, declare an Event of Default under this Agreement pursuant to Paragraph 17 hereinbelow and, upon any such declaration of an Event of Default, City may bring any action necessary to specifically enforce the obligations of Developer growing out of the operation of this Development Agreement, apply to any court, state or federal, for injunctive relief against any violation by Developer of any provision of this Agreement, or apply for such other relief as may be appropriate.

17.    **Event of Default.**        An "Event of Default" shall have occurred under this Agreement upon the happening of one or more of the following events or conditions:

a.    If a material warranty, representation or statement is made or furnished by Developer in writing to City in this Agreement or in any annual report to be filed by Developer pursuant to Paragraph 12 hereinabove and is false or proved to have been false in any material respect when it was made;

b.    If a finding and determination is made by City following an annual review pursuant to Paragraph 12 hereinabove, upon the basis of substantial evidence, that Developer has not acted in good faith to comply with any material terms and conditions of this Agreement, after notice and opportunity to cure as described in Paragraph 16 hereinabove; or

c.    A breach by Developer of any of the provisions or terms of this Agreement, after notice and opportunity to cure as provided in Paragraph 16 hereinabove.

18.    **No Waiver of Remedies.**        City does not waive any claim of defect in performance by Developer if on periodic review City does not enforce any provision of this Agreement. Nonperformance by Developer shall not be excused because performance by Developer of the obligations herein contained would be unprofitable, difficult or expensive or because of a failure of any third party or entity, other than City. All other remedies at law or in equity which are not otherwise provided for in this Agreement are available to the parties to pursue in the event that there is a breach of this Development Agreement. Waiver by City of any violation under this Development Agreement shall not be deemed to be a waiver of any other subsequent violation hereunder.

19.    **Rights of Lenders Under this Agreement.**        Should Developer place or cause to be placed any encumbrance or lien on the Project, or any part thereof, the beneficiary ("Lender") of said encumbrance or lien shall have the right at any time during the term of this Agreement and the existence of said encumbrance or lien to:

a.    Do any act or thing required of Developer under this Agreement, and any such act or thing done or performed by Lender shall be as effective as if done by Developer;

b.    Realize on the security afforded by the encumbrance or lien by exercising foreclosure proceedings or power of sale or other remedy afforded in law or in equity or by the security document evidencing the encumbrance or lien (hereinafter referred to as "a trust deed");

c.    Transfer, convey or assign the title of Developer to the Project to any purchaser at any foreclosure sale, whether the foreclosure sale be conducted pursuant to court order or pursuant to a power of sale contained in a trust deed; and

d.    Acquire and succeed to the interest of Developer by virtue of any foreclosure sale, whether the foreclosure sale be conducted pursuant to a court order or pursuant to a power of sale contained in a trust deed.

e.    Should any Lender require or request an amendment of this Agreement in respect of the rights and remedies granted to a Lender, City hereby agrees to execute and deliver such an amendment so long as the proposed amendment does not materially and adversely affect the rights, powers, and remedies of the City in respect of a violation by Developer hereunder.

20.    **Notice to Lender.**    City shall give written notice of any violation under this Agreement by Developer to Lender (if known by City) and afford Lender the opportunity after service of the notice to:

a.    Cure the violation within thirty (30) days after service of said notice, where the violation can be cured by the payment of money;

b.    Cure the violation within thirty (30) days after service of said notice where the violation can be cured by something other than the payment of money and can be cured within that time; or

c.    Cure the violation in such reasonable time as may be required where something other than payment of money is required to cure the violation and cannot be performed within thirty (30) days after said notice, provided that acts to cure the violation are commenced within a thirty (30) day period after service of said notice of violation on Lender by City and are thereafter diligently continued by Lender.

21.    **Action by Lender.**    Notwithstanding any other provision of this Agreement, a Lender may forestall any action by City for a violation under the terms of this Agreement by Developer by commencing proceedings to foreclose its encumbrance or lien on the Project. The proceedings so commenced may be for foreclosure of the encumbrance by order of court or for foreclosure of the encumbrance under a power of sale contained in the instrument creating the encumbrance or lien. The proceedings shall not, however, forestall any such action by the City for the violation by Developer unless:

a.    They are commenced within thirty (30) days after service on Developer (and on Lender if Lender's address is directly provided to the City) of the notice described herein- above;

b.    They are, after having been commenced, diligently pursued in the manner required by law to completion; and

c.    Lender keeps and performs all of the terms, covenants and conditions of this Agreement requiring the payment or expenditure of money by Developer until the foreclosure proceedings are complete or are discharged by redemption, satisfaction or payment.

22.    **Notice.**    Any notice required to be given by the terms of this Agreement shall be provided by certified mail, return receipt requested, at the address of the respective parties as specified below or at any other such address as may be later specified by the parties hereto.

|  |  |
|---|---|
| To Developer: | 6940 BEACH LLC<br>3100 E. Imperial Hwy.<br>Lynwood, CA 90262<br>Attention: Donald Chae |
| With a copy to: | Lim, Ruger & Kim, LLP<br>1055 West Seventh Street, Suite 2800<br>Los Angeles, California 90017<br>Attention:  Real Estate Department |
| To City: | City of Buena Park<br>6650 Beach Boulevard<br>Buena Park, California 90620<br>Attention:  Joel W. Rosen, AICP<br>Director of Community<br>Development |

23.    **Attorneys' Fees.**    In any proceedings arising from the enforcement of this Development Agreement or because of an Event of Default or alleged Event of Default hereunder, the prevailing party shall be entitled to recover its costs, reasonable attorneys' and experts' fees incurred during the proceeding as may be fixed within the discretion of the court.

24.    **Binding Effect.**    This Agreement shall bind, and the benefits and burdens hereof shall inure to, the respective parties hereto and their legal representatives, executors, administrators, successors and assigns, wherever the context requires or admits.

25.    **Applicable Law.**    This Agreement shall be construed in accordance with and governed by the laws of the State of California.

26.    **Partial Invalidity.**    If any provisions of this Agreement shall be deemed to be invalid, illegal or unenforceable, the validity, legality or enforceability of the remaining provisions hereof shall not in any way be affected or impaired thereby.

27.    **Recordation.**        This Agreement shall, at the expense of Developer, be recorded in the Official Records of the County Recorder of the County of Orange within ten (10) business days following the Effective Date.   Upon the expiration of the terms of this Development Agreement, upon the request of the Developer, the City will execute and deliver, in recordable form, an instrument confirming that the provisions of this Agreement have expired.

28.    **Integrated Agreement.**        This Development Agreement, together with all Exhibits and attachments, constitutes the entire agreement between the parties with respect to the subject matter herein.   Unless expressly set forth herein, no promise, representation or understanding, whether implied, express, written or verbal, by or between either or both of the parties, shall be binding or have any force or effect.

            IN WITNESS WHEREOF, this Agreement has been executed by the parties and shall be effective on the effective date set forth hereinabove.

CITY OF BUENA PARK,
a Municipal Corporation

Dated:  _11/12/08_                              By:  _____
                                                                    Mayor

                                        ATTEST:  _____
                                                            Shalice Reynoso, City Clerk
                                                            City of Buena Park

Approved as to form:
_____
City Attorney

6940 BEACH LLC, a California limited liability company,

6940 BEACH LLC
a California limited liability company

By:_____

Name:___Donald   Chae_____

Its:___President_____

By:_____

Name:_____

Its:_____

## ACKNOWLEDGMENT

State of California                    )
County of __Los Angeles__             )
                                      )

On __October 24, 2008__ before me, _____Hanna Kim, a Notary Public_____
(insert name and title of the officer)

personally appeared _____Donald Chae_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature_____ (Seal)
Signature of Notary Public

> HANNA KIM
> COMM. # 1635623
> NOTARY PUBLIC-CALIFORNIA
> LOS ANGELES COUNTY
> My Comm. Exp. Jan. 7, 2010

## ACKNOWLEDGMENT

State of California                    )
County of __ORANGE__                  )
                                      )

On __November 12, 2008__ before me, __TERESA A. JACKSON, NOTARY PUBLIC__,
(insert name and title of the officer)

personally appeared __JAMES A. DOW AND SHALICE REYNOSO__,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature_____ (Seal)
Signature of Notary Public

> TERESA A. JACKSON
> Commission # 1792592
> Notary Public - California
> Orange County
> My Comm. Expires Mar 28, 2012

EXHIBIT "A"

LEGAL DESCRIPTION FOR DEVELOPMENT AGREEMENT NO. DA08-003
CITY OF BUENA PARK

Exhibit A
Legal Description
Development Agreement No. DA08-003

## PARCEL A

Parcel "A"

Lot 2 in Block 61 of Buena Park, in the City of Buena Park, County of Orange, State of California, as per Map recorded in Book 18, Pages 50 to 52 inclusive, of Miscellaneous Maps, in the Office of the County Recorder of said County, California, together with the South 30 feet of the street adjoining said lot on the North abandoned by order of the Board of Supervisors of Orange County, on August 2, 1911.

Excepting therefrom the Easterly 65 feet of the Southerly 120 feet thereof. Also excepting therefrom that portion described as follows:

Beginning at the Northeast corner of said Lot 2, said point being in the East line of Beach Boulevard (formerly Grant Avenue) 108 feet in width and running; thence Northerly along said East line, 30 feet to the North line of the South 30 feet of the abandoned street hereinbefore mentioned; thence Easterly along said North line 225 feet; thence Southerly parallel with the East line of Beach Boulevard 170 feet; thence Westerly parallel with the North line of said Lot 2, a distance of 225 feet to the East line of Beach Boulevard; thence Northerly along said East line, 140 feet to the point of beginning.

Also excepting therefrom the West 250 feet of the South 259.21 feet to Lot 2 in Block 61 of Buena Park, County of Orange, State of California, as shown on a map recorded in Book 18, Pages 50 to 52 inclusive of Miscellaneous Maps, in the Office of the County Recorder of said County.

Parcel "B"

Lots 7, 8 and 9 of Tract No. 1756, in the City of Buena Park, County of Orange, State of California, as shown on a map recorded in Book 60, Pages 20 and 21 of Miscellaneous Maps, in the office of the County Recorder of said County.

## PARCEL E

The East 50 feet of Lot 21, Tract No. 551, in the City of Buena Park, County of Orange, State of California, as per map recorded in Book 19, Page 43 of Miscellaneous Maps, in the Office of the County Recorder of said County.

## PARCEL F

Lot 20 of Tract No. 551, in the City of Buena Park, County of Orange, State of California, as per map recorded in Book 19, Page 43, inclusive of Miscellaneous Maps, in the Office of the County Recorder of said County.

1 of 3

Exhibit A
Legal Description
Development Agreement No. DA08-003


## PARCEL I

Lot 17 of Tract No. 551, in the City of Buena Park, County of Orange, State of
California, as per map recorded in Book 19, Page 43, of Miscellaneous Maps, in the
Office of the County Recorder of said Orange County.

## PARCEL K

Lot 15 of Tract No. 551, in the City of Buena Park, County of Orange, State of
California, as per map recorded in Book 19, Page 43, of Miscellaneous Maps, in the
Office of the County Recorder of said Orange County.

## PARCEL Q

Lot 4 and the South 5 feet of Lot 3, in Tract No. 1756, in the City of Buena Park, County
of Orange, State of California, as per map recorded in Book 60, Pages 20 and 21 of
Miscellaneous Maps, records of Orange County, California.

## PARCEL S

Lot 6 of Tract No. 1756, in the City of Buena Park, County of Orange, State of
California, as per map recorded in Book 60, Pages 20 and 21 of Miscellaneous Maps,
records of Orange County, California.

## PARCEL U

The West 250 feet of the South 170 feet of Lot 2 in Block 61 of Buena Park, in the City
of Buena Park, County of Orange, State of California, as shown on a Map thereof
recorded in Book 18, Pages 50 to 52 inclusive, Miscellaneous Records, in the Office of
the County Recorder of Los Angeles County, California.

Except therefrom the North 70 feet of the West 200 feet thereof. Also except therefrom
the South 100 feet of the West 156 feet thereof.
Also except therefrom the East 20 feet of the West 176 feet of the South 100 feet thereof.

2 of 3

EXHIBIT A
PAGE 15

Exhibit A
Legal Description
Development Agreement No. DA08-003

**PARCEL X**

That portion of Lot 2 in Block 61 of "Buena Park", in the City of Buena Park, County of Orange, State of California, as per Map recorded in Book 18, Pages 50 to 52 inclusive, of Miscellaneous Records, in the Office of the County Recorder of said County, described as follows: Beginning at the Northwest corner of said Lot 2, said point being in the East line of Grand Avenue (being 108 feet wide); and running thence easterly along the North line of said Lot 2, 225 feet; thence southerly along a line parallel to the East line of said Grand Avenue, 140 feet; thence westerly along a line parallel to said Northerly line 225 feet; thence northerly along the East line of Grand Avenue, 140 feet to the Point of Beginning, together with the South 30 feet of the West 225 feet of street adjoining on the North abandoned by order to the Board of Supervisors of Orange County, California, August 2, 1911, adjoining said Lot 2.

3 of 3

EXHIBIT "B"

DEVELOPMENT PLANS

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 17 of 98
Order: doc Comment:



Description: Orange,CA Document - Year.DocID 2008.537057 Page: 18 of 98
Order: doc Comment:





Beach and Orangethorpe
Mixed Use Specific Plan

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 20 of 98
Order: doc Comment:

# Table of Contents

**Chapters**

| Page | Chapters |
|---|---|
| 4 | Table of Contents |
| 5 | Document Organization |
| 5 | CHAPTER 1 Vision |
| 6 | CHAPTER 2 Executive Summary |
| 7 | CHAPTER 3 Illustrative Land Use Plans and |
| 11 | CHAPTER 3 Illustrative Land Use Plans and Alternatives |
| 38 | CHAPTER 4 Guiding Principles |
| 40 | CHAPTER 5 Character Images |
| 57 | CHAPTER 6 Grading Plan |
| 58 | CHAPTER 7 Circulation Plan |
| 61 | CHAPTER 8 Infrastructure and Public Facilities Plan |
| 64 | CHAPTER 9 Development Objectives and Standards |
| 74 | CHAPTER 10 Greenhouse Gas Emissions and Sustainability |
| 77 | CHAPTER 11 Implementation Program |
| 78 | CHAPTER 12 General Plan Consistency |
| 81 | Credits, Acknowledgments and Participants |

**List of Tables**

| Page | Tables |
|---|---|
| 11 | Table 1 Land Use Summary |
| 77 | Table 2 Illustrative Land Use Plan and Maintenance Plan - Responsible Parties |

**List of Figures**

| Page | Figures |
|---|---|
| 7 | Fig. 1 Site Location |
| 8 | Fig. 2 Context Plan |
| 9 | Fig. 3 Existing General Plan Map |
| 9 | Fig. 4 Proposed General Plan Map |
| 9 | Fig. 5 Existing Zoning Map |
| 9 | Fig. 6 Proposed Zoning Map |
| 10 | Fig. 7 Illustrative Plan |
| 12 | Fig. 8 Illustrative Land Use Plan - Overall |
| 13 | Fig. 9 Illustrative Land Use Plan - Phase 1 |
| 14 | Fig. 10 Illustrative Land Use Plan - Phase 2 |
| 15 | Fig. 11 Illustrative Plan - Level 1 |
| 15 | Fig. 12 Illustrative Plan - Level 2 |
| 16 | Fig. 13 Illustrative Plan - Level 3 to 6 |
| 16 | Fig. 14 Illustrative Plan - Level 7 to 11 |
| 17 | Fig. 15 Illustrative Plan - Level 12 |
| 17 | Fig. 16 Illustrative Plan - Level 13 to 14 |
| 18 | Fig. 17 FAA Building Height Limit |
| 20 | Fig. 19 a-b Building Height Limit |
| 21 | Fig. 20 a-d Aerial Perspectives - Phase 1 |
| 22 | Fig. 21 a-d Aerial Perspectives - Phase 2 |
| 23 | Fig. 22a Arena Plan |
| 24 | Fig. 22b Arena Plan - Level 1 |
| 24 | Fig. 22c Arena Plan - Level 2 |
| 25 | Fig. 22d Arena Plan - Level 3 to 9 |
| 25 | Fig. 22e Arena Plan - Level 10 and Above |
| 26 | Fig. 22f Aerial View of Arena Scheme From Beach Boulevard and Orangethorpe Avenue |
| 26 | Fig. 22g Arena Axonometric by Land Use |
| 26 | Fig. 22h Aerial View of Arena Scheme From Towers |
| 27 | Fig. 22i View of the Arena from Hotel |
| 27 | Fig. 22j Aerial View of Arena Scheme From Brenner Avenue and Melrose Street |
| 27 | Fig. 22k View of Arena Scheme From Second Level Retail Toward Hotel |
| 27 | Fig. 22l View of Internal Street and Residential Towers |
| 27 | Fig. 22m Aerial View of Arena Space Toward Central Retail Space |
| 28 | Fig. 23a Strata Plan |
| 29 | Fig. 23b Strata Plan - Level 1 |
| 29 | Fig. 23c Strata Plan - Level 2 |
| 30 | Fig. 23d Strata Plan - Level 3 |
| 30 | Fig. 23e Strata Plan - Level 4 to 9 |
| 31 | Fig. 23f Aerial View of Strata From Beach Boulevard and Orangethorpe Avenue |
| 31 | Fig. 23g Strata Axonometric with Land Use |
| 31 | Fig. 23h Aerial View of Strata From Brenner Avenue and Melrose Street |
| 32 | Fig. 23i View of Strata Toward Residential Towers |
| 32 | Fig. 23j View of Commercial Retail and Residential Towers as Seen From Melrose Avenue |
| 32 | Fig. 23j View of Central Open Space Facing Retail and Residential Towers Beyond |
| 32 | Fig. 23k View of Internal Street and Central Open Space with Residential Towers Beyond |
| 33 | Fig. 24a Wedge Plan |
| 34 | Fig. 24b Wedge Plan - Level 1 |
| 34 | Fig. 24c Wedge Plan - Level 2 |
| 35 | Fig. 24d Wedge Plan - Level 3 |
| 35 | Fig. 24e Wedge Plan - Level 4 and Above |
| 36 | Fig. 24f Aerial View of Wedge Scheme From Beach Boulevard and Orangethorpe Avenue |
| 36 | Fig. 24g Wedge Axonometric with Land Use |
| 36 | Fig. 24h Aerial View of Strata From Brenner Avenue |
| 37 | Fig. 24i View of Axial Path and Curved Building |
| 37 | Fig. 24j View of Ramps and Axal Alleyways |
| 37 | Fig. 24k View of Varying Levels of Connecting Public Plazas |
| 38 | Fig. 25 Guiding Principles Diagrams |
| 57 | Fig. 26 Illustrative Grading Plan |
| 59 | Fig. 27 Illustrative Circulation Plan - Phase 1 |
| 60 | Fig. 28 Illustrative Circulation Plan - Phase 2 |
| 62 | Fig. 29 Illustrative Utilities Plan |
| 66 | Fig. 30a Illustrative Open Space Plan |
| 66 | Fig. 30b Illustrative Open Space Plan - Area |

**Appendices**

An environmental impact report (EIR) and supporting technical studies for the Beach and Orangethorpe Mixed-Use Specific Plan is incorporated by reference under separate cover.

# Document Organization

The Beach and Orangethorpe Mixed Use Specific Plan is organized into the following chapters:

## Chapter 1 Vision

This chapter describes the overall vision for the proposed mixed use development. The plans, design and development policies, objectives, and implementation included in subsequent chapters of this document serve to achieve the vision established in this chapter.

## Chapter 2 Executive Summary

This section provides description of the maximum development anticipated and related policies or documents.

## Chapter 3 Illustrative Land Use Plans and Alternatives

The land use plan states the type and maximum land uses allowed on site within given development constraints. This chapter also includes three possible alternative designs to be submitted for final design plan approval. The plans are in their conceptual phase and will comply to all vision statements, land uses, objectives, and standards established in this document.

## Chapter 4 Guiding Principles

The principles established in this chapter guide the accomplishment of the vision and state the goals to be accomplished by the proposed development.

## Chapter 5 Character Images

This chapter provides graphic and written description of various places provided within the proposed development and captures the essence of the specific places and conveys how the guiding principles are met.

## Chapter 6 Grading Plan

The grading plan ensures the development complies with the American Disabilities Act and City grading requirements.

## Chapter 7 Circulation Plan

This plan displays location and direction of vehicular and service egress and ingress and parking.

## Chapter 8 Infrastructure and Public Service Utilities Plan

This section establishes infrastructure measures to ensure adequate sewage, storm drain, water service, and water quality during and post-construction of the proposed development.

## Chapter 9 Development Objectives and Standards

The development objectives and standards established in this section must be met to meet the vision plan and the guiding principles stated in previous chapters.

## Chapter 10 Greenhouse Gas Emissions and Sustainability

Per AB 32 California Global Warming Solutions Act of 2006, cities are required to reach greenhouse gas emissions. Measures to mitigate greenhouse gas emission are established in this chapter.

## Chapter 11 Implementation

This section assigns responsible parties to various implementation measures to be executed as part of the development.

## Chapter 12 General Plan Consistency

As required by Government Code Section 65451(b), this section states how the goals and policies for the specific plan are consistent with the City of Buena Park General Plan.

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 22 of 98
Order: doc Comment:

# CHAPTER 1 Vision

**The Beach and Orangethorpe Specific Plan area will be a "city within a city" – complete with a mix of world-class upscale retail, restaurants, entertainment, residential, hotel, and office uses.**

Yet, through well thought out urban design and architecture, the experience within the development will feel like a traditional walkable downtown community, providing the conveniences and attractions of a city, interspersed with generous pedestrian paths and open spaces. A sense of place will be created by an architecture that communicates a receptive quality and a clear notion of destination but still connected to the greater City beyond.

The architecture will be scaled to provide backdrop, support, and amenities for pedestrian activities and special events.

The overall collection of buildings and spaces is planned to create a unique identity for the project and elevate the surrounding area and street audience with both contemporary and cutting edge urban iconography designed specifically for the project.

Iconic elements will be created by tower-like structures and massing articulated by the different uses on the site.

The highest quality materials will be used throughout the project to help achieve the world-class design aspirations of the property owner and the future residents and businesses. The architecture, together with carefully crafted open spaces and amenities such as water features, environmental graphics, lighting, multi-media opportunities, will define the unique quality of the project and will give the Beach and Orangethorpe Specific Plan a dynamic, colorful identity.

# CHAPTER 2 Executive Summary

## Introduction

The Beach and Orangethorpe Mixed Use Specific Plan establishes guidelines and development standards for a retail-focused, mixed-use development located near the junction of two major freeways (Interstate 5 and State Route 91) and along major arterial roads (Beach Boulevard and Orangethorpe Avenue) (**Figure 1 Site Location**). The development will function as the north gateway to the City's Tourist Entertainment District located along Beach Boulevard to the south of its public boundary (**Figure 2 Context Plan**). The development is unique in its public realm focus: it abounds with public space elements, landmark buildings, and a variety of outdoor retail experiences, emphasizing high-quality design in buildings and public spaces to raise the standard for future developments in Buena Park.

## Plan Overview & Summary of Preparation Process

The development program proposes the following uses:

- maximum of 1,000 dwelling units (some of which may be replaced with office uses),
- maximum of 365,000 square feet of retail space (with a minimum of 200,000 square feet unless finding is made that the development meets the goals and objectives of the specific plan),
- 300-room hotel totaling 270,000 square feet with associated uses,
- 4,500 parking stalls in subterranean and above grade parking structures, and
- 550,000 square feet of open area amenities.

The development is anticipated to take place in the following two phases over an estimated four-year period:

- Phase 1: Includes 270,000 square feet hotel with 300 rooms, 681 dwelling units, 255,000 square feet of retail space, and 2,920 parking stalls. (An alternative plan that replaces portions of residential development with office

development is also being studied under the environmental impact report (EIR)).

- Phase 2: Includes 319 dwelling units, 100,000 square feet of retail space, and 1,640 parking stalls.

Buildings within the development are designed to maximize sustainability and accommodate an urban modern mixed-use style that enhances outdoor activity and gathering. The resulting entertainment-focused environment strengthens the gateway to the existing retail/entertainment corridor along Beach Boulevard, and provides a culturally rich environment that meets the retail, housing, office, hotel, parking, and open space demands in Buena Park, while preserving the rights of adjacent residential development.

## Reservation of Rights - Single-Family Residential Development

The current development rights of single-family residences on Melrose Street and Bremner Avenue will be fully retained with development standards included as part of the Specific Plan. Single-family residences will be legal conforming uses with all associated entitlements and privileges of the RS-6 (One-Family Residential) zone, including current right to rebuild and expand as well as buffering, separation, and distance requirements of adjacent development.

## Site Location

The site location is the approximately 12.75-acre block located at the northeast corner of Beach Boulevard and Orangethorpe Avenue in the City of Buena Park. Buena Park is regionally known as the home of a major attraction, Knott's Berry Farm, and other smaller, themed entertainment attractions located along Beach Boulevard.

## Existing and Surrounding Uses

Streets bounding the development site are Beach Boulevard to the west, Orangethorpe Avenue to the south, Bremner Avenue to the east, and Melrose Street to the north. Existing site uses include single-family residential homes located along Bremner Avenue and Melrose Street; a gas station at the southwest corner, and other auto-related uses and restaurants along Beach Boulevard. The majority of the development site is vacant, unused, and generally flat. Surrounding uses include retail stores along Beach Boulevard (west and southwest of the site), a seven-story



Fig. 1 Site Location

N

0  100  200  400  800 ft

— Beach and Orangethorpe
Mixed Use Specific Plan
Site Boundary

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 24 of 98
Order: doc Comment:

hotel (Hampton Inn) on Orangethorpe Avenue (south of the site), and single-family residences along Melrose Street and Brenner Avenue (north and east of the site).

## Authority and Scope

The Beach and Orangethorpe Mixed Use Specific Plan has been prepared and established under the authority granted to the City of Buena Park in accordance with the requirements of the California Government Code, Title 7, Division 1, Chapter 3, Article 8, Section 65450. The City Council of Buena Park will adopt the Beach and Orangethorpe Mixed Use Specific Plan by ordinance after a public hearing. The document will function as the zoning regulation for the property, and replace all existing zoning for the properties identified.

## Relationship to Applicable Plans and Policies

### City of Buena Park General Plan

The City of Buena Park General Plan is the primary policy planning document that provides the framework for management and utilization of the City's physical, economic, and human resources. Per the General Plan's Land Use Plan, the specific plan site is located in the Central Planning area and the following land uses apply (City of Buena Park General Plan, Exhibit 2-8 Land Use Plan, Central Planning Area):

- Tourist Entertainment for parcels along Beach Boulevard,
- Commercial for parcels along Orangethorpe Avenue, and
- Low-Density Residential for parcels along Brenner Avenue and Melrose Street.

The Land Use Element of the General Plan references the specific plan site as the northern gateway of the City's Tourist Entertainment District. Land use policies for the Central Planning Area designate a change from "Commercial" to "Tourist Entertainment" for the properties along Beach Boulevard

To accommodate the proposed mixed uses of the Beach and Orangethorpe Specific Plan, a General Plan land use amendment is required (see Figures 3 and 4 General Plan Map).



Fig. 2 Context Plan



Beach and Orangethorpe Mixed Use
Entertainment Corridor Specific Plan (ECSP)
Commercial General (CG)
Single Family Residential - 6 dwelling units per acre (RS-6)
Site Boundary

Beach and Orangethorpe Mixed Use
Tourist Entertainment
Commercial
Light Industrial
High-Density Residential
Low-Density Residential
Open Space
Site Boundary



Fig. 6 Proposed Zoning Map





Fig. 5 Existing Zoning Map

Fig. 4 Proposed General Plan Map

Fig. 3 Existing General Plan Map

### City of Buena Park Zoning Ordinance

The City implements goals and policies of the General Plan by establishing development standards in the Zoning Ordinance. Under the Zoning Ordinance, the specific plan site is currently designated as follows:

- Entertainment Corridor Specific Plan (ECSP) for parcels along Beach Boulevard.
- Commercial General (CG) for the northwest parcels along Beach Boulevard, and
- Single-family residential (RS-6) for the parcels along Bremner Avenue and Melrose Street.

To accommodate the proposed development, all zoning will be changed to Beach and Orangethorpe Mixed Use Specific Plan (See Figures 5 and 6 Zoning Map).

### Beach Boulevard Entertainment Corridor Specific Plan

In 1986, the City established the Beach Boulevard Entertainment Corridor Specific Plan (Entertainment Corridor Specific Plan) to encourage developments focused on entertainment and tourism along Beach Boulevard, between the specific plan site and Knott's Berry Farm, located less than a mile south of the specific plan site. The Entertainment Corridor Specific Plan identifies most of the site as Planning Area A-1. The ECSP will be amended to delete Planning Area A-1.

### California Environmental Quality Act (CEQA)

The purpose of the California Environmental Quality Act is to assess potential environmental impacts resulting from the implementation of proposed developments. For an in-depth assessment of the significance of potential environmental impacts and to provide appropriate mitigation measures, the City prepared an Environmental Impact Report (EIR) for the Beach and Orangethorpe Mixed Use Specific Plan. The final EIR is hereby adopted by reference in this Specific Plan under separate cover.



**Fig. 7 Illustrative Plan**

The illustrative plan and
descriptions contain information to
indicate the expected level of details
required for future submittals and
precise development plans.

**Features**
1. Framed Views, Striking Gateway
2. Entry Plaza
3. Urban Lounge
4. Promenade
5. Strata
6. Beach Blvd Parkway
7. Park Lane
8. Neighborhood Edge
9. Rooftop Experience, Observation Deck

See Chapter 5 for character images of
each place.

0    75    150    300 ft

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 27 of 98
Order: doc Comment:

# CHAPTER 3
# Illustrative Land Use Plans and Alternatives

## Land Use Plan and Statistical Summary

The primary purpose of the land use plan is to introduce a unique mixed-use development with retail emphasis. The statistical summary of the planned development is shown on Table 1 Proposed Land Use Summary. The intent of the Specific Plan is to maximize market opportunities at time of development by providing flexibility and mix of uses, and allowing modification in total square footage and types of dwelling units as long as development limits are not exceeded.

Development limitations of the Specific Plan include the following:

- 355,000 sf of retail space
- 300-room (approximately 270,000 sf) hotel in a multi-level landmark building with conference facilities
- 195,000 sf office space optional per marketplace demands in lieu of 1 residential units
- 1,000 residential units

## Land Use Plan Goals and Policies

Land uses goals of the Beach and Orangethorpe Mixed Use Specific Plan emphasize well-designed public space that enhances the retail experience. To address market opportunities at the time of development, the land use plan (Figure 7 Illustrative Plan) allows flexibility in distribution of land uses across the development site. The land use plan strives to meet the following goals:

1. Create unprecedented, high-quality, mixed-use development with a coherent, "urban" shopping experience.
2. Integrate a variety of public spaces with retail spaces.
3. Provide an exemplary development that serves as catalyst for high-quality development along the entertainment corridor.
4. Serve as a gateway to the Beach Boulevard Entertainment Corridor.

## Illustrative Plan Description

The following illustrative plan (Figure 8 Illustrative Land Use Plan Overall) has been developed to provide one example of how the Specific Plan could be implemented. The illustrative plan demonstrates the scale and quality expected from implementation of the Specific Plan. Three additional alternative designs have been developed (see figures 22 - 24) and other alternative designs may be developed so long as they comply with the Specific Plan goals, policies, development standards, and program objectives.

To break down the block into a more walkable environment, the illustrative plan divides the site into parcels (Figure 9 Illustrative Land Use Plan - Phase 1 and Figure 10 Illustrative Land Use Plan - Phase 2). Building height limitation is shown in Figure 17 FAA Building Height Limit), and in site sections shown in Figures 18, 19a, and 19b. Figures 20 and 21 a-d Perspectives show the massing of the potential development.

The following describes the development character and features of various potential spaces within the development as shown in Chapter 5 Character Images:

The Main Entry Plaza at the northeast corner of Beach Boulevard and Orangethorpe Avenue is a major pedestrian entrance framed by angled walls of buildings. The view framed by these iconic structures provides an intriguing glimpse into the focal center of the development; the Urban Lounge and an inviting view into the core of the Promenade. The paving of this Main Entry Plaza distinguishes this corner of the intersection from the street and surrounding sidewalk.

Visible from Beach Boulevard and Orangethorpe Avenue, the Urban Lounge should have a focal element such as a dramatic fountain with people eating or relaxing outdoors at cafes and restaurants and accessed by a drop-off area. The buildings surrounding the plaza should contain unique elements that blend uses and architecture. The Urban Lounge should be designed for vehicular traffic during community festivals, farmer's markets or performances.

From the Urban Lounge, shoppers can meander onto the Promenade, with a curved building façade unveiling changing views of various retail fronts and eateries to visitors at each step. The wide sidewalks provide ample space for ornamental street trees, benches and landscaped parkway, emphasizing the pedestrian experiences. Storefronts are highly visible to pedestrians and drivers along the street, with parking to provide easy access to stores. North of the Strata, the street transforms into a quiet, parklike environment.

From the Promenade, patrons can turn onto the Strata where dense rows of boutique stores and restaurants can be found. This street is designed to emphasize the view of a striking entrance to the building at the end of the street Stores along the Strata have unique interiors, exteriors, and narrow storefront widths that add dense character and variety to the street:

**Beach Boulevard Parkway** is a well-landscaped street that encourages pedestrian connection to the Entertainment Corridor and themed attractions nearby.

From the Strata or the Urban Lounge, patrons can enter **Park Lane** north of the Urban Lounge, an area closed to vehicular traffic, facilitating intimate outdoor eating areas, and small food vendors.

Rooftop areas should be designed for outdoor roof gardens and plazas. Landscaping and outdoor furniture should be designed to frame distinct views. Pedestrian bridges, elevators, and public stairs should connect plazas in different buildings and various levels. Private gardens for residents and offices should be secured and separated from public entry. Public plazas and gardens should accommodate retail uses located on the second retail level.

To ensure compatibility with the built fabric, the proposed development should provide building massing and design that best suits existing and anticipated uses along **neighborhood edges** of Melrose Street and Brimmer Avenue.

In Phase 1, a **temporary street** connects the Strata to Melrose Street to provide ingress and egress without disrupting traffic along Beach Boulevard. The street should be designed to minimize negative impacts to existing uses along Melrose Street while accommodating vehicular circulation within the development.

In addition to retail stores, the development may include residential towers with a maximum of 1,000 dwelling units, built above the retail platforms to create a dynamic skyline in Buena Park and bring residents closer to entertainment, work, and other amenities, and, to create a dynamic community while reducing vehicle trips. Depending on market opportunities, some residential components may be replaced with office uses.

A hotel should be strategically located either along Orangethorpe Avenue, Beach Boulevard, or deeper within the site. The hotel should be an iconic architecturally significant building that accommodates 300 rooms and

### Table 1 Land Use Summary

| Phase | Residential | Commercial | Office* (Alternate) | Hotel | Parking** |
|---|---|---|---|---|---|
| 1 | 681 du | 255,000 sf | (195,000 sf in place of 177 residential dwelling units) | 270,000 sf 300 rooms | 2,920 stalls (subterranean and above-grade levels) |
| 2 | 319 du | 100,000 sf | (195,000 sf in place of 177 residential units) | | 1,640 stalls |
| Total | 1,000 du | 355,000 sf | | 270,000 sf 300 rooms | 4,560 stalls |

Notes:

sf = square feet, du = dwelling units

*As an option, one of the residential towers in Phase 1 may be developed with office uses

** The final parking requirements will be set through a comprehensive parking demand study.

**Beach Boulevard** is a major north-south thoroughfare that connects existing entertainment uses in Buena Park. The City envisions Beach Boulevard as a street that accommodates pedestrian traffic, landscaping, and signage to unify and provide a distinct street character. Street improvements along this development will coordinate with CalTrans requirements to accommodate primary access to the site. Additionally, bus turnouts will be accommodated in the final site design.

**Orangethorpe Avenue** is an east-west arterial street that accommodates entrances into the development, designed to architecturally and artfully accentuate the retail area and the landmark hotel. Those driving along Orangethorpe Avenue may get a glimpse of activities along Park Lane as well as fountains and sculptures of the Urban Lounge.

From Orangethorpe Avenue, visitors pass under the pedestrian bridge that connects the buildings and enter the secondary Entry Plaza at Park Lane. Those staying at the hotel may valet at the porte cochère, and retail visitors may continue to the Urban Lounge and the Promenade.

Entrances to parking structures for retail, office, and residential uses may be located off of Brenner Avenue and Melrose Street. Service vehicles may also use Melrose Street and Brenner Avenue.

**Parking** may comprise both subterranean and above grade parking structures. Parking should be designed to minimize parking entrances along the internal streets, and structures that face streets should be designed to match the existing character of the street. Parking for residential, commercial, and office uses should be separated by level or secured gates.

Details regarding circulation and parking is continued in Chapter 7 Circulation Plan. See Figures 27 and 28 for circulation and 18a and 18b for site sections.

associated uses such as a restaurant, fitness rooms, and conference rooms.



**Fig. 8 Illustrative Land Use Plan – Overall**

Note: This illustrative land use plan shows one type of building layout and may not be indicative of the final development plan.

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 29 of 98
Order: doc Comment:

| Phase | Residential | Commercial | Office* (Alternate) | Hotel | Parking |
|---|---|---|---|---|---|
| 1 | 681 du | 255,000 sf | 195,000 sf | 270,000 sf / 300 rooms | 2,920 stalls |

Note: sf = square feet, du = dwelling units
*As an option, one of the residential towers in Phase 1 may be developed with office uses

### Phasing

The proposed development will be constructed as shown in Figures 9 and 10. To allow flexibility and to market conditions at time of development, the mixed use land use categories will allow the mix and maximum land uses listed in Table 1. However, as a retail-focused mixed use development, emphasis shall be placed on retail and hotel uses over residential.

### Fig. 9 Illustrative Land Use Plan - Phase 1

Figures 8, 9, and 10 show illustrative land use plans for Phase 1, and Phase 2, and the overall site development. The plans convey the design intent of the site build out, showing potential location of building footprints and allocation of uses. Actual building footprint and distribution of land uses may differ from the illustrative plans.



| Phase | Residential | Commercial | Office (Alternate) | Hotel | Parking |
|-------|-------------|------------|--------------------|-------|---------|
| 2 | 319 du | 100,000 sf | - | - | 1,640 |

Note: du = dwelling units, sf = square feet

Fig. 10 Illustrative Land Use Plan – Phase 2

Phase 2
Phase 1
Mixed Use

0    50    100    200 ft





Retail (134,500 sf)
Hotel (22,000 sf)
Residential (30,000 sf)
Parking

Fig. 12 Illustrative Plan - Level 2





Retail (220,500 sf)
Hotel (22,000 sf)
Parking

Fig. 11 Illustrative Plan - Level 1



Hotel (113,000 sf)
Residential (457,500 sf)
Buildings Below

Fig. 14 Illustrative Plan - Level 7 to 11



Hotel (113,000 sf)
Residential (396,000 sf)
Buildings Below

Fig. 13 Illustrative Plan - Level 3 to 6

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 33 of 98
Order: doc Comment:



Fig. 16 Illustrative Plan - Level 13 to 14

Residential (25,500 sf)

Buildings Below

Fig. 15 Illustrative Plan - Level 12

Hotel (28,250 sf)

Residential (106,250 sf)

Buildings Below

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 34 of 98
Order: doc Comment:



### Fig. 17 FAA Building Height Limit

Figure 17 shows building height limits of Federal Aviation Administrator's Regulation Part 77 Subpart C requirements. This regulation ensures safe air traffic by limiting the building height, material, and land uses that may interfere with air travel.



####' Height at Average Ground Level
####' Height at Above Mean Sea Level
———— FAA Height Limit
———— FAR Part 77 Contour

0    50   100                    200 ft



Description: Orange,CA Document - Year.DocID 2008.537057 Page: 35 of 98
Order: doc Comment:



Fig. 18a Facing East

Fig. 18b Facing South

Note: Figure 18a-b do not reflect required height restrictions if there are retained or remaining single-family uses on Melrose Street or Beamer Avenue. See Figures 19a-b for building height restrictions adjacent to single-family residential uses.

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 36 of 98
Order: doc Comment:

EXHIBIT A
PAGE 36



ht limit = 15 ft max.

ht limit = 50 ft + 1:1 slope max.

R-6 PL. = Property line at single-family residential zone

### Fig. 19a-b Building Height Limit

Building heights are also limited by proximity to single-family properties. In case the residential properties on site are not occupied at time of development, the following height limits apply:

- Buildings located within 50 feet of single-family residential property shall be limited to 15-foot maximum height limit. Buildings located at a distance greater than 50 feet from single-family residential property shall be limited to 50-foot height plus 1 additional vertical foot for every horizontal foot separation from single-family residential property (1:1 slope).

Retained single-family residences may remain as legal conforming uses and enjoy all the rights, privileges, and requirements of the Buena Park Zoning Code RS-6 (Single-Family Residential) zone criteria.

If, at time of development, the residential properties to the north of Melrose Street and east of Brenner Avenue remain single-family residential uses, the height limits shown in Figure 19a shall apply.

If, at time of development, both the existing residential uses to the south and north of Melrose Street as well as to the east and west of Brenner Avenue remain single-family residential height limits shown in Figure 19b shall apply.

Fig 19a

Fig 19b

135'-0" T.O.R.

80'-0" T.O.R.

50'-0"

15'-0"

0'-0" STREET

50 ft setback from R-6 PL.

Residential Towers Beyond

Park Lane

Residential

Parking

Subterranean Parking

Fig. 19a Height Limit

development site

slope 1:1

RS-6 single family zone

50'-0" setback PL.

50'-0"

15'-0"

0'-0" STREET

50 ft setback from R-6 PL.

Residential Towers Beyond

Promenade

Subterranean Parking

Fig. 19b Height Limit

development site

slope 1:1

50'-0" setback PL.

RS-6 single family zone



Legend:
☐ Residential
■ Commercial
☐ Retail or Office
☐ Hotel
☐ Parking
···· Represents residential uses that may be replaced with office uses.

Notes:
These figures do not reflect setback requirements for any required or adjacent single-family residential uses.

Fig. 20a-d Aerial Perspectives – Phase 1

20a. View facing northeast.
20b. View facing southeast.
20c. View facing northwest.
20d. View facing southwest.



Residential
Commercial
Retail or Office
Hotel
Parking

21a. View facing northeast. Buildings at the corner of Orangethorpe Avenue and Beach Boulevard activate the major intersection by framing the Urban Lounge and reveal glimpses of people shopping along the Promenade.

21b. View facing southeast. Patrons can enter the retail center from Beach Boulevard. Residential towers above two-story retail on Beach. The setback of these buildings provide a linear park, wide sidewalk, street trees, streetlights with banners, and other street improvements along Beach Boulevard.

21c. View facing northwest. An entrance along Orangethorpe Avenue leads to the Urban Lounge. Buildings along Orangethorpe Avenue comprise residential or office towers, ground-level retail, and a landmark hotel. Buildings provide rooftop gardens, overlooks, and other amenities.

21d. View facing southwest. The residential towers along Bleaner and Melrose are divided and set back to create a variety of open spaces above retail buildings.

Note: These figures do not reflect setback requirements for any retained or adjacent single-family residential uses.

Fig. 21a-d Aerial Perspectives - Phase 2

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 39 of 98
Order: doc Comment:

# Alternative Designs

## Alternative Design #1 - Arena-hybrid Scheme

A blend of pedestrian and traditional street organization provides the basis for the Arena scheme with a pedestrian focused retail plaza and a conventional street and block periphery. The centrally located retail plaza provides an activity area encompassed by retail and dining opportunities and formal and informal entertainment venues. Beyond the retail plaza mid-rise residential and hotel blocks rise from the street to frame the project. Each residential/hotel block contains garden terraces and roofs.

List of associated graphics:
- Site plan
- Four (4) land use plans by floor/level
- Land use axon
- Six (6) perspectives



Fig. 22a Arena Plan

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 40 of 98
Order: doc Comment:





LVL 02 + 20.0'

| | | |
|---|---|---|
| ■ Retail | 109,850 sf | |
| ■ Hotel | 33,850 sf | |
| ■ Theater | 20,000 sf | |
| ▨ Residential 1 | 38,500 sf | |
| ▨ Residential 2 | 27,000 sf | |
| □ Parking | 330 cars | |

Fig. 22c Arena Plan – Level 2



LVL 01 ± 0.0

| | |
|---|---|
| ■ Retail | 213,500 sf |
| ■ Hotel | 14,500 sf |
| ■ Theater | 40,000 sf |
| □ Parking | 330 cars |

Fig. 22b Arena Plan – Level 1
(The Arena Plan provides for 2,900 parking spaces in 2 levels of subterranean parking)



LVL 10 + 120.0' & above

☐ Residential¹            76,000 sf



Fig. 22e Arena Plan - Level 10 and Above



LVL 03 + 30.0' - LVL 09 + 110.0'

| | |
|---|---|
| ▨ Hotel | 139,000 sf |
| ▨ Residential 1 | 250,200 sf |
| ▨ Residential 2 | 94,500 sf |
| ☐ Residential 3 | 87,600 sf |
| ☐ Residential 4 | 55,600 sf |
| ☐ Parking | 430 cars |

Fig. 22d Arena Plan - Level 3 to 9



Retail
Hotel
Theater
Residential

ORANGETHORPE AVE.

BEACH BLVD.

Fig. 22g Arena Axonometric by Land Use

Fig. 22h Aerial view of Arena scheme from
Brenner Avenue and Melrose Street

Fig. 22f Aerial view of Arena scheme from Beach
Boulevard and Orangethorpe Avenue

Fig. 22i View of the Arena from hotel



Fig. 22k View of internal street and residential towers

Fig. 22j View of Arena scheme from second level retail toward hotel



Fig. 22l View of arena space toward central retail space

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 44 of 98
Order: doc Comment:



Fig. 23a Strata Plan

## Alternative Design #2 - Strata-street Scheme

Strata uses sedimentary layers to transform from a traditional retail base to residential uses with precisely placed towers above. Two main streets bisect the scheme to provide "traditional" grid-based access and circulation to and from the site. Strata welcomes users with a park plaza, set on the corner at Beach Boulevard and Orangethorpe Avenue, which reveals glimpses of the activity and life within and provides the organizing element of the project. The sedimentary layers of residential shift and move providing variety of product and a mix of semi-private and private gardens. Situated high above the retail base are the residential towers that peer down on the green layer that blankets the site.

List of associated graphics:

- Site Plan
- Four (4) Lease Plans
- Land Use Axon
- Six (6) perspectives

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 45 of 98
Order: doc Comment:

EXHIBIT A
PAGE 45



LVL 02 +20.0'

Retail / 132,561 sf
Commercial 15,500 sf
Hotel 34,692 sf

Parking 316 cars

Fig. 23c Strata Plan - Level 2

LVL 01 ±0.0

Retail / 227,690 sf
Commercial 7,600 sf
Hotel 13,421 sf

Parking 316 cars

Fig. 23b Strata Plan - Level 1
(The Strata Plan provides for 2,100 parking spaces in 2 levels of subterranean parking)



Fig. 23e Strata Plan - Level 4 to 9

LVL 04 + 50.0'

Hotel                17,050 sf
Commercial           16,500 sf
Residential          151,700 sf

Fig. 23d Strata Plan - Level 3

LVL 03 + 40.0'

Hotel                15,300 sf
Commercial           15,500 sf
Residential          95,350 sf
Parking              339 cars





Fig. 23g Strata Axonometric with Land Use



Fig. 23h Aerial view of Strata from Brenner Avenue and Melrose Street



Fig. 23f Aerial view of Strata from Beach Boulevard and Orangethorpe Avenue



Fig. 23j View of central open space facing retail and residential towers beyond



Fig. 23k View of internal street and central open space with residential towers beyond



Fig. 23i View of Strata toward residential towers



Fig. 23l View of commercial retail and residential towers as seen from Melrose Avenue

## Alternative Design #3 - Wedge- pedestrian Scheme

The Wedge, inspired by Italian Hill towns, engages the pedestrian from the street level at Beach Blvd, through the retail center, up to the residential gardens and towers beyond, allowing visibility from the street. Meandering paths that converge at active public spaces, organized within a main-street spine, crisscross the retail center. Encompassing the retail center is a semi circle of mid-rise residential and hotel uses. Set beyond, are the residential towers, each set within a unique landscape. From the street to the towers, the entire project is overlapped with a lushly planted landscape.

List of associated graphics:

- Site Plan
- Four (4) Lease Plans
- Land Use Assn
- Six (6) perspectives

**Fig. 24a Wedge Plan**



Melrose Street

Brenner Avenue

Orangethorpe Avenue

Beach Boulevard

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 50 of 98
Order: doc Comment:





LVL 02 ± 20.0'

| | | |
|---|---|---|
| ■ Retail | 123,400 sf | |
| ■ Hotel | 16,100 sf | |
| □ Residential 1 | 66,300 sf | |
| □ Parking | 890 cars | |

Fig. 24c Wedge Plan - Level 2



LVL 01 ± 0.0'

| | | |
|---|---|---|
| ■ Retail | 75,200 sf | |
| ■ Hotel | 24,200 sf | |
| ■ Theater | 36,600 sf | |
| □ Residential 1 | 75,400 sf | |
| □ Parking | 1,270 cars | |

Fig. 24b Wedge Plan - Level 1
(The Wedge Plan provides for 960 parking spaces in 1 level of subterranean parking)





LVL 04 + 60.0'  & above

Hotel                113,900 sf

Residential 2        83,100 sf
Residential 3        155,100 sf
Residential 4        66,600 sf
Residential 5        74,200 sf
Residential 6        64,600 sf

Fig. 24e Wedge Plan - Level 4 and above





LVL 03 + 40.0'

Retail               109,700 sf
Hotel                24,600 sf
Theater              21,400 sf

Residential 1        52,300 sf
Residential 2        24,000 sf

Parking              430 cars

Fig. 24d Wedge Plan - Level 3

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 52 of 98
Order: doc Comment:



Fig. 24g Wedge Axonometric with Land Use

Fig. 24f Aerial view of Wedge scheme from Beach Boulevard and Orangethorpe Avenue

Fig. 24h Aerial view of Strata from Brenner Avenue

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 53 of 98
Order: doc Comment:



Fig. 24j View of ramps and axial alleyways framed by buildings



Fig. 24k View of varying levels of connecting public plazas



Fig. 24i View of axial path and curved building



Fig. 25 Guiding Principles Diagrams

# CHAPTER 4
## Guiding Principles

We will use approach to development of this site via the following guiding principles as detailed in Figure 22 Guiding Principles Diagram).

1. Reinforce intersection at Beach and Orangethorpe as an Identity/Opportunity

2. Reinforce Beach Boulevard as a unique linear streetscape connecting to the Civic Center and the Entertainment Corridor

3. Break down the block to create a variety of streets and/or pedestrian ways to enhance the retail experience while preserving a vibrant neighborhood

4. Provide focal interest

5. Maximize retail fronts at the street level experience.

6. Maximize visual access.

7. Direct access from Beach Boulevard and Orangethorpe Avenue

8. Create residential entry at the street level

9. Create places for people to gather on and above the street level

① Reinforce intersection
② Beach Boulevard as parkway
③ Break down the block
④ Provide focal interest
⑤ Maximize street-level retail front
⑥ Maximize visual access
⑦ Direct access from Beach Blvd and Orangethorpe Ave
⑧ Residential entries at street level
⑨ Multi-level gathering spaces

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 55 of 98
Order: doc Comment:



Description: Orange,CA Document - Year.DocID 2008.537057 Page: 56 of 98
Order: doc Comment:



# CHAPTER 5
## Character Images

The following pages include character images and descriptions that capture the essence of the various places within the proposed development:

- The Gateway
- Urban Lounge
- Promenade
- Strata
- Beach Boulevard Parkway
- Park Lane
- Rooftop Experience
- Neighborhood Edge



## Gateway

The corner of Beach Boulevard and Orangethorpe Avenue offers a unique "Identity Opportunity" at the northern tip of the Entertainment Corridor of Buena Park. The opportunity may be expressed as a "Framed Gateway", creating a view into the development from a heavily travelled intersection. The frame should be expressed with striking architectural features creating a space that is inviting as well as iconic.



Reinforce intersection

Guiding Principles



*Iconic*

# The Gateway

*Framed Views*





*Inviting*



*Eventful*

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 58 of 98
Order: doc Comment:



Perspective of Buildings at Main Entry

EXHIBIT A

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 59 of 98
Order: doc Comment:





### Urban Lounge

The plaza should be a vibrant and unique gathering space that incorporates innovative areas of interest and enhanced lighting, materials, textures, street furniture, performance spaces, water features, and other site amenities. Storefronts and façades should encompass distinct quality and character and provide an experiential frontage.









Provide focal interest

Guiding Principles

Credit: EDAW, Inc. in collaboration with Balmori Associates

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 60 of 98
Order: doc Comment:



Perspective at the Union Lounge

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 61 of 98
Order: doc Comment:



## Promenade

The Promenade comprises the prime retail experience. This curved street unveils incrementally and connects a variety of spaces throughout the development. Shops, restaurants, residential towers and parking access this street to create a lively and richly detailed amenity for the development. Street width variation incorporating cars and people creates interest through expansion and contraction.

- Continuous Space
- Multi-Faceted
- Highly Detailed



Promenade

Maximize street level retail

Guiding Principles





## Strata

The strata is a retail street that forms an active and dense shopping experience filled with boutique stores and restaurants located off of Beach Boulevard.

- Engaging
- Stimulating
- Exciting

Strata

active

Urban

Direct access from arterial roads

Guiding Principles

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 64 of 98
Order: doc Comment:



Perspective of the Strata

# Beach Blvd
# Parkway

Beach Boulevard as parkway

Guiding Principles

## Beach Boulevard Parkway

The design of the Boulevard creates a specialized and evolving environment at a pedestrian scale as a unique and distinct experience, expressed physically in various ways.

- Articulation/Details/Forms/Textures
- Visual Presence
- Landforms/Sculpted Space
- Softscape/Hardscape Contrast
- Varying Setback
- Hierarchical Landscape Forms
- Public Art
- Decorative Sidewalks



*Formal*

*Meandering ... Sculpted Space*



Perspective at Booch Boulevard

Park Lane

Intimate

Diverse

Safe

The Park Lane provides the unique experience of pedestrian pathways, passages and/or paseos with rich details including diverse textures and materials. The pathways act as market's by day and cafes at night, offering intimate and social experiences that provide a wide variety of places for people to discover and linger.

- Details
- Warm
- Friendly

Break down the block

Guiding Principles



Description: Orange,CA Document - Year.DocID 2008.537057 Page: 69 of 98
Order: doc Comment:



# Rooftop Experience

Rooftops of the building structures take advantage of opportunities to provide views with a wide variety of unique spaces serving as programmed platforms in the air. From semi-private to semi-public, the rooftops incorporate dining, nightlife, sculpture gardens, outdoor movies, and other creative features to take advantage of the unique environment.

- Enlightening
- Invigorating
- Attractive
- Intriguing

# Rooftop Experience



Maximize visual access — Guiding Principle

Multi-level gathering spaces



Fascinating



Description: Orange,CA Document - Year.DocID 2008.537057 Page: 70 of 98
Order: doc Comment:



Description: Orange,CA Document - Year.DocID 2008.537057 Page: 71 of 98
Order: doc Comment:

## Neighborhood Edge

The buildings facing existing residential streets are designed to create a pedestrian-friendly environment for customers, clients, guests, and neighbors. To make the scale of the buildings hospitable, buildings facing streets shall be set back and/or treated to reduce the scale, massing, and height. The street should be well-landscaped with ample sidewalk width to accommodate walking, outdoor seating and awnings. Entry to parking and service entrances should be designed to ensure pedestrian safety and continuous building façade.

- Strolling
- Inviting
- Neighborhood-oriented

*Personal*

*Neighborhood Edge*

*Quaint*

Provide entry at street level

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 72 of 98
Order: doc Comment:



# CHAPTER 6 Grading Plan

The development site is a relatively flat area at 77 feet above mean sea level (MSL) with 80 feet above MSL of its highest point, the center of the development site (Figure 26 Illustrative Grading Plan). Refer to Chapter 10 Development Standards for grading standards and objectives.

Fig. 26 Illustrative Grading Plan

FF = Finished Floor
TC = Top of Curb



# CHAPTER 7
# Circulation Plan

## Circulation and Public Transportation

The proposed development is served by Orange County Transportation Agency (OCTA) Bus Number 29, which travels north and south along Beach Boulevard, OCTA Bus Number 30, which travels east and west along Orangethorpe Avenue, and Los Angeles County Metro Bus Number 260, which travels between Los Angeles and Orange County. Bus rapid transportation is also planned along Beach Boulevard with a station located at the intersection of Beach and Orangethorpe. The City is also planning a local bus to connect the Buena Park MetroLink station to City Hall located two blocks north of the development site.

## Circulation Plan Goals

The Circulation plan aims to achieve the following goals:

1. Provide an urban retail experience
2. Create retail circulation that avoids inactive space
3. Design circulation around public spaces
4. Provide appealing pedestrian-only experiences to encourage and enhance the walking experience through the use of parkways, plazas and lanes.
5. Allow vehicular access and street address, where possible, to retail frontages and residential entry points.

## Entry Points

Figures 24 and 25 Circulation Plans represent potential locations for access and parking. Development plans may provide for access from Beach Boulevard, Orangethorpe Avenue, Melrose Street, and Brenner Avenue.

## Internal Circulation

### Phasing

Phase 1 introduces several new streets to provide vehicular and pedestrian connection from Beach Boulevard and Orangethorpe Avenue. Park Lane is a two-lane street that travels north and south and connects drivers and pedestrians from Orangethorpe Avenue to the Urban Lounge where it meets the curve of Promenade. North of the Urban Lounge, Park Lane turns into a pedestrian-only street. The Strata is a two-lane, east-west street with minimum 15-foot wide sidewalks. In Phase 1, a temporary north-south street provides ingress and egress from the Strata to Melrose Street, and Promenade terminates at the Strata.

In Phase 2, Promenade extends past the Strata to Melrose Street, functions as a wider street to accommodate larger retail spaces. The street accommodates vehicular traffic and includes wide sidewalks. The temporary street will be replaced with buildings in Phase 2. The area where Park Lane meets Promenade is a Valet Lounge, where visitors can be dropped off.

A valet drop all area located off of Park Lane near Orangethorpe Avenue services the hotel. Shoppers and visitors access parking from Melrose Street, and service vehicles access service entrances from Brenner Avenue.

See Chapter X Development Standards and Objectives for circulation standards and objectives.

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 75 of 98
Order: doc Comment:



Fig. 27 Illustrative Circulation Plan – Phase 1

The illustrative circulation plan shown in Figure 27 and 28 shows vehicular circulation to convey the intended detail for actual development plans. Actual circulation may differ from the illustrative circulation plans.

Phase 1 Boundary
Arterial Road
Existing Local Road
On-Street Parallel Parking
New Interior Road
Pedestrian Only Street
Service Entrance
Parking Entrance
Valet Drop-Off
Parking
Bus Stop

0  50  100  200 ft

Fig. 28 Illustrative Circulation Plan - Phase 2

Phase 2 Boundary
Arterial Road
Existing Local Road
On-Street Parallel Parking
New Interior Road
Pedestrian Only Street
Service Entrance
Parking Entrance
Valet Drop-Off
Parking
Bus Stop

0    50    100    200 ft

# CHAPTER 8
# Infrastructure and Public Facilities Plan

## Wet Utilities

The proposed development will require new water, sewer, and drainage lines as shown in Figure 29 Utilities Plan.

## Sewer Drainage Infrastructure

The sewer infrastructure section is derived from Sewer Drainage Report for Beach and Orangethorpe Mixed Use Development Project prepared by Psomas dated May 6, 2008.

The following measures are anticipated to accommodate the sewage generated by the development.

• Sewage will be discharged from this site to the existing 39" sewer trunk line in Orangethorpe Avenue.

• An existing 6-inch lateral which currently connects to a 72-inch manhole in Orangethorpe will need to be replaced with a 12-inch lateral. On site 8-inch and 10-inch sewer mains will be constructed to convey the discharge from the site to the 12" lateral.

## Storm Drainage Infrastructure

The storm drainage infrastructure section is derived from Storm Drainage Report for Beach and Orangethorpe Mixed Use Development Project prepared by Psomas dated June 26, 2008. Construction of the proposed project will include the following improvements to the storm drain facilities located in Beach Boulevard to provide protection from flooding for 25-year frequency storms and to comply with the City of Buena Park 25-year storm requirements:

• With city and county approval, construction of bioswales in landscaped areas and porous pavers in hardscaped areas located away from underground parking structures,

• With city and county approval, installation of storm water management structure to detain and treat the storm runoff allowing it to discharge at a slower rate and minimize the impact to county facilities.

• Construction of various storm drain and inlet structures on site to minimize and/or eliminate trash, oils, and sediments from entering the Fullerton Creek Channel.

• Construction of all buildings one foot minimum above the theoretical 100-year flood water surface elevation to ensure protection of structures.

• High-width street improvements to Beach Boulevard from Orangethorpe Avenue to Melrose Street will include pavement rehabilitation, curb and gutter replacement, sidewalk, and upgrading landscaping and irrigation.

• Reconstruction of existing storm drain facilities from 18- to 27-inch in diameter to 27- to 54-inch reinforced concrete pipes.

• Replacement of existing grate inlets for curb opening catch basins.

• Provision of new on-site storm drain pipes to convey the drainage to the main system in Beach Boulevard to add additional capacity for 25-year storm events.

• Increase 18-inch corrugated metal pipe at intersection of Melrose Street and Bremner Avenue to 24-inch pipes.

• Reconstructing the storm drain facilities in Beach Boulevard from Orangethorpe Avenue to the Fullerton Creek Channel, assuming a replace in place option is utilized, with no utility conflicts. The new storm drain would be deeper than the existing allowing adjacent and tributary storm drains mains to be reconnected to the new storm drain. Coordination and permits will be obtained from Caltrans and Orange County Flood Control. A detailed schedule for design, permitting and construction needs to be prepared and evaluated to assess cost and impact to the community.

• In the event of a storm with a frequency greater than the 10-year, 25-year, and 100-year or greater design frequency, the site should be designed to drain overland onto Beach Boulevard, thus ensuring that stormwater can flow toward the Fullerton Creek Channel as a secondary flow outlet.

The above improvements as a result of the proposed development will not only benefit the development but the surrounding community by replacing existing insufficient storm drain main line within Beach Boulevard from Orangethorpe Avenue to Fullerton Creek Channel without changing current drainage pattern and boundaries.

## Water Quality

The following water quality measures are derived from the Preliminary Water Quality Management Plan (WQMP) Beach and Orangethorpe Mixed Use Development Project dated June 27, 2008. The proposed development will also comply to the revised WQMP as they are available.

To ensure minimal impact to water quality of receiving water bodies, the following measures will be implemented prior to, during, and post construction:

• During construction and post-construction, the proposed development will comply with National Pollutant Discharge Elimination System (NPDES) and Drainage Area Master Plan (DAMP) requirements by incorporating post construction best management practice options presented in the Water Quality Management Plan (WQMP) which are intended to reduce pollutant loads to the maximum extent practicable.

• Before the construction phase of the development, a Storm Water Pollution Prevention Plan (SWPPP) will be prepared that uses construction best management practices to reduce pollutant loads during the construction phase and states the type, location, and quantity of best management practices to be used.

• Best management practices used within Caltrans right-of-way (along Beach Boulevard) will be designed in accordance with the latest edition of the Caltrans Water Quality Handbook and Storm Water Quality Handbook Design Guide.

• In Caltrans right-of-way, construction related best management practices such as but not limited to sandbags and silt fences will be used.

• Dewatering shall be required during post construction.

• Construction dewatering shall be treated prior to discharge into the local storm drains.

• Dewatering from post-construction shall be collected through a sub-drain system around the perimeter of the structure, collected in a sump dedicated for ground water only and may be discharged directly to the storm drain.

• Water within the structure that comes from the floor slabs or other parts of the interior portion of the structure may not be combined with the ground water and will be directed to a separate sump to be treated prior to discharging it into the storm drain or sanitary sewer depending on permitting agency's requirements.

To accommodate the additional water demand the following water facilities improvements are anticipated:

• Construction of 12-inch water pipelines along Bremner Avenue and Melrose Street for fire protection.

• Provision of 12-inch pipelines within the development site as required for fire protection.

## Dry Utilities

Refer to Figure 29 Utilities Plan for dry utility locations.

## Southern California Edison

Southern California Edison Company (SCE) is the local provider of electricity within the area of the development site. SCE has existing distribution facilities within the Project's boundary roadways, and the anticipated electric loads of the Project are within the parameters of the projected load growth which SCE is planning to meet in this area during the decade of the 2000's. Service would be provided in accordance with SCE's rules and tariffs on file with the California Public Utilities Commission.

The proposed development may require the following modifications and/or improvements:

• Termination and removal of existing on-site, cancelled, service facilities.

• Relocation, conversion and/or protection in place of existing on-site distribution facilities servicing the existing residential areas along Melrose Street and Bremner Avenue, currently routed along the rear yards, prior to grading.

• Relocation and/or adjustment of existing substructure systems on the east side of Beach Boulevard prior to, or during, the grading operation. Utility work conducted on Beach Boulevard may require permitting through Caltrans.

• Relocation, conversion of aerial street light facilities, and/or addition of street lights along Beach Boulevard, Melrose Street, Bremner Avenue and Orangethorpe Avenue.

• New business extension(s) from existing facilities on the west side of Beach Boulevard and/or Orangethorpe Avenue. This would include the placement of underground conduit and substructures in order to service the development site.

• New business extensions within the development site may consist of a looped system. SCE, in order to maintain adequate system integrity, may utilize multiple source connections. The new mainline system(s) on-site would be connected to the

Fig. 29 Illustrative Utilities Plan

**Dry Utilities**

- — — Existing Electricity
- — — Existing Telephone
- — — Existing TV
- —— Existing Overhead TV, Telephone, and Electrical lines
- —— Proposed Gas Line
- — — Existing Gas Line
- ······ Proposed Electrical Line
- — — Existing Electrical Line

**Wet Utilities**

- ———— Proposed Storm Water Line
- — — Existing Storm Water Line
- ———— Proposed Sewer Line
- — — Existing Sewer Line
- ······ Proposed Water Line
- — — Existing Water Line

(E) = Existing
(P) = Proposed

existing distribution facilities in Beach Boulevard, Orangethorpe Avenue, Melrose Street and/or Brenner Avenue.

### Southern California Gas Company

Southern California Gas Company (The Gas Company) is the local provider of natural gas within the area of the development site. The Gas Company has existing gas mains and capacity in various locations within the roadways surrounding the Project location. The availability of natural gas service is based on the conditions of gas supply and regulatory agencies. Service would be extended in accordance with The Gas Company's policies and extension rules on file with the California Public Utilities Commission.

The proposed development may require the following modifications and/or improvements:

- Termination and removal of existing on-site, cancelled, service pipe and meter(s).
- Relocation of existing main(s) determined to be in conflict with proposed site improvements, i.e., storm drain facilities, sewer connections, light standards, trees and other landscape bordering the development site. Natural gas mains in a road right-of-way are typically relocated to a new position within the road right-of-way.
- New business mains extensions within the development site may consist of looped system. The Gas Company, in order to maintain adequate pressure and volume may utilize multiple source connections. The new mains on-site would be connected to existing mains in Beach Boulevard, Orangethorpe Avenue, Melrose Street and Brenner Avenue.

### Time Warner Cable

Time Warner Cable, Inc. (TWC) is the local provider of cable television, including high speed internet access and telecommunications within the area of the development site. TWC has existing underground distribution and trunk facilities along the east side of Beach Boulevard, and the south side of Orangethorpe Avenue.

Additionally, TWC has aerial facilities within the Project's boundary current servicing, from the rear yards, the residential area along Brenner Avenue and Melrose Street. TWC has stated that the existing substructure and facilities has the capability to support the increase in demand.

The proposed development may require the following

modifications and/or improvements:

- Termination and removal of existing on-site, cancelled, service cable.
- Relocation, conversion and/or protection in place of existing on-site distribution facilities servicing the existing residential areas along Melrose Street and Brenner Avenue, currently routed along the rear yards, prior to grading.
- New business extension(s) from existing facilities on the east side of Beach Boulevard and/or south side of Orangethorpe Avenue. This would include the placement of underground conduit and substructures in order to service the development site. TWC will provide the conduit and overall system construction for new business extensions on-site.

### AT&T

AT&T is the local provider of telephones, including high speed internet access and video within the area of the development site. AT&T has existing underground distribution facilities along the west side of Beach Boulevard and the south side of Orangethorpe Avenue. Additionally, AT&T has aerial facilities within the Project's boundary current servicing, from the rear yards, the residential area along Brenner Avenue and Melrose Street. AT&T has stated that the existing substructure has the capability to support the increase in demand. The added capacity may require equipment changes for increasing capacity to the AT&T Central Office for the area. These modifications are provided with proposed growth of this type.

The proposed development may require the following modifications and/or improvements:

- Termination and removal of existing on-site, cancelled, service cable.
- Relocation, conversion and/or protection in place of existing on-site distribution facilities servicing the existing residential areas along Melrose Street and Brenner Avenue, currently routed along the rear yards, prior to grading.
- New business extension(s) from existing facilities on the west side of Beach Boulevard and/or south side of Orangethorpe Avenue. This would include the placement of underground conduit and substructures in order to service the development site.



- Provide parking structures with interesting façade design, clear signage, and circulation that ensures safety to users. (Policy C12)

# CHAPTER 9 Development Objectives and Standards

Development objectives and standards establish the design and development intent of the proposed development. Refer to Figures 8 to 10, Illustrative Land Use Plans and phase numbers and **Figure 37a Illustrative Open Space Plan** for potential hardscape and softscape locations.

Development **standards** are mandatory items that are required and **objectives** state the development or design intent that may be met through various measures.

## Site Design



▲◀ Provide unique signage and storefront design (ST-7)

| No. | Phase | Site Design Standards |
|---|---|---|
| ST-1 | 1, 2 | Retained single-family residences may remain as legal conforming uses and enjoy all the rights, privileges, and requirements of the Buena Park Zoning Code RS-6 (Single-Family Residential) zone criteria. |
| ST-2 | 1, 2 | Buildings located within 50 feet of single-family residential property shall be limited to 15-foot maximum height limit. Buildings located at a distance greater than 50 feet from single-family residential property shall be limited to 50-foot height plus 1 additional vertical foot for every horizontal foot separation from single-family residential property (1:1 slope). |
| ST-3 | 1, 2 | Five-acre minimum lot size to qualify for development density greater than RS-6 (Single-Family Residential) up to six units per acre). |
| ST-4 | 1, 2 | No buildings developed within the Beach and Orangethorpe Mixed Use Specific Plan area will be allowed to penetrate the FAA Part 77 imaginary surfaces for Fullerton Municipal Airport. |
| ST-5 | 1, 2 | A minimum of 350,000 square feet of open area amenities as rooftop gardens (private or public), outdoor eating, observation decks, water elements, art, and a variety of other enhancements and entertainment-oriented activities. |
| ST-6 | 1, 2 | Vehicular entrances to parking located along Brenner Avenue and Melrose Street and service, loading, and staging areas must be designed to minimize negative impacts to surrounding uses. |
| ST-7 | 1, 2 | Elevations facing street-level residential uses must have unique and interesting façades and signage, and neighborhood-oriented retail uses. |
| ST-8 | 1, 2 | Residential and commercial uses are permitted. Permitted commercial uses include those allowed in Commercial General (CG), Community Shopping (CS), and Office (CO) zones (See Section Table 19.512.010 of the Zoning Code). Conditional uses as well as any use requiring an Alcoholic Beverage Control license will be considered via the interdepartmental Review process, to include appropriate conditions of approval. |
| ST-9 | 1, 2 | Continuous retail façades with zero setback and storefronts of 25 to 30 feet width to create a dense shopping environment. Storefront width may exceed 25 to 30 feet width with incorporation of transparency, visual interest, additional entrances, and landscaping. |

| No. | Phase | Site Design Objectives |
|---|---|---|
| OB-1 | 1 | Enhanced gateway entries to frame views into the retail and pedestrian areas. |
| OB-2 | 1 | Hierarchy of massing and architecture to emphasize main pedestrian entrances. |
| OB-3 | 1, 2 | "Natural access control" by designing clear entry points. |
| OB-4 | 1, 2 | Define private and public spaces with design and programs |
| OB-5 | 1, 2 | Buildings and activities must be placed to maximize visibility and promote social interaction. |
| OB-6 | 1, 2 | Varied building setback along Beach Boulevard. |
| OB-7 | 1, 2 | Vary size and design of public spaces from larger open spaces to quieter intimate areas. |
| OB-8 | 1, 2 | Ensure wide sidewalks to allow adequate area for street furniture. |
| OB-9 | 1, 2 | Ensure easy access from ground-floor public spaces and second-level with well-lit stairs or escalators. |
| OB-10 | 1, 2 | Provide interactive outdoor fountains or artwork at public plazas. |
| OB-11 | 1, 2 | Public access to multiple levels of retail. |
| OB-12 | 1, 2 | Opportunities for outdoor activities along pedestrian walkways. |

## Building Design

| No. | Phase | Development Objectives |
|---|---|---|
| OB-13 | 1, 2 | Residential towers above retail platforms. |
| OB-14 | 2 | Storefronts along the Promenade with retail south of the Strata with transition to design and scale of uses matching development north of the Strata. |
| OB-15 | 1, 2 | Building elevation and massing with consideration of the view of the backdrop as seen from the roof gardens, vehicles along streets, and at street level as pedestrians. |
| OB-16 | 1, 2 | Mix of uses to encourage daytime and nighttime activities. |
| OB-17 | 1, 2 | Transparent materials at storefronts to allow visibility into/through buildings. |
| OB-18 | 1 | Pedestrian bridges to connect second-level outdoor spaces among buildings to enhance circulation and connect uses. |
| OB-19 | 1 | Design façades and storefronts to accommodate outdoor gathering and eating space. |
| OB-20 | 1 | Landmark/iconic towers and building design as viewed from the I-5 and SR-91 freeways, Beach Boulevard, and Orangethorpe Avenue. |
| OB-21 | 1, 2 | Integrate residential tower entries with parking and with retail areas. |
| OB-22 | 1 | Modern, creative, multi-faceted, and unique building design. |
| OB-23 | 1, 2 | Beach Boulevard building design to accommodate future streetscape improvements to Beach Boulevard per Caltrans and City approval. |
| OB-24 | 1 | Buildings with enhanced design on all sides. |
| OB-25 | 1, 2 | Design dramatic building features to define entry pathways and public spaces as well as to emphasize pathways and second-story building entrances. |



▲ Vary size and design of public spaces from longer adequate spaces to quieter intimate areas (OB-7)

▲ Ensure wide sidewalks to allow adequate area for street furniture. (OB-8)



▲ Ensure easy access from ground-floor public spaces and second-level with well-lit stairs or escalators. (OB-9)

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 82 of 98
Order: doc Comment:



**Fig. 30a Illustrative Open Space Plan**

The illustrative open space plan shows potential layout of public and private hardscape, softscape, landscape, and pool areas. The open space plan shows the design intent for a wide variety of uses of rooftop spaces at various levels, including outdoor gardens, pool and water features, art, and gathering areas.

Actual open space and landscape design may differ from illustrative plan.

Pool Area

Hardscape Area (semi-public)

Hardscape Area (public)

Softscape (public)

Softscape (semi-public)

Softscape (private)

Trees

**Fig. 30b Illustrative Open Space Plan - Area**

**Figure 30b Illustrative Open Space Plan - Area** shows an estimated calculation and distribution of open space amenities throughout the development.



a = 7,500 sf
b = 12,860 sf
c = 40,400 sf
d = 19,700 sf
e = 32,100 sf
f = 18,700 sf
g = 16,200 sf
h = 10,400 sf
i = 30,700 sf
j = 37,600 sf
k = 24,900 sf
l = 28,300 sf
m = 50,000 sf
n = 13,200 sf
o = 18,700 sf
p = 14,200 sf
q = 17,200 sf

Total = 392,600 sf

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 83 of 98
Order: doc Comment:

Credit: EDAW, Inc. in collaboration with Balmori Associates



Ensure a rich outdoor environment through the ample use of a wide range of site-specific plants. (OB-33)

## Open Space

| No. | Phase | Open Space Standards |
|---|---|---|
| ST-10 | 1 | Provide Public plazas, terraces, and garden areas with focal points including water elements, performance areas, and public art. |
| ST-11 | 1 | Variety of public art, water features, iconic sculpture to emphasize the Urban Lounge as the focal point and transform space into an outdoor gallery. |
| ST-12 | 1 | Significant main entrances at Beach Boulevard and Orangethorpe Avenue with public art, lighting, and gateway architecture. Entry plazas with enhanced hardscape design and public art. |
| ST-13 | 1, 2 | Groupings of trees, hierarchy of planting, and street furniture to promote outdoor dining and socializing. |
| ST-14 | 1, 2 | Detailed streetscapes including abundant street trees, raised planters, ample outdoor seating, street furniture, enhanced lighting, and other amenities. |
| ST-15 | 1, 2 | Provide 50 sf of residential private open space per dwelling unit. |
| ST-16 | 1, 2 | Provide 350 sf of residential open area amenities per dwelling unit. If no residential units are developed, provide a total of 350,000 sf of open area amenities. Open area amenities may include active and passive recreation uses and amenities (both indoors and outdoors), including, but not limited to, swimming pools, spa/jacuzzi, barbecue and food preparation areas, landscape and turf areas, play equipment and tot-lot areas, gardens (public or private), event spaces, outdoor classrooms. |
| ST-17 | 1, 2 | Private usable open space shall have a minimum dimension on any side of 5 feet. |
| ST-18 | 1, 2 | Open area amenities may be divided into more than one area; however, each area shall be a minimum of 500 square feet, with no dimension on any side of less than 20 feet. |
| ST-19 | 1, 2 | Provide active play areas such as playgrounds or interactive water spaces appropriate for children. |

| No. | Phase | Open Space Standards |
|---|---|---|
| OB-26 | 1, 2 | Wide sidewalk and well-landscaped, tree-lined streets with shade and seating areas. |
| OB-27 | 1, 2 | Exemplary landscaped street edge that complements other Beach Boulevard improvements. |
| OB-28 | 1, 2 | Ample outdoor seating surrounded by landscaping at observation deck/overlook areas. |
| OB-29 | 1, 2 | Unique, framed views with public art and architectural elements at observation decks. |
| OB-30 | 1 | Street furniture to encourage gathering and outdoor eating. |
| OB-31 | 1, 2 | Enhanced nighttime signage and landscaping with lighting. |
| OB-32 | 1 | Unique overlook opportunities at second-level public areas to observe activities at ground-level. |
| OB-33 | 1, 2 | Ensure a rich outdoor environment through the ample use of a wide range of site-specific plants. |
| OB-34 | 1, 2 | Provide moveable street furniture such as above-ground planters and seats. |

## Landscape and Hardscape

| No. | Phase | Landscape and Hardscape Standards |
|---|---|---|
| ST-20 | 1 | Ornamental trees (typically 25 feet on center). |
| ST-21 | 1, 2 | Provide street trees, lush landscaping, seating, and other amenities to enhance the pedestrian experience. |
| ST-22 | 1, 2 | Street trees (minimum 40 feet on center) with frequent secondary tree clusters/groupings. |
| ST-23 | | Bike stations at entry plazas and other strategic locations. |

| No. | Phase | Landscape and Hardscape Objectives |
|---|---|---|
| OB-35 | 1 | Differentiating and vary hardscape material at entry plazas, interior plazas, and at roof gardens. |
| OB-36 | 1, 2 | Decorative benches, kiosks, and trash receptacles throughout the development. |
| OB-37 | 1, 2 | Prior to construction of future buildings, provide landscape, trees, wall graphics, or other methods to screen vacant land and construction sites. |
| OB-38 | 1, 2 | Maintain active storefronts and continuous, uninterrupted façades. Vacant storefronts shall include specialized graphics. |
| OB-39 | 1, 2 | Landscaping or environmental graphic to cover vacant land for future phase(s). |
| OB-40 | 1, 2 | Incorporate environmental graphics into hardscape design. |
| OB-41 | 1 | Decorative bus shelters on Beach Boulevard and Orangethorpe Avenue. |
| OB-42 | 1, 2 | Explore landscape median along Orangethorpe Avenue. |

## Lighting

| No. | Phase | Lighting Standards |
|---|---|---|
| ST-24 | 1, 2 | Lighting to create an attractive nighttime environment including:<br>• Provide a comprehensive lighting plan<br>• Focal lighting of primary areas<br>• Coherent and unifying lighting elements along Beach Boulevard and Orangethorpe Avenue.<br>• Distinct lighting at entry plazas.<br>• Hierarchy of lighting to include site-specific overhead and ambient lighting for pedestrians and vehicles.<br>• Lighting for outdoor events and for outdoor eating areas and gardens.<br>• Prevent light spillover to adjacent residential areas. |

| No. | Phase | Lighting Objectives |
|---|---|---|
| OB-43 | 1, 2 | Accentuate focal points through the use of lit billboards or other exterior lighting elements. |
| OB-44 | 1, 2 | Parking structure lighting to provide an enhanced walking and driving environment, with structure lighting screened from surrounding uses. |
| OB-45 | 1, 2 | Enhance nighttime experience by providing abundant exterior lighting. Integrate and match public furniture and lighting design with building architecture and landscape. Incorporate lighting into street furniture where feasible. |



► Very hardscape materials at public gathering areas including plazas and roof gardens. (OB-35)

► Provide street trees and lush landscaping to enhance the pedestrian experience. (ST-21)





▲ Incorporate environmental graphics into hardscape design. (OB-40)

➤ Design an engaging and enhanced nightime environment by incorporating lighting into street furniture and landscaping. (OB-45)

*Structures and Uses, Appurtenances, and Signage*





▶ **Building façade.** Vary building façade design including diverse enhanced features and materials while achieving coherence through complementary building setbacks, storefront width, and transparent storefront design. (ST-28)

◄▶ **Identification signs.** Building identification signs incorporated into architecture. (OB-50)

**Wall graphics.** ▶
Incorporate pedestrian signs in walls and architectural details. (ST-27)

| No. | Phase | Structures and Uses, Appurtenances, and Signage Standards |
|---|---|---|
| ST-25 | 1, 2 | Ground-mounted mechanical equipment screened from public view, obscured by landscape, or enclosed within building(s). |
| ST-26 | 1, 2 | Utility connections to coordinate with architectural elements of building(s) so as not to be exposed. |
| ST-27 | 1, 2 | Incorporate pedestrian signs in walls and architectural details. |
| ST-28 | 1, 2 | Vary building façade design including diverse enhanced features and materials while achieving coherence through complementary building setbacks, storefront width, and transparent storefront design. |
| ST-29 | 1, 2 | Lighted billboards on face of buildings or freestanding shall not project excess light into adjacent residential areas. |

| No. | Phase | Structures and Uses, Appurtenances, and Signage Objectives |
|---|---|---|
| OB-46 | 1, 2 | Gateway signage along Beach Boulevard to announce entry into Entertainment Corridor |
| OB-47 | 1, 2 | Pedestrian-scaled map for site navigation. |
| OB-48 | 1, 2 | Signage appropriate to pedestrians throughout the development. |
| OB-49 | 1, 2 | District, modern, integrated store signage complementing storefront design and lighting. |
| OB-50 | 1, 2 | Building identification signs incorporated into architecture. |

Enhance nighttime experience by providing abundant exterior lighting. Match public furniture and lighting design with building architecture. (O3-45)



Description: Orange,CA Document - Year.DocID 2008.537057 Page: 88 of 98
Order: doc Comment:



► Design dramatic building features to define entry gateways and public spaces as well as to emphasize pathways and second-story building entrances. (OB-25)

▲ Provide interactive outdoor fountains or artwork at public plazas. (ST-19)

► Enhance nighttime retail environment with lighting that is integrated with architecture and landscape. (OB-45)

## Circulation

| No. | Phase | Location | Circulation Standards |
|---|---|---|---|
| **Streets** | | | |
| ST-30 | 1, 2 | Arterial Roads | Provide vehicular entrances off of arterial roads. |
| ST-31 | 1 | Pedestrian Plazas and Pedestrian-only Streets | Periodically allow pedestrian-only activities such as farmers markets, festivals, and performances. |
| ST-32 | 1, 2 | Main Interior Street | Provide two-lane street with on-street parking and wider (typically 20 ft wide) sidewalks on both sides for outdoor eating space, planters, trees, and lighting. |
| ST-33 | 1, 2 | Off of Beach Boulevard and Orangethorpe Avenue | Provide drop-off lanes near plazas. |
| ST-34 | 1, 2 | Secondary Retail Street | Provide two-lane street with on-street parking and sidewalks (typically 15 ft wide) on both sides. |
| ST-35 | 1 | Pedestrian-only Streets | Partially cover pedestrian-only streets and allow outdoor dining and food vendors. |
| ST-36 | 1 | Pedestrian-only Streets | Provide pedestrian-only lanes (typically 40 ft wide). |
| ST-37 | 1 | Interior Street from Orangethorpe Avenue | Provide a two-lane street with on-street parking and sidewalks (typically 15 ft wide) on both sides. |
| ST-38 | 1 | Interior Street from Melrose Street | During phase 1, provide a two-lane temporary street to connect existing Melrose Street to new interior streets within the development. |
| ST-39 | 2 | Main Retail Street | During phase 2, connect new main retail streets to both existing residential streets. |
| **Parking** | | | |
| ST-40 | 1, 2 | All | Provide subterranean and above-grade parking with interesting facade design, clear signage, and circulation to ensure safety. |
| ST-41 | 1, 2 | All | Provide separate parking entrances to retail, office, and residential uses where possible. |
| ST-42 | 1, 2 | All | Perform a parking study to analyze and meet parking needs of the mixed use development. Maximize shared use opportunity. |
| **Pedestrian** | | | |
| ST-43 | 1, 2 | Pedestrian paths from parking structures | Enhance lighting and design to maximize visibility. |
| ST-44 | 1, 2 | Entry plazas, sidewalks, and connection from residential, retail, and public space areas. | Provide special pavement materials/textures to differentiate pedestrian areas. |

Note: Refer to Figure 24 and 25 Illustrative Circulation Plan for street location and Figure 8 Illustrative Land Use Plan Overall for phase location.

## Grading

| No. | Phase | Grading Standards |
|---|---|---|
| ST-45 | 1, 2 | All driveway entrances shall match existing roadway grades along Beach Boulevard, Melrose Street, Brenner Avenue, and Orangethorpe Avenue. |
| ST-46 | 1, 2 | All sidewalks shall be provided at a maximum 2% slope to meet ADA-compliance and to allow drainage flow. |
| ST-47 | 1, 2 | All grading activities shall comply with standard city grading regulations of the Buena Park Municipal Code. |
| ST-48 | 1, 2 | The slope from the corner of Beach Boulevard and Orangethorpe Avenue shall slope up into the development at 2 percent to provide a gentle sloping view from exterior street into the interior of the development. |

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 90 of 98
Order: doc Comment:

# CHAPTER 10
# Greenhouse Gas Emissions and Sustainability

## Greenhouse Gas Emissions

In an effort to cut energy use, save water and reduce the project's carbon footprint, this specific plan has reviewed USGBC's LEED criteria, California Green Building Standards Code and the OPR's Technical Advisory for CEQA and Climate Change and has included standards as applicable to the project.

Greenhouse gases prevent heat from escaping out of the Earth's atmosphere and raise the average temperature of Earth's surface. Increased global warming can lead to changes in wind and rain patterns. The changes, in turn, could affect economic well-being, public health, natural resources, and the environment. While greenhouse gases can occur naturally, human activities have exacerbated the level of carbon dioxide, methane, nitrous oxide, and fluorinated gases entering Earth's atmosphere. Of these, the most common greenhouse gas is carbon dioxide, which comprises almost 85 percent of all greenhouse gas emissions (Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2006, April 2008).

In response to the concern over global warming and climate change, Assembly Bill 32 (AB 32), the California Global Warming Solutions Act of 2006, was passed. AB 32 aims to reduce greenhouse gas emission to 1990 levels by 2020, and requires local governments to monitor greenhouse gas emissions to meet this goal.

Sources of greenhouse gas within the proposed in-fill mixed-use development include activities such as the use of private vehicles (which comprises 60 percent of carbon dioxide emission) and energy consumption through occupancy and use of buildings. To address greenhouse gas emission within the proposed development, the following objectives and standards are included in the proposed design:

### Land Use Measures

Land use measures provide one of the most effective methods to influence energy consumption and to maximize energy efficiency.

| No. | Sustainability Land Use Standards |
|---|---|
| ST-49 | Include mixed-use, infill, compact and higher density and a mix of retail and residential uses designed to encourage shared parking and to minimize individual vehicle travel by providing various amenities in proximity to residents, employees, and visitors. |
| ST-50 | Creating direct pedestrian connections from the bus stops located along Beach Boulevard and Orangethorpe Avenue including circulator buses to the Buena Park Metrolink station and future Bus Rapid Transit (BRT) buses. |
| ST-51 | Include pedestrian-only streets and plazas and outdoor spaces. |
| ST-52 | Integrate retail, housing, hotel, and office uses with pedestrian passageways and bridges to encourage visitors, residents, and employees to use on-site amenities instead of having to drive to several locations. |
| ST-53 | Place sufficient buffer distance or ingress and egress locations to avoid significant impact to traffic along Beach Boulevard and Orangethorpe Avenue. |
| ST-54 | Signs prohibiting idling of commercial vehicles will be displayed at delivery and service entries and areas. |

| No. | Sustainability Land Use Objectives |
|---|---|
| OB-51 | Consider the incorporation of advanced technology systems or management strategies for transportation systems, where feasible. |

### Energy Efficiency and Renewable Energy

The following energy efficiency and renewable energy measures shall be incorporated where feasible to reduce energy consumption.

| No. | Energy Efficiency and Renewable Energy Standards |
|---|---|
| ST-55 | Provide insulation with higher R-value than Title 24 at all buildings, and provide shade structures, green or light-reflective cool roofs at rooftop gardens and plazas. |
| ST-56 | Design the building project to comply with both the mandatory provisions (Sections 5.4, 6.4, 7.4, 8.4, 9.4 and 10.4) of ASHRAE/IESNA Standard 90.1-2004 (without amendments), and the prescriptive requirements (Sections 5.5, 6.5, 7.5, and 9.5) or performance requirements (Section 11) of ASHRAE/IESNA Standard 90.1-2004 (without amendments). |

| No. | Energy Efficiency and Renewable Energy Objectives |
|---|---|
| OB-52 | Maximize natural ventilation and lighting by considering building location and orientation, building form and dimensions, and window and aperture design. |
| OB-53 | Install solar panels, where feasible, and install energy-efficient fixtures at all locations |

## Urban Heat Island

Urban heat island effect is the temperature difference between urban areas and its surroundings. The increase in temperature in urban areas is due to land development that results in concrete and asphalt which absorbs and holds heat better than soil and vegetation in rural or less developed areas. Urban heat island changes the microclimate and increases energy demand for cooling

| No. | Urban Heat Island Objectives |
|---|---|
| ST-57 | Incorporate roof gardens and trees at multiple levels throughout the plan as shown in the Illustrative Open Space Plan, and use roofing materials having a Solar Reflectance Index (SRI) equal to or greater than the values in the table below for a minimum of 75% of the roof surface, or install a vegetated roof for at least 50% of the roof area; or install a high albedo and vegetated roof surfaces that, in combination, meet the following criteria: (Area of SRI roof/0.75) + (Area of vegetated roof/0.5) > = Total Roof area |

| Roof Type | Slope | SRI |
|---|---|---|
| Low-Sloped Roof | ≤ 2:12 | 78 |
| Steep-Sloped Roof | ≥ 2:12 | 29 |

| No. | Urban Heat Island Objectives |
|---|---|
| ST-58 | Specify materials with low heat capacity and low emissivity for buildings and hard surfaces to reduce urban heat island effect. |
| ST-59 | Place a minimum of 50% of parking spaces under cover, or provide any combination of the following strategies for 50% of the site hardscape: shade, paving materials with a Solar Reflectance Index (SRI) of of least 29, open grid pavement system. |

## Urban Forestry

Urban trees can improve the environment by shading buildings and paved surfaces, filtering pollutants, absorbing carbon dioxide, and reducing stormwater runoff.

| No. | Urban Forestry Standards |
|---|---|
| ST-60 | Place rows of street trees along Beach Boulevard and along new interior streets, as well as those planned in the rooftop gardens and plazas to transform this underutilized block into pockets of well-shaded urban gardens and to reduce carbon emission and runoff. |

| No. | Urban Forestry Objectives |
|---|---|
| OB-54 | Provide vegetated open space equal to 20% of the project's site area. Pedestrian oriented hardscape areas can contribute. |

## Water Conservation and Efficiency and Water Quality

The following measures were designed to use water efficiently and to encourage water reuse.

| No. | Water Conservation and Efficiency and Water Quality Standards |
|---|---|
| ST-41 | Plant a native, site-specific plant palette throughout the development. |
| ST-42 | Maintain the existing hydrologic character when connecting to existing to stormwater system. |
| ST-43 | Implement a stormwater management plan that reduces impervious cover, promotes infiltration, and captures and treats the stormwater runoff from 90% of the average annual rainfall using acceptable best management practices (BMPs). |
| | BMPs used to treat runoff must be capable of removing 80% of the average annual post development total suspended solids load based on existing monitoring reports. BMPs area considered to meet these criteria if 1) they are designed in accordance with standards and specifications from a state or local program that has adopted these performance standards, or 2) there exists in-field performance monitoring data demonstrating compliance with the criteria. |
| ST-44 | Employ strategies that in aggregate use 20% less water than the water use baseline calculated for the building (not including irrigation) after meeting the Energy Policy Act of 1992 fixture performance requirements. Calculations are based on estimated occupant usage and shall include only the following fixtures (as applicable to the building): water closets, urinals, lavatory faucets, showers, and kitchen sinks. |
| ST-45 | Create and implement an Erosion and Sedimentation Control (ESC) Plan for all construction activities associated with the project as defined in LEED-NC 2.2 with the following measures to accomplish the following: |
| | Prevention of loss of soil during construction by stormwater runoff and/or wind erosion, including protecting topsoil by stockpiling for reuse. |
| | Prevention of sedimentation of storm sewer or receiving streams. |
| | Prevention of air pollution with dust and particulate matter. |

| No. | Water Conservation and Efficiency and Water Quality Objectives |
|---|---|
| OB-55 | Use recycled water, if feasible, in landscaping, fountains, and water features. |
| OB-56 | Provide pervious surfaces, where feasible, at all locations to reduce stormwater runoff. |
| OB-57 | Coordinate with City and County to incorporate public education material for water conservation programs through signage, brochures, or other methods. |
| OB-58 | Reduce potable water use for building sewage conveyance by 50% through the use of water-conserving fixtures (water closets, urinals) or non-potable water (captured rainwater, recycled greywater, and on-site or municipally treated wastewater) OR treat 50% of wastewater on-site to tertiary standards. Treated water must be infiltrated or used on-site. |

## Solid Waste Measures

Solid waste generated from land clearing and construction can be salvaged from landfills and reused. This leads to efficient use of resources and minimizes the need for landfills which can render the land useless and may pose threats to water quality due to leakage or to public health due to odor problems.

| Policy No. | Solid Waste Standards |
| --- | --- |
| ST-66 | Supply various components (commercial, residential, office, and hotel uses) with separate bins for recyclables and green waste. |
| ST-67 | Recycle and/or salvage at least 50% of non-hazardous construction and demolition debris. Develop and implement a construction waste management plan that, at a minimum, identifies the materials to be diverted from disposal and whether the materials will be sorted on-site or co-mingled. Excavated soil and land-clearing debris do not qualify to this credit. |
| ST-68 | Provide easily accessible areas that serve the entire development dedicated to the collection and storage of non-hazardous materials for recycling, including (at a minimum) paper, corrugated cardboard, glass, plastics, and metals. |

| Policy No. | Solid Waste Objectives |
| --- | --- |
| OB-59 | Where feasible, advertise reduction of waste with on site signage on or near waste receptacles or recycling bins, and make waste receptacles and recycling bins accessible |

## Transportation and Motor Vehicles

Private vehicle operation comprises the largest source of carbon dioxide emission from human activity (Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2006, April 2008). The following measures aim to reduce automobile dependency by introducing alternative transportation options.

| Policy No. | Transportation and Motor Vehicles Standards |
| --- | --- |
| ST-69 | Encourage ride sharing by dedicating parking spaces for carpool vehicles in coordination with building and parking structure operators and through the participation in ride sharing programs by the City's transportation department and the Orange County Transportation Authority, if any. |
| ST-70 | Reserve parking spaces for low or zero-emission vehicles. |
| ST-71 | Develop and implement a trip reduction program to reduce single occupant trips by 10 percent. |
| ST-72 | Provide secure bicycle storage facilities within 50 feet of the frequently used entrances for each building for 5% or more of all building users (measured at peak periods). For residential buildings, provide covered storage facilities for securing bicycles for 15% or more of buildings occupants. (See Credit 4.2 of LEED-NC Application guide for Multiple Buildings and On-Campus Building Projects). |
| ST-73 | Locate development within ¼ mile of one of more stops for two or more public bus lines usable by building occupants. |

## Air Quality and Atmosphere

The following measures will be implemented to ensure optimal air quality and atmosphere.

| No. | Air Quality and Atmosphere Standards |
| --- | --- |
| ST-74 | Prohibit use of non-compliant refrigerants. |
| ST-75 | Develop and implement an Indoor Air Quality (IAQ) Management Plan for the construction and pre-occupancy phases of the building as follows: During construction meet or exceed the recommended Control Measures of the Sheet Metal and Air Conditioning National Contractors Association (SMACNA) IAQ Guidelines for Occupied Buildings under Construction, 1995, Chapter 3. Protect stored on-site or installed absorptive materials from moisture damage. If permanently installed air handlers are used during construction, filtration media with a Minimum Efficiency Reporting Value (MERV) of 8 shall be used at each return air grille, as determined by ASHRAE 52.2-1999. Replace all filtration media immediately prior to occupancy. |
| ST-76 | Develop and implement an Indoor Air Quality (IAQ) Management Plan for the pre-occupancy phase as established in EQ Credit 3.2 of LEED-NC 2.2. |
| ST-77 | The VOC content of adhesives and sealants used must be less than the March 2000 VOC content limits of South Coast Air Quality Management District (SCAQMD) Rule #1168, and all sealants used as filters must meet or exceed the requirements of the Bay Area Air Quality Management District Regulation 8, Rule 51. |
| ST-78 | All carpet and carpet cushion installed in the building interior shall meet the testing and product requirements of the Carpet and Rug Institute's Green Label Plus program. All carpet adhesive shall meet the requirements of EQ Credit 4.1, VOC limit of 50 g/L. |
| ST-79 | Composite wood and agrifiber products used on the interior of the building (defined as inside of the weatherproofing system) shall not contain added urea-formaldehyde resins. Laminating adhesives used to fabricate on-site and shop-applied composite wood and agrifiber assemblies shall contain no added urea-formaldehyde resins. (See EQ Credit 4.4 in LEED-NC 2.2 for definitions of composite wood and agrifiber products.) |
| ST-80 | Design HVAC systems and the building envelope to meet the requirements of ASHRAE Standard 55-2004, Thermal Comfort Conditions for Human Occupancy. |
| ST-81 | Implement a thermal comfort survey of building occupants within a period of 6 to 18 months after occupancy. Agree to develop a plan for corrective action if the survey results indicate that more than 20% of occupants are dissatisfied with thermal comfort in the building |

| No. | Air Quality and Atmosphere Objectives |
| --- | --- |
| OB-60 | Where feasible, use materials with recycled content such that the sum of post-consumer recycled content plus one-half of the pre-consumer content constitutes at least 10% (based on cost) of the total value of the materials in the project. |
| OB-61 | Where feasible, use building materials or products that have been extracted, harvested or recovered, as well as manufactured, within 500 miles of the site project site for a minimum of 10% (based on cost) of the total materials value. If only a fraction of a product or material is extracted/harvested/recovered and manufactured locally, then only that percentage (by weight) shall contribute to the regional value. |
| OB-62 | Where feasible, locate any exterior designated smoking areas at least 25 feet away from entries, outdoor air intakes and operable windows. |

# CHAPTER 11
# Implementation Program

## Financing Measures (Public and Private)

The completion of developments described in the Beach and Orangethorpe Mixed Use Specific Plan is contingent on the financing and maintenance of capital improvements such as public facilities and utilities. To implement the public improvements outlined in this specific plan, the following mechanisms may be employed:

- Impact Fees
- Community Facility District (e.g. Mello-Roos)
- Lighting and Landscape District or other type of Assessment Districts
- Property Management Company (Commercial/office tenants)
- Homeowners Association (HOA)
- Conventional For-Sale Residential Financing
- Redevelopment Tax Increment

Funding mechanisms for the capital improvements may be defined by the developer at the time development proceeds. The responsible parties for the construction, financing, and maintenance of public improvements are specified on **Table 2 Financing and Maintenance Plan.**

## Phasing

Implementation of the illustrative plan would likely result in 2 phases. See Chapter 3 Illustrative Land Use Plan for development details and Chapter 7 Circulation Plan for street improvements. Additional phases may be accommodated as part of the final review process. However, even with additional phases the maximum development program as outlined in Table 1 will not be exceeded.

## Methods and Procedures for Implementation

The City of Buena Park shall administer the provisions of the Beach and Orangethorpe Mixed Use Specific Plan in accordance with the State of California Government Code, Subdivision Map Act, the City of Buena Park General Plan, and Zoning Ordinance. The Specific Plan development procedures, regulations, standards, and specifications shall supersede the relevant provisions of the City's Zoning Ordinance, as they currently exist or may be amended in the future. Any development regulation and building requirement not addressed in the Specific Plan shall be subject to the City's adopted regulations.

## Tentative and Final Subdivision Maps

All subdivision maps of any type shall be submitted, reviewed, and approved in accordance with the City of Buena Park Municipal Code and the California Subdivision Map Act. For development requiring a tentative tract or parcel map, the provisions and procedures of this specific plan and the procedures of the City's Municipal Code shall apply.

## Precise Plan Review

Prior to building permit issuance, architectural, and landscape architecture plans shall be approved by the City's Community Development Director through the Interdepartmental Review process. The Director may refer the precise plan to the Planning Commission for finding of conformity with the Specific Plan.

## Enforcement of the Specific Plan

Enforcement of the provisions of this specific plan shall occur as follows:

- The City Manager or his/her designee shall be responsible for interpreting and enforcing the site development objectives and standards set forth herein.
- Any decision by the City Manager or his/her designee may be appealed to the Planning Commission. Any decision by the Planning Commission is subject to appeal to the City Council.
- The appropriate City departments shall aid the Planning Commission and the City Manager or his/her designee in fulfilling their enforcement roles as needed or directed.

## Amendments to the Specific Plan

Any proposed change to this specific plan that would substantially alter the development objectives, standards, or development program shall require an amendment. All amendments shall be processed pursuant to provisions contained in Government Code Section 65453, and in the same manner as a Zoning Ordinance text amendment.

The Community Development Director shall make the final determination as to whether or not an amendment is required. The Director's decision can be appealed to the Planning Commission, with further appeal to the City Council.

## Transfer of Development Rights

The development will be allowed to transfer development rights interchangeably within this Specific Plan boundary, predicated upon an environmental analysis of impacts.

**Table 2 Financing and Maintenance Plan - Responsible Parties**

| Service or Facility | Party(ies) Executing Construction | Party(ies) Financing Construction | Party(ies) Responsible for Operation and Maintenance |
|---|---|---|---|
| Parking Structure | Developer | Developer/Redevelopment Agency | Property Management Company/ Homeowners Association |
| On-Site Wet and Dry Utilities | Developer | Developer/Redevelopment Agency | Developer/Utility Provider |
| Off-Site ROW Improvements | Developer | Developer/Redevelopment Agency | City of Buena Park |
| Commercial Streetscape | Developer | Developer/Redevelopment Agency | Developer |
| Common Area Improvements | Developer | Developer/Redevelopment Agency | Property Management Company/ Homeowners |

# CHAPTER 12 General Plan Consistency

The purpose of this chapter is to ensure the beach and Orangethorpe Specific Plan is consistent with the goals and policies of the City of Buena Park General Plan, as required per Government Code Section 65454. This chapter discusses how the Specific Plan conforms to the pertinent goals and policies of the General Plan. The following identifies goals and policies applicable to the proposed development.

## LAND USE ELEMENT

### Land Use

**Ensure that proposals for development and redevelopment are compatible with existing development and promote and enhance the quality of life in the City.**

**Protect the existing viable single-family residential neighborhoods from the intrusion of incompatible uses.**

**Protect existing viable single-family residential areas from the intrusion of multiple-family units.**

- The site is located at the northern entrance to a variety of tourist attractions located along Beach Boulevard. The proposal plans for a retail-oriented mixed use development that complements existing tourist attractions along Beach Boulevard and commercial uses along Orangethorpe Avenue.

- The site is surrounded to the east and north by single-family homes. The design objectives established in this specific plan limit building height within 50 feet of single-family homes to 15 feet and limits building height beyond 50 feet of single-family homes to 50 feet and any additional vertical foot with each additional horizontal foot beyond to ensure compatibility with existing single-family homes.

**Utilize specific plans, where appropriate, to guide development in identified target areas.**

- The Beach and Orangethorpe Specific Plan fulfills the

intent of the city to strengthen the economic viability and to attract both regional and local visitors to the Entertainment Corridor along Beach Boulevard by providing a retail-intense mixed-use development on a vacant and underutilized site.

**Continue to maintain consistency between the general plan and other related plans and ordinances critical to the Land Use Element's implementation.**

- This general plan consistency section of the specific plan addresses goals and policies of the Land Use Element that pertain to the proposed development.

**Promote development that is compatible with the Airport Environs and Land Use Plan in the areas that are affected by the Fullerton Municipal Airport.**

Refer to the Airport Land Use Commission, for a determination of consistency with the Airport Environs Land Use Plan, any proposed development which would place the imaginary surfaces for the Fullerton Municipal Airport or the Los Alamitos Armed Forces Reserve Center, as defined in the Federal Aviation Regulation (FAR, PART 77).

Refer to the Airport Land Use Commission, for a determination of consistency with the Airport Environs Land Use Plan, any proposed development or use which could threaten, endanger or interfere with aeronautical operations because of height, location, emission of excessive light and glare, the production or causing of steam, smoke, dust, or electronic interference and any proposed new development on vacant land within an Accident Potential Zone.

- All development proposed by the specific plan shall meet the requirements (height, location, emission of excessive light and glare, the production or causing of steam, smoke, dust, or electronic interference) of Federal Aviation Regulation (FAR PART 77) and the Airport Environs Land Use Plan.

**Promote business retention and expansion to ensure the City's economic viability is maintained.**

- The proposed mixed use development is anticipated to bring retail sales, transient occupancy, and property taxes, increase the number of jobs; and record office development in the city.

Individual future developments arising from implementation of the General Plan shall provide mitigation of their fair-share of impacts on public services and infrastructure, including but not limited to public schools. Impacts and fair-share mitigation shall be determined through the

lead agency's environmental process at the time that the development is considered for approval.

- The environmental impact report will determine the impact to public services and infrastructure, which the City will use to determine mitigations at the time of design approval.

### Residential Development

**Preserve the single-family character of the lower density residential neighborhoods and continue to improve and upgrade the higher density neighborhoods within Buena Park that are predominantly developed as multiple-family.**

**Promote, maintain, and enhance the character and identity of the residential neighborhoods.**

- The height limits stated in the design and development objectives are established to appropriately transition from the existing lower density character, massing, and rhythm in existing single-family homes along Melrose Street and Bremner Avenue.

**Strive to provide a diverse housing stock that meets the needs of those who desire to reside in Buena Park.**

- The project provides infill housing for the Entertainment Corridor, where residents can live in proximity to entertainment and retail. Infill housing allows the City to reuse infrastructure and public services, leading to development that is efficient in cost and land use.

- The proposed development includes residential units above retail, office, or parking. The mixed-use nature of the development allows residents to live in an area where amenities and jobs are located within walking distance. Implementation of this development can act as a catalyst for additional high-quality, multi-family, mixed-use development within and adjacent to downtown areas, in proximity to the Entertainment Corridor.

- Housing units built on the site will be equally accessible to potential residents regardless of age, race, ethnicity, sex, family composition, or disability in accordance with the law.

### Commercial Development

**Preserve and enhance the existing commercial area and, where appropriate, expand commercial opportunities to serve the needs of residents and visitors.**

- With its high-quality design and residential amenities, the proposed development raises standards for future mixed use developments within the City. Placing neighborhood- and regional-serving retail and commercial uses with residents and offices is expected to reduce automobile dependency and improve quality of life for existing and future residents.

**Improve the appearance of commercial areas through the maintenance and upgrading of signs in the City.**

- Signs located within the specific plan site will be maintained by the developer and buildings within the site will be maintained by the building owner. All public roads will be maintained by the City.

**Require new commercial development to employ architectural and site design features which minimize the linear aspect of development along a street; encourage joint access driveways between adjacent uses and require adequate parking for lighting, landscaping, and buffering between the commercial activities and nearby sensitive land uses.**

- To avoid negative impacts of strip malls, numerous driveways, and other automobile-oriented development designs, the development provides well-designed entries for vehicles and pedestrians, and mitigates impacts of cars and parking structures by encouraging vehicular circulation within the development area, and by promoting well-designed and pedestrian-friendly façades at above-grade parking structures.

**Strengthen the professional office orientation of Buena Park in the region.**

- The proposed development may provide up to 195,000 square feet of office space.

**Preserve the valuable resource of larger commercial properties by not allowing subdivision into smaller parcels unless accompanied by a Master Plan for ultimate development with integration of circulation, access, architectural design, and landscaping regardless of individual ownership.**

**Encourage the consolidation of smaller commercial properties and the cooperation of individual property owners in order to provide opportunities for large integrated development including reconfiguration of public streets where possible and appropriate, with less fragmentation of design, access, circulation, parking, and signage within commercial areas of the City.**

- The specific plan includes a conceptual circulation plan that addresses vehicular circulation and access, a conceptual open space plan that shows a potential landscape plan, and design and development objectives to guide architectural design within the development site.

- The specific plan site consolidates smaller parcels to create an area large enough to accommodate a residential, office, retail, and hotel mixed-use development. The development introduces new streets that will provide safe, attractive pedestrian environment, vehicular access into and around the development site, minimize impacts to surrounding existing single-family residences, and minimize traffic congestion along Beach Boulevard and Orangethorpe Avenue.

Encourage shared parking and enhanced vehicular and pedestrian access among properties within districts which exhibit existing unequal distribution of parking and access in order to promote the viability of the whole district.

- The Specific Plan requires that future development proposals employ shared parking feasibility to maximize land use efficiency and to minimize parking impact on surrounding residences.

## Tourism-related Development

Strive to promote the fiscal viability of Knott's Berry Farm and the Entertainment Corridor uses.

## Continue to implement and expand, where appropriate, the Beach Boulevard Entertainment Corridor Specific Plan and promote linkages with Knott's Berry Farm and the Buena Park Mall Area.

## Maintain, expand, and enhance tourist commercial facilities in and adjacent to the Entertainment Corridor.

- The proposed development expands the Entertainment Corridor by supplementing existing tourist attractions located along Beach Boulevard with high-end retail and high-quality public spaces. The unique building and signage design will strengthen the identity of the Entertainment Corridor.

## CIRCULATION ELEMENT

Encourage the safe and efficient movement of traffic within and through the City.

Seek to maintain appropriate level of service on City Circulation Element roads in order to provide a safe and efficient flow of traffic.

- As part of the environmental impact report, impact to the level of service will be studied at key intersections and road segments throughout the City. New roads and traffic circulation were designed per recommendations of the traffic consultant to ensure safety and to minimize traffic interference along surrounding streets.

Strive to provide and maintain a system of pedestrian-oriented facilities, where appropriate, to ensure the safety and use of pedestrian movement throughout the City.

- The proposed development was designed to provide a unique, walkable retail environment. The development proposes a wide range of stores and amenities with public plazas, outdoor eating areas, and even pedestrian-only streets. The design objectives emphasize fun and high-quality ground-level storefront design that enhances pedestrian experience.

The city recognizes the special needs of physically disabled persons and encourages all buildings, structures, public areas and related facilities which are used by the general public to be accessible and usable by the physically disabled.

- The development will be designed to comply with the American Disabilities Act, which mandates accessibility to buildings and facilities by disabled individuals.

Encourage, where appropriate, the use of bicycles as an alternative to the use of automobiles within the City.

- The development objectives include the provision of bicycle facilities within the site.

## INFRASTRUCTURE ELEMENT

Ensure that water improvements required for new development are installed prior to or concurrently with development.

Ensure that sewer improvements required for new development are installed prior to or concurrently with development.

Require that sewer, water, and storm drain improvements required for development are installed prior to occupancy.

- As a previously developed site, the project area has infrastructure and public services to meet the needs of the existing population. Any inadequate services or infrastructure to serve the new development

will be addressed. The environmental impact report being prepared for this Specific Plan will also recommend mitigation measures to mitigate any environmental impact of providing necessary infrastructure and public services.

## OPEN SPACE ELEMENT

The City will continue to provide and maintain adequate open space areas within the City to meet the recreational needs of residents (both active and passive).

Develop a long-range priority system for funding the development and maintenance of open space areas that reflect the needs of neighborhoods, as well as the entire City.

- The environmental impact report will analyze the impact of additional residential, office and retail development on existing and projected recreational needs in the City. Identified needs will be addressed through "in lieu fees" to fund future park improvements.

## CONSERVATION ELEMENT

Support the preservation and enhancement of native, as well as non-native plant life, throughout the community for their scenic and biologic importance.

Encourage the maintenance of an urban environment in which non-nuisance wildlife may exist.

- The standards and objectives established in Chapter 10 Greenhouse Gas Emissions and Sustainability promote the use of native and site-specific plants and provision of a native and urban aesthetic with additional landscaping for enhanced scenic and biological environment.

## AIR QUALITY ELEMENT

Reduction of non-work trips in the City's major special activity center (such as Knott's Berry Farm and the Buena Park Mall) is essential to reducing traffic congestion and on the arterial network, primarily during the peak tourist season. Non-work trips refer to those trips other than home-to-work commuting.

- By integration of smaller neighborhood-serving residential amenities with larger anchor stores, the proposed mixed use development is expected to create opportunities for visitors and residents within the development to engage in entertainment activities as well as daily errands, and ultimately reduce the number of non-work trips within the city.

## SAFETY ELEMENT

Recognize existing and potential seismic and geologic hazards to the community and implement programs to reduce potential impacts.

- The proposed development will be built to the latest building codes that require structural integrity to meet seismic building codes and to withstand potential geologic hazards.

Seek to provide adequate flood protection from 100-year flood frequency storms.

- The stormwater section of Chapter 8 Infrastructure and Public Services Plan and the public services and utilities section of the accompanying environmental impact report (EIR) provides mitigation measures that ensure flood protection from 25-year flood frequency storms as required by the City.

Seek to provide adequate levels of emergency services to meet the service demands and known risks of the City.

- The environmental impact report (EIR) accompanying this document will analyze impact of the proposed development on existing emergency services and propose mitigation measures if service is found inadequate.

## ECONOMIC ELEMENT

Encourage maintenance and expansion of tourist commercial and entertainment uses along the Beach Boulevard corridor.

- The commercial portions of the development will include a wide range of retail tenants to complement existing retail uses along Beach Boulevard, while supporting a mix of retail businesses (such as those along the tourist entertainment corridor (such as high-end retail, movie theaters, and neighborhood-serving groceries.)

- The development will potentially expand office space and bring anchor stores that will attract both regional and local visitors to the tourist entertainment corridor, and boost sales revenue for the City.

Encourage a diversity of housing types within the city to provide opportunities for people to both live and work in the City.

- The development will provide up to 1,000 residential units and potentially up to 195,000 square feet of

office space and 355,000 square feet of retail space. The mixed use development will provide a new opportunity for residents of Buena Park to live in a community with amenities within walking distance.

## URBAN DESIGN ELEMENT

The city should promote a positive image for residents and visitors through quality urban design in the City.

- The design objectives focus on strengthening site identity through site and building design and encourage the creation of interactive, artful, and intriguing spaces that are open to the public throughout the development.

**Continue to promote and create a positive identity for the city through the use of architectural design, landscaping, site planning, streetscape elements, and other design elements.**

- The developments proposed in this specific plan will set a precedent for a mixed use development that functions as the gateway to tourist/retail-oriented businesses located along Beach Boulevard. The buildings will serve as a landmark gateway development as viewed by visitors and residents arriving from major freeways (I-5 and SR-91) and to those driving along the SR-91 freeway.

**Continue to improve the architectural and aesthetic character of residential, commercial, and industrial development throughout the city through the development and implementation of design guidelines.**

- The design objectives included in this specific plan accompany a variety of precedent images for various public and private spaces throughout the development. The intent of the character images is to capture the essence and the quality of the desired building and spaces while providing flexibility to designers and developers.

## NOISE ELEMENT

**Adhere to planning guidelines which include noise control for the interior space of new residential, commercial, and industrial developments within noise impacted areas. All residential units should be attenuated, if necessary, to a maximum interior noise level of 45 dB.**

- The noise impacts of demolition, construction, and operation resulting from the proposed development will be studied as part of the environmental impact report for the proposed project. The environmental

impact report will identify any mitigation measures required to abate noise impacts of construction or operation activities.

- The Beach and Orangethorpe Specific Plan development has been designed to minimize noise as perceived by sensitive noise receptors in the adjacent neighborhood, including residential uses, as well as proposed new residential uses that are part of the development. The site orientation, construction materials, and building placement will serve to buffer the development's common areas from road noise.

# Credits, Acknowledgments and Participants

## CITY OF BUENA PARK

### CITY COUNCIL
Jim Dow, Mayor
Steve Berry, Mayor Pro-tem
Art Brown, Council Member
Patsy Marshall, Council Member
Don McCoy, Council Member

### PLANNING COMMISSION
Joyce Capelle, Chairperson
James C. Schoolies, Vice Chair
Larry Barstow, Planning Commissioner
Brian Chambers, Planning Commissioner
Deboroh Diep, Planning Commissioner
Paul D. Gonzales, Planning Commissioner
Richard McGuire, Planning Commissioner

### CITY MANAGER
Rick Warsinski

### CITY ATTORNEY
Steven L. Dorsey

### COMMUNITY DEVELOPMENT DEPARTMENT
Joel W. Rosen, Community Development Director
Jay Saltzberg, Planning Manager

### ECONOMIC DEVELOPMENT DEPARTMENT
May Wong Hui, Economic Development Director, Deputy
Executive Director of Redevelopment Agency
Ruben Lopez, Assistant Director
Melissa Dhauw, Redevelopment Coordinator

### PUBLIC WORKS DEPARTMENT
Jim Biery, P.E., T.E., Director of Public Works
Dennis D. Bonnes, PE., T.E., Traffic and Transportation

## DESIGN AND ENGINEERING CONSULTANT TEAM

### EDAW, INC.
Vaughan Davies, Principal
Sacha Schwarzkopf, Senior Urban Designer
Yunsoo Kim, Associate
Shawn Gudkin, Urban Designer
Helen Chou, AICP, Urban Planner

### BJ PALMER & ASSOCIATES, INC.
Bruce Palmer, Principal

### DMJM AVIATION
Andrew Scanlan, Project Manager

### GENSLER
Conceptual Plans

### PSOMAS Land Development Consulting
Robert J. Tobaris, P.E., Senior Project Manager

## DEVELOPMENT TEAM

### M + D PROPERTIES, INC.
Donald Chae
Min Chue
Hanna Kim, Project Manager

### ARETE DEVELOPMENT, INC
Larry Lazar
Andrea Brown

### LIM, RUGER AND KIM, LLP
John S.C. Lim, Partner
Marc J. Manusson

### ROBERT CHARLES LESSER and Company
Robert Gardiner, Managing Director
Suro Slovin, Senior Associate

Description: Orange,CA Document - Year.DocID 2008.537057 Page: 98 of 98
Order: doc Comment: