# EXHIBIT "C"

RECORDING REQUESTED BY
STEWART TITLE

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

|| 36.00
* $ R 0 0 0 5 2 1 9 1 7 7 $ *
2012000609611 8:00 am 10/09/12
117 408 M10   13
0.00 0.00 0.00 0.00 36.00 0.00 0.00 0.00

*Recording Requested By:*
  *Stewart Title*
*And when recorded mail to:*
*City of Buena Park*
*6650 Beach Blvd*
*Buena Park, Ca 90621*
*Attn: City Manager*

494394
_____

*Space above this line for Recorder's Use*

*This page added to provide adequate*
*recording information*

*Type of Document:   Memorandum of DDA Agreement*

*This document is being re-recorded to correct the*
*legal description in parcel 3. See attached exhibit "A-*
*1" for a complete corrected legal description.*

RECORDING REQUESTED BY
STEWART TITLE

**This Document was electronically recorded by Stewart Title**

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

Recording Requested by,
when Recorded return to:
City of Buena Park
6650 Beach Boulevard
Buena Park, California 90621
Attn: City Manager

NO FEE
2012000530409 04:30pm 09/11/12
37 402 M10 9
0.00 0.00 0.00 0.00 24.00 0.00 0.00 0.00

Assessor's Parcel Map Numbers: 276-361-04,
276-361-05, 276-361-07
Exempt from Recording Fees Pursuant to
Government Code Section 27383

494394

MEMORANDUM OF DDA Agreement

This MEMORANDUM OF DISPOSITION AND DEVELOPMENT AGREEMENT (this "Memorandum") is made as of September 4, 2012, by and between the CITY OF BUENA PARK, as successor agency to the Community Redevelopment Agency of the City of Buena Park (the "City") and THE SOURCE AT BEACH, LLC, a California limited liability company ("Developer"). The City and Developer acknowledge and agree as follows:

1. The Community Redevelopment Agency of the City of Buena Park and Developer entered into that certain Disposition and Development Agreement dated as of October 26, 2010 (the "DDA"), which is incorporated herein by this reference. The DDA is available for inspection by the public at the Office of the City Clerk of the City of Buena Park. The DDA includes provisions relating to the development and use of that certain real property more particularly described in Exhibit "A" attached hereto (the "Property").

2. Developer agrees, for itself, its successors and assigns, to refrain from restricting the rental, sale or lease of the Property on the basis of race, color, creed, religion, ancestry, sex, marital status, national origin or age of any person in the sale, lease, sublease, transfer, use, occupancy, tenure or enjoyment of the Property, nor shall Developer itself or any persons claiming under or through it establish or permit any such practice or practices of discrimination or segregation with reference to the selection, location, number, use or occupancy of tenants, lessees, subtenants, sublessees, or vendees in the Property. The foregoing covenants shall run with the land.

All deeds or contracts entered into with respect to the sale or other transfer of the Property shall contain or be subject to substantially the following nondiscrimination or nonsegregation clauses:

(a) In deeds: "The grantee herein covenants by and for himself or herself, his or her heirs, executors, administrators and assigns, and all persons claiming under or through them, that there shall be no discrimination against or segregation of, any person or group of persons on account of any basis listed in subdivision (a) or (d) of Section 12955 of the California Government Code, as those bases are defined in Sections 12926, 12926.1, subdivision (m) and

{00757952.DOC;}

ORANGE,CA
Document: AG 2012.609611
Page 2 of 13
Printed on 10/2/2020 4:02:29 AM

EXHIBIT C
PAGE 158

paragraph (1) of subdivision (p) of Section 12955, and Section 12955.2 of the California Government Code, in the sale, lease, sublease, transfer, use, occupancy, tenure or enjoyment of the land herein conveyed, nor shall the grantee himself or herself, or any person claiming under or through him or her, establish or permit any such practice or practices of discrimination or segregation with reference to the selection, location, number, use or occupancy of tenants, lessees, subtenants, sublessees or vendees in the land herein conveyed. The foregoing covenants shall run with the land.

Notwithstanding the immediately preceding paragraph, with respect to familial status, said paragraph shall not be construed to apply to housing for older persons, as defined in Section 12955.9 of the California Government Code. With respect to familial status, nothing in said paragraph shall be construed to affect Sections 51.2, 51.3, 51.4, 51.10, 51.11, and 799.5 of the California Civil Code, relating to housing for senior citizens. Subdivision (d) of Section 51 and Section 1360 of the California Civil Code and subdivisions (n), (o) and (p) of Section 12955 of the California Government Code shall apply to said paragraph."

(b)     In leases: "The lessee herein covenants by and for himself or herself, his or her heirs, executors, administrators and assigns, and all persons claiming under or through him or her, and this lease is made and accepted upon and subject to the following conditions: That there be no discrimination against or segregation of any person or group of persons, on account of any basis listed in subdivision (a) or (d) of Section 12955 of the California Government Code, as those bases are defined in Sections 12926, 12926.1, subdivision (m) and paragraph (1) of subdivision (p) of Section 12955, and Section 12955.2 of the California Government Code, in the leasing, subleasing, transferring, use or occupancy, tenure or enjoyment of the land herein leased nor shall the lessee himself or herself, or any person claiming under or through him or her, establish or permit any such practice or practices of discrimination or segregation with reference to the selection, location, number, use or occupancy of tenants, lessees, sublessees, subtenants or vendees in the land herein leased.

Notwithstanding the immediately preceding paragraph, with respect to familial status, said paragraph shall not be construed to apply to housing for older persons, as defined in Section 12955.9 of the California Government Code. With respect to familial status, nothing in said paragraph shall be construed to affect Sections 51.2, 51.3, 51.4, 51.10, 51.11, and 799.5 of the California Civil Code, relating to housing for senior citizens. Subdivision (d) of Section 51 and Section 1360 of the California Civil Code and subdivisions (n), (o) and (p) of Section 12955 of the California Government Code shall apply to said paragraph."

(c)     In contracts with respect to the sale or other transfer of the Land: "There shall be no discrimination against or segregation of, any person, or group of persons on account of any basis listed in subdivision (a) or (d) of Section 12955 of the California Government Code, as those bases are defined in Sections 12926, 12926.1, subdivision (m) and paragraph (1) of subdivision (p) of Section

{00757952.DOC}

12955, and Section 12955.2 of the California Government Code, in the sale, lease, sublease, transfer, use, occupancy, tenure or enjoyment of the land, nor shall the transferee himself or herself or any person claiming under or through him or her, establish or permit any such practice or practices of discrimination or segregation with reference to the selection, location, number, use or occupancy of tenants, lessees, subtenants, sublessees or vendees of the land.

Notwithstanding the immediately preceding paragraph, with respect to familial status, said paragraph shall not be construed to apply to housing for older persons, as defined in Section 12955.9 of the California Government Code. With respect to familial status, nothing in said paragraph shall be construed to affect Sections 51.2, 51.3, 51.4, 51.10, 51.11, and 799.5 of the California Civil Code, relating to housing for senior citizens. Subdivision (d) of Section 51 and Section 1360 of the California Civil Code and subdivisions (n), (o) and (p) of Section 12955 of the California Government Code shall apply to said paragraph."

The foregoing shall be a covenant running with the land for the benefit of, and as a burden upon, the Property.

3. All covenants contained in this Memorandum shall run with the land and shall be binding for the benefit of the City and its successors and assigns and such covenants shall run in favor of the City and for the entire period during which the covenants shall be in force and effect, without regard to whether the City is or remains an owner of any land adjacent to the Property or interest in such adjacent land or any other land. The City, in the event of any breach of any such covenants, shall have the right to exercise all of the rights and remedies available under the DDA or at law or in equity. The covenants contained in this Memorandum shall be for the benefit of and shall be enforceable only by the City and its successors and assigns.

[Signature Page Follows]

{00757952.DOC}

IN WITNESS WHEREOF, the undersigned have executed this Memorandum as of the date set forth below.

Dated: 9/4/12

**CITY OF BUENA PARK**, as successor agency to the Community Redevelopment Agency of the City of Buena Park

By: _____
Print Name: James B. Vanderpool
Title: City Manager

ATTEST:

_____
Secretary

Dated: 9/10/12

**THE SOURCE AT BEACH, LLC.** a California limited liability company

By: _____

{00757952.DOC}

IN WITNESS WHEREOF, the undersigned have executed this Memorandum as of the date set forth below.

Dated: 9/4/12

**CITY OF BUENA PARK**, as successor agency to the Community Redevelopment Agency of the City of Buena Park

By: _____
Print Name: James B. Vanderpool
Title: City Manager

ATTEST:

_____
Secretary

Dated: 10/3/12

**THE SOURCE AT BEACH, LLC**, a California limited liability company

SIGNED IN COUNTERPART

By: _____

{00757952.DOC}

STATE OF CALIFORNIA     )
                        ) ss:
COUNTY OF  Orange       )

On September _4_, 2012, before me, _Lana Ardaiz_, a Notary Public, personally appeared _James B Vanderpool_, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity/capacities, and that by his/her/their signature(s) on the instrument the person(s), or the entity on behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Lana Ardaiz_
Notary Public

[SEAL: LANA ARDAIZ, Commission # 1846917, Notary Public - California, Orange County, My Comm. Expires May 25, 2013]

My Commission expires: _May 25, 2013_

{00757952.DOC}

STATE OF CALIFORNIA )
) ss:
COUNTY OF Los Angeles )

On September __, 2012, before me, _____, a Notary Public, personally appeared _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity/capacities, and that by his/her/their signature(s) on the instrument the person(s), or the entity on behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary seal: CHRISTINA DIANE EDWARDS-CONG, Commission # 1977629, Notary Public - California, Los Angeles County, My Comm. Expires May 11, 2016]

_____
Notary Public

My Commission expires: _____

{00757952.DOC}

GOVERNMENT CODE SECTION 27361.7

*I CERTIFY UNDER PENALTY OF PERJURY THAT THE NOTARY SEAL ON THE DOCUMENT TO WHICH THIS STATEMENT IS ATTACHED READS AS FOLLOWS:*

*NAME OF NOTARY:*     CHRISTINA EDWARDS-CONG

*DATE COMMISSION EXPIRES*     *MAY 11, 2016*

*COUNTY COMMISSION FILED:*     *LOS ANGELES*

*COMMISSION NUMBER:*     *1977829*

*VENDOR NUMBER:*     *NNA1*

*PLACE OF EXECUTION:*     *IRVINE, CA*

*DATE:*     *SEPTEMBER 11, 2012*

*STEWART TITLE OF CALIFORNIA*

*BY:* _____
*JEFF PASCHAL*

STATE OF CALIFORNIA      )
                         ) ss:
COUNTY OF LOS ANGELES    )

On _____, before me, _____, personally appeared _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity/capacities, and that by his/her/their signature(s) on the instrument the person(s), or the entity on behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal: CHRISTINA DIANE EDWARDS-CONG, Commission # 1977829, Notary Public - California, Los Angeles County, My Comm Expires May 11, 2016]

Notary Public

My Commission expires: _____

{00749015.DOC}

STATE OF CALIFORNIA     )
                        ) ss:
COUNTY OF Orange        )

On September 26, 2012, before me, ___Lana Ardaiz___ a Notary Public, personally appeared ___James B Vanderpool___ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity/capacities, and that by his/her/their signature(s) on the instrument the person(s), or the entity on behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

                                                           ___Lana Ardaiz___
                                                           Notary Public

[SEAL: LANA ARDAIZ, Commission # 1846917, Notary Public - California, Orange County, My Comm. Expires May 25, 2013]

My Commission expires: May 25, 2013

{00757952.DOC}

EXHIBIT A
LEGAL DESCRIPTION

THE WEST 250.00 FEET OF THE SOUTH 259.21 FEET OF LOT 2 IN BLOCK 61 OF BUENA PARK, IN THE CITY OF BUENA PARK, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 18 PAGE(S) 50, 51 AND 52 OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM THE SOUTH 170.00 FEET THEREOF.

APN: 276-361-04


THE NORTHERLY 70.00 FEET OF THE SOUTHERLY 170.00 FEET OF THE WESTERLY 200 FEET OF LOT(S) 2, BLOCK 61 OF BUENA PARK, IN THE CITY OF BUENA PARK, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 18 PAGE(S) 50, OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAIL COUNTY.

EXCEPTING THEREFROM ALL WATER RIGHTS, CLAIMS OR TITLE TO WATER, WHETHER OR NOT SHOWN BY THE PUBLIC RECORDS.

APN: 276-361-05


~~THE EAST 20 FEET OF THE WEST 176 FEET OF THE SOUTH 100 FEET OF LOT 2 IN BLOCK 61 OF BUENA PARK, AS SHOWN ON A MAP RECORDED IN BOOK 18 PAGE(S) 50 OF MISCELLANEOUS RECORDS, OF LOS ANGELES COUNTY, CALIFORNIA.~~

~~APN: 276-361-07~~

{00757952.DOC}

"Exhibit A-1"

## LEGAL DESCRIPTION

The land referred to herein is situated in the State of California, County of Orange, City of Buena Park, and described as follows:

### Parcel 1:

THE WEST 250.00 FEET OF THE SOUTH 259.21 FEET OF LOT 2 IN BLOCK 61 OF BUENA PARK, IN THE CITY OF BUENA PARK, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 18 PAGE(S) 50, 51 AND 52 OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM THE SOUTH 170.00 FEET THEREOF.

APN: 276-361-04

### PARCEL 2:

THE NORTHERLY 70.00 FEET OF THE SOUTHERLY 170.00 FEET OF THE WESTERLY 200 FEET OF LOT(S) 2, BLOCK 61 OF BUENA PARK, IN THE CITY OF BUENA PARK, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 18 PAGE(S) 50, OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM ALL WATER RIGHTS, CLAIMS OR TITLE TO WATER, WHETHER OR NOT SHOWN BY THE PUBLIC RECORDS.

APN: 276-361-05

### PARCEL 3:

THE EAST 20 FEET OF THE WEST 176 FEET OF THE SOUTH 100 FEET OF LOT 2 IN BLOCK 61 OF BUENA PARK, IN THE CITY OF BUENA PARK, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 18 PAGE(S) 50 OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

APN: 276-361-07

(End of Legal Description)

File Number: 494394