| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Peter F. Jazayeri (SBN 199626)<br>JAZ, A PROFESSIONAL LEGAL CORPORATION<br>peter@jaz-law.com<br>1100 Glendon Avenue, Suite 1500<br>Los Angeles, CA 90024<br>Telephone: (310) 853-2529<br>Facsimile: (310) 388-0664<br><br>Proposed Attorneys for State Court Receiver CORDES & COMPANY, LLC THROUGH AND BY BELLANN RAILE<br><br>☐ *Movant appearing without an attorney*<br>☒ *Attorney for Movant* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAY 21 2021**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** duarte    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION**

| In re:<br><br>The Source Hotel, LLC<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.:  8:21-bk-10525-ES<br>CHAPTER:  11<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(Action in Nonbankruptcy Forum)**<br><br>DATE:  May 20, 2021<br>TIME:  10:00 a.m.<br>COURTROOM:  5A<br>PLACE:  411 West Fourth Street<br>           Santa Ana, CA 92701 |

**MOVANT:** State Court Receiver Cordes & Company, LLC through and by Bellann Raile

1. The Motion was:  ☐ Opposed   ☒ Unopposed   ☐ Settled by stipulation

2. The Motion affects the following Nonbankruptcy Action:

   Name of Nonbankruptcy Action:  Shady Bird Lending, LLC v. The Source Hotel, LLC

   Docket number:  30-2021-01183489-CU-OR-CJC

   Nonbankruptcy court or agency where the Nonbankruptcy Action is pending:  Superior Court of California for the County of Orange

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                              Page 1                                    F 4001-1.RFS.NONBK.ORDER

3. The Motion is granted under 11 U.S.C. § 362(d)(1).

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

   a. ☐ Terminated as to the Debtor and the Debtor's bankruptcy estate.

   b. ☐ Modified or conditioned as set forth in Exhibit _____ to the Motion.

   c. ☐ Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5. **Limitations on Enforcement of Judgment:** Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law. Movant is permitted to enforce its final judgment only by *(specify all that apply)*:

   a. ☐ Collecting upon any available insurance in accordance with applicable nonbankruptcy law.

   b. ☐ Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8. ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11. ☒ Other *(specify)*:

    The relief from the automatic stay set forth in 11 U.S.C. §362 pursuant to this order is granted for the sole purpose of authorizing Movant to obtain approval from the Orange County Superior Court in the Non-Bankruptcy Action to employ Peter Jazayeri of Jaz, A Professional Legal Corporation as her attorney pursuant to the terms set forth in the Stipulation Among Debtor, Receiver and Creditor Shady Bird Lending, LLC Authorizing Receiver To Employ Attorney And To Obtain Relief From Stay For the Limited Purpose of Authorizing Receiver To Seek Approval From State Court To Retain Receivership Counsel [Docket No. 100].

###

Date: May 21, 2021

*Erithe A. Smith*
Erithe Smith
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014    Page 2    F 4001-1.RFS.NONBK.ORDER