| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>RON BENDER (SBN 143364)<br>JULIET Y. OH (SBN 211414)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: RB@LNBYB.COM; JYO@LNBYB.COM<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>THE SOURCE HOTEL, LLC, a California limited liability company,<br><br>Debtor(s) | CASE NO.: 8:21-bk-10525-ES<br>CHAPTER: 11<br><br>**SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☐ Yes ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☒ Schedule E/F    ☐ Schedule G
☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☐ Master Mailing List
☒ Other (*specify*) List of Equity Security Holders

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 05/18/2021

_____
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

*NOTE:* It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015    Page 1    F 1007-1.1.AMENDED.SUMMARY

# United States Bankruptcy Court
## Central District of California - Santa Ana

In re: **The Source Hotel, LLC**, Debtor(s)

Case No. **8:21-bk-10525-ES**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS - AMENDED

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Beach Orangethorpe Hotel III, LLC<br>P.O. Box 489<br>Buena Park, CA 90621 | Preferred | 29 | Series 2 Membership Units |
| DMC Investment Holdings, LLC | | 100 | Series 1 Membership Units |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager of Sole Member of Debtor** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 18, 2021**    Signature _/s/ Donald Chae_
**Donald Chae**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name: **The Source Hotel, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known): **8:21-bk-10525-ES**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**County of Orange**<br>**Dept. of Treasurer & Tax Collector**<br>**P.O. Box 1438**<br>**Santa Ana, CA 92702-1438**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**For Notice Purposes Only**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $0.00 | $0.00 |
| 2.2 | Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**Bankruptcy Section, MS: A-340**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**For Notice Purposes Only**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $0.00 | $0.00 |

| Debtor | The Source Hotel, LLC | Case number (if known) | 8:21-bk-10525-ES |
|---|---|---|---|

### 2.3

**Priority creditor's name and mailing address**
Internal Revenue Service (IRS)
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

### 2.4

**Priority creditor's name and mailing address**
State Board of Equalization
Account Info Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

### 3.1

**Nonpriority creditor's name and mailing address**
Ace Tek Roofing Co.
747 S. Ardmore Ave., Suite 405
Los Angeles, CA 90005

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$76,968.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Vendor**
Is the claim subject to offset? ■ No  ☐ Yes

### 3.2

**Nonpriority creditor's name and mailing address**
Alcal Specialty Contracting Inc.
4589 Firestone Blvd.
South Gate, CA 90280

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$27,025.90

Date(s) debt was incurred  5/6/2020
Last 4 digits of account number _

Basis for the claim: **Vendor**
Is the claim subject to offset? ■ No  ☐ Yes

### 3.3

**Nonpriority creditor's name and mailing address**
All Area Plumbing
6265 San Fernando Road
Glendala, CA 91201

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,185.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Vendor**
Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | The Source Hotel, LLC | Case number (if known) | 8:21-bk-10525-ES |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.4 | Nonpriority creditor's name and mailing address<br>**American Engineering Laboratories**<br>P.O. Box 1816<br>Whittier, CA 90609<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor (Expired Mechanic's Lien)**<br>Is the claim subject to offset? ■ No ☐ Yes | $6,525.00 |
| 3.5 | Nonpriority creditor's name and mailing address<br>**AT&T**<br>P.O. Box 5025<br>Carol Stream, IL 60197-5025<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Utilities**<br>Is the claim subject to offset? ■ No ☐ Yes | $345.10 |
| 3.6 | Nonpriority creditor's name and mailing address<br>**Buchanan Company, Inc.**<br>5500 Bolsa Avenue, Ste. 200<br>Huntington Beach, CA 92649<br>Date(s) debt was incurred 7/14/2020<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Vendor (Expired Mechanic's Lien)**<br>Is the claim subject to offset? ■ No ☐ Yes | $5,344.06 |
| 3.7 | Nonpriority creditor's name and mailing address<br>**Cabrillo Hoist**<br>P.O. Box 3179<br>Rancho Cucamonga, CA 91729<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | $226,301.50 |
| 3.8 | Nonpriority creditor's name and mailing address<br>**Chase Card Services**<br>P.O. Box 94014<br>Palatine, IL 60094-4014<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Credit Card**<br>Is the claim subject to offset? ■ No ☐ Yes | $78.20 |
| 3.9 | Nonpriority creditor's name and mailing address<br>**Chase Card Services**<br>P.O. Box 94014<br>Palatine, IL 60094-4014<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Credit Card**<br>Is the claim subject to offset? ■ No ☐ Yes | $656.13 |
| 3.10 | Nonpriority creditor's name and mailing address<br>**Chefs Toys**<br>18430 Pacific Street<br>Fountain Valley, CA 92708<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | $57,273.24 |

| Debtor | The Source Hotel, LLC | Case number (if known) | 8:21-bk-10525-ES |
|---|---|---|---|

**3.11** Nonpriority creditor's name and mailing address
**Diablo Consulting**
13200 Crossroads Parkway N
Ste. 115
City of Industry, CA 91746

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$84,625.01

---

**3.12** Nonpriority creditor's name and mailing address
**DKY Architects**
15375 Barranca Pkwy.
Suite A-210
Irivne, CA 92618

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$20,835.50

---

**3.13** Nonpriority creditor's name and mailing address
**Evergreen Electric Construction**
629 Grove View Lane
La Canada, CA 91011

Date(s) debt was incurred  **7/30/2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Vendor (Expired Mechanic's Lien)**

Is the claim subject to offset? ■ No  ☐ Yes

$528,260.00

---

**3.14** Nonpriority creditor's name and mailing address
**Ficcadenti Waggoner and Castle**
16969 Von Karman Avenue
Suite 240
Irivne, CA 92606

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$8,800.00

---

**3.15** Nonpriority creditor's name and mailing address
**Gene Fong Associates**
1130 Westwood Blvd.
Los Angeles, CA 90024

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.16** Nonpriority creditor's name and mailing address
**Greenland Construction Service, LLC**
6940 Beach Blvd.
Buena Park, CA 90621

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.17** Nonpriority creditor's name and mailing address
**Harbor All Glass & Mirror, Inc.**
1926 Placentia Ave.
Costa Mesa, CA 92627

Date(s) debt was incurred  **8/9/2019**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Vendor (Expired Mechanic's Lien)**

Is the claim subject to offset? ■ No  ☐ Yes

$165,166.11

---

| Debtor | The Source Hotel, LLC | Case number (if known) | 8:21-bk-10525-ES |
|---|---|---|---|

### 3.18
**Nonpriority creditor's name and mailing address**
Hill Crane Service, Inc.
3333 Cherry Avenue
Long Beach, CA 90807

Date(s) debt was incurred  3/17/2020
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Vendor (Expired Mechanic's Lien)
Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

### 3.19
**Nonpriority creditor's name and mailing address**
Hirsch Bedner Associates
3216 Nebraska Avenue
Santa Monica, CA 90404

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No  ☐ Yes

**$109,290.98**

### 3.20
**Nonpriority creditor's name and mailing address**
Interstate-RIM Management Company
c/o Interstate Hotels & Resorts
4501 N. Fairfax Drive, Ste. 500
Arlington, VA 22203

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No  ☐ Yes

**$175.00**

### 3.21
**Nonpriority creditor's name and mailing address**
Kim & Lee, LLP
2305 W 190th St
Torrance, CA 90504

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Professional Services
Is the claim subject to offset? ■ No  ☐ Yes

**$3,900.00**

### 3.22
**Nonpriority creditor's name and mailing address**
KS Steel Corp.
1748 Industrial Way
Los Angeles, CA 90023

Date(s) debt was incurred  3/3/2020
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Vendor (Expired Mechanic's Lien)
Is the claim subject to offset? ■ No  ☐ Yes

**$21,195.00**

### 3.23
**Nonpriority creditor's name and mailing address**
L2 Specialties
3613 W. Macarthur Blvd., #611
Santa Ana, CA 92704

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No  ☐ Yes

**$10,440.00**

### 3.24
**Nonpriority creditor's name and mailing address**
LimNexus, LLP
707 Wilshire Blvd., 46th Floor
Los Angeles, CA 90017-2570

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Professional Services
Is the claim subject to offset? ■ No  ☐ Yes

**$2,474.00**

Debtor  **The Source Hotel, LLC**                                       Case number (if known)  **8:21-bk-10525-ES**

| 3.25 | Nonpriority creditor's name and mailing address<br>**Master Glass**<br>**2225 W. Pico Blvd., Unit C**<br>**Los Angeles, CA 90006**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$19,200.00** |
|---|---|---|
| 3.26 | Nonpriority creditor's name and mailing address<br>**Mirrors Showers & Wardrobes, Inc.**<br>**26121 Avenue Hall**<br>**Valencia, CA 91355**<br>Date(s) debt was incurred **7/17/2019**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Vendor (Expired Mechanic's Lien)**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.27 | Nonpriority creditor's name and mailing address<br>**Morrow Meadows**<br>**231 Benton Court**<br>**City of Industry, CA 91789**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$69,213.01** |
| 3.28 | Nonpriority creditor's name and mailing address<br>**Nemo & Rami, Inc.**<br>**1930 W. Holt Ave.**<br>**Pomona, CA 91768**<br>Date(s) debt was incurred **1/21/2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Vendor (Expired Mechanic's Lien)**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$35,680.66** |
| 3.29 | Nonpriority creditor's name and mailing address<br>**Newgens, Inc.**<br>**14241 Foster Road**<br>**La Mirada, CA 90638**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$413,601.12** |
| 3.30 | Nonpriority creditor's name and mailing address<br>**OJ Insulation LP**<br>**600 S Vincent Ave.**<br>**Azusa, CA 91702**<br>Date(s) debt was incurred **1/3/2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Vendor (Expired Mechanic's Lien)**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$25,448.00** |
| 3.31 | Nonpriority creditor's name and mailing address<br>**OMB Electrical Engineers, Inc.**<br>**8825 Research Drive**<br>**Irvine, CA 92618**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$900.00** |

| Debtor | The Source Hotel, LLC | Case number (if known) | 8:21-bk-10525-ES |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Salamander Fire Protection, Inc**<br>6103 Tyrone Street<br>Van Nuys, CA 91401<br>Date(s) debt was incurred  9/4/2019<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim:  **Vendor (Expired Mechanic's Lien)**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $55,599.99 |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Sky Rider Equipment Co., Inc.**<br>1180 North Blue Gum Street<br>Anaheim, CA 92806<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Vendor**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $5,400.00 |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**So. Cal. Edison Co.**<br>P.O. Box  600<br>Rosemead, CA 91771-0001<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Utilities**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $28.31 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**So. Cal. Edison Co.**<br>P.O. Box  600<br>Rosemead, CA 91771-0001<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Utilities**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,714.72 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Stumbaugh & Associates, Inc.**<br>3303 N. San Fernando Blvd<br>Burbank, CA 91504<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Vendor**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $33,000.00 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Swinerton Builders**<br>865 S. Figueroa, Suite 3000<br>Los Angeles, CA 90017<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **For Notice Purposes Only**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Universal Flooring Systems**<br>15573 Commerce Lane<br>Huntington Beach, CA 92649<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Vendor**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $12,282.60 |

| Debtor | The Source Hotel, LLC | Case number (if known) | 8:21-bk-10525-ES |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address<br>WESCO Distribution Inc.<br>6251 Knott Avenue<br>Buena Park, CA 90620 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $108,209.02 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.40 | Nonpriority creditor's name and mailing address<br>Western Concrete Pumping<br>2181 La Mirada Drive<br>Vista, CA 92081 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $9,544.23 |
| | Date(s) debt was incurred 11/10/2020<br>Last 4 digits of account number _ | Basis for the claim: **Vendor (Expired Mechanic's Lien)**<br>Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Alcal Specialty Contracting, Inc.<br>946 N. Market Blvd.<br>Sacramento, CA 95834 | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Angelo & White, APC<br>610 Newport Center Drive, Suite 120<br>Newport Beach, CA 92660 | Line _<br>☐ Not listed. Explain ____ | _ |
| 4.3 | County of Orange<br>Dept. of Treasurer & Tax Collector<br>601 North Ross Street, CAS Mailroom<br>Santa Ana, CA 92701-4091 | Line **2.1**<br>☐ Not listed. Explain ____ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,148,685.39 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,148,685.39 |

**SUPPLEMENTAL MASTER MAILING LIST**

Creditor Removed from Schedule F:

    Beach Orangethorpe Hotel III, LLC
    P.O. Box 489
    Buena Park, CA 90621