RON BENDER (SBN 143364)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYB.COM; JYO@LNBYB.COM

Attorneys for Chapter 11 Debtor and
Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE SOURCE HOTEL, LLC, a<br>California limited liability company,<br><br>      Debtor and Debtor in Possession. | Case No.: 8:21-bk-10525-ES<br><br>Chapter 11<br><br>**NOTICE OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY NAI CAPITAL COMMERCIAL, INC. AS REAL ESTATE BROKER PURSUANT TO 11 U.S.C. §§ 327 AND 328**<br><br>[No Hearing Required – Local Bankruptcy Rule 2014-1(b)] |

1

**PLEASE TAKE NOTICE** that The Source Hotel, LLC, a California limited liability company (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case, has filed an application (the "Application") for Court approval of the Debtor's employment of NAI Capital Commercial, Inc. (the "NAI Capital") as its real estate broker, upon the terms and conditions described below and in the Application.

**PLEASE TAKE FURTHER NOTICE** that the Debtor has made the decision that the best interests of its estate are served by its employment of a highly qualified real estate broker to assist the Debtor either to sell its partially completed seven-story hotel with 178 rooms in the City of Buena Park, County of Orange, State of California (the "Hotel") for the most money possible or to find an investment partner to team up with the Debtor either in connection with a sale process or a reorganization process. After interviewing and consulting with a number of qualified real estate brokers, the Debtor has decided that NAI Capital is the ideal broker for the Debtor. NAI Capital has approximately 223 brokers working in 12 offices throughout Southern California, and NAI Capital has an extremely strong presence in Southern California yet is part of a worldwide network that provides NAI Capital with access to prospective buyers and investors worldwide. The Debtor seeks to employ NAI Capital as its real estate broker in accordance with the listing agreement (the "Listing Agreement") attached as Exhibit 1 to the Declaration of Chris Jackson annexed to the Application (the "Jackson Declaration").

**PLEASE TAKE FURTHER NOTICE** that the Debtor seeks to employ NAI Capital as its real estate broker to render, among others, the following types of professional services:

    a.    Identifying potential buyers and investors using NAI Capital's worldwide network;

    b.    Assisting the Debtor to expeditiously formulate and implement a strategy for soliciting interest from potential buyers and investors, including by developing and implementing procedures and a timetable for marketing the Hotel for sale or investment;

    c.    Introducing the Debtor to potential buyers and investors and coordinating due diligence investigations;

      d.      Assisting the Debtor to evaluate proposals from interested parties, formulating negotiation strategies, and assisting in negotiations and closing of a sale or investment; and

      e.      Participating in hearings before the Bankruptcy Court with respect to the matters upon which NAI Capital has provided services or advice, including, as relevant, providing testimony.

**PLEASE TAKE FURTHER NOTICE** that the Listing Agreement is for a term of approximately six months, ending on November 30, 2021, and is an exclusive Listing Agreement where NAI Capital will serve as the Debtor's sole and exclusive agent, if approved by the Court.

**PLEASE TAKE FURTHER NOTICE** that NAI Capital has not received any retainer for this engagement and has not been paid any money by the Debtor at any time.

**PLEASE TAKE FURTHER NOTICE** that, in the event of a transaction closing, NAI Capital shall be entitled to receive a commission in accordance with the Schedule of Commissions contained in Exhibit A to the Listing Agreement. NAI Capital shall be entitled to a commission of 1% of the sale price unless the consummated transaction is with any of the "Excluded Persons" agreed to by the parties (as set forth in Exhibit C to the Listing Agreement), in which case NAI Capital shall be entitled to a commission of 0.25% of the sale price. For confidentiality reasons, Exhibit C is not included in the attachment to the Jackson Declaration.

**PLEASE TAKE FURTHER NOTICE** that, solely in order to save the expense of preparing a fee application, the Debtor is requesting that its employment of NAI Capital be pursuant to 11 U.S.C. § 328 and provide for NAI Capital to be paid its commission in connection with the closing of any transaction without the need for a fee application or further Court order.

**PLEASE TAKE FURTHER NOTICE** that, to the best of the Debtor's knowledge and based upon the Jackson Declaration, NAI Capital does not hold or represent any interest materially adverse to the Debtor or the Debtor's estate, and NAI Capital is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code. It is the Debtor's understanding that NAI Capital is also being retained by Plamex Investment, LLC ("Plamex"), an

affiliate of the Debtor and a debtor-in-possession in its own chapter 11 bankruptcy case pending before this Court (bearing the case number 8:21-bk-10958-ES). However, NAI Capital's proposed employment as the real estate broker for Plamex is subject to a separate listing agreement (which will need to be approved pursuant to a separate employment application filed in Plamex's case), relates to an entirely different property, and is not tied or linked in any way to the Debtor's proposed employment of NAI Capital in this case. To the best of the Debtor's knowledge, other than as set forth in the Application and in the Jackson Declaration, NAI Capital has no prior connection with the Debtor, any creditors of the Debtor or its estate, or any other party in interest in this case, or their respective attorneys or accountants, the United States Trustee or any person employed by the United States Trustee.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any objection to and request for a hearing on the Application, in the form required by Local Bankruptcy Rule 9013-1(f)(1), must be filed and served on the Debtor, counsel for the Debtor and the Office of the United States Trustee within fourteen (14) days after the date of service of this Notice plus three (3) additional days if served by mail, electronically, or pursuant to Rule 5(b)(2)(D), (E), or (F) of the Federal Rules of Civil Procedure and Rule 9006 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(4), if no objection and request for a hearing on the Application is timely filed and served, LNBYB will promptly lodge a proposed order approving the Application.

Dated: June 2, 2021                    THE SOURCE HOTEL, LLC

                                       By:  */s/ Ron Bender*
                                            RON BENDER
                                            JULIET Y. OH
                                            LEVENE, NEALE, BENDER, YOO
                                               & BRILL L.L.P.
                                            Attorneys for Chapter 11 Debtor and
                                            Debtor-in-Possession

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY NAI CAPITAL COMMERCIAL, INC. AS REAL ESTATE BROKER PURSUANT TO 11 U.S.C. §§ 327 AND 328** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 2, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender**     rb@lnbyb.com
- **Christopher G. Cardinale**     ccardinale@agclawfirm.com, mgonzalez@agclawfirm.com
- **Michael G Fletcher**     mfletcher@frandzel.com, sking@frandzel.com
- **Amir Gamliel**     amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Robert P Goe**     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Nancy S Goldenberg**     nancy.goldenberg@usdoj.gov
- **Peter F Jazayeri**     peter@jaz-law.com
- **Daniel A Lev**     dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Grant A Nigolian**     grant@gnpclaw.com, process@gnpclaw.com;grant.nigolian@gmail.com
- **Juliet Y Oh**     jyo@lnbrb.com, jyo@lnbrb.com
- **Ho-El Park**     hpark@hparklaw.com
- **Ronald N Richards**     ron@ronaldrichards.com, morani@ronaldrichards.com
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**: On **June 2, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service List continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012     **F 9013-3.1.PROOF.SERVICE**

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 2, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served via Overnight Mail*
Hon. Erithe A. Smith
United States Bankruptcy Court
411 West Fourth Street, Suite 5040 / Courtroom 5A
Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 2, 2021 | Lourdes Cruz | */s/ Lourdes Cruz* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| The Source Hotel, LLC<br>OUST, Secured, Top 20, RSN | *Counsel to Evertrust Bank*<br>Michael Fletcher, Esq.<br>Frandzel Robins Bloom & Csato, L.C.<br>1000 Wilshire Boulevard, 19th Floor<br>Los Angeles, CA 90017-2427 | Nancy S Goldenberg<br>United States Trustee (SA)<br>411 W Fourth St Ste 7160<br>Santa Ana, CA 92701-8000 |

**Secured Creditors:**

| | | |
|---|---|---|
| 3D Design - Millwork<br>8152 Indianapolis Ave.<br>Huntington Beach, CA 92646 | Aragon Construction, Inc.<br>5440 Arrow Highway<br>Montclair, CA 91763 | Beach Orangethorpe II, LLC<br>P.O. Box 489<br>Buena Park, CA 90621 |
| Beach Orangethorpe III, LLC<br>P.O. Box 489<br>Buena Park, CA 90621 | Beach Orangethorpe, LLC<br>P.O. Box 489<br>Buena Park, CA 90621 | Beachamp Distributing Co.<br>1911 South Santa Fe Avenue<br>Compton, CA 90221 |
| Best Quality Painting<br>818 N. Pacific Ave., #C<br>Glendale, CA 91203 | Certified Tile<br>14557 Calvert St.<br>Van Nuys, CA 91411 | Evergreen Electric Construction<br>629 Grove View Lane<br>La Canada, CA 91011 |
| Iron Mechanical<br>721 North B Street<br>Suite 100<br>Sacramento, CA 95811 | KS Steel Corp.<br>1748 Industrial Way<br>Los Angeles, CA 90023 | Nemo & Rami<br>1930 W. Holt Ave.<br>Pomona, CA 91768 |
| Northstar<br>404 North Berry Street<br>Brea, CA 92821-3104 | Pan Pacific<br>18250 Euclid Street<br>Fountain Valley, CA 92708 | PDG Wallcoverings<br>26492 Via Juanita<br>Mission Viejo, CA 92691 |
| Prime Concrete Coatings<br>6127 James Alan St.<br>Cypress, CA 90630 | Resco Electric Inc.<br>2431 W. Washington Blvd. Suite B<br>Los Angeles, CA 90018 | Retrolock Corp<br>17915 Railroad Street<br>City of Insdustry, CA 91748 |
| Salamander Fire Protection, Inc<br>6103 Tyrone Street<br>Van Nuys, CA 91401 | Shady Bird Lending, LLC<br>c/o Law Offices of Ronald Richards<br>P.O. Box 11480<br>Beverly Hills, CA 90213 | Solid Construction<br>883 Crenshaw Blvd.<br>Los Angeles, CA 90005 |
| Sunbelt Controls, Inc.<br>888 E. Walnut Street<br>Pasadena, CA 91101 | Grant Nigolian, P.C.<br>695 Town Center Drive, Suite 700<br>Costa Mesa, CA 92626 | Hunt Ortmann Palffy Nieves et al.<br>301 North Lake Avenue, 7th Floor<br>Pasadena, CA 91101-1807 |

| | | |
|---|---|---|
| Law Office of Ho-El Park, P.C.<br>333 City Blvd. West, Suite 1700<br>Orange, CA 92868 | Law Office of Michael N. Berke<br>25001 The Old Road<br>Santa Clarita, CA 91381 | Law Offices of Dennis G. Cosso<br>345 Oxford Drive<br>Arcadia, CA 91007 |
| Porter Law Group, Inc.<br>7801 Folsom Blvd., Suite 101<br>Sacramento, CA 95826 | Robinson & Robinson, LLP<br>2301 Dupont Drive, Sute 530<br>Irvine, CA 92612-7502 | Shady Bird Lending, LLC<br>c/o Law Offices of Geoffrey Long<br>1601 N. Sepulveda Blvd., No. 729<br>Manhattan Beach, CA 90266 |
| Splinter & Thai, LLP<br>25124 Narbonne Ave., Suite 106<br>Lomita, CA 90717-2140 | | |

**Top 20 Unsecured Creditors:**

| | | |
|---|---|---|
| Newgens, Inc.<br>14241 Foster Rd.<br>La Mirada, CA 90638 | Cabrillo Hoist<br>P.O. Box 3179<br>Rancho Cucamonga, CA 91729 | WESCO Distribution Inc.<br>6251 Knott Ave.<br>Buena Park, CA 90620 |
| Harbor All Glass & Mirror, Inc.<br>1926 Placentia Ave.<br>Costa Mesa, CA 92627 | Diablo Consulting<br>13200 Crossroads Parkway N<br>Ste. 115<br>City of Industry, CA 91746 | Ace Tek Roofing Co.<br>747 S. Ardmore Ave., Suite 405<br>Los Angeles, CA 90005 |
| Morrow Meadows<br>231 Benton Court<br>City of Industry, CA 91789 | Chefs Toys<br>18430 Pacific Street<br>Fountain Valley, CA 92708 | Stumbaugh & Associates, Inc.<br>3303 N. San Fernando Blvd<br>Burbank, CA 91504 |
| HBA Procurement, Inc.<br>3216 Nebraska Ave.<br>Santa Monica, CA 90404 | OJ Insulation LP<br>600 S Vincent Ave.<br>Azusa, CA 91702 | DKY Architects<br>15375 Barranca Pkwy.<br>Suite A-210<br>Irivne, CA 92618 |
| Master Glass<br>2225 W. Pico Blvd, Unit C<br>Los Angeles, CA 90006 | Universal Flooring Systems<br>15573 Commerce Lane<br>Huntington Beach, CA 92649 | L2 Specialties<br>3613 W. Macarthur Blvd., #611<br>Santa Ana, CA 92704 |
| Ficcadenti Waggoner<br>16969 Von Karman Avenue<br>Suite 240<br>Irivne, CA 92606 | Retrolock Corp<br>17915 Railroad Street<br>City of Industry, CA 91748 | American Engineering Laboratories Inc.<br>PO Box 1816<br>Whittier, CA 90609 |