RON BENDER (SBN 143364)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYB.COM; JYO@LNBYB.COM

Attorneys for Chapter 11 Debtor and
Debtor-in-Possession

**FILED & ENTERED**

**JUL 02 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE SOURCE HOTEL, LLC, a California limited liability company,<br><br>      Debtor and Debtor in Possession. | Case No.: 8:21-bk-10525-ES<br><br>Chapter 11<br><br>**ORDER APPROVING APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY NAI CAPITAL COMMERCIAL, INC. AS REAL ESTATE BROKER PURSUANT TO 11 U.S.C. §§ 327 AND 328**<br><br><u>Hearing:</u><br>Date:    July 1, 2021<br>Time:   10:30 a.m.<br>Place:   ZoomGov |

1

1    A hearing was held on July 1, 2021 at 10:30 a.m. (the "Hearing"), before the Honorable Erithe A. Smith, United States Bankruptcy Judge for the Central District of California, Santa Ana Division, in Courtroom "5A" located at 411 West Fourth Street, Santa Ana, California 92701 (via ZoomGov), to consider the application [Doc. No. 151] (the "Application") filed by The Source Hotel, LLC, a California limited liability company (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case, for Court approval of the Debtor's employment of NAI Capital Commercial, Inc. (the "NAI Capital") as the Debtor's real estate broker. Appearances at the Hearing were made as set forth on the record of the Court.

The Court, having considered the Application and all papers filed by the Debtor in support of the Application, the objection to the Application [Doc. No. 162] (the "Objection") filed by Shady Bird Lending, LLC ("Shady Bird"), the Debtor's reply to the Objection [Doc. No. 173], the oral arguments, statements and representations of counsel and parties in interest made at the Hearing on the Application, and all matters of record in the Debtor's Chapter 11 bankruptcy case, proper and adequate notice of the Hearing on the Application having been provided, having found that NAI Capital does not hold or represent any interest adverse to the Debtor or the Debtor's bankruptcy estate, that NAI Capital is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14), and that NAI Capital's employment is in the best interest of the Debtor's bankruptcy estate, and other good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

A.    The Objection is overruled and the Application is approved.

///
///
///
///
///
///
///
///

B.  The Debtor's employment of NAI Capital as its real estate broker is approved upon the terms and conditions set forth in the Application and in the written listing agreement with NAI Capital (in substantially the form attached as <u>Exhibit 1</u> to the Declaration of Chris Jackson annexed to the Application), with compensation to be paid to NAI Capital pursuant to 11 U.S.C. § 328.

### 

Date: July 2, 2021

Erithe Smith
United States Bankruptcy Judge