| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RON BENDER (SBN 143364)<br>JULIET Y. OH (SBN 211414)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone:  (310) 229-1234<br>Facsimile:  (310) 229-1244<br>Email:  RB@LNBYB.COM; JYO@LNBYB.COM<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>THE SOURCE HOTEL, LLC,<br><br><br><br><br><br>Debtor | CASE NO.: 8:21-bk-10525-ES<br>CHAPTER: 11 |
|---|---|
| | **SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO** |
| | HEARING DATE:    August 12, 2021<br>HEARING TIME:    10:30 a.m. |

**Movant:**  The Source Hotel, LLC

1. The Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held in the above-captioned case, on the date and time indicated above, before the Honorable Erithe A. Smith, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number)*:

   > **NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER APPROVING SETTLEMENT WITH SHADY BIRD LENDING, LLC AND GUARANTORS, AS SET FORTH IN THAT CERTAIN** *STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY AND ANCILLARY RELIEF*, **AND GRANTING RELATED RELIEF**
   > [Docket No. ]

2. **Please be advised that because of the COVID-19 pandemic, the Court will conduct the hearing using ZoomGov audio and video technology**. Information on how to participate in the hearing using ZoomGov is provided on the following page of this notice.

3. Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

4. Individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).  The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet.  Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

5. Individuals also may connect to the hearing by telephone only, using the telephone number provided below.  Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

6. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

7. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

8. All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

9. The following is the unique ZoomGov connection information for the above-referenced hearing:

    Meeting URL:      https://cacb.zoomgov.com/j/1608647285

    Meeting ID:       160 864 7285

    Password:         578666

    Telephone:        (669) 254-5252 or (646) 828-7666

10. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-participants

Date: July 21, 2021                                     Levene, Neale, Bender, Yoo & Brill L.L.P.
                                                        Printed name of law firm (if applicable)


                                                        Juliet Y. Oh
                                                        Printed name of individual Movant or attorney for Movant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document **SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 22, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender**    rb@lnbyb.com
- **Christopher G. Cardinale**    ccardinale@agclawfirm.com, mgonzalez@agclawfirm.com
- **Michael G Fletcher**    mfletcher@frandzel.com, sking@frandzel.com
- **Amir Gamliel**    amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Nancy S Goldenberg**    nancy.goldenberg@usdoj.gov
- **Peter F Jazayeri**    peter@jaz-law.com
- **Daniel A Lev**    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Kyle J Mathews**    kmathews@sheppardmullin.com
- **Juliet Y Oh**    jyo@lnbyb.com, jyo@lnbrb.com
- **Ho-El Park**    hpark@hparklaw.com
- **Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

**2**. **SERVED BY UNITED STATES MAIL**: On **July 22, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service List continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 22, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 22, 2021 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-8<br>Case 8:21-bk-10525-ES<br>Central District of California<br>Santa Ana<br>Thu Jul 22 14:50:55 PDT 2021 | Everstrust bank<br>c/o Frandzel Robins Bloom & Csato, L.C.<br>1000 Wilshire Boulevard, 19th Floor<br>Los Angeles, CA 90017-2457 | |
| The Source Hotel, LLC<br>6988 Beach Blvd, Suite B-215<br>Buena Park, CA 90621-6822 | | 3D Design - Millwork<br>8152 Indianapolis Ave.<br>Huntington Beach, CA 92646-5008 |
| 6940 Beach Blvd<br>Buena Park CA 90621-3484 | AT&T<br>P.O. Box 5025<br>Carol Stream, IL 60197-5025 | Ace Tek Roofing Co.<br>747 S. Ardmore Ave., Suite 405<br>Los Angeles, CA 90005-2489 |
| Alcal Specialty Contracting Inc<br>4589 Firestone Blvd<br>South Gate, CA 90280-3343 | Alcal Specialty Contracting Inc<br>946 N Market Blvd<br>Sacramento, CA 95834-1268 | All Area Plumbing<br>6265 San Fernando Road<br>Glendala, CA 91201-2214 |
| American Engineering Laboratories Inc.<br>PO Box 1816<br>Whittier, CA 90609-1816 | Angelo & White, APC<br>610 Newport Center Dr. Ste 120<br>Newport Beach, CA 92660-6478 | Aragon Construction, Inc.<br>5440 Arrow Highway<br>Montclair, CA 91763-1604 |
| Beach Orangethorpe Hotel III, LLC<br>P.O. Box 489<br>Buena Park, CA 90621-0489 | Beach Orangethorpe II, LLC<br>P.O. Box 489<br>Buena Park, CA 90621-0489 | Beach Orangethorpe, LLC<br>P.O. Box 489<br>Buena Park, CA 90621-0489 |
| Beachamp Distributing Co.<br>1911 South Santa Fe Avenue<br>Compton, CA 90221-5306 | Best Quality Painting<br>818 N. Pacific Ave., #C<br>Glendale, CA 91203-3633 | Buchanan Company, Inc<br>5500 Bolsa Ave Ste 200<br>Huntington Beach CA 92649-1102 |
| Buena Park Successor Agency<br>6650 Beach Blvd.<br>Buena Park, CA 90621-2905 | Cabrillo Hoist<br>P.O. Box 3179<br>Rancho Cucamonga, CA 91729-3179 | Certified Tile<br>14557 Calvert St.<br>Van Nuys, CA 91411-2806 |
| Certified Tile, Inc.<br>c/o Law Office of Michael N. Berke<br>25001 The Old Road<br>Santa Clarita, CA 91381-2252 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Chefs Toys<br>18430 Pacific Street<br>Fountain Valley, CA 92708-7005 |
| City of Buena Park<br>6650 Beach Blvd.<br>Buena Park, CA 90621-2985 | Count of Orange<br>Dept of Treasurer & Tax Collector<br>601 N Ross St, CAS Mailroom<br>Santa Ana, CA 92701-4091 | County of Orange<br>Dept of Treasurer & Tax Collector<br>PO Box 1438<br>Santa Ana, CA 92702-1438 |

| | | |
|---|---|---|
| DKY Architects<br>15375 Barranca Pkwy.<br>Suite A-210<br>Irivne, CA 92618-2230 | Diablo Consulting<br>13200 Crossroads Parkway N<br>Ste. 115<br>City of Industry, CA 91746-3480 | Dustin Lozano<br>301 N. Lake Avenue , 7th Floor<br>Pasadena, CA 91101-5118 |
| Dustin T. Lozano<br>301 N. Lake Ave., 7th floor<br>Pasadena, CA 91101-5118 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Evergreen Electric Construction<br>629 Grove View Lane<br>La Canada, CA 91011-2635 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Ficcadenti Waggoner<br>16969 Von Karman Avenue<br>Suite 240<br>Irivne, CA 92606-4944 | Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Gene Fong Associates<br>1130 Westwood Blvd<br>Los Angeles, CA 90024-3412 | Grant Nigolian<br>GNPC<br>695 Town Center Drive, Suite 700<br>Costa Mesa, CA 92626-7187 | Grant Nigolian, P.C.<br>695 Town Center Drive, Suite 700<br>Costa Mesa, CA 92626-7187 |
| Greenland Construction Service LLC<br>6940 Beach Blvd<br>Buena Park CA 90621-3484 | HBA Procurement, Inc.<br>3216 Nebraska Ave.<br>Santa Monica, CA 90404-4214 | Harbor All Glass & Mirror, Inc.<br>1926 Placentia Ave.<br>Costa Mesa, CA 92627-3496 |
| Hill Crane Service Inc<br>3333 Cherry Ave<br>Long Beach, CA 90807-4901 | Hirsch Bedner Associates<br>3216 Nebraska Ave<br>Santa Monica, CA 90404-4295 | Hunt Ortmann Palffy Nieves et al.<br>301 North Lake Avenue, 7th Floor<br>Pasadena, CA 91101-5118 |
| Internal Revenue Service  IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Interstate Management Company, LLC<br>4501 North Fairfax Drive<br>Suite 500<br>Arlington, VA 22203-1668 | Iron Mechanical<br>721 North B Street<br>Suite 100<br>Sacramento, CA 95811-0347 |
| KS Steel Corp.<br>1748 Industrial Way<br>Los Angeles, CA 90023 | KS Steel Corporation<br>Kyoung S Kim<br>826 Mullen Ave<br>Los Angeles, CA 90005-3839 | Kim & Lee, LLP<br>2305 W 190th St<br>Torrance, CA 90504-6005 |
| L2 Specialties<br>3613 W. Macarthur Blvd., #611<br>Santa Ana, CA 92704-6846 | L2 Specialties, Inc.<br>3613 W. MacArthur Blvd. #611<br>None<br>3613 W. MacArthur Blvd. #611, None,<br>Santa Ana, CA 92704-6846 | Law Office of Ho-El Park, P.C.<br>333 City Blvd. West, Suite 1700<br>Orange, CA 92868-5905 |
| Law Office of Michael N. Berke<br>25001 The Old Road<br>Santa Clara, CA 91381-2252 | Law Offices of Dennis G. Cosso<br>345 Oxford Drive<br>Arcadia, CA 91007-2642 | LimNexus, LLP<br>707 Wilshire Blvd., 46th Floor<br>Los Angeles, CA 90017-3612 |

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

M&D Properties
6988 Beach Blvd, B-215
Buena Park, CA 90621-6822

Master Glass
2225 W. Pico Blvd.Unit C
Los Angeles, CA 90006-4865

Mirae Construction, Co.
2222 S. Broadway
Los Angeles, CA 90007-1434

Mirrors Showers & Wardrobes Inc
26121 Avenue Hall
Valencia, CA 91355-3490

Morrow Meadows
231 Benton Court
City of Industry, CA 91789-5213

Nemo & Rami
1930 W. Holt Ave.
Pomona, CA 91768-3351

Newgens, Inc.
14241 Foster Rd.
La Mirada, CA 90638-2852

NorthStar Demolition and Remediation, LP
c/o NCS
729 Miner Road
Highland Heights, OH 44143-2117

Northstar
404 North Berry Street
Brea, CA 92821-3104

OJ Insulation LP
600 S Vincent Ave.
Azusa, CA 91702-5145

OMB Electrical Engineers, Inc.
8825 Research Drive
Irvine, CA 92618-4236

PDG Wallcoverings
26492 Via Juanita
Mission Viejo, CA 92691-1954

Pan Pacific
18250 Euclid Street
Fountain Valley, CA 92708-6112

Porter Law Group, Inc.
7801 Folsom Blvd., Suite 101
Sacramento, CA 95826-2619

Prime Concrete Coatings
6127 James Alan St.
Cypress, CA 90630-3929

Resco Electric Inc.
2431 W. Washington Blvd. Suite B
Los Angeles, CA 90018-1451

Retrolock Corp
17915 Railroad Street
City of Insdustry, CA 91748-1113

Retrolock Corporation
17915 Railroad Street
City of Industry, CA 91748-1113

Robert G. Splinter
Splinter & Thai, LLP
25124 Narbonne Avenue, Ste. 106
LOMITA, CA 90717-2140

Robinson & Robinson, LLP
2301 Dupont Drive, Sute 530
Irvine, CA 92612-7502

Salamander Fire Protection, Inc
6103 Tyrone Street
Van Nuys, CA 91401-3425

Shady Bird Lending, LLC
c/o Law  Offices of Ronald Richards
P.O. Box 11480
Beverly Hills, CA 90213-4480

Shady Bird Lending, LLC
c/o Law Offices of Geoffrey Long
1601 N. Sepulveda Blvd., No. 729
Manhattan Beach, CA 90266-5111

Sky Rider Equipment Co., Inc.
1180 North Blue Gum Street
Anaheim, CA 92806-2409

So Cal Edison Co
PO Box 600
Rosemead, CA 91770-0600

Solid Construction
883 Crenshaw Blvd.
Los Angeles, CA 90005-3650

Southern California Edison
1551 W San Bernardino Rd
Covina CA 91722-3407

Splinter & Thai, LLP
25124 Narbonne Ave., Suite 106
Lomita, CA 90717-2140

State Board of Equalization
Account Info Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029

| | | |
|---|---|---|
| Stumbaugh & Associates, Inc.<br>3303 N. San Fernando Blvd<br>Burbank, CA 91504-2531 | Sunbelt Controls, Inc.<br>888 E. Walnut Street<br>Pasadena, CA 91101-1895 | Swinerton Builders<br>865 S Figueroa, Ste 3000<br>Los ASngeles, CA 90017-3009 |
| U.S. Trustee - Santa Ana<br>411 West Fourth Street<br>Suite 9041<br>Santa Ana, CA 92701-8000 | United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 | Universal Flooring Systems<br>15573 Commerce Lane<br>Huntington Beach, CA 92649-1601 |
| WESCO Distribution Inc.<br>6251 Knott Ave.<br>Buena Park, CA 90620-1010 | Western Concrete Pumping<br>2181 La Mirada Dr<br>Vista, CA 92081-8830 | Westransco Inc.<br>c/o Goe Forsythe & Hodges LLP<br>18101 Von Karman Ave, Ste 1200<br>Irvine, CA 92612-7119 |