Peter F. Jazayeri (SBN 199626)
**JAZ, A PROFESSIONAL LEGAL CORPORATION**
peter@jaz-law.com
1100 Glendon Avenue, Suite 1500
Los Angeles, CA  90024
Telephone:    310.853-2529
Facsimile:     310.388.0664

Proposed Attorneys for State Court Receiver
CORDES & COMPANY, LLC THROUGH
AND BY BELLANN RAILE

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:21-bk-10525-ES |
| THE SOURCE HOTEL, LLC, | Chapter 11 |
| Debtor. | **STIPULATION RESOLVING INTERIM PAYMENT OF RECEIVER'S FEES AND EXPENSES IN LIEU OF RECEIVER'S OBJECTION TO MOTION FOR ENTRY OF ORDER APPROVING SETTLEMENT WITH SHADY BIRD LENDING, LLC AND GUARANTORS, AS SET FORTH IN THAT CERTAIN STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY AND ANCILLARY RELIEF** |
| | **[RELATES TO DOCKET NOS. 188 and 190]** |

Debtor The Source Hotel, LLC ("Debtor"), Shady Bird Lending, LLC ("Shady Bird"), and State Court Receiver Cordes & Company, LLC through and by Bellann Raile, through and by their attorneys of record stipulate as follows:

**WHEREAS,** Shady Bird is the holder of the senior deed of trust on a partially constructed 178-room, seven story hotel building located in Buena Park, California (the "Property" or "Project") located on real property bearing APN Nos. 276-361-20 and 276-361-22, which the debtor and debtor in possession, The Source Hotel, LLC (the "Debtor"), leases pursuant to a ground lease dated April 6, 2015 from the lessor, The Source at Beach, LLC.

**WHEREAS,** On or about February 8, 2021, Shady Bird filed its complaint against the Debtor in the Superior Court of California, County of Orange (the "State Court") for (i) specific performance for appointment of a receiver, and (ii) waste, thereby commencing the State Court action bearing Case No. 30-2021-01183489-CU-OR-CJC (the "State Court Action").

**WHEREAS,** shortly after filing the State Court Action, Shady Bird filed, among other things, its "Ex Parte Application for: (1) Order Appointing Receiver; (2) Temporary Restraining Order; and (3) Order to Show Cause Re: Confirmation of Appointment of Receiver and Preliminary Injunction in Aid of Receiver; Memorandum of Points and Authorities in Support Thereof" (the "Receivership Application").

**WHEREAS,** on February 17, 2021, the State Court granted the Receivership Application and entered its "Ex Parte Order Appointing Receiver and Order to Sow Cause and Temporary Restraining Order – Rents, Issues, and Profits" (the "Receivership Order"), pursuant to which, among other things, Bellann R. Raile (the "Receiver") was appointed receiver for the Project.

**WHEREAS,** on or about, February 26, 2021 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California, Santa Ana Division (the "Bankruptcy Court") as Case No. 8:21-bk-10525-ES (the "Bankruptcy Case").

**WHEREAS,** on or about March 25, 2021, Shady Bird filed its "Motion of Shady Bird Lending, LLC for Order Excusing State Court Receiver from Turnover Assets Pursuant to 11 U.S.C. § 543; Memorandum of Points and Authorities; Declarations of Ronald Richards, Bellann R. Raile,

1 and Brent Little in Support Thereof" (the "Section 543 Motion") which the Debtor opposed [Dkts. 65-66], and Shady Bird replied [Dkt. 72].

**WHEREAS,** on April 28, 2021, the Bankruptcy Court entered its "Order, After Hearing, Granting, on an Interim Basis, Motion of Shady Bird Lending, LLC for Order Excusing State Court Receiver From Turnover of Assets Pursuant to 11 U.S.C. § 543" (the "First Interim Receiver Order").

**WHEREAS,** on July 1, 2021, the Bankruptcy Court entered its "Second Interim Order Regarding Motion of Shady Bird Lending, LLC for Order Excusing State Court Receiver from Turnover of Assets Pursuant to 11 U.S.C. § 543" (the "Second Interim Receiver Order").

**WHEREAS,** on July 7, 2021, the Receiver filed its "Receiver's Interim Status Report and Accounting [Federal Rule of Bankruptcy Procedure 6002]" ("Receiver's Interim Report") [Dkt. 186]. As set forth in the Receiver's Interim Report, the Receiver has incurred $116,757.36 in fees and expenses (including those of her counsel) through June 30, 2021 (the "Receiver's Incurred Fees") the Receiver has not been paid to date, and Shady Bird has provided partial funding for such fees and expenses.

**WHEREAS,** on July 19, 2021, the Debtor, Shady Bird, and certain other parties entered into a Stipulation for Relief from the Automatic Stay and Ancillary Relief ("RFS and Ancillary Relief Stipulation") [Dkt. 188].

**WHEREAS,** paragraph 5 of the RFS and Ancillary Relief Stipulation provides that "All reasonable fees and costs incurred by the Receiver in excess of the $200,000 previously gifted by Shady Bird (the "Gifted Advance"), as detailed in the First Interim Receiver Order and the Second Interim Receiver Order, shall be added to the Debtor's outstanding debt and Shady Bird's claim against the Debtor, with any dispute over the reasonableness of the Receiver's fees and costs, Shady Bird's attorneys' fees and costs, trustee fees and other fees, charges, and costs due under the operative loan agreement, to be resolved by the Bankruptcy Court (collectively, the "Bankruptcy Court Determined Fees and Costs")." The parties shall try and resolve by August 18, 2021 any disputes about Shady Bird's fees through informal settlement discussions. If they are not able to

resolve those fees, the RFS and Ancillary Relief Stipulation provides a mechanism for this Court to resolve such fees and costs.

**WHEREAS,** on July 22, 2021, the Debtor filed a "Motion for Entry of Order Approving Settlement with Shady Bird Lending, LLC and Guarantors, as Set Forth in that Certain Stipulation for Relief from the Automatic Stay and Ancillary Relief, and Granting Related Relief" (the "Settlement Motion") [Dkt. 190], and is set for hearing on August 12, 2021.

**WHEREAS,** the Receiver's deadline to object to the Settlement Motion is July 29, 2021. The Receiver, Shady Bird, and the Debtor have resolved the Receiver's potential objection to the Settlement Motion and, more specifically, the Receiver's concerns regarding the funding and payment of the Receiver's Incurred Fees, in accordance with the terms and conditions set forth in this Stipulation.

**WHEREFORE**, based on the foregoing paragraphs, the Debtor, Shady Bird and Receiver hereby stipulate and agree, subject to the Court's approval of the Settlement Motion and this Stipulation, that:

1. $25,000.00 of the Receiver's Incurred Fees shall be funded from the Gifted Advance.

2. Shady Bird shall be authorized to fund the Receiver's Incurred Fees and the Receiver shall be authorized to receive an interim payment of the Receiver's Incurred Fees (including those of her counsel), subject to the Debtor's right to challenge the reasonableness of the Receiver's Incurred Fees at a later date (if necessary), which right is expressly reserved, and subject to the terms of the RFS and Ancillary Relief Stipulation.

DATED: July 29, 2021        **JAZ, A PROFESSIONAL LEGAL CORPORATION**

By: _____
    Peter F. Jazayeri
    Attorneys for State Court Receiver
    CORDES & COMPANY, LLC BY AND THROUGH
    BELLANN RAILE

DATED: July 29, 2021     **LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**

By: _/s/ Juliet Y. Oh_
    Ron Bender
    Juliet Y. Oh
Attorneys for Debtor,
THE SOURCE HOTEL, LLC

DATED: July 28, 2021     **LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A PC**

By: _/s/ Ronald Richards_
    Ronald Richards
Attorneys for SHADY BIRD LENDING, LLC

DATED: July 28, 2021     **SULMEYERKUPETZ, A PROFESSIONAL CORPORATION**

By: _/s/ Daniel A. Lev_
    Daniel A. Lev
Attorneys for SHADY BIRD LENDING, LLC

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1100 Glendon Avenue, Suite 1500, Los Angeles, CA 90024.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION RESOLVING INTERIM PAYMENT OF RECEIVER'S FEES AND EXPENSES IN LIEU OF RECEIVER'S OBJECTION TO MOTION FOR ENTRY OF ORDER APPROVING SETTLEMENT WITH SHADY BIRD LENDING, LLC AND GUARANTORS, AS SET FORTH IN THAT CERTAIN STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY AND ANCILLARY RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 29, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On July 29, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 29, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express**
Honorable Erithe A. Smith
US Bankruptcy Court – Santa Ana Division
Ronald Reagan Federal Building
411 West 4th Street, #5040
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 29, 2021 | Toni Gesin | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

## ATTACHMENT TO F 9013-3.1.PROOF.SERVICE

### Via NEF

- **Attorney for Debtor: Ron Bender**    rb@lnbyb.com
- **Christopher G. Cardinale**    ccardinale@agclawfirm.com, mgonzalez@agclawfirm.com
- **Michael G Fletcher**    mfletcher@frandzel.com, sking@frandzel.com
- **Amir Gamliel**    amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Attorney for U.S. Trustee: Nancy S Goldenberg**    nancy.goldenberg@usdoj.gov
- **Attorney for Receiver in State Court: Peter F Jazayeri**    peter@jaz-law.com
- **Attorney for Shady Bird: Daniel A Lev**    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Kyle J Mathews**    kmathews@sheppardmullin.com
- **Attorney for Debtor: Juliet Y Oh**    jyo@lnbrb.com, jyo@lnbrb.com
- **Ho-El Park**    hpark@hparklaw.com
- **Attorney for Shady Bird: Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com
- **United States Trustee (SA)**:    ustpregion16.sa.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**