ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Edward Wu<br>REID & WISE LLC<br>One Penn Plaza, Suite 2015<br>New York, New York 10119<br>Tel: (212) 858-9968<br>Email: ewu@reidwise.com<br><br>*Attorney for:* Jian Hua, Jun Liu, and Haiyuan Ma | FOR COURT USE ONLY<br><br>**PAID**<br><br>**FILED**<br>AUG 04 2021<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION** ||
| In re:<br><br>THE SOURCE HOTEL, LLC, a California limited liability company,<br><br><br><br>Debtor(s). | CASE NO.:8:21-bk-10525-ES<br>ADVERSARY NO.:<br>CHAPTER: 11 |
| Plaintiff(s).<br>vs.<br><br><br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

1. I, Edward Wu _____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):

   (i) Mr. Jian Hua, (ii) Ms. Jun Liu, and (iii) Ms. Haiyuan Ma.

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3. I am a lawyer with the following law firm (*specify name and address of law firm*):
   REID & WISE LLC
   One Penn Plaza, Suite 2015
   New York, New York 10119

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (*specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):
   * New York State (Bar No. 4745774); admitted 10/07/2009
   * United States District Court for the Southern District of New York; admitted 04/06/2012

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
| None | | | | |

7. I ☐ have ☒ have not   been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:




   I ☐ resigned ☒ did not resign   while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

   Name of attorney (Designee):
   Robert K. Lu

   Name and address of law firm, or residence address:
   REID & WISE LLC
   633 West 5th Street, 26th Floor
   Los Angeles, CA 90071

   Telephone number of law firm: 619-300-1849

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                    Page 2                                    F 2090-1.2.APP.NONRES.ATTY

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 08/02/2021

/s/ Edward Wu
Signature of applicant

Edward Wu
Printed name of applicant

**CONSENT OF DESIGNEE**

I consent to the foregoing designation.

Date: 08/02/2021

/s/ Robert K. Lu
Signature of Designee

Robert K. Lu
Printed name of Designee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                Page 3                              F 2090-1.2.APP.NONRES.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
One Penn Plaza, Suite 2015, New York, New York 10119

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __08/02/2021__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/02/2021 | Edward Wu | /s/ Edward Wu |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Service via Notice of Electronic Filing:**

- **Ron Bender** (rb@lnbyb.com)
- **Christopher G. Cardinale** (ccardinale@agclawfirm.com; mgonzalez@agclawfirm.com)
- **Michael G Fletcher** (mfletcher@frandzel.com, sking@frandzel.com)
- **Amir Gamliel** (amir-gamliel-9554@ecf.pacerpro.com; cmallahi@perkinscoie.com; DocketLA@perkinscoie.com)
- **Robert P Goe** (kmurphy@goeforlaw.com; rgoe@goeforlaw.com; goeforecf@gmail.com)
- **Nancy S Goldenberg** (nancy.goldenberg@usdoj.gov)
- **Peter F Jazayeri** (peter@jaz-law.com)
- **Daniel A Lev** (dlev@sulmeyerlaw.com; ccaldwell@sulmeyerlaw.com; dlev@ecf.inforuptcy.com)
- **Kyle J Mathews** (kmathews@sheppardmullin.com)
- **Juliet Y Oh** (jyo@lnbyb.com)
- **Ho-El Park** (hpark@hparklaw.com)
- **Ronald N Richards** (ron@ronaldrichards.com; morani@ronaldrichards.com)
- **United States Trustee** (ustpregion16.sa.ecf@usdoj.gov)