```
Court Name: U.S. District Court
Division: 8
Receipt Number: SA017327
Cashier ID: dtcash
Transaction Date: 08/04/2021
Payer Name: Knox Attorney Services
------------------------------------
PRO HAC VICE
  For: Knox Attorney Services
  Case/Party: D-CAC-2-21-AT-002021-001
  Amount:         $500.00
------------------------------------
CHECK
  Check/Money Order Num: 2004
  Amt Tendered:   $500.00

Total Due:       $500.00
Total Tendered:  $500.00
Change Amt:      $0.00

8:21-bk-10525-ES

Reid and Wise LLC

One Penn Plaza, Suite 2015

New York, New York 10119
Edward Wu

No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.




Court Name: U.S. District Court
```