Daniel A. Lev (CA Bar No. 129622)
dlev@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Ronald Richards (CA Bar No. 176246)
ron@ronaldrichards.com
Law Offices of Ronald Richards & Associates, APC
P.O. Box 11480
Beverly Hills, California 90213
Telephone: 310.556.1001
Facsimile: 310.277.3325

Attorneys for Shady Bird Lending, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

In re

THE SOURCE HOTEL, LLC,

Debtor.

Case No. 8:21-bk-10525-ES

Chapter 11

**SHADY BIRD LENDING LLC'S REPLY TO OBJECTION OF EB5 INVESTORS TO DEBTOR'S MOTION FOR ENTRY OF ORDER: (1) ESTABLISHING BIDDING AND SALE PROCEDURES FOR SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS; (2) APPROVING FORM OF NOTICE TO BE PROVIDED TO PROSPECTIVE BUYERS; AND (3) SCHEDULING A HEARING FOR THE COURT TO CONSIDER APPROVAL OF THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS**

DATE: September 2, 2021
TIME: 10:30 a.m.
PLACE: Courtroom "5A"



**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1   Shady Bird Lending, LLC ("Shady Bird"), herby submits "Shady Bird

2   Lending, LLC's Reply to Objection of EB5 Investors to Debtor's Motion for Entry of Order:

3   (1) Establishing Bidding and Sale Procedures for Sale of Substantially All of the Debtor's

4   Assets; (2) Approving Form of Notice to be Provided to Prospective Buyers; and (3)

5   Scheduling A Hearing for the Court to Consider Approval of the Sale of Substantially All

6   of the Debtor's Assets" (the "Reply"), in response to "Objection of EB5 Investors to

7   Debtor's Motion for Entry of Order: (1) Establishing Bidding and Sale Procedures for Sale

8   of Substantially All of the Debtor's Assets; (2) Approving Form of Notice to be Provided to

9   Prospective Buyers; and (3) Scheduling A Hearing for the Court to Consider Approval of

10  the Sale of Substantially All of the Debtor's Assets" (the "EB5 Opposition"), filed by

11  certain EB5 Investors (the "EB5 Investors"), filed in response to the "Notice of Motion and

12  Motion for Entry of Order: (1) Establishing Bidding and Sale Procedures for Sale of

13  Substantially All of the Debtor's Assets; (2) Approving Form of Notice to be Provided to

14  Prospective Buyers; and (3) Scheduling A Hearing for the Court to Consider Approval of

15  the Sale of Substantially All of the Debtor's Assets; Declarations of Donald Chae and

16  Chris Jackson in Support Thereof" (the "Motion"), filed by the debtor The Source Hotel,

17  LLC (the "Debtor"), and represents as follows:

18  **I.**

19  **PREFATORY STATEMENT**

20  The Court should reject the EB5 Investors' attempt to re-litigate issues

21  previously raised in the context of the Court's recent approval of the settlement reached

22  between the Debtor, Shady Bird, and the Guarantors.[1]  The Court already approved the

23  settlement, which had embedded in it provisions the EB5 Investors again question.  For

24

25

26  [1] Unless otherwise stated, the use of capitalized terms herein shall have the meaning ascribed to them in
the "Notice of Motion and Motion for Entry of Order: (1) Establishing Bidding and Sale Procedures for Sale
of Substantially All of the Debtor's Assets; (2) Approving Form of Notice to be Provided to Prospective

27  Buyers; and (3) Scheduling A Hearing for the Court to Consider Approval of the Sale of Substantially All of
the Debtor's Assets; Declarations of Donald Chae and Chris Jackson in Support Thereof" [Docket No. 221].

28

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

SulmeyerKupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  instance, the settlement required the Debtor to schedule a sale hearing for September

2  30, 2021, and there is no reason to adjust this timeframe at all.  Filing a 342 page

3  objection with a heavily redacted letter of intent is frankly a waste of the Court's and the

4  parties' time.  The EB5 Investors can register and bid at the auction, like any other

5  interested party.  This is simply a motion for reconsideration which should be rejected.

6          Any internal issues the EB5 Investors are having which may be delaying

7  their ability to produce a bid are not concerns of the Debtor, Shady Bird, or this Court.  To

8  reiterate, the EB5 Investors have known for months that the Debtor was going to be

9  auctioning this property at some not too distant point in the future, and their own delay or

10  dysfunction cannot be used to derail the bargained-for date and terms of the settlement

11  governing the auction sale.  If the EB5 Investors believe that insufficient marketing was

12  undertaken, they can raise those objections when the sale motion is filed.  There is no

13  need to pre-judge the Debtor's marketing efforts and bow to the EB5 Investors to move

14  the sale hearing by two weeks based on the unsupported assumption that this will

15  increase the value of the property.

16          Similarly, the Court cannot now excise from the bidding procedures the

17  limited right of Shady Bird to be consulted regarding any potential bidder.  Contrary to the

18  EB5 Investors' unfounded allegations, Shady Bird is not gaining an unfair advantage by

19  knowing the contents of competing bids before such information is available to other

20  potential bidders, and it certainly is not going to use its consultation rights to influence the

21  Debtor's business decision, especially who is a qualified bidder and who is the successful

22  bidder.  In fact, the court-approved settlement expressly prohibits Shady Bird from having

23  any direct or indirect communications with any prospective bidder.  It is important to note

24  that Shady Bird retains its statutory right to credit bid under 11 U.S.C. §  363(k), as

25  referenced in the court-approved settlement.  Therefore, as a pre-qualified bidder, Shady

26  Bird is not gaining any advantage over other bidders.

27          In addition, as noted, the Debtor, not Shady Bird, will be the ultimate arbiter

28  of what bids to pre-approve for the sale, and the Court will ultimately determine who the

1  successful purchaser will be on September 30.  There are no facts, therefore, that

2  demonstrate that the auction will be anything other than a fair and even playing field,

3  since Shady Bird is not serving as both "referee and player" as the EB5 Investors'

4  recklessly and falsely allege.

5        The parade of horribles that is described in the Opposition is simply an

6  attempt to delay the agreed-upon deal.  There will never be a good time to wipe out the

7  EB5 Investors' junior liens if no one bids, but that is not the problem of the Court.  The

8  settlement struck a fair balance between the accrued interest damages to the lender

9  while providing the Debtor sufficient time to sell the property, and the market will now

10 dictate whether it is sold or foreclosed.  As we just witnessed on the world stage, exits

11 are rarely clean and the relationship between Shady Bird and the Debtor is on auto pilot,

12 has a planned end date, and the Court should let the settlement play out as agreed by

13 the parties.  The EB5 Investors' Opposition with redacted documents only sends one

14 message, delay, delay, and delay.  This is exactly what Shady Bird negotiated away,

15 more delay.

16        Therefore, the bidding procedures must not be altered to delay the court-

17 approved sale date already selected by the settling parties or to remove the limited

18 consultation rights granted to Shady Bird.[2]

19        *[Remainder of page intentionally left blank]*

20

21

22

23

24 [2] Although not of prime importance for purposes of this Motion, Shady Bird also objects to the request that
   the bidding procedures include the establishment of an escrow or other mechanism to resolve any priority
25 disputes between the mechanic liens and the secured claims of the EB5 Investors.  The bidding
   procedures also do not need to be revised to take into account the assumption and assignment procedures
26 for executory contracts that the Debtor has represented will be available soon in the form of the separate
   sale motion.  Finally, the bidding procedures do not need to include the typical free and clear language
27 which normally is found in the operative sale motion, not the actual bidding procedures.  Again, any of the
   these issues can be taken up by the EB5 Investors when the Debtor files its sale motion.

28

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA  90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

DAL 2727270v1                    4

## II.

## **CONCLUSION**

Based on the foregoing, Shady Bird respectfully requests that the Opposition be overruled in its entirety, that the Motion be granted in all respects, and for such other and further relief as the Court deems just and proper under the circumstances.

DATED: September 1, 2021

**Sulmeyer**Kupetz
A Professional Corporation

By: /s/ *Daniel A. Lev* _____
    Daniel A. Lev
    Attorneys for Shady Bird Lending, LLC

DATED: September 1, 2021

Law Offices of Ronald Richards & Associates, APC

By: /s/ *Ronald Richards* _____
    Ronald Richards
    Attorneys for Shady Bird Lending, LLC

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

DAL 2727270v1

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **SHADY BIRD LENDING LLC'S REPLY TO OBJECTION OF EB5 INVESTORS TO DEBTOR'S MOTION FOR ENTRY OF ORDER: (1) ESTABLISHING BIDDING AND SALE PROCEDURES FOR SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS; (2) APPROVING FORM OF NOTICE TO BE PROVIDED TO PROSPECTIVE BUYERS; AND (3) SCHEDULING A HEARING FOR THE COURT TO CONSIDER APPROVAL OF  THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 1, 2021 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See Attached**

⊠ Service information continued on attached page.

**2.  <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) _____ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| September 1, 2021 | Cheryl Caldwell | */s/Cheryl Caldwell* |
| *Date* | *Printed Name* | *Signature* |

CC 2710485v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Ron Bender on behalf of Debtor The Source Hotel, LLC
rb@lnbyb.com

Christopher G. Cardinale on behalf of Creditor City Of Buena Park
ccardinale@agclawfirm.com, mgonzalez@agclawfirm.com

Christopher G. Cardinale on behalf of Interested Party City Of Buena Park
ccardinale@agclawfirm.com, mgonzalez@agclawfirm.com

Michael G Fletcher on behalf of Creditor Evertrust bank
mfletcher@frandzel.com, sking@frandzel.com

Amir Gamliel on behalf of Interested Party Courtesy NEF
amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com

Robert P Goe on behalf of Creditor Westranco, Inc.
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Nancy S Goldenberg on behalf of U.S. Trustee United States Trustee (SA)
nancy.goldenberg@usdoj.gov

Peter F Jazayeri on behalf of Interested Party Cordes & Company, by and through Bellann Raile
peter@jaz-law.com

Peter F Jazayeri on behalf of Other Professional Cordes & Company, by and through Bellann Raile
peter@jaz-law.com

Daniel A Lev on behalf of Creditor Shady Bird Lending, LLC
dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

Robert K Lu on behalf of Creditor Jian Hua
edw21600@gmail.com

Kyle J Mathews on behalf of Creditor Beach Orangethorpe, LLC; Beach Orangethorpe II, LLC
kmathews@sheppardmullin.com

Juliet Y Oh on behalf of Debtor The Source Hotel, LLC
jyo@lnbyb.com, jyo@lnbrb.com

Ho-El Park on behalf of Interested Party Courtesy NEF
hpark@hparklaw.com

Ronald N Richards on behalf of Creditor Shady Bird Lending, LLC
ron@ronaldrichards.com, morani@ronaldrichards.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, morani@ronaldrichards.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

CC 2710485v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**