Robert K. Lu
REID & WISE LLC
633 West 5th Street, 26th Floor
Los Angeles, CA 90071
619-300-1849
Email: rlu@reidwise.com

Edward Wu (admitted *pro hac vice*)
REID & WISE LLC
One Penn Plaza, Suite 2015
New York, New York 10119
Tel: (212) 858-9968
Email: ewu@reidwise.com

*Attorneys for the EB5 Investors;[1] Beach Orangethorpe Hotel, LLC; and Beach Orangethorpe Hotel II, LLC*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Case No.: 8:21-bk-10525-ES |
| THE SOURCE HOTEL, LLC, a California limited liability company, | Chapter 11 |
| Debtor and Debtor in Possession. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

---

[1] The EB5 Investors are (1) Jian Hua, (2) Jun Liu, (3) Haiyuan Ma, (4) Zhen Liu, (5) Jiaxin Bao, (6) Liu Shanshan, (7) Shengkeng Chen, (8) Yichen Lei, (9) Zihe Xu, (10) Xinyi Zhou, (11) Li Dan, (12) Rui Bai, (13) Haiwan Du, (14) Yijian Jiang, (15) Lei Liang, (16) Yi Wan, (17) Yue Wang, (18) Galu Wulan, (19) Yan Xing, (20) Jianyao Zhang, (21) Jing Zhang, (22) Yuyun Wu, (23) Ziyu Li, (24) Jingkun Shan, (25) Doan Huong Thao, (26) Kwok Shung Chi, and (27) Sundi Xiao.

i

**TO ALL PARTIES, THEIR RESPECTIVE COUNSEL, AND THE CLERK OF THE BANKRUPTCY COURT:**

**PLEASE TAKE NOTICE** that Mr. Jian Hua, an EB5 investor of Beach Orangethorpe Hotel, LLC ("BOH1"), has now been duly appointed as the Special Manager[2] of both BOH1 and Beach Orangethorpe Hotel II, LLC ("BOH2") in accordance with the voting procedures set forth in the Operating Agreements for BOH1 and BOH2.[3]

**PLEASE TAKE FURTHER NOTICE** that the Operating Agreements for BOH1 and BOH2 provide that, upon appointment, the Special Manager shall have, *inter alia*, the "sole right and responsibility" to "represent [BOH1 and BOH2] in connection with negotiating, enforcing or otherwise dealing with the failure of the [Debtor] to pay the Loan when due to [BOH1 and BOH2]."[4]

**PLEASE TAKE FURTHER NOTICE** that, at the direction of the Special Manager, the undersigned counsel is appearing on behalf of creditors BOH1 and BOH2 in the above captioned chapter 11 case.

*[Remainder of Page Intentionally Left Blank]*

---

[2] The term, "Special Manager," shall have the meaning ascribed to it in the Operating Agreements (as hereinafter defined).

[3] *Operating Agreement for Beach Orangethorpe Hotel, LLC*, dated August 1, 2013 (the "BOH1 Operating Agreement"); *Operating Agreement for Beach Orangethorpe Hotel II, LLC*, dated June 19, 2015 (the "BOH2 Operating Agreement," and together with the BOH1 Operating Agreement, the "Operating Agreements").

[4] BOH1 Operating Agreement, §5.2.4; BOH2 Operating Agreement, §5.2.4.

**PLEASE TAKE FURTHER NOTICE** that any notices, documents, or pleadings to be physically served to BOH1 and BOH2 must be served at the following address:

>Edward Wu
>REID & WISE, LLC
>One Penn Plaza, Suite 2015
>New York, New York 10119
>Tel: (212) 858-9968
>Email: ewu@reidwise.com

Dated: New York, New York
       September 9, 2021

By: /s/ *Edward Wu*
    Robert K. Lu
    Edward Wu

REID & WISE LLC
633 West 5th Street, 26th Floor
Los Angeles, CA 90071
619-300-1849

REID & WISE LLC
One Penn Plaza, Suite 2015
New York, New York 10119
Tel: (212) 858-9968

*Attorneys for the EB5 Investors; Beach Orangethorpe Hotel, LLC; and Beach Orangethorpe Hotel II, LLC.*

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

One Penn Plaza, Suite 2015
New York, New York 10119

A true and correct copy of the foregoing document entitled (*specify*):

*NOTICE OF APPEARANCE AND REQUEST FOR NOTICE*

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____9/9/21_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ron Bender rb@lnbyb.com
- Christopher G. Cardinale ccardinale@agclawfirm.com, mgonzalez@agclawfirm.com
- Michael G Fletcher mfletcher@frandzel.com, sking@frandzel.com
- Amir Gamliel amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Nancy S Goldenberg nancy.goldenberg@usdoj.gov
- Peter F Jazayeri peter@jaz-law.com
- Daniel A Lev dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- Robert K Lu edw21600@gmail.com
- Kyle J Mathews kmathews@sheppardmullin.com
- Juliet Y Oh jyo@lnbyb.com, jyo@lnbrb.com
- Ho-El Park hpark@hparklaw.com
- Ronald N Richards ron@ronaldrichards.com, morani@ronaldrichards.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                        **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __9/9//2021_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Email:
- operations@mdregionalcenter.com
- ctanaka@mdproperties.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/9/21 | Edward Wu | /s/ Edward Wu |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**