| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RON BENDER (SBN 143364) <br> JULIET Y. OH (SBN 211414) <br> LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. <br> 10250 Constellation Boulevard, Suite 1700 <br> Los Angeles, California 90067 <br> Telephone: (310) 229-1234 <br> Facsimile: (310) 229-1244 <br> Email: RB@LNBYB.COM; JYO@LNBYB.COM <br><br><br> ☐ *Individual appearing without attorney* <br> ☒ *Attorney for:* Debtor and Debtor-in-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re: <br><br> THE SOURCE HOTEL, LLC, <br><br><br><br><br> Debtor(s). | CASE NO.: 8:21-bk-10525-ES <br><br> CHAPTER: 11 <br><br><br> **NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** 09/30/2021 | **Time:** 2:00 pm |
|---|---|
| **Location:** via ZoomGov (see information below) | |

**Type of Sale**: ☒ Public   ☐ Private     **Last date to file objections**: 09/16/2021

**Description of property to be sold**:
 Substantially all of the Debtor's assets, comprised primarily of (i) a partially-constructed seven-story hotel with 178 rooms located in the City of Buena Park, County of Orange, California (the "Hotel"); (ii) the Debtor's leasehold interest in a 99-year ground lease with the Debtor's affiliate, The Source at Beach, LLC, for the real property on which the Hotel is being constructed; and (iii) flooring/carpeting, lighting, appliances, trade fixtures, furniture, furnishings and equipment.

**Terms and conditions of sale**:
 See Sale Notice attached.

**Proposed sale price**: To be determined at Auction and Hearing.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Overbid procedure (*if any*):**

See Sale Notice attached.


**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

September 30, 2021 at 2:00 p.m.

Hearing to be conducted via ZoomGov (see info below):

Meeting URL:  https://cacb.zoomgov.com/j/1608073838
Meeting ID:    160 807 3838
Password:       631396
Telephone:      (669) 254-5252 or (646) 828-7666


**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

NAI Capital Commercial, Inc.
Attn:  Chris Jackson, Co-CEO
15821 Ventura Blvd., Suite 320
Encino, California 91436
Office:  (818) 933-2368
Direct:  (818) 905-2400 x.2368
Facsimile:  (818) 933-8120
Email:  cjackson@naicapital.com


Date: 09/09/2021

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 2                          **F 6004-2.NOTICE.SALE**

RON BENDER (SBN 143364)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYB.COM; JYO@LNBYB.COM

Attorneys for Chapter 11 Debtor and
Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE SOURCE HOTEL, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession. | Case No.: 8:21-bk-10525-ES<br><br>Chapter 11<br><br>**NOTICE OF DEBTOR'S MOTION FOR ENTRY OF ORDER: (1) AUTHORIZING SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS; (2) AUTHORIZING THE DEBTOR'S ASSUMPTION AND ASSIGNMENT OF GROUND LEASE AND DETERMINING CURE AMOUNT; (3) WAIVING THE 14-DAY STAY PERIODS SET FORTH IN BANKRUPTCY RULES 6004(h) AND 6006(d); AND (4) GRANTING RELATED RELIEF**<br><br><u>Auction/Sale Hearing:</u><br>Date:     September 30, 2021<br>Time:     2:00 p.m.<br>Place:    ZoomGov |

**PLEASE TAKE NOTICE** that a hearing and, if appropriate, an auction, will be conducted on September 30, 2021 at 2:00 p.m. (Pacific Time), before the Honorable Erithe A. Smith, United States Bankruptcy Judge, via ZoomGov (see ZoomGov instructions below), for the Court to consider a motion (the "Motion") filed by The Source Hotel, LLC, the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"), seeking the entry of an order:

(A)     pursuant to 11 U.S.C. § 363(f), authorizing the Debtor to enter into that certain *Standard Offer, Agreement And Escrow Instructions For Purchase Of Real Estate (Non-Residential)* and that certain *Sale Contract Addendum* (together, the "APA"), in substantially the forms attached as Exhibit 1 to the Declaration of Chris Jackson annexed to the Motion (the "Jackson Declaration"), to sell substantially all of the Debtor's assets, comprised primarily of (i) a partially-constructed seven-story hotel with 178 rooms located in the City of Buena Park, County of Orange, State of California (the "Hotel"), (ii) the Debtor's leasehold interest in a 99-year ground lease with the Debtor's affiliate, The Source at Beach, LLC (the "Ground Lease"), for the real property on which the Hotel is being constructed (the "Leasehold Interest"), and (iii) flooring and carpeting, lighting, appliances, trade fixtures, furniture, furnishings and equipment already owned by the Debtor ("FF&E," and together with the Hotel and the Leasehold Interest, the "Assets"), free and clear of liens, claims, encumbrances and other interests under the terms and conditions set forth in the APA, to the qualified bidder who is determined by the Court to be the highest and best bidder (including its designees, the "Buyer"), as determined at an auction to be conducted before the Court, if appropriate, on September 30, 2021 at 2:00 p.m. (the "Auction");

(B)     pursuant to 11 U.S.C. § 365, (i) authorizing the Debtor to assume the Ground Lease and assign such Ground Lease to the Buyer, and (ii) establishing that the amount necessary to cure the Debtor's defaults under the Ground Lease (the "Cure Amount") is $0;

2

(C)    waiving the 14-day stay periods set forth in Rules 6004(h) and 6006(d) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"); and

(D)    granting related relief as described in the Motion.

The complete bases of the Motion are set forth in the Memorandum of Points and Authorities annexed to the Motion, the Jackson Declaration and the Declaration of Donald Chae (the "<u>Chae Declaration</u>") annexed to the Motion.

**PLEASE TAKE FURTHER NOTICE** the Assets are proposed to be sold and transferred to the Buyer, free and clear of all liens, claims, encumbrances and interests of any kind or nature whatsoever other than as provided in the APA, such that the order granting the Motion (the "<u>Sale Order</u>") shall be effective as a determination that any and all liens, claims, encumbrances and interests shall be, and are, released with respect to the Assets as of the closing of escrow (the "<u>Closing</u>"), except that such liens, claims, encumbrances and interests shall attach to the Debtor's interest in the sale proceeds in the order of their priority, with the same validity, force and effect as they had in the Assets, subject to any rights, claims and defenses of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that, in order to maximize the value obtained by the Debtor and its bankruptcy estate for the Assets, the Debtor has obtained Court approval of certain bidding procedures in connection with the proposed sale/auction of the Assets (the "<u>Bidding Procedures</u>"), which are described in **<u>Exhibit A</u>** hereto.

**PLEASE TAKE FURTHER NOTICE** that, while the Bidding Procedures allow for the Debtor to select a stalking horse bidder for the Assets, the Bidding Procedures also contemplate the sale of the Assets through an open auction in the event that a stalking horse bidder is not selected.

**PLEASE TAKE FURTHER NOTICE** that the deadline for parties to submit written bids for the Assets (a "<u>Bid</u>" or "<u>Bids</u>") is **<u>September 23, 2021 at 4:00 p.m. (Pacific Time)</u>** (the "<u>Bid Deadline</u>").  Bids may be transmitted electronically and must be received by the Debtor and counsel to the Debtor on or before the Bid Deadline.  A Bid received after the Bid Deadline shall not constitute a Qualified Bid (as defined in the Bidding Procedures) unless the Debtor consents.

**PLEASE TAKE FURTHER NOTICE** that, to be deemed a Qualified Bid, each Bid must comply with the requirements described in the Bidding Procedures and provide that the Closing of the Sale of the Assets shall occur within fifty (50) calendar days following the date of entry of the Sale Order.

**PLEASE TAKE FURTHER NOTICE** that, if you are interested in bidding for the Assets and/or would like additional information regarding the Assets and/or the bidding process, you may contact the Debtor's real estate broker, NAI Capital Commercial, Inc., whose contact information is set forth below:

NAI Capital Commercial, Inc.
Attn:  Chris Jackson, Co-CEO
15821 Ventura Blvd., Suite 320
Encino, California 91436
Office:  (818) 933-2368
Direct:  (818) 905-2400 x.2368
Facsimile:  (818) 933-8120
Email:  cjackson@naicapital.com

**PLEASE TAKE FURTHER NOTICE** that, due the COVID-19 pandemic, the Court will conduct the Auction and the hearing on the Sale Motion using ZoomGov audio and video technology.  Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.  Individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).  The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet.  Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.  Individuals may also connect to the hearing by telephone only, using the telephone number provided below.  Individuals connecting to the hearing by telephone will also be prompted for the Meeting ID and Password.  Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

**PLEASE TAKE FURTHER NOTICE** that the audio portion of the hearing will be recorded electronically by the Court and constitute its official record.  All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise.  Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

**PLEASE TAKE FURTHER NOTICE** that the following is the unique ZoomGov connection information for the Auction and the hearing on the Motion:

Meeting URL:      https://cacb.zoomgov.com/j/1608073838
Meeting ID:       160 807 3838
Password:         631396
Telephone:        (669) 254-5252 or (646) 828-7666

**PLEASE TAKE FURTHER NOTICE** that more information on appearing before the the Court by ZoomGov is available in the "Notice of Video and Telephonic Appearance Procedures for Judge Erithe A. Smith's Cases" on the Court's website at https://www.cacb.uscourts.gov/judges/honorable-erithe-smith under the "Telephonic Instructions" section.

**PLEASE TAKE FURTHER NOTICE** that complete copies of the Motion and the documents submitted in support thereof will be provided upon written request to counsel for the Debtor, whose contact information is set forth in the upper left-hand corner of the first page of this Notice.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(f), any interested party who wishes to oppose the relief requested in the Motion must, not later than fourteen (14) days prior to the scheduled hearing date set forth above, file with the Clerk of the Bankruptcy Court and serve upon counsel for the Debtor (whose contact information is set forth in the upper left-hand corner of the first page of this Notice) and the Office of the United States Trustee, "[a] complete written statement of all reasons in opposition thereto …, declarations and copies of all evidence on which the responding party intends to rely, and any responding memorandum of points and authorities."

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(h), the failure to file and serve a timely opposition to the Motion may be deemed by the Court to constitute consent to the relief requested in the Motion.

Dated:  September 9, 2021                    THE SOURCE HOTEL, LLC

By:_____
　　　　　RON BENDER
　　　　　JULIET Y. OH
　　　　　LEVENE, NEALE, BENDER,
　　　　　　　YOO & BRILL L.L.P.
　　　　　Attorneys for Chapter 11 Debtor and
　　　　　Debtor-in-Possession

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# <u>EXHIBIT A</u>

[Notice of Bidding Procedures]

RON BENDER (SBN 143364)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email:  RB@LNBYB.COM; JYO@LNBYB.COM

Attorneys for Chapter 11 Debtor and
Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE SOURCE HOTEL, LLC, a California limited liability company,<br><br>      Debtor and Debtor in<br>      Possession. | Case No.: 8:21-bk-10525-ES<br><br>Chapter 11<br><br>**NOTICE OF OPPORTUNITY TO PURCHASE SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS AND THE BIDDING AND SALE PROCEDURES RELATED THERETO**<br><br><u>Sale Auction and Hearing:</u><br>Date:     September 30, 2021<br>Time:     2:00 p.m.<br>Place:    ZoomGov |

**PLEASE TAKE NOTICE** that a hearing and, if appropriate, an auction, will be conducted on **September 30, 2021, at 2:00 p.m. (Pacific Time)**, before the Honorable Erithe A. Smith, United States Bankruptcy Judge, via ZoomGov (see ZoomGov instructions below), for the Court to consider a motion (the "Sale Motion") by The Source Hotel, LLC, the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"), for Court approval of the sale of substantially all of the Debtor's assets (collectively, the "Assets"), comprised primarily of (i) a partially-constructed seven-story hotel with 178 rooms located in the City of Buena Park, County of Orange, State of California (the "Hotel"), (ii) the Debtor's leasehold interest in a 99-year ground lease with the Debtor's affiliate, The Source at Beach, LLC, for the real property on which the Hotel is being constructed (the "Leasehold Interest") and (iii) flooring and carpeting, lighting, appliances, trade fixtures, furniture, furnishings and equipment already owned by the Debtor (collectively, "FF&E").

**PLEASE TAKE FURTHER NOTICE** that, in connection with the proposed sale and auction of the Assets, the Debtor has obtained Court approval of the bidding and sale procedures described below (the "Bidding Procedures"). The proposed procedures are designed to ensure that the highest price possible is paid for the Assets by a purchaser who has the financial ability to close on the sale of the Assets (the "Sale").

A. ***Participation Requirements***. To participate in the bidding process or otherwise be considered for any purpose under the Bidding Procedures, a person or entity interested in purchasing the Assets (a "Potential Bidder") must deliver or have previously delivered to the Debtor the following documents (the "Participation Requirements"): (1) an executed non-disclosure agreement; (2) a statement demonstrating a bona fide interest in purchasing the Assets; and (3) one of the following: (i) written evidence of available funds, (ii) a firm commitment for financing sufficient for the Potential Bidder to timely consummate the purchase of the Assets, or (iii) other sufficient information, which may include current audited financial statements and the latest unaudited financial statements of the potential bidder and/or its equity holders, or such other form of financial disclosure and

3

1    credit-quality support or enhancement that will allow the Debtor to make a

2    reasonable determination as to the Potential Bidder's financial and other capabilities

3    to timely consummate the purchase of the Assets.  Any Potential Bidder who has

4    satisfied the foregoing Participation Requirements will be afforded due diligence

5    access and additional information through access to an online data room.

6    B.    ***Bid Deadline***.  The deadline for submitting written bids for the Assets (a "<u>Bid</u>" or

7          "<u>Bids</u>") is **<u>September 23, 2021 at 4:00 p.m. (Pacific Time)</u>** (the "<u>Bid Deadline</u>").

8          Such Bids may be transmitted electronically and must be received on or before that

9          date and time by the Debtor and counsel to the Debtor.  A Bid received after the Bid

10         Deadline shall not constitute a Qualified Bid (as defined below) unless the Debtor

11         consents.

12   C.    ***Bid Requirements.***  To be eligible to participate in the Auction (as defined below),

13         each Bid and each Potential Bidder submitting such a Bid (other than the Debtor's

14         senior secured creditor, Shady Bird Lending, LLC ("<u>Shady Bird</u>") and its Bid, if

15         any) must be determined by the Debtor, in consultation with Shady Bird and certain

16         individual EB-5 investors represented by Reid & Wise LLC (the "<u>EB-5 Investors</u>"),

17         to satisfy the conditions listed below (collectively, the "<u>Bid Requirements</u>"):

18         1.    ***Terms***.  The Bid must include either: (a) a proposed asset purchase agreement

19               marked against the form of the asset purchase agreement and addendum

20               thereto provided herewith (together, the "<u>APA</u>") to show any proposed

21               amendments thereto (the "<u>Modified Agreement</u>") and a clean and executed

22               Modified Agreement, or (b) in the case of Bids proposing a structure other than

23               an asset purchase or as specified in the APA, such other proposed documents

24               evidencing the proposed transaction.

25         2.    ***Contingencies***.  The Bid must include a statement that there are no conditions

26               precedent to the bidder's authority to enter into or consummate a definitive

27               agreement.

28

4

3.  ***Irrevocable***.  The Bid must state that such offer is binding and irrevocable until the entry of an order approving the proposed Sale.

4.  ***Identity of Bidder***.  A Bid must disclose the identity of each entity or person that will be bidding or otherwise participating in connection with such Bid, including, without limitation, any current director, officer, equity holder, or other insider of the Debtor, and the complete terms of such participation or agreement entered into with such entity.

5.  ***Contact Information***.  A Bid must include the names and contact information of authorized representatives of the bidder who will be available to answer questions regarding the Bid, including advisors and related parties.

6.  ***Deposit***.  A Bid must include a good-faith deposit in immediately available funds equal to four percent (4%) of the proposed purchase price for the Assets (the "Deposit").  If a Bid is identified as the Successful Bid (as defined below), and the bidder who submitted such Bid fails to timely close the Sale for any reason other than a material breach by the Debtor, the Deposit shall become non-refundable.  The Deposit for each Qualified Bidder shall be held in a segregated trust account maintained by the Debtor's bankruptcy counsel on terms acceptable to the Debtor and shall be returned (other than with respect to the Successful Bidder and any backup bidder) promptly after the approval of the Successful Bid at the Sale Hearing (as defined below).

7.  ***Financing Sources***.  A Bid must contain written evidence of available funds or a firm irrevocable commitment for financing sufficient to consummate the proposed Sale with appropriate contact information for such financing sources.

D.  ***Qualified Bidders And Bids.***  Potential Bidders who have satisfied the Participation Requirements and Bid Requirements will be deemed "Qualified Bidders," and Bids that meet all of the Bid Requirements described above will be deemed "Qualified Bids," in each case, if the Debtor believes, in consultation with NAI and Shady Bird, that such Bid would be consummated if selected as the Successful Bid.

5

E.    ***Credit Bid by Shady Bird***.  Shady Bird is automatically deemed a Qualified Bidder and may participate in the Auction if it chooses to do so (but is not required to do so).  Shady Bird shall have the right to credit bid up to the full amount of its allowed claim, as calculated in the Settlement Stipulation, at any time prior to the end of the Auction.  Shady Bird shall not be required to post a Deposit in order to be deemed a Qualified Bidder, and Shady Bird's qualification as a Qualified Bidder shall not cause it to forfeit a four percent (4%) credit against its claim.

F.    ***Other Credit Bids***.  A secured party other than Shady Bird may submit a credit bid only if (1) such party has satisfied the Participation Requirements and Bid Requirements; and (2) the submitted credit bid includes cash consideration sufficient to pay in full all claims for which there are valid, perfected, and unavoidable liens that are senior in priority to those of such party seeking to credit bid (including, without limitation, the allowed claim of Shady Bird), unless such senior lien holder(s) consent to alternative treatment.

G.    ***Auction.***  If two or more Qualified Bids for the Assets have been received and any Qualified Bidder has indicated its/his/her intent to participate in the Auction, the Debtor will conduct an Auction for the sale or other transfer of the Assets, which Auction shall take place at the Sale Hearing (as defined below) at 2:00 p.m. (Pacific Time) on September 30, 2021.

H.    ***No Collusion; Good Faith Bona Fide Offer***.  Each Qualified Bidder participating in the Auction will be required to confirm on the record at the Auction that: (i) it has not engaged in any collusion with respect to the bidding; and (ii) its Bid is a good-faith *bona fide* offer and it intends to consummate the proposed transaction if selected as the Successful Bidder.

I.    ***Initial Bid At Auction.***  The "Initial Bid" at the Auction will be the Qualified Bid which the Debtor, in consultation with Shady Bird, has determined is the highest and best bid received for the Assets.  All bidding after the Initial Bid shall continue thereafter in subsequent bid increments of at least $100,000.

J.    ***<u>Conducting the Auction.</u>***    The Debtor, following consultation with NAI and Shady Bird, may conduct the Auction in the manner it reasonably determines, in its business judgment, will promote the goals of the bid process, will achieve the maximum value for all parties in interest and is not inconsistent with any of the provisions of the Bidding Procedures, the Bankruptcy Code or any order of the Bankruptcy Court entered in connection herewith.  The Debtor, in consultation with Shady Bird, may (1) determine which Qualified Bid, if any, is the highest, best and otherwise financially superior offer and (2) reject at any time any Bid that is (i) inadequate or insufficient, (ii) not in conformity with the requirements of the Bankruptcy Code or these Bidding Procedures, or (iii) contrary to the best interests of the Debtor, its estate, and its creditors.

K.    ***<u>Selection of the Successful Bid and Back-Up Bid.</u>***    The Auction shall continue until there is only one offer that the Debtor (following consultation with Shady Bird) determines, subject to Court approval, is the highest or best offer from among the Qualified Bidders submitted at Auction (the "<u>Successful Bid</u>").  The Qualified Bidder submitting the Successful Bid shall become the "<u>Successful Bidder</u>" and shall have such rights and responsibilities of a purchaser, as set forth in the APA, Modified Agreement or other transaction documents, as applicable.  The Debtor (after consultation with Shady Bird) shall also select a back-up bid (the "<u>Back-Up Bid</u>"), with the consent of the Qualified Bidder submitting such Back-Up Bid, which shall remain open and irrevocable until one (1) business day after the closing of the Sale with the Successful Bidder or such later time as agreed to by the Qualified Bidder submitting such Back-Up Bid.  In the event that, for any reason, the Successful Bidder fails to close the transaction contemplated by the Successful Bidder, the Debtor may elect to regard the Back-Up Bid as the highest or best bid for the Assets, and the Debtor will be authorized to consummate the Sale or other transaction contemplated by the Back-Up Bid without further order of the Court.

7

L. ***Sale Hearing.***  The hearing to approve and authorize the Sale to the Successful Bidder (the "Sale Hearing") shall be conducted immediately following the Auction at 12:00 p.m. (Pacific Time) on September 30, 2021 or at such other date and time set by the Court.

M. ***Stalking Horse Bid***.  The Debtor reserves the right to seek Court approval of a stalking horse bidder, provided that such Court approval of a stalking horse bidder is not inconsistent with any of the Bidding Procedures, unless otherwise agreed to by Shady Bird.

N. ***Reservation of Rights***. The Debtor reserves the right to modify the Bidding Procedures in its reasonable business judgment, in consultation with NAI and Shady Bird, in any manner that will promote the goals of the Bidding Procedures, including, without limitation: (a) extending the deadlines set forth in the Bidding Procedures; (b) adjourning the Auction at the Auction and/or adjourning the Sale Hearing in open Court without further notice; (c) adding procedural rules that are reasonably necessary or advisable under the circumstances for conducting the Auction; (d) canceling the Auction; and (e) rejection of any or all Bids.

**PLEASE TAKE FURTHER NOTICE** that further information regarding the Assets may be obtained by contacting the Debtor's real estate broker, NAI Capital Commercial, Inc. whose contact information is as follows:

NAI Capital Commercial, Inc.
Attn:  Chris Jackson, Co-CEO
15821 Ventura Blvd., Suite 320
Encino, California 91436
Office:  (818) 933-2368
Direct:  (818) 905-2400 x.2368
Facsimile:  (818) 933-8120
Email:  cjackson@naicapital.com

/ / /

/ / /

1    **PLEASE TAKE FURTHER NOTICE** that, due the COVID-19 pandemic, the Court

2    will conduct the Auction and the hearing on the Sale Motion using ZoomGov audio and video

3    technology.  Hearing participants and members of the public may participate in and/or observe

4    the hearing using ZoomGov, free of charge.  Individuals may connect by ZoomGov audio and

5    video using a personal computer (equipped with camera, microphone and speaker), or a handheld

6    mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad,

7    Android phone or Android tablet).  The connection can be initiated by entering the "Meeting

8    URL" into a web browser on any of these devices, provided the device is connected to the

9    Internet.  Individuals connecting in this manner will be prompted for the Meeting ID and

10   Password shown below.  Individuals may also connect to the hearing by telephone only, using the

11   telephone number provided below.  Individuals connecting to the hearing by telephone will also

12   be prompted for the Meeting ID and Password.  Neither a Zoom nor a ZoomGov account is

13   necessary to participate in or observe the hearing, and no pre-registration is required.

14   **PLEASE TAKE FURTHER NOTICE** that the audio portion of the hearing will be

15   recorded electronically by the Court and constitute its official record.  All persons are strictly

16   prohibited from making any other recording of court proceedings, whether by video, audio,

17   "screenshot," or otherwise.  Violation of this prohibition may result in the imposition of monetary

18   and non-monetary sanctions.

19   **PLEASE TAKE FURTHER NOTICE** that the following is the unique ZoomGov

20   connection information for the Auction and hearing on the Sale Motion:

21   Meeting URL:        https://cacb.zoomgov.com/j/1608073838
     Meeting ID:         160 807 3838
22   Password:           631396
23   Telephone:          (669) 254-5252 or (646) 828-7666

24

25   / / /

26   / / /

27   / / /

28   / / /

9

**PLEASE TAKE FURTHER NOTICE** that more information on appearing before the

the Court by ZoomGov is available in the "Notice of Video and Telephonic Appearance

Procedures for Judge Erithe A. Smith's Cases" on the Court's website at

https://www.cacb.uscourts.gov/judges/honorable-erithe-smith under the "Telephonic Instructions"

section.

Dated:  September 8, 2021                    THE SOURCE HOTEL, LLC

                                             By:____/s/ Juliet Y. Oh_____
                                                RON BENDER
                                                JULIET Y. OH
                                                LEVENE, NEALE, BENDER,
                                                    YOO & BRILL L.L.P.
                                                Attorneys for Chapter 11 Debtor and
                                                Debtor-in-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 9, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender    rb@lnbyb.com**
- **Christopher G. Cardinale    ccardinale@agclawfirm.com, mgonzalez@agclawfirm.com**
- **Michael G Fletcher    mfletcher@frandzel.com, sking@frandzel.com**
- **Amir Gamliel    amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com**
- **Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com**
- **Nancy S Goldenberg    nancy.goldenberg@usdoj.gov**
- **Peter F Jazayeri    peter@jaz-law.com**
- **Daniel A Lev    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com**
- **Robert K Lu    edw21600@gmail.com**
- **Kyle J Mathews    kmathews@sheppardmullin.com**
- **Juliet Y Oh    jyo@lnbyb.com, jyo@lnbrb.com**
- **Ho-El Park    hpark@hparklaw.com**
- **Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com**
- **United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

**2.  SERVED BY UNITED STATES MAIL**: On **September 9, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*None.*

☐ Service List continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 9, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served via Overnight Mail*
Hon. Erithe A. Smith
United States Bankruptcy Court
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040 / Courtroom 5A
Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 9, 2021 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**