SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
AARON J. MALO, Cal. Bar No. 179985
KYLE MATHEWS, Cal. Bar No. 218384
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626
Telephone:    714.513.5100
Facsimile:    714.513.5130
E mail    amalo@sheppardmullin.com
    kmathews@sheppardmullin.com

Attorneys for BO1BO2 United Management, LLC; Beach Orangethorpe, LLC; and Beach Orangethorpe II, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>The Source Hotel, LLC, a California limited liability company,<br><br>    Debtor and Debtor-in-Possession. | Case No. 8:21-bk-10525-ES<br><br>Chapter 11<br><br>**NOTICE OF ERRATA** |

**TO THE HONORABLE ERITHE SMITH, UNITED STATES BANKRUPTCY JUDGE AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** on September 15, 2021, Beach Orangethorpe, LLC, a California limited liability company ("BO1"), Beach Orangethorpe II, LLC, a California limited liability company ("BO2"), and BO1BO2 United Management LLC, a California limited liability company, (collectively, the "Source at Beach Secured Parties") filed the "*Lenders' Objection to Assumption and Assignment of Executory Contract,*" [Docket No. 235] and the *Declaration of Leo Zhou In Support of Lenders' Objection to Assumption and Assignment of Executory Contract"* [Docket No. 236] (collectively, the "Objection").

**PLEASE TAKE FURTHER NOTICE THAT** the Objection *was* filed on behalf of the Source at Beach Secured Parties, as defined above, while the docket entries incorrectly show the

1 | filers as Beach Orangethorpe Hotel, LLC and Beach Orangethorpe Hotel II, LLC (entities
2 | unrelated to the Source of Beach Secured Parties).
3 |
4 | Dated:  September 17, 2021

                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        By        /s/ Kyle J. Mathews
                AARON J. MALO
                KYLE J. MATHEWS

        Attorneys for BO1BO2 United Management, LLC
                Beach Orangethorpe, LLC
                Beach Orangethorpe II, LLC