SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
AARON J. MALO, Cal. Bar No. 179985
KYLE J. MATHEWS, Cal. Bar No. 218384
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626
Telephone:    714.513.5100
Facsimile:    714.513.5130
E mail    amalo@sheppardmullin.com
    kmathews@sheppardmullin.com

Attorneys for BO1BO2 United Management, LLC; Beach Orangethorpe, LLC; and Beach Orangethorpe II, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE SOURCE HOTEL, LLC, a California limited liability company,<br><br>    Debtor and Debtor-in-Possession. | Case No.: 8:21-bk-10525-ES<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE THAT**, Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin"), as attorneys for Beach Orangethorpe, LLC, a California limited liability company ("BO1"), Beach Orangethorpe II, LLC, a California limited liability company ("BO2"), and BO1BO2 United Management LLC, a California limited liability company, (collectively, the "Source at Beach Secured Parties"), interest parties in the above-captioned bankruptcy case (the "Bankruptcy Case"), hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix, CM/ECF, and service lists in the Bankruptcy Case. Sheppard Mullin requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in the

-1-

Bankruptcy Case and copies of all papers served or required to be served in the Bankruptcy Case, including but not limited to, all notices, reports, pleadings, motions, applications, lists, schedules, statements, plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon Sheppard Mullin at the following address:

> Sheppard, Mullin, Richter & Hampton LLP
> Attn:  Aaron J. Malo, Esq.
> 650 Town Center Drive, 4th Floor
> Costa Mesa, California 92626
> Telephone:    714.513.5100
> Facsimile:    714.513.5130
> E mail    amalo@sheppardmullin.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, electronic mail, hand delivery, telephone, fax or otherwise filed or made with regard to the above-captioned case.

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive any (i) right(s) to have all core matters subject to Article III jurisdiction heard and decided by a district judge; (ii) right(s) to have final orders in non-core matters entered only after a de novo review by a district judge; (iii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iv) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (v) other rights, claims, actions, defenses, setoffs or recoupments to which the creditor may be entitled to under agreements, in law, or in equity.

-3-

Dated: September 17, 2021

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Kyle J. Mathews*
AARON J. MALO
KYLE J. MATHEWS

Attorneys for BO1BO2 United Management, LLC; Beach Orangethorpe, LLC; and Beach Orangethorpe II, LLC