RON BENDER (SBN 143364)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email:  RB@LNBYB.COM; JYO@LNBYB.COM

Attorneys for Chapter 11 Debtor and
Debtor-in-Possession

**FILED & ENTERED**

**SEP 23 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY duarte    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE SOURCE HOTEL, LLC, a California limited liability company,<br><br>Debtor and Debtor in Possession. | Case No.: 8:21-bk-10525-ES<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR ORDER FURTHER EXTENDING DEBTOR'S EXCLUSIVE PERIODS TO FILE PLAN OF REORGANIZATION AND OBTAIN ACCEPTANCES THEREOF**<br><br>Hearing:<br>Date:    September 16, 2021<br>Time:    10:30 a.m.<br>Place:   ZoomGov |

A hearing was held on September 16, 2021 at 10:30 a.m., before the Honorable Erithe A. Smith, United States Bankruptcy Judge for the Central District of California, Santa Ana Division, in Courtroom "5A" located at 411 West Fourth Street, Santa Ana, California 92701 (via ZoomGov), to consider the motion filed by The Source Hotel, LLC, a California limited liability company and the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"), for the entry of an order further extending the Debtor's

2

exclusive periods to file a plan of reorganization ("Plan") and obtain acceptances thereof pursuant to 11 U.S.C. § 1121(d) [Doc. No. 217] (the "Motion").  Appearances at the hearing on the Motion were waived pursuant to the Court's tentative ruling on the Motion.

The Court, having considered the Motion and all papers filed by the Debtor in support of the Motion, the response to the Motion filed by Westransco, Inc. [Doc. No. 223], and all matters of record in the Debtor's Chapter 11 bankruptcy case, proper and adequate notice of the Motion and the hearing on the Motion having been provided, and other good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

A.   The Motion is granted in its entirety

B.   The Debtor's exclusive periods to file a Plan and obtain acceptances thereof are extended to and including December 27, 2021 and February 28, 2022, respectively, without prejudice to the Debtor's right to seek further extensions of such periods.

###

Date: September 23, 2021

Erithe Smith
United States Bankruptcy Judge

3