FARHAD NOVIAN (SBN 118129)
farhad@novianlaw.com
SEAN RAYMOND BOZARTH (SBN 235019)
seanb@novianlaw.com
**NOVIAN & NOVIAN, LLP**
1801 Century Park East, Suite 1201
Los Angeles, CA 90067
Telephone: (310) 553–1222
Facsimile: (310) 553–0222

Attorneys for Retrolock Corporation

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No.: 8:21-bk-10525-ES |
| THE SOURCE HOTEL, LLC, | Chapter 11 |
| Debtor. | **CREDITOR RETROLOCK CORPORATION'S OBJECTION TO DEBTOR'S MOTION FOR ENTRY OF ORDER: (1) AUTHORIZING SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS; (2) AUTHORIZING THE DEBTOR'S ASSUMPTION AND ASSIGNMENT OF GROUND LEASE AND DETERMINING CURE AMOUNT; (3) WAIVING THE 14-DAY STAY PERIODS SET FORTH IN BANKRUPTCY RULES 6004(h) AND 6006(d); AND (4) GRANTING RELATED RELIEF** |
| | Date:         September 30, 2021<br>Time:         2:00 P.M.<br>Location:     ZoomGov |

CREDITOR RETROLOCK CORPORATION'S OBJECTION TO DEBTOR'S MOTION FOR ENTRY OF ORDER: (1) AUTHORIZING SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS; (2) AUTHORIZING THE DEBTOR'S ASSUMPTION AND ASSIGNMENT OF GROUND LEASE AND DETERMINING CURE AMOUNT; (3) WAIVING THE 14-DAY STAY PERIODS SET FORTH IN BANKRUPTCY RULES 6004(h) AND 6006(d); AND (4) GRANTING RELATED RELIEF

1

2

## **OPPOSITION TO MOTION**

3    **I.    INTRODUCTION**

4        RETROLOCK CORPORATION ("Retrolock") respectfully submits this Opposition to Debtor and

5    Debtor in Possesion's Motion for Entry of Order: (1) Authorizing Sale of Substantially All of the Debtor's

6    Assets; (2) Authorizing the Debtor's Assumption and Assignment of Ground Lease and Determining Cure

7    Amount; (3) Waiving the 14–Day Stay Periods Set Forth in Bankruptcy Rules 6004(h) and 6006(d); and

8    (4) Granting Related Relief. Doc. 227. Retrolock objects to Debtor's request to sell its assets free and clear

9    of Retrolock's mechanics lien.

10

11    **II.    STATEMENT OF FACTS**

12        "Since at least 2014, the Debtor has been developing a full-service, seven-story hotel with 178

13    rooms in the City of Buena Park, County of Orange, State of California (the 'Hotel') . . . ." Doc. 227, p7,

14    ¶ 3. "Construction of the Hotel began in 2016. To finance the construction of the Hotel, on May 24, 2016,

15    the Debtor obtained a $29.5 million construction loan (the 'Loan') from Evertrust Bank ('Evertrust') . . . ."

16    *Id.* at ¶ 4. "Subsequently, in December 2020, an entity called Shady Bird Lending, LLC ('Shady Bird')

17    purchased Evertrust's interests in the Loan at a significant discount, for a reported purchase price of

18    approximately $19 million." *Id.* at p. 10, ¶ 13.

19        Retrolock supplied the necessary labor and materials for the Hotel under a subcontract with

20    Debtor's general contractor. After failing to receive payment, Retrolock recorded a Claim of Mechanic's

21    Lien for $258,225.27 on July 24, 2020 as Document No. 2020000358872. On October 2, 2020, Retrolock

22    filed a Complaint for Foreclosure on Mechanic's Lien in the Superior Court of California, County of

23    Orange, Case No. 30–2020–01163206–CU–CL–CJC. Following Debtor's bankruptcy petition, the

24    Superior Court has stayed Retrolock's case. Retrolock filed a Proof of Claim for the amount of its

25    Mechanic's Lien on March 26, 2021. Claim 3.

26

27

2

CREDITOR RETROLOCK CORPORATION'S OBJECTION TO DEBTOR'S MOTION FOR ENTRY
OF ORDER: (1) AUTHORIZING SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS;
(2) AUTHORIZING THE DEBTOR'S ASSUMPTION AND ASSIGNMENT OF GROUND LEASE
AND DETERMINING CURE AMOUNT; (3) WAIVING THE 14-DAY STAY PERIODS SET
FORTH IN BANKRUPTCY RULES 6004(h) AND 6006(d); AND (4) GRANTING RELATED
RELIEF

Case 8:21-bk-10525-ES    Doc 254    Filed 09/23/21    Entered 09/23/21 17:08:21    Desc
Main Document    Page 3 of 10

1    ## III.    RETROLOCK DOES NOT CONSENT TO THE SALE OF DEBTOR'S ASSETS FREE

2    OF LIENS

3    "The Debtor believes that Shady Bird, the EB-5 Lenders, and all other creditors who assert liens

4    against the Assets (or a portion thereof) will consent to the sale of the Assets as proposed herein."

5    Doc. 227, p30, ll. 11–13. However, Retrolock does not consent at this time.

6

7    ## IV.    DEBTOR FAILS TO ESTABLISH RETROLOCK IS A JUNIOR LIENHOLDER

8    Debtor argues, "Specifically, a junior lienholder in California could be compelled to accept a

9    money satisfaction upon a senior secured party's disposition of collateral under the default remedies

10    provided in §§ 9615 and 9617 of California's Uniform Commercial Code, or upon a foreclosure sale of

11    real property pursuant to the lien of a deed of trust or an execution sale pursuant to a judgment lien (see

12    Cal. Civ. Proc. Code §§ 701.630, 729.080 and 701.810). The holder of a junior lien would be compelled

13    to accept any surplus funds as a satisfaction of its interest." Doc. 227, p. 33, ll. 8–14. However, Retrolock's

14    status as a junior lienholder is not established.

15    "A [mechanic's] lien under this chapter . . . has priority over a lien, mortgage, deed of trust, or

16    other encumbrance on the work of improvement or the real property on which the work of improvement

17    is situated, that (1) attaches after commencement of the work of improvement or (2) was unrecorded at

18    the commencement of the work of improvement and of which the claimant had no notice." Cal. Civ. Code

19    § 8450(a). Thus, the date Retrolock's mechanic's lien was recorded is not determinative.

20    Debtor's motion states the work of improvement began on an undisclosed date in 2016. Doc. 227,

21    p. 11, l. 27. Evertrust's lien was not recorded until June 3, 2016. Doc. 227, p. 12, ll. 3–8. When, exactly,

22    the work of improvement began in 2016 will determine the priority of liens. Debtor fails to present any

23

24

25

26

3

27    CREDITOR RETROLOCK CORPORATION'S OBJECTION TO DEBTOR'S MOTION FOR ENTRY
OF ORDER: (1) AUTHORIZING SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS;
(2) AUTHORIZING THE DEBTOR'S ASSUMPTION AND ASSIGNMENT OF GROUND LEASE
AND DETERMINING CURE AMOUNT; (3) WAIVING THE 14-DAY STAY PERIODS SET
FORTH IN BANKRUPTCY RULES 6004(h) AND 6006(d); AND (4) GRANTING RELATED
RELIEF

evidence in that regard and Retrolock[1] is unable to discover the information due to the stay upon its Superior Court case.

## V.    CONCLUSION

Retrolock objects to the sale of Debtor's assets unless Retrolock's secured claim is paid in full.

DATED: September 23, 2021

**NOVIAN & NOVIAN, LLP**
Attorneys at Law

By:    */s/ Sean Raymond Bozarth*
FARHAD NOVIAN
SEAN RAYMOND BOZARTH

Attorneys for Retrolock Corporation

---

[1] The date *Retrolock* began contributing to the work of improvement is also indeterminate as equal priority is shared among all mechanic's liens.

4

CREDITOR RETROLOCK CORPORATION'S OBJECTION TO DEBTOR'S MOTION FOR ENTRY OF ORDER: (1) AUTHORIZING SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS; (2) AUTHORIZING THE DEBTOR'S ASSUMPTION AND ASSIGNMENT OF GROUND LEASE AND DETERMINING CURE AMOUNT; (3) WAIVING THE 14-DAY STAY PERIODS SET FORTH IN BANKRUPTCY RULES 6004(h) AND 6006(d); AND (4) GRANTING RELATED RELIEF

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 Novian & Novian; 1801 Century Park East, Suite 1201, Los Angeles, California 90067

A true and correct copy of the foregoing document entitled (*specify*):  Creditor's Retrolock  Corporation's Objection to
Debtor's Motion of Entry of Order  (1) Authorizing Sale of Sunstantially All of the Debtor's Assets;(2) Authorizing the
Debtor's Assumption and Assignment of Ground  Lease and Determining Cure Amount; (3) Waiving the 14 Day Stay
Periods Set Forth in Bankruptcy Rules 6004(h) and (4) Granting Related Relief
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
09/23/2021            , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

 Please refer to the attached Service List.

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)            , I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)            , I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/23/2021 | Cynthia Garcia | /s/ Cynthia Garcia |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## SERVICE LIST

| | | |
|---|---|---|
| **Ron Bender**<br>Levene, Neale, Bender, Yoo &<br>Brill L.L.P<br>10250 Constellation Blvd Ste<br>1700<br>Los Angeles, CA 90067<br>310-229-1234<br>rb@lnbyb.com<br>*Assigned: 02/26/2021* | representing | **The Source Hotel, LLC**<br>6988 Beach Blvd, Suite B-215<br>Buena Park, CA 90621<br>*(Debtor)* |
| **Christopher G. Cardinale**<br>Alvarez-Glasman & Colvin<br>13181 Crossroads Parkway North<br>Suite 400<br>City of Industry, CA 91746<br>(562) 699-5500<br>(562) 692-2244 (fax)<br>ccardinale@agclawfirm.com<br>*Assigned: 04/09/2021* | representing | **City Of Buena Park**<br>*(Creditor)* |
| *Assigned: 05/20/2021* | representing | **City Of Buena Park**<br>*(Interested Party)* |
| **Michael G Fletcher**<br>Frandzel Robins Bloom & Csato<br>LC<br>1000 Wilshire Boulevard<br>19th Floor<br>Los Angeles, CA 90017-2427<br>323-852-1000<br>(323) 651-2577 (fax)<br>mfletcher@frandzel.com<br>*Assigned: 03/18/2021* | representing | **Evertrust bank**<br>c/o Frandzel Robins Bloom & Csato, L.C.<br>1000 Wilshire Boulevard, 19th Floor<br>Los Angeles, CA 90017-2427<br>*(Creditor)* |
| **Amir Gamliel**<br>Perkins Coie<br>1888 Century Pk E Ste 1700<br>Los Angeles, CA 90067<br>310-788-3276<br>310-843-1246 (fax)<br>amir-gamliel-<br>9554@ecf.pacerpro.com<br>*Assigned: 04/16/2021* | representing | **Courtesy NEF**<br>*(Interested Party)* |
| **Robert P Goe**<br>Goe Forsythe & Hodges LLP | representing | **Westranco, Inc.**<br>*(Creditor)* |

18101 Von Karman, Ste 1200
Irvine, CA 92612
949-798-2460
949-955-9437 (fax)
kmurphy@goeforlaw.com
*Assigned: 04/02/2021*

**Nancy S Goldenberg**
411 W Fourth St Ste 7160
Santa Ana, CA 92701-8000
714-338-3416
714-338-3421 (fax)
nancy.goldenberg@usdoj.gov
*Assigned: 03/01/2021*
*LEAD ATTORNEY*

representing

**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400
(714) 338-3421 (fax)
ustpregion16.sa.ecf@usdoj.gov
*(U.S. Trustee)*

**Brittany Rupley Haefele**
Porter Law Group, Inc.
11335 Gold Express Dr Ste 100
Gold River, CA 95670
(916) 381-7868
(916) 381-7880 (fax)
bhaefele@porterlaw.com
*Assigned: 09/16/2021*
*LEAD ATTORNEY*

representing

**Iron Mechanical, Inc.**
*(Creditor)*

**Peter F Jazayeri**
Jaz, a Professional Legal
Corporation
1100 Glendon Avenue
Suite 1500
Los Angeles, CA 90024
310-853-2529
310-388-0664 (fax)
peter@jaz-law.com
*Assigned: 04/21/2021*

representing

**Cordes & Company, by and through
Bellann Raile**
*(Interested Party)*

*Assigned: 04/28/2021*

representing

**Cordes & Company, by and through
Bellann Raile**
*(Other Professional)*

**Daniel A Lev**
333 South Grand Avenue
Suite 3400
Los Angeles, CA 90071
213-626-2311
213-629-4520 (fax)

representing

**Courtesy NEF**
*(Interested Party)*

dlev@sulmeyerlaw.com
*Assigned: 03/01/2021*

*Assigned: 03/11/2021*      representing     **Shady Bird Lending, LLC**
*(Creditor)*

**Dustin Lozano**
Hunt Ortmann Palffy Nieves
Darling & Mah
301 N Lake Ave 7th Fl
Pasadena, CA 91101-1807     representing     **Sunbelt Control, Inc.**
(626) 440-5200                           *(Creditor)*
(626) 796-0107 (fax)
lozano@huntortmann.com
*Assigned: 09/16/2021*

*Assigned: 09/16/2021*      representing     **Aragon Construction, Inc**
*LEAD ATTORNEY*                                   *(Creditor)*

**Robert K Lu**
633 W 5th St 26th Fl
Unit 1711
Los Angeles, CA 90017     representing     **Jian Hua**
619-300-1849                                 *(Creditor)*
619-000-0000 (fax)
ewu@reidwise.com
*Assigned: 07/30/2021*

*Assigned: 09/09/2021*      representing     **Beach Orangethorpe Hotel, LLC; Beach Orangethorpe Hotel II, LLC**
*(Creditor)*

**Aaron J Malo**
Sheppard Mullin Richter &
Hampton                                    **BO1BO2 United Management, LLC; Beach Orangethorpe, LLC; and Beach**
650 Town Center Dr Fourth Flr
Costa Mesa, CA 92626     representing     **Orangethorpe II, LLC**
714-513-5100                                 *(Creditor)*
714-513-5130 (fax)
amalo@sheppardmullin.com
*Assigned: 09/17/2021*

**Beach Orangethorpe, LLC; Beach Orangethorpe II, LLC**
*(Creditor)*

**Kyle J Mathews**                                     **Beach Orangethorpe, LLC; Beach**
Sheppard Mullin Richter &     representing     **Orangethorpe II, LLC**
Hampton                                    *(Creditor)*

333 S Hope St 48th Fl
Los Angeles, CA 90071
213-617-4236
213-620-4236 (fax)
kmathews@sheppardmullin.com
*Assigned: 06/24/2021*

| | | |
|---|---|---|
| *Assigned: 09/15/2021* | representing | **Beach Orangethorpe Hotel, LLC; Beach Orangethorpe Hotel II, LLC** *(Creditor)* |
| *Assigned: 09/17/2021* | representing | **BO1BO2 United Management, LLC; Beach Orangethorpe, LLC; and Beach Orangethorpe II, LLC** *(Creditor)* |

**Grant A Nigolian**
Grant Nigolian, P.C.
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
310-853-2777
grant@gnpclaw.com
*Assigned: 03/05/2021*
*TERMINATED: 06/29/2021*

representing

**Courtesy NEF**
*(Interested Party)*

**Juliet Y Oh**
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067
310-229-1234
jyo@lnbyb.com
*Assigned: 03/01/2021*

representing

**The Source Hotel, LLC**
6988 Beach Blvd, Suite B-215
Buena Park, CA 90621
*(Debtor)*

**Ho-El Park**
Law Office of Ho-El Park, P.C.
333 City Blvd. West
17th Floor
Orange, CA 92868
714-523-2466
714-503-0788 (fax)
hpark@hparklaw.com
*Assigned: 03/01/2021*

representing

**Courtesy NEF**
*(Interested Party)*

**Ronald N Richards**
Law Offices of Ronald Richards
& Assoc
PO Box 11480
Beverly Hills, CA 90213

representing

**Courtesy NEF**
*(Interested Party)*

310-556-1001
310-277-3325 (fax)
ron@ronaldrichards.com
*Assigned: 02/27/2021*

*Assigned: 04/15/2021*                  representing      **Shady Bird Lending, LLC**
                                                          *(Creditor)*