RON BENDER (SBN 143364)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email:  RB@LNBYB.COM; JYO@LNBYB.COM

Attorneys for Chapter 11 Debtor and
Debtor-in-Possession

FILED & ENTERED

SEP 27 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE SOURCE HOTEL, LLC, a California limited liability company,<br><br>      Debtor and Debtor in Possession. | Case No.: 8:21-bk-10525-ES<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION BETWEEN DEBTOR AND NON-DEBTOR AFFILIATE, THE SOURCE AT BEACH, LLC, TO EXTEND THE TIME PERIOD UNDER 11 U.S.C. SECTION 365(d)(4) TO ASSUME UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASES**<br><br>[No Hearing Required] |

The Court, having considered that certain *"Stipulation Between Debtor And Non-Debtor Affiliate, The Source At Beach, LLC, To Extend The Time Period Under 11 U.S.C. § 365(d)(4) To Assume Unexpired Non-Residential Real Property Lease"* (the "Stipulation") entered into by and between The Source Hotel, LLC, the debtor and debtor-in-possession in the above-

captioned chapter 11 bankruptcy case (the "Debtor"), on the one hand, and the Debtor's non-debtor affiliate lessor, The Source at Beach, LLC, on the other hand, and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1.   The Stipulation is approved in its entirety.

2.   The deadline under 11 U.S.C. § 365(d)(4), as temporarily modified by The Consolidated Appropriations Act of 2021, by which the Debtor must assume the Ground Lease (as that term is defined in the Stipulation) is extended for a period of ninety (90) days, from September 24, 2021 through and including December 23, 2021, without prejudice to the Debtor's right to seek further extensions of such period.

###

Date: September 27, 2021

Erithe Smith
United States Bankruptcy Judge