W. Dan Lee (SBN 289526)
[Email: dlee@leelawltd.com]
**LEE LAW OFFICES**
725 S. Figueroa Street, Suite 3065
Los Angeles, California 90017
Tel: (323) 289-2260 | Fax: (323) 642-5451

Attorneys for Judgment Creditor SQUARE MIXX BP, INC.
Against Judgment Debtor The Source At Beach, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE SOURCE HOTEL, LLC, a California Limited Liability Company,<br><br>        Debtor and Debtor in Possession. | Case No. 8:21-bk-10525-ES<br><br>Chapter 11<br><br>**NOTICE OF ABSTRACT OF JUDGMENT AGAINST THE SOURCE AT BEACH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY** |

**TO THE HONORABLE COURT; AND ALL INTERESTED PARTIES:**

The Judgment Creditor SQUARE MIXX BP, INC., a California corporation, by its undersigned counsel hereby files an Abstract of Judgment against the Judgment Debtor THE SOURCE AT BEACH, LLC, a California limited liability company in the amount of $340,584.86 (as of 09/30/2021) issued on 09/22/2021 by the Superior Court of California, County of Orange, Central Justice Center in a lawsuit entitled The Source At Beach, LLC v. Square Mixx BP, Inc., et al. under case number 30-2017-00943432-CU-BC-CJC.

Date: September 29, 2021                     Respectfully submitted,

                                       By:  /s/ W. Dan Lee
                                              W. Dan Lee
                                              Attorney for Square Mixx BP, Inc.