W. Dan Lee (SBN 289526)
[Email: dlee@leelawltd.com]
**LEE LAW OFFICES**
725 S. Figueroa Street, Suite 3065
Los Angeles, California 90017
Tel: (323) 289-2260 | Fax: (323) 642-5451

Attorneys for Judgment Creditor SQUARE MIXX BP, INC.
Against Judgment Debtor The Source At Beach, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE SOURCE HOTEL, LLC, a California Limited Liability Company,<br><br>Debtor and Debtor in Possession. | Case No. 8:21-bk-10525-ES<br><br>Chapter 11<br><br>**CREDITOR REQUEST FOR NOTICE** |

**TO THE HONORABLE COURT; AND ALL INTERESTED PARTIES:**

The Judgment Creditor SQUARE MIXX BP, INC., a California corporation, by its undersigned counsel hereby files this Request for Notice in this matter.

Date: September 29, 2021            Respectfully submitted,

By:  /s/ W. Dan Lee
     W. Dan Lee
     Attorney for Square Mixx BP, Inc.

---

1

NOTICE OF ABSTRACT OF JUDGMENT AGAINST
THE SOURCE AT BEACH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY