W. Dan Lee (SBN 289526)
[Email: dlee@leelawltd.com]
**LEE LAW OFFICES**
725 S. Figueroa Street, Suite 3065
Los Angeles, California 90017
Tel: (323) 289-2260 | Fax: (323) 642-5451

Attorneys for Judgment Creditor SQUARE MIXX BP, INC.
Against Judgment Debtor The Source At Beach, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE SOURCE HOTEL, LLC, a California Limited Liability Company,<br><br>Debtor and Debtor in Possession. | Case No. 8:21-bk-10525-ES<br><br>Chapter 11<br><br>**AMENDED NOTICE OF ABSTRACT OF JUDGMENT AGAINST THE SOURCE AT BEACH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY** |

**TO THE HONORABLE COURT; AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE THAT on 09/22/2021, an Abstract of Judgment was entered against THE SOURCE AT BEACH, LLC, a California limited liability company and for SQUARE MIXX BP, INC., a California corporation in the amount of $340,584.86 (as of 09/30/2021) by the Superior Court of California, County of Orange, Central Justice Center in a lawsuit entitled The Source At Beach, LLC v. Square Mixx BP, Inc., et al. under case number 30-2017-00943432-CU-BC-CJC, a true and accurate copy of which attached hereto as Exhibit "1" and incorporated herein by reference.

Date: October 1, 2021                    Respectfully submitted,

                                          By:  /s/ W. Dan Lee
                                               W. Dan Lee
                                               Attorney for Square Mixx BP, Inc.

---

1

AMENDED NOTICE OF ABSTRACT OF JUDGMENT AGAINST
THE SOURCE AT BEACH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

# Exhibit "1"

# Abstract of Judgment

**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* |
|---|
| After recording, return to:<br>W. Dan Lee (SBN 289526)<br>Lee Law Offices<br>725 S. Figueroa Street, Suite 3065<br>Los Angeles, CA 90017 |
| TEL NO.: (323) 289-2260    FAX NO. (optional): (323) 642-5451 |
| E-MAIL ADDRESS *(Optional):* dlee@leelawltd.com |
| [X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

PLAINTIFF: The Source At Beach, LLC
DEFENDANT: Square Mixx BP, Inc., et al.

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    [ ] Amended

CASE NUMBER: 30-2017-00943432-CU-BC-CJC

FOR COURT USE ONLY:
Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      ┌─────────────────────────────┐
      │ The Source At Beach, LLC    │
      │ 6988 Beach Blvd., B-215     │
      │ Santa Ana, CA 90621         │
      └─────────────────────────────┘
   
   b. Driver's license no. [last 4 digits] and state:    [X] Unknown
   c. Social security no. [last 4 digits]:    [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Square Mixx BP, Inc.
   c/o W. Dan Lee of Lee Law Offices
   725 S. Figueroa Street, #3065, Los Angeles, CA 90017

Date: September 22, 2021
W. Dan Lee
(TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

▶ _____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $340,584.86 (as of 09/30/2021)
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* September 21, 2021
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL of Superior Court of California, County of Orange]

David H. Yamasaki, Clerk of the Court

This abstract issued on *(date):*
9/22/2021

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [ ] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by _Omar Saldivar_, Deputy

---

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF: The Source At Beach, LLC | COURT CASE NO.: |
|---|---|
| DEFENDANT: Square Mixx BP, Inc., et al. | 30-2017-00943432-CU-BC-CJC |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of eighteen years and not a party to the within action.  My business address is 725 S. Figueroa Street, Suite 3065, Los Angeles, California 90017.

BY ELECTRONIC MAIL: I certify that on September 22, 2021, the following document(s) ABSTRACT OF JUDGMENT has been transmitted electronically to the following recipients:

LAW OFFICE OF ROSA KWONG
Rosa Kwong (SBN 129811)
Mail: P.O. Box 3685, Tustin, CA 92781
Delivery: 12632 Newport Avenue
Tustin, California 92780
Tel: (714) 267-1102 | Fax: (714) 544-7877
[Email: rmckwong@att.net]
Attorney for Plaintiff (Case No. 30-2017-00943432)
and All Defendants (Case No. BC707928)

BY DESIGNATED ELECTRONIC FILING SERVICE: I further certify that, pursuant to section 1010.6 of the Code of Civil Procedure and rule 2.253(b) of the California Rules of Court, I caused the foregoing document(s) to be electronically filed with the Superior Court for the County of Orange via One Legal, e-filing service provider designated by said court on this date, accompanied with the notice of filing to the recipients above.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.  Executed on September 22, 2021 at Los Angeles, California.

Jisela Diego

---

1

PROOF OF SERVICE FOR NOTICE OF ABSTRACT OF JUDGMENT