Steven Casselberry (SBN 74234)
MUSICK, PEELER & GARRETT LLP
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626-1925
Telephone (714) 668-2400
Facsimile (714) 668-2490

Steven Casselberry
*s.casselberry@musickpeeler.com*

Attorneys for Creditor RCS Safety, LLC dba Roadway Construction Services

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA

| | |
|---|---|
| In re<br><br>THE SOURCE HOTEL, LLC,<br><br>Debtor. | CASE No. 2:21-bk-10525-ES<br><br>Chapter 11 |

PLEASE TAKE NOTICE THAT Steven Casselberry, Esq. of the law firm of Musick, Peeler & Garrett, LLP, as attorneys for Creditor, RCS Safety, LLC dba Roadway Construction Services, requests special notice of all hearings and pleadings to be sent as follows:

>  Steven Casselberry, Esq.
>  Musick, Peeler & Garrett, LLP
>  650 Town Center Drive, Suite 1200
>  Costa Mesa, CA 92626-1925
>  s.casselberry@musickpeeler.com

DATED: October 29, 2021            Respectfully submitted,
                                   MUSICK, PEELER & GARRETT LLP


                                   By: _____/s/ Steven Casselberry_____
                                        Steven Casselberry
                                        Attorneys for Creditor,
                                        RCS Safety, LLC dba Roadway Construction Services

1424883v1

1        REQUEST FOR SPECIAL NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
650 Town Center Drive, Suite 1200, Costa Mesa, CA 92626-1925

A true and correct copy of the foregoing document entitled (*specify*): REQUEST FOR SPECIAL NOTICE
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 29, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender**     rb@lnbyb.com
- **Sean R Bozarth**     seanb@novianlaw.com
- **Christopher G. Cardinale**     ccardinale@agclawfirm.com, mgonzalez@agclawfirm.com
- **Michael G Fletcher**     mfletcher@frandzel.com, sking@frandzel.com
- **Amir Gamliel**     amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Robert P Goe**     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Nancy S Goldenberg**     nancy.goldenberg@usdoj.gov
- **Peter F Jazayeri**     peter@jaz-law.com
- **Won Lee**     dlee@metallawgroup.com
- **Daniel A Lev**     dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Robert K Lu**     ewu@reidwise.com
- **Aaron J Malo**     amalo@sheppardmullin.com, clopez@sheppardmullin.com;abilly@sheppardmullin.com
- **Kyle J Mathews**     kmathews@sheppardmullin.com
- **Juliet Y. Oh**     jyo@lnbyg.com, jyo@lnbyb.com
- **Ho-El Park**     hpark@hparklaw.com
- **Ronald N Richards**     ron@ronaldrichards.com, morani@ronaldrichards.com
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) October 29, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Brittany Rupley Haefele**
Porter Law Group, Inc.
11335 Gold Express Dr., Ste 100
Gold River, CA 95670

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                    **F 9013-3.1.PROOF.SERVICE**

**Levene, Neale, Bender, Yoo & Brill L.L.P.**
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067

**Dustin Lozano**
Hunt Ortmann Palffy Nieves Darling & Mah
301 N Lake Ave., 7th Fl
Pasadena, CA 91101-1807

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/29/2021 | Judy Jacobs | /s/ Judy Jacobs |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**