

**FILED & ENTERED**

**FEB 10 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** duarte     **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE SOURCE HOTEL, LLC.<br><br>Debtors. | Chapter 11<br><br>CASE NO. 8:21-10525-ES<br><br>**ORDER DISMISSING CASE**<br><br><br>Date:   February 10, 2022<br>Time:  10:30 a.m.<br>Place:  Courtroom 5A |

    An Order to Show Cause Why Bankruptcy Case Should Not be Dismissed in the above-captioned case came on for hearing before the Honorable Erithe A. Smith, United States Bankruptcy Judge on February 10, 2022 at 10:30 a.m.  Appearances were waived as noted on the record.  The Court having considered the evidence and good cause appearing, it is hereby

ORDERED, that the above-captioned case is dismissed.

### 

Date: February 10, 2022

Erithe Smith
United States Bankruptcy Judge