# United States Bankruptcy Court
# Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

## NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
The Source Hotel, LLC

**BANKRUPTCY NO.**  8:21−bk−10525−ES

**CHAPTER**  11

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):**   N/A
**Employer Tax−Identification (EIN) No(s).(if any):**   46−3590741
**Debtor Dismissal Date:** 2/10/22

**Address:**
6988 Beach Blvd, Suite B−215
Buena Park, CA 90621

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: February 10, 2022

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ntcdsm−ndms Rev. 06/2017

**309 / DUA**